# EXHIBIT 2

Search for help with...

BROWSE HELP TOPICS

# Public & Private Profiles

You control the visibility and reach of your LinkedIn profile. Learn more about your profile privacy settings, customizing your public profile URL, and more.

Articles from LinkedIn

LinkedIn Public Profile Visibility

Promoting Your Public Profile

Finding Your LinkedIn Public Profile URL

Customizing Your Public Profile URL

Machine Translated Public Profiles on LinkedIn

Sections Missing from Your Public Profile

Help Forum questions

Cannot send recommendations
Asked by Martin Alley 1 month ago
4 answers  5 upvotes

False information
Asked by Michael Roake 1 month ago
7 answers  1 upvotes

Former Employee Still Showing They Are Working For Your Company
Asked by Susan Jones 2 days ago
1 answers  0 upvotes

LinkedIn Corp © 2017

About   Contact us   Privacy and terms