1  C. Brandon Wisoff (State Bar No. 121930)
   bwisoff@fbm.com
2  Deepak Gupta (State Bar No. 226991)
   dgupta@fbm.com
3  Rebecca H. Stephens (State Bar No. 299234)
   rstephens@fbm.com
4  Jeffrey G. Lau (State Bar No. 281629)
   jlau@fbm.com
5  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
6  San Francisco, California 94104
   Telephone: (415) 954-4400
7  Facsimile: (415) 954-4480

8  Laurence H. Tribe* (State Bar No. 39441)
   Carl M. Loeb University Professor and
9  Professor of Constitutional Law
   Harvard Law School
10 1575 Massachusetts Avenue
   Cambridge, Massachusetts 02138
11 Telephone: (617) 495-1767
   *Pro hac vice pending*
12
   Attorneys for Plaintiff hiQ Labs, Inc.
13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17 hiQ Labs, Inc.,                           | Case No. 3:17-cv-03301

18           Plaintiff,                      | **PLAINTIFF'S *EX PARTE* MOTION FOR (1) TEMPORARY RESTRAINING ORDER (2) ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

19     vs.

20 LinkedIn Corp.,

21           Defendant.                      | Filed Concurrently with COMPLAINT
                                             | _____
22                                           | The Hon.
23                                           | Trial Date:

24
25
26
27
28

PLAINTIFF'S *EX PARTE* MOTION FOR TRO AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION

*Affiliation noted for identification purposes only.*
34556\6017260.1

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

**TO DEFENDANT LINKEDIN CORPORATION AND ITS COUNSEL:**

PLEASE TAKE NOTICE that, at a time to be set by the Court, Plaintiff hiQ Labs, Inc. ("Plaintiff" or "hiQ"), in the courtroom of a Judge of this Court as yet to be assigned to this case, will and hereby does respectfully move *ex parte* for entry of (1) a temporary restraining order and (2) an order to show cause why a preliminary injunction should not be issued against Defendant LinkedIn Corporation ("Defendant" or "LinkedIn").  This motion is made pursuant to Federal Rule of Civil Procedure 65 and Local Rule 65-1.  Prior to filing this motion, Plaintiff, by and through its undersigned counsel, provided notice of this motion and the requested relief via email to Defendant LinkedIn's counsel on June 7, 2017. *See* Declaration of Deepak Gupta, ¶ 23, Exh. 1.

The motion is made on the grounds that (1) absent judicial relief, hiQ will suffer immediate, irreparable harm, including forced loss of its contracts with customers, closure of its business, and laying off its employees; (2) hiQ is likely to succeed on the merits of its claims against Defendant for intentional interference with contract and prospective economic advantage, promissory estoppel, violations of California's Unfair Competition Law, violations of California free speech principles, and for declaratory judgment that hiQ has not violated the Computer Fraud and Abuse Act or Digital Millennium Copyright Act [add other claims they make]; (3) the balance of equities tips sharply in favor of hiQ; and (4) the public interest supports the issuance of a temporary restraining order and order to show cause why a preliminary injunction should not be entered.

hiQ's Motion seeks temporary and preliminary injunctive relief against LinkedIn to enjoin it from (1) preventing hiQ's access, copying, or use of  public profiles on LinkedIn's website  (i.e., information which LinkedIn members have designated public, meaning it is visible not just to LinkedIn members but also to others, including those who may access LinkedIn's website via Google, Bing, other services, or by direct URL) and (2) blocking or putting in place any mechanism (whether legal or technical) with the effect of blocking hiQ's access to such member public profiles.

Plaintiff's motion is based on this *Ex Parte* Motion, the accompanying Memorandum of Points and Authorities in Support of  Plaintiff's *Ex Parte* Motion and exhibits, the Declarations of

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

PLAINTIFF'S *EX PARTE* MOTION FOR TRO AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION

2

34556\6017260.1

1  Deepak Gupta and Mark Weidick submitted concurrently herewith, the Proposed Order submitted
2  in support of this Motion, the Complaint in this matter, all other documents on file, and such
3  argument and evidence as may be presented at the hearing.

6  Dated:  June 7, 2017                                FARELLA BRAUN + MARTEL LLP

8                                                     By:   /s/ Deepak Gupta
                                                           Deepak Gupta

   Attorneys for Plaintiff hiQ Labs, Inc.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

PLAINTIFF'S *EX PARTE* MOTION FOR TRO AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION

3

34556\6017260.1