# EXHIBIT A

# About us

## About LinkedIn

Want to know about our early days, members, metrics, and more?
Here's a quick view of who we are.

## Company Information

- LinkedIn's founders are **Reid Hoffman**, **Allen Blue**, **Konstantin Guericke**, **Eric Ly** and **Jean-Luc Vaillant**. LinkedIn started out in the living room of co-founder Reid Hoffman in 2002.
- The site officially launched on May 5, 2003. At the end of the first month in operation, LinkedIn had a total of 4,500 members in the network.
- The company has a diversified business model with revenues coming from talent solutions, marketing solutions and premium subscription products.
- LinkedIn's global headquarters are in Sunnyvale, California, with EMEA headquarters in Dublin and APAC headquarters in Singapore. LinkedIn U.S. offices are in Chicago, Los Angeles, New York, Omaha, San Francisco, Sunnyvale and Washington D.C. International LinkedIn offices are located in Amsterdam, Bangalore, Beijing, Dubai, Dublin, Graz, Hong Kong, London, Madrid, Melbourne, Milan, Mumbai, Munich, New Delhi, Paris, Perth, São Paulo, Shanghai, Singapore, Stockholm, Sydney, Tokyo and Toronto.
- LinkedIn is currently available in 24 languages: Arabic, English, Simplified Chinese, Traditional Chinese, Czech, Danish, Dutch, French, German, Indonesian, Italian, Japanese, Korean, Malay, Norwegian, Polish, Portuguese, Romanian, Russian, Spanish, Swedish, Tagalog, Thai and Turkish.
- LinkedIn has more than 10,000 full-time employees with offices in 30 cities around the world. LinkedIn started off 2012 with about 2,100 full-time employees worldwide, up from around 1,000 at the beginning of 2011 and about 500 at the beginning of 2010.

## Worldwide Membership

- LinkedIn operates the world's largest professional network on the Internet with more than 500 million members in over 200 countries and territories.
- Professionals are signing up to join LinkedIn at a rate of more than two new members per second.
- There are more than 40 million students and recent college graduates on LinkedIn. They are LinkedIn's fastest-growing demographic.



Regional membership

158+M EMEA
138+M USA
118+M Asia and the Pacific

70+M LATAM

22+M MENA

22+M Southeast Asia

For more information about our company, please visit our **Company Page** and check out our **LinkedIn Blog**.

For more information about our Products & Services, visit our **Products & Services** page.

For more information, please visit our **Press Center**. Members of the media may direct inquiries to **press@linkedin.com**

© LinkedIn Corporation 2017     About     Cookie Policy     Privacy Policy     User Agreement