# EXHIBIT D


Search for help with...

BROWSE HELP TOPICS 

# Public & Private Profiles

You control the visibility and reach of your LinkedIn profile. Learn more about your profile privacy settings, customizing your public profile URL, and more.

## Articles from LinkedIn

[LinkedIn Public Profile Visibility](#)

[Promoting Your Public Profile](#)

[Finding Your LinkedIn Public Profile URL](#)

[Customizing Your Public Profile URL](#)

[Machine Translated Public Profiles on LinkedIn](#)

[Sections Missing from Your Public Profile](#)

## Help Forum questions

### Cannot send recommendations
Asked by Martin Alley 1 month ago

**4** answers  **5** upvotes

### False information
Asked by Michael Roake 1 month ago

**7** answers  **1** upvotes

### Former Employee Still Showing They Are Working For Your Company
Asked by Susan Jones 2 days ago

**1** answers  **0** upvotes

Case 3:17-cv-03301-EMC   Document 4-4   Filed 06/07/17   Page 3 of 3

LinkedIn Corp © 2017

About   Contact us   Privacy and terms