# EXHIBIT F

 Search for help with...

**BROWSE HELP TOPICS**

← Public & Private Profiles

# Finding Your LinkedIn Public Profile URL

If your profile is set to public, it will have a web address (URL) you can use to share with others. To find your profile's web address:

1. Click the **Me** icon at the top of your LinkedIn homepage.
2. Click **View profile**.
3. On your profile page, click **Edit your public profile** in the right rail.
4. Under the section **Edit public profile URL** in the right rail, locate the URL.
    - It'll be an address that starts with **www.linkedin.com/in**.
5. You can copy and paste this link to share it with others.

**Notes:**

- This link won't appear if you don't have a public profile.
- Members who live in certain countries have a public profile URL that begins with a 2-letter code based on the country listed on their profile. For example, if you live in Canada, your public profile URL could be h**ttp://ca.linkedin.com/in/linkedinyourname.**
- If you change the country listed on your profile, your public profile URL automatically changes. The old URLs will still work.

You can learn about **editing your profile** or check out **more information specifically about your public profile.**

Last updated: 2 months ago



Was this answer helpful?

Yes    No

LinkedIn Corp © 2017

About   Contact us   Privacy and terms