# EXHIBIT G

NYSE:LNKD

# Finance

## LinkedIn Corp (NYSE:LNKD)

Add to portfolio     More results

**Company**
- Summary
- News
- Option chain
- Related companies
- Historical prices
- **Financials**

Markets
News
Portfolios
Stock screener
Google Domestic Trends

Recent Quotes (180 days)

| | | chg | % |
|---|---|---|---|
| LNKD | 195.96 | – | |
| NVDA | 148.95 | +1.61 | |
| IBM | 151.11 | -1.26 | |
| AAPL | 155.11 | +0.66 | |
| AKAM | 48.31 | -0.14 | |
| BFZ | 14.43 | -0.050 | |

Create portfolio from quotes

**Income Statement** | Balance Sheet | Cash Flow

View: Quarterly Data | **Annual Data**     Hide charts



| In Millions of USD (except for per share items) | 12 months ending 2015-12-31 | 12 months ending 2014-12-31 | 12 months ending 2013-12-31 | 12 months ending 2012-12-31 |
|---|---|---|---|---|
| Revenue | 2,990.91 | 2,218.77 | 1,528.55 | 972.31 |
| Other Revenue, Total | - | - | - | - |
| Total Revenue | 2,990.91 | 2,218.77 | 1,528.55 | 972.31 |
| Cost of Revenue, Total | 418.86 | 293.80 | 202.91 | 125.52 |
| Gross Profit | 2,572.05 | 1,924.97 | 1,325.64 | 846.79 |
| Selling/General/Admin. Expenses, Total | 1,526.86 | 1,115.70 | 747.67 | 452.90 |
| Research & Development | 775.66 | 536.18 | 395.64 | 257.18 |
| Depreciation/Amortization | 420.47 | 236.95 | 134.52 | 79.85 |
| Interest Expense(Income) - Net Operating | - | - | - | - |
| Unusual Expense (Income) | - | - | - | - |
| Other Operating Expenses, Total | - | - | - | - |
| Total Operating Expense | 3,141.85 | 2,182.63 | 1,480.73 | 915.45 |
| Operating Income | -150.94 | 36.13 | 47.81 | 56.86 |
| Interest Income(Expense), Net Non-Operating | - | - | - | - |
| Gain (Loss) on Sale of Assets | - | - | - | - |
| Other, Net | -8.53 | 0.06 | 0.02 | -0.16 |
| Income Before Tax | -214.73 | 31.20 | 49.23 | 57.11 |
| Income After Tax | -164.76 | -15.32 | 26.77 | 21.61 |
| Minority Interest | -1.38 | -0.43 | - | - |
| Equity In Affiliates | - | - | - | - |
| Net Income Before Extra. Items | -166.14 | -15.75 | 26.77 | 21.61 |
| Accounting Change | - | - | - | - |
| Discontinued Operations | - | - | - | - |
| Extraordinary Item | - | - | - | - |
| Net Income | -166.14 | -15.75 | 26.77 | 21.61 |
| Preferred Dividends | - | - | - | - |
| Income Available to Common Excl. Extra Items | -166.14 | -15.75 | 26.77 | 21.61 |
| Income Available to Common Incl. Extra Items | -166.14 | -15.75 | 26.77 | 21.61 |
| Basic Weighted Average Shares | - | - | - | - |
| Basic EPS Excluding Extraordinary Items | - | - | - | - |
| Basic EPS Including Extraordinary Items | - | - | - | - |
| Dilution Adjustment | - | 0.00 | 5.04 | 7.78 |
| Diluted Weighted Average Shares | 129.02 | 122.80 | 141.33 | 153.45 |
| Diluted EPS Excluding Extraordinary Items | -1.29 | -0.13 | 0.23 | 0.19 |
| Diluted EPS Including Extraordinary Items | - | - | - | - |
| Dividends per Share - Common Stock Primary Issue | - | - | 0.00 | 0.00 |
| Gross Dividends - Common Stock | - | - | - | - |
| Net Income after Stock Based Comp. Expense | - | - | - | - |
| Basic EPS after Stock Based Comp. Expense | - | - | - | - |
| Diluted EPS after Stock Based Comp. Expense | - | - | - | - |
| Depreciation, Supplemental | - | - | - | - |

| | | | | |
|---|---|---|---|---|
| Total Special Items | - | - | - | - |
| Normalized Income Before Taxes | - | - | - | - |
| Effect of Special Items on Income Taxes | - | - | - | - |
| Income Taxes Ex. Impact of Special Items | - | - | - | - |
| Normalized Income After Taxes | - | - | - | - |
| Normalized Income Avail to Common | - | - | - | - |
| Basic Normalized EPS | - | - | - | - |
| Diluted Normalized EPS | -1.29 | -0.13 | 0.23 | 0.19 |

Google Finance Beta available in: Hong Kong - Canada - U.S. - China - U.K.

Information is provided "as is" and solely for informational purposes, not for trading purposes or advice, and may be delayed. To see all exchange delays, please see disclaimer.

©2017 Google - Google Home - Blog - Help - Report a Problem - Privacy Policy - Terms of Service