# EXHIBIT H

NYSE:LNKD

# Finance

**LinkedIn Corp** (NYSE:LNKD)

Add to portfolio    More results

**Company**
- Summary
- News
- Option chain
- Related companies
- Historical prices
- **Financials**

Markets
News
Portfolios
Stock screener
Google Domestic Trends

Recent Quotes (180 days)

| | | chg | % |
|---|---|---|---|
| LNKD | 195.96 | – | |
| NVDA | 148.99 | +1.65 | |
| IBM | 151.11 | -1.26 | |
| AAPL | 155.12 | +0.67 | |
| AKAM | 48.29 | -0.16 | |
| BFZ | 14.43 | -0.050 | |

Create portfolio from quotes

**Income Statement** | Balance Sheet | Cash Flow

View: **Quarterly Data** | Annual Data      Hide charts



| In Millions of USD (except for per share items) | 3 months ending 2016-09-30 | 3 months ending 2016-06-30 | 3 months ending 2016-03-31 | 3 months ending 2015-12-31 | 3 months ending 2015-09-30 |
|---|---|---|---|---|---|
| Revenue | 959.79 | 932.71 | 860.65 | 861.89 | 779.60 |
| Other Revenue, Total | - | - | - | - | - |
| Total Revenue | 959.79 | 932.71 | 860.65 | 861.89 | 779.60 |
| Cost of Revenue, Total | 119.77 | 120.53 | 117.53 | 119.00 | 111.37 |
| Gross Profit | 840.01 | 812.19 | 743.12 | 742.90 | 668.23 |
| Selling/General/Admin. Expenses, Total | 432.61 | 442.41 | 429.44 | 411.93 | 384.32 |
| Research & Development | 246.42 | 235.93 | 237.62 | 217.26 | 202.68 |
| Depreciation/Amortization | 137.93 | 139.40 | 142.28 | 129.59 | 117.90 |
| Interest Expense(Income) - Net Operating | - | - | - | - | - |
| Unusual Expense (Income) | - | - | - | - | - |
| Other Operating Expenses, Total | - | - | - | - | - |
| Total Operating Expense | 936.74 | 938.26 | 926.87 | 877.79 | 816.28 |
| Operating Income | 23.05 | -5.55 | -66.22 | -15.89 | -36.68 |
| Interest Income(Expense), Net Non-Operating | - | - | - | - | - |
| Gain (Loss) on Sale of Assets | - | - | - | - | - |
| Other, Net | -1.60 | -1.77 | -2.21 | -2.01 | -10.68 |
| Income Before Tax | 12.81 | -18.09 | -78.28 | -31.98 | -57.34 |
| Income After Tax | 9.11 | -118.74 | -45.32 | -7.91 | -46.91 |
| Minority Interest | -0.55 | -0.53 | -0.51 | -0.51 | -0.51 |
| Equity In Affiliates | - | - | - | - | - |
| Net Income Before Extra. Items | 8.56 | -119.27 | -45.83 | -8.43 | -47.42 |
| Accounting Change | - | - | - | - | - |
| Discontinued Operations | - | - | - | - | - |
| Extraordinary Item | - | - | - | - | - |
| Net Income | 8.56 | -119.27 | -45.83 | -8.43 | -47.42 |
| Preferred Dividends | - | - | - | - | - |
| Income Available to Common Excl. Extra Items | 8.56 | -119.27 | -45.83 | -8.43 | -47.42 |
| Income Available to Common Incl. Extra Items | 8.56 | -119.27 | -45.83 | -8.43 | -47.42 |
| Basic Weighted Average Shares | - | - | - | - | - |
| Basic EPS Excluding Extraordinary Items | - | - | - | - | - |
| Basic EPS Including Extraordinary Items | - | - | - | - | - |
| Dilution Adjustment | - | - | - | - | - |
| Diluted Weighted Average Shares | 135.14 | 134.13 | 132.78 | 131.58 | 130.72 |
| Diluted EPS Excluding Extraordinary Items | 0.06 | -0.89 | -0.35 | -0.06 | -0.36 |
| Diluted EPS Including Extraordinary Items | - | - | - | - | - |
| Dividends per Share - Common Stock Primary Issue | 0.00 | 0.00 | 0.00 | - | 0.00 |
| Gross Dividends - Common Stock | - | - | - | - | - |
| Net Income after Stock Based Comp. Expense | - | - | - | - | - |
| Basic EPS after Stock Based Comp. Expense | - | - | - | - | - |
| Diluted EPS after Stock Based Comp. Expense | - | - | - | - | - |
| Depreciation, Supplemental | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Depreciation, Supplemental | - | - | - | - | - |
| Total Special Items | - | - | - | - | - |
| Normalized Income Before Taxes | - | - | - | - | - |
| Effect of Special Items on Income Taxes | - | - | - | - | - |
| Income Taxes Ex. Impact of Special Items | - | - | - | - | - |
| Normalized Income After Taxes | - | - | - | - | - |
| Normalized Income Avail to Common | - | - | - | - | - |
| Basic Normalized EPS | - | - | - | - | - |
| Diluted Normalized EPS | 0.06 | -0.89 | -0.35 | -0.06 | -0.36 |

Google Finance Beta available in: Hong Kong Canada U.S. China U.K.

Information is provided "as is" and solely for informational purposes, not for trading purposes or advice, and may be delayed. To see all exchange delays, please see disclaimer.

©2017 Google Google Home Blog Help Report a Problem Privacy Policy Terms of Service