# EXHIBIT N

Newsroom

News   About us   Corporate   Media resources   Investors

# Manage Your Own Brand

LinkedIn Corporate Communications Team  February 6, 2013    Share    Tweet    Like 0    G+1 0

Own your professional brand and Google search results for your name by customizing your LinkedIn Public Profile URL. Edit the link so it's your firstnamelastname (or, if that's taken, lastnamefirstname). Now you control what people see when they do a search for your name on search engines. This means people will always get the most recent information about you as you change jobs, switch beats, and update LinkedIn accordingly.

## Topics

**LinkedIn For Journalists**

Related story
**Open the Door to Opportunities**

Related story
**Crowdsource Your Research**

LinkedIn.com

News   About us   Corporate   Media resources   Investors

LinkedIn Corporation © 2017