# EXHIBIT O

# Printing a Profile

If you're viewing a profile while signed in to LinkedIn, you have the option to export the profile to a PDF file and then print it; however, not all profile sections will appear in the PDF.

To export and print a profile:

1. Click the **Me** icon at the top of your LinkedIn homepage and select **View profile**, or navigate to someone else's profile.
2. Click the ••• **More** icon in the top section of the profile, to the right of the picture.
3. Select ↓ **Save to PDF** from the dropdown.
4. The PDF file will be downloaded and saved to the default download location on your computer. Once you open the file, you can print it.

Learn how to **share a profile** with your connections.

**Note:** Only characters from the English alphabet will display properly in a PDF.

Last updated: 1 month ago

## Was this answer helpful?

Yes   No

**RELATED ARTICLES**

Printing A Table of Saved Profiles in Recruiter

Editing Your Profile

Forwarding Profiles in Recruiter

Finding Your LinkedIn Public Profile URL

Exporting Profile PDFs from the Clipboard in Recruiter

LinkedIn Corp © 2017

About   Contact us   Privacy and terms