# EXHIBIT P

Case 3:17-cv-03301-EMC   Document 4-16   Filed 06/07/17   Page 2 of 3



# Introducing Two Connections by Sharing a Profile

If you want to introduce two connections who could benefit from knowing each other, you can use the **Share profile** option from one of their profiles to then send the message to both of them. Contact information will be included in the message so that both members can connect to each other.
You can forward another member's profile to a connection using the share link:

1. Search for one of the connection's profile using the 🔍 **Search** box at the top of your homepage.
2. From the results page, click their name to view their profile.
3. Click the **More** icon in the top section of their profile and select **Share profile**.
4. Enter each recipient's name in the **Type a name** section of the **New message** page.
5. Add a message to explaining how these two connections would benefit from knowing each other.
6. Click **Send**.
    - Press the **Enter** key to send (if the **press enter to send** option is enabled), or click the **Send** button.

Learn more about the **different ways of getting introduced or sharing profiles**.

Last updated: 2 months ago

Was this answer helpful?

Yes      No

**RELATED ARTICLES**

Different Ways of Getting Introduced on LinkedIn

Sending Messages to Connections

Introductions on the LinkedIn Mobile App

Finding a Connection's Profile

Searching Your Connection's Connections

**RECENTLY VIEWED**

Printing a Profile

LinkedIn Corp © 2017

About   Contact us   Privacy and terms