C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Deepak Gupta (State Bar No. 226991)
dgupta@fbm.com
Rebecca H. Stephens (State Bar No. 299234)
rstephens@fbm.com
Jeffrey G. Lau (State Bar No. 281629)
jlau@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Laurence H. Tribe* (State Bar No. 39441)
Carl M. Loeb University Professor and
Professor of Constitutional Law
Harvard Law School
1575 Massachusetts Avenue
Cambridge, Massachusetts 02138
Telephone: (617) 495-1767
*Pro hac vice pending*

Attorneys for Plaintiff hiQ Lab, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LinkedIn, Corp.,<br><br>　　　　　Defendant. | Case No. 3:17-cv-03301<br><br>**DECLARATION OF DEEPAK GUPTA IN SUPPORT OF hiQ'S MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Deepak Gupta, declare as follows:

　　　　1.　　I am a partner at Farella Braun + Martel LLP ("Farella"). I am a member in good standing of the California State Bar. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently to its contents.

　　　　2.　　I was retained as counsel by hiQ on May 24, 2017 to represent it in its dispute against LinkedIn.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

DECLARATION OF DEEPAK GUPTA IN
SUPPORT OF hiQ's MOTION FOR TEMPORARY
RESTRAINING ORDER

*Affiliation noted for identification purposes only*
34556\6002373.1

3. On May 30, 2017 I spoke with Abhishek Bajoria, counsel for LinkedIn regarding LinkedIn's May 23 cease-and-desist letter to hiQ. *See* Ex. J attached to hiQ's Motion for Temporary Restraining Order ("Motion").

4. During this conversation, I explained to LinkedIn's counsel hiQ's belief that it had a right to access public profiles available on LinkedIn's site, that its business is synergistic to LinkedIn, that the effect of LinkedIn's cease-and-desist letter would devastate hiQ, and to understand whether LinkedIn believed it was being harmed in any way.

5. LinkedIn's counsel was unable to point to any interference or impairment with LinkedIn's servers from hiQ's accessing the LinkedIn site. LinkedIn also admitted that numerous other commercial enterprises, including Google and Yahoo! are permitted to use automated software to access the LinkedIn site.

6. I also asked LinkedIn's counsel if LinkedIn is building products to compete with hiQ's Keeper and Skill Mapper services. Counsel for LinkedIn stated that he did not know the answer to that question.

7. On May 31, 2017, I sent a letter to LinkedIn asking that hiQ be permitted to access the public profile portion of the LinkedIn website, at least in the interim while the parties discussed the possibility of a mutually amicable resolution, and explaining what I believe to be errors of thinking in the May 24 letter. A true and correct copy of this letter is attached as Exhibit K to the Motion.

8. As of this date, LinkedIn has not responded to my letter.

9. Attached as Exhibit A to hiQ's Motion is a true and correct copy of LinkedIn's "About Us" webpage, accessed on June 7, 2017.

10. Attached as Exhibit B to hiQ's Motion is a true and correct copy of LinkedIn's User Agreement, accessed on May 26, 2017.

11. Attached as Exhibit C to hiQ's Motion is a true and correct copy of a screenshot my LinkedIn profile.

12. Attached as Exhibit D to hiQ's Motion is a true and correct copy of the "Public & Private Profiles | LinkedIn Help" webpage, accessed on May 24, 2017.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

DECLARATION OF DEEPAK GUPTA IN
SUPPORT OF hiQ's MOTION FOR TEMPORARY
RESTRAINING ORDER

2

34556\6002373.1

13. Attached as Exhibit E to hiQ's Motion is a true and correct copy of a screenshot of my LinkedIn profile, taken when my computer mouse was hovering over the "i" icon next to the "Public" radio button in the "Customize Your Public Profile" section of the webpage.

14. Attached as Exhibit F to hiQ's Motion is a true and correct copy of the "Finding Your LinkedIn Public Profile URL | LinkedIn Help" webpage, accessed on May 26, 2017.

15. Attached as Exhibit G is a true and correct copy of the 12-month Financial Statements for LinkedIn Corp. as reported by Google Finance, accessed on June 7, 2017.

16. Attached as Exhibit H is a true and correct copy of the 3-month Financial Statements for LinkedIn Corp. as reported by Google Finance, accessed on June 7, 2017.

17. Attached as Exhibit I to hiQ's Motion is a true and correct copy of the article "MICROSOFT BUYS LINKEDIN FOR $26.2 BILLION" from the Business Insider website, accessed on June 7, 2017.

18. Attached as Exhibit L to hiQ's Motion is a true and correct copy of the transcript of LinkedIn's Q4 2014 Quarterly Results earnings call.

19. Attached as Exhibit M to hiQ's Motion is a true and correct copy of the "Data | LinkedIn Engineering" webpage, accessed on June 7, 2017.

20. Attached as Exhibit N to hiQ's Motion is a true and correct copy of LinkedIn's "Manage Your Own Brand" webpage, accessed on May 31, 2017.

21. Attached as Exhibit O to hiQ's Motion is a true and correct copy of the "Printing a Profile | LinkedIn Help" webpage, accessed on May 31, 2017.

22. Attached as Exhibit P to hiQ's Motion is a true and correct copy of the "Introducing Two Connections by Sharing a Profile | LinkedIn Help" webpage, accessed on May 31, 2017.

23. On June 7, 2017 I provided notice via email to Abhishek Bajoria, Senior Litigation Counsel for LinkedIn and the author of LinkedIn's May 23 cease-and-desist letter, of hiQ's intention to see a Temporary Restraining Order against LinkedIn pursuant to Federal Rule of Civil Procedure 65 and Local Rule 65-1. I wrote that we would request a hearing as soon as possible, and that we would be seeking the relief set forth in the proposed order filed herewith. Attached as

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

DECLARATION OF DEEPAK GUPTA IN SUPPORT OF hiQ's MOTION FOR TEMPORARY RESTRAINING ORDER

3

34556\6002373.1

1  Exhibit 1 to this Declaration is a true and correct copy of the email I sent to Mr. Bajoria on June 7,
2  2017.
3       I declare under penalty of perjury under the laws of the United States that the foregoing is
4  true and correct.  Executed June 7, 2017, at San Francisco, California.

<u>/s/ Deepak Gupta</u>
Deepak Gupta

Attorney for Plaintiff hiQ Labs, Inc.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

DECLARATION OF DEEPAK GUPTA IN
SUPPORT OF hiQ's MOTION FOR TEMPORARY
RESTRAINING ORDER

4

34556\6002373.1