# EXHIBIT 1

**Lynch, Deborah (26) x3527**

| | |
|---|---|
| **From:** | Deepak Gupta <DGupta@fbm.com> |
| **Sent:** | Wednesday, June 07, 2017 5:42 PM |
| **To:** | 'Abhishek Bajoria' |
| **Cc:** | Brandon Wisoff |
| **Subject:** | HiQ Labs, Inc. v. LinkedIn -- FRCP 65/N.D. Cal. Civ. L.R. 65-1 -- Notice Re: TRO |

Dear Abhishek:

Under Federal Rule of Civil Procedure 65 and Northern District of California Civil Local Rule 65-1(b), on behalf of hiQ Labs, Inc., we hereby give notice to LinkedIn of hiQ's intention to seek a temporary restraining order in the Northern District of California against LinkedIn, to be heard on the earliest date available on the calendar of the judge to be assigned.

The relief we shall request is that LinkedIn and its officers, agents, servants, employees, and attorneys, be temporarily enjoined from (1) preventing hiQ's access, copying, or use of public profiles on LinkedIn's website (i.e., information which LinkedIn members have designated public, meaning it is visible not just to LinkedIn members but also to others, including those who may access LinkedIn's website via Google, Bing, other services, or by direct URL), and (2) blocking or putting in place any mechanism (whether legal or technical) with the effect of blocking hiQ's access to such member public profiles. To the extent LinkedIn has already put in place technology to prevent hiQ from accessing these public profiles, we are asking for an order to remove any such barriers within 24 hours of being served with the Court's Order.

My phone number is 415-954-4419 should you have any questions, or wish to talk.

Sincerely,

Deepak

**Deepak Gupta**
*Partner*
dgupta@fbm.com
415.954.4419


**FARELLA BRAUN + MARTEL LLP**

Russ Building            T 415.954.4400
235 Montgomery Street    F 415.954.4480
San Francisco / CA 94104  www.fbm.com

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Farella Braun + Martel LLP