DocuSign Envelope ID: D9BB0AB4-F03D-463E-805C-7E004305BD7D

C. Brandon Wisoff (State Bar No. 121930)
 bwisoff@fbm.com
Deepak Gupta (State Bar No. 226991)
 dgupta@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Laurence H. Tribe[1] (State Bar No. 39441)
Carl M. Loeb University Professor and
Professor of Constitutional Law
Harvard Law School
1575 Massachusetts Avenue
Cambridge, Massachusetts 02138
Telephone: (617) 495-1767
*Pro hac vice* pending

Attorneys for Plaintiff hiQ Labs, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| hiQ Labs, Inc. | Case No. 3:17-cv-03301 |
|---|---|
| Plaintiff, | **DECLARATION OF MARK WEIDICK IN SUPPORT OF HIQ'S MOTION FOR TRO** |
| vs. | |
| LinkedIn Corporation | |
| Defendant. | |

I, Mark Weidick, declare as follows:

1. I am the Chief Executive Officer of hiQ Labs, Inc. ("hiQ"). The facts stated in this declaration are based on my personal knowledge, discussions with company personnel and my review of records kept in the ordinary course of business. I could and would testify truthfully to these facts, under oath, if required.

---

[1] *Affiliation noted for identification purposes only*.

DECLARATION OF MARK WEIDICK IN
SUPPORT OF hiQ'S MOTION FOR TRO

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

34556\6004725.2

2. I joined hiQ as its Chief Executive Officer on Feb 14, 2017. My responsibilities include understanding our business, setting strategy, allocating resources, making key executive decisions, delivering results agreed upon with hiQ's Board of Directors, and managing the entire hiQ team, which includes our technology, marketing, sales, finance, and other personnel. I also interface with venture capitalists and other financers, meet with customers, partners, industry analysts, and report to our Board of Directors.

3. hiQ was founded in 2012 as OrgStars Inc. to apply predictive data science to issues related to a company's workforce. OrgStars changed its name to hiQ Labs, Inc. on May 23, 2014. Since its founding, hiQ has raised $14.5 million in two rounds of funding. hiQ currently has 24 employees, the majority of whom are in its San Francisco office. 11 have advanced degrees, including several Ph.Ds.

4. hiQ performs scientific, computerized analyses of public profile information available on the website www.linkedin.com ("LinkedIn website"). hiQ built its business on public profiles because they were described by LinkedIn as being public and accessible to everyone, whether LinkedIn members or not. Relying on this representation, hiQ has spent millions of dollars and thousands of hours investing in its business and developing its data science and analysis technology. Using the public profile information available on the LinkedIn website, hiQ produces and sells to Fortune 500 companies two data science based "people analytics" services that provide insights into a company's workforce: Keeper and Skill Mapper.

5. Keeper analyzes and predicts the retention risk—*i.e.* the risk of an employee being recruited away—for the employees of a given employer, and indicates which employees are at greatest risk of being recruited away. Employers can then develop action plans for retaining its talent, including, for example, by providing an employee who is at high risk of leaving a career development opportunity or bonus to stay.

6. Skill Mapper aggregates and summarizes the breadth and depth of the skills possessed by an employer's workforce by analyzing all of the skills its employees list on the LinkedIn website, including those skills acquired from previous positions. Using this information, employers can build succession plans, drive employee engagement, promote internal mobility, and

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

DECLARATION OF MARK WEIDICK IN
SUPPORT OF hiQ'S MOTION FOR TRO

2

34556\6004725.2

DocuSign Envelope ID: D9BB6AB4-F03D-463E-805C-7E004305BD7D

reduce costs associated with external talent acquisition. For example, employers can identify areas where its employees lack depth in a particular skill area of value and offer training to its employees to make up for that deficit.

7. hiQ believes that its services are synergistic to LinkedIn's goals, as they help LinkedIn's members maximize their professional and business opportunities.

8. hiQ uses a variety of software and manual means to gather the raw data it needs to analyze in order to provide Keeper and Skill Mapper for its clients. All of these means access only the public profile section of the LinkedIn website; none of these means access any private sections of LinkedIn, such as profile information visible only to those who are signed-in to the LinkedIn website, or member private data that can be viewed only by those who are "connected" in LinkedIn to that member.

9. hiQ does not offer a social networking platform and never republishes the public profile information it gathers for its Keeper and Skill Mapper services. Instead, such information is analyzed using hiQ's analytical systems and developed into new business intelligence for its clients.

10. Current customers of hiQ include eBay, Capital One, and GoDaddy. hiQ also has prospective deals with Bank of New York Mellon, Chevron, Groupon, Honeywell, IBM, Visier, and Jobvite.

11. LinkedIn has known of hiQ since at least October 2015, when it started participating in hiQ's Elevate conference.

12. hiQ's Elevate conference is designed to build a community around the emerging field of people analytics and has provided a regular forum for participants to share insights and disseminate best practices. During these Elevate conferences, hiQ has openly discussed its business model, growth, expansion, and its collection and use of public profile information from the LinkedIn website.

13. LinkedIn has sent representatives to Elevate conferences starting in October 2015. Since then, at least ten different LinkedIn representatives have attended the Elevate conference, and many of those LinkedIn employees attended multiple times. LinkedIn has also spoken at

1  Elevate conferences.  In 2016, hiQ awarded its Elevate "Impact Award" to LinkedIn employee
2  Lorenzo Canlas, who applied for the award, attended the conference, and accepted the award.  At
3  that conference, Mr. Canlas delivered a PowerPoint presentation on the power of talent analytics.
4  The title slide from his presentation is emblematic of the cooperation between our companies:



14.  In late 2016 and early 2017, hiQ's previous CEO, my predecessor, held a series of in-person meetings with LinkedIn personnel.  During these meetings, he advised LinkedIn of hiQ's active customer relationships.

15.  I was surprised to receive LinkedIn's cease-and-desist letter dated May 23, 2017, a true and correct copy of which is attached as Exhibit J to hiQ's Motion for Temporary Restraining Order.  LinkedIn did not provide any warning or suggest to hiQ that it disapproved of hiQ's business.  LinkedIn has never hinted to hiQ that LinkedIn believes hiQ's access harms LinkedIn or its members.  At all times before receiving the cease-and-desist letter, hiQ believed that LinkedIn approved of its activities.

16.  After receiving the cease-and-desist letter, hiQ learned that LinkedIn had taken down hiQ's company profile from LinkedIn, had terminated its LinkedIn membership, and had purported to deauthorize hiQ's access to all LinkedIn profile pages, including those that LinkedIn members have explicitly made public and which LinkedIn tells its members will be accessible by members and non-members alike.

17.  hiQ's entire business depends on being able to access public LinkedIn member profiles.  hiQ has investigated and concluded that there is no current viable alternative to LinkedIn's member database to obtain data for hiQ's Keeper and Skill Mapper services.  Without

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

DECLARATION OF MARK WEIDICK IN
SUPPORT OF hiQ'S MOTION FOR TRO

4

34556\6004725.2

1  access to these profiles, hiQ cannot deliver its services; its contracts with existing customers will
2  be in jeopardy and hiQ will be prevented from consummating its pending deals with prospective
3  clients.

4      18.   hiQ is also in the middle of a pending financing round, which has been disrupted
5  due to LinkedIn's actions.

6      19.   If LinkedIn continues to deny hiQ access to the public profiles on LinkedIn's
7  website, hiQ will be forced to close its business and lay off most, if not all, of its employees.

8      20.   I retained counsel on behalf of hiQ on May 24, 2017 to guide hiQ through this
9  dispute with LinkedIn and authorized counsel to send a May 31, 2017 response letter to LinkedIn.
10 In that letter, hiQ informed LinkedIn that its conduct has endangered hiQ's current contracts with
11 eBay, Capital One, and GoDaddy and others, and prospective deals with Bank of New York
12 Mellon, Chevron, Groupon, Honeywell, IBM, Visier and Jobvite, as well as the needed financing.

13     I declare under penalty of perjury under the laws of the United States that the foregoing is
14 true and correct.  Executed June 7, 2017, at San Francisco, California.



MARK WEIDICK
Chief Executive Officer
HiQ Labs, Inc.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

DECLARATION OF MARK WEIDICK IN
SUPPORT OF hiQ'S MOTION FOR TRO

5

34556\6004725.2