1  JONATHAN H. BLAVIN (State Bar No. 230269)
   Jonathan.blavin@mto.com
2  ROSEMARIE T. RING (State Bar No. 220769)
   Rose.ring@mto.com
3  LAURA K. LIN (State Bar No. 281542)
   Laura.lin@mto.com
4  NICHOLAS D. FRAM (State Bar No. 288293)
   Nicholas.fram@mto.com
5  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th Floor
6  San Francisco, California 94105
   Telephone:    (415) 512-4000
7  Facsimile:    (415) 512-4077

8  TAMERLIN J. GODLEY (State Bar No. 194507)
   Tamerlin.godley@mto.com
9  Munger, Tolles & Olson LLP
   350 South Grand Avenue, 50th Floor
10 Los Angeles, CA 90071
   Telephone:    (213) 683-9100
11 Facsimile:    (213) 687-3702

12 Attorneys for LinkedIn Corporation

13

                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15

16

   hiQ Labs, Inc.,                         |  Case No. 17-CV-03301
17
               Plaintiff,                   |  **NOTICE OF APPEARANCE**
18
          vs.
19
   LinkedIn Corporation,
20
               Defendant.
21

22

          TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:
23
          PLEASE TAKE NOTICE that Jonathan H. Blavin (SBN 230269), Rosemarie T. Ring
24
   (SBN 220769), Tamerlin J. Godley (SBN 194507), Laura K. Lin (SBN 281542), and Nicholas D.
25
   Fram (SBN 288293) hereby appear as counsel of record in this action for LinkedIn Corporation.
26
   All are members of the State Bar of California and admitted to practice in the Northern District of
27
   California.  Service may be made using the contact information below.
28

   35194205.1

1    Jonathan H. Blavin (SBN 230269)
     Munger, Tolles & Olson LLP
2    560 Mission Street, 27th Floor
     San Francisco, CA  94105
3    Telephone:    (415) 512-4000
     Facsimile:    (415) 512-4077
4    Jonathan.Blavin@mto.com

5    Rosemarie T. Ring (SBN 220769)
     Munger, Tolles & Olson LLP
6    560 Mission Street, 27th Floor
     San Francisco, CA  94105
7    Telephone:    (415) 512-4000
     Facsimile:    (415) 512-4077
8    Rose.Ring@mto.com

9    Tamerlin J. Godley (SBN 194507)
     Munger, Tolles & Olson LLP
10   350 South Grand Avenue, 50th Floor
     Los Angeles, CA 90071
11   Telephone:    (213) 683-9100
     Facsimile:    (213) 687-3702
12   Tamerlin.Godley@mto.com

13   Laura K. Lin (SBN 281542)
     Munger, Tolles & Olson LLP
14   560 Mission Street, 27th Floor
     San Francisco, CA  94105
15   Telephone:    (415) 512-4000
     Facsimile:    (415) 512-4077
16   Laura.Lin@mto.com

17   Nicholas D. Fram (SBN 288293)
     Munger, Tolles & Olson LLP
18   560 Mission Street, 27th Floor
     San Francisco, CA  94105
19   Telephone:    (415) 512-4000
     Facsimile:    (415) 512-4077
20   Nicholas.fram@mto.com

21                               MUNGER, TOLLES & OLSON LLP
     DATED:  June 8, 2017
22

23

24

                                 By:    _____/s/ Jonathan H. Blavin_____
25                                        Jonathan H. Blavin

26                               Attorneys for LinkedIn Corporation

27

28

35194205.1

                                        -2-

CASE NO. 17-CV-03301
NOTICE OF APPEARANCE