C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Deepak Gupta (State Bar No. 226991)
dgupta@fbm.com
Rebecca H. Stephens (State Bar No. 299234)
rstephens@fbm.com
Jeffrey G. Lau (State Bar No. 281629)
jlau@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Laurence H. Tribe* (State Bar No. 39441)
Carl M. Loeb University Professor and
Professor of Constitutional Law
Harvard Law School
1575 Massachusetts Avenue
Cambridge, Massachusetts 02138
Telephone: (617) 495-1767
*Pro hac vice pending*

Attorneys for Plaintiff hiQ Labs, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> LinkedIn Corp., <br><br> Defendant. | Case No. 3:17-cv-03301-EMC <br><br> **PLAINTIFF'S NOTICE OF WITHDRAWAL OF *EX PARTE* MOTION FOR (1) TEMPORARY RESTRAINING ORDER (2) ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION, *WITHOUT PREJUDICE*** <br><br> The Hon. Edward M. Chen <br><br> Trial Date: |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

PLTF's NOTICE OF WITHDRAWL RE EX PARTE
MTN RE TRO & OSC / # 3:17-cv-03301-EMC

*Affiliation noted for identification purposes only.*
34556\6025958.1

1  Plaintiff hiQ Labs, Inc. hereby withdraws its *ex parte* application for temporary restraining
2  order and order to show cause why a preliminary injunction should not issue (D.I. 3), without
3  prejudice.

4  Dated: June 9, 2017          FARELLA BRAUN + MARTEL LLP

6            By:    */s/ C. Brandon Wisoff*
                   C. Brandon Wisoff

7            Attorneys for Plaintiff hiQ Labs, Inc.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

PLTF's NOTICE OF WITHDRAWL RE EX PARTE
MTN RE TRO & OSC / # 3:17-cv-03301-EMC          2          34556\6025958.1