| | |
|---|---|
| 1 | NICHOLAS D. FRAM (State Bar No. 288293) |
| | Nicholas.fram@mto.com |
| 2 | MUNGER, TOLLES & OLSON LLP |
| | 560 Mission Street, 27th Floor |
| 3 | San Francisco, California 94105 |
| | Telephone:   (415) 512-4000 |
| 4 | Facsimile:    (415) 512-4077 |
| 5 | Attorneys for LinkedIn Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc., | Case No. 17-CV-03301 |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| LinkedIn Corporation, | |
| Defendant. | |

TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Nicholas D. Fram (SBN 288293) hereby appears as counsel of record in this action for LinkedIn Corporation.  I am a member of the State Bar of California and admitted to practice in the Northern District of California.  Service may be made using the contact information below.

> Nicholas D. Fram (SBN 288293)
> Munger, Tolles & Olson LLP
> 560 Mission Street, 27th Floor
> San Francisco, CA  94105
> Telephone:   (415) 512-4000
> Facsimile:    (415) 512-4077
> Nicholas.fram@mto.com

35194205.1

DATED: June 12, 2017

MUNGER, TOLLES & OLSON LLP

By:     */s/Nicholas D. Fram*
              Nicholas D. Fram

Attorneys for LinkedIn Corporation