JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
ROSEMARIE T. RING (State Bar No. 220769)
rose.ring@mto.com
LAURA K. LIN (State Bar No. 281542)
laura.lin@mto.com
NICHOLAS D. FRAM (State Bar No. 288293)
nicholas.fram@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

TAMERLIN J. GODLEY (State Bar No. 194507)
tamerlin.godley@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for LinkedIn Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc., | Case No. 17-CV-03301 |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| vs. | |
| LinkedIn Corporation, | |
| Defendant. | |

35239065.1

17-CV-03301

NOTICE OF CHANGE OF ADDRESS

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, effective February 27, 2017, the law firm of Munger, Tolles & Olson LLP, attorneys for Defendant, relocated their Los Angeles office from 355 South Grand Avenue, 35th Floor, Los Angeles, CA 90071 to the following address:

> MUNGER, TOLLES & OLSON LLP
> 350 South Grand Avenue
> 50th Floor
> Los Angeles, CA 90071-3426

All email addresses, telephone and facsimile numbers of counsel remain unchanged. The mailing address of Munger, Tolles & Olson LLP's San Francisco office remains unchanged.

DATED: June 14, 2017         MUNGER, TOLLES & OLSON LLP
                             JONATHAN H. BLAVIN
                             ROSEMARIE T. RING
                             LAURA K. LIN
                             NICHOLAS D. FRAM
                             TAMERLIN J. GODLEY


                             By:    */s/ Tamerlin J. Godley*
                                    TAMERLIN J. GODLEY
                             Attorneys for LinkedIn Corporation