**THE STATE BAR OF CALIFORNIA**

MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

June 13, 2017

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, LAURENCE HENRY TRIBE, #39441 was admitted to the practice of law in this state by the Supreme Court of California on December 23, 1966; that from the date of admission to June 25, 1968, he was an ACTIVE member of the State Bar of California; that on June 25, 1968, he transferred at his request to the INACTIVE status as of January 1, 1968; that from that date to December 1, 1980, he was an INACTIVE member of the State Bar of California; that on December 1, 1980, he transferred at his request to the ACTIVE status; that he has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records