1  C. Brandon Wisoff (State Bar No. 121930)
   bwisoff@fbm.com
2  Deepak Gupta (State Bar No. 226991)
   dgupta@fbm.com
3  Jeffrey G. Lau (State Bar No. 281629)
   jlau@fbm.com
4  Rebecca H. Stephens (State Bar No. 299234)
   rstephens@fbm.com
   FARELLA BRAUN + MARTEL LLP
5  235 Montgomery Street, 17th Floor
   San Francisco, California 94104
6  Telephone: (415) 954-4400
   Facsimile: (415) 954-4480
7
8  Laurence H. Tribe* (State Bar No. 39441)
   Carl M. Loeb University Professor and
   Professor of Constitutional Law
9  Harvard Law School
   1575 Massachusetts Avenue
10 Cambridge, Massachusetts 02138
   Telephone: (617) 495-1767
11 *Pro hac vice pending*

12 *Attorneys for Plaintiff hiQ Labs, Inc.*

13
14 COUNSEL FOR DEFENDANT LINKEDIN
   CORP. SHOWN ON PAGE 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LinkedIn Corp.,<br><br>　　　　Defendant. | Case No. 3:17-cv-03301-EMC<br><br>**STIPULATION AND *[PROPOSED]* ORDER FOR BRIEFING ON TEMPORARY RESTRAINING ORDER**<br><br>The Hon. Edward M. Chen<br><br>Trial Date:  TBD |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND PROPOSED ORDER
3:17-cv-03301-EMC

*Affiliation noted for identification purposes only.*
34556\6062862.3

1  Jonathan H. Blavin (State Bar No. 230269)
   jonathan.blavin@mto.com
2  Rosemarie T. Ring (State Bar No. 220769)
   Rose.ring@mto.com
3  Laura K. Lin (State Bar No. 281542)
   Laura.lin@mto.com
4  Nicholas K. Fram (State Bar No. 288293)
   nicholas.fram@mto.com
5  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
6  Twenty-Seventh Floor
   San Francisco, California 94105-2907
7  Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4077
8
   A*ttorneys for Defendant LinkedIn Corp.*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND PROPOSED ORDER
3:17-cv-03301-EMC

2

34556\6062862.3

1  Plaintiff hiQ Labs, Inc. ("hiQ") and Defendant LinkedIn Corporation hereby stipulate as
2 follows:
3  1. On June 9, 2017 hiQ withdrew its *ex parte* application for temporary restraining order
4 and order to show cause why a preliminary injunction should not issue (D.I. 3), without prejudice,
5 to allow discussions between the parties.
6  2. As those discussions have not achieved a resolution of this matter, the parties agree to
7 the following schedule:

| | |
|---|---|
| June 22, 2017, close of business | Plaintiff hiQ to file renewed application for temporary restraining order and order to show cause why a preliminary injunction should not issue. |
| June 26, 2017, close of business | Defendant LinkedIn Corporation to file an opposition to said application. |
| June 27, 2017 | Plaintiff hiQ to file a reply brief in support of said application |
| June 29, 2017 | Proposed Hearing Date |

16  3. The Parties shall promptly inform the Court if circumstances change.
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND PROPOSED ORDER
3:17-cv-03301-EMC                    3                              34556\6062862.3

**IT IS SO STIPULATED.**

Dated:   June 15, 2017                                              FARELLA BRAUN + MARTEL LLP

                                                                                    By:   /s/ C. Brandon Wisoff
                                                                                          C. Brandon Wisoff (SBN 121930)
                                                                                          bwisoff@fbm.com
                                                                                          Deepak Gupta (SBN 226991)
                                                                                          dgupta@fbm.com
                                                                                          Jeffrey G. Lau (SBN 281629)
                                                                                          jlau@fbm.com
                                                                                          Rebecca H. Stephens (SBN 299234)
                                                                                          rstephens@fbm.com
                                                                                          Farella Braun + Martel LLP
                                                                                          235 Montgomery Street
                                                                                          San Francisco, California 94104
                                                                                          Telephone:  (415) 954-4400
                                                                                          Fax:  (415) 954-4480

                                                                                    *Attorneys for Plaintiff hiQ Labs, Inc.*

Dated:   June 15, 2017                                              MUNGER, TOLLES & OLSON LLP

                                                                                    By:   /s/ Jonathan H. Blavin
                                                                                          Jonathan H. Blavin (SBN 230269)
                                                                                          jonathan.blavin@mto.com
                                                                                          Rosemarie T. Ring (SBN 220769)
                                                                                          Rose.ring@mto.com
                                                                                          Laura K. Lin (SBN 281542)
                                                                                          Laura.lin@mto.com
                                                                                          Nicholas K. Fram (SBN 288293)
                                                                                          nicholas.fram@mto.com
                                                                                          MUNGER, TOLLES & OLSON LLP
                                                                                          560 Mission Street, 27th Floor
                                                                                          San Francisco, California 94105-2907
                                                                                          Telephone:(415) 512-4000
                                                                                          Facsimile: (415) 512-4077

                                                                                    *Attorneys for Defendant LinkedIn Corp.*

### N.D. Cal. Civil Local Rule 5-1 Attestation

I, C. Brandon Wisoff, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with N.D. Cal. Civil Local Rule 5-1, I hereby attest that Jonathan H. Blavin concurred in the filing of this document.

                                                                                    /s/ C. Brandon Wisoff
                                                                                    C. Brandon Wisoff

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND PROPOSED ORDER          4                        34556\6062862.3
3:17-cv-03301-EMC

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3 Date: _____

_____
The Hon. Edward M. Chen

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND PROPOSED ORDER
3:17-cv-03301-EMC

5

34556\6062862.3