Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

hiQ Labs, Inc.,

　　　　　　　　　Plaintiff(s),

v.

LinkedIn Corp.,

　　　　　　　　　Defendant(s).

Case No: 3:17-cv-03301

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

　　I, Laurence H. Tribe, an active member in good standing of the bar of U.S. District Court, D-Mass., hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: hiQ Labs, Inc. in the above-entitled action. My local co-counsel in this case is C. Brandon Wisoff, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Harvard Law School<br>1575 Massachusetts Ave., Cambridge MA 02138 | Farella Braun + Martel LLP, 235 Montgomery St., Suite 1800, San Francisco CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (617) 495-1767 | (415) 954-4400 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| tribe@law.harvard.edu | bwisoff@fbm.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 39441 (CA).

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/13/17

/s/ Laurence H. Tribe
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

　　IT IS HEREBY ORDERED THAT the application of Laurence H. Tribe is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, co-counsel designated in the application will constitute notice to the party.

Dated: 6/15/17

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER　　　　　　　　　　　　　　　　　　　　　October 2012