C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Deepak Gupta (State Bar No. 226991)
dgupta@fbm.com
Jeffrey G. Lau (State Bar No. 281629)
jlau@fbm.com
Rebecca H. Stephens (State Bar No. 299234)
rstephens@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Laurence H. Tribe* (State Bar No. 39441)
Carl M. Loeb University Professor and
Professor of Constitutional Law
Harvard Law School
1575 Massachusetts Avenue
Cambridge, Massachusetts 02138
Telephone: (617) 495-1767
*Pro hac vice pending*

*Attorneys for Plaintiff hiQ Labs, Inc.*

COUNSEL FOR DEFENDANT LINKEDIN
CORP. SHOWN ON PAGE 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> LinkedIn Corp., <br><br> Defendant. | Case No. 3:17-cv-03301-EMC <br><br> **STIPULATION AND *[PROPOSED]* ORDER FOR BRIEFING ON TEMPORARY RESTRAINING ORDER** <br><br><br> The Hon. Edward M. Chen <br><br> Trial Date: TBD |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND PROPOSED ORDER
3:17-cv-03301-EMC

*Affiliation noted for identification purposes only.*
34556\6062862.3

Jonathan H. Blavin (State Bar No. 230269)
jonathan.blavin@mto.com
Rosemarie T. Ring (State Bar No. 220769)
Rose.ring@mto.com
Laura K. Lin (State Bar No. 281542)
Laura.lin@mto.com
Nicholas K. Fram (State Bar No. 288293)
nicholas.fram@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

A*ttorneys for Defendant LinkedIn Corp.*

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND PROPOSED ORDER
3:17-cv-03301-EMC

2

34556\6062862.3

Plaintiff hiQ Labs, Inc. ("hiQ") and Defendant LinkedIn Corporation hereby stipulate as follows:

1. On June 9, 2017 hiQ withdrew its *ex parte* application for temporary restraining order and order to show cause why a preliminary injunction should not issue (D.I. 3), without prejudice, to allow discussions between the parties.

2. As those discussions have not achieved a resolution of this matter, the parties agree to the following schedule:

| | |
|---|---|
| June 22, 2017, close of business | Plaintiff hiQ to file renewed application for temporary restraining order and order to show cause why a preliminary injunction should not issue. |
| June 26, 2017, close of business | Defendant LinkedIn Corporation to file an opposition to said application. |
| June 27, 2017 | Plaintiff hiQ to file a reply brief in support of said application |
| June 29, 2017 | Proposed Hearing Date |

3. The Parties shall promptly inform the Court if circumstances change.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND PROPOSED ORDER
3:17-cv-03301-EMC

3

34556\6062862.3

**IT IS SO STIPULATED.**

Dated: June 15, 2017     FARELLA BRAUN + MARTEL LLP

By: /s/ C. Brandon Wisoff
C. Brandon Wisoff (SBN 121930)
bwisoff@fbm.com
Deepak Gupta (SBN 226991)
dgupta@fbm.com
Jeffrey G. Lau (SBN 281629)
jlau@fbm.com
Rebecca H. Stephens (SBN 299234)
rstephens@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street
San Francisco, California 94104
Telephone: (415) 954-4400
Fax: (415) 954-4480

*Attorneys for Plaintiff hiQ Labs, Inc.*

Dated: June 15, 2017     MUNGER, TOLLES & OLSON LLP

By: /s/ Jonathan H. Blavin
Jonathan H. Blavin (SBN 230269)
jonathan.blavin@mto.com
Rosemarie T. Ring (SBN 220769)
Rose.ring@mto.com
Laura K. Lin (SBN 281542)
Laura.lin@mto.com
Nicholas K. Fram (SBN 288293)
nicholas.fram@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone:(415) 512-4000
Facsimile: (415) 512-4077

*Attorneys for Defendant LinkedIn Corp*.

### N.D. Cal. Civil Local Rule 5-1 Attestation

I, C. Brandon Wisoff, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with N.D. Cal. Civil Local Rule 5-1, I hereby attest that Jonathan H. Blavin concurred in the filing of this document.

/s/ C. Brandon Wisoff
C. Brandon Wisoff

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND PROPOSED ORDER
3:17-cv-03301-EMC

4

34556\6062862.3

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 6/15/17



_____
The Hon. _____

Judge Edward M. Chen

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400