| C. Brandon Wisoff<br>Farella Braun + Martel LLP<br>235 Montgomery Street 17th Floor  San Francisco, CA 94104<br>**Attorney For: Plaintiff** | SBN: 121930 | FOR COURT USE ONLY |
|---|---|---|
| TELEPHONE NO.: (415) 954-4400     FAX NO. *(Optional)*: (415) 954-4480<br>E-MAIL ADDRESS *(Optional)*: | | |

| **United States District Court** |
|---|
| STREET ADDRESS: 450 Golden Gate Avenue |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: San Francisco, CA 94102 |
| BRANCH NAME: Northern District of California |

| PLAINTIFF *(name each)*: hiQ Labs, Inc. | |
|---|---|
| DEFENDANT *(name each)*: LinkedIn Corp. | CASE NUMBER:<br>3:17-CV-03301-LB |

| **PROOF OF HAND DELIVERY** | HEARING DATE: | TIME: | DEPT.: | Ref No. or File No.:<br>34556 |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **SERVED COPIES** OF THE:

See attachment page for document list.

| | |
|---|---|
| NAME OF PARTY: | JONATHAN H. BLAVIN, ESQ. |
| DELIVERED TO: | Glenda Sylvia - Receptionist |
| DATE & TIME OF DELIVERY: | 6/8/2017<br>1:35 PM |
| ADDRESS, CITY, AND STATE: | Munger Tolles & Olson LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA |

MANNER OF SERVICE:

Delivery to Law Office:  Service was made by delivery to the attorney's office; or by leaving the document(s) with his clerk over the age of 18 therein; or with a person having charge thereof; or if there was no such person in the office, by leaving them between the hours of nine in the morning and five in the afternoon, in a conspicuous place in the office. ([CCP 1011(1)]

Fee for Service: $ 60.00
   County:  San Francisco
   Registration No.:  1353
   Specialized Legal Services, Inc.
   1112 Bryant St., Suite 200
   San Francisco, CA 94103
   (415) 357-0500
   Ref: 34556

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on June 13, 2017.

Signature: *[signed]* Joseph K. Buchanan

**PROOF OF HAND DELIVERY**

982(a)(23)                                                                                                        Order#: P151159/CCP1011

**Specialized Legal Services, Inc.**
1112 Bryant St., Suite 200
San Francisco, CA 94103
Phone: (415) 357-0500   Fax: (415) 357-0595

Continued from Proof of Service

| | |
|---|---|
| **CLIENT:** | Farella Braun + Martel LLP |
| **CLIENT FILE #:** | 34556 |
| **DATE:** | June 13, 2017 |
| **SUBJECT:** | JONATHAN H. BLAVIN, ESQ. |

SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY RELIEF UNDER 22 U.S.C. § 2201; CIVIL COVER SHEET; ECF REGISTRATION INFORMATION; NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS (BLANK); FILING PROCEDURES (SAN FRANCISCO); WAIVER OF THE SERVICE OF SUMMONS (BLANK); STANDING ORDER FOR UNITED STATES MAGISTRATE JUDGE LAUREL BEELER; PLAINTIFF'S EX PARTE MOTION FOR (1) TEMPORARY RESTRAINING ORDER (2) ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION; PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE MOTION FOR (1) TEMPORARY RESTRAINING ORDER (2) ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION; DECLARATION OF MARK WEIDICK IN SUPPORT OF HIQ'S MOTION FOR TRO; DECLARATION OF DEEPAK GUPTA IN SUPPORT OF HIQ'S MOTION FOR TEMPORARY RESTRAINING ORDER