C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Deepak Gupta (State Bar No. 226991)
dgupta@fbm.com
Jeffrey G. Lau (State Bar No. 281629)
jlau@fbm.com
Rebecca H. Stephens (State Bar No. 299234)
rstephens@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Laurence H. Tribe* (State Bar No. 39441)
Carl M. Loeb University Professor and
Professor of Constitutional Law
Harvard Law School
1575 Massachusetts Avenue
Cambridge, Massachusetts 02138
Telephone: (617) 495-1767
*Admitted pro hac vice*

Attorneys for Plaintiff hiQ Labs, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>            Plaintiff,<br><br>    vs.<br><br>LinkedIn Corp.,<br><br>            Defendant. | Case No. 3:17-cv-03301-EMC<br><br>**PLAINTIFF'S RENEWED *EX PARTE* MOTION FOR (1) TEMPORARY RESTRAINING ORDER (2) ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>The Hon. Edward M. Chen<br><br>Date:      June 29, 2017<br>Time:      1:30 P.M.<br>Location: Courtroom 5, 17th Floor<br>               450 Golden Gate Ave.<br>               San Francisco, CA 94102 |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

PLAINTIFF'S RENEWED *EX PARTE* MOTION
FOR TRO AND ORDER TO SHOW CAUSE RE:
PRELIMINARY INJUNCTION

*Affiliation noted for identification purposes only.*
34556\6070068.1

**TO DEFENDANT LINKEDIN CORPORATION AND ITS COUNSEL:**

PLEASE TAKE NOTICE that, on Thursday, June 29, 2017 at 1:30 p.m. in Courtroom 5 on the 17th Floor of the U.S. District Court of the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiff hiQ Labs, Inc. ("Plaintiff" or "hiQ") will and hereby does respectfully move *ex parte* for entry of (1) a temporary restraining order and (2) an order to show cause why a preliminary injunction should not be issued against Defendant LinkedIn Corporation ("Defendant" or "LinkedIn"). This motion is made pursuant to Federal Rule of Civil Procedure 65 and Local Rule 65-1.

Plaintiff previously filed an *Ex Parte* Motion for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction on June 7, 2017. (Dkt. 3). Plaintiff withdrew its motion without prejudice on June 9, 2017 so that the parties could enter into discussions in an attempt to resolve this matter. (Dkt. 15). On June 15, 2017, the parties stipulated that if their discussions remained unsuccessful, Plaintiff would file a renewed motion for a temporary restraining order on or before June 22, 2017 with a hearing date on June 29, 2017. (Dkt. 19). That same day, the Court approved the parties' stipulation. (Dkt. 21).

This motion is made on the grounds that (1) absent judicial relief, hiQ will suffer immediate, irreparable harm, including forced loss of its contracts with customers, closure of its business, and laying off its employees; (2) hiQ is likely to succeed on the merits of its claims against Defendant for intentional interference with contract and prospective economic advantage, promissory estoppel, violations of California's Unfair Competition Law, violations of California free speech principles, and for declaratory judgment that hiQ has not violated the Computer Fraud and Abuse Act, Digital Millennium Copyright Act, California Penal Code § 502(c), or California trespass law; (3) the balance of equities tips sharply in favor of hiQ; and (4) the public interest supports the issuance of a temporary restraining order and order to show cause why a preliminary injunction should not be entered.

hiQ's Renewed Motion seeks temporary and preliminary injunctive relief against LinkedIn to enjoin it from (1) preventing hiQ's access, copying, or use of public profiles on LinkedIn's website (i.e., information which LinkedIn members have designated public, meaning it is visible

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

PLAINTIFF'S RENEWED *EX PARTE* MOTION
FOR TRO AND ORDER TO SHOW CAUSE RE:
PRELIMINARY INJUNCTION

2

34556\6070068.1

1  not just to LinkedIn members but also to others, including those who may access LinkedIn's
2  website via Google, Bing, other services, or by direct URL) and (2) blocking or putting in place
3  any mechanism (whether legal or technical) with the effect of blocking hiQ's access to such
4  member public profiles. To the extent LinkedIn has already put in place technology to prevent hiQ
5  from accessing these public profiles, Plaintiff seeks an order requiring LinkedIn to remove any
6  such barriers within 24 hours.

7  Plaintiff's motion is based on this Renewed *Ex Parte* Motion, the accompanying
8  Memorandum of Points and Authorities in Support of Plaintiff's Renewed *Ex Parte* Motion and
9  exhibits, the Declarations of Deepak Gupta and Mark Weidick submitted concurrently herewith,
10 the Proposed Order submitted in support of this Motion, the Complaint in this matter, all other
11 documents on file, and such argument and evidence as may be presented at the hearing.

14 Dated:  June 22, 2017                    FARELLA BRAUN + MARTEL LLP

16                                          By:    /s/ Deepak Gupta
                                                   Deepak Gupta

                                            Attorneys for Plaintiff hiQ Labs, Inc.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

PLAINTIFF'S RENEWED *EX PARTE* MOTION
FOR TRO AND ORDER TO SHOW CAUSE RE:
PRELIMINARY INJUNCTION

3

34556\6070068.1