JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
ROSEMARIE T. RING (State Bar No. 220769)
rose.ring@mto.com
LAURA K. LIN (State Bar No. 281542)
laura.lin@mto.com
NICHOLAS D. FRAM (State Bar No. 288293)
nicholas.fram@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:      (415) 512-4000
Facsimile:      (415) 512-4077

Attorneys for LinkedIn Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| hiQ Labs, Inc., | Case No. 17-CV-03301-EMC |
|---|---|
| Plaintiff, | **DECLARATION OF PAUL ROCKWELL IN SUPPORT OF LINKEDIN CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER** |
| vs. | |
| LinkedIn Corporation, | |
| Defendant. | |

I, Paul Rockwell, declare as follows:

1.     I have worked at LinkedIn for five years and am currently head of the Trust & Safety organization.  I have personal knowledge of the facts stated in this declaration and, if called as a witness, could competently testify to them.  I submit this declaration in opposition to hiQ's motion for a temporary restraining order.

2.     The Trust & Safety organization within LinkedIn is charged with addressing operational, product, and security risks.  Alongside the Trust Engineering and a Data Science team at LinkedIn responsible for developing detection and mitigation of scraping and for investigating significant and high-scale abuse incidents, Trust & Safety conducts investigations into unauthorized access of the LinkedIn website and responds to threats to the platform.  A primary goal of our teams is to ensure that the data LinkedIn's members entrust to LinkedIn remains secure, and to prevent unauthorized access to the platform—including automated access by bots, crawlers, or scrapers in order to scrape data from LinkedIn servers.

**LinkedIn's Technical Measures to Protect the LinkedIn Site from Scraping**

3.     Among the many challenges that LinkedIn faces, various individuals and business entities periodically attempt to misappropriate data from the LinkedIn website—data that LinkedIn's members have entrusted to it—by using automated means or "scraping," meaning the accessing, extraction, and copying of data on a large scale.

4.     LinkedIn takes its obligations to protect members' data and its platform seriously, and devotes resources accordingly.  The Investigations team in the Trust & Safety organization dedicates the equivalent of two full-time employees to anti-scraping investigation work.  This is in addition to over ten people from various other teams, including trust engineering, analytics, data science, product, and legal, who work to prevent scraping on LinkedIn's platform.  LinkedIn spends millions of dollars per year in compensation and other resources, including large-scale computing resources, on this protection effort.

5.     In addition to dedicated personnel, LinkedIn employs an array of technological safeguards and barriers designed to prevent data scrapers, bots, and other automated systems from accessing and copying its members' data on a large scale.  Many of these technological safeguards

run in the background of the LinkedIn website to automatically detect suspicious activity, and some are implemented on a more targeted basis when LinkedIn detects particular bad actors that appear to be directing malicious activity at the LinkedIn website.

6.      One such safeguard is LinkedIn's FUSE system.  FUSE scans and imposes a limit on the activity that an individual may initiate on the site.  This limit is intended to prevent would-be data scrapers utilizing automated technologies from quickly accessing a substantial volume of (public or private) member profiles.

7.      Another safeguard is LinkedIn's Quicksand system.  Quicksand monitors the patterns of webpage requests by LinkedIn members in order to identify non-human activity indicative of scraping.  Quicksand can quickly challenge or restrict an account to prevent scrapers from continuing to access the site.

8.      Another protection measure is LinkedIn's Sentinel system, which scans, throttles, and at times blocks suspicious activity associated with particular IP addresses.

9.      LinkedIn also monitors and blocks groups of IP addresses using its Org Block system.  This system includes an evolving manual list of known bad IP addresses and a machine-learned model that identifies, amongst others, groups of IP addresses serving large-scale scrapers.  This system also blocks traffic from IP addresses from which LinkedIn, as a consumer-facing company, does not expect to receive traffic.

10.      LinkedIn also employs Member and Guest Request Scoring systems, which also restrict automated, non-human forms of access that facilitate scraping.  The Member Request Scoring System monitors page requests made by LinkedIn members while logged into their accounts.  If high levels of activity are detected for certain types of accounts, the member is logged out and may either be warned, restricted, or challenged with a CAPTCHA in order to log back into LinkedIn.  The Guest Request Scoring system monitors and limits public page requests made by users who are not logged into LinkedIn.  If unusual patterns or high levels of activity are detected, the user is redirected to LinkedIn's log-in page and is prevented from viewing additional LinkedIn pages while not logged in.

11.     These technical measures are designed to prevent those who seek to access LinkedIn in an automated way from doing so.  They are fairly standard ways through which website operators manage the number of calls to their servers.  In order to access LinkedIn's website using automated means and scrape LinkedIn data, as hiQ has done, one must design ways to circumvent these technical measures.  LinkedIn—principally through LinkedIn's Engineering team as well as the Trust & Safety organization that I head—remains constantly on the lookout for bad actors who have designed ways to circumvent LinkedIn's technical barriers.

12.     LinkedIn's website also contains a "robots.txt" file that provides instructions to bots or crawlers that attempt to access LinkedIn's servers.  The instructions expressly prohibit access via automated means, except for certain entities with express permission from LinkedIn (such as search engines like Google or Bing).  hiQ is not listed as an entity that has express permission.

13.     Unauthorized data scraping forces LinkedIn to expend resources in responding to scraping events and in deploying technical measures to prevent such scraping.  I understand that, on average, on a daily basis, LinkedIn blocks approximately 95 million attempts to scrape data from LinkedIn's servers.

14.     Most of LinkedIn's technical measures are automated and run continuously in the background, blocking suspicious activity regardless of its origin.  If LinkedIn is forced grant hiQ and everyone else using automated technologies unfettered access to its website, LinkedIn would have to disable most if not all of these technical measures.  This would expose LinkedIn's computers to increased data scraping by any number of actors with any number of objectives, including malicious ones, and render LinkedIn unable to regulate traffic to its own servers.  This would undermine the trust and goodwill that LinkedIn seeks to create and preserve.

**LinkedIn's Prohibitions on Scraping and Commitments to
Members in its User Agreement and Privacy Policy**

15.     LinkedIn makes all of its members aware of the fact that accessing and scraping the website through automated means, including bots, spiders, or crawlers, is prohibited.  In particular,

Section 8.2 of the October 23, 2014 User Agreement,[1] a true and correct copy of which is attached in its entirety as Exhibit A, prohibits those who agree to it from engaging in any of the following activities:

    a.  "Us[ing] … automated software, devices, scripts robots, other means or processes to access, 'scrape,' 'crawl' or 'spider' the Services or any related data or information";

    b.  "Us[ing] bots or other automated methods to access the Services";

    c.  "Scrap[ing] or copy[ing] profiles and information of others" through "crawlers, browser plugins and add-ons, and any other technology";

    d.  "Rent[ing], leas[ing], loan[ing], trad[ing], sell[ing]/re-sell[ing] access to the Services or related any information or data"

16.    Section 2.5 of the User Agreement governs the sharing of member information.  In this section, LinkedIn promises its members that when possible, LinkedIn will honor the choices that its members make about who can see content or information, which includes a member's choice to make or not make his or her information visible to search engines such as Google or Bing.  Even when a member chooses to make their profile publicly viewable, they can still choose not to broadcast that they've made changes to their profiles, to delete their profiles entirely, or to change their mind at any time about what fields, if any, they wish to make publicly viewable.

17.    As head of the Trust & Safety organization, I am also familiar with how people become members of LinkedIn and consent to the LinkedIn User Agreement.  In order to create a member profile on LinkedIn, prospective members must agree to the LinkedIn User Agreement. A common way to become a member is through desktop computer access of LinkedIn's website. As demonstrated by the screenshot below, when a prospective member registers for an account through the website, he or she provides a first name, last name, email address, and password, and

---

[1] This is the version of the User Agreement that I understand hiQ agreed to, and which was in effect during the period of unauthorized access by hiQ.  LinkedIn updated its User Agreement on June 7, 2017.  It contains substantially identical provisions to those set forth herein.  Attached hereto as Exhibit B is a true and correct copy of the June 7, 2017 User Agreement.

then clicks "Join Now," thereby "agree[ing] to LinkedIn's User Agreement, Privacy Policy, and Cookie Policy," all of which are hyperlinked on the page.



18.      When prospective members register for accounts through other channels, such as through LinkedIn's mobile website or app, they also must agree to LinkedIn's User Agreement, Privacy, Policy, and Cookie Policy in a similar manner.  Anybody can become a LinkedIn member provided they agree to these policies.

19.      The User Agreement states that "You agree that by clicking 'Join Now' 'Join LinkedIn', 'Sign Up' or similar, registering, accessing or using our services …, you are entering into a legally binding agreement (even if you are using our Services on behalf of a company)."

20.      If a user of LinkedIn's services, or a LinkedIn member, does not abide by the User Agreement, Privacy Policy and Cookie Policy, or if a user is abusing LinkedIn's services, LinkedIn "reserves the right to restrict, suspend, or terminate" that person or entity's access to LinkedIn, as provided in Section 3.4 of the User Agreement.

21.      I am also familiar with LinkedIn's Privacy Policy.  In the October 23, 2014 Privacy Policy, Section 2.6, LinkedIn pledges to its members that it will not rent or sell personal information that members post.  It also provides in Section 2.6 that members can choose the parts of their profiles that search engines index, and can completely opt out of this feature.  As set forth in Section 2.7, members can also limit the data that they share with third parties with whom

LinkedIn has negotiated agreements to use LinkedIn's platform.  A true and correct copy of the October 23, 2014 privacy policy is attached as Exhibit C hereto.[2]

22.     According to Section 3.1 of the Privacy Policy, LinkedIn's members can delete information from their profiles, or their profiles entirely, at any time.  If a member deletes his or her profile, LinkedIn will delete that information from its servers, generally within 30 days, subject to limited exceptions that are detailed in Section 3.2 of the Privacy Policy.  LinkedIn will not keep a copy of that data.

23.     In addition to the Privacy Policy, LinkedIn offers members a number of other privacy settings that permit them to control what information is displayed and broadcast to others. One of these settings allows members to choose to not broadcast changes in their LinkedIn profile to their LinkedIn connections, as demonstrated by the below screenshot:



**hiQ Has Repeatedly Consented to the LinkedIn User Agreement**

24.     hiQ has repeatedly consented to LinkedIn's User Agreement.

25.     I understand that beginning on January 25, 2016 and throughout 2016, hiQ purchased advertising on LinkedIn.  In doing so, it agreed to LinkedIn's Ads Agreement, which in turn incorporates the User Agreement.  A true and correct copy of the Ads Agreement hiQ consented to is attached as Exhibit E.

---

[2] This is the version of the Privacy Policy that I understand hiQ agreed to, and which was in effect during the period of unauthorized access by hiQ.  LinkedIn updated its Privacy Policy on June 7, 2017.  It contains substantially identical provisions to those set forth herein.  Attached hereto as Exhibit D is a true and correct copy of the June 7, 2017 Privacy Policy.

26.      To agree to the Ads Agreement on the LinkedIn desktop website, one has to click through a screen where the Ads Agreement is hyperlinked above the button on which one needs to click to assent, as demonstrated by the below screenshot:

By clicking Launch campaign, you agree to the Linkedin Ads Agreement and Advertising Guidelines.

**Launch campaign**

27.      The LinkedIn Ads Agreement provides that "in addition" to "this Agreement, the standard LinkedIn User Agreement … applies to your use of the LinkedIn Ads service," and that "[a]s a consequence of your violation of any of the aforementioned agreements, LinkedIn may, at its sole discretion, prohibit you from any further participation in the LinkedIn Ads service and any other service or program offered by LinkedIn, or suspend or remove your LinkedIn account. LinkedIn may undertake technical measures in furtherance of such prohibition."

28.      I also understand that hiQ maintained a Company Page on LinkedIn.  Someone who is already a LinkedIn member—and thus who has already consented to the User Agreement—must create a Company Page.  LinkedIn's records indicate that hiQ's company page was set up by hiQ's then-Chief Operating Officer Xander Oltmann on June 23, 2014.  Mr. Oltmann is also a LinkedIn member, and has agreed to the User Agreement.

29.      I have been made aware that on December 23, 2015, Darin Medeiros—hiQ's vice president of sales, marketing and operations—purchased a team license for LinkedIn's Sales Navigator product.  A true and correct copy of the invoice for this license is attached as Exhibit F. In so doing, hiQ consented to the November 24, 2015 LinkedIn Subscription Agreement (or LSA), a true and correct copy of which is attached as Exhibit G.  The Subscription Agreement incorporates the LinkedIn User Agreement, stating in Section 2.1 that the "terms of the User Agreement are incorporated into this LSA.  Customer will ensure that Customer Users comply with the User Agreement."

**LinkedIn Has Incurred Expenses Investigating hiQ's Activities and
Has Suffered Harm By its Unauthorized Access**

30.     The Trust & Safety organization was made aware that hiQ may be circumventing
LinkedIn's technical barriers, accessing LinkedIn's website through automated means, and
scraping data from LinkedIn's computer servers.  Our organization, along with others at LinkedIn,
have investigated hiQ's activities.  As of the date of this declaration, I estimate that LinkedIn
employees have spent over 100 hours responding to hiQ's activities.  This represents over $5,000
in employee time.  This does not include the large-scale computing, overhead, and external vendor
costs associated with LinkedIn's response.

31.     The Investigations team identified seven IP addresses that appear to be used by hiQ
and/or its employees to access LinkedIn's website.  LinkedIn blocked traffic from those IP
addresses on June 24, 2017.

32.     I understand that hiQ identifies its current customers as including eBay, Capital
One, and GoDaddy.  Based on this list of companies, and hiQ's statements claiming that it
periodically scrapes LinkedIn member profile information in order to deliver its services, our team
has concluded that hiQ is likely scraping tens, if not hundreds, of thousands of LinkedIn member
profiles on a routine basis.[3]  In addition, I understand that hiQ claims that it has scraped hundreds
of thousands of LinkedIn profiles.  This volume of scraping is much higher than the volume of
server requests that LinkedIn has identified as coming from hiQ's corporate IP addresses, meaning
that hiQ would need to mask its calls to LinkedIn's servers and/or employ other means to
circumvent the above-mentioned technical barriers.  Our investigation is continuing.

33.     To my knowledge, hiQ receives no cooperation from LinkedIn to access LinkedIn
via automated means and scrape LinkedIn data.

34.     LinkedIn has suffered and will continue to suffer harm to its consumer goodwill
and trust, which LinkedIn has worked hard for years to earn and maintain, if hiQ's unauthorized
access to LinkedIn computers continues.  I understand and believe that hiQ provides two products

---

[3] Based on hiQ's list of prospective customers, which I understand includes Bank of New York
Mellon, Chevron, Groupon, Honeywell, IBM, Visier, and Jobvite, hiQ seeks to scrape hundreds of
thousands, if not millions, of member profiles on a monthly basis.

that collect information about LinkedIn members, without their consent, that hiQ then sells to the members' employers. This is unlike LinkedIn, where, as discussed above, members have full control over their information and can change the amount and content of information they share at any time. Thus, hiQ's unauthorized access to and scraping of LinkedIn's servers undermines the consumer trust and goodwill LinkedIn has earned from its members.

///

///

1     I declare under penalty of perjury under the laws of the United States of America and the

2   State of California that the foregoing is true and correct.

3     Executed on June 24, 2017 at Los Gatos, California.

4

5   _____

6   Paul Rockwell

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-10-

# EXHIBIT A

  

SlideShare, a content sharing platform, and LinkedIn Pulse, a news reading application, are part of the LinkedIn family.

# User Agreement

Welcome, and thanks for using LinkedIn.com, SlideShare.net, Pulse and/or other LinkedIn services and apps! When you use our products and services, you're agreeing to our terms, so please take a few minutes to read over the User Agreement below.

Note: You are entering into a legally binding agreement.

## 1. Introduction

Last revised on October 23, 2014

We are a social network and online platform for professionals.

**1.1. Purpose**
Our mission is to connect the world's professionals to allow them to be more productive and successful. Our services are designed to promote economic opportunity for our members by enabling you and millions of other professionals to meet, exchange ideas, learn, and find opportunities or employees, work, and make decisions in a network of trusted relationships.

When you use our Services (including Slideshare and Pulse), you are entering into a legal agreement and you agree to all of these terms.

You also agree to our Privacy Policy, which covers how we collect, use, share, and store your personal information.

**1.2. Agreement**
You agree that by clicking "Join Now" "Join LinkedIn", "Sign Up" or similar, registering, accessing or using our services (including LinkedIn, SlideShare, Pulse, our related mobile apps, developer platforms, premium services, or any content or information provided as part of these services, collectively, "Services"), you are entering into a legally binding agreement (even if you are using our Services on behalf of a company). If you reside in the United States, your agreement is with LinkedIn Corporation and if you reside outside of the United States, your agreement is with LinkedIn Ireland (each, "LinkedIn" or "we").

This "Agreement" includes this User Agreement and the Privacy Policy, and other terms that will be displayed to you at the time you first use certain features (such as starting a "Group," downloading one of our software applications or purchasing advertisements or InMails™), as may be amended by LinkedIn from time to time. If you do not agree to this Agreement, do NOT click "Join Now" (or similar) and do not access or otherwise use any of our Services.

Registered users of our Services are "Members" and unregistered users are "Visitors". This Agreement applies to both.

Back to Top ▲

## 2. Obligations

Here are some promises you make to us in this Agreement:

You're eligible to enter into this Agreement and you are at least our "Minimum Age."

**2.1. Service Eligibility**
To use the Services, you agree that: (1) you must be the "Minimum Age" (defined below) or older; (2) you will only have one LinkedIn account (and/or one SlideShare or Pulse account, if applicable), which must be in your real name; and (3) you are not already restricted by LinkedIn from using the Services.

"Minimum Age" means (a) 18 years old for the People's Republic of China, (b) 16 years old for the Netherlands, (c) 14 years old for the United States, Canada, Germany, Spain, Australia and South Korea, and (d) 13 years old for all other countries. However, if law requires that you must be older in order for LinkedIn to lawfully provide the Services to you (including the collection, storage and

use of your information) then the Minimum Age is such older age. The Services are not for use by anyone under the age of 13.

| | |
|---|---|
| You'll keep your password a secret.<br><br>You will not share an account with anyone else and will follow our rules and the law. | **2.2. Your Membership**<br>As between you and others, your account belongs to you. You agree to: (1) try to choose a strong and secure password; (2) keep your password secure and confidential; (3) not transfer any part of your account (e.g., connections, groups) and (4) follow the law and the Dos and Don'ts below. You are responsible for anything that happens through your account unless you close it or report misuse.<br><br>Note that for Premium Services purchased by another party for you to use (e.g. Recruiter seat bought by your employer), the party paying for the Premium Service controls such an account (which is different from your personal account) and may terminate your access to it. |
| You'll honor your payment obligations and you are okay with us storing your payment information. Also, there may be fees and taxes that are added to our prices.<br><br>We don't guarantee refunds. | **2.3 Payment**<br>If you purchase any of our paid Services ("Premium Services"), you agree to pay us the applicable fees and taxes. Failure to pay these fees may result in the termination of your subscription. Also:<br><br>• Your purchase may be subject to foreign exchange fees or differences in prices based on location (e.g. exchange rates).<br><br>• You authorize us to store and continue billing your payment method (e.g. credit card) even after it has expired, to avoid interruptions in your service (e.g. subscriptions) and to facilitate easy payment for new services.<br><br>• You must pay us for applicable fees and taxes unless you cancel the Premium Service, in which case you agree to still pay these fees through the end of the applicable subscription period. Learn how to cancel or change your Premium Services and read about LinkedIn's refund policy.<br><br>• Taxes are calculated based on the billing information that you provide us at the time of purchase.<br><br>For LinkedIn, you can get a copy of your invoice through your account settings under "Purchase History" for SlideShare you can request your invoice through Customer Support. |
| You're okay with us using our websites, mobile apps, and email to provide you with important notices. This Agreement applies to mobile applications as well. Also, you agree certain additional information can be shared with us.<br><br>If the contact information you provide isn't up to date, you may miss out on these notices. | **2.4. Notices and Service Messages**<br>You agree that we may provide notices to you in the following ways: (1) a banner notice on the Service, or (2) an email sent to an address you provided, or (3) through other means including mobile number, telephone, or mail. You agree to keep your contact information up to date.<br><br>Please review your LinkedIn.com and Slideshare.net settings to control and limit what kind of messages you receive from us. |
| When you share information, others can see, copy and use that information. | **2.5. Messages and Sharing**<br>Our Services allow messaging and sharing of information in many ways, such as your profile, slide deck, links to news articles, job postings, InMails and blogs. Information and content that you share or post may be seen by other Members or, if public, by Visitors. Where we have made settings available, we will honor the choices you make about who can see content or information (e.g., sharing to a group instead of your network, changing the default setting for SlideShare content from public to a more restricted view, limiting your profile visibility, or not letting people know when you change your profile, make recommendations or follow companies). Note that other activities, such as applying for a job or sending an InMail, are by default private, only visible to the addressee(s).<br><br>We are not obligated to publish any information or content on our Service and can remove it in our sole discretion, with or without notice. |

Back to Top ▲

# 3. Rights and Limits

You own all of the content, feedback, and personal information you provide to us, but you also grant us a non-exclusive license to it.

We'll honor the choices you make about who gets to see your information and content.

You promise to only provide information and content that you have the right to share, and that your LinkedIn profile will be truthful.

### 3.1. Your License to LinkedIn

As between you and LinkedIn, you own the content and information that you submit or post to the Services and you are only granting LinkedIn the following non-exclusive license: A worldwide, transferable and sublicensable right to use, copy, modify, distribute, publish, and process, information and content that you provide through our Services, without any further consent, notice and/or compensation to you or others. These rights are limited in the following ways:

a. You can end this license for specific content by deleting such content from the Services, or generally by closing your account, except (a) to the extent you shared it with others as part of the Service and they copied or stored it and (b) for the reasonable time it takes to remove from backup and other systems.

b. We will not include your content in advertisements for the products and services of others (including sponsored content) to others without your separate consent. However, we have the right, without compensation to you or others, to serve ads near your content and information, and your comments on sponsored content may be visible as noted in the Privacy Policy.

c. We will get your consent if we want to give others the right to publish your posts beyond the Service. However, other Members and/or Visitors may access and share your content and information, consistent with your settings and degree of connection with them.

d. While we may edit and make formatting changes to your content (such as translating it, modifying the size, layout or file type or removing metadata), we will not modify the meaning of your expression.

e. Because you own your content and information and we only have non-exclusive rights to it, you may choose to make it available to others, including under the terms of a Creative Commons license.

You agree that we may access, store and use any information that you provide in accordance with the terms of the Privacy Policy and your privacy settings.

By submitting suggestions or other feedback regarding our Services to LinkedIn, you agree that LinkedIn can use and share (but does not have to) such feedback for any purpose without compensation to you.

You agree to only provide content or information if that does not violate the law nor anyone's rights (e.g., without violating any intellectual property rights or breaching a contract). You also agree that your profile information will be truthful. LinkedIn may be required by law to remove certain information or content in certain countries.

---

We may change or discontinue any of our Services. We can't promise to store or keep showing any information and content you've posted.

### 3.2. Service Availability

We may change, suspend or end any Service, or change and modify prices prospectively in our discretion. To the extent allowed under law, these changes may be effective upon notice provided to you.

LinkedIn is not a storage service. You agree that we have no obligation to store, maintain or provide you a copy of any content or information that you or others provide, except to the extent required by applicable law and as noted in Section 3.1 of our Privacy Policy

---

When you see or use others' content and information posted on our Services, it's at your own risk.

Third parties may offer their own products and services through LinkedIn, and we aren't responsible for those third-party activities.

### 3.3. Other Content, Sites and apps

By using the Services, you may encounter content or information that might be inaccurate, incomplete, delayed, misleading, illegal, offensive or otherwise harmful. LinkedIn generally does not review content provided by our Members. You agree that we are not responsible for third parties' (including other Members') content or information or for any damages as result of your use of or reliance on it.

You are responsible for deciding if you want to access or use third party apps or sites that link from our Services. If you allow a third party app or site to authenticate you or connect with your LinkedIn account, that app or site can access information on LinkedIn related to you and your connections. Third party apps and sites have their own legal terms and privacy policies, and you may be giving others permission to use your information in ways we would not. Except to the limited extent it may be required by applicable law, LinkedIn is not responsible for these other sites and apps -- use these at your own risk. Please see Sections 2.6 and 2.7 of the Privacy Policy.

---

We have the right to limit how you connect and interact on our Services.

We're providing you notice about our intellectual property rights.

### 3.4. Limits

LinkedIn reserves the right to limit your use of the Services, including the number of your connections and your ability to contact other Members. LinkedIn reserves the right to restrict, suspend, or terminate your account if LinkedIn believes that you may be in breach of this Agreement or law or are misusing the Services (e.g. violating any Do and Don'ts).

LinkedIn reserves all of its intellectual property rights in the Services. For example, LinkedIn, SlideShare, LinkedIn (stylized), the SlideShare and "in" logos and other LinkedIn trademarks, service marks, graphics, and logos used in connection with LinkedIn are trademarks or registered trademarks of LinkedIn. Other trademarks and logos used in connection with the Services may be the trademarks of their respective owners.

Back to Top ▲

# 4. Disclaimer and Limit of Liability

This is our disclaimer of legal liability for the quality, safety, or reliability of our Services.

### 4.1. No Warranty
TO THE EXTENT ALLOWED UNDER LAW, LINKEDIN (AND THOSE THAT LINKEDIN WORKS WITH TO PROVIDE THE SERVICES) (A) DISCLAIM ALL IMPLIED WARRANTIES AND REPRESENTATIONS (E.G. WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY OF DATA, AND NONINFRINGEMENT); (B) DO NOT GUARANTEE THAT THE SERVICES WILL FUNCTION WITHOUT INTERRUPTION OR ERRORS, AND (C) PROVIDE THE SERVICE (INCLUDING CONTENT AND INFORMATION) ON AN "AS IS" AND "AS AVAILABLE" BASIS.

SOME LAWS DO NOT ALLOW CERTAIN DISCLAIMERS, SO SOME OR ALL OF THESE DISCLAIMERS MAY NOT APPLY TO YOU.

These are the limits of legal liability we may have to you.

### 4.2. Exclusion of Liability
TO THE EXTENT PERMITTED UNDER LAW (AND UNLESS LINKEDIN HAS ENTERED INTO A SEPARATE WRITTEN AGREEMENT THAT SUPERSEDES THIS AGREEMENT), LINKEDIN (AND THOSE THAT LINKEDIN WORKS WITH TO PROVIDE THE SERVICES) SHALL NOT BE LIABLE TO YOU OR OTHERS FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, OR ANY LOSS OF DATA, OPPORTUNITIES, REPUTATION, PROFITS OR REVENUES, RELATED TO THE SERVICES (E.G. OFFENSIVE OR DEFAMATORY STATEMENTS, DOWN TIME OR LOSS, USE OR CHANGES TO YOUR INFORMATION OR CONTENT).

IN NO EVENT SHALL THE LIABILITY OF LINKEDIN (AND THOSE THAT LINKEDIN WORKS WITH TO PROVIDE THE SERVICES) EXCEED, IN THE AGGREGATE FOR ALL CLAIMS, AN AMOUNT THAT IS THE LESSER OF (A) FIVE TIMES THE MOST RECENT MONTHLY OR YEARLY FEE THAT YOU PAID FOR A PREMIUM SERVICE, IF ANY, OR (B) US $1000.

THIS LIMITATION OF LIABILITY IS PART OF THE BASIS OF THE BARGAIN BETWEEN YOU AND LINKEDIN AND SHALL APPLY TO ALL CLAIMS OF LIABILITY (E.G. WARRANTY, TORT, NEGLIGENCE, CONTRACT, LAW) AND EVEN IF LINKEDIN HAS BEEN TOLD OF THE POSSIBILITY OF ANY SUCH DAMAGE, AND EVEN IF THESE REMEDIES FAIL THEIR ESSENTIAL PURPOSE.

SOME LAWS DO NOT ALLOW THE LIMITATION OR EXCLUSION OF LIABILITY, SO THESE LIMITS MAY NOT APPLY TO YOU.

Back to Top ▲

# 5. Termination

We can each end this Agreement anytime we want.

LinkedIn or You may terminate this Agreement at any time with notice to the other. On termination, you lose the right to access or use the Services. The following shall survive termination:

- Our rights to use and disclose your feedback;

- Members' and/or Visitors' rights to further re-share content and information you shared through the Service to the extent copied or re-shared prior to termination;

- Sections 4, 6 and 7 of this Agreement;

- Any amounts owed by either party prior to termination remain owed after termination.

You can visit our Help Center to learn how to close your LinkedIn account, close your Pulse account, or close your Slideshare account.

Back to Top ▲

# 6. Dispute Resolution

In the unlikely event we end up in a legal dispute, it will take place in California courts, applying California law.

You agree that the laws of the State of California, U.S.A., excluding its conflict of laws rules, shall exclusively govern any dispute relating to this Agreement and/or the Services. We both agree that all of these claims can only be litigated in the federal or state courts of Santa Clara County, California, USA, and we each agree to personal jurisdiction in those courts.

Back to Top ▲

# 7. General Terms

Here are some important details about how to read the Agreement.

If a court with authority over this Agreement finds any part of it not enforceable, you and us agree that the court should modify the terms to make that part enforceable while still achieving its intent. If the court cannot do that, you and us agree to ask the court to remove that unenforceable part and still enforce the rest of this Agreement. To the extent allowed by law, the English version of this Agreement is binding and other translations are for convenience only. This Agreement (including additional terms that may be provided by us when you engage with a feature of the Services) is the only agreement between us regarding the Services and supersedes all prior agreements for the Services.

If we don't act to enforce a breach of this Agreement, that does not mean that LinkedIn has waived its right to enforce this Agreement. You may not assign or transfer this Agreement (or your membership or use of Services) to anyone without our consent. However, you agree that LinkedIn may assign this Agreement to its affiliates or a party that buys it without your consent. There are no third party beneficiaries to this Agreement.

We reserve the right to change the terms of this Agreement and will provide you notice if we do and we agree that changes cannot be retroactive. If you don't agree to these changes, you must stop using the Services.

You agree that the only way to provide us legal notice is at the addresses provided in Section 10.

Back to Top ▲

# 8. LinkedIn "DOs" and "DON'Ts."

**8.1. Dos. You agree that you will:**
- Comply with all applicable laws, including, without limitation, privacy laws, intellectual property laws, anti-spam laws, export control laws, tax laws, and regulatory requirements;
- Provide accurate information to us and keep it updated;
- Use your real name on your profile;
- Use the Services in a professional manner.

**8.2. Don'ts. You agree that you will not:**
- Act dishonestly or unprofessionally, including by posting inappropriate, inaccurate, or objectionable content;
- Add content that is not intended for, or inaccurate for, a designated field (e.g. submitting a telephone number in the "title" or any other field, or including telephone numbers, email addresses, street addresses or any personally identifiable information for which there is not a field provided by LinkedIn);
- Use an image that is not your likeness or a head-shot photo for your profile;
- Create a false identity on LinkedIn;
- Misrepresent your current or previous positions and qualifications;
- Misrepresent your affiliations with a person or entity, past or present;
- Misrepresent your identity, including but not limited to the use of a pseudonym;
- Create a Member profile for anyone other than yourself (a real person);
- Invite people you do not know to join your network;

- Use or attempt to use another's account;

- Harass, abuse or harm another person;

- Send spam or other unwelcomed communications to others;

- Scrape or copy profiles and information of others through any means (including crawlers, browser plugins and add-ons, and any other technology or manual work);

- Act in an unlawful, libelous, abusive, obscene, discriminatory or otherwise objectionable manner;

- Disclose information that you do not have the right to disclose (such as confidential information of others (including your employer));

- Violate intellectual property rights of others, including patents, trademarks, trade secrets, copyrights or other proprietary rights;

- Violate the intellectual property or other rights of LinkedIn, including, without limitation, using the word "LinkedIn" or our logos in any business name, email, or URL except as provided in the Brand Guidelines;

- Use LinkedIn invitations to send messages to people who don't know you or who are unlikely to recognize you as a known contact;

- Post any unsolicited or unauthorized advertising, "junk mail," "spam," "chain letters," "pyramid schemes," or any other form of solicitation unauthorized by LinkedIn;

- Send messages to distribution lists, newsgroup aliases, or group aliases;

- Post anything that contains software viruses, worms, or any other harmful code;

- Manipulate identifiers in order to disguise the origin of any message or post transmitted through the Services;

- Create profiles or provide content that promotes escort services or prostitution.

- Creating or operate a pyramid scheme, fraud or other similar practice;

- Copy or use the information, content or data of others available on the Services (except as expressly authorized);

- Copy or use the information, content or data on LinkedIn in connection with a competitive service (as determined by LinkedIn);

- Copy, modify or create derivative works of LinkedIn, the Services or any related technology (except as expressly authorized by LinkedIn);

- Reverse engineer, decompile, disassemble, decipher or otherwise attempt to derive the source code for the Services or any related technology, or any part thereof;

- Imply or state that you are affiliated with or endorsed by LinkedIn without our express consent (e.g., representing yourself as an accredited LinkedIn trainer);

- Rent, lease, loan, trade, sell/re-sell access to the Services or related any information or data;

- Sell, sponsor, or otherwise monetize a LinkedIn Group or any other feature of the Services, without LinkedIn's consent;

- Deep-link to our Services for any purpose other than to promote your profile or a Group on LinkedIn (as set forth in the Brand Guidelines), without LinkedIn's consent;

- Remove any copyright, trademark or other proprietary rights notices contained in or on our Service;

- Remove, cover or obscure any advertisement included on the Services;

- Collect, use, copy, or transfer any information obtained from LinkedIn without the consent of LinkedIn;

- Share or disclose information of others without their express consent;

- Use manual or automated software, devices, scripts robots, other means or processes to access, "scrape," "crawl" or "spider" the Services or any related data or information;

- Use bots or other automated methods to access the Services, add or download contacts, send or redirect messages;

- Monitor the Services' availability, performance or functionality for any competitive purpose;

- Engage in "framing," "mirroring," or otherwise simulating the appearance or function of the Services;

- Access the Services except through the interfaces expressly provided by LinkedIn, such as its mobile applications, linkedin.com and slideshare.net;

- Override any security feature of the Services;
  - Interfere with the operation of, or place an unreasonable load on, the Services (e.g., spam, denial of service attack, viruses, gaming algorithms); and/or
  - Violate SlideShare's Community Guidelines or, if you're a commercial user of SlideShare, the SlideShare Commercial Terms of Service.

Back to Top ▲

## 9. Complaints Regarding Content

We respect the intellectual property rights of others. We require that information posted by Members be accurate and not in violation of the intellectual property rights or other rights of third parties. We provide a policy and process for complaints concerning content posted by our Members.

Back to Top ▲

## 10. How To Contact Us

If you want to send us notices or service of process, please contact us:

ONLINE at:
https://help.linkedin.com/app/home

OR BY MAIL at:

**For Members in the United States:**

LinkedIn Corporation
Attn: Agreement Matters (Legal)
2029 Stierlin Court
Mountain View CA 94043
USA

**For Members outside the United States:**

LinkedIn Ireland
Attn: Agreement Matters (Legal)
Wilton Plaza,
Wilton Place, Dublin 2
Ireland

Back to Top ▲

LinkedIn Corporation, Mountain View, California, USA, and LinkedIn Ireland, Dublin, Ireland, October 23, 2014

Help Center | About | Careers | Advertising | Talent Solutions | Sales Solutions | Small Business | Mobile | Language | **Upgrade Your Account**

LinkedIn Corporation © 2016 | User Agreement | Privacy Policy | Ad Choices | Community Guidelines | Cookie Policy | Copyright Policy | Send Feedback

# EXHIBIT B



Back to LinkedIn.com

# User Agreement

*Effective on June 7, 2017*

Our User Agreement has been updated. Click here to see a **summary of changes**.

Our mission is to connect the world's professionals to allow them to be more productive and successful. Our services are designed to promote economic opportunity for our members by enabling you and millions of other professionals to meet, exchange ideas, learn, and find opportunities or employees, work, and make decisions in a network of trusted relationships.

▷ **View our User Agreement video**

Table of Contents:

1. Introduction

2. Obligations

3. Rights and Limits

4. Disclaimer and Limit of Liability

5. Termination

6. Dispute Resolution

7. General Terms

8. LinkedIn "Dos" and "Don'ts"

9. Complaints Regarding Content

10. How To Contact Us

# 1. Introduction

## 1.1 Contract

When you use our Services you agree to all of these terms. Your use of our Services is also subject to our Cookie Policy and our Privacy Policy, which covers how we collect, use, share, and store your personal information.

You agree that by clicking "Join Now", "Join LinkedIn", "Sign Up" or similar, registering, accessing or using our services (described below), **you are agreeing to enter into a legally binding contract** with LinkedIn (even if you are using our Services on behalf of a company). If you do not agree to this contract ("Contract" or "User Agreement"), do **not** click "Join Now" (or similar) and do not access or otherwise use any of our Services.

Your use of our Services is also subject to our **Privacy Policy** and **Cookie Policy**.

**Services**



and "Share with LinkedIn" plugins. Registered users of our Services are "Members" and unregistered users are "Visitors". This Contract applies to both.

**LinkedIn**

You are entering into this Contract with LinkedIn (also referred to as "we" and "us"). If you reside in the United States, you are entering into this Contract with LinkedIn Corporation and your personal data provided to, or collected by or for, our Services is controlled by LinkedIn Corporation. If you reside outside the United States, you are entering into this Contract with LinkedIn Ireland U.C. and your personal data provided to, or collected by or for, our Services is controlled by LinkedIn Ireland U.C.

**1.2 Members and Visitors**

When you register and join the LinkedIn Service, you become a Member. If you have chosen not to register for our Services, you may access certain features as a visitor.

**1.3 Change**

We may modify this Contract, our Privacy Policy and our Cookies Policies from time to time. If we make material changes to it, we will provide you notice through our Services, or by other means, to provide you the opportunity to review the changes before they become effective. If you object to any changes, you may **close your account**. Your continued use of our Services after we publish or send a notice about our changes to these terms means that you are consenting to the updated terms.

# 2. Obligations

### 2.1 Service Eligibility

Here are some promises you make to us in this Contract:

You're eligible to enter into this Contract and you are at least our "Minimum Age."

The Services are not for use by anyone under the age of 16.

To use the Services, you agree that: (1) you must be the "Minimum Age" (described below) or older; (2) you will only have one LinkedIn account (and/or one SlideShare account, if applicable), which must be in your real name; and (3) you are not already restricted by LinkedIn from using the Services.

Members who were below this new Minimum Age when they started using the Services under a previous User Agreement may continue to use them, as they have already reached the new Minimum Age since then or will reach it in the near future.

"Minimum Age" means 16 years old. However, if law requires that you must be older in order for LinkedIn to lawfully provide the Services to you without parental consent (including using of your personal data) then the Minimum Age is such older age.

### 2.2 Your Account

You'll keep your password a secret.

You will not share an account with anyone else and will follow our rules and the law.

Members are account holders. You agree to: (1) try to choose a strong and secure password; (2) keep your password secure and confidential; (3) not transfer any part of your account (e.g., connections) and (4) follow the law and our list of Dos and Don'ts. You are responsible for anything that happens through your account unless you close it or report misuse.

As between you and others (including your employer), your account belongs to you. However, if the Services were purchased by another party for you to use (e.g. Recruiter seat bought by your employer), the party paying for such Service has the right to control access to and get reports on your use of such paid Service; however, they do not have rights to your personal account.

### 2.3 Payment

You'll honor your payment obligations and you are okay with us storing your payment information. You understand that there may be fees and taxes that are added to our prices.

We don't guarantee refunds.

If you buy any of our paid Services ("Premium Services"), you agree to pay us the applicable fees and taxes and to **additional terms** specific to the paid Services. Failure to pay these fees will result in the termination of your paid Services. Also, you agree that:

- Your purchase may be subject to foreign exchange fees or differences in prices based on location (e.g. exchange rates).

- We may store and continue billing your payment method (e.g. credit card) even after it has expired, to avoid interruptions in your Services and to use to pay other Services you may buy.



- All of your purchases of Services are subject to LinkedIn's refund policy.

- We may calculate taxes payable by you based on the billing information that you provide us at the time of purchase.

You can get a copy of your invoice through your LinkedIn account settings under "**Purchase History**".

## 2.4 Notices and Service Messages

You're okay with us providing notices to you through our websites, apps, and contact information your provided to us. If the contact information you provide is out of date, you may miss out on important notices.

You agree that we will provide notices to you in the following ways: (1) a notice within the Service, or (2) a message sent to the contact information you provided us (e.g., email, mobile number, physical address). You agree to keep your **contact information** up to date.

Please review your settings to **control and limit** the messages you receive from us.

## 2.5 Sharing

When you share information, others can see, copy and use that information.

Our Services allow messaging and sharing of information in many ways, such as your profile, slide deck, links to news articles, job postings, InMails and blogs. Information and content that you share or post may be seen by other Members or Visitors. Where we have made settings available, we will honor the choices you make about who can see content or information (e.g., message content to your addressees, sharing content only to LinkedIn connections, restricting your profile visibility from search engines, or opting not to notify others of your LinkedIn profile update). For job searching activities, we default to not notifying your connections network or the public. So if you apply for a job through our Service or opt to signal that you are interested in a job, our default is to share it only with the job poster.

We are not obligated to publish any information or content on our Service and can remove it in our sole discretion, with or without notice.

# 3. Rights and Limits

## 3.1. Your License to LinkedIn

You own all of the content, feedback, and personal information you provide to us, but you also grant us a non-exclusive license to it.

We'll honor the choices you make about who gets to see your information and content

You promise to only provide information and content that you have the right to share, and that your LinkedIn profile will be truthful.

As between you and LinkedIn, you own the content and information that you submit or post to the Services and you are only granting LinkedIn and our affiliates the following non-exclusive license: A worldwide, transferable and sublicensable right to use, copy, modify, distribute, publish, and process, information and content that you provide through our Services, without any further consent, notice and/or compensation to you or others. These rights are limited in the following ways:

1. You can end this license for specific content by deleting such content from the Services, or generally by closing your account, except (a) to the extent you shared it with others as part of the Service and they copied, re-shared it or stored it and (b) for the reasonable time it takes to remove content from backup and other systems.

2. We will not include your content in advertisements for the products and services of third parties to others without your separate consent (including sponsored content). However, we have the right, without payment to you or others, to serve ads near your content and information, and your social actions on sponsored content and company pages may be visible, as noted in the Privacy Policy.

3. We will get your consent if we want to give third parties the right to publish your posts beyond the Service. However, other Members and/or Visitors may access and share your content and information, consistent with your choices.

4. While we may edit and make formatting changes to your content (such as translating it, modifying the size, layout or file type or removing metadata), we will not modify the meaning of your expression.

5. Because you own your content and information and we only have non-exclusive rights to it, you may choose to make it available to others, including under the terms of a **Creative Commons license**.

You agree that we may access, store and use any information that you provide in accordance with the terms of the Privacy Policy and your choices (including settings).

By submitting suggestions or other feedback regarding our Services to LinkedIn, you agree that LinkedIn can use and share (but does not have to) such feedback for any purpose without compensation to you.

You agree to only provide content or information that does not violate the law nor anyone's rights (including intellectual property rights). You also agree that your profile information will be truthful. LinkedIn may be required by law to remove certain information or content in certain countries.

## 3.2 Service Availability



under law, these changes may be effective upon notice provided to you.

We may change or discontinue any of our Services. We don't promise to store or keep showing any information and content that you've posted.

LinkedIn is not a storage service. You agree that we have no obligation to store, maintain or provide you a copy of any content or information that you or others provide, except to the extent required by applicable law and as noted in our Privacy Policy.

### 3.3 Other Content, Sites and Apps

Your use of others' content and information posted on our Services, is at your own risk.

Others may offer their own products and services through LinkedIn, and we aren't responsible for those third-party activities.

By using the Services, you may encounter content or information that might be inaccurate, incomplete, delayed, misleading, illegal, offensive or otherwise harmful. LinkedIn generally does not review content provided by our Members or others. You agree that we are not responsible for others' (including other Members') content or information. We cannot always prevent this misuse of our services, and you agree that we are not responsible for any such misuse. You also acknowledge the risk that you or your organization may be mistakenly associated with content about others when we let connections and followers know you or your organization were mentioned in the news. You may opt out of this feature.

You are responsible for deciding if you want to access or use third party apps or sites that link from our Services. If you allow a third party app or site to authenticate you or connect with your LinkedIn account, that app or site can access information on LinkedIn related to you and your connections. Third party apps and sites have their own legal terms and privacy policies, and you may be giving others permission to use your information in ways we would not. Except to the limited extent it may be required by applicable law, LinkedIn is not responsible for these other sites and apps – use these at your own risk. Please see our Privacy Policy.

### 3.4 Limits

We have the right to limit how you connect and interact on our Services.

LinkedIn reserves the right to limit your use of the Services, including the number of your connections and your ability to contact other Members. LinkedIn reserves the right to restrict, suspend, or terminate your account if LinkedIn believes that you may be in breach of this Contract or law or are misusing the Services (e.g. violating any Do and Don'ts).

### 3.5 Intellectual Property Rights

We're providing you notice about our intellectual property rights.

LinkedIn reserves all of its intellectual property rights in the Services. Using the Services does not give you any ownership in our Services or the content or information made available through our Services. Trademarks and logos used in connection with the Services are be the trademarks of their respective owners. LinkedIn, SlideShare, and "in" logos and other LinkedIn trademarks, service marks, graphics, and logos used for our Services are trademarks or registered trademarks of LinkedIn.

## 4. Disclaimer and Limit of Liability

### 4.1 No Warranty

This is our disclaimer of legal liability for the quality, safety, or reliability of our Services.

TO THE EXTENT ALLOWED UNDER LAW, LINKEDIN AND ITS AFFILIATES (AND THOSE THAT LINKEDIN WORKS WITH TO PROVIDE THE SERVICES) (A) DISCLAIM ALL IMPLIED WARRANTIES AND REPRESENTATIONS (E.G. WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY OF DATA, AND NONINFRINGEMENT); (B) DO NOT GUARANTEE THAT THE SERVICES WILL FUNCTION WITHOUT INTERRUPTION OR ERRORS, AND (C) PROVIDE THE SERVICE (INCLUDING CONTENT AND INFORMATION) ON AN "AS IS" AND "AS AVAILABLE" BASIS.

SOME LAWS DO NOT ALLOW CERTAIN DISCLAIMERS, SO SOME OR ALL OF THESE DISCLAIMERS MAY NOT APPLY TO YOU.

### 4.2 Exclusion of Liability

These are the limits of legal liability we may have to you.

TO THE EXTENT PERMITTED UNDER LAW (AND UNLESS LINKEDIN HAS ENTERED INTO A SEPARATE WRITTEN AGREEMENT THAT OVERRIDES THIS CONTRACT), LINKEDIN AND ITS AFFILIATES (AND THOSE THAT LINKEDIN WORKS WITH TO PROVIDE THE SERVICES) SHALL NOT BE LIABLE TO YOU OR OTHERS FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, OR ANY LOSS OF DATA, OPPORTUNITIES, REPUTATION, PROFITS OR REVENUES, RELATED TO THE SERVICES (E.G. OFFENSIVE OR DEFAMATORY STATEMENTS, DOWN TIME OR LOSS, USE OF, OR CHANGES TO, YOUR INFORMATION OR CONTENT).

IN NO EVENT SHALL THE LIABILITY OF LINKEDIN AND ITS AFFILIATES (AND THOSE THAT LINKEDIN WORKS WITH TO PROVIDE THE SERVICES) EXCEED, IN THE AGGREGATE FOR ALL CLAIMS, AN AMOUNT THAT IS THE LESSER OF (A) FIVE TIMES THE MOST RECENT MONTHLY OR YEARLY FEE THAT YOU PAID FOR A PREMIUM SERVICE, IF ANY, OR (B)



THIS LIMITATION OF LIABILITY IS PART OF THE BASIS OF THE BARGAIN BETWEEN YOU AND LINKEDIN AND SHALL APPLY TO ALL CLAIMS OF LIABILITY (E.G. WARRANTY, TORT, NEGLIGENCE, CONTRACT, LAW) AND EVEN IF LINKEDIN OR ITS AFFILIATES HAS BEEN TOLD OF THE POSSIBILITY OF ANY SUCH DAMAGE, AND EVEN IF THESE REMEDIES FAIL THEIR ESSENTIAL PURPOSE.

SOME LAWS DO NOT ALLOW THE LIMITATION OR EXCLUSION OF LIABILITY, SO THESE LIMITS MAY NOT APPLY TO YOU.

## 5. Termination

We can each end this Contract anytime we want.

Both you and LinkedIn may terminate this Contract at any time with notice to the other. On termination, you lose the right to access or use the Services. The following shall survive termination:

- Our rights to use and disclose your feedback;

- Members and/or Visitors' rights to further re-share content and information you shared through the Service to the extent copied or re-shared prior to termination;

- Sections 4, 6 and 7 of this Contract;

- Any amounts owed by either party prior to termination remain owed after termination.

You can visit our **Help Center** to close your account.

## 6. Dispute Resolution

In the unlikely event we end up in a legal dispute, we agree to resolve it in California courts (using California law) or Dublin, Ireland courts (using Irish law).

**If you live in the European Union:** You agree that the laws of Ireland, excluding conflict of laws rules, shall exclusively govern any dispute relating to this Contract and/or the Services. We both agree that all of these claims can only be litigated in Dublin, Ireland, and we each agree to personal jurisdiction of the courts located in Dublin, Ireland.

**For all others, including those who live outside of the United States,** you agree that the laws of the State of California, U.S.A., excluding its conflict of laws rules, shall exclusively govern any dispute relating to this Contract and/or the Services. We both agree that all of these claims can only be litigated in the federal or state courts in Santa Clara County, California, USA, and we each agree to personal jurisdiction in those courts.

## 7. General Terms

Here are some important details about how to read the Contract.

If a court with authority over this Contract finds any part of it not enforceable, you and us agree that the court should modify the terms to make that part enforceable while still achieving its intent. If the court cannot do that, you and us agree to ask the court to remove that unenforceable part and still enforce the rest of this Contract. To the extent allowed by law, the English language version of this Contract is binding and other translations are for convenience only. This Contract (including additional terms that may be provided by us when you engage with a feature of the Services) is the only agreement between us regarding the Services and supersedes all prior agreements for the Services.

If we don't act to enforce a breach of this Contract, that does not mean that LinkedIn has waived its right to enforce this Contract. You may not assign or transfer this Contract (or your membership or use of Services) to anyone without our consent. However, you agree that LinkedIn may assign this Contract to its affiliates or a party that buys it without your consent. There are no third party beneficiaries to this Contract.

We reserve the right to change the terms of this Contract and will provide you notice if we do and we agree that changes cannot be retroactive. If you don't agree to these changes, you must stop using the Services.

You agree that the only way to provide us legal notice is at the addresses provided in Section 10.

## 8. LinkedIn "Dos" and "Don'ts"

### 8.1. Dos

**You agree that you will:**

a. Comply with all applicable laws, including, without limitation, privacy laws, intellectual property laws, anti-spam laws, export control laws, tax laws, and regulatory requirements;

b. Provide accurate information to us and keep it updated;



d. Use the Services in a professional manner.

### 8.2. Don'ts

You agree that you will *not*:

  a. Act in an unlawful or unprofessional manner in connection with our Services, including being dishonest, abusive or discriminatory;

  b. Post inaccurate, defamatory obscene, shocking, hateful, threatening or otherwise inappropriate content or airing personal grievances or disputes;

  c. Use an **image** that is not your likeness or a head-shot photo for your profile;

  d. Create a false identity on LinkedIn. The occasional creation of clearly fictional profiles by LinkedIn or with its express permission in connection with a promotional campaign does not waive this obligation;

  e. Misrepresent your identity (e.g. by using a pseudonym), your current or previous positions, qualifications or affiliations with a person or entity;

  f. Create a Member profile for anyone other than yourself (a real person);

  g. Invite people you do not know to join your network;

  h. Use or attempt to use another's account;

  i. Harass, abuse or harm another person;

  j. Send or post any unsolicited or unauthorized advertising, "junk mail," "spam," "chain letters," "pyramid schemes," or any form of solicitation unauthorized by LinkedIn;

  k. Develop, support or use software, devices, scripts, robots, or any other means or processes (including crawlers, browser plugins and add-ons, or any other technology or manual work) to scrape the Services or otherwise copy profiles and other data from the Services;

  l. Bypass or circumvent any access controls or Service use limits (such as caps on keyword searches);

  m. Copy, use, disclose or distribute any information obtained from the Services, whether directly or through third parties (such as search engines), without the consent of LinkedIn;

  n. Solicit email addresses or other personal information from Members you don't know, without authorization.

  o. Use, disclose or distribute any data obtained in violation of this policy;

  p. Disclose information that you do not have the consent to disclose (such as confidential information of others (including your employer));

  q. Violate the intellectual property rights of others, including copyrights, patents, trademarks, trade secrets, or other proprietary rights. For example, do not copy or distribute (except through the available sharing functionality) the posts or other content of others without their permission, which they may give by posting under a Creative Commons license;

  r. Violate the intellectual property or other rights of LinkedIn, including, without limitation, (i) copying or distributing our learning videos or other materials or (ii) copying or distributing our technology, unless it is released under open source licenses; (iii) using the word "LinkedIn" or our logos in any business name, email, or URL except as provided in the **Brand Guidelines**;

  s. Use LinkedIn invitations to send messages to people who don't know you or who are unlikely to recognize you as a known contact;

  t. Post anything that contains software viruses, worms, or any other harmful code;

  u. Manipulate identifiers in order to disguise the origin of any message or post transmitted through the Services.

  v. Create profiles or provide content that promotes escort services or prostitution.

  w. Create or operate a pyramid scheme, fraud or other similar practice;

  x. Reverse engineer, decompile, disassemble, decipher or otherwise attempt to derive the source code for the Services or any related technology that is not open source;

  y. Imply or state that you are affiliated with or endorsed by LinkedIn without our express consent (e.g., representing yourself as an accredited LinkedIn trainer);

  z. Rent, lease, loan, trade, sell/re-sell access to the Services or related data;

  aa. Sell, sponsor, or otherwise monetize any Service without LinkedIn's consent;

  ab. Deep-link to our Services for any purpose other than to promote your profile or a Group on our Services, without LinkedIn's consent;

  ac. Remove any copyright, trademark or other proprietary rights notices contained in or on our Service;

  ad. Remove, cover or obscure any advertisement included on the Services;

  ae. Use bots or other automated methods to access the Services, add or download contacts, send or redirect messages;

  af. Monitor the Services' availability, performance or functionality for any competitive purpose;

Case 3:17-cv-03301-EMC    Document 29   Filed 06/26/17    Page 27 of 65



ai. Overlaying or otherwise modifying the Services or their appearance;

ai. Access the Services except through the interfaces expressly provided by LinkedIn, such as its mobile applications, linkedin.com and slideshare.net;

aj. Use a Service for tasks that it is not intended for;

ak. Override any security feature of the Services;

al. Interfere with the operation of, or place an unreasonable load on, the Services (e.g., spam, denial of service attack, viruses, gaming algorithms); and/or

am. Violate the **Professional Community Guidelines** or any additional terms concerning a specific Service that are provided when you sign up for or start using such Service.

## 9. Complaints Regarding Content

We respect the intellectual property rights of others. We require that information posted by Members be accurate and not in violation of the intellectual property rights or other rights of third parties. We provide a **policy and process** for complaints concerning content posted by our Members.

## 10. How To Contact Us

If you want to send us notices or service of process, please contact us:

**ONLINE**

OR BY **MAIL**

---

Help Center | About | Careers | Advertising | Talent Solutions | Sales Solutions | Small Business | Mobile | Language | **Upgrade Your Account**

LinkedIn Corporation © 2017 | User Agreement | Privacy Policy | Ad Choices | Community Guidelines | Cookie Policy | Copyright Policy | Send Feedback

# EXHIBIT C

  

SlideShare, a content sharing platform, and LinkedIn Pulse, a news reading application, are part of the LinkedIn family.

# Your Privacy Matters

At LinkedIn, our fundamental philosophy is "members first." That value powers all of the decisions we make, including how we gather and respect your personal information.

We've crafted the policy below to be as clear and straightforward as possible. Our aim is for you—our members—to always feel informed and empowered with respect to your privacy on LinkedIn. Visit our Safety Center for tips on using LinkedIn smartly and securely.

 {0} ›



**Introduction**


**Information Collected**


**Uses & Sharing of Personal Info**


**Your Choices & Obligations**


**Important Information**

## Introduction

Last revised on October 23, 2014

We are a social network and online platform for professionals.

LinkedIn's mission is to connect the world's professionals to allow them to be more productive and successful. Our registered users ("Members") share their professional identities, engage with their network, exchange knowledge and professional insights, post and view relevant content, and find business and career opportunities. Content on some of our services is also visible to unregistered viewers ("Visitors"). We believe that our services allow our Members to effectively compete and achieve their full career potential. The cornerstone of our business is to focus on our Members first.

We protect your personal information using industry-standard safeguards.

We may share your information with your consent or as required by law, and we will always let you know when we make significant changes to this Privacy Policy.

Maintaining your trust is our top priority, so we adhere to the following principles to protect your privacy:

- We protect your personal information and will only provide it to third parties: (1) with your consent; (2) where it is necessary to carry out your instructions; (3) as reasonably necessary in order to provide our features and functionality to you; (4) when we reasonably believe it is required by law, subpoena or other legal process; or (5) as necessary to enforce our User Agreement or protect the rights, property, or safety of LinkedIn, our Members and Visitors, and the public.

- We have implemented appropriate security safeguards designed to protect your information in accordance with industry standards.

This Privacy Policy applies to LinkedIn.com and the LinkedIn mobile application, SlideShare.net and SlideShare mobile app ("SlideShare"), Pulse.me and Pulse mobile app ("Pulse"), LinkedIn platform technology (such as "Share on LinkedIn" plugins for publishers), the advertising platform created by Bizo Inc. (and its successor products) and all other LinkedIn websites, apps, developer platforms and other products and services (collectively the "Services"). We may modify this Privacy Policy from time to time, and if we make material changes to it, we will provide notice through our Service, or by other means so that you may review the changes before you continue to use our Services. **If you object to any changes, you may close your account. Continuing to use our Services after we publish or communicate a notice about any changes to this Privacy Policy means that you are consenting to the changes.**

Back to Top ▲

# 1. What information we collect

Our Privacy Policy applies to any Member or Visitor. We collect information when you use our Services to offer you a personalized and relevant experience, including growing your network and enabling business opportunities.

### 1.1. Data Controllers
If you reside in the United States, then the personal information provided to or collected by our Services is controlled by LinkedIn Corporation, 2029 Stierlin Court, Mountain View, California 94043. If you reside outside the United States, then this personal information is controlled by LinkedIn Ireland, Wilton Plaza, Wilton Place, Dublin 2, Ireland. **If you have any concern about providing information to us or having such information displayed on our Services or otherwise used in any manner permitted in this Privacy Policy and the User Agreement, you should not become a Member, visit our websites, apps or otherwise use our Services.** If you have already registered, you can close your accounts (e.g., LinkedIn, SlideShare and Pulse).

We collect your personal information in the following ways:

When you create an account with us, we collect information (including your name, email address, and password).

### 1.2. Registration
To create an account on LinkedIn, you must provide us with at least your name, email address and/or mobile number, and a password and agree to our User Agreement and this Privacy Policy, which governs how we treat your information. You may provide additional information during the registration flow (for example, your postal code, job title, and company) to help you build your profile and to provide you more customized services (for example: language-specific profile pages, updates, content, more relevant ads and career opportunities). You understand that, by creating an account, we and others will be able to identify you by your LinkedIn profile. We may also ask for your credit card details if you purchase certain additional services.

We also provide the option to register for a SlideShare account, for which you must provide at least your name, email address and/or mobile number, and a password. We no longer provide the option to register for a separate Pulse account, but you may continue to use your existing Pulse account if you already have one.

We collect information when you fill out a profile. A complete LinkedIn profile that includes professional details – like your job title, education, and skills – helps you get found by other people for opportunities.

### 1.3. Profile Information
After you create an account (other than the distinct SlideShare and Pulse accounts), you may choose to provide additional information on your LinkedIn profile, such as descriptions of your skills, professional experience, and educational background. You can list honors, awards, professional affiliations, Group memberships, networking objectives, companies or individuals that you follow, and other information including content. Subject to the settings you choose, your connections may provide recommendations and endorsements of you. Providing additional information enables you to derive more benefit from our Services by helping you express your professional identity; find other professionals, opportunities, and information; and help recruiters and business opportunities find you. It also enables us to serve you ads and other relevant content on and off of our Services.

On SlideShare, you can choose what personal information you provide in addition to the information required for registration as noted above. Most of your SlideShare profile, as well as all content that you post on SlideShare, is publicly displayed (with the exceptions provided in the SlideShare account settings), so please do not provide personal information you would not want to be public. We may use and share information you provide in a SlideShare profile and/or Pulse account in the same manner as the information provided in a LinkedIn.com profile, in accordance with this Privacy Policy and our User Agreement.

We collect information when you sync non-LinkedIn content – like your email address book, mobile device contacts, or calendar – with your account. You can remove your address book and any other synced information whenever you like.

### 1.4. Address Book and Other Services That Sync with LinkedIn
You may use our address book or "contacts" importer (or other similar features) to upload your address book into our Services. We store this information (including phone numbers) and use it to help you manage and leverage your contacts in connection with our Services. We also use this information to enhance your experience with our Services by helping you to grow your network by: identifying your contacts that are already Members of our Services; providing a template to send invitations on your behalf to your contacts that are not Members; and suggesting people you may know (even if not in your contacts) but are not yet connected with you on our Services (as we may infer from your shared connections or shared managers, employers, educational institutions and other such factors). We may also use this information to show you and other Members that you share the same uploaded contacts who may or may not be Members.

Please note that when you send an invitation to connect to another individual on our Service (a "connection") or to join our Service to connect with you, that person may have access to your email address or, for SMS invitations, mobile number because it may be displayed in the invitation. After sending these invitations, we may also remind your invitees of your invitation on your behalf. Your LinkedIn connections will also have access to your email address.

We make other tools available to sync information with our Services, and may also develop additional features that allow Members to use their account in conjunction with other third-party services. For example, our mobile applications allow you to sync your device's calendar, email and/or contacts apps with our Services to show you the LinkedIn profiles of meeting attendees, email correspondents and/or your contacts.

Another example are software tools that allow you to see our and other public information about the people you email or meet with and leverage our Services to help you gain insights from and grow your network. If you grant these products (mobile applications or our other Services that sync external email and calendar services, such as "LinkedIn Connected") permission to access your email and calendar accounts, they will access and may store some of your email header and calendar history information. Our products that sync with external email services may also temporarily cache message content for performance reasons, in a way that is unreadable by us and our service providers.

**Any information that you upload or sync with our Services is covered by the User Agreement and this Privacy Policy. You can remove your information at your convenience** using the features we make available or in accordance with Section 3. You can remove your address book and any other synced information at any time.

---

We collect information when you contact us for customer support.

### 1.5. Customer Service
When you contact our customer support services (e.g. on our Help Center and SlideShare's Help Center), we may have to access your InMails, Groups and other contributions to our Services and collect the information we need to categorize your question, respond to it, and, if applicable, investigate any breach of our User Agreement or this Privacy Policy. We also use this information to track potential problems and trends and customize our support responses to better serve you. We do not use this information for advertising.

---

We collect information when you visit our Services (including, LinkedIn, SlideShare and Pulse), use our mobile applications, and interact with advertising on and off our Services.

### 1.6. Using the LinkedIn Sites and Applications
We collect information when you use (whether as a Member or a Visitor) our websites, applications, our platform technology (such as "Share on LinkedIn" plugins for publishers) or other Services. For example, we collect information when you view or click on ads on and off our Services, perform a search, import your address book, join and participate in groups, participate in polls, install one of our mobile applications, view content on Pulse or SlideShare, share articles on our Services and apply to jobs through our Services. If you are logged in on LinkedIn.com, SlideShare.net, the Pulse app or another Service or one of our cookies on your device identifies you, your usage information and the log data described in Section 1.10 of this policy, such as your IP address, will be associated by us with your account. Even if you're not logged into a Service, we log information about devices used to access our Services, including IP address.

---

We collect information when you use your account to sign in to other sites or services, and when you view web pages that include our plugins and cookies.

### 1.7. Using Third-Party Services and Visiting Third-Party Sites
You allow us to receive information when you use your account to log in to a third-party website or application. Also, when you visit a third-party site that embeds our social plugins (such as "Share on LinkedIn" for publishers) we receive information that those pages have loaded in your web browser. If you are logged in as a Member when you visit sites with our plugins, we use this information to recommend tailored content to you. We will use this information to personalize the functionality we provide on third-party sites, including providing you insights from your professional network and allowing you to share information with your network. Our retention of this data is addressed in Section 3.2. We may provide reports containing aggregated impression information to companies hosting our plugins and similar technologies to help them measure traffic to their websites, but no personal data. Please note that SlideShare.net, Pulse.me and the Pulse app are part of the LinkedIn Services, not third-party sites or applications.

You also allow us to receive information about your visits and interaction with the sites and services of our partners that include our cookies and similar technologies, unless you opt out. If you are not a Member, we rely on the online terms between you and our partners.

---

We use cookies and similar technologies to collect information.

### 1.8. Cookies
As described in our Cookie Policy, we use cookies and similar technologies, including mobile application identifiers, to help us recognize you across different Services, learn about your interests both on and off our Services, improve your experience, increase security, measure use and effectiveness of our Services, and serve advertising. You can control cookies through your browser settings and other tools. **By visiting our Services, you consent to the placement of cookies and beacons in your browser and HTML-based emails in accordance with this Privacy Policy, which incorporates by reference our Cookie Policy.**

---

We use advertising technologies and

### 1.9. Advertising Technologies and Web Beacons

web beacons to collect information. We give you a number of ways to opt out of targeted ads, including through the Ad Choices icon shown with any ads we serve on third-party sites. If you do not want us to track your behavior on third-party sites, you can opt out. If you do not opt out, you consent to our use of beacons and other advertising technologies.

We target (and measure the performance of) ads to Members, Visitors and others both on and off of our Services through a variety of ad networks and ad exchanges, using the following, whether separately or combined:

- Advertising technologies on and off of our Services, like web beacons, pixels, ad tags, cookies, and mobile identifiers as permitted by mobile platforms;

- Member-provided profile and contact information and categories (for example, "product managers in Texas");

- Information inferred from a Member's profile (for example, using job titles to infer age, industry, seniority, and compensation bracket; or names to infer gender);

- Your use of our Services (for example, your search history, the content you read on SlideShare or Pulse, who you follow or is following you on SlideShare, Groups participation, which pages you visit, your clicking on a LinkedIn ad, etc.) and log files generated as described in Section 1.10;

- Information from 3rd parties (e.g. advertising partners, publishers and data aggregators) which we use in addition to the information from our cookies (and similar technologies), your profile and use of our Services.

We do not share your personal information with any third-party advertisers or ad networks for advertising without your separate permission. Note that, as described in Section 2.6, your profile is visible to other Members and through public search depending on your settings. Also, advertising partners may associate personal information collected by the advertiser directly from you with our cookies and similar technologies. In such instances, we contractually require such advertisers to obtain your explicit opt-in consent before doing so.

We may show you sponsored content in your network update stream (NUS), which will be designated as sponsored content and will behave like other NUS updates. If you take social action (for example, if you "like" or "comment" on the sponsored content), your action may be seen by your network and other Members who are shown the sponsored content after you have acted on it. Please note that all social actions on SlideShare (e.g. liking certain content, following or being followed by others) are public, unless expressly specified otherwise with respect to premium accounts.

We adhere to self-regulatory principles for interest based advertising. If you wish to not receive targeted ads from most third party companies, you may opt-out as described here. Please note this does not opt you out of being served advertising. You will continue to receive generic ads or targeted ads by companies not listed with these opt-out tools. You can also opt out specifically from our use of cookies and similar technologies to track your behavior on third party sites. For non-Members, this opt out setting is here.

---

We collect information from the devices and networks that you use to access our Services.

**1.10. Log Files, IP Addresses, and Information About Your Computer and Mobile Device**

When you visit or leave our Services (whether as a Member or Visitor) by clicking a hyperlink or when you view a third-party site that includes our plugin or cookies (or similar technology), we automatically receive the URL of the site from which you came or the one to which you are directed. Also, advertisers receive the URL of the page that you are on when you click an ad on or through our Services. We also receive the internet protocol ("IP") address of your computer or the proxy server that you use to access the web, your computer operating system details, your type of web browser, your mobile device (including your mobile device identifier provided by your mobile device operating system), your mobile operating system (if you are accessing LinkedIn using a mobile device), and the name of your ISP or your mobile carrier. We may also receive location data passed to us from third-party services or GPS-enabled devices that you have set up, which we use to show you local information (for example, Pulse articles about your area or jobs postings in your location) on our mobile applications and for fraud prevention and security purposes. Most mobile devices allow you to prevent real time location data being sent to us, and of course we will honor your settings.

In the case of our Android apps, you will be provided notice of the types of data (e.g. location) that will be sent to us. If you choose to use our app after this notice, we process this data to enable registration or preview product features for you (e.g. jobs near you). If you choose not to become a Member, we will delete this information.

---

We are constantly innovating to improve our Services, which means we may create new ways to collect information on the Services.

**1.11. Other**

Our Services are a dynamic, innovative environment, which means we are always seeking to improve the Services we offer you. We often introduce new features, some of which may result in the collection of new information (for example, when the Endorsements feature launched, we began collecting information about skills for which Members were endorsed and the individuals who endorsed them). Furthermore, new partnerships or corporate acquisitions may result in new features, and we may potentially collect new types of information. If we start collecting substantially new types of personal information and materially change how we handle your data, we will modify this Privacy Policy and notify you in accordance with Section 4.3.

# 2. How we use your personal information

You agree that information you provide on your profile can be seen by others and used by us as described in this Privacy Policy and our User Agreement.

### 2.1. Consent to LinkedIn Processing Information About You

The personal information that you provide to us may reveal or allow others to identify aspects of your life that are not expressly stated on your profile (for example, your picture or your name may reveal your gender). By providing personal information to us when you create or update your account and profile, **you are expressly and voluntarily accepting the terms and conditions of our User Agreement and freely accepting and agreeing to our processing of your personal information in ways set out by this Privacy Policy.** Supplying to us any information deemed "sensitive" by applicable law is entirely voluntary on your part. **You can withdraw or modify your consent to our collection and processing of the information you provide at any time, in accordance with the terms of this Privacy Policy and the User Agreement, by changing your account settings or your profile on LinkedIn or SlideShare, or by closing your LinkedIn, SlideShare and Pulse accounts.**

We communicate with you using LinkedIn messaging, email, and other ways available to us. We may send you messages relating to the availability of the Services, security, or other service-related issues. We also may send promotional InMail messages to your LinkedIn inbox. You can change your email settings at any time.

### 2.2. LinkedIn Communications

We communicate with you through email, notices posted on the LinkedIn websites or apps, messages to your LinkedIn inbox, and other means available through the Services, including mobile text messages and push notifications. Examples of these communications include: (1) welcome and engagement communications - informing you about how to best use our Services, new features, updates about other Members you are connected to and their actions, etc.; (2) service communications - these will cover service availability, security, and other issues about the functioning of our Services; (3) promotional communications - these include both email and InMail messages (InMail messages are only delivered to your LinkedIn InBox), and may contain promotional information directly or on behalf of our partners, including job opportunities and information from companies that are hiring. These messages will be sent to you based on your profile information and messaging preferences. We track the open rate of your InMails to provide your InMail acceptance score. You may change your email and contact preferences at any time by signing into your account and changing your LinkedIn or SlideShare email settings. You can also opt out of promotional messages by sending a request to LinkedIn Help Center.

Please be aware that you cannot opt out of receiving service messages from us.

With certain communications you send on our Services, the recipient can see your name, email address, and some network information.

### 2.3. User Communications

Many communications that you initiate through our Services (for example, an invitation sent to a non-Member) will list your name and primary email address in the header of the message. Messages you initiate may also provide the recipient with aggregate information about your network (for example, how many people are in your network). Other communications that you initiate through the Services, like a request for an introduction, will list your name as the initiator but will not include your personal email address contact information. Once you have connected with an individual, regardless of who sent the invitation, your contact information will be shared with that individual.

We use automatic scanning technology to help protect you and other Members. Such technology checks links and other content in your InMails, network updates and Group contributions to help us identify and block malicious links and malware, reduce spam and optimize the delivery of our Services.

We use the information and content you provide to us to conduct research and development and to customize your experience and try to make it relevant and useful to you.

### 2.4. Service Development; Customized Experience

We use information and content that you and other Members provide to us to conduct research and development for the improvement of our Services in order to provide you and other Members and Visitors with a better, more intuitive experience and drive membership growth and engagement on our Services and to help connect professionals to economic opportunity.

We also customize your experience and the experiences of others on our Services. For example, when you sign in to your account, we may display the names and photos of new Members who have recently joined your network or recent updates from your connections and companies you follow. We try to show you content, such as news and presentations, that is relevant to you, your industry, or your profession. We also use Members information and content for invitations and communications promoting our Services that are tailored to the recipient.

We share your information across our

### 2.5. Sharing Information with Affiliates

We may share your personal information with our affiliates (meaning entities controlled by,

different Services, among companies in the LinkedIn family.

controlling or under common control with LinkedIn) outside of the LinkedIn entity that is your data controller (for example, LinkedIn Corporation may share your information with LinkedIn Ireland, or other LinkedIn operating entities) as reasonably necessary to provide the Services. You are consenting to this sharing.

We combine information internally across different Services. For example, SlideShare may recommend better content to you based on your LinkedIn content preferences and the articles you read on Pulse, and LinkedIn could present you a better tailored network update stream based on your SlideShare activity, whether or not you tied your SlideShare, Pulse and/or LinkedIn accounts (e.g. by signing in SlideShare or Pulse with your LinkedIn account), as we may be able to identify you across different Services using cookies or similar technologies.

---

Any information you put on your profile and any content you post on LinkedIn may be seen by others.

We don't provide any of your non-public information (like your email address) to third parties without your consent, unless required by law, or as described in Sections 2.6 and 2.14 of this Policy.

Other people may find your LinkedIn profile information through search engines (you can choose which parts of your public profile are accessible to public search engines in your settings), or use services like Twitter in conjunction with your LinkedIn account.

### 2.6. Sharing Information with Third Parties

We offer a "public profile" feature that allows you as a Member to publish portions of your professional profile to the public Internet. This public profile will be indexed and displayed through public search engines when someone searches for your name. You may choose the parts of your profile that search engines index or completely opt out of this feature in your LinkedIn account settings, or limit the publicly visible information in your SlideShare profile. However, third-party search engines may not automatically update their caches, which may contain old public profile information. Unless you delete them, your profiles on LinkedIn.com and our corresponding app or on SlideShare.net are always viewable on the respective Services.

The visibility of your professional profile to other Members depends on your degree of connection with the viewing Member, the subscriptions they may have, their usage of the Services, access channels and search types (e.g. by name or by keyword). For example, first degree connections can see your full profile and contact information. Others have more limited access, as detailed in our Help Center. Please note that recruiters and other such professional subscribers can see your full profile even if you did not approve their InMail.

We do not rent or sell personal information that you have not posted on our Services, except as described in this Privacy Policy. We will not disclose personal information that is not published to your profile or generated through engagement with our other services, such as Groups and Company Pages, except to carry out your instructions (for example, to process payment information) or unless we have your separate consent, unless we have a good faith belief that disclosure is permitted by law or is reasonably necessary to: (1) comply with a legal requirement or process, including, but not limited to, civil and criminal subpoenas, court orders or other compulsory disclosures; (2) enforce this Privacy Policy or our User Agreement; (3) respond to claims of a violation of the rights of third parties; (4) respond to Member service inquiries; or (5) protect the rights, property, or safety of LinkedIn, our Services, our Members, Visitors, or the public. See Section 2.14 for additional details about our compliance with legal requests for information.

We support middleware providers that offer archiving solutions to firms subject to legal and regulatory archiving requirements, which, with your permission, facilitate the archiving of your communications and other activity by a third party for compliance purposes. Content distributed through our sharing features and third-party integrations may result in displaying some of your personal information outside of our Services. For example, when you post content to a Group that is open for public discussion, your content, including your name as the contributor, may be displayed in search engine results.

Also, if you have opted to bind any of your Service accounts to your Twitter, Facebook or other similar account, you can easily share content from our Services to these third party services, in accordance with your account settings (which you may change at any time) and respective policies of these third parties. Further, we allow third parties to look-up profile information (subject to your privacy settings) using your email address or first and last name information through its profile API (see Section 2.7. below).

Third parties (for example, your email provider) may give you the option to upload certain information in your contacts stored with us onto their own service. If you choose to share your contacts in this way, you will be granting your third party provider the right to store, access, disclose and use these contacts in the ways described in such third party's terms and privacy policy.

---

We work with developers to build Platform Applications using our developer tools. Whether you use Platform Applications is up to you.

If you have given a Platform Application access to your LinkedIn account, you can revoke that permission anytime. Also, you can opt

### 2.7. Third Parties Using LinkedIn Platform Services

We collaborate with and allow third parties to use our developer platform to offer services and functionality in conjunction with our Services. These third-party developers have either negotiated an agreement to use our platform technology or have agreed to our self-service API and Plugin terms in order to build applications ("Platform Applications"). Both the negotiated agreements and our API and Plugin terms contain restrictions on how third parties may access, store, and use the personal information you provide to us.

If you choose to use a Platform Application, you will be asked to confirm acceptance of the privacy policy and user agreement of the third-party developer. To revoke permission granted to a

| | |
|---|---|
| out of providing information to developers through your connections. | Platform Application, please visit your settings. Note, however, that even if you revoke the permission granted to a Platform Application, your connections may still be using the Platform Application, so the Platform Application may still have access to certain information about you, just as your connections do. You may opt out of providing information to third-party developers through your connections by accessing the "Turn on/off data sharing with third-party applications" control in the "Groups, Companies, and Applications" tab under settings. |
| We conduct our own surveys and polls and also help third parties do this type of research. Your participation in surveys or polls is up to you. You may also opt out of getting invitations to participate in surveys. | **2.8. Polls and Surveys** <br> Polls and Surveys may be conducted by us, Members, or third parties. Some third parties may target advertisements to you on the results page based on your answers in the poll. We or third parties may follow up with you via InMail regarding your participation unless you have opted out of receiving InMail messages. We may use third parties to deliver incentives to you to participate in surveys or polls. If the delivery of incentives requires your contact information, you may be asked to provide personal information to the third party fulfilling the incentive offer, which will be used only for the purpose of delivering incentives and verifying your contact information. It is up to you whether you provide this information, or whether you desire to take advantage of an incentive. Your consent to use any personal information for the purposes set forth in the poll or survey will be explicitly requested by the party conducting it. We are a member of the Council of American Survey Research Organizations ("CASRO") and abides by CASRO guidelines for market research. You may opt out of participating in surveys by changing your settings to stop receiving these inquiries and requests. |
| Our Services help you search for other professionals, companies, groups, professional content, and jobs. | **2.9. Search** <br> You can search for Members, employment opportunities, information about companies, and community content from Groups on our Services. For example, you can find Members with particular expertise or experience, or Members that you may know from your industry or profession. You can also find employment opportunities and information about companies. You can also find content from Groups, SlideShare and Pulse. We use personal information from our Services, including Member profiles, Groups content, and Company Pages, to inform and refine our search service. |
| You are responsible for any information you post on our Services, and this content will be accessible to others. | **2.10. Groups** <br> If you participate in Groups, share content on your network update stream, or import a blog or other content, you should be aware that any information you choose to disclose using these services can be read, collected, and used by other Members in these forums, developers, and other third parties, including advertisers. We are not responsible for the information you choose to submit in these forums. Your Groups contributions are typically searchable on our Services and some content in Groups may be public and searchable on the Internet if the group owner has not closed the group for public discussions. You can identify closed groups by the padlock icon next to the group name. You can remove your Groups posts at any time. However, others may have copied and used the information that you shared. |
| | **2.11. Testimonials and Advertisements Placed through LinkedIn Ads** <br> If you provide any testimonials about our goods or services or place advertisements through the LinkedIn Ads, we may post those testimonials and examples of advertisements you place in connection with our promotion of these services to third parties. Testimonials and advertisements may include your name and other personal information that you have provided. For more information about LinkedIn Ads, please see the LinkedIn Ads Terms of Use. |
| We offer a premium service to recruiters and others, which can be used to search for, organize, and communicate with potential candidates or offer business opportunities. In some cases we allow the export of public profile information. You can control how your information is exported by changing which parts of your public profile are accessible to search engines. | **2.12. Talent Recruiting, Marketing and Sales Solutions** <br> We offer customized people-search functionality along with organizational and communications tools (including activity alerts) as part of our talent recruiting, marketing and sales solutions. These services allow subscribers - generally, enterprises and professional organizations - to export limited information from Members' public profiles, such as name, headline, current company, current title, and location (for example, San Francisco Bay Area), in order to effectively manage candidate sourcing. You may limit or prevent such subscribers from exporting your profile information by configuring your public profile visibility settings to restrict access to these fields. We do not provide email or other contact information to these subscribers. However, if you post that information as part of your profile it will be available to them and others. A recruiter or other such subscriber may also manage and store information it has independently obtained about you outside of our Services, such as a resume, in connection with our platform. Any personal information obtained independently of our Services will not be added by us to your profile and is not under our control but is subject to the policies of our recruiting, marketing or sales solution subscriber. We store such information on behalf of such subscriber who can remove it at any time. We do not further process such information. |

Companies and other entities can create pages on our Services. If you follow one of these pages, non-identifiable information about you will be provided to the page's administrators.

### 2.13. Pages for Companies, Schools, Influencers, and Other Entities

Certain pages on the Services are public (e.g., company and college pages), and any communications or information shared through them will be accessible by the entity that created them. If you follow a person or organization, you will be listed among its followers, which can be viewed by others including the page owner. We use aggregate information about followers and viewers to provide data about such pages' performance (for example, visits and updates).

We may disclose your personal information if compelled by law, subpoena, or other legal process, or if necessary to enforce our User Agreement.

### 2.14. Compliance with Legal Process and Other Disclosures

It is possible that we may need to disclose personal information, profile information, or information about your activities as a Member or Visitor when required by law, subpoena, or other legal process, whether in the United States, Ireland, or other jurisdictions, or if we have a good faith belief that disclosure is reasonably necessary to (1) investigate, prevent, or take action regarding suspected or actual illegal activities or to assist government enforcement agencies; (2) enforce the User Agreement, investigate and defend ourselves against any third-party claims or allegations, or protect the security or integrity of our Service; or (3) exercise or protect the rights, property, or safety of LinkedIn, our Members, personnel, or others. We attempt to notify Members about legal demands for their personal information when appropriate in our judgment, unless prohibited by law or court order or when the request is an emergency. In light of our principles, we may dispute such demands when we believe, in our discretion, that the requests are overbroad, vague or lack proper authority, but do not commit to challenge every demand. To find out more about how we engage with government requests for data see our Law Enforcement Data Request Guidelines.

If there is a change in control or sale of all or part of LinkedIn, we may share your information with a third party, who will have the right to use that information in line with this Privacy Policy.

### 2.15. Disclosures to Others as the Result of a Change in Control or Sale of LinkedIn Corporation

We may also disclose your personal information to a third party as part of a sale of the assets of LinkedIn Corporation, a subsidiary, or division, or as the result of a change in control of the company or one of its affiliates, or in preparation for any of these events. Any third party to which we transfers or sells our assets will have the right to continue to use the personal and other information that you provide to us in the manner set out in this Privacy Policy.

We may employ third parties to help us with the Services

### 2.16. Service Providers

We may employ third party companies and individuals to facilitate our Services (e.g. maintenance, analysis, audit, marketing and development). These third parties have limited access to your information only to perform these tasks on our behalf and are obligated to LinkedIn not to disclose or use it for other purposes.

We may process your information outside the country where you live.

### 2.17 Data Processing Outside Your Country

We may transfer your information and process it outside your country of residence, wherever LinkedIn, its affiliates and service providers operate.

Back to Top ▲

# 3. Your Choices & Obligations

You can change your LinkedIn information at any time by editing your profile, deleting content that you have posted, or by closing your account. You can also ask us for additional information we may have about your account.

### 3.1. Rights to Access, Correct, or Delete Your Information, and Closing Your Account

You have a right to (1) access, modify, correct, or delete your personal information controlled by LinkedIn regarding your profile, (2) change or remove your content, and (3) close your account. You can request your personal information that is not viewable on your profile or readily accessible to you (for example, your IP access logs) through LinkedIn's Help Center. If you close your account(s), your information will generally be removed from the Service within 24 hours. We generally delete closed account information and will de-personalize any logs or other backup information through the deletion process within 30 days of account closure, except as noted below.

With respect to SlideShare accounts and activity, if you would like us to delete your record and/or remove a particular comment you have made on SlideShare.net, or to provide a copy of any personal information to which you may be entitled, please contact us at privacy@slideshare.com. We will remove your information from SlideShare.net within 24 hours and delete and/or de-personalize it from our systems within 30 days of closure, except as noted below.

**Please note:** Information you have shared with others (for example, through InMail, network updates, content sharing, or Groups) or that others have copied may also remain visible after you have closed your account or deleted the information from your own profile. Groups content

associated with closed accounts will show an unknown user as the source. In addition, you may not be able to access, correct, or eliminate any information about you that other Members copied or exported out of our Services, because this information may not be in our control. Your public profile may be displayed in search engine results until the search engine refreshes its cache.

We keep your information for as long as your account is active or as needed. For example, we may keep certain information even after you close your account if it is necessary to comply with our legal obligations, meet regulatory requirements, resolve disputes, prevent fraud and abuse, or enforce this agreement.

### 3.2. Data Retention

We retain the personal information you provide while your account is in existence or as needed to provide you services. We may retain your personal information even after you have closed your account if retention is reasonably necessary to comply with our legal obligations, meet regulatory requirements, resolve disputes between Members, prevent fraud and abuse, or enforce this Privacy Policy and our User Agreement. We may retain personal information, for a limited period of time, if requested by law enforcement. Our Customer Service may retain information for as long as is necessary to provide support-related reporting and trend analysis only, but we generally delete or de-personalize closed account data consistent with Section 3.1., except in the case of our plugin impression data (i.e., the information that you visited on sites carrying our social plugin, but which you did not click on), which we de-personalize within 7 days (although we do maintain 30 days worth of webserver logs for security, debugging, and site stability purposes only) by creating aggregate data sets that cannot be traced back to individuals.

Back to Top ▲

# 4. Important Information

You have to meet LinkedIn's minimum age requirements to create an account.

Visit our Safety Center for tips on using LinkedIn smartly and securely.

### 4.1. Minimum Age

As described in Section 2.1 of the User Agreement, persons must be of Minimum Age to use LinkedIn. Please visit our Safety Center for additional information about safely using our Services.

We partner with TRUSTe because we take your privacy seriously and are committed to putting you and all of our Members first. TRUSTe certifies our compliance with the TRUSTe program and verifies our compliance with the US-EU and US-Swiss Safe Harbor programs. If you can't resolve a complaint through LinkedIn Customer Support, you may also contact TRUSTe.



### 4.2. TRUSTe and Safe Harbor

LinkedIn.com and SlideShare.net have been awarded TRUSTe's Privacy Seal signifying that this Privacy Policy and its practices have been reviewed by TRUSTe for compliance with TRUSTe's program requirements.

If you have questions or concerns regarding this Policy, you should first contact LinkedIn. If contacting us does not resolve your complaint, you may raise your complaint with TRUSTe by Internet, by fax at 415-520-3420, or mail to TRUSTe Safe Harbor Compliance Dept. (click for mailing address). The complaint should include the name of company, the alleged privacy violation, your contact information, and whether you would like the particulars of your complaint shared with the company. The TRUSTe dispute resolution process shall be conducted in English. The TRUSTe program only covers information collected through www.linkedin.com, and does not cover information that may be collected through downloaded software or Plugins.

We comply with the U.S.-E.U. and U.S.-Swiss Safe Harbor Frameworks as set forth by the U.S. Department of Commerce regarding the collection, use, and retention of personal data from European Union member countries and Switzerland. We have certified that it adheres to the Safe Harbor Privacy Principles of notice, choice, onward transfer, security, data integrity, access, and enforcement. To learn more about the Safe Harbor program, and to view LinkedIn's certification, please visit http://www.export.gov/safeharbor/.

**Note:** The U.S.-E.U. Safe Harbor Framework is no longer recognized as a legal mechanism to transfer personal data from the EU to the US. LinkedIn Ireland uses other legal mechanisms, including standard contractual clauses. Learn more.

We will notify you when we change this Privacy Policy.

### 4.3. Changes to this Privacy Policy

We may change this Privacy Policy from time to time. If we make significant changes in the way we treat your personal information, or to the Privacy Policy, we will provide notice to you on the Services or by some other means, such as email. Please review the changes carefully. If you agree to the changes, simply continue to use our Services. If you object to any of the changes to our terms and you no longer wish to use our Services, you may close your account(s). Unless stated otherwise, our current Privacy Policy applies to all information that we have about you and your account. Using our Services after a notice of changes has been communicated to you or published on our Services shall constitute consent to the changed terms or practices.

We don't share any of your personal information with third parties for direct marketing.

#### 4.4. California's Shine the Light Law

California Civil Code Section 1798.83, known as the "Shine The Light" law, permits our customers who are California residents to request and obtain from us a list of what personal information (if any) we disclosed to third parties for direct marketing purposes in the preceding calendar year and the names and addresses of those third parties. Requests may be made only once a year and are free of charge. Under Section 1798.83, we currently do not share any personal information with third parties for their direct marketing purposes.

---

We take privacy and security seriously and have enabled HTTPS access to our site (turn on HTTPS), in addition to existing SSL access over mobile devices. Also, please know that the Internet is not a secure environment, so be careful and select strong passwords.

#### 4.5. Security

We have implemented security safeguards designed to protect the personal information that you provide in accordance with industry standards. Access to your data on our Services is password-protected, and data such as credit card information is protected by SSL encryption when it is exchanged between your web browser and the Services. We also offer secure https access to the LinkedIn.com website. To protect any data you store on our servers, we also regularly monitor our system for possible vulnerabilities and attacks, and we use a tier-one secured-access data center. However, since the Internet is not a 100% secure environment, we cannot ensure or warrant the security of any information that you transmit to us. There is no guarantee that information may not be accessed, disclosed, altered, or destroyed by breach of any of our physical, technical, or managerial safeguards. It is your responsibility to protect the security of your login information. Please note that emails, instant messaging, and similar means of communication with other Members are not encrypted, and we strongly advise you not to communicate any confidential information through these means. Please help keep your account safe by using a strong password.

Back to Top ▲

---

### How To Contact Us

If you have questions or comments about this Privacy Policy, please contact us online or by physical mail at:

**For Members in the United States:**
LinkedIn Corporation
Attn: Privacy Policy Issues
2029 Stierlin Court
Mountain View, CA 94043
USA

**For Members outside the United States:**
LinkedIn Ireland
Attn: Privacy Policy Issues
Wilton Plaza
Wilton Place, Dublin 2
Ireland

Back to Top ▲

---

Help Center | About | Careers | Advertising | Talent Solutions | Sales Solutions | Small Business | Mobile | Language | **Upgrade Your Account**

LinkedIn Corporation © 2016 | User Agreement | Privacy Policy | Ad Choices | Community Guidelines | Cookie Policy | Copyright Policy | Send Feedback

# EXHIBIT D



Back to LinkedIn.com

# Privacy Policy

*Effective on June 7, 2017*
See a **guided tour** of the main changes.

## Your Privacy Matters

LinkedIn's mission is to connect the world's professionals to allow them to be more productive and successful. Central to this mission is our commitment to be transparent with you about the data we collect about you and how it is used and shared.

By using our Services, you consent to our use of your data under this Privacy Policy.

▶ **View our Privacy Policy video**

Table of Contents:

Introduction

Information We Collect

How We Use Your Data

How We Share Information

Your Choices & Obligations

Other Important Information

## Introduction

We are a social network and online platform for professionals. People use our services to find and be found for business opportunities and to connect with others and information. Our Privacy Policy applies to any Member or Visitor to the covered Services.

Our registered users ("**Members**") share their professional identities, engage with their network, exchange knowledge and professional insights, post and view relevant content, learn and find business and career opportunities. Content on some of our services is available to non-members ("**Visitors**").

**Data Controllers**

If you reside in the United States, you are entering into the **User Agreement** with LinkedIn Corporation, who will be responsible for your personal data provided to, or collected by or for, our Services. If you reside outside the United States, you are entering into the User Agreement with LinkedIn Ireland U.C., who will be the controller of your personal data provided to, or collected by or for, our Services.

**Services**

This Privacy Policy applies to LinkedIn.com, LinkedIn-branded apps, Slideshare, LinkedIn Learning and other LinkedIn-related sites, apps, communications and services ("**Services**"), including off-site Services, such as our ad services and the "Apply with LinkedIn" and "Share with LinkedIn" plugins, but excluding services that state that they are offered under a different privacy policy.



**Consent**

If you use our Services, you consent to the collection, use and sharing of your personal data under this Privacy Policy (which includes our **Cookie Policy** and other documents referenced in this Privacy Policy) and agree to the **User Agreement**. We provide you **choices** that allow you to opt-out or control how we use and share your data.

If you use our Services after an update to this Privacy Policy, you consent to the changed policy.

**Change**

We may modify this Privacy Policy, and if we make material changes to it, we will provide notice through our Services, or by other means, to provide you the opportunity to review the changes before they become effective. If you object to any changes, you may **close your account**. Your continued use of our Services after we publish or send a notice about our changes to these Services means that you are consenting to the updated Privacy Policy.

# 1. Information We Collect

## 1.1 Information You Provide To Us

You provide data to create an account with us.

**Registration**

To create an account you provide data including your name, email address and/or mobile number, and a password. If you register for a premium Service, we ask you for payment (e.g., credit card) and billing information.

You create your LinkedIn profile (a complete profile helps you get the most from our Services).

**Profile**

You have **choices** about the information on your profile, such as your education, work experience, skills, photo, **city or area** and endorsements. Some professionals may choose to complete a separate **ProFinder profile**. Profile information helps you get more from our Services, including helping recruiters and business opportunities find you. It's your choice whether to include **sensitive information** on your profile. **Please do not post or add personal data to your profile that you would not want to be publicly available.**

You give other data to us, such as by syncing your address book or calendar.

**Posting and Uploading**

We collect personal data from you when you provide, post or upload it to our Services, such as when you fill out a form, respond to a survey (e.g., Members' **salary**), submit a resume and apply for or save jobs or send invitations. If you opt to import your address book, we receive your contacts (including contact information your service provider(s) or app automatically added to your address book when you communicated with addresses or numbers not already in your list). If you sync your email or calendars with our Services, we will collect your "email header" and calendar meeting information (e.g. times, places, attendees and contacts).

## 1.2 Information From Others

Others may post or write about you.

**Content and News**

You and others may post content that includes information about you on our Services (as part of blog posts, feed updates and comments, videos). Unless you **opt-out**, we collect public information about you, such as professional-related news and accomplishments (e.g., patents granted, professional recognition, conference speakers, projects, etc.) and make it available as part of our Services (e.g. suggestions for your profile, or notifications of **mentions in the news**).

Others may sync their contacts or calendar with our Services.

**Contact and Calendar Information**

We receive personal data about you when others import or sync their address book or calendar with our Services, or send messages using our Services (including invites or connection requests).

Customers and partners may provide data to us.

**Partners**

We receive personal data about you when you use the services of our customers and partners, such as prospective employers and applicant tracking systems providing us job application data.



We log your visits and use of our Services, including mobile apps.

We log usage data when you visit or otherwise use our Services, including our sites, app and platform technology (e.g., our off-site plugins), such as when you view or click on content (e.g., learning video) or ads (on or off our sites and apps), perform a search, install one of our mobile apps, share articles or apply for jobs. We use log-ins, cookies, **device information** and internet protocol ("IP") addresses to identify you and log your use.

### 1.4 Cookies, Web Beacons and Other Similar Technologies

We collect data through cookies and similar technologies.

As further described in our **Cookie Policy**, we use cookies and similar technologies (e.g., web beacons, pixels, ad tags and device identifiers) to recognize you and/or your device(s) on, off and across different Services and devices. We also allow some others to use cookies as described in our Cookie Policy. You can control cookies through your browser settings and other tools. You can also **opt out** from our use of cookies and similar technologies that track your behavior on the sites of others for third party advertising. For Visitors, the opt out is **here**.

### 1.5 Your Device and Location

We receive data from your devices and networks, including location data.

When you visit or leave our Services (including our plugins or cookies or similar technology on the sites of others), we receive the URL of both the site you came from and the one you go to next. We also get information about your IP address, proxy server, operating system, web browser and add-ons, device identifier and features, and/or ISP or your mobile carrier. If you use our Services from a mobile device, that device will send us data about your location. Most devices allow you to prevent location data from being sent to us and we honor your settings.

### 1.6 Messages

If you communicate through our Services, we learn about that.

We collect information about you when you send, receive, or engage with messages in connection with our Services. For example, if you get a LinkedIn connection request, we track whether you have acted on it and will send you reminders. We also use **automatic scanning** technology on messages.

### 1.7 Workplace Provided Information

When your employer buys a premium Service for you to use at work, they may give us data about you.

An employer (or other person or entity procuring our Services for your use) may provide us information about their employees or contractors who make use of these Services. For example, we will get contact information for "**Company Page**" administrators and for authorizing users of our premium Services, such as our recruiting, sales or learning products.

### 1.8 Sites and Services of Others

We get data when you visit sites that include our plugins, ads or cookies or log-in to others' services with your LinkedIn account.

We receive information about your visits and interaction with services provided by others when you log-in with LinkedIn or visit others' services that include our plugins (such as "Share on LinkedIn" or "Apply with LinkedIn"), ads, cookies or similar technologies.

### 1.9 Other

We are improving our Services, which means we get new data and create new ways to use data.

Our Services are dynamic and we often introduce new features, which may require the collection of new information. If we collect materially different personal data or materially change how we use your data, we will notify you and may also modify this Privacy Policy.

## 2. How We Use Your Data

We use your data to provide, support, personalize and develop our Services.

How we use your personal data will depend on which Services you use, how you use those Services and the choices you make in your **settings**. We use the data that we have about you to provide, support, personalize and make our Services (including ads) more relevant and useful to you and others.



Our Services help you connect with others, find and be found for work and business opportunities, stay informed, get training and be more productive.

We use your data to authenticate you and authorize access to our Services.

**Stay Connected**

Our Services allow you to stay in touch, in communication and up to date with colleagues, partners, clients, and other professional contacts. To do so, you will "connect" with the professionals who you choose, and who also wish to "connect" with you. When you connect, you will be able to search each others' connections in order to exchange professional opportunities.

We will use data about you (such as profiles you have viewed or data provided through address book uploads or partner integrations) to suggest connections for you and others (e.g. Members who share your contacts) and enable you to invite others to become a Member and connect with you. You can also opt to allow us to use your precise location or proximity to others to suggest other **nearby** Members for you to connect with. It is your choice whether to invite someone to our Services, send a connection request, or allow another Member to become your connection. When you invite someone to connect with you, your invitation will include your name, photo, network and contact information. We will send invitation reminders to the person you invited. You can **choose** whether or not to share your own list of connections with your connections.

Visitors have **choices** about how we use their data.

**Stay Informed**

Our Services allow you to stay informed about news, events and ideas regarding professional topics you care about, and from professionals you respect. Our Services also allow you to improve your professional skills, or learn new ones. We use the information about you to recommend relevant content across our Services, suggest skills you may have to add to your profile and skills that you might need to pursue your next opportunity. So, if you let us know that you are interested in a new skill (e.g., by watching a learning video), we will use this information to personalize content in your feed, suggest that you follow certain members on our site, or watch related learning content to help you towards that new skill. We use your content, activity and other data, including your name and picture, to provide notices to your network and others. For example, subject to your settings, we may notify others that you have updated your profile, posted a blog, took a social action, made new connections or were **mentioned in the news**.

**Career**

Our Services allow you to explore careers, evaluate educational opportunities, and seek out, and be found for, career opportunities. Your profile can be found by those looking to hire (for a job or a **specific task**) or be hired by you. We will use your data to recommend jobs, show you and others who work at a company, in an industry, function or location or have certain skills and connections. You can signal that you are **interested** in changing jobs and share information with job recruiters. We may use your profile and activity to recommend jobs to you and you to recruiters.

**Productivity**

Our Services allow you to collaborate with colleagues, search for potential clients, customers, partners and others to do business with. Our Services allow you to communicate with other professionals and schedule and prepare meetings with them. Subject to your settings, we scan **messages** to provide "bots" or similar tools that facilitate tasks such as scheduling meetings, draft responses, summarize messages or recommend next steps.

## 2.2 Premium Services

Our premium Services allow paying users to search for and contact Members through our Services, such as searching for and contacting job candidates, sales leads and co-workers, manage talent and promote content through social media.

We sell premium Services that provide our customers customized-search functionality and tools (including messaging and activity alerts) as part of our talent, marketing and sales solutions. These subscribers can export limited information from your profile, such as name, headline, current company, current title, and general location (e.g., Dublin), in order to manage sales leads or talent, unless you **opt out**. We do not provide contact information to these subscribers as part of these premium Services without your consent. A premium Services subscriber can store information he/she has about you in our premium Services, such as a resume or contact information or sales history. The data provided about you by these subscribers is subject to the policies of those subscribers. Other enterprise Services that use your data include LinkedIn **Referrals** (job referrals), **Lookup** (enterprise directory) and **Elevate** (social promotion of content). **Learn more**.

## 2.3 Communications

We contact you and enable communications between members. We offer settings to control what and how often you receive some types of messages.

We will contact you through email, notices posted on our websites or apps, messages to your LinkedIn inbox, and other ways through our Services, including text messages and push notifications. We will send you messages about the availability of our Services, security, or other service-related issues. We also send messages about how to use the Services, network updates, reminders, job suggestions and promotional messages from us and our partners. You may change your communication **preferences** at any time. Please be aware that you cannot opt out of receiving service messages from us, including security and legal notices.

We also enable **communications** between you and others through our Services, including for example **invitations**, **InMail**, **groups** and **messages** between connections.

## 2.4 Advertising



out of seeing generic ads.

We target (and measure the performance of) ads to Members, Visitors and others both on and off of our Services through a variety of ad networks and exchanges, using the following data, whether separately or combined:

- Data from advertising technologies on and off of our Services, like web beacons, pixels, ad tags, cookies, and device identifiers;

- Member-provided information (e.g., contact information, title and industry);

- Data from your use of our Services (e.g., search history, feed, content you read, who you follow or is following you, connections, groups participation, page visits, videos you watch, clicking on an ad, etc.), including as described in Section 1.3;

- Information from others (e.g. advertising partners, publishers and data aggregators);

- Information inferred from data described above (e.g., using job titles to infer age, industry, seniority, and compensation bracket; or names to infer gender).

We will show you ads called **sponsored content** which look like similar non-sponsored content, except that they are labeled ads or sponsored. If you take an action (such as like, comment or share) on these ads, your action is associated with your name and viewable by others, including the ad provider.

### Ad Choices
We adhere to **self-regulatory principles** for interest-based advertising and participate in industry **opt outs** from such ads. This does not opt you out of receiving advertising - you will continue to get generic ads or ads by advertisers not listed with these self regulatory tools. You can also **opt out** specifically from interest-based advertising served through our platform for third parties. For non-Members, this setting is **here**.

### Info to Advertisers
We do not share your personal data with any third-party advertisers or (other than hashed or device identifiers, to the extent they are personal data in some countries) ad networks for their advertising without your separate permission. However, if you click on an ad, the ad poster will know you visited the page that you clicked on. Also, advertising partners can associate personal data collected by the advertiser directly from you with our cookies and similar technologies. In such instances, we seek to contractually require such advertisers to obtain your explicit, opt-in consent before doing so.

## 2.5 Marketing

We promote our Services to you and others.

We use data and content about Members for invitations and communications promoting membership and network growth, engagement and our Services.

## 2.6 Developing Services and Research

We develop our Services and conduct research.

### Service Development
We use data, including public feedback, to conduct **research** and development for the further development of our Services in order to provide you and others with a better, more intuitive and personalized experience, drive membership growth and engagement on our Services, and help connect professionals to each other and to economic opportunity.

### Other Research
We seek to create economic opportunity for members of the global workforce and to help them be more productive and successful. We use the data available to us to research social, economic and workplace trends such as jobs availability and skills needed for these **jobs** and policies that help bridge the gap in various industries and geographic areas. In some cases, we work with trusted third parties to perform this research, under **controls** that are designed to protect your privacy. We publish or allow others to publish economic insights, presented as aggregated data rather than personal data.

### Surveys
Polls and surveys are conducted by us and others through our Services. You are not obligated to respond to polls or surveys and you have choices about the information you provide. You may **opt out** of survey invitations.

## 2.7 Customer Support

We use data to help you and fix problems.

We use the data (which can include your communications) needed to investigate, respond to and resolve complaints and Service issues (e.g., bugs).

## 2.8 Aggregate Insights

We use data to generate aggregate insights.



### 2.9 Security and Investigations

We use data for security, fraud prevention and investigations.

We use your data (including your communications) if we think it's necessary for security purposes or to investigate possible fraud or other violations of our User Agreement or this Privacy Policy and/or attempts to harm our Members or Visitors.

## 3. How We Share Information

### 3.1 Our Services

Any information you include on your profile and any content you post or social action (e.g. likes, follows, comments, shares) you take on our Services will be seen by others.

**Profile**
Your profile is fully visible to all Members and customers of our Services. As detailed in our **Help Center**, your settings, degree of connection with the viewing Member, the subscriptions they may have, their **usage of our Services**, access channels and search types (e.g., by name or by keyword) impact the availability of your profile and certain fields.

**Posts, Likes, Follows, Comments, Messages**
Our Services allow viewing and sharing information including through posts, follows, likes and comments.

- When you share a post (e.g., an update, video or blog), the default (which you can **change**) is to share it publicly. Others who are not your connections will be able to find (including through search engines) and see your post.

- When you like, comment on or share another's post, others will see it, including the person who initiated the post.

- In a **group**, posts are visible to others in the group. Your membership in groups is public and part of your profile unless you change the default **settings**.

- Any information you share through companies' or other organizations' pages on our Services will be viewable by it and others who visit those pages.

- When you follow a person or organization, you are visible to others and that "page owner" as a follower. We provide aggregate insights about the followers and viewers to the respective page owners.

- We let senders know when you act on their message, subject to your **settings** where applicable.

Your employer can see how you use Services they provided for your work (e.g. as a recruiter or sales agent) and related information. We will not show them your job searches or personal messages.

**Enterprise Accounts**
Your employer may offer you access to our enterprise Services such as Recruiter, Sales Navigator, Elevate, Referrals, Lookup or our advertising Campaign Manager. They can also buy access for you to our online learning products. Your employer can review and manage your use of such enterprise Services.

Depending on the enterprise Service, before you use such Service, we will ask for permission to share relevant data from your profile or use of our non-enterprise Services. For example, users of **Sales Navigator** will be asked to share their "social selling index", a score **calculated** in part based on their personal account activity. We understand that certain activities such as job hunting and personal messages are sensitive and so we do not share those with your employer unless you choose to share it with them through our Services (for example, by applying for a new position in the same company or mention your job hunting in a message to a co-worker through our Services).

### 3.2 Communication Archival

Regulated Members may need to store communications outside of our Service.

Some Members (or their employers) need, for legal or professional compliance, to archive their communications and social media activity, and will use services of others to provide these archival services. We enable such archiving outside of our Services. For example, a financial advisor needs to archive communications with her clients through our Services in order to maintain her professional financial advisor license.

### 3.3 Others' Services

You may link your account with others' services so that they can look up your contacts' profiles or post your shares on such platforms.

Subject to your preference, other services may look-up your profile.

Privacy Policy | LinkedIn



other services, or your email provider may give you the option to upload your LinkedIn contacts into its own service. You may **revoke** the link with such accounts.

Subject to your **settings**, excerpts from your **profile** will appear on the services of others (e.g., search engine results, mail and calendar applications that show a user a "mini" LinkedIn profile of the person they are meeting or messaging, social media aggregators, talent and lead managers). "Old" profile information remains on these services until they update their data cache with changes you made to your profile.

### 3.4 Related Services

We share your data across our different Services and LinkedIn-affiliated entities.

We will share your personal data with our **affiliates** to provide and develop our Services. We combine information internally across the different Services covered by this Privacy Policy. For example, SlideShare will recommend better content to you based on your LinkedIn profile or the articles you read on Pulse, and LinkedIn could personalize your feed or job recommendations based on your learning video history, because we are able to identify you across different Services using cookies or similar technologies.

### 3.5 Service Providers

We may use others to help us with our Services.

We use others to help us provide our Services (e.g., maintenance, analysis, audit, payments, fraud detection, marketing and development). They will have access to your information as reasonably necessary to perform these tasks on our behalf and are obligated to not to disclose or use it for other purposes.

### 3.6 Legal Disclosures

We may need to share your data when we believe it's required by law or to protect your and our rights and security.

It is possible that we will need to disclose information about you when required by law, subpoena, or other legal process or if we have a good faith belief that disclosure is reasonably necessary to (1) investigate, prevent, or take action regarding suspected or actual illegal activities or to assist government enforcement agencies; (2) enforce our agreements with you, (3) investigate and defend ourselves against any third-party claims or allegations, (4) protect the security or integrity of our Service (such as by sharing with companies facing similar threats); or (5) exercise or protect the rights and safety of LinkedIn, our Members, personnel, or others. We attempt to notify Members about legal demands for their personal data when appropriate in our judgment, unless prohibited by law or court order or when the request is an emergency. We may dispute such demands when we believe, in our discretion, that the requests are overbroad, vague or lack proper authority, but we do not promise to challenge every demand. To learn more see our **Data Request Guidelines** and **Transparency Report.**

### 3.7 Change in Control or Sale

We may share your data when our business is sold to others, but it must continue to be used in accordance with this Privacy Policy.

We can also share your personal data as part of a sale, merger or change in control, or in preparation for any of these events. Any other entity which buys us or part of our business will have the right to continue to use your data, but only in the manner set out in this Privacy Policy unless you agree otherwise.

## 4. Your Choices & Obligations

### 4.1 Data Retention

We keep most of your personal data for as long as your account is open.

We retain the personal data you provide while your account is in existence or as needed to provide you Services. Even if you only use our Services when looking for a new job every few years, we will retain your information and keep your profile open until you decide to close your account. In some cases we choose to retain certain information (e.g., visits to sites carrying our "share with LinkedIn" or "apply with LinkedIn" **plugins** without clicking on the plugin) in a depersonalized or aggregated form.

### 4.2 Rights to Access and Control Your Personal Data

You can access or delete your personal data. You have many choices about how your data is collected, used and shared.

We provide many **choices** about the collection, use and sharing of your data, from deleting or correcting data you include in your **profile** and controlling the visibility of your **posts** to advertising **opt-outs** and **communication** controls. We offer **access** to the personal data we have about you (for SlideShare, please **contact us**).

### 4.3 Account Closure

We keep some of your data even after you close your account.



delete closed account information within 30 days of account closure, except as noted below.

We retain your personal data even after you have closed your account if reasonably necessary to comply with our legal obligations (including law enforcement requests), meet regulatory requirements, resolve disputes, maintain security, prevent fraud and abuse, enforce our User Agreement, or fulfill your request to "unsubscribe" from further messages from us. We will retain de-personalized information after your account has been closed.

Information you have shared with others (e.g., through InMail, updates or group posts) will remain visible after you closed your account or deleted the information from your own profile or mailbox, and we do not control data that other Members copied out of our Services. Groups content associated with closed accounts will show an unknown user as the source. Your profile may continue to be displayed in the services of others (e.g., search engine results) until they refresh their cache.

# 5. Other Important Information

### 5.1. Security

We monitor for and try to prevent security breaches. Please use the security features available through our Services.

We implement security safeguards designed to protect your data, such as HTTPS. We regularly monitor our systems for possible vulnerabilities and attacks. However, we cannot warrant the security of any information that you send us. There is no guarantee that data may not be accessed, disclosed, altered, or destroyed by breach of any of our physical, technical, or managerial safeguards. Please visit our **Safety Center** for additional information about safely using our Services, including **two-factor authentication**.

### 5.2. Cross-Border Data Transfers

We store and use your data outside your country.

We process data both inside and outside of the United States. **Learn more** about the legal mechanisms we rely on to transfer data across borders.

### 5.3. Direct Marketing and Do Not Track Signals

Our statements regarding direct marketing and "do not track" signals.

We currently do not share personal data with third parties for their direct marketing purposes without your permission. **Learn more** about this and about our response to "do not track" signals.

### 5.4. Contact Information

You can contact us or use other options to resolve any complaints.

If you have questions or complaints regarding this Policy, please first **contact LinkedIn** online. You can also reach us by **physical mail**. If contacting us does not resolve your complaint, you have more **options**.

---

Help Center  |  About  |  Careers  |  Advertising  |  Talent Solutions  |  Sales Solutions  |  Small Business  |  Mobile  |  Language  |  **Upgrade Your Account**

LinkedIn Corporation © 2017  |  User Agreement  |  Privacy Policy  |  Ad Choices  |  Community Guidelines  |  Cookie Policy  |  Copyright Policy  |  Send Feedback

# EXHIBIT E



*Last revised on July 15, 2010*

# LinkedIn Ads Agreement

**Important! Please read:**

It is important that you read, understand, and agree to this entire document, as it creates a binding contract between you and LinkedIn ("LinkedIn" or "us" or "we"). These terms and conditions define and limit your rights and responsibilities in using LinkedIn Ads. We may revise these terms and conditions (the "Agreement") at any time by posting them to the site. You will be bound by such revisions and should therefore visit this page from time to time to review the current terms and conditions.

## User Agreement:

In addition this Agreement, the standard LinkedIn User Agreement, and those documents which it references, including by not limited to the LinkedIn Privacy Policy and Copyright Policy, applies to your use of the LinkedIn Ads service. To the extent there is any conflict between this Agreement and any of the provisions in the standard LinkedIn User Agreement with respect to your use of the LinkedIn Ads service, this Agreement shall control but only to extent of such conflict.

## Advertising Entity:

You may only advertise for yourself or your current employer or, if you are an advertising agency, for your client. You warrant and represent that you have the power and authority to enter into this Agreement and perform the obligations hereunder and that you are personally responsible for any charges incurred through your account. Use of any automated agents ("bots"), scripts or other devices or means to purchase advertising through LinkedIn Ads is prohibited without LinkedIn"s express written permission in each instance. You may not resell or transfer access to LinkedIn Ads to any other party. Your account is for your express use only and not transferable or assignable to anyone else inside or outside your organization.

## Content and Advertising Guidelines:

Use of LinkedIn Ads is subject to the LinkedIn Advertising Guidelines. Because we may revise the LinkedIn Advertising Guidelines at any time by posting them to the site, and you will be bound by such revisions, you should visit the page for the LinkedIn Advertising Guidelines from time to time to review the current version.

You agree not to use LinkedIn Ads service for any unlawful purpose, including, without limitation, advertising any product or service that would violate any federal, state, local or foreign laws, regulations, administrative or judicial order.

LinkedIn has the editorial discretion to reject or cease serving any advertisement for any reason at any time, regardless of whether or not such advertisement was previously accepted or served.

You represent and warrant that you have the right to permit LinkedIn to serve the advertisement, including, without limitation, any copyrighted material, trademarks, service marks, logos or slogans; and the use, transmission or display by LinkedIn of the advertisement as authorized herein will not violate the rights of any third parties.

## Targeting:

LinkedIn Ads advertisements will be shown to LinkedIn members based on non-personally identifiable profile data of the viewing members. This profile data is either provided by the member or algorithmically determined by data provided by the member. LinkedIn does not verify the accuracy of member-generated content on the site and, as such, is not liable for any advertisement that was shown to members based on inaccurate profile data or data algorithmically generated.

Member profile data will never be provided to you through your use of LinkedIn Ads, and you agree that you will not attempt to acquire any such member profile data through any means. Members viewing your advertisement will remain anonymous to you.

## Payment:

You agree to pay for all fees you incur in connection with each advertisement including any advertisements placed by you on behalf of your employer and regardless of the payment instrument used, and you hereby either: (i) grant LinkedIn the

right to regularly charge the credit card you have provided in your account information as means of satisfying the fees you owe; or (ii) agree to pay invoices for the fees you owe net 30 from the date of invoice (to qualify for invoicing, you must spend at least $3,000 per month for two consecutive months and have an established credit history with LinkedIn). LinkedIn may terminate this invoicing ability unilaterally at its discretion.

Payment intervals will be determined by LinkedIn and posted in the Ads information section. Your fees will be owed in the currency indicated by us. Our measurements are the definitive measurements under these terms and conditions for calculating your fees, whether you have elected to pay by impressions (i.e., the number of times the advertisement is displayed to a member) or clicks (i.e., the number of times the advertisement is clicked on by a member). You also are responsible for paying (a) all taxes and government charges that we must levy on your fees for advertising, and (b) reasonable expenses and attorneys fees we incur collecting late amounts.

LinkedIn reserves the right to change which credit cards or invoiced customers it accepts in its sole discretion and (a) you may be required to modify your account to provide a then-acceptable credit card in order to maintain your Ads accounts and (b) your only recourse if you are not satisfied with the then-accepted payment options is to cancel your advertisements, provided that you will nevertheless be responsible for all fees incurred for when your ad ran prior to cancellation.

If LinkedIn charges you an initial one-time fee, it will be applied toward your Ads account and automatically applied toward your future advertising fees.

Amounts you pay pursuant to the Ads service are non-refundable.

LinkedIn reserves the unilateral right to remove any or all active ads if there is an amount owed under this Supplement that is past due by more than fifteen (15) days.

## Cancellation:

You may cancel your advertisement at any time after its submission by accessing the online Ads service and following the cancellation instructions provided. LinkedIn will endeavor to cease serving your advertisement promptly following your cancellation. You shall be required to pay for those impressions and/or clicks, as applicable, which occur prior to discontinuation of your advertisement.

## Removal of Advertisements by LinkedIn:

LinkedIn reserves the right to remove any advertisement at any time, with cause due to a violation of LinkedIn.com"s User Agreement, LinkedIn"s Advertising Guidelines, this Agreement, or any other agreement between you and LinkedIn. As a consequence of your violation of any of the aforementioned agreements, LinkedIn may, at its sole discretion, prohibit you from any further participation in the LinkedIn Ads service and any other service or program offered by LinkedIn, or suspend or remove your LinkedIn account. LinkedIn may undertake technical measures in furtherance of such prohibition.

LinkedIn shall also have the right to remove any advertisement at any time without cause as LinkedIn determines in its sole discretion. LinkedIn is not required to provide you with any explanation for its removal of any advertising and you agree that all of LinkedIn decisions relating to the placement and removal of advertising shall be final and binding.

In addition, your advertisements may be removed if LinkedIn, in its discretion, ceases offering the Ads program.

In the event of any removal of your advertising under this section, you will be responsible for paying for all ads that ran prior to time of removal or cessation.

## No Guarantees:

LinkedIn does not guarantee the results or distribution of any advertisement in any manner. LinkedIn does not guarantee you any number of impressions (i.e., times your advertisement is viewed by a member) or clicks (i.e., times your advertisement is clicked on by a member) through LinkedIn Ads. LinkedIn provides no guarantee or warranty regarding the placement, delivery, timing, or performance of advertisements purchased through LinkedIn Ads. LinkedIn does not screen or attempt to verify the accuracy of any information on the LinkedIn.com site or in the member profiles, and, as such, does not guarantee the identity or personal information of the individuals who will view the advertisements you purchase through LinkedIn Ads.

## Non-Exclusive:

This contract is not exclusive as to your business, products or services. LinkedIn retains the complete and unqualified right to solicit the business of and advertisements from persons and entities that may be in competition with your business, products or services, as well as to serve its own advertisements that may be in competition with your business, products or

services.You acknowledge that LinkedIn and its affiliates may participate in ad placing auctions to promote its own services or otherwise communicate to its users.

## Ownership:

All materials and information on or available through the LinkedIn Ads service, including, without limitation, content, are protected by copyrights, trademarks and other intellectual property rights owned and controlled by us or by other parties that have licensed or otherwise provided their material to LinkedIn (collectively, "LinkedIn Intellectual Property Rights"). You agree that any feedback you provide to us (including suggestions, comments, improvements, ideas, etc.), about the Ads service and its content shall be part of LinkedIn Intellectual Property Rights and you hereby assign to us all your rights in such feedback.

You may not add, delete, distort, or otherwise modify the LinkedIn Intellectual Property Rights, except with the express consent of LinkedIn. Any unauthorized attempt to modify any LinkedIn Intellectual Property Rights, to defeat or circumvent our security features, or to utilize the LinkedIn Ads service or any part of the LinkedIn Intellectual Property Rights for any purpose other than its intended purposes, is strictly prohibited. You agree that you do not have nor will you make any claim of interest in or ownership of any such LinkedIn Intellectual Property Rights. You are granting LinkedIn a non-exclusive, fully paid up and royalty-free right to use, reproduce, and distribute any content you create, including the content of your advertisement for use in connection with the LinkedIn Ads service. You are also, by creating an advertisement, granting LinkedIn a non-exclusive, fully paid up and royalty-free right to use, reproduce, and communicate the name and trademarks of your organization as an advertiser on LinkedIn.com, unless requested otherwise in writing to LinkedIn''s customer service department. LinkedIn shall also have the non-exclusive, fully-paid up and royalty free, perpetual right to use any advertisements placed through the LinkedIn Ads service, and the name, trademarks and logos of any person or company on whose behalf a placement has been made, in connection with LinkedIn''s promotion of the service.

## Limitation of Liability:

**SOME COUNTRIES DO NOT ALLOW THE LIMITATION OR EXCLUSION OF LIABILITY IN CONTRACTS WITH CONSUMERS AND AS A RESULT THE CONTENTS OF THIS SECTION MAY NOT APPLY TO YOU.**

Neither LinkedIn corporation nor any of its subsidiaries, affiliated companies, employees, shareholders, or directors ("LinkedIn Affiliates") shall be liable for (1) any damages in excess of five times the most recent monthly fees that you paid for your Ads account, if any, or $100, whichever amount is greater, or (2) any special, incidental, indirect, punitive or consequential damages or loss of use, profit, revenue or data to you or any third person arising from your use of the Ads service or any content displayed through the Ads service even if LinkedIn is aware or has been advised of the possibility of such damages. The limitation of liability set forth in the preceding sentence shall:

1. apply regardless of whether you base your claim on contract, tort, statute or any other legal theory, we knew or should have known about the possibility of such damages, or the limited remedies provided herein fail of their essential purpose, and

2. not apply to any damage that LinkedIn Affiliates cause you intentionally and knowingly in violation of this Agreement or applicable law, or as otherwise mandated by applicable law that cannot be derogated from in this Agreement.

## Indemnification:

Notwithstanding any review or approval of any advertisement by LinkedIn, you agree to indemnify LinkedIn and the LinkedIn Affiliates, and hold LinkedIn and the LinkedIn Affiliates harmless from any damages, losses and costs (including, but not limited to, reasonable attorneys'' fees) related to third party claims, charges or investigations, caused by a) your failure to comply with this Agreement, including, without limitation, your submission of advertisements that violates third party rights or applicable laws, b) any advertisement you submit to LinkedIn or c) any activity in which you engage on or through the LinkedIn.

## Disclaimer of Warranties

**SOME COUNTRIES AND JURISDICTIONS DO NOT ALLOW THE DISCLAIMER OF IMPLIED TERMS IN CONTRACTS WITH CONSUMERS AND AS A RESULT THE CONTENTS OF THIS SECTION MAY NOT APPLY TO YOU.**

DO NOT RELY ON LINKEDIN ADS, ANY INFORMATION THEREIN, OR ITS CONTINUATION. WE PROVIDE THE LINKEDIN ADS SERVICE ON AN "AS IS" AND "AS AVAILABLE" BASIS. WE DO NOT PROVIDE ANY EXPRESS WARRANTIES OR REPRESENTATIONS.

TO THE FULLEST EXTENT PERMISSIBLE UNDER APPLICABLE LAW, WE DISCLAIM ANY AND ALL IMPLIED WARRANTIES AND REPRESENTATIONS, INCLUDING, WITHOUT LIMITATION, ANY WARRANTIES OF

MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NONINFRINGEMENT. IF YOU ARE DISSATISFIED OR HARMED BY LINKEDIN ADS OR ANYTHING RELATED THERETO YOU MAY CANCEL YOUR ADVERTISEMENT IN ACCORDANCE WITH THIS AGREEMENT AND SUCH CANCELLATION SHALL BE YOUR SOLE AND EXCLUSIVE REMEDY.

WE NEITHER WARRANT NOR REPRESENT THAT YOUR USE OF THE LINKEDIN ADS SERVICE WILL NOT INFRINGE THE RIGHTS OF THIRD PARTIES. ANY MATERIAL, SERVICE, OR TECHNOLOGY DESCRIBED OR USED AS PART OF THE LINKEDIN ADS SERVICE MAY BE SUBJECT TO INTELLECTUAL PROPERTY RIGHTS OWNED BY THIRD PARTIES WHO HAVE LICENSED TO US SUCH MATERIAL, SERVICE, OR TECHNOLOGY.

LINKEDIN DOES NOT HAVE ANY OBLIGATION TO VERIFY THE VERACITY OR APPROPRIATENESS OF THE USERS OF LINKEDIN ADS OR THE ADVERTISEMENTS PLACED VIA THE LINKEDIN ADS SERVICE.

LINKEDIN DOES NOT GUARANTEE THAT THE LINKEDIN ADS SERVICE WILL FUNCTION WITHOUT INTERRUPTION OR ERRORS IN FUNCTIONING. IN PARTICULAR, THE SERVICE"S OPERATION MAY BE MOMENTARILY INTERRUPTED DUE TO MAINTENANCE, UPDATES, OR TECHNICAL IMPROVEMENTS. LINKEDIN DISCLAIMS ALL LIABILITY FOR DAMAGES CAUSED BY ANY SUCH INTERRUPTION OR ERRORS IN FUNCTIONING. FURTHERMORE, LINKEDIN DISCLAIMS ALL LIABILITY FOR ANY MISFUNCTIONING, IMPOSSIBILITY OF ACCESS, OR POOR USE CONDITIONS OF THE LINKEDIN SITE OR ADS SERVICE DUE TO INAPPROPRIATE EQUIPMENT, DISTURBANCES LINKED TO THE INTERNET SERVICE PROVIDER, TO THE SATURATION OF THE INTERNET NETWORK, AND FOR ANY OTHER REASON UNRELATED TO LINKEDIN. UNDER NO CIRCUMSTANCES WILL LINKEDIN BE LIABLE FOR ANY DAMAGES TO YOU, YOUR COMPUTER EQUIPMENT OR OTHER PROPERTY ON ACCOUNT OF YOUR ACCESS TO OR USE OF THE LINKEDIN ADS SERVICE.

## Non-Waiver; Sever-ability:

If any provision is found to be illegal, invalid, or unenforceable, such provision shall be modified to the minimum extent necessary to make such provision valid and enforceable, and the remainder of this Agreement shall remain in full force and effect. No waiver of rights under this Agreement by either party shall constitute a subsequent waiver of this or any other right under this Agreement. No waiver of any provision of this Agreement shall be effective unless it is in writing and signed by an authorized representative of LinkedIn. The remedies of LinkedIn under this Agreement shall be cumulative and not alternative, and the election of one remedy for a breach shall not preclude pursuit of other remedies. You hereby waive the right to seek specific performance or injunctive relief hereunder.

## Force Majeure:

Notwithstanding anything to the contrary herein, LinkedIn shall not be liable to you if it is not able to post the advertisement or LinkedIn is rendered unable to timely perform any of its obligations hereunder for any reason, including, without limitation, strikes, boycotts, war, terrorism, Acts of God, labor troubles, riots, and restraints of public authority.

## Copyright and Content Complaints:

We respect the intellectual property of others, and we ask our users to do the same, including your use of the Ads service. Regarding copyright infringement complaints, see our policies and procedures for Complaints regarding Copyright Infringement. With respect to content-related complaints, see our policies and procedures for Complaints Regarding Content.

## Interpretation:

You agree that LinkedIn has sole discretion in determining the interpretation of the meaning of this Agreement, and those documents it incorporates by reference, including determining your compliance with such.

## Jurisdiction:

This Agreement shall be governed by and construed in accordance with the laws of the State of California, including all matters of construction, validity, performance and enforcement. The parties agree that Santa Clara County, in the State of California, shall be the sole forum for any action brought against the other party. The parties waive trial by jury in any action, proceeding or counterclaim brought in respect of any matter whatsoever arising out of or in any way connected with this Agreement or your use of the Ads service.

## Miscellaneous:

Case 3:17-cv-03301-EMC   Document 29   Filed 06/26/17   Page 55 of 65

No agency, partnership, joint venture, or employment relationship is created between you and LinkedIn by this Agreement or any advertisement transaction, and neither party shall have the authority to bind the other in any way. This constitutes the entire agreement by and between you and LinkedIn with respect to the subject matter hereof and supersedes all prior agreements, understandings, representations or negotiations, whether written or oral, or whether established by custom, practice, policy or precedent, with respect to the subject matter of this Agreement. The section headings in this Agreement are for convenience only and have no legal or contractual effect.

---

Close this window

Copyright © 2017, LinkedIn Corporation

# EXHIBIT F



LinkedIn
2029 Stierlin Ct.
Mountain View, CA 94043
Phone: 650.687.3600
Fax: 1.650.429.2122

Offer valid through: **December 31, 2015**

Proposed by:
Nicholas Berman
nberman@linkedin.com
(415) 500-9185

**CONTRACT CONTACT:** Darin Medeiros

---

### ORDER FORM for hiQ Labs, Inc.

---

**BILL TO:**

| | |
|---|---|
| Contact: | Darin Medeiros |
| | 625 Market St. |
| Address: | |
| City/State/Zip: | San Francisco      CA      94105 |
| Country: | United States |
| Email: | darin.medeiros@hiqlabs.com |
| Phone: | 650-678-0547 |

**SHIP TO:**

hiQ Labs, Inc.
625 Market St.

San Francisco, CA  94105
United States

**ORDER INFORMATION**

| | |
|---|---|
| Contract #: | CS2003870-15 |
| Billing Period: | Quarterly |
| Billing Method: | Invoice |
| Billing Instructions: | |

**For Internal Only:**

| | |
|---|---|
| Master Agreement (LSA): | |
| Type: | New Business |
| Sales Rep Region: | |
| Agency Name: | |
| Currency: | USD |
| Sign Date: | |
| Close Date: | |
| Customer Requested Start Date*: | January 25, 2016 |
| Contract End Date**: | |

*"The start date of the services on this Order Form will be the later of the Customer Requested Start Date or the date that the Order Form is fully executed. Renewals Only: Customer may select a later Start Date; however, this will cause a gap in service"*

| Product Order Description | Qty | Term (Months) | Notes | Sales Price | Total |
|---|---|---|---|---|---|
| Product Name: Discount<br>Product SKU:  DISCOUNT<br>Product Description: Please note: This is a one-time discount applied to this specific order.  Future orders will not carry this discount amount. | 1 | 24 | | ($1,140.00) | ($1,140.00) |
| Product Name: Sales Navigator Team (10-24 Seats)<br>Product SKU:  SNTXX02-1407<br>Product Description: Sales insights and customized recommendations from the world's largest professional network. Includes TeamLink, 30 InMail messages per month, extended network access, usage reporting, and other premium features. (Annual Subscription) | 10 | 24 | | $2,280.00 | $22,800.00 |
| | | | | **SUB TOTAL** | $21,660.00 |
| | | | | **ESTIMATED TAX*** | $0.00 |
| | | | | **ESTIMATED ORDER TOTAL** | $21,660.00 |

| PURCHASE ORDER INFORMATION | TAX INFORMATION |
|---|---|
| Is a Purchase Order required for the purchase or payment of the products on this order form?<br><br>Please Enter (Yes or No):  **NO**<br><br>If yes, please enter PO Number: | Check here if your company is tax exempt:<br>*Please attach any/all exemption certifications or email documentation to taxinquiry@linkedin.com.*<br><br>Your order will be taxed using the applicable tax rate for your shipping address. The tax listed on your order form is only an estimate and is calculated on the net price. Your invoice will reflect the final total taxes in effect at the time of invoicing and may differ from the amount listed on this order form. |
| **PAYMENT OPTIONS** | Applicable VAT taxes will be added to orders if a VAT registration number is not provided. LinkedIn reserves the right to charge any applicable unbilled VAT if you provide a VAT registration number that is determined to be invalid. Once you submit your VAT registration number, you will generally not be charged VAT on the invoice. |
| • USA Customers:  Check, Credit Card, or Bank Wire Transfer<br>• Non-US Customers:  Credit Card or Bank Wire Transfer only | With this exemption, you may be responsible for self-assessing any VAT due under the reverse charge procedure on your company's VAT returns. If your country of domicile is Ireland, South Africa, or Switzerland, applicable Irish VAT will be charged on all orders.<br><br>*For Non-US based orders ONLY:* If required, please provide **either** your VAT #:          or your Irish 13B |

| | VAT#: |
| | *If this doesn't apply, please type N/A.* |

**TERMS**

- This Order Form has been pre-signed by LinkedIn in anticipation of acceptance and signature by Customer.  Any hand-written or other changes to this Order Form without LinkedIn's prior written approval will not be binding against LinkedIn
- Services provided under this Order Form will terminate on the expiration date of the Term or the date terminated by either party as provided in the LinkedIn Subscription Agreement. Order forms with contiguous dates will ensure no gap in service.
- Please allow up to 3 business days for account provisioning.
- Add-on Products Orders must end coterminous with the originating contract.
- Future incremental Add-On or Renewal orders will be at list price at time of purchase.
- LinkedIn may adjust the dates of the Term, without increasing the Total Price, based on the date LinkedIn activates the products above. Any adjustments will be made internally.
- During the term of this Order Form, Customer will receive the applicable services set out in http://lnkd.in/sales-solutions-services. No refund or credit will be provided if services are not used during the term.
- Services provided under this Order Form are provided pursuant to LinkedIn's terms and conditions set forth at: http://business.linkedin.com/lcsa , the terms of which are incorporated into this Order Form.
- If Customer is charging for the Services purchased under this Order Form, LinkedIn will charge Customer's credit card upon receipt of the credit card information.
- If and to the extent Customer provides to LinkedIn any personal data of European Union residents in connection with its use of the Services (not including data provided by members to LinkedIn), LinkedIn Corporation and Customer will comply with standard contractual clauses as set forth at https://business.linkedin.com/c/15/10/eu-scc, which are incorporated by reference into the LinkedIn Subscription Agreement.

| CUSTOMER (or APPROVED AGENCY) | | LINKEDIN CORPORATION | |
|---|---|---|---|
| Signature: | *Darin Medeiros* | Signature: | *E Baruah* |
| Name: | Darin Medeiros | Name: | Elena Baruah |
| Title: | VP, Sales | Title: | Revenue Operations Manager |
| Date: | 23 December 2015 | Date: | December 23, 2015 |

Except as otherwise provided in the LSA, this is a non-cancelable and non-refundable purchase. I hereby represent that I am an authorized signatory and have read and agreed to the terms of this Order Form.

# EXHIBIT G



### LINKEDIN SUBSCRIPTION AGREEMENT

This LinkedIn Subscription Agreement, including its exhibits ("**LSA**"), governs any ordering document executed by the customer identified in that ordering document ("**Customer**") and the LinkedIn company identified in that ordering document ("**LinkedIn**"). This LSA, the applicable ordering document, and any other incorporated terms, comprise the complete understanding between the parties on the subject matter ("**Agreement**").

## 1. ORDERING AND THE PROVISION OF SERVICES

**1.1    Services.** Customer may access and use the LinkedIn subscription services offered via LinkedIn's websites to the extent and for the term stated in the ordering document ("**Services**").

**1.2    Affiliates.** Customer may allow its Affiliates to access and use the Services only if Customer is fully liable for its Affiliates' use of the Services and compliance with the Agreement. "**Affiliate**" means an entity that controls, is controlled by, or is under common control with, a party. Customer may allow its Affiliates to purchase Services under the terms of this LSA only if Customer informs LinkedIn in writing of the specific Affiliate authorized to make a purchase ("**Authorized Affiliate**"). If an Authorized Affiliate executes an ordering document under the terms of this LSA, that Authorized Affiliate will be (a) deemed a "Customer" for that purchase only; and (b) jointly and severally liable with Customer for its use of the Services and compliance with the Agreement.

**1.3    Payment.** Customer will pay the fees for the Services stated in the ordering document within 30 calendar days after receipt of LinkedIn's invoice, unless otherwise stated in the ordering document, subject to approved line of credit. For Services that require payment by credit card, LinkedIn will charge Customer's credit card upon receipt of the credit card information and also upon renewals. Customer's purchases are non-cancelable and payment for Services is non-refundable, except as otherwise stated in this LSA. Customer will maintain complete and accurate billing and contact information with LinkedIn.

**1.4    Taxes.** Customer will pay or reimburse LinkedIn for all federal, state, and local taxes, including sales, use, gross receipts, VAT, GST, or similar transaction taxes imposed on Customer's purchase of Services, unless Customer provides LinkedIn with a valid tax exemption certificate.  All taxes payable by Customer will be separately stated and exclusive of the fees.  Customer will have no liability for taxes that are statutorily imposed on LinkedIn including taxes or fees measured by LinkedIn's net or gross income.

## 2. RESPONSIBILITIES

**2.1    Use of the Services**. Customer will use the Services solely for its intended purpose, as described in Exhibit A. Only Customer-designated employees and contractors are authorized to use the Services ("**Customer User**"). A Customer User must also be a Member. A "**Member**" is an individual who signs-up to use LinkedIn's services under LinkedIn's user agreement, currently available at https://www.linkedin.com/legal/user-agreement, as amended by LinkedIn from time to time ("**User Agreement**"). The terms of the User Agreement are incorporated into this LSA. Customer will ensure that Customer Users comply with the User Agreement. Customer will use the Services solely for Customer's internal use and will not provide access to the Services to any third party, except as otherwise permitted in the Agreement. Customer will notify LinkedIn immediately upon learning of any unauthorized use of the Services or any other breach of security relating to the Services. Customer may use content, data and other information about Members that Customer collects in connection with its use of the Services only as needed for use of the Services and as expressly permitted in this LSA. Customer will provide LinkedIn with the information necessary for LinkedIn to provide the Services.

LinkedIn Confidential and Proprietary
Last Updated: November 24 2015 v.3

**2.2**   **Handling of Personal Data.** If Customer uploads or otherwise provides LinkedIn with Personal Data (defined below) in connection with its use of the Services ("**Customer Personal Data**"), then LinkedIn, in providing the Services, processes Customer Personal Data on behalf of Customer. Customer is the controller of Customer Personal Data and LinkedIn will process Customer Personal Data (i) in accordance with applicable Data Protection Laws (defined in section 2.3); (ii) in compliance with the written instructions received from Customer including, as applicable, sub-processing as necessary; and (iii) only for the purpose of providing, supporting and improving the Services, using appropriate technical and organizational security measures. "**Personal Data**" means information about an individual that (a) can be used to identify, contact or locate a specific individual; (b) can be combined with other information that is linked to a specific individual to identify, contact or locate a specific individual; or (c) is defined as "personal data" or "personal information" by applicable laws or regulations relating to the collection, use, storage or disclosure of information about an identifiable individual.

**2.3**   **Compliance with Laws**. The parties will comply with all applicable international, federal, state, provincial and local laws relating to (a) corruption practice, bribery, and acts contrary to the public administration including the US Foreign Corrupt Practices Act of 1977, 15 U.S.C. § 78dd-1, et seq.; (b) discrimination against employees or job applicants based on race, color, religion, sex, national origin, veteran status or disability; and (c) the privacy, confidentiality, security and protection of Personal Data including the EU Data Protection Directive 95/46/EC as amended and as implemented in the various European Economic Area countries or any similar and applicable legislation enacted outside of the European Economic Area and security breach notification laws ("**Data Protection Laws**"). LinkedIn complies with the U.S.-Swiss Safe Harbor Framework as set forth by the U.S. Department of Commerce regarding the collection, use, and retention of Personal Data from Switzerland. With respect to any Customer Personal Data (excluding, for clarity, any Personal Data provided by Members to LinkedIn) of European Union residents, LinkedIn Corporation (as data importer) and Customer (as data exporter) will comply with the applicable standard contractual clauses located at: https://business.linkedin.com/c/15/10/eu-scc.

### 3.   CONFIDENTIAL INFORMATION

**3.1**   **Definition**. "**Confidential Information**" means any information disclosed under the Agreement that (a) if tangible, is clearly marked as "Confidential" or with a similar designation; (b) if intangible, is identified as "Confidential" by discloser at time of disclosure and confirmed in writing to recipient as being Confidential Information; or (c) from the relevant circumstances should reasonably be known by recipient to be confidential (e.g. pricing, non-public Personal Data, etc.).

**3.2**   **Exclusions.** Confidential Information does not include any portion of the information that recipient can prove (a) was rightfully known to recipient before receipt from discloser; (b) was generally known to the public on the Effective Date; (c) becomes generally known to the public after the Effective Date, through no fault of recipient; (d) was received by recipient from a third party without any confidentiality obligation; or (e) was independently developed by recipient without breach of this section 3.

**3.3**   **Limited Use and Non-Disclosure**. Recipient will (a) use Confidential Information solely to fulfill its obligations under the Agreement; (b) protect Confidential Information using the same degree of care it uses to protect its own confidential information of a like nature, but in no event less than a reasonable degree of care; (c) not disclose Confidential Information to any third party except (1) to Affiliates or employees, consultants, and agents who (i) have a need to know it in order to carry out their obligations under the Agreement, and (ii) are under written confidentiality and non-use obligations at least as restrictive as those stated in this LSA or (2) as required by law; and (d) not modify, reverse engineer, decompile, create other works from, or disassemble any Confidential Information, to the extent applicable, unless authorized in writing by discloser.

**4.**   **INTELLECTUAL PROPERTY RIGHTS AND OWNERSHIP.** No right, title or interest in any intellectual property right transfers to the other party, except for the limited rights stated in the Agreement. Customer is not obligated to provide LinkedIn or its Affiliates with any suggestions, enhancement requests, or other feedback about the Services or related technology. However, if Customer does provide any feedback to LinkedIn, LinkedIn may use and modify it without any restriction or payment.

2

**5.    TERM AND TERMINATION**

**5.1    Term.** This LSA is effective on the date the first ordering document is executed by Customer and LinkedIn ("**Effective Date**") and remains in effect until terminated.

**5.2    Termination and Suspension**. Either party may terminate this LSA or an ordering document if the other party materially breaches the Agreement and fails to cure the breach within 30 days after receiving notice of the breach. LinkedIn may immediately terminate this LSA or an ordering document if Customer is in breach of section 2.3. LinkedIn may suspend Customer's access to the Services if Customer is in breach of the Agreement and the suspension will continue for as long as reasonably necessary for Customer to remedy the breach. If all ordering documents under this LSA have expired or been terminated, then either party may terminate this LSA for convenience by providing written notice to the other party.

**5.3    Effect of Termination.** Termination of this LSA or an ordering document will not relieve Customer from its obligation to pay LinkedIn any fees stated in an ordering document. If Customer terminates this LSA or an ordering document because of LinkedIn's uncured material breach, LinkedIn will refund a pro-rata share of any pre-paid fees under the applicable ordering document. Customer will notify Customer Users that their access to the applicable Services has terminated and LinkedIn may remove or discard all content that Customer uploaded or otherwise made available to LinkedIn in accordance with LinkedIn's policies. Termination of an ordering document does not terminate this LSA; however, termination of this LSA will result in the immediate termination of all ordering documents. The provisions of this LSA that by their nature extend beyond the termination of this LSA will survive termination of this LSA.

**6.    NO WARRANTY.** The Services are provided "as is". LinkedIn makes no representation or warranty about the Services including any representation that the Services will be uninterrupted or error-free. To the fullest extent permitted under applicable law, LinkedIn disclaims any implied or statutory warranty, including any implied warranty of title, non-infringement, merchantability or fitness for a particular purpose.

**7.    THIRD-PARTY INDEMNIFICATION**

**7.1    Indemnification**. LinkedIn will defend and indemnify Customer, its Affiliates, and their respective directors, officers and employees from and against all third party claims to the extent resulting from or alleged to have resulted from (a) the Services' infringement of a third party's intellectual property right; or (b) LinkedIn's material breach of the Agreement. Customer will defend and indemnify LinkedIn, its Affiliates, and their respective directors, officers and employees from and against all third party claims to the extent resulting from or alleged to have resulted from (y) the infringement of a third party's intellectual property right by any content, data or other information uploaded into LinkedIn's system or otherwise provided by Customer; or (z) Customer's material breach of the Agreement.

**7.2    Indemnification Procedures**. Each party will notify the other in writing of any third party claim. The indemnifying party will (a) control the defense of the claim; and (b) obtain the other party's prior written approval of the indemnifying party's settlement or compromise of a claim. The indemnified party will (y) not unreasonably withhold or delay its approval of the request for settlement or compromise; and  (z) assist and cooperate in the defense as reasonably requested by the indemnifying party at the indemnifying party's expense.

**8.    LIMITATION OF LIABILITY**

**8.1    Damages Waiver.** To the fullest extent permitted by law, neither party, including its respective Affiliates, will be liable to the other in connection with the Agreement for lost profits or lost business opportunities, loss of data, or any indirect, incidental, consequential, special or punitive damages.

**8.2    Liability Cap.** Neither party, including its respective Affiliates, will be liable to the other in connection with the Agreement for an amount that exceeds the total fees paid or payable to LinkedIn during the 12-month period before the event giving rise to the liability. Subject to section 8.3 (b), LinkedIn will not be liable for any unauthorized third party access to Customer's content, data, programs, information, network, or systems.

3

**8.3**     **Exclusions**. The limitations of liability stated in sections 8.1 and 8.2, do not apply to a party's (a) confidentiality or indemnification obligations; (b) liability for fraud, gross negligence or intentional misconduct; (c) liability for death or personal injury; or (d) violation of the other party's intellectual property.

**9.**     **DISPUTE RESOLUTION.** If an issue arises under the Agreement (including non-contractual disputes or claims) and the applicable ordering document was signed by a LinkedIn entity in North America or South America, then the Agreement is governed by the laws of the State of California, and any action or proceeding (including those arising from non-contractual disputes or claims) related to the Agreement will be brought in a federal court in the Northern District of California. If an issue arises under the Agreement (including non-contractual disputes or claims) and the applicable ordering document was signed by a LinkedIn entity in any country other than North America and South America, then the Agreement is governed by the laws of Ireland, and any action or proceeding (including those arising from non-contractual disputes or claims) related to the Agreement will be brought in Dublin, Ireland. Each party irrevocably submits to the jurisdiction and venue of the applicable courts. The prevailing party in any litigation may seek to recover its legal fees and costs.

**10.**     **MISCELLANEOUS.** If a conflict exists between any of the terms in the Agreement, then the LSA will govern, followed by the ordering document, and then the User Agreement. If a conflict exists between any of the general terms in the LSA and the relevant exhibits, then the exhibits will prevail to the extent of that inconsistency. Neither party relies on any undertaking, promise, assurance, statement, representation, warranty or understanding (whether in writing or not) of any person (whether party to the Agreement or not) relating to the subject matter of the Agreement, other than as stated in the Agreement. The parties will provide notices in writing and deliver them by commercial overnight courier to the address of the other party stated on the ordering document, unless otherwise stated in the Agreement. Notices are effective on the date of delivery as indicated in the records of the courier. The Agreement does not create a partnership, agency relationship, or joint venture between the parties. Neither party has the power or authority to bind the other or to create any obligation or responsibility on behalf of the other. Under no circumstances will any employee of one party be deemed to be the employee of the other. Neither party will assign this LSA or an ordering document in whole or in part without the other party's prior written consent (which consent will not be unreasonably denied, delayed or conditioned), except an assignment to an Affiliate or a successor that is not a competitor of the non-assigning party, made in connection with a merger or sale of all or substantially all of a party's assets or stock. Any attempted assignment in violation of the foregoing restriction will be void. Customer will provide LinkedIn written notification if Customer is purchasing Services through a LinkedIn approved agency. If Customer is an agency binding a client under this LSA, Customer (a) represents and warrants that it has the authority to bind the client to the terms stated in this LSA; (b) will notify LinkedIn in writing of the name and address of its client that will access and use the Services; and (c) remains jointly and severally liable for all obligations of Customer under the Agreement. If the Agreement is translated into a language other than English, the translation is for convenience only, and the English language version will govern. LinkedIn may remotely monitor Customer's use of the Services to ensure compliance with the Agreement. If any provision of the Agreement is unenforceable, that provision will be modified to render it enforceable to the extent possible to affect the parties' intention and the remaining provisions will not be affected. The parties may amend the Agreement only in a written amendment signed by both parties, except for the User Agreement, which may be modified in accordance with its terms. If this LSA or an ordering document will be executed then it can be executed electronically and in counterparts, each of which is deemed to be an original and all of which taken together comprise a single document.  Each party represents and warrants to the other that the individual binding a party under this LSA or an ordering document is authorized to do so.

LinkedIn Confidential and Proprietary
Last Updated: November 24 2015 v.3

**Exhibit A**
**Service-Specific Terms**

The following Service-specific terms are in addition to the terms stated above. Service-specific terms apply to Customer to the extent the specific Service is included in an ordering document. LinkedIn may, in its sole discretion, change, modify, upgrade or discontinue any aspect or feature of a Service in whole or in part.

1.    **BY SERVICE**

    **A.**    **Sales Navigator Service.** Customer may use the Sales Navigator Service only to generate sales leads.

    **B.**    **Recruiter Service**. Customer will use the Recruiter Service and information about LinkedIn Members only to recruit individuals to become employees and consultants of Customer or its Affiliates, or, if Customer is an approved agency, only to recruit individuals to become employees and consultants of its clients. An agency is classified as a recruitment process outsourcer for a particular client of agency, if agency's Customer User uses that client's name, brand, or logo on Customer User's Member profile, profile summary, current employer description, or in messaging in the LinkedIn environment ("**RPO**"). Agency will inform LinkedIn of its RPO classification with a particular client and the name of that client (a) before purchasing any Recruiter Service, and (b) upon a change in classification. An RPO must use Recruiter-Corporate seats to support a client. An RPO must not use Recruiter Professional seats to support a client. If the Customer User is using its client's name, brand, or logo as described above, in conjunction with the RPO's name, brand or logo, its purchase of Recruiter-Corporate is governed by the master subscription agreement between LinkedIn and the RPO. If the Customer User is using its client's name, brand, or logo as described above, in place of the RPO's brand or logo, then its purchase of Recruiter-Corporate seats is governed by the master subscription agreement between LinkedIn and that client. Upon any termination, Customer is responsible for downloading any content, data or other information Customer Users uploaded to LinkedIn's system or otherwise provided to LinkedIn. Customer's breach of this section 1B is deemed a material breach of the LSA.

    **C.**    **Referral Service**. Customer will use the Referral Service and information about Members only to recruit individuals to become employees and consultants of Customer or its Affiliates. The Referral Service must integrate with Customer's applicant tracking system ("**ATS**"). The Referral Service will only operate with certain third party ATSs, as specified in the ordering document.  Integration of any ATS to the Referral Service is Customer's sole responsibility. LinkedIn disclaims all liability resulting from or related to any ATS.

    **D.**    **Lynda.com and Video2brain Content Services**. Customer will state the name of its single designated administrator in the ordering document and that administrator will have access to the reporting and management tools available. Displaying or publicly performing lynda.com or video2brain content in a public setting (including a conference room or classroom) without LinkedIn's prior written consent constitutes an unauthorized use of the content and an infringement of LinkedIn's intellectual property rights. Customer will comply with the lynda.com Privacy Policy located at http://www.lynda.com/aboutus/otl-privacy.aspx and the video2brain Privacy Policy located at https://www.video2brain.com/de/datenschutzerklaerung, as applicable. Updates to the Privacy Policies are effective immediately upon posting to the respective website. If Customer is a school with children in any grade between kindergarten and twelfth grade or a school district, Customer represents and warrants that it will not allow a child under the age of 13 to access the lynda.com Service unless Customer has obtained written permission from the child's parent or legal guardian. Customer will promptly provide documentation of the permission upon LinkedIn's request.

    **E.**    **Elevate Service**. Customer will maintain a social media policy and ensure that its personnel comply with the policy. Only Customer's designated curator(s) is/are authorized to post content to the Elevate Service. Customer Users who are not curators may only read and forward content. Customer will ensure that it owns or has the necessary licenses, rights, consents, and permissions to the content it posts to the Elevate Service.

LinkedIn Confidential and Proprietary
Last Updated: November 24 2015 v.3

2.     **ADDITIONAL REQUIREMENTS.** For Sales Navigator, Recruiter, or Referral Services, Customer (a) will designate in writing one Customer User for each seat it purchases; (b) will promptly provide to and maintain with LinkedIn accurate contact information for each Customer User; and (c) will not, and will not permit a Customer User to, share a Customer User's access to the Services with any other individual. In the event a Customer User ceases employment, takes any type of leave or vacation, or transfers work function, Customer may transfer the Customer User's seat to a different Customer User. LinkedIn reserves the right to limit the number of transfers of each seat.

LinkedIn Confidential and Proprietary
Last Updated: November 24 2015 v.3