JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
ROSEMARIE T. RING (State Bar No. 220769)
rose.ring@mto.com
LAURA K. LIN (State Bar No. 281542)
raura.lin@mto.com
NICHOLAS D. FRAM (State Bar No. 288293)
nicholas.fram@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

Attorneys for LinkedIn Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc., | Case No. 17-CV-03301-EMC |
| Plaintiff, | **DECLARATION OF ROBERT ROSIN IN SUPPORT OF LINKEDIN'S OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER** |
| vs. | |
| LinkedIn Corporation, | |
| Defendants. | |

I, Robert Rosin, declare as follows:

1. I have worked at LinkedIn for over three years and am currently the Vice President for Global Business Development at LinkedIn. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could competently testify to them. I submit this declaration in opposition to hiQ's motion for a temporary restraining order.

2. In my role, I am responsible for leading global partnerships for LinkedIn. I focus on increasing value for LinkedIn members, and for driving growth, engagement, and monetization through partnerships.

**LinkedIn Has Invested Significantly in its Website and Services**

3. LinkedIn was started out of the living room of co-founder Reid Hoffman in 2002, and first launched its website in 2003. Since then, it has invested substantial time, labor, skill, and financial resources into the development and maintenance of the LinkedIn site in order to grow it into the platform that it is today. LinkedIn has invested billions of dollars into the development of its platform.

4. This investment has resulted in significant growth. LinkedIn now has over 500 million members in over 200 countries worldwide. It translates its website into 24 different languages.

5. Maintaining and growing the LinkedIn site requires substantial investment. There are over 10,000 full-time employees who work at LinkedIn and its affiliates in offices around the world to ensure the website runs smoothly, respond to queries from members, and attract new members to the site, among other tasks. Attached hereto as Exhibit A is a page from LinkedIn's website explaining LinkedIn's history and growth.

6. LinkedIn's mission is to connect the world's professionals to make them more productive and successful. Through its proprietary platform, LinkedIn allows its members to create, manage and share their professional histories and interests online. At the heart of LinkedIn's platform are its members, whose LinkedIn profiles serve as their professional online identities.

-1-

7. LinkedIn's "Members First" philosophy guides the decisions that LinkedIn makes, from which products to pursue to how to gather and respect personal information.

**LinkedIn Has Many Competitors in the Professional Social Networking Space**

8. LinkedIn has many competitors in the professional social networking space. LinkedIn competes with many other social network services that have a similar focus (such as Xing), or a broader focus that does not include just professionals (such as Facebook or Google+). There are also a number of social networking services that are targeted at professionals in specific industries, such as GitHub (engineers), Doximity (medical professionals), Spiceworks (IT professionals), Edmodo (teachers), ResearchGate (scientists and researchers), Academia (academics), Behance (creative workers) Muckrack (journalists) and many others. Each of these social networking services – as well as others – facilitates engagement between users and businesses, enables businesses to build brand awareness and offers extensive features and functionalities to facilitate the advertisement of job opportunities and recruitment processes.

9. According to Facebook's first quarter 2017 financial results, it had 1.94 billion monthly active users. A copy of Facebook's press release summarizing its financial results is attached as Exhibit B. During that same period, LinkedIn had 106 million active users per month.

10. Facebook has expanded to include information relevant in professional networks. Facebook users create profiles that provide information including job, job title, skills, education, location, and descriptions of what a user does professionally. Facebook also permits users to enable connections, send messages, create groups, and build and nurture relationships. I am informed that Facebook enables networking between similar groups of people that LinkedIn targets, and enables advertisers to reach similar audiences. The following screenshot illustrates the kinds of information that users can populate in Facebook:

11.     Attached hereto as Exhibit C are screenshots of Facebook's ad platform, demonstrating how advertisers can target Facebook ads by various fields that also appear on LinkedIn, including employer name, industry of activity, job title, education level, field of study, school attended and interests.  This ad program permits advertisers to target users in a manner similar to the way LinkedIn's ad platform is organized.

12.     LinkedIn provides its services to its members for free.  Members have full control over what information they share and can change the amount of information they share at any time.  Members also can easily decide to transport their information to other social networking (or other) services whenever they want, or delete their profiles from LinkedIn entirely.

//

//

1    I declare under penalty of perjury under the laws of the United States of America and the

2  State of California that the foregoing is true and correct.

3    Executed on June 23, 2017 at San Francisco, California.

4

5

6                                                    Robert Rosin

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

# EXHIBIT A



# About us

## About LinkedIn

Want to know about our early days, members, metrics, and more?
Here's a quick view of who we are.

## Company Information

- LinkedIn's founders are Reid Hoffman, Allen Blue, Konstantin Guericke, Eric Ly and Jean-Luc Vaillant. LinkedIn started out in the living room of co-founder Reid Hoffman in 2002.
- The site officially launched on May 5, 2003. At the end of the first month in operation, LinkedIn had a total of 4,500 members in the network.
- The company has a diversified business model with revenues coming from talent solutions, marketing solutions and premium subscription products.
- LinkedIn's global headquarters are in Sunnyvale, California, with EMEA headquarters in Dublin and APAC headquarters in Singapore. LinkedIn U.S. offices are in Chicago, Los Angeles, New York, Omaha, San Francisco, Sunnyvale and Washington D.C. International LinkedIn offices are located in Amsterdam, Bangalore, Beijing, Dubai, Dublin, Graz, Hong Kong, London, Madrid, Melbourne, Milan, Mumbai, Munich, New Delhi, Paris, Perth, São Paulo, Shanghai, Singapore, Stockholm, Sydney, Tokyo and Toronto.
- LinkedIn is currently available in 24 languages: Arabic, English, Simplified Chinese, Traditional Chinese, Czech, Danish, Dutch, French, German, Indonesian, Italian, Japanese, Korean, Malay, Norwegian, Polish, Portuguese, Romanian, Russian, Spanish, Swedish, Tagalog, Thai and Turkish.
- LinkedIn has more than 10,000 full-time employees with offices in 30 cities around the world. LinkedIn started off 2012 with about 2,100 full-time employees worldwide, up from around 1,000 at the beginning of 2011 and about 500 at the beginning of 2010.

## Worldwide Membership

- LinkedIn operates the world's largest professional network on the Internet with more than 500 million members in over 200 countries and territories.
- Professionals are signing up to join LinkedIn at a rate of more than two new members per second.
- There are more than 40 million students and recent college graduates on LinkedIn. They are LinkedIn's fastest-growing demographic.



Regional membership

158+M EMEA
138+M USA
118+M Asia and the Pacific
70+M LATAM
22+M MENA
22+M Southeast Asia

For more information about our company, please visit our **Company Page** and check out our **LinkedIn Blog**.

For more information about our Products & Services, visit our **Products & Services** page.

For more information, please visit our **Press Center**. Members of the media may direct inquiries to **press@linkedin.com**

About
Cookie Policy
Privacy Policy
User Agreement

**Linked**in  © LinkedIn Corporation 2017

# EXHIBIT B

## Facebook Reports First Quarter 2017 Results

MENLO PARK, Calif. – May 3, 2017 – Facebook, Inc. (NASDAQ: FB) today reported financial results for the quarter ended March 31, 2017.

"We had a good start to 2017," said Mark Zuckerberg, Facebook founder and CEO. "We're continuing to build tools to support a strong global community."

### First Quarter 2017 Financial Highlights

Facebook is no longer reporting non-GAAP expenses, income, tax rate, and earnings per share (EPS).

| *In millions, except percentages and per share amounts* | Three Months Ended March 31, | | Year-over-Year % Change |
|---|---|---|---|
| | **2017** | **2016** | |
| Revenue: | | | |
| Advertising | $ 7,857 | $ 5,201 | 51 % |
| Payments and other fees | 175 | 181 | (3)% |
| Total revenue | 8,032 | 5,382 | 49 % |
| Total costs and expenses[1] | 4,705 | 3,372 | 40 % |
| Income from operations[1] | $ 3,327 | $ 2,010 | 66 % |
| *Operating margin[1]* | *41%* | *37%* | |
| Provision for income taxes | $ 344 | | |
| *Effective tax rate* | *10%* | | |
| Net income[1] | $ 3,064 | $ 1,738 | 76 % |
| Diluted EPS[1] | $ 1.04 | $ 0.60 | 73 % |

(1)  In the fourth quarter of 2016, we elected to early adopt Accounting Standards Update No. 2016-09, *Compensation - Stock Compensation (Topic 718): Improvement to Employee Share-based Payment Accounting* (ASU 2016-09). We are required to reflect any adoption adjustments as of January 1, 2016, the beginning of the annual period that includes the interim period of adoption. As such, certain financial highlights data for the three months ended March 31, 2016, had been adjusted to include the impact of ASU 2016-09 adoption. See Note 1 - Summary of Significant Accounting Policies (Note 1) in the notes to our consolidated financial statements in our Annual Report on Form 10-K for the year ended December 31, 2016 for detailed adoption information.

### First Quarter 2017 Operational and Other Financial Highlights

- **Daily active users (DAUs)** – DAUs were 1.28 billion on average for March 2017, an increase of 18% year-over-year.
- **Monthly active users (MAUs)** – MAUs were 1.94 billion as of March 31, 2017, an increase of 17% year-over-year.
- **Mobile advertising revenue** – Mobile advertising revenue represented approximately 85% of advertising revenue for the first quarter of 2017, up from approximately 82% of advertising revenue in the first quarter of 2016.
- **Capital expenditures** – Capital expenditures for the first quarter of 2017 were $1.27 billion.
- **Cash and cash equivalents and marketable securities** – Cash and cash equivalents and marketable securities were $32.31 billion at the end of the first quarter of 2017.
- **Headcount** – Headcount was 18,770 as of March 31, 2017, an increase of 38% year-over-year.

**Webcast and Conference Call Information**

Facebook will host a conference call to discuss the results at 2 p.m. PT / 5 p.m. ET today. The live webcast of Facebook's earnings conference call can be accessed at investor.fb.com, along with the earnings press release, financial tables, and slide presentation. Facebook uses the investor.fb.com and newsroom.fb.com websites as well as Mark Zuckerberg's Facebook Page (https://www.facebook.com/zuck) as means of disclosing material non-public information and for complying with its disclosure obligations under Regulation FD.

Following the call, a replay will be available at the same website. A telephonic replay will be available for one week following the conference call at +1 (404) 537-3406 or +1 (855) 859-2056, conference ID: 93279401.

**About Facebook**

Founded in 2004, Facebook's mission is to give people the power to share and make the world more open and connected. People use Facebook to stay connected with friends and family, to discover what's going on in the world, and to share and express what matters to them.

**Contacts**

Investors:
Deborah Crawford
investor@fb.com / investor.fb.com

Press:
Vanessa Chan
press@fb.com / newsroom.fb.com

**Forward Looking Statements**

This press release contains forward-looking statements regarding our future business expectations, which are subject to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. These forward-looking statements are only predictions and may differ materially from actual results due to a variety of factors including: our ability to retain or increase users and engagement levels; our reliance on advertising revenue; our dependency on mobile operating systems, networks, and standards that we do not control; risks associated with new product development and their introduction as well as other new business initiatives; our emphasis on user growth and engagement and the user experience over short-term financial results; competition; litigation; privacy and regulatory concerns; risks associated with acquisitions; security breaches; and our ability to manage growth and geographically-dispersed operations. These and other potential risks and uncertainties that could cause actual results to differ from the results predicted are more fully detailed under the caption "Risk Factors" in our Annual Report on Form 10-K filed with the SEC on February 3, 2017, which is available on our Investor Relations website at investor.fb.com and on the SEC website at www.sec.gov. Additional information will also be set forth in our Quarterly Report on Form 10-Q for the quarter ended March 31, 2017. In addition, please note that the date of this press release is May 3, 2017, and any forward-looking statements contained herein are based on assumptions that we believe to be reasonable as of this date. We undertake no obligation to update these statements as a result of new information or future events.

**Non-GAAP Financial Measures**

To supplement our condensed consolidated financial statements, which are prepared and presented in accordance with generally accepted accounting principles in the United States (GAAP), we use the following non-GAAP financial measures: revenue excluding foreign exchange effect and advertising revenue excluding foreign exchange effect; and free cash flow. The presentation of these financial measures is not intended to be considered in isolation or as a substitute for, or superior to, financial information prepared and presented in accordance with GAAP. Investors are cautioned that there are material limitations associated with the use of non-GAAP financial measures as an analytical tool. In addition, these measures may be different from non-GAAP financial measures used by other companies, limiting their usefulness for comparison purposes. We compensate for these limitations by providing specific information regarding the GAAP amounts excluded from these non-GAAP financial measures.

We believe these non-GAAP financial measures provide investors with useful supplemental information about the financial performance of our business, enable comparison of financial results between periods where certain items may vary independent of business performance, and allow for greater transparency with respect to key metrics used by management in operating our business.

We exclude the following items from our non-GAAP financial measures:

*Foreign exchange effect on revenue*. We translated revenue for the three months ended March 31, 2017 using the prior year's monthly exchange rates for our settlement currencies other than the U.S. dollar, which we believe is a useful metric that facilitates comparison to our historical performance.

*Purchases of property and equipment*. We subtract purchases of property and equipment in our calculation of free cash flow because we believe that this methodology can provide useful supplemental information to help investors better understand underlying trends in our business.

For more information on our non-GAAP financial measures and a reconciliation of GAAP to non-GAAP measures, please see the "Reconciliation of GAAP to Non-GAAP Results" table in this press release.

## FACEBOOK, INC.
## CONDENSED CONSOLIDATED STATEMENTS OF INCOME
*(In millions, except for per share amounts)*
*(Unaudited)*

| | Three Months Ended March 31, | |
|---|---|---|
| | 2017 | 2016[1] |
| **Revenue** | $ 8,032 | $ 5,382 |
| **Costs and expenses:** | | |
| Cost of revenue | 1,159 | 838 |
| Research and development | 1,834 | 1,343 |
| Marketing and sales | 1,057 | 826 |
| General and administrative | 655 | 365 |
| Total costs and expenses | 4,705 | 3,372 |
| **Income from operations** | 3,327 | 2,010 |
| Interest and other income, net | 81 | 56 |
| Income before provision for income taxes | 3,408 | 2,066 |
| Provision for income taxes | 344 | 328 |
| **Net income** | $ 3,064 | $ 1,738 |
| Less: Net income attributable to participating securities | 5 | 6 |
| **Net income attributable to Class A and Class B common stockholders** | $ 3,059 | $ 1,732 |
| **Earnings per share attributable to Class A and Class B common stockholders:** | | |
| Basic | $ 1.06 | $ 0.61 |
| Diluted | $ 1.04 | $ 0.60 |
| **Weighted average shares used to compute earnings per share attributable to Class A and Class B common stockholders:** | | |
| Basic | 2,891 | 2,843 |
| Diluted | 2,944 | 2,905 |
| **Share-based compensation expense included in costs and expenses:** | | |
| Cost of revenue | $ 34 | $ 22 |
| Research and development | 670 | 586 |
| Marketing and sales | 96 | 82 |
| General and administrative | 67 | 56 |
| Total share-based compensation expense | $ 867 | $ 746 |

(1) We elected to early adopt ASU 2016-09 in the fourth quarter of 2016. Our condensed consolidated statement of income for the three months ended March 31, 2016, had been adjusted to include the impact of ASU 2016-09 adoption. See Note 1 in the notes to our consolidated financial statements in our Annual Report on Form 10-K for the year ended December 31, 2016 for detailed adoption information.

**FACEBOOK, INC.**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
*(In millions)*
*(Unaudited)*

|  | March 31, 2017 | December 31, 2016 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 7,104 | $ 8,903 |
| Marketable securities | 25,202 | 20,546 |
| Accounts receivable, net of allowances for doubtful accounts of $86 and $94 as of March 31, 2017 and December 31, 2016, respectively | 3,415 | 3,993 |
| Prepaid expenses and other current assets | 1,209 | 959 |
| Total current assets | 36,930 | 34,401 |
| Property and equipment, net | 9,462 | 8,591 |
| Intangible assets, net | 2,360 | 2,535 |
| Goodwill | 18,126 | 18,122 |
| Other assets | 1,836 | 1,312 |
| **Total assets** | $ 68,714 | $ 64,961 |
| | | |
| **Liabilities and stockholders' equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 170 | $ 302 |
| Partners payable | 278 | 280 |
| Accrued expenses and other current liabilities | 2,400 | 2,203 |
| Deferred revenue and deposits | 80 | 90 |
| Total current liabilities | 2,928 | 2,875 |
| Other liabilities | 3,598 | 2,892 |
| Total liabilities | 6,526 | 5,767 |
| Stockholders' equity: | | |
| Common stock and additional paid-in capital | 38,639 | 38,227 |
| Accumulated other comprehensive loss | (626) | (703) |
| Retained earnings | 24,175 | 21,670 |
| Total stockholders' equity | 62,188 | 59,194 |
| **Total liabilities and stockholders' equity** | $ 68,714 | $ 64,961 |

**FACEBOOK, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**

*(In millions)*

*(Unaudited)*

| | Three Months Ended March 31, | |
|---|---|---|
| | 2017 | 2016[1] |
| **Cash flows from operating activities** | | |
| Net income | $ 3,064 | $ 1,738 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
| Depreciation and amortization | 671 | 552 |
| Share-based compensation | 867 | 746 |
| Deferred income taxes | (84) | (77) |
| Other | 5 | 13 |
| Changes in assets and liabilities: | | |
| Accounts receivable | 609 | 267 |
| Prepaid expenses and other current assets | (365) | (107) |
| Other assets | 31 | 15 |
| Accounts payable | (10) | 2 |
| Partners payable | (3) | (3) |
| Accrued expenses and other current liabilities | 61 | (18) |
| Deferred revenue and deposits | (10) | (2) |
| Other liabilities | 222 | 351 |
| **Net cash provided by operating activities** | 5,058 | 3,477 |
| **Cash flows from investing activities** | | |
| Purchases of property and equipment | (1,271) | (1,132) |
| Purchases of marketable securities | (6,992) | (3,126) |
| Sales of marketable securities | 1,762 | 2,013 |
| Maturities of marketable securities | 599 | 537 |
| Acquisitions of businesses, net of cash acquired, and purchases of intangible assets | — | (1) |
| Change in restricted cash and deposits | 11 | 33 |
| **Net cash used in investing activities** | (5,891) | (1,676) |
| **Cash flows from financing activities** | | |
| Taxes paid related to net share settlement of equity awards | (771) | — |
| Principal payments on capital lease and other financing obligations | — | (312) |
| Repurchases of Class A common stock | (228) | — |
| Other financing activities, net | 7 | 2 |
| **Net cash used in financing activities** | (992) | (310) |
| **Effect of exchange rate changes on cash and cash equivalents** | 26 | 58 |
| Net increase (decrease) in cash and cash equivalents | (1,799) | 1,549 |
| Cash and cash equivalents at beginning of period | 8,903 | 4,907 |
| **Cash and cash equivalents at end of period** | $ 7,104 | $ 6,456 |

**FACEBOOK, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
*(In millions)*
*(Unaudited)*

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2017 | 2016[1] |
| **Supplemental cash flow data** | | |
| Cash paid during the period for: | | |
| Interest | $ — | $ 11 |
| Income taxes, net | $ 664 | $ 170 |
| Non-cash investing activities: | | |
| Net change in accounts payable, accrued expenses and other current liabilities, and other liabilities related to property and equipment additions | $ (26) | $ 52 |

(1) We elected to early adopt ASU 2016-09 in the fourth quarter of 2016. Our condensed consolidated statements of cash flow for the three months ended March 31, 2016, had been adjusted to include the impact of ASU 2016-09 adoption. See Note 1 in the notes to our consolidated financial statements in our Annual Report on Form 10-K for the year ended December 31, 2016 for detailed adoption information.

**Reconciliation of GAAP to Non-GAAP Results**

*(In millions, except percentages)*

*(Unaudited)*

| | Three Months Ended March 31, | |
|---|---|---|
| | **2017** | **2016** |
| GAAP revenue | $ 8,032 | $ 5,382 |
| Foreign exchange effect on 2017 revenue using 2016 rates | 22 | |
| Revenue excluding foreign exchange effect | $ 8,054 | |
| GAAP revenue year-over-year change % | 49% | |
| Revenue excluding foreign exchange effect year-over-year change % | 50% | |
| GAAP advertising revenue | $ 7,857 | $ 5,201 |
| Foreign exchange effect on 2017 advertising revenue using 2016 rates | 22 | |
| Advertising revenue excluding foreign exchange effect | $ 7,879 | |
| GAAP advertising revenue year-over-year change % | 51% | |
| Advertising revenue excluding foreign exchange effect year-over-year change % | 51% | |
| | | |
| Net cash provided by operating activities[1] | $ 5,058 | $ 3,477 |
| Purchases of property and equipment | (1,271) | (1,132) |
| Free cash flow[1] | $ 3,787 | $ 2,345 |

(1)  We elected to early adopt ASU 2016-09 in the fourth quarter of 2016. Net cash provided by operating activities and free cash flow for the three months ended March 31, 2016, had been adjusted to include the impact of ASU 2016-09 adoption. See Note 1 in the notes to our consolidated financial statements in our Annual Report on Form 10-K for the year ended December 31, 2016 for detailed adoption information.

# EXHIBIT C

**Figure 1 - Screenshot of Facebook Ad Targeting Facets for Professional Audiences**



**Figure 2 - Screenshot of Facebook Ad Targeting Facets for Professional Audiences**



**Figure 3 - Screenshot of Facebook Ad Targeting Facets for Professional Audiences**



4

**Figure 4  - Screenshot of Facebook Ad targeting Facets for Professional Audiences**



**Figure 5 - Screenshot of Facebook Ad Targeting Facets for Professional Audiences**



**Figure 6 - Screenshot of Facebook Ad Targeting Facets for Professional Audiences**

