1  JONATHAN H. BLAVIN (State Bar No. 230269)
   jonathan.blavin@mto.com
2  ROSEMARIE T. RING (State Bar No. 220769)
   rose.ring@mto.com
3  LAURA K. LIN (State Bar No. 281542)
   laura.lin@mto.com
4  NICHOLAS D. FRAM (State Bar No. 288293)
   nicholas.fram@mto.com
5  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th Floor
6  San Francisco, California  94105
   Telephone:     (415) 512-4000
7  Facsimile:     (415) 512-4077

8  *Attorneys for Defendant LinkedIn Corporation*

9  *Counsel for hiQ Labs, Inc. Shown on Next Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc., | Case No. 17-CV-03301-EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER PURSUANT TO CIVIL LOCAL RULE 6-2 EXTENDING DEADLINE FOR LINKEDIN CORPORATION TO RESPOND TO THE COMPLAINT** |
| vs. | |
| LinkedIn Corporation, | |
| Defendant. | Judge:   Hon. Edward M. Chen |

1  C. Brandon Wisoff (State Bar No. 121930)
   bwisoff@fbm.com
2  Deepak Gupta (State Bar No. 226991)
   dgupta@fbm.com
3  Jeffrey G. Lau (State Bar No. 281629)
4  jlau@fbm.com
   Rebecca H. Stephens (State Bar No. 299234)
5  rstephens@fbm.com
   FARELLA BRAUN + MARTEL LLP
6  235 Montgomery Street, 17th Floor
7  San Francisco, California 94104
   Telephone:    (415) 954-4400
8  Facsimile:    (415) 954-4480

9  Laurence H. Tribe* (*Pro hac vice*)
   Carl M. Loeb University Professor and
10 Professor of Constitutional Law
   Harvard Law School
11 1575 Massachusetts Avenue
12 Cambridge, Massachusetts 02138
   Telephone: (617) 495-1767

*Attorneys for Plaintiff hiQ Labs, Inc.*

*\*Affiliation noted for identification purposes only*

# STIPULATION AND PRO~~POSE~~D ORDER

**WHEREAS**, Plaintiff hiQ Labs, Inc. ("hiQ") filed the complaint in this action against Defendant LinkedIn Corporation ("LinkedIn") on June 7, 2017 and served LinkedIn on June 8, 2017;

**WHEREAS**, hiQ consented to provide LinkedIn an extension to answer or otherwise respond to the complaint;

**WHEREAS**, there have been no prior extensions of the deadline to answer or otherwise respond to the complaint in this action;

**THEREFORE**, LinkedIn and hiQ hereby stipulate that LinkedIn's deadline to answer or otherwise respond to the complaint is extended to and including July 31, 2017.

**IT IS SO STIPULATED.**

DATED: June 23, 2017

By: */s/ Jonathan H. Blavin*
Jonathan H. Blavin (SBN 230269)
jonathan.blavin@mto.com
Rosemarie T. Ring (SBN 220769)
rose.ring@mto.com
Laura K. Lin (SBN 281542)
laura.lin@mto.com
Nicholas K. Fram (SBN 288293)
nicholas.fram@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

*Attorneys for Defendant LinkedIn Corporation*

DATED: June 23, 2017

By: _____/s/ Deepak Gupta_____
C. Brandon Wisoff (SBN 121930)
bwisoff@fbm.com
Deepak Gupta (SBN 226991)
dgupta@fbm.com
Jeffrey G. Lau (SBN 281629)
jlau@fbm.com
Rebecca H. Stephens (SBN 299234)
rstephens@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone:    (415) 954-4400
Facsimile:    (415) 954-4480

*Attorneys for Plaintiff hiQ Labs, Inc.*

**N.D. Cal. Civil Local Rule 5-1 Attestation**

I, Jonathan H. Blavin, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with N.D. Cal. Civil Local Rule 5-1, I hereby attest that Deepak Gupta concurred in the filing of this document.

_____/s/ Jonathan H. Blavin_____
Jonathan H. Blavin

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ___6/27___, 2017

The Honorable Judge Edward M. Chen

*IT IS SO ORDERED*