C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Deepak Gupta (State Bar No. 226991)
dgupta@fbm.com
Jeffrey G. Lau (State Bar No. 281629)
jlau@fbm.com
Rebecca H. Stephens (State Bar No. 299234)
rstephens@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Laurence H. Tribe* (State Bar No. 39441)
Carl M. Loeb University Professor and
Professor of Constitutional Law
Harvard Law School
1575 Massachusetts Avenue
Cambridge, Massachusetts 02138
Telephone: (617) 495-1767
*Admitted pro hac vice*

Attorneys for Plaintiff hiQ Labs, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LinkedIn, Corp.,<br><br>　　　　Defendant. | Case No. 3:17-cv-03301-EMC<br><br>**DECLARATION OF DEEPAK GUPTA IN SUPPORT OF PLAINTIFF'S RENEWED MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>The Hon. Edward M. Chen<br><br>Hearing Date:　June 29, 2017<br>Time:　　　　　1:30 P.M.<br>Location:　　　Courtroom 5, 17th Floor<br>　　　　　　　　450 Golden Gate Ave.<br>　　　　　　　　San Francisco, CA 94102 |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

Decl. of Deepak Gupta ISO Plaintiff's Renewed
Motion for TRO and Order to Show Cause Re:
Prelim. Injunction - Case No. 3:17-cv-03301-EMC

34556\6077733.1

I, Deepak Gupta, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an attorney with Farella Braun + Martel LLP, attorneys of record for Plaintiff hiQ Labs, Inc. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of Plaintiff's Renewed Motion for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction.

2. Attached as Exhibit S is a true and correct copy of the Complaint in *Sandvig v. Lynch*, Case No. 1:16-cv-01368 (D.D.C.), filed on June 29, 2016.

3. Attached as Exhibit T is a true and correct copy of a video clip of LinkedIn CEO Jeff Weiner's appearance on CBS This Morning, which aired on June 21, 2017.

4. Attached as Exhibit U is a true and correct transcript of portions of the video clip attached as Exhibit T.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 27th day of June, 2017, at San Francisco, California.

*/s/ Deepak Gupta*
Deepak Gupta

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

Decl. of Deepak Gupta ISO Plaintiff's Renewed Motion for TRO and Order to Show Cause Re: Prelim. Injunction - Case No. 3:17-cv-03301-EMC

2

34556\6077733.1