# EXHIBIT T

**PLACEHOLDER FOR CD PHYSICALLY FILED WITH THE COURT**