# EXHIBIT U

**Selected Excerpts of Transcript from LinkedIn CEO Jeff Weiner's June 21, 2017 Appearance on CBS This Morning (annotated)**



**0:00-0:27**

JEFF GLOR: CBS This Morning has partnered with professional networking site LinkedIn for our continuing series "Work on Progress." We're exploring the future of jobs and issues facing the American work force. We are looking this morning at the growing number of job openings in the U.S.

GAYLE KING: The latest labor statistics show the number of job openings rose to more than 6 million in April; that's an all-time high by the way. That's up more than 7% from the same time a year ago. LinkedIn CEO Jeff Weiner is with us at the table to discuss the numbers.



*          *          *

**3:28-4:28**

JEFF WEINER:  There are cities that are hiring.  They're hiring quickly.  They've got fast growing industries and they don't have the talent with the requisite skills to take on those roles.  **And so what LinkedIn would like to do is leverage all this extraordinary data we've been able to collect by virtue of having 500 million people join the site.  We have over 10 million jobs that are now listed on the site.  50,000 standardized skills.**



[Screenshot of Broadcast at 4:00]

We've got the information to match talent to jobs in a way that was never possible before….

CHARLIE ROSE:  So you're trying to put together the jobs with the person?

JEFF WEINER:  That's the ultimate goal, Charlie, **is to make sure that each individual member has information about where those jobs are**, the skills required to obtain the jobs, and ideally even be able to acquire those skills either on or off of LinkedIn to obtain the job.  **For employers, it's an understanding of what skills they're gonna need to be able to continue to grow, and where that talent exists.**  And we'd also like to be able to provide this information to governments and educational infrastructure—junior colleges, vocational training facilities—to create ideally just-in-time curriculum.