C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Deepak Gupta (State Bar No. 226991)
dgupta@fbm.com
Jeffrey G. Lau (State Bar No. 281629)
jlau@fbm.com
Rebecca H. Stephens (State Bar No. 299234)
rstephens@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Laurence H. Tribe* (State Bar No. 39441)
Carl M. Loeb University Professor and
Professor of Constitutional Law
Harvard Law School
1575 Massachusetts Avenue
Cambridge, Massachusetts 02138
Telephone: (617) 495-1767
*Admitted pro hac vice*

Attorneys for Plaintiff hiQ Labs, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc. | Case No. 3:17-cv-03301-EMC |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| LinkedIn, Corp., | |
| Defendant. | |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

PROOF OF SERVICE –
Case No. 3:17-cv-03301-EMC

34556\6082090.1

1  <u>**PROOF OF SERVICE**</u>

2  **STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

3       At the time of service, I was over 18 years of age and not a party to this action.  I am
   employed in the County of San Francisco, State of California.  My business address is 235
4  Montgomery Street, 17th Floor, San Francisco, CA 94104.

5       On June 27, 2017, I served true copies of the following document(s) described as
   **EXHIBIT T TO DECLARATION OF DEEPAK GUPTA IN SUPPORT OF PLAINTIFF'S**
6  **RENEWED MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO**
   **SHOW CAUSE RE PRELIMINARY INJUNCTION** on the interested parties in this action as
7  follows:

8                          Jonathan H. Blavin, Esq.
                           Rosemarie T. Ring, Esq.
9                            Laura K. Lin, Esq.
                           Nicholas D. Fram, Esq.
10                     MUNGER, TOLLES & OLSON LLP
                         560 Mission Street, 27th Floor
11                        San Francisco, CA 94105
                         Telephone: (415) 512-4000
12                       Facsimile: (415) 512-4077
                      E-Mail: jonathan.blavin@mto.com
13                          rose.ring@mto.com
                           laura.lin@mto.com
14                        nicholas.fram@mto.com

15

16       **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the
   document(s) to be sent from e-mail address msandoval@fbm.com to the persons at the e-mail
17  addresses listed in the Service List.  I did not receive, within a reasonable time after the
   transmission, any electronic message or other indication that the transmission was unsuccessful.

18       I declare under penalty of perjury under the laws of the State of California that the
   foregoing is true and correct.

19       Executed on June 27, 2017, at San Francisco, California.

20

21

22                                                  _____
                                                    Marissa Sandoval
23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

PROOF OF SERVICE –
Case No. 3:17-cv-03301-EMC                          2                          34556\6082090.1