1  JONATHAN H. BLAVIN (State Bar No. 230269)
   jonathan.blavin@mto.com
2  ROSEMARIE T. RING (State Bar No. 220769)
   rose.ring@mto.com
3  LAURA K. LIN (State Bar No. 281542)
   laura.lin@mto.com
4  NICHOLAS D. FRAM (State Bar No. 288293)
   nicholas.fram@mto.com
5  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
6  Twenty-Seventh Floor
   San Francisco, California 94105-2907
7  Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4077
8
9  Attorneys for LinkedIn Corporation

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13  hiQ Labs, Inc.,                    Case No. 17-cv-3301-EMC

14          Plaintiff,                 **PLAINTIFF LINKEDIN CORPORATION'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
15
        vs.
16
    LinkedIn Corporation,
17
            Defendant.
18

1    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-15 of the United States District Court for the Northern District of California, Plaintiff LinkedIn Corporation ("LinkedIn") hereby files its corporate disclosure statement and certification of interested entities or persons.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- LinkedIn is a wholly owned subsidiary of Microsoft Corporation ("Microsoft"). Microsoft is a publicly traded company. No person or entity owns more than 10% of Microsoft's outstanding common stock.
- The people currently serving on Microsoft's Board of Directors are: William H. Gates, III; John W. Thompson; Reid Hoffman; Teri L. List-Stoll; G. Mason Morfit; Satya Nadella; Charles H. Noski; Helmut Panke; Sandra E. Peterson; Charles W. Scharf; John W. Stanton; and Padmasree Warrior.
- As of this date, LinkedIn is unaware of any person or entity, other than the named parties, with a financial or other interest that could be substantially affected by the outcome of the proceeding.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED:  June 28, 2017              MUNGER, TOLLES & OLSON

                                    By:  */s/ Jonathan H. Blavin*
                                         JONATHAN H. BLAVIN

                                    Attorneys for LinkedIn Corportation

-1-