C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Deepak Gupta (State Bar No. 226991)
dgupta@fbm.com
Jeffrey G. Lau (State Bar No. 281629)
jlau@fbm.com
Rebecca H. Stephens (State Bar No. 299234)
rstephens@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Laurence H. Tribe* (State Bar No. 39441)
Carl M. Loeb University Professor and
Professor of Constitutional Law
Harvard Law School
1575 Massachusetts Avenue
Cambridge, Massachusetts 02138
Telephone: (617) 495-1767
*Admitted pro hac vice*

Attorneys for Plaintiff hiQ Labs, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LinkedIn, Corp.,<br><br>　　　　Defendant. | Case No. 3:17-cv-03301-EMC<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF HIQ LABS, INC.'S CORPORATE DISCLOSURE STATEMENT & CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>The Hon. Edward M. Chen<br><br>Hearing Date:<br>Time:<br>Trial Date:　　　　None Set |

ADMIN. MOTION TO FILE UNDER SEAL
PORTIONS OF PL.'S CORP. DISCLOSURE
STATEMENT & CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS –
Case No. 3:17-cv-03301-EMC

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

34556\6087609.1

Pursuant to the Northern District of California's Civil Local Rules 7-11 and 79-5(b), Plaintiff hiQ Labs, Inc. hereby brings this Administrative Motion to Seal Portions of hiQ Labs, Inc.'s Corporate Disclosure Statement & Certification of Interested Entities or Persons ("Statement").

"A party seeking to seal a document filed with the Court must (1) comply with Civil Local Rule 79-5; and (2) rebut the "strong presumption in favor of access" that applies to all court documents other than grand jury transcripts and pre-indictment warrant materials." *Icon-IP Pty Ltd. v. Specialized Bicycle Components, Inc.*, Case No. 12-cv-03844-JST, 2015 WL 984121, at *1 (N.D. Cal. Mar. 4, 2015) (quoting *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). To satisfy the first prong under Civil Local Rule 79-(b), a sealing order may issue if the document or portions of the document sought to be sealed "are privileged, protectable as a trade secret or otherwise entitled to protection under the law." Civil L.R. 79-5(b). "The request must be narrowly tailored to seek sealing only of sealable material." *Id.* To satisfy the second prong for documents that are not attached to dispositive motions, the party "need only make 'a particularized showing under the good cause standard of Rule 26(c)' to justify sealing the materials." *Icon-IP*, 201 WL 984121, at *1 (quoting *Kamakana*, 447 F.3d at 1180). "A court may, for good cause, keep documents confidential 'to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense.'" *Id.* (quoting Fed. R. Civ. P. 26(c)).

The Statement contains private third party information, which is legally protectable. As explained further in the accompanying Declaration of Deepak Gupta, disclosure of such private third party information would invade the privacy rights of such third parties and potentially cause annoyance, embarrassment, and/or undue burden on the third parties. *See Icon-IP*, 2015 WL 984121, at *2-*3 (granting motions to seal because disclosure of information would invade third parties' privacy rights). Therefore, hiQ respectfully requests to file the portions of the Statement identifying those who have a financial interest in the outcome of this litigation under seal.

ADMIN. MOTION TO FILE UNDER SEAL
PORTIONS OF PL.'S CORP. DISCLOSURE
STATEMENT & CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS –
Case No. 3:17-cv-03301-EMC

2

34556\6087609.1

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

1  Dated: June 30, 2017            FARELLA BRAUN + MARTEL LLP

3                                  By:    */s/ Deepak Gupta*
                                          Deepak Gupta

                                   Attorneys for Plaintiff hiQ Labs, Inc.

ADMIN. MOTION TO FILE UNDER SEAL PORTIONS OF PL.'S CORP. DISCLOSURE STATEMENT & CERTIFICATION OF INTERESTED ENTITIES OR PERSONS – Case No. 3:17-cv-03301-EMC

3

34556\6087609.1

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400