C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Deepak Gupta (State Bar No. 226991)
dgupta@fbm.com
Jeffrey G. Lau (State Bar No. 281629)
jlau@fbm.com
Rebecca H. Stephens (State Bar No. 299234)
rstephens@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Laurence H. Tribe* (State Bar No. 39441)
Carl M. Loeb University Professor and
Professor of Constitutional Law
Harvard Law School
1575 Massachusetts Avenue
Cambridge, Massachusetts 02138
Telephone: (617) 495-1767
*Admitted pro hac vice*

Attorneys for Plaintiff hiQ Labs, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LinkedIn, Corp.,<br><br>　　　　Defendant. | Case No. 3:17-cv-03301-EMC<br><br>**DECLARATION OF DEEPAK GUPTA IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF HIQ LABS, INC.'S CORPORATE DISCLOSURE STATEMENT & CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>The Hon. Edward M. Chen<br><br>Hearing Date:<br>Time:<br>Trial Date:　　　　None Set |

GUPTA DECL. ISO HIQ'S ADMIN. MOTION TO FILE UNDER SEAL PORTIONS OF PL.'S CORP. DISCLOSURE STATEMENT & CERTIFICATION OF INTERESTED ENTITIES OR PERSONS – Case No. 3:17-cv-03301-EMC

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

34556\6087656.1
34556\6087656.1

I, Deepak Gupta, declare as follows:

1. I am a partner with the law firm of Farella Braun + Martel LLP, attorneys of record for Plaintiff hiQ Labs, Inc. ("hiQ"). I have personal knowledge of the facts set forth below and if called as a witness I could and would competently testify to those facts.

2. Pursuant to Civil Local Rule 79-5(e), I submit this declaration in support of hiQ's Administrative Motion to Seal Portions of hiQ Labs, Inc.'s Corporate Disclosure Statement & Certification of Interested Entities or Persons ("Statement").

3. I have reviewed the Statement. Based on my review, the Statement contains confidential financial and business information of third parties, the disclosure of which could harm such third parties if disclosed to the public. hiQ is a small, non-public company that has numerous small investors, including individuals, none of whom is a party to these proceedings and many, if not all of whom, would prefer not to disclose to the public their personal investments. Such disclosure could result in annoyance, embarrassment, or undue burden on the third parties, as they may become subject to media attention or scrutiny as a result of this lawsuit. In addition, these third parties have a privacy interest in their own financial and business interests, the publication of which would invade such interests. The redactions proposed by hiQ are appropriate and have been narrowly tailored to best balance the need for public disclosure of court filings and for protecting this private financial and business information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 30, 2017, at San Francisco, California.

*/s/ Deepak Gupta*
Deepak Gupta

GUPTA DECL. ISO HIQ'S ADMIN. MOTION TO FILE UNDER SEAL PORTIONS OF PL.'S CORP. DISCLOSURE STATEMENT & CERTIFICATION OF INTERESTED ENTITIES OR PERSONS – Case No. 3:17-cv-03301-EMC

2

34556\6087656.1
34556\6087656.1

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400