1  C. Brandon Wisoff (State Bar No. 121930)
   bwisoff@fbm.com
2  Deepak Gupta (State Bar No. 226991)
   dgupta@fbm.com
3  Jeffrey G. Lau (State Bar No. 281629)
   jlau@fbm.com
4  Rebecca H. Stephens (State Bar No. 299234)
   rstephens@fbm.com
5  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
6  San Francisco, California 94104
   Telephone: (415) 954-4400
7  Facsimile: (415) 954-4480

8  Laurence H. Tribe* (State Bar No. 39441)
   Carl M. Loeb University Professor and
9  Professor of Constitutional Law
   Harvard Law School
10 1575 Massachusetts Avenue
   Cambridge, Massachusetts 02138
11 Telephone: (617) 495-1767
   *Admitted pro hac vice*
12
   Attorneys for Plaintiff hiQ Labs, Inc.
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16

17  hiQ Labs, Inc.                         | Case No. 3:17-cv-03301-EMC

18         Plaintiff,                      | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF HIQ LABS, INC.'S CORPORATE DISCLOSURE STATEMENT & CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

19         vs.

20  LinkedIn, Corp.,

21         Defendant.

22                                         | The Hon. Edward M. Chen

23                                         | Hearing Date:
                                           | Time:
24                                         | Trial Date:         None Set

25

26

27

28  [PROPOSED] ORDER GRANTING ADMIN.                               34556\6087640.1
    MOTION TO FILE UNDER SEAL PORTIONS OF
    PL.'S CORP. DISCLOSURE STATEMENT &
    CERTIFICATION OF INTERESTED ENTITIES OR
    PERSONS – Case No. 3:17-cv-03301-EMC

1   The Court has received Plaintiff's Administrative Motion to Seal Portions of hiQ Labs,
2  Inc.'s Administrative Motion to Seal Portions of hiQ Labs, Inc.'s Corporate Disclosure Statement
3  & Certification of Interested Entities or Persons ("Statement").  Because the Statement contains
4  material that is sealable pursuant to Local Rule 79-5, Plaintiff's Administrative Motion to File
5  Under Seal is GRANTED.
6  **IT IS SO ORDERED.**

8  DATED: _____

HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING ADMIN. MOTION TO FILE UNDER SEAL PORTIONS OF PL.'S CORP. DISCLOSURE STATEMENT & CERTIFICATION OF INTERESTED ENTITIES OR PERSONS – Case No. 3:17-cv-03301-EMC

2

34556\6087640.1