C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Deepak Gupta (State Bar No. 226991)
dgupta@fbm.com
Jeffrey G. Lau (State Bar No. 281629)
jlau@fbm.com
Rebecca H. Stephens (State Bar No. 299234)
rstephens@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Laurence H. Tribe* (State Bar No. 39441)
Carl M. Loeb University Professor and
Professor of Constitutional Law
Harvard Law School
1575 Massachusetts Avenue
Cambridge, Massachusetts 02138
Telephone: (617) 495-1767
*Admitted pro hac vice*

Attorneys for Plaintiff hiQ Labs, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LinkedIn, Corp.,<br><br>　　　　Defendant. | Case No. 3:17-cv-03301-EMC<br><br>**HIQ LABS, INC.'S CORPORATE DISCLOSURE STATEMENT & CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**<br><br>The Hon. Edward M. Chen<br><br>Hearing Date:<br>Time:<br>Trial Date:　　　　None Set |

HIQ LABS, INC.'S CORPORATE DISCLOSURE
STATEMENT & CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS
Case No. 3:17-cv-03301-EMC

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

34556\6077971.1

1  Pursuant to Fed. R. Civ. P. 7.1, the undersigned, counsel of record for Plaintiff hiQ Labs, Inc. ("hiQ"), certifies that hiQ has no parent corporation. CEB, Inc. owns more than 10% of hiQ's stock. CEB is a subsidiary of Gartner, Inc., a publicly-held corporation.

Pursuant to N.D. Cal. Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:



16. CEB, Inc., Shareholder

HIQ LABS, INC.'S CORPORATE DISCLOSURE
STATEMENT & CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS
Case No. 3:17-cv-03301-EMC

2

34556\6077971.1

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

1. ▰ ▰▰▰▰▰
2. ▰ ▰▰▰▰▰
3. ▰ ▰▰▰▰▰▰
4. ▰ ▰▰▰▰▰▰
5. ▰ ▰▰▰▰
6. ▰ ▰▰▰▰
7. 27.  Rob DeSantis, Shareholder
8. ▰ ▰▰▰
9. ▰ ▰▰▰▰▰▰▰
10. ▰ ▰▰▰▰▰
11. ▰ ▰▰▰▰
12. ▰ ▰▰▰▰▰▰▰▰
13. ▰ ▰▰▰▰
14. ▰ ▰▰▰▰▰▰
15. ▰ ▰▰▰▰
16. ▰ ▰▰▰▰
17. ▰ ▰▰▰▰
18. 38.  Chris Gagnon, hiQ Labs Board Observer
19. ▰ ▰▰▰▰▰▰
20. ▰ ▰▰▰▰▰
21. ▰ ▰▰▰
22. 42.  Genevieve Graves, hiQ Labs Chief Science Officer and Shareholder
23. ▰ ▰▰▰▰▰
24. ▰ ▰▰▰▰▰
25. ▰ ▰▰▰▰
26. ▰ ▰▰▰▰▰▰
27. ▰ ▰▰▰▰▰
28. ▰ ▰▰▰▰

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

HIQ LABS, INC.'S CORPORATE DISCLOSURE STATEMENT & CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. 3:17-cv-03301-EMC

3

34556\6077971.1

1    █ ███████████████
2   50.   Darren Kaplan, hiQ Labs Board Member and Shareholder
3   █ ██████████████████
4   █ ████████████████████████
5   █ ██████████████████
6   █ ███████████████
7   █ ████████████████████
8   █ ██████████████████
9   █ ██████████████████
10  █ ████████████████████
11  █ █████████████
12  █ ██████████████████
13  61.   Jesse Levin, hiQ Labs Board Member
14  █ ██████████████████
15  63.   Neil Lustig, hiQ Labs Board Member and Shareholder
16  █ ████████████████████████
17  █ ██████████████████████████████
18  █ ████████████
19  █ ████████████████████
20  █ ████████████████████████████████████████████████
21  █ ██████████████████████████████████
22  █ ██████████████████
23  █ ████████████████████
24  █ ████████████████████
25  █ ██████████████████
26  █ ██████████████████████████████████████
27  █ ████████████████████
28  █ ██████████████████

HIQ LABS, INC.'S CORPORATE DISCLOSURE
STATEMENT & CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS
Case No. 3:17-cv-03301-EMC

4

34556\6077971.1

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

77. Darin Medeiros, hiQ Labs VP of Sales, Marketing, and Operations and Shareholder

82. Dan Miller, hiQ Labs CTO and Shareholder

93. Ben Patch, hiQ Labs VP of Finance and Shareholder

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

HIQ LABS, INC.'S CORPORATE DISCLOSURE STATEMENT & CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. 3:17-cv-03301-EMC

5

34556\6077971.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25  129.  Mark Weidick, hiQ Labs CEO & Board Member
26
27
28  132.  Gary Vaynerchuk, hiQ Labs Board Member



HIQ LABS, INC.'S CORPORATE DISCLOSURE
STATEMENT & CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS
Case No. 3:17-cv-03301-EMC

6

34556\6077971.1

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

1 ████████████████████████████████████

2

3

Dated: June 30, 2017                    FARELLA BRAUN + MARTEL LLP

4

5                                         By:    */s/ Deepak Gupta*
                                                 Deepak Gupta
6

7                                         Attorneys for Plaintiff hiQ Labs, Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

HIQ LABS, INC.'S CORPORATE DISCLOSURE
STATEMENT & CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS
Case No. 3:17-cv-03301-EMC

34556\6077971.1