

June 30, 2017

*Filed Electronically via ECF system*

The Honorable Edward M. Chen
U.S. District Court Judge
Northern District of California
San Francisco Courthouse
Courtroom 5 - 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    <u>hiQ Labs, Inc. vs. LinkedIn Corp.</u>
               Case No. 3:17-cv-03301-EMC

Dear Judge Chen:

      Pursuant to the Court's June 29, 2017 Minute Entry (Dkt. 38), the parties hereby submit the attached stipulated agreement for the Court's review and approval.

Respectfully submitted,

| | |
|---|---|
| /s/ Deepak Gupta | /s/ Jonathan H. Blavin |
| Deepak Gupta | Jonathan H. Blavin |
| Attorney for Plaintiff hiQ Labs, Inc. | Attorney for Defendant LinkedIn Corp. |
| FARELLA BRAUN + MARTEL LLP | MUNGER, TOLLES & OLSON LLP |
| 235 Montgomery Street, 17th Floor | 560 Mission Street, 27th Floor |
| San Francisco, California 94104 | San Francisco, California 94105-2907 |
| Telephone: (415) 954-4400 | Telephone: (415) 512-4000 |
| Facsimile: (415) 954-4480 | Facsimile: (415) 512-4077 |



June 30, 2017
Page 2

## N.D. Cal. Civil Local Rule 5-1 Attestation

    I, Deepak Gupta, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with N.D. Cal. Civil Local Rule 5-1, I hereby attest that Jonathan H. Blavin concurred in the filing of this document.

                                       /s/ Deepak Gupta
                                       Deepak Gupta

34556\6087888.1