C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Deepak Gupta (State Bar No. 226991)
dgupta@fbm.com
Jeffrey G. Lau (State Bar No. 281629)
jlau@fbm.com
Rebecca H. Stephens (State Bar No. 299234)
rstephens@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Laurence H. Tribe* (State Bar No. 39441)
Carl M. Loeb University Professor and
Professor of Constitutional Law
Harvard Law School
1575 Massachusetts Avenue
Cambridge, Massachusetts 02138
Telephone: (617) 495-1767
*Admitted pro hac vice*

Attorneys for Plaintiff hiQ Labs, Inc.

COUNSEL FOR DEFENDANT LINKEDIN CORP. SHOWN ON PAGE 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> LinkedIn Corp., <br><br> Defendant. | Case No. 3:17-cv-03301-EMC <br><br> **STIPULATION AND *[PROPOSED]* ORDER RE: PLAINTIFF'S RENEWED MOTION FOR TEMPORARY RESTRAINING ORDER** <br><br> The Hon. Edward M. Chen <br><br> Trial Date: TBD |

STIPULATION AND PROPOSED ORDER
3:17-cv-03301-EMC

*Affiliation noted for identification purposes only.*

34556\6087891.1

Jonathan H. Blavin (State Bar No. 230269)
jonathan.blavin@mto.com
Rosemarie T. Ring (State Bar No. 220769)
Rose.ring@mto.com
Laura K. Lin (State Bar No. 281542)
Laura.lin@mto.com
Nicholas K. Fram (State Bar No. 288293)
nicholas.fram@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Defendant LinkedIn Corp.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND PROPOSED ORDER
3:17-cv-03301-EMC

2

34556\6087891.1

Pursuant to the Court's June 29, 2017 Minute Entry (Dkt. 38), Plaintiff hiQ Labs, Inc. ("hiQ") and Defendant LinkedIn Corporation ("LinkedIn") hereby stipulate as follows:

1. The parties have agreed to a standstill period that shall run through resolution of hiQ's motion for a preliminary injunction. During the standstill period, LinkedIn shall authorize hiQ to access and use public member profiles in a manner consistent with hiQ's current business model in terms of both the quantity and type of data being utilized. LinkedIn will not assert that hiQ's access to and use of the LinkedIn website during this standstill period was unauthorized. During the standstill period, hiQ will be able to access the LinkedIn site using the same technological means that it employed prior to LinkedIn's cease and desist letter, and LinkedIn will withdraw its current IP address blocks. If for any reason hiQ is unable to access LinkedIn's site at any time during the standstill period, hiQ can ask LinkedIn to rectify the situation and LinkedIn will promptly work toward restoring access.

2. The parties reserve all rights and arguments with respect to events and liabilities arising prior to the initiation of this litigation. The fact of the standstill period does not prejudice either party's arguments in the litigation, and neither side can use the standstill against the other party for any purpose in the litigation.

3. hiQ's Renewed Motion for a Temporary Restraining Order (Dkt. 23) will be converted to a motion for a preliminary injunction. The briefing, evidence, and exhibits already submitted with hiQ's Renewed Motion, LinkedIn's Opposition and hiQ's Reply, as well as the transcript from the June 29, 2017 hearing, shall become part of the current record on the preliminary injunction motion, as converted.

4. Each party may file a simultaneous brief of no more than 15 pages by close of business (5:00 p.m.) on July 20, 2017 to supplement the record and to address any issues that a party may feel are important in light of the June 29, 2017 hearing.

5. Each party may then file a simultaneous reply brief of no more than 15 pages by close of business (5:00 p.m.) on July 27, 2017.

6. The Parties are still meeting and conferring about a proposed hearing date and will file

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND PROPOSED ORDER   3
3:17-cv-03301-EMC

34556\6087891.1

1 an additional stipulation with the Court on or before July 7, 2017 selecting a date, subject to the
2 Court's availability and approval, for the hearing on Plaintiff's motion for a preliminary
3 injunction.

**IT IS SO STIPULATED.**

Dated: June 30, 2017                        FARELLA BRAUN + MARTEL LLP

By: /s/ Deepak Gupta
    C. Brandon Wisoff (SBN 121930)
    bwisoff@fbm.com
    Deepak Gupta (SBN 226991)
    dgupta@fbm.com
    Jeffrey G. Lau (SBN 281629)
    jlau@fbm.com
    Rebecca H. Stephens (SBN 299234)
    rstephens@fbm.com
    Farella Braun + Martel LLP
    235 Montgomery Street
    San Francisco, California 94104
    Telephone: (415) 954-4400
    Fax: (415) 954-4480

*Attorneys for Plaintiff hiQ Labs, Inc.*

Dated: June 30, 2017                        MUNGER, TOLLES & OLSON LLP

By: /s/ Jonathan H. Blavin
    Jonathan H. Blavin (SBN 230269)
    jonathan.blavin@mto.com
    Rosemarie T. Ring (SBN 220769)
    Rose.ring@mto.com
    Laura K. Lin (SBN 281542)
    Laura.lin@mto.com
    Nicholas K. Fram (SBN 288293)
    nicholas.fram@mto.com
    MUNGER, TOLLES & OLSON LLP
    560 Mission Street, 27th Floor
    San Francisco, California 94105-2907
    Telephone:(415) 512-4000
    Facsimile: (415) 512-4077

*Attorneys for Defendant LinkedIn Corp.*

### N.D. Cal. Civil Local Rule 5-1 Attestation

I, Deepak Gupta, am the ECF user whose credentials were utilized in the electronic filing

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

of this document. In accordance with N.D. Cal. Civil Local Rule 5-1, I hereby attest that Jonathan H. Blavin concurred in the filing of this document.

                                                     /s/ Deepak Gupta
                                                     Deepak Gupta

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____ _____
                                                                                    The Hon. Edward M. Chen

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND PROPOSED ORDER
3:17-cv-03301-EMC

5

34556\6087891.1