United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIQ LABS, INC.,<br><br>   Plaintiff,<br><br>  v.<br><br>LINKEDIN CORPORATION,<br><br>   Defendant. | Case No. 17-cv-03301-EMC<br><br>**ORDER RE STANDSTILL AGREEMENT**<br><br>Docket No. 44 |

On June 29, 2017, the Court held a hearing on Plaintiff hiQ's request for a temporary restraining order. After the hearing, the parties stipulated to a standstill agreement pending the resolution of hiQ's motion for a preliminary injunction. The Court **APPROVES** the parties' agreement, subject to the following revisions:

The parties shall file simultaneous supplemental briefs of no more than twenty (20) pages by 5:00 p.m., July 20, 2017. In addition to the issues raised at the hearing, and any other issues the parties wish to clarify, the parties should address whether, if the CFAA applies based only on a party's revocation of permission to access a computer, such revocation constitutes state action for the purposes of a claim under the U.S. Constitution.

The parties may not file any further reply after these supplemental briefs. The Court will hold a hearing on hiQ's motion for a preliminary injunction on July 27, 2017 at 1:30 p.m.

This order disposes of Docket No. 44.

**IT IS SO ORDERED**.

Dated: July 3, 2017

_____
EDWARD M. CHEN
United States District Judge