DONALD B. VERRILLI, JR. (*pro hac vice application pending*)
donald.verrilli@mto.com
MUNGER, TOLLES & OLSON LLP
1155 F Street, NW
Washington, D.C.  20004
Telephone:   (202) 220-1100
Facsimile:    (202) 220-2300

JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
ROSEMARIE T. RING (State Bar No. 220769)
rose.ring@mto.com
LAURA K. LIN (State Bar No. 281542)
laura.lin@mto.com
NICHOLAS D. FRAM (State Bar No. 288293)
nicholas.fram@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:   (415) 512-4000
Facsimile:    (415) 512-4077

Attorneys for LinkedIn Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>  Plaintiff,<br><br>  vs.<br><br>LinkedIn Corporation,<br><br>  Defendant. | Case No. 17-CV-03301-EMC<br><br>**SUPPLEMENTAL DECLARATION OF PAUL ROCKWELL IN SUPPORT OF LINKEDIN CORPORATION'S SUPPLEMENTAL BRIEF IN OPPOSITION TO HIQ'S MOTION FOR A PRELIMINARY INJUNCTION** |

I, Paul Rockwell, declare as follows:

1. I have worked at LinkedIn for five years and am currently head of the Trust & Safety organization at LinkedIn. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could competently testify to them. I submit this supplemental declaration in opposition to hiQ's motion for a preliminary injunction.

### "Do Not Broadcast" LinkedIn Setting

2. LinkedIn's platform allows members to update their profiles at any time. For example, a member can add a new employer, position, or skill.

3. As I explained in my June 2017 declaration, when a member updates the information in his or her profile, LinkedIn lets that member choose whether to broadcast that change on LinkedIn. If a member decides that he or she does not want to broadcast changes to his or her profile, that member can click on a radio button and make that choice. If a member elects to employ this "Do Not Broadcast" setting, then any changes that the member makes to his or her profile will be visible, but the fact that the member made a change will not be broadcast to his or her LinkedIn connections or to anyone.

4. I am informed that LinkedIn implemented this feature over seven years ago (in the 2009-2010 timeframe) in response to feedback from LinkedIn members who were hesitant to update their profiles for fear that their co-workers or employers would suspect they were searching for a new job or otherwise thinking of leaving their current jobs.

5. LinkedIn offers members the ability to elect this "Do Not Broadcast" setting in numerous places. First, LinkedIn members can go into their privacy settings and select this feature at any time, as demonstrated by the screenshot below:

**Sharing profile edits**   Close

Choose whether your network is notified about profile changes   No

Do you want to share your profile changes with your network?
Your network may see when you change your profile, make recommendations, or follow companies.

No ⚪

-1-

6. Second, LinkedIn provides members the option of electing the "Do Not Broadcast" feature in real-time anytime the member goes to make a change to his or her profile, by surfacing the feature directly in the dialog box in which the member makes profile changes, as demonstrated in the screenshots below regarding experience, education, and honors:

**Add education**                                                                                                            ✕

School

[🏛]

Degree

Field of study

Grade

Activities and societies

*Ex: Alpha Phi Omega, Marching Band, Volleyball*

Time period

From Year                                          To Year (or expected)

Year    ▼                                          Year    ▼

Description

Media
Add or link to external documents, photos, sites, videos, and presentations.

[Upload]   [Link]

ⓘ Supported formats

**Share profile changes**
No  ⚪
If enabled, your network may see this change.

[Save]

[Screenshot of LinkedIn "Add honors & awards" dialog with fields for Title, Associated with, Issuer, Month, Year, Description, and a "Share profile changes" toggle set to No, with a Save button.]

7. Many LinkedIn members have taken advantage of this privacy feature. Over 50 million LinkedIn members at some point have elected to employ the "Do Not Broadcast" feature.

8. Of the 142 million members who updated their profiles in the last year, 28 million currently employ the "Do Not Broadcast" privacy setting—which is approximately 20% of these members.

9. I understand that hiQ identifies its current customers as including eBay, Capital One, and GoDaddy. I also understand that hiQ identifies potential customers as Bank of New York Mellon, Chevron, Groupon, Honeywell, IBM, Visier, and Jobvite. A substantial number of LinkedIn members that work for these companies have taken advantage of this privacy setting.

10. The table below demonstrates the number of LinkedIn members that: (1) work for one of the potential or actual hiQ customers listed above; (2) have their profiles set to "public";

-4-

and (3) have elected to employ the "Do Not Broadcast" setting. As shown below, over 25% of the employees of hiQ's three current customers with LinkedIn public profiles (over 15,000) currently employ the "Do Not Broadcast" setting.

| hiQ actual or potential customer | Number of LinkedIn members with profiles set to "Public" | Number of those LinkedIn members that have chosen "Do Not Broadcast" setting | Percentage that have chosen "Do Not Broadcast" setting |
|---|---|---|---|
| BNY Mellon | 31,241 | 5,983 | 19.2% |
| Capital One* | 36,690 | 10,118 | 27.6% |
| Chevron | 53,724 | 7,259 | 13.5% |
| eBay* | 15,039 | 4,492 | 29.9% |
| GoDaddy* | 4,365 | 1,169 | 26.8% |
| Groupon | 10,196 | 2,568 | 25.2% |
| Honeywell | 39,186 | 6,100 | 15.6% |
| IBM | 410,805 | 68,963 | 16.8% |
| Jobvite | 411 | 100 | 24.3% |
| Visier | 211 | 111 | 52.6% |

* Identified as an actual hiQ customer.

### Members Tickets

11. LinkedIn receives complaints from members who find information on other websites that they had previously posted to their LinkedIn profiles. In the past two years, LinkedIn has received dozens of such complaints.

12. Attached as Exhibit A is a true and correct copy of a complaint submitted by a LinkedIn member on June 15, 2017. Personally identifying information has been redacted. The member asked why a third party was "allowed to harvest and republish" his LinkedIn data and asked LinkedIn "[w]hat protection do you offer LinkedIn members?" Below is a screenshot of part of the complaint:

> Your Question : Why is holaconnect.com allowed to harvest and republish our data? Because they have a LinkedIn profile, they can harvest easily. Are they selling it? Spamming us? What protection do you offer LinkedIn members? Or do you encourage their use of our data? Thanks

13. Attached as Exhibit B is a true and correct copy of a complaint submitted by a LinkedIn member on June 6, 2017. Personally identifying information has been redacted. The member was frustrated that the member had deleted certain profile information and changed his privacy settings to make certain other profile information private, but saw that this information had been scraped from LinkedIn and appeared elsewhere on the Internet. He complained that

-5-
CASE NO. 17-CV-3301-EMC
ROCKWELL SUPP. DECL. ISO LINKEDIN'S SUPP. BRIEF IN OPP. TO PI

1  "these kind of things create a lack of confidence in using [L]inkedIn." Below is a screenshot of

2  part of the complaint:

> Your Question : Good morning, I would like to inform you that there's a site (based in France) called yatedo.com that takes a copy of the informations published on linkedin and let them visible on their website even when we change our privacy setting. Here's my personal case: Firstly I had a public profile on linkedin showing the most part of my cv. Then I decided (for professional reasons) to hide part of my personal information so I changed my privacy setting and I deleted part of my working experience from my account. Unfortunately I found out that all the informations I tried to make not visible were still available on the net on yatedo.com. I know that is not up to you to solve this issue but please consider that these kind of things create a lack of confidence in using linkedin Thanks

14.  Attached as Exhibit C is a true and correct copy of a complaint submitted by a LinkedIn member on February 13, 2017. Personally identifying information has been redacted. The member complained that he had found his "outdated information" that he had posted to LinkedIn on another website "without the consent of the user[]." Below is a screenshot of part of the complaint:

> Your Question : Hi, I recently was let know by a friend that Rocketreach site carried information that I had on my linked in profile previously and displayed it unprotected. https://rocketreach[...] I will choose to keep what I want in my linkedin profile (either private or public) which is my choice and I will modify my profile when I want to. I could have even changed my profile details and modified my settings on linkedin. But it is not right for Rocketreach to display the information I previously carried on my Linkedin profile. How does Rocketreach get the permission to display my information to everyone without my authorization. I see this as a very serious privacy violation and what is Linkedin's stand on Other providers using APIs to gather information from Linkedin Profile and displaying outdated information without the consent of the users. It defeats the purpose of updating my linkedin profile and making details private. Thanks,

**Restrictions for User Agreement Violations**

15.  As head of the Trust & Safety organization, I am also familiar with how people become members of LinkedIn and consent to the LinkedIn User Agreement. When prospective members sign up for a LinkedIn account, either through desktop computer access or LinkedIn's mobile website or app, they must agree to LinkedIn's User Agreement.

16.  In the LinkedIn User Agreement, LinkedIn provides that it "reserves the right to restrict, suspend, or terminate" that person or entity's access to LinkedIn, as provided in Section 3.4 of the of the User Agreement (the operative versions of the User Agreement are attached as Exhibits A and B to my June 2017 declaration).

17.  LinkedIn takes violations of its User Agreement very seriously. LinkedIn has restricted over 11 million accounts for engaging in behavior violating the User Agreement including scraping, fraud, and spamming.

18.  When LinkedIn restricts a member's account, sometimes it will also implement an IP address block, which prevents anybody from accessing LinkedIn's computers from a specific

1 | IP address.

2 | 19.  As described in my June 2017 declaration, LinkedIn utilizes numerous methods to
3 | restrict access to LinkedIn by non-members, including IP address blocks.

4 | 20.  "IP" stands for "Internet protocol."  An IP address is a unique sequence of integers
5 | or letters that identifies a computer when that computer is communicating over the Internet (or
6 | some other network of computers).  Any computer connected to the Internet must have a unique IP
7 | address while it is connected to the Internet.

8 | 21.  Business entities generally have IP addresses that remain static.  This means that
9 | computers connected to the Internet from a given business generally will keep the same IP address
10 | each time those computers access the Internet.

11 | 22.  Because LinkedIn's servers receive the IP addresses of computers sending calls to
12 | LinkedIn's servers, LinkedIn can program its servers to block calls originating from specific IP
13 | addresses.  When LinkedIn does this, LinkedIn's servers will not return information, but will
14 | return an error message.  In this way, LinkedIn has the ability to block all requests to its servers
15 | originating from specific IP addresses.

16 | 23.  In order for a business entity to access LinkedIn's computers after confronting an
17 | IP block, that business entity must determine a way to circumvent the IP block.  In other words, it
18 | must use an IP address that is different from those that the business normally uses, or must
19 | otherwise make its requests to LinkedIn's servers look like they are coming from other computers
20 | by using proxy servers or other masking techniques.

21 | I declare under penalty of perjury under the laws of the United States of America and the
22 | State of California that the foregoing is true and correct.

24 | Executed on July 20, 2017 at Sunnyvale, California.

_____
Paul Rockwell

-7-

# EXHIBIT A

**Member** (06/15/2017 11:26 CST)

Email: : ██████@██████.com

Alternate Email: :

Issue Type : Profile

In Which App or Site? : LinkedIn (Website)

On What Device? : Not Device Specific

Your Question : Why is holaconnect.com allowed to harvest and republish our data? Because they have a LinkedIn profile, they can harvest easily. Are they selling it? Spamming us? What protection do you offer LinkedIn members? Or do you encourage their use of our data? Thanks

# EXHIBIT B

Your LinkedIn Customer Experience Team

*** This message is automatically generated by our system to show we've received your case. ***

### Member (06/06/2017 04:31 CST)

Email: : ▮▮▮▮▮▮▮@gmail.com

Alternate Email: :

Issue Type : Privacy/Abuse

In Which App or Site? : LinkedIn (Website)

On What Device? : Not Device Specific

Your Question : Good morning, I would like to inform you that there's a site (based in France) called yatedo.com that takes a copy of the informations published on linkedin and let them visible on their website even when we change our privacy setting. Here's my personal case: Firstly I had a public profile on linkedin showing the most part of my cv. Then I decided (for professional reasons) to hide part of my personal information so I changed my privacy setting and I deleted part of my working experience from my account. Unfortunately I found out that all the informations I tried to make not visible were still available on the net on yatedo.com. I know that is not up to you to solve this issue but please consider that these kind of things create a lack of confidence in using linkedin Thanks ▮▮▮▮▮▮▮

# EXHIBIT C

**Auto-Response** (02/13/2017 22:41 CST)

Thanks for contacting us. Someone from our support team will get back to you as soon as possible.

Regards,

Your LinkedIn Customer Experience Team

*** This message is automatically generated by our system to show we've received your case. ***

**Member** (02/13/2017 22:41 CST)

Email: : ▓▓▓▓▓▓▓@gmail.com

ta_group :

Your Question : Hi, I recently was let know by a friend that Rocketreach site carried information that I had on my linked in profile previously and displayed it unprotected. https://rocketreach.co▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I will choose to keep what I want in my linkedin profile (either private or public) which is my choice and I will modify my profile when I want to. I could have even changed my profile details and modified my settings on linkedin. But it is not right for Rocketreach to display the information I previously carried on my Linkedin profile. How does Rocketreach get the permission to display my information to everyone without my authorization. I see this as a very serious privacy violation and what is Linkedin's stand on Other providers using APIs to gather information from Linkedin Profile and displaying outdated information without the consent of the users. It defeats the purpose of updating my linkedin profile and making details private. Thanks, ▓▓▓.