1  JONATHAN H. BLAVIN (State Bar No. 230269)
   jonathan.blavin@mto.com
2  ROSEMARIE T. RING (State Bar No. 220769)
   rose.ring@mto.com
3  LAURA K. LIN (State Bar No. 281542)
   laura.lin@mto.com
4  NICHOLAS D. FRAM (State Bar No. 288293)
   nicholas.fram@mto.com
5  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th Floor
6  San Francisco, California  94105
   Telephone:     (415) 512-4000
7  Facsimile:     (415) 512-4077

8  *Attorneys for Defendant LinkedIn Corporation*

9  *Counsel for hiQ Labs, Inc. Shown on Next Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| hiQ Labs, Inc., | Case No. 17-CV-03301-EMC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER PURSUANT TO CIVIL LOCAL RULE 6-2 EXTENDING DEADLINE FOR LINKEDIN CORPORATION TO RESPOND TO THE COMPLAINT** |
| vs. | |
| LinkedIn Corporation, | |
| Defendant. | Judge:   Hon. Edward M. Chen |

1  C. Brandon Wisoff (State Bar No. 121930)
   bwisoff@fbm.com
2  Deepak Gupta (State Bar No. 226991)
   dgupta@fbm.com
3  Jeffrey G. Lau (State Bar No. 281629)
4  jlau@fbm.com
   Rebecca H. Stephens (State Bar No. 299234)
5  rstephens@fbm.com
   FARELLA BRAUN + MARTEL LLP
6  235 Montgomery Street, 17th Floor
7  San Francisco, California 94104
   Telephone:     (415) 954-4400
8  Facsimile:     (415) 954-4480

9  Laurence H. Tribe* (*Pro hac vice*)
   Carl M. Loeb University Professor and
10 Professor of Constitutional Law
   Harvard Law School
11 1575 Massachusetts Avenue
12 Cambridge, Massachusetts 02138
   Telephone:     (617) 495-1767
13
   *Attorneys for Plaintiff hiQ Labs, Inc.*
14

15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Affiliation noted for identification purposes only

1 **STIPULATION AND [PROPOSED] ORDER**

2   WHEREAS, Plaintiff hiQ Labs, Inc. ("hiQ") filed the complaint in this action against

3 Defendant LinkedIn Corporation ("LinkedIn") on June 7, 2017 (ECF No. 1) and served LinkedIn

4 on June 8, 2017 (ECF No. 22);

5   WHEREAS, on June 27, 2017, pursuant to stipulation, the Court extended LinkedIn's

6 deadline to answer or otherwise respond to the complaint to and including July 31, 2017 (ECF No.

7 32);

8   WHEREAS, hiQ's motion for a preliminary injunction is currently pending before the

9 court (ECF Nos. 23, 45);

10   WHEREAS, further extending LinkedIn's deadline to answer or otherwise respond to the

11 complaint will conserve judicial resources and the resources of the parties;

12   THEREFORE, for good cause, LinkedIn and hiQ hereby stipulate that LinkedIn's deadline

13 to answer or otherwise respond to the complaint is extended to and including thirty (30) days from

14 the Court's ruling on hiQ's motion for a preliminary injunction.

15

16 **IT IS SO STIPULATED.**

17 DATED:  July 24, 2017

18                    By:    */s/ Jonathan H. Blavin*
19                           Jonathan H. Blavin (SBN 230269)
                              jonathan.blavin@mto.com
20                           Rosemarie T. Ring (SBN 220769)
                              rose.ring@mto.com
21                           Laura K. Lin (SBN 281542)
                              laura.lin@mto.com
22                           Nicholas K. Fram (SBN 288293)
                              nicholas.fram@mto.com
23                           MUNGER, TOLLES & OLSON LLP
24                           560 Mission Street, 27th Floor
                              San Francisco, California 94105
25                           Telephone:    (415) 512-4000
                              Facsimile:    (415) 512-4077
26

27                           *Attorneys for Defendant LinkedIn Corporation*

28

DATED: July 24, 2017

By:    */s/ Deepak Gupta*
C. Brandon Wisoff (SBN 121930)
bwisoff@fbm.com
Deepak Gupta (SBN 226991)
dgupta@fbm.com
Jeffrey G. Lau (SBN 281629)
jlau@fbm.com
Rebecca H. Stephens (SBN 299234)
rstephens@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

*Attorneys for Plaintiff hiQ Labs, Inc.*

**N.D. Cal. Civil Local Rule 5-1 Attestation**

I, Jonathan H. Blavin, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with N.D. Cal. Civil Local Rule 5-1, I hereby attest that Deepak Gupta concurred in the filing of this document.

   */s/ Jonathan H. Blavin*
Jonathan H. Blavin

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2017

_____
The Honorable Edward M. Chen

-4-  CASE. NO. 17-CV-03301-EMC
STIPULATION AND PROPOSED ORDER