JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
ROSEMARIE T. RING (State Bar No. 220769)
rose.ring@mto.com
LAURA K. LIN (State Bar No. 281542)
laura.lin@mto.com
NICHOLAS D. FRAM (State Bar No. 288293)
nicholas.fram@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California  94105
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

*Attorneys for Defendant LinkedIn Corporation*

*Counsel for hiQ Labs, Inc. Shown on Next Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc., | Case No. 17-CV-03301-EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER PURSUANT TO CIVIL LOCAL RULE 6-2 EXTENDING DEADLINE FOR LINKEDIN CORPORATION TO RESPOND TO THE COMPLAINT** |
| vs. | |
| LinkedIn Corporation, | |
| Defendant. | Judge:    Hon. Edward M. Chen |

C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Deepak Gupta (State Bar No. 226991)
dgupta@fbm.com
Jeffrey G. Lau (State Bar No. 281629)
jlau@fbm.com
Rebecca H. Stephens (State Bar No. 299234)
rstephens@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone:     (415) 954-4400
Facsimile:     (415) 954-4480

Laurence H. Tribe* (*Pro hac vice*)
Carl M. Loeb University Professor and
Professor of Constitutional Law
Harvard Law School
1575 Massachusetts Avenue
Cambridge, Massachusetts 02138
Telephone:     (617) 495-1767

*Attorneys for Plaintiff hiQ Labs, Inc.*

*\*Affiliation noted for identification purposes only*

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, Plaintiff hiQ Labs, Inc. ("hiQ") filed the complaint in this action against Defendant LinkedIn Corporation ("LinkedIn") on June 7, 2017 (ECF No. 1) and served LinkedIn on June 8, 2017 (ECF No. 22);

WHEREAS, on June 27, 2017, pursuant to stipulation, the Court extended LinkedIn's deadline to answer or otherwise respond to the complaint to and including July 31, 2017 (ECF No. 32);

WHEREAS, hiQ's motion for a preliminary injunction is currently pending before the court (ECF Nos. 23, 45);

WHEREAS, further extending LinkedIn's deadline to answer or otherwise respond to the complaint will conserve judicial resources and the resources of the parties;

THEREFORE, for good cause, LinkedIn and hiQ hereby stipulate that LinkedIn's deadline to answer or otherwise respond to the complaint is extended to and including thirty (30) days from the Court's ruling on hiQ's motion for a preliminary injunction.

**IT IS SO STIPULATED.**

DATED:  July 24, 2017

By:      */s/ Jonathan H. Blavin*
_____
Jonathan H. Blavin (SBN 230269)
jonathan.blavin@mto.com
Rosemarie T. Ring (SBN 220769)
rose.ring@mto.com
Laura K. Lin (SBN 281542)
laura.lin@mto.com
Nicholas K. Fram (SBN 288293)
nicholas.fram@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

*Attorneys for Defendant LinkedIn Corporation*

DATED:  July 24, 2017

By:  _____*/s/ Deepak Gupta*_____
C. Brandon Wisoff (SBN 121930)
bwisoff@fbm.com
Deepak Gupta (SBN 226991)
dgupta@fbm.com
Jeffrey G. Lau (SBN 281629)
jlau@fbm.com
Rebecca H. Stephens (SBN 299234)
rstephens@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone:     (415) 954-4400
Facsimile:     (415) 954-4480

*Attorneys for Plaintiff hiQ Labs, Inc.*

**N.D. Cal. Civil Local Rule 5-1 Attestation**

I, Jonathan H. Blavin, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with N.D. Cal. Civil Local Rule 5-1, I hereby attest that Deepak Gupta concurred in the filing of this document.

_____*/s/ Jonathan H. Blavin*_____
Jonathan H. Blavin

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____7 / 25_____, 2017

The Honora...

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA