C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Deepak Gupta (State Bar No. 226991)
dgupta@fbm.com
Jeffrey G. Lau (State Bar No. 281629)
jlau@fbm.com
Rebecca H. Stephens (State Bar No. 299234)
rstephens@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Laurence H. Tribe* (State Bar No. 39441)
Carl M. Loeb University Professor and
Professor of Constitutional Law
Harvard Law School
1575 Massachusetts Avenue
Cambridge, Massachusetts 02138
Telephone: (617) 495-1767
*Admitted pro hac vice*

Attorneys for Plaintiff hiQ Labs, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LinkedIn, Corp.,<br><br>　　　　　Defendant. | Case No. 3:17-cv-03301-EMC<br><br>**SUPPLEMENTAL DECLARATION OF DEEPAK GUPTA IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>The Hon. Edward M. Chen<br><br>Date:　　July 27, 2017<br>Time:　　1:30 P.M.<br>Location: Courtroom 5, 17th Floor<br>　　　　　450 Golden Gate Ave.<br>　　　　　San Francisco, CA 94102 |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

SUPPLEMENTAL GUPTA DECL. ISO
PLAINTIFF'S MOTION FOR PRELIMINARY
INJUNCTION – Case No. 3:17-cv-03301-EMC

*Affiliation noted for identification purposes only.
34556\6125347.1

I, Deepak Gupta, declare as follows:

1. I am a partner with the law firm of Farella Braun + Martel LLP, attorneys of record for Plaintiff hiQ Labs, Inc. ("hiQ"). I have personal knowledge of the facts set forth below and if called as a witness I could and would competently testify to those facts.

2. I submit this declaration solely to include in the official record the two exhibits that I handed to the Court and opposing counsel during the preliminary injunction hearing on July 27, 2017 and that were discussed at that hearing. Both exhibits are materials that are publicly available and readily accessible on LinkedIn's website.

3. Attached as Exhibit EE is a true and correct copy of the "Recruiting & Candidate Search Tool" page from LinkedIn's website, https://business.linkedin.com/talent-solutions/recruiter/recruiter-datasheet (accessed Jul. 26, 2017).

4. Attached as Exhibit FF is a true and correct copy of the "LinkedIn Recruiter Tip: Use Update Me to Know When to Reach Out to Prospects" page from LinkedIn's website, https://business.linkedin.com/talent-solutions/blog/2015/04/linkedin-recruiter-tip-use-update-me-to-know-when-to-reach-out-to-prospects (accessed Jul. 26, 2017).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 28, 2017, at San Francisco, California.

                                                  */s/ Deepak Gupta*
                                                  Deepak Gupta

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

SUPPLEMENTAL GUPTA DECL. ISO
PLAINTIFF'S MOTION FOR PRELIMINARY
INJUNCTION – Case No. 3:17-cv-03301-EMC

2

34556\6125347.1

*hiQ Labs, Inc. v. LinkedIn Corp.*
Case No. 3:17-cv-03301 EMC

**Supplemental Declaration of Deepak Gupta In Support Of Plaintiff's Motion for Preliminary Injunction**

# EXHIBIT EE

 Talent Solutions



# Recruiting & Candidate Search Tool

The candidate search tool to find the perfect hire. Even if they're not looking for a career move:

- Zero in on the right person with 20+ Premium search filters
- View full profiles for the entire LinkedIn network – all 500M+ members
- Contact anyone with 150 InMail messages per month per team member
- Easily and collaboratively manage your pipeline
- See what your team's up to with powerful reporting and analytics tools
- Source on the go with Recruiter Mobile, the iPhone and Android app

Download the Recruiter datasheet to learn more.

AutoFill with **LinkedIn**

First name*

Last name*

Company*

| Email* |
|---|

| Phone number* |
|---|

| United States |
|---|

| State/Province* |
|---|

| Your role* |
|---|

| Interested in a product demonstration?* |
|---|

Download now

Required fields*

We may use the data you provide to contact you with information about LinkedIn products. We do not share your personal data with advertisers. To learn more, see LinkedIn's Privacy Policy

## Some of our happy customers





View more business solutions

About

Cookie Policy

Privacy Policy

User Agreement

Sitemap

LinkedIn © LinkedIn Corporation 2017



*hiQ Labs, Inc. v. LinkedIn Corp.*
Case No. 3:17-cv-03301 EMC

**Supplemental Declaration of Deepak Gupta In Support Of Plaintiff's Motion for Preliminary Injunction**

# EXHIBIT FF

34468\6041969.1

Talent Blog                    Recent Posts   Popular Posts   Topics        | Subscribe to the Blog

# LinkedIn Recruiter Tip: Use Update Me to Know When to Reach Out to Prospects

Sankar Venkatraman   April 28, 2015          Share  672        Tweet    Like 1    G+



Every enhancement we make to our flagship product, LinkedIn Recruiter, is driven by our goal to make lives easier for recruiters like you. You may have missed some of the features we have introduced recently and the goal of this tips column is to spotlight a few of those for you.

One of these features is Update Me, a functionality designed to do three things:

1. Keep you abreast of what's going on in the professional lives of candidates that are of interest to you (you can get updates on up to 150 of them).
2. Alert you when prospects make changes to their profiles so that you can use those as signals to reach out at just the right moment.
3. Give you personalized information to make your conversations with those targets more productive.

Essentially, Update Me allows you to gauge if candidates you're interested in are ready to make their next career move. So when they update their profile or celebrate a work anniversary – two indications they are more willing to talk with a recruiter – you'll receive an alert on your Recruiter homepage newsfeed.

That information also helps you stay clued in on targets over time and allows you to have more personalized, meaningful conversations with them when you do reach out. It's also one of the easiest tools to use, as it literally requires just one click of a button.

Talent Solutions   |   LinkedIn.com                                    Subscribe to the Blog

How does it work?

Okay, so how does this tool work?

First off, sign into LinkedIn Recruiter and find the profile of the person you'd like to follow. Once you do, you'll see a black bar titled "Recruiting Tools" on the right side of the screen.



On the left of that bar, you'll see a grey star – the "Follow" button. Hover over it with your cursor – it should turn the star blue – and click it. If you did it right, the star should turn white over a green background.



Congratulations, you're now following that person (you can follow up to 150 prospects). From now on, when they update their profile or celebrate a work anniversary, you'll receive an update on your homepage. And don't worry - they don't know you're following them.

Want to stop following someone? No problem. Just go back to their profile, uncheck the star and you'll no longer get updates from that person.

Remember, hiring is all about timing and the Update Me feature makes it easier for you to know when the timing is right. Happy recruiting!

*To receive blog posts like this one straight in your inbox,* subscribe to the blog newsletter.



Talent Solutions    LinkedIn.com                                              Subscribe to the Blog

Topics

**LinkedIn Product Tips,  Recruiting Tips**

Related story
The 9 Essential Qualities of Modern Recruiters

Related story
Get More Out of Interviews by Challenging Candidates to an Ignite Talk

Recent Posts    Popular Posts    Topics

LinkedIn Corporation © 2017    About    Cookie Policy    Privacy Policy    User Agreement

Talent Solutions | LinkedIn.com                              Subscribe to the Blog