C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Deepak Gupta (State Bar No. 226991)
dgupta@fbm.com
Jeffrey G. Lau (State Bar No. 281629)
jlau@fbm.com
Rebecca H. Stephens (State Bar No. 299234)
rstephens@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Laurence H. Tribe* (State Bar No. 39441)
Carl M. Loeb University Professor and
Professor of Constitutional Law
Harvard Law School
1575 Massachusetts Avenue
Cambridge, Massachusetts 02138
Telephone: (617) 495-1767
*Admitted pro hac vice*

Attorneys for Plaintiff hiQ Labs, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>LinkedIn, Corp.,<br><br>Defendant. | Case No. 3:17-cv-03301-EMC<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF HIQ LABS, INC.'S CORPORATE DISCLOSURE STATEMENT & CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>The Hon. Edward M. Chen<br><br>Hearing Date:<br>Time:<br>Trial Date:          None Set |

[PROPOSED] ORDER GRANTING ADMIN.
MOTION TO FILE UNDER SEAL PORTIONS OF
PL.'S CORP. DISCLOSURE STATEMENT &
CERTIFICATION OF INTERESTED ENTITIES OR
PERSONS – Case No. 3:17-cv-03301-EMC

34556\6087640.1

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

1  The Court has received Plaintiff's Administrative Motion to Seal Portions of hiQ Labs,
2  Inc.'s Administrative Motion to Seal Portions of hiQ Labs, Inc.'s Corporate Disclosure Statement
3  & Certification of Interested Entities or Persons ("Statement").  Because the Statement contains
4  material that is sealable pursuant to Local Rule 79-5, Plaintiff's Administrative Motion to File
5  Under Seal is GRANTED.
6  **IT IS SO ORDERED.**

8  DATED:  8/7/17

*IT IS SO ORDERED*
*Judge Edward M. Chen*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER GRANTING ADMIN. MOTION TO FILE UNDER SEAL PORTIONS OF PL.'S CORP. DISCLOSURE STATEMENT & CERTIFICATION OF INTERESTED ENTITIES OR PERSONS – Case No. 3:17-cv-03301-EMC

2

34556\6087640.1

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400