UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc., <br><br> Plaintiff(s) <br><br> v. <br><br> LinkedIn Corp., <br><br> Defendant(s) | Case No. C 17-cv-03301-EMC <br><br> ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

   (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

   (2) Discussed the available dispute resolution options provided by the Court and private entities; and

   (3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: August 24, 2017        Signed: _____ Party

Date: August 24, 2017        Signed: _____ Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert rev. 11-2016*