UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc. ,<br><br>    Plaintiff(s)<br>v.<br><br>LinkedIn Corp. ,<br><br>    Defendant(s) | Case No. C 17-cv-03301-EMC<br><br>NOTICE OF NEED FOR ADR PHONE CONFERENCE |

Counsel report that they have met and conferred regarding ADR and that they:

☒ have not yet reached an agreement to an ADR process OR

☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  September 14, 2017

The following counsel will participate in the ADR phone conference:

| Attorney Name & Party Representing | Phone & Email Address |
|---|---|
| Deepak Gupta<br>hiQ Labs, Inc. | 415-954-4419<br>dgupta@fbm.com |
| C. Brandon Wisoff<br>hiQ Labs, Inc. | 415-954-4449<br>bwisoff@fbm.com |
| Jonathan Blavin<br>LinkedIn Corp. | 415-512-4011<br>Jonathan.Blavin@mto.com |
| Nicholas Fram<br>LinkedIn Corp. | 415-512-4060<br>Nicholas.Fram@mto.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Date: August 24, 2017        Signed: /s/ Deepak Gupta
                                     Attorney for Plaintiff

Date: August 24, 2017        Signed: /s/ Jonathan Blavin
                                     Attorney for Defendant

*Important!* E-file this form in ECF using event name: "Notice of Need for ADR Phone Conference (ADR LR 3-5)."

*Form ADR-TC rev. 6-2016*