C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Deepak Gupta (State Bar No. 226991)
dgupta@fbm.com
Jeffrey G. Lau (State Bar No. 281629)
jlau@fbm.com
Rebecca H. Stephens (State Bar No. 299234)
rstephens@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Laurence H. Tribe* (State Bar No. 39441)
Carl M. Loeb University Professor and
Professor of Constitutional Law
Harvard Law School
1575 Massachusetts Avenue
Cambridge, Massachusetts 02138
Telephone: (617) 495-1767

Attorneys for Plaintiff hiQ Labs, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc., | Case No. 17-cv-03301-EMC |
| Plaintiff, | **DEMAND FOR JURY TRIAL** |
| vs. | The Hon. Edward M. Chen |
| LinkedIn Corp., | Trial Date: Not Set |
| Defendant. | |

Pursuant to Federal Rules of Civil Procedure 38, Plaintiff hiQ Labs, Inc. hereby demands a trial by jury on all issues so triable.

Dated: August 24, 2017            FARELLA BRAUN + MARTEL LLP

By:     */s/ Deepak Gupta*
         Deepak Gupta

Attorneys for Plaintiff hiQ Labs, Inc.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

Plaintiff hiQ's Demand for Jury Trial
Case No. 17-cv-03301-EMC

*Affiliation noted for identification purposes only.*