DONALD B. VERRILLI, JR. (*pro hac vice*)
donald.verrilli@mto.com
CHAD I. GOLDER (*pro hac vice application pending*)
chad.golder@mto.com
MUNGER, TOLLES & OLSON LLP
1155 F Street, NW
Washington, D.C.  20004
Telephone:     (202) 220-1100
Facsimile:     (202) 220-2300

JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
ROSEMARIE T. RING (State Bar No. 220769)
rose.ring@mto.com
NICHOLAS D. FRAM (State Bar No. 288293)
nicholas.fram@mto.com
ELIA HERRERA (State Bar No. 293278)
elia.herrera@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

Attorneys for LinkedIn Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>              Plaintiff,<br><br>       vs.<br><br>LinkedIn Corporation,<br><br>              Defendant. | Case No. 17-CV-03301-EMC<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**<br><br>**PRELIMINARY INJUNCTION APPEAL** |

## NOTICE OF APPEAL

Notice is hereby given that Defendant LinkedIn Corporation in the above-captioned action, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Court's Order Granting Plaintiff hiQ Labs, Inc.'s Motion for Preliminary Injunction entered in this action on August 14, 2017 (Dkt. No. 63), attached hereto as Exhibit A.

Defendant's Representation Statement, required by Ninth Circuit Rule 3-2(b), is attached to this Notice as Exhibit B.

DATED:  September 5, 2017

By:  */s/ Jonathan H. Blavin*
Jonathan H. Blavin (SBN 230269)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

Attorney for Defendant LinkedIn Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and a Notice of Electronic Filing was transmitted to counsel of record.

*/s/ Jonathan H. Blavin*
Jonathan H. Blavin

-1-