# EXHIBIT B

| | |
|---|---|
| 1 | DONALD B. VERRILLI, JR. (*pro hac vice*) |
| | donald.verrilli@mto.com |
| 2 | CHAD I. GOLDER (*pro hac vice application pending*) |
| | chad.golder@mto.com |
| 3 | MUNGER, TOLLES & OLSON LLP |
| | 1155 F Street, NW |
| 4 | Washington, D.C. 20004 |
| | Telephone: (202) 220-1100 |
| 5 | Facsimile: (202) 220-2300 |
| 6 | JONATHAN H. BLAVIN (State Bar No. 230269) |
| | jonathan.blavin@mto.com |
| 7 | ROSEMARIE T. RING (State Bar No. 220769) |
| | rose.ring@mto.com |
| 8 | NICHOLAS D. FRAM (State Bar No. 288293) |
| | nicholas.fram@mto.com |
| 9 | ELIA HERRERA (State Bar No. 293278) |
| | elia.herrera@mto.com |
| 10 | MUNGER, TOLLES & OLSON LLP |
| | 560 Mission Street |
| 11 | Twenty-Seventh Floor |
| | San Francisco, California 94105-2907 |
| 12 | Telephone: (415) 512-4000 |
| | Facsimile: (415) 512-4077 |
| 13 | |
| 14 | Attorneys for LinkedIn Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc., | Case No. 17-CV-03301-EMC |
| Plaintiff, | **REPRESENTATION STATEMENT** |
| vs. | |
| LinkedIn Corporation, | |
| Defendant. | |

Pursuant to Ninth Circuit Rule 3-2(b), Defendant LinkedIn Corporation provides the following list of the parties to this action as well as the names, addresses, and telephone numbers of their respective counsel:

1. Defendant LinkedIn Corporation is represented by:

   DONALD B. VERRILLI, JR. (*pro hac vice*)
   donald.verrilli@mto.com
   CHAD I. GOLDER (*pro hac vice application pending*)
   chad.golder@mto.com
   MUNGER, TOLLES & OLSON LLP
   1155 F Street, NW
   Washington, D.C. 20004
   Telephone: (202) 220-1100
   Facsimile: (202) 220-2300

   JONATHAN H. BLAVIN (State Bar No. 230269)
   jonathan.blavin@mto.com
   ROSEMARIE T. RING (State Bar No. 220769)
   rose.ring@mto.com
   NICHOLAS D. FRAM (State Bar No. 288293)
   nicholas.fram@mto.com
   ELIA HERRERA (State Bar. No. 293278)
   elia.herrera@mto.com
   MUNGER, TOLLES & OLSON LLP
   560 Mission Street
   Twenty-Seventh Floor
   San Francisco, California 94105-2907
   Telephone: (415) 512-4000
   Facsimile: (415) 512-4077

2. Plaintiff hiQ Labs, Inc. is represented by:

   C. Brandon Wisoff (State Bar No. 121930)
   bwisoff@fbm.com
   Deepak Gupta (State Bar No. 226991)
   dgupta@fbm.com
   Jeffrey G. Lau (State Bar No. 281629)
   jlau@fbm.com
   Rebecca H. Stephens (State Bar No. 299234)
   rstephens@fbm.com
   FARELLA BRAUN + MARTEL LLP
   235 Montgomery Street, 17th Floor
   San Francisco, California 94104
   Telephone: (415) 954-4400
   Facsimile: (415) 954-4480

   Laurence H. Tribe* (State Bar No. 39441)
   Carl M. Loeb University Professor and
   Professor of Constitutional Law

-1-

CASE NO. 17-CV-03301-EMC
REPRESENTATION STATEMENT

| | |
|---|---|
| 1 | Harvard Law School |
| 2 | 1575 Massachusetts Avenue |
|   | Cambridge, Massachusetts 02138 |
| 3 | Telephone: (617) 495-1767 |
|   | Admitted *pro hac vice* |
| 4 | |
|   | *Affiliation noted for identification purposes only* |
| 5 | |
|   | DATED: September 5, 2017 |

By:     */s/ Jonathan H. Blavin*
Jonathan H. Blavin (SBN 230269)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:    (415) 512-4000
Facsimile:     (415) 512-4077

Attorney for Defendant LinkedIn Corporation