| | |
|---|---|
| C. Brandon Wisoff (State Bar No. 121930) | DONALD B. VERRILLI, JR. (*pro hac vice*) |
| bwisoff@fbm.com | donald.verrilli@mto.com |
| Deepak Gupta (State Bar No. 226991) | CHAD GOLDER (*pro hac vice*) |
| dgupta@fbm.com | chad.golder@mto.com |
| Jeffrey G. Lau (State Bar No. 281629) | MUNGER, TOLLES & OLSON LLP |
| jlau@fbm.com | 1155 F Street, NW |
| Rebecca H. Stephens (State Bar No. 299234) | Washington, D.C. 20004 |
| rstephens@fbm.com | Telephone:   (202) 220-1100 |
| Farella Braun + Martel LLP | Facsimile:    (202) 220-2300 |
| 235 Montgomery Street, 17th Floor | |
| San Francisco, California 94104 | Jonathan H. Blavin (SBN 230269) |
| Telephone: (415) 954-4400 | jonathan.blavin@mto.com |
| Facsimile: (415) 954-4480 | ROSEMARIE T. RING (SBN 220769) |
| | rose.ring@mto.com |
| Laurence H. Tribe* (State Bar No. 39441) | NICHOLAS D. FRAM (SBN 288293) |
| Carl M. Loeb University Professor and | nicholas.fram@mto.com |
| Professor of Constitutional Law | ELIA HERRERA (SBN 293278) |
| Harvard Law School | elia.herrera@mto.com |
| 1575 Massachusetts Avenue | MUNGER, TOLLES & OLSON LLP |
| Cambridge, Massachusetts 02138 | 560 Mission Street, 27th Floor |
| Telephone: (617) 495-1767 | San Francisco, California 94105 |
| Admitted *pro hac vice* | Telephone:   (415) 512-4000 |
| | Facsimile:    (415) 512-4077 |
| Attorneys for Plaintiff hiQ Labs, Inc. | |
| | Attorneys for Defendant LinkedIn Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc., | Case No. 3:17-cv-03301-EMC |
| Plaintiff, | **STIPULATION AND *[PROPOSED]* ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| vs. | |
| LinkedIn Corp., | The Hon. Edward M. Chen |
| Defendant. | Trial Date:  TBD |

*Affiliation noted for identification purposes only.*

STIPULATION AND PROPOSED ORDER
3:17-cv-03301-EMC

*34556\6201306.1*

1   Plaintiff hiQ Labs, Inc. ("hiQ") and Defendant LinkedIn Corporation ("LinkedIn") hereby
2 stipulate as follows:
3   WHEREAS, the initial case management conference in this matter is currently set for
4 Thursday, September 14, 2017 at 9:30 a.m. (Dkt. 60);
5   WHEREAS, the parties held their Rule 26 conference on August 24, 2017 and have been
6 diligently meeting and conferring on substantive issues since then;
7   WHEREAS, hiQ anticipates that attorneys from the law firm of Boies Schiller Flexner
8 LLP will be joining the case and representing hiQ as co-counsel with its current attorneys;
9   WHEREAS, hiQ has requested and LinkedIn does not oppose a two-week extension of the
10 initial case management conference so that hiQ's new attorneys from Boies Schiller Flexner LLP
11 can get up to speed and meaningfully assist in developing a strategy and case management plan;
12   WHEREAS, LinkedIn intends to file a motion to dismiss some of the causes of action in
13 hiQ's complaint on or before September 13, 2017;
14   WHEREAS, hiQ has requested and LinkedIn does not oppose extending the briefing
15 schedule on LinkedIn's motion to dismiss so that hiQ's attorneys from Boies Schiller Flexner can
16 get up to speed and meaningfully assist in responding to LinkedIn's motion to dismiss;
17   THEREFORE, for good cause, the parties hereby stipulate and agree:
18   (1) The initial case management conference shall be continued to September 28, 2017 at
19       9:30 a.m., in Courtroom 5 – 17th Floor, with the joint case management conference
20       statement due on September 21, 2017;
21   (2) hiQ's deadline to file its opposition to LinkedIn's motion to dismiss or amend the
22       complaint shall be extended by two weeks to October 11, 2017. LinkedIn's reply shall
23       be due no later than October 20, 2017, and the hearing shall be set for November 9,
24       2017.
25 **IT IS SO STIPULATED.**
26
27
28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND PROPOSED ORDER    2    34556\6201306.1
3:17-cv-03301-EMC

| | | |
|---|---|---|
| 1 | Dated: September 11, 2017 | FARELLA BRAUN + MARTEL LLP |
| 2 | | |
| 3 | | By: /s/ Deepak Gupta |
| | | C. Brandon Wisoff (SBN 121930) |
| | | bwisoff@fbm.com |
| 4 | | Deepak Gupta (SBN 226991) |
| | | dgupta@fbm.com |
| 5 | | Jeffrey G. Lau (SBN 281629) |
| | | jlau@fbm.com |
| 6 | | Rebecca H. Stephens (SBN 299234) |
| | | rstephens@fbm.com |
| 7 | | Farella Braun + Martel LLP |
| | | 235 Montgomery Street |
| 8 | | San Francisco, California 94104 |
| | | Telephone:  (415) 954-4400 |
| 9 | | Fax:  (415) 954-4480 |
| 10 | | ***Attorneys for Plaintiff hiQ Labs, Inc.*** |
| 11 | Dated: September 11, 2017 | MUNGER, TOLLES & OLSON LLP |
| 12 | | |
| 13 | | By: /s/ Jonathan H. Blavin |
| | | Jonathan H. Blavin (SBN 230269) |
| 14 | | jonathan.blavin@mto.com |
| | | Rosemarie T. Ring (SBN 220769) |
| 15 | | Rose.ring@mto.com |
| | | Laura K. Lin (SBN 281542) |
| 16 | | Laura.lin@mto.com |
| | | Nicholas K. Fram (SBN 288293) |
| 17 | | nicholas.fram@mto.com |
| | | MUNGER, TOLLES & OLSON LLP |
| 18 | | 560 Mission Street, 27th Floor |
| | | San Francisco, California 94105-2907 |
| 19 | | Telephone:(415) 512-4000 |
| | | Facsimile: (415) 512-4077 |
| 20 | | ***Attorneys for Defendant LinkedIn Corp.*** |

### N.D. Cal. Civil Local Rule 5-1 Attestation

I, Deepak Gupta, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with N.D. Cal. Civil Local Rule 5-1, I hereby attest that Jonathan H. Blavin concurred in the filing of this document.

/s/ Deepak Gupta
Deepak Gupta

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND PROPOSED ORDER
3:17-cv-03301-EMC     3     34556\6201306.1

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Date: _____    _____
4                                       The Hon. Edward M. Chen

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND PROPOSED ORDER    4    34556\6201306.1
3:17-cv-03301-EMC