C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Deepak Gupta (State Bar No. 226991)
dgupta@fbm.com
Jeffrey G. Lau (State Bar No. 281629)
jlau@fbm.com
Rebecca H. Stephens (State Bar No. 299234)
rstephens@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Laurence H. Tribe* (State Bar No. 39441)
Carl M. Loeb University Professor and
Professor of Constitutional Law
Harvard Law School
1575 Massachusetts Avenue
Cambridge, Massachusetts 02138
Telephone: (617) 495-1767
*Admitted pro hac vice*

Attorneys for Plaintiff hiQ Labs, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc.<br><br>   Plaintiff,<br><br>   vs.<br><br>LinkedIn, Corp.,<br><br>   Defendant. | Case No. 3:17-cv-03301-EMC<br><br>**DECLARATION OF DEEPAK GUPTA IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>The Hon. Edward M. Chen |

*Affiliation noted for identification purposes only.*

GUPTA DECL. ISO STIPULATION AND
PROPOSED ORDER – Case No. 3:17-cv-03301-EMC

34556\6201302.1

I, Deepak Gupta, declare as follows:

1. I am a partner with the law firm of Farella Braun + Martel LLP, attorneys of record for Plaintiff hiQ Labs, Inc. ("hiQ"). I have personal knowledge of the facts set forth below and if called as a witness I could and would competently testify to those facts.

2. On August 24, 2017, the parties held their Rule 26 conference and since then have continued to meet and confer about substantive issues including discovery, scheduling, narrowing the issues, and case management.

3. hiQ anticipates that attorneys from the law firm of Boies Schiller Flexner LLP will be joining the case and representing hiQ as co-counsel with its current attorneys. The requested extension of time will allow hiQ's new attorneys from Boies Schiller Flexner LLP to get up to speed and meaningfully assist in developing a strategy and case management plan. Further, the requested extension will allow hiQ's attorneys from Boies Schiller Flexner to get up to speed and meaningfully assist in responding to LinkedIn's motion to dismiss.

4. The parties have not previously requested any extensions of time for the initial case management conference. When the case was assigned to Judge Chen, the initial case management conference was set for September 7, 2017. (Dkt. 12). On July 31, 2017, the Court issued a notice resetting the initial case management conference to September 14, 2017. (Dkt. 60).

5. The parties previously filed two stipulations extending the time for LinkedIn to respond to hiQ's complaint in light of hiQ's pending motion for a preliminary injunction. (Dkts. 25, 53). The deadline was first extended from July 7 to July 31, 2017 (Dkt. 32), and then extended from July 31, 2017 to 30 days after the Court's ruling on hiQ's motion for a preliminary injunction (Dkt. 54).

6. hiQ anticipates that the requested modification will not have any effect on the schedule for the rest of the case.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

GUPTA DECL. ISO STIPULATION AND PROPOSED ORDER – Case No. 3:17-cv-03301-EMC

2

34556\6201302.1

1   I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.  Executed on September 11, 2017, at San Francisco, California.

   */s/ Deepak Gupta*
   Deepak Gupta