C. BRANDON WISOFF (SBN 121930)
bwisoff@fbm.com
DEEPAK GUPTA (SBN 226991)
dgupta@fbm.com
JEFFREY G. LAU (SBN 281629)
jlau@fbm.com
REBECCA H. STEPHENS (SBN 299234)
rstephens@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

LAURENCE H. TRIBE* (*pro hac vice*)
Carl M. Loeb University Professor and
Professor of Constitutional Law
Harvard Law School
1575 Massachusetts Avenue
Cambridge, Massachusetts 02138
Telephone: (617) 495-1767
Admitted *pro hac vice*

Attorneys for Plaintiff hiQ Labs, Inc.

DONALD B. VERRILLI, JR. (*pro hac vice*)
donald.verrilli@mto.com
CHAD GOLDER (*pro hac vice*)
chad.golder@mto.com
MUNGER, TOLLES & OLSON LLP
1155 F Street, NW
Washington, D.C. 20004
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

JONATHAN H. BLAVIN (SBN 230269)
jonathan.blavin@mto.com
ROSEMARIE T. RING (SBN 220769)
rose.ring@mto.com
NICHOLAS D. FRAM (SBN 288293)
nicholas.fram@mto.com
ELIA HERRERA (SBN 293278)
elia.herrera@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Defendant LinkedIn
Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> LinkedIn Corporation, <br><br> Defendant. | Case No. 17-CV-03301-EMC <br><br> **STIPULATION AND [PROPOSED] ORDER PURSUANT TO CIVIL LOCAL RULE 6-2 EXTENDING DEADLINE FOR LINKEDIN CORPORATION TO RESPOND TO THE COMPLAINT** <br><br> Judge: Hon. Edward M. Chen |

*Affiliation noted for identification purposes only

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, Plaintiff hiQ Labs, Inc. ("hiQ") filed the complaint in this action against Defendant LinkedIn Corporation ("LinkedIn") on June 7, 2017 (ECF No. 1) and served LinkedIn on June 8, 2017 (ECF No. 22);

WHEREAS, on June 27, 2017, pursuant to stipulation, the Court extended LinkedIn's deadline to answer or otherwise respond to the complaint to and including July 31, 2017 (ECF No. 32);

WHEREAS, on July 25, 2017, pursuant to stipulation, the Court extended LinkedIn's deadline to answer or otherwise respond to the complaint to and including 30 days after resolving hiQ's motion for a preliminary injunction (ECF No. 54);

WHEREAS, on August 14, 2017, the Court granted hiQ's motion for a preliminary injunction;

WHEREAS, on September 11, 2017, hiQ informed LinkedIn that attorneys from the law firm of Boies Schiller Flexner LLP will be joining the case and representing hiQ as co-counsel with its current attorneys;

WHEREAS, on September 12, 2017, hiQ informed LinkedIn that it intends to file an amended complaint asserting new causes of action;

WHEREAS, LinkedIn's current deadline to answer or otherwise respond to the complaint is September 13, 2017;

WHEREAS, further extending LinkedIn's deadline to answer or otherwise respond to the complaint until after hiQ files its amended complaint will conserve judicial resources and the resources of the parties;

THEREFORE, for good cause, LinkedIn and hiQ hereby stipulate as follows:

1. hiQ shall file its amended complaint by October 11, 2017.

2. LinkedIn's deadline to answer or otherwise respond to hiQ's amended complaint is extended to and including thirty (30) days from the date that hiQ files its amended complaint.

3. Should LinkedIn move to dismiss the amended complaint, hiQ may opt to amend its complaint, i.e. this stipulation is without prejudice to hiQ's right under Federal Rule of Civil Procedure 15 to amend as of right.

4. This stipulation is made without prejudice to the ability of the parties to enter into further agreements or to either side's ability to apply to the Court for any relief that may be appropriate, including a further extension of time.

**IT IS SO STIPULATED.**

DATED: September 13, 2017

By: */s/ Jonathan H. Blavin*
Jonathan H. Blavin (SBN 230269)
jonathan.blavin@mto.com
Rosemarie T. Ring (SBN 220769)
rose.ring@mto.com
Laura K. Lin (SBN 281542)
laura.lin@mto.com
Nicholas K. Fram (SBN 288293)
nicholas.fram@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

*Attorneys for Defendant LinkedIn Corporation*

DATED: September 13, 2017

By:     */s/ Deepak Gupta*
C. Brandon Wisoff (SBN 121930)
bwisoff@fbm.com
Deepak Gupta (SBN 226991)
dgupta@fbm.com
Jeffrey G. Lau (SBN 281629)
jlau@fbm.com
Rebecca H. Stephens (SBN 299234)
rstephens@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

*Attorneys for Plaintiff hiQ Labs, Inc.*

**N.D. Cal. Civil Local Rule 5-1 Attestation**

I, Jonathan H. Blavin, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with N.D. Cal. Civil Local Rule 5-1, I hereby attest that Deepak Gupta concurred in the filing of this document.

    */s/ Jonathan H. Blavin*
Jonathan H. Blavin

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The 9/28/17 CMC is reset for 11/16/17 at 9:30 a.m. Joint CMC Statement due 11/9/2017.

DATED: __9/18__, 2017

_____
The Honorable Edward M. Chen

*IT IS SO ORDERED*
*Judge Edward M. Chen*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-4-      CASE. NO. 17-CV-03301-EMC
STIPULATION AND PROPOSED ORDER