Reset Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

hiQ Labs, Inc.,

    Plaintiff(s)

v.

LinkedIn Corporation,

    Defendant(s)

Case No. C 3:17-cv-3301-EMC

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

☐ have not yet reached an agreement to an ADR process OR

☒ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  January 23, 2018

The following counsel will participate in the ADR phone conference:

| Attorney Name & Party Representing | Phone & Email Address |
|---|---|
| C. Brandon Wisoff, attorney for hiQ Labs, Inc. | (415) 954-4400<br>bwisoff@fbm.com |
| Jonathan Blavin, attorney for LinkedIn Corporation | (415) 512-4000<br>jonathan.blavin@mto.com |
| | |
| | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Date: December 13, 2017    Signed: /S/ Brandon Wisoff, Esq.
                                    Attorney for Plaintiff

Date: December 13, 2017    Signed: /S/ Jonathan Blavin, Esq.
                                    Attorney for Defendant

*Important!* E-file this form in ECF using event name: "Notice of Need for ADR Phone Conference (ADR LR 3-5)."

*Form ADR-TC rev. 6-2016*