UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIQ LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LINKEDIN CORPORATION, <br><br> Defendant. | Case No. 17-cv-03301-EMC <br><br> **ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |

Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that this case is referred to a Magistrate Judge for settlement conference. Settlement conference is to be completed by February 2, 2018.

Dated: December 22, 2017

_____
EDWARD M. CHEN
United States District Judge