UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL CONFERENCE MINUTE ORDER

| **Date:** 1/8/18 | **Time:** 20 minutes | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.**: 3:17-cv-03301-EMC | **Case Name:** hiQ Labs, Inc. v. Linkedin Corporation | |

**For Plaintiff:**
Brandon Wisoff
Rebecca Stephens

**For Defendant:**
Jonathan Blavin
Nicholas Fram

**Deputy Clerk:** Ivy Lerma Garcia             **FTR:** Not Recorded

## PROCEEDINGS

Preparation call held in advance of January 26, 2018 settlement conference.

cc: Chambers