C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Deepak Gupta (State Bar No. 226991)
dgupta@fbm.com
Jeffrey G. Lau (State Bar No. 281629)
jlau@fbm.com
Rebecca H. Stephens (State Bar No. 299234)
rstephens@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Laurence H. Tribe* (State Bar No. 39441)
Carl M. Loeb University Professor and
Professor of Constitutional Law
Harvard Law School
1575 Massachusetts Avenue
Cambridge, Massachusetts 02138
Telephone: (617) 495-1767
Admitted *pro hac vice*

Attorneys for Plaintiff hiQ Labs, Inc.

DONALD B. VERRILLI, JR. (*pro hac vice*)
donald.verrilli@mto.com
CHAD GOLDER (*pro hac vice*)
chad.golder@mto.com
MUNGER, TOLLES & OLSON LLP
1155 F Street, NW
Washington, D.C. 20004
Telephone:    (202) 220-1100
Facsimile:    (202) 220-2300

JONATHAN H. BLAVIN (SBN 230269)
jonathan.blavin@mto.com
ROSEMARIE T. RING (SBN 220769)
rose.ring@mto.com
NICHOLAS D. FRAM (SBN 288293)
nicholas.fram@mto.com
ELIA HERRERA (SBN 293278)
elia.herrera@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

Attorneys for Defendant LinkedIn
Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc., | Case No. 3:17-cv-03301-EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE SETTLEMENT CONFERENCE** |
| vs. | |
| LinkedIn Corp., | The Hon. Edward M. Chen |
| Defendant. | Trial Date: TBD |

*Affiliation noted for identification purposes only.*

# STIPULATION AND [PROPOSED] ORDER

WHEREAS, on December 13, 2017, the parties filed a Notice of Need for ADR Phone Conference requesting an Early Settlement Conference with a Magistrate Judge (Dkt. 82);

WHEREAS, on December 20, 2017, the parties held a conference call with the Court's ADR coordinator (Dkt. 84);

WHEREAS, on December 22, 2017, this Court issued an Order Referring Case to Magistrate Judge for Settlement Conference, ordering the parties to complete a settlement conference with a Magistrate Judge by February 2, 2018 (Dkt. 85);

WHEREAS, on December 27, 2017, Magistrate Judge Donna M. Ryu issued a Notice of Settlement Conference and Settlement Conference Order setting a settlement conference for January 26, 2018 at 12:30 p.m. (Dkt. 88);

WHEREAS, on January 8, 2018, the parties participated in a conference call with Magistrate Judge Ryu to discuss timing and preparation for the settlement conference;

WHEREAS, one of the main decision makers for Plaintiff hiQ Labs has a family medical issue that could interfere with the currently scheduled January 26 settlement conference date;

WHEREAS, Magistrate Judge Ryu is not available to reschedule the settlement conference before the current February 2 deadline, but is available to hold a settlement conference on February 16 or February 23, 2018;

NOW, THEREFORE, FOR GOOD CAUSE, IT IS HEREBY STIPULATED AND AGREED:

1.  The deadline for the parties to complete a settlement conference with a Magistrate Judge shall be extended to February 28, 2018.

**IT IS SO STIPULATED.**

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE TO COMPLETE
SETTLEMENT CONFERENCE

2

Case No. 3:17-cv-03301-EMC
34556\6402765.1

Dated: January 11, 2018                          FARELLA BRAUN + MARTEL LLP

                                                 By:___/s/ C. Brandon Wisoff_____
                                                     C. Brandon Wisoff (SBN 121930)
                                                     bwisoff@fbm.com
                                                     Deepak Gupta (SBN 226991)
                                                     dgupta@fbm.com
                                                     Jeffrey G. Lau (SBN 281629)
                                                     jlau@fbm.com
                                                     Rebecca H. Stephens (SBN 299234)
                                                     rstephens@fbm.com
                                                     Farella Braun + Martel LLP
                                                     235 Montgomery Street
                                                     San Francisco, California 94104
                                                     Telephone:  (415) 954-4400
                                                     Fax:  (415) 954-4480

                                                 *Attorneys for Plaintiff hiQ Labs, Inc.*

Dated: January 11, 2018                          MUNGER, TOLLES & OLSON LLP

                                                 By:___/s/ Jonathan H. Blavin_____
                                                     Jonathan H. Blavin (SBN 230269)
                                                     jonathan.blavin@mto.com
                                                     Rosemarie T. Ring (SBN 220769)
                                                     Rose.ring@mto.com
                                                     Laura K. Lin (SBN 281542)
                                                     Laura.lin@mto.com
                                                     Nicholas K. Fram (SBN 288293)
                                                     nicholas.fram@mto.com
                                                     MUNGER, TOLLES & OLSON LLP
                                                     560 Mission Street, 27th Floor
                                                     San Francisco, California 94105-2907
                                                     Telephone:(415) 512-4000
                                                     Facsimile: (415) 512-4077

                                                 *Attorneys for Defendant LinkedIn Corp*.

### N.D. Cal. Civil Local Rule 5-1 Attestation

        I, Brandon Wisoff, am the ECF user whose credentials were utilized in the electronic filing

of this document. In accordance with N.D. Cal. Civil Local Rule 5-1, I hereby attest that Jonathan

H. Blavin concurred in the filing of this document.

                                    /s/ C. Brandon Wisoff_____
                                    C. Brandon Wisoff

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER                 3                Case No. 3:17-cv-03301-EMC
EXTENDING DEADLINE TO COMPLETE                                   34556\6402765.1
SETTLEMENT CONFERENCE

**[PROPOSED] ORDER**

The parties' stipulation extending the deadline to complete a settlement conference with a Magistrate Judge is hereby APPROVED. The settlement conference is to be completed by February 28, 2018.

Date: _____1/11/18_____



IT IS SO ORDERED

Judge Edward M. Chen

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE TO COMPLETE
SETTLEMENT CONFERENCE

Case No. 3:17-cv-03301-EMC
34556\6402765.1