C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Deepak Gupta (State Bar No. 226991)
dgupta@fbm.com
Jeffrey G. Lau (State Bar No. 281629)
jlau@fbm.com
Rebecca H. Stephens (State Bar No. 299234)
rstephens@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Laurence H. Tribe* (State Bar No. 39441)
Carl M. Loeb University Professor and
Professor of Constitutional Law
Harvard Law School
1575 Massachusetts Avenue
Cambridge, Massachusetts 02138
Telephone: (617) 495-1767
*Admitted pro hac vice*

Attorneys for Plaintiff hiQ Labs, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LinkedIn, Corp.,<br><br>　　　　Defendant. | Case No. 3:17-cv-03301-EMC<br><br>**PLAINTIFF HIQ LABS, INC.'S UNOPPOSED REQUEST TO CONTINUE SETTLEMENT CONFERENCE TO FEBRUARY 16, 2018**<br><br>The Hon. Edward M. Chen<br><br>Assigned to Magistrate Judge Donna M. Ryu for Settlement Purposes<br><br>Hearing Date:<br>Time:<br>Trial Date:　　　　None Set |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

Request to Continue Settlement Conference -
Case No. 3:17-cv-03301-EMC

34556\6398171.1

1   Pursuant to this Court's December 27, 2017 Notice of Settlement Conference and
2   Settlement Conference Order (Dkt. 88), Plaintiff hiQ Labs, Inc. ("hiQ") hereby submits this
3   request to continue the January 26, 2018 settlement conference in this matter to February 16,
4   2018.  Defendant LinkedIn Corporation ("LinkedIn") does not oppose this request.

5   On December 22, 2017, the Hon. Edward M. Chen issued an Order Referring Case to
6   Magistrate Judge for Settlement Conference, ordering the parties to complete a settlement
7   conference with a Magistrate Judge by February 2, 2018. (Dkt. 85). On January 11, 2018, pursuant
8   the parties' stipulation, Judge Chen issued an order extending the parties' deadline to complete a
9   settlement conference until February 28, 2018. (Dkt. 91, attached hereto as Exhibit A).

10  hiQ makes this request on the ground that one of its main decision makers whose approval
11  is required for any settlement has a family medical issue that will likely interfere with his ability to
12  attend the settlement conference on January 26 as currently noticed. hiQ is informed that
13  Magistrate Judge Ryu is available to hold the settlement conference on February 16 or 23, 2018.
14  hiQ has conferred with LinkedIn and determined that both parties are available on February 16,
15  2018 to conduct the settlement conference.

18  Dated:  January 11, 2018          FARELLA BRAUN + MARTEL LLP

20                By:   /s/ C. Brandon Wisoff
                        C. Brandon Wisoff

                  Attorneys for Plaintiff hiQ Labs, Inc.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

Request to Continue Settlement Conference -
Case No. 3:17-cv-03301-EMC

2

34556\6398171.1