# EXHIBIT A

| | |
|---|---|
| C. Brandon Wisoff (State Bar No. 121930) | DONALD B. VERRILLI, JR. (*pro hac vice*) |
| bwisoff@fbm.com | donald.verrilli@mto.com |
| Deepak Gupta (State Bar No. 226991) | CHAD GOLDER (*pro hac vice*) |
| dgupta@fbm.com | chad.golder@mto.com |
| Jeffrey G. Lau (State Bar No. 281629) | MUNGER, TOLLES & OLSON LLP |
| jlau@fbm.com | 1155 F Street, NW |
| Rebecca H. Stephens (State Bar No. 299234) | Washington, D.C. 20004 |
| rstephens@fbm.com | Telephone: (202) 220-1100 |
| Farella Braun + Martel LLP | Facsimile: (202) 220-2300 |
| 235 Montgomery Street, 17th Floor | |
| San Francisco, California 94104 | JONATHAN H. BLAVIN (SBN 230269) |
| Telephone: (415) 954-4400 | jonathan.blavin@mto.com |
| Facsimile: (415) 954-4480 | ROSEMARIE T. RING (SBN 220769) |
| | rose.ring@mto.com |
| Laurence H. Tribe* (State Bar No. 39441) | NICHOLAS D. FRAM (SBN 288293) |
| Carl M. Loeb University Professor and | nicholas.fram@mto.com |
| Professor of Constitutional Law | ELIA HERRERA (SBN 293278) |
| Harvard Law School | elia.herrera@mto.com |
| 1575 Massachusetts Avenue | MUNGER, TOLLES & OLSON LLP |
| Cambridge, Massachusetts 02138 | 560 Mission Street, 27th Floor |
| Telephone: (617) 495-1767 | San Francisco, California 94105 |
| Admitted *pro hac vice* | Telephone: (415) 512-4000 |
| | Facsimile: (415) 512-4077 |
| Attorneys for Plaintiff hiQ Labs, Inc. | |
| | Attorneys for Defendant LinkedIn Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc., | Case No. 3:17-cv-03301-EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE SETTLEMENT CONFERENCE** |
| vs. | |
| LinkedIn Corp., | The Hon. Edward M. Chen |
| Defendant. | Trial Date: TBD |

*Affiliation noted for identification purposes only.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE SETTLEMENT CONFERENCE

Case No. 3:17-cv-03301-EMC
34556\6402765.1

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, on December 13, 2017, the parties filed a Notice of Need for ADR Phone Conference requesting an Early Settlement Conference with a Magistrate Judge (Dkt. 82);

WHEREAS, on December 20, 2017, the parties held a conference call with the Court's ADR coordinator (Dkt. 84);

WHEREAS, on December 22, 2017, this Court issued an Order Referring Case to Magistrate Judge for Settlement Conference, ordering the parties to complete a settlement conference with a Magistrate Judge by February 2, 2018 (Dkt. 85);

WHEREAS, on December 27, 2017, Magistrate Judge Donna M. Ryu issued a Notice of Settlement Conference and Settlement Conference Order setting a settlement conference for January 26, 2018 at 12:30 p.m. (Dkt. 88);

WHEREAS, on January 8, 2018, the parties participated in a conference call with Magistrate Judge Ryu to discuss timing and preparation for the settlement conference;

WHEREAS, one of the main decision makers for Plaintiff hiQ Labs has a family medical issue that could interfere with the currently scheduled January 26 settlement conference date;

WHEREAS, Magistrate Judge Ryu is not available to reschedule the settlement conference before the current February 2 deadline, but is available to hold a settlement conference on February 16 or February 23, 2018;

NOW, THEREFORE, FOR GOOD CAUSE, IT IS HEREBY STIPULATED AND AGREED:

1. The deadline for the parties to complete a settlement conference with a Magistrate Judge shall be extended to February 28, 2018.

**IT IS SO STIPULATED.**

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE SETTLEMENT CONFERENCE

2

Case No. 3:17-cv-03301-EMC
34556\6402765.1

| | |
|---|---|
| Dated: January 11, 2018 | FARELLA BRAUN + MARTEL LLP |
| | By: /s/ C. Brandon Wisoff |
| | C. Brandon Wisoff (SBN 121930) |
| | bwisoff@fbm.com |
| | Deepak Gupta (SBN 226991) |
| | dgupta@fbm.com |
| | Jeffrey G. Lau (SBN 281629) |
| | jlau@fbm.com |
| | Rebecca H. Stephens (SBN 299234) |
| | rstephens@fbm.com |
| | Farella Braun + Martel LLP |
| | 235 Montgomery Street |
| | San Francisco, California 94104 |
| | Telephone: (415) 954-4400 |
| | Fax: (415) 954-4480 |
| | |
| | ***Attorneys for Plaintiff hiQ Labs, Inc.*** |
| Dated: January 11, 2018 | MUNGER, TOLLES & OLSON LLP |
| | By: /s/ Jonathan H. Blavin |
| | Jonathan H. Blavin (SBN 230269) |
| | jonathan.blavin@mto.com |
| | Rosemarie T. Ring (SBN 220769) |
| | Rose.ring@mto.com |
| | Laura K. Lin (SBN 281542) |
| | Laura.lin@mto.com |
| | Nicholas K. Fram (SBN 288293) |
| | nicholas.fram@mto.com |
| | MUNGER, TOLLES & OLSON LLP |
| | 560 Mission Street, 27th Floor |
| | San Francisco, California 94105-2907 |
| | Telephone:(415) 512-4000 |
| | Facsimile: (415) 512-4077 |
| | |
| | ***Attorneys for Defendant LinkedIn Corp.*** |

**N.D. Cal. Civil Local Rule 5-1 Attestation**

I, Brandon Wisoff, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with N.D. Cal. Civil Local Rule 5-1, I hereby attest that Jonathan H. Blavin concurred in the filing of this document.

/s/ C. Brandon Wisoff
C. Brandon Wisoff

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE TO COMPLETE
SETTLEMENT CONFERENCE

3

Case No. 3:17-cv-03301-EMC
34556\6402765.1

# [PR~~OPO~~SED] ORDER

The parties' stipulation extending the deadline to complete a settlement conference with a Magistrate Judge is hereby APPROVED. The settlement conference is to be completed by February 28, 2018.

Date: 1/11/18



IT IS SO ORDERED
Judge Edward M. Chen

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE SETTLEMENT CONFERENCE

4

Case No. 3:17-cv-03301-EMC
34556\6402765.1