UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIQ LABS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>LINKEDIN CORPORATION,<br><br>        Defendant. | Case No.  3:17-cv-03301-EMC   (DMR)<br><br>**NOTICE OF RESCHEDULED SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER**<br><br>Re: Dkt. Nos. 91 and 93 |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Magistrate Judge Donna M. Ryu for settlement purposes. Pursuant to District Judge Edward M. Chen's January 11, 2018 Order extending the completion date of the Settlement Conference to February 28, 2018 [Docket No. 91], and Plaintiff's unopposed motion to continue the Settlement Conference [Docket No. 93], the settlement conference previously scheduled for January 26, 2018 at 12:30 p.m. has been CONTINUED to **February 16, 2018 at 10:00 a.m.,** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612.   For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov  (click "Calendar - Judges' Weekly Calendars" link, then select Judge Ryu's calendar) on the Friday prior to the scheduled settlement conference.

Parties shall comply with the requirements and procedures set forth in this Court's Notice of Settlement Conference and Settlement Conference Order dated December 27, 2017.  [*See* Docket No. 88.]

**IT IS SO ORDERED.**

Dated: January 12, 2018

_____
DONNA M. RYU
United States Magistrate Judge