THOMAS V. CHRISTOPHER (SBN#185928)
Thomas@ThomasChristopherLaw.com
THE LAW OFFICES OF THOMAS V. CHRISTOPHER
555 California Street, Suite 4925
San Francisco, California 94104
Telephone: (415) 659-1805
Facsimile:  (415) 659-1950

Attorney for Non-Party
3TAPS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| hiQ Labs, Inc., | CASE No.:  17-cv-03301-EMC |
| Plaintiff, | **DECLARATION OF THOMAS V. CHRISTOPHER IN SUPPORT OF NON-PARTY 3TAPS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER N.D. CAL CIVIL .LOCAL RULE 3-12** |
| v. | |
| LinkedIn Corp, | |
| Defendant. | |
| | **Date:**  No hearing requested<br>**Time:**  No hearing requested<br>**Ctrm:**  No hearing requested<br>**Judge:**  Hon. Edward M. Chen |
| | **Trial date:  None Set.** |

I, Thomas V. Christopher, declare as follows:

1. I am an attorney licensed to practice law in California and before this Court. I am counsel of record to 3taps, Inc. ("3taps"), in the matter of 3taps, Inc. v. LinkedIn Corp., No. 4:18-cv-00855-NC, filed February 8, 2018. That matter is referred to as "LinkedIn II" in the accompanying Administrative Motion to Consider Whether Cases Should Be Related Under N.D. Cal. Civil Local Rule 3-12 (the "Motion").

2. Attached hereto as Exhibit A is a true and correct copy of 3taps' Complaint For Declaratory Judgment Against LinkedIn Corporation in LinkedIn I.

3. Attached hereto as Exhbit B is a true and correct copy of the Complaint For Declaratory Judgment in the matter of hiQ Labs v. LinkedIn Corp., (N.D. Cal. Case No. 3:17-cv-03301-EMC). This matter is referred to as "LinkedIn I" in the accompanying Motion.

4. Prior to filing this Motion, counsel for 3taps attempted to obtain a stipulation to the relief sought here. In response, LinkedIn's counsel refused to so stipulate and contended that this matter was related to Craigslist, Inc. v. 3taps, Inc. *et. al.,* (3:12-cv-03816-CRB (the "Craigslist Matter"). Linkedin's counsel appeared to contend that the judge in the Craigslist Matter had retained "ongoing jurisdiction" of the legal issue at issue in LinkedIn II under the Final Judgment And Permanent Injunction referenced in Paragraph 5 below.

5. Attached hereto as Exhibit C is a true and correct copy of the Final Judgement and Permanent Injunction Againt: 3taps, Inc., Hard Yaka, Inc., and Robert G. Kidd in the Craigslist Matter.

I declare under penalty of perjury of the laws of the United States that the forgoing is true and correct. Executed on this 14th of February in San Francisco, California.

_____*Thomas Christopher*_____
Thomas V. Christopher.

**Christopher Dec. Re 3taps' Adm. Mot. Re Related Cases**       **Case No. 3:17-cv-03301-EMC**