1  THOMAS V. CHRISTOPHER (SBN#185928)
   Thomas@ThomasChristopherLaw.com
2  THE LAW OFFICES OF THOMAS V. CHRISTOPHER
   555 California Street, Suite 4925
3  San Francisco, California 94104
   Telephone: (415) 659-1805
4  Facsimile:  (415) 659-1950

5  Attorney for Non-Party
   3TAPS, INC.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 hiQ Labs, Inc.,                    )  CASE No.:  17-cv-03301-EMC
                                      )
12              Plaintiff,            )  **PROOF OF SERVICE**
                                      )
13       v.                           )
                                      )  Date:  No hearing requested
14 LinkedIn Corp,                     )  Time:  No hearing requested
                                      )  Ctrm:  No hearing requested
15              Defendant.            )  Judge: Hon. Edward M. Chen
                                      )
16                                    )  Trial date: None Set.
                                      )
17                                    )
                                      )
18                                    )
                                      )
19                                    )
                                      )
20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**                                    Case No. 17-CV-03301-EMC

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; by business address is as shown on the caption page of this document. On February 14, 2018, I served the document described as follows:

**NON-PARTY 3TAPS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER N.D. CAL. CIVIL LOCAL RULE 3-12;**

**DECLARATION OF THOMAS V. CHRISTOPHER IN SUPPORT OF NON-PARTY 3TAPS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER N.D. CAL. CIVIL LOCAL RULE 3-12 (EXHS. A, B AND C ATTACHED);**

**[PROPOSED] ORDER GRANTING NON-PARTY 3TAPS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER N.D. CAL. CIVIL LOCAL RULE 3-12; and**

**PROOF OF SERVICE**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Johathan H. Blavin, Esq.<br>MUNGER TOLLES & OLSON, LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105<br>Tel: 415.512.4000<br>E-Mail: Jonathan.Blavin@mto.com | Attorneys for<br>LinkedIn Corporation |
| Jeffrey G. Lau, Esq.<br>Farella Braun & Martel, LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Tel: 415.954.4400<br>Email: jlau@fbm.com | Attorneys for<br>hiQ Labs, Inc. |

/X/  (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for the daily collection and processing of correspondence for deliveries with the Federal Express delivery service and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced document was placed for deposit at San Jose, California and placed for collection and overnight delivery following ordinary business practices. (AS NOTED)

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on February 14, 2018 at San Francisco, California.

*/s/ Rosanna Keenan*
Rosanna Keenan

PROOF OF SERVICE                                             Case No. 17-CV-03301-EMC