JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
NICHOLAS D. FRAM (State Bar No. 288293)
nicholas.fram@mto.com
ELIA HERRERA (State Bar No. 293278)
elia.herrera@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:	(415) 512-4000
Facsimile:	(415) 512-4077

Attorneys for LinkedIn Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Craigslist, Inc., et al.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>3taps, Inc., et al.<br><br>  Defendants. | Case No. 12-cv-03816-CRB<br>(also filed in 17-cv-03301-EMC<br>with courtesy copy to 18-cv-00855-NC)<br><br>**[PROPOSED] ORDER GRANTING LINKEDIN CORPORATION'S MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND DENYING 3TAPS, INC'S MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge:  Hon. Charles R. Breyer<br>(on the motion)<br><br>Trial Date:    None Set |
|---|---|

12-cv-03816-CRB

[PROPOSED] ORDER GRANTING LINKEDIN CORP.'S MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND DENYING 3TAPS, INC'S MOTION

## [PROPOSED] ORDER

LinkedIn Corporation ("LinkedIn") moved, pursuant to Local Civil Rules 3-12 and 7-11 for an order relating *3taps, Inc. v. LinkedIn Corp.*, No. 18-cv-00855 to *Craigslist, Inc. v. 3taps, Inc.*, No. 12-cv-03816-CRB.  For the reasons stated in LinkedIn's motion, LinkedIn's motion is GRANTED.  Accordingly, the motion of 3taps, Inc. to relate No. 18-cv-00855 to *hiQ Labs, Inc. v. LinkedIn Corp.*, No. 17-cv-03301-EMC is DENIED.

The Clerk is ordered to reassign *3taps, Inc. v. LinkedIn Corp.*, No. 18-cv-00855 to the undersigned as related to *Craigslist, Inc. v. 3taps, Inc.*, No. 12-cv-03816-CRB.

DATED: February ___, 2018

By: _____
Hon. Charles R. Breyer
United States District Judge

Submitted by:

MUNGER, TOLLES & OLSON LLP

By:   */s/ Jonathan H. Blavin*
         JONATHAN H. BLAVIN

Attorneys for LinkedIn Corporation