JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
NICHOLAS D. FRAM (State Bar No. 288293)
nicholas.fram@mto.com
ELIA HERRERA (State Bar No. 293278)
elia.herrera@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

Attorneys for LinkedIn Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Craigslist, Inc., et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>3taps, Inc., et al.,<br><br>    Defendants. | Case No. 12-cv-03816-CRB<br>(also filed in 17-cv-03301-EMC<br>with courtesy copy to 18-cv-00855-NC)<br><br>**PROOF OF SERVICE**<br><br>Judge:   Hon. Charles R. Breyer<br>(on the motion)<br><br>Trial Date:    None Set |

12-cv-03816-CRB

PROOF OF SERVICE

At the time of service, I was over 18 years of age and **not a party to this action.** I am employed in the County of San Francisco, State of California. My business address is 560 Mission Street, Twenty-Seventh Floor, San Francisco, CA 94105-2907.

On February 15, 2018, I served true copies of the following document(s) described as

**LINKEDIN CORPORATION'S OPPOSITION TO 3TAPS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

**DECLARATION OF JONATHAN H. BLAVIN IN SUPPORT OF LINKEDIN CORPORATION'S OPPOSITION TO 3TAPS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

**[PROPOSED] ORDER GRANTING LINKEDIN CORPORATION'S MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND DENYING 3TAPS, INC'S MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address erika.eberline@mto.com to the person(s) at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. I also caused documents to be served via the U.S. District Court ECF system to all parties registered and accepting service through the ECF system for this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 15, 2018, at San Francisco, California.

Erika R. Eberline

SERVICE LIST

| | |
|---|---|
| C. Brandon Wisoff<br>bwisoff@fbm.com<br>Deepak Gupta<br>dgupta@fbm.com<br>Farella Brau & Martel LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br><br>Attorneys for hiQ Labs, Inc. | **Via U.S. District Court ECF** |
| Thomas V. Christopher<br>Thomas@ThomasChristopherLaw.com<br>The Law offices of Thomas V. Christopher<br>555 California Street, Suite 4925<br>San Francisco, CA 94104<br><br>Attorney for 3taps, Inc. | **Via Electronic Mail** |

-2-

PROOF OF SERVICE

12-cv-03816-CRB