THOMAS V. CHRISTOPHER (SBN#185928)
Thomas@ThomasChristopherLaw.com
THE LAW OFFICES OF THOMAS V. CHRISTOPHER
555 California Street, Suite 4925
San Francisco, California 94104
Telephone: (415) 659-1805
Facsimile:  (415) 659-1950

Attorney for
3TAPS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>LinkedIn Corporation,<br><br>    Defendant. | CASE No.:  3:17-cv-03301-EMC<br><br>**PROOF OF SERVICE**<br><br>Date:  No hearing requested<br>Time:  No hearing requested<br>Ctrm:  No hearing requested<br>Judge: Hon. Edward M. Chen<br><br>Trial date: None Set. |

PROOF OF SERVICE                                          Case No. 3:17-cv-03301-EMC

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; by business address is as shown on the caption page of this document. On February 20, 2018, I served the document described as follows:

**3TAPS, INC.'S OPPOSITION TO LINKEDIN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER N.D. CAL. CIVIL LOCAL RULE 3-12;**

**DECLARATION OF THOMAS V. CHRISTOPHER IN SUPPORT OF 3TAPS, INC.'S OPPOSITION TO LINKEDIN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER N.D. CAL. CIVIL LOCAL RULE 3-12; and**

**PROOF OF SERVICE**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Johathan H. Blavin, Esq.<br>MUNGER TOLLES & OLSON, LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105<br>Tel: 415.512.4000<br>E-Mail: Jonathan.Blavin@mto.com | Attorneys for<br>LinkedIn Corporation |
| Jeffrey G. Lau, Esq.<br>Farella Braun & Martel, LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Tel: 415.954.4400<br>Email: jlau@fbm.com | Attorneys for<br>hiQ Labs, Inc. |

/X/ (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for the daily collection and processing of correspondence for deliveries with the Federal Express delivery service and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced document was placed for deposit at San Jose, California and placed for collection and overnight delivery following ordinary business practices. (AS NOTED)

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on February 20, 2018 at San Francisco, California.

_____
Rosanna Keenan