THOMAS V. CHRISTOPHER (SBN#185928)
Thomas@ThomasChristopherLaw.com
THE LAW OFFICES OF THOMAS V. CHRISTOPHER
555 California Street, Suite 4925
San Francisco, California 94104
Telephone: (415) 659-1805
Facsimile:  (415) 659-1950

Attorney for
3TAPS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| hiQ Labs, Inc., <br><br> Plaintiff, <br><br> v. <br><br> LinkedIn Corporation, <br><br> Defendant. | CASE No.:  3-17-cv-03301-EMC <br><br> **DECLARATION OF THOMAS V. CHRISTOPHER IN SUPPORT OF 3TAPS, INC.'S OPPOSITION TO LINKEDIN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER N.D. CAL. CIVIL LOCAL RULE 3-12** <br><br> **Date:   No hearing requested** <br> **Time:   No hearing requested** <br> **Ctrm:   No hearing requested** <br> **Judge:   Hon. Edward M. Chen** <br><br> **Trial date:  None Set.** |

1  I, Thomas V. Christopher, declare as follows:

2  1. I am an attorney licensed to practice law in California and before this Court. I am
3  counsel of record to 3taps, Inc. ("3taps"), in the matter of <u>3taps, Inc. v. LinkedIn Corp.</u>, No.
4  4:18-cv-00855-NC, filed February 8, 2018. That matter is referred to as "LinkedIn II" in
5  the accompanying opposition of 3taps to LinkedIn's motion to relate LinkedIn II to
6  <u>Craigslist, Inc. v. 3taps, Inc. et. al.,</u> (3:12-cv-03816-CRB).

7  2. Attached hereto as Exhibit A is a true and correct copy of 3taps' Administrative
8  Motion To Consider Whether Cases Should Be Related Under Civil Local Rule 3-2 filed in
9  <u>hiQ v. LinkedIn</u>, (3:17-cv-03301 EMC)(ECF 97), referred to as LinkedIn I in the
10 accompanying filing, and my supporting declaration.

11

12 I declare under penalty of perjury of the laws of the United States that the forgoing is
13 true and correct. Executed on this 20th of February in San Francisco, California.

14

15  _Thomas Christopher_____
16  Thomas V. Christopher.