UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CONFERENCE MINUTE ORDER

| **Date:** 2/16/18 | **Time:** 6 hours | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.**: 3:17-cv-03301-EMC | **Case Name:** hiQ Labs, Inc. v. Linkedin Corporation | |

**For Plaintiff:**
Brandon Wisoff
Rebecca Stephens
Nitoj Singh
Mark Weidick
Rob DeSantis
Andrew Kim

**For Defendant:**
Jonathan Blavin
Nicholas Fram
Blake Lawit
Robert Rosin
Sarah Wight

**Deputy Clerk:** Ivy Lerma Garcia            **FTR:** Not Recorded

PROCEEDINGS

Settlement conference held.

**Results:**   Matter did not settle.  Parties are invited to contact Judge Ryu for further assistance.

cc:  Chambers