THOMAS V. CHRISTOPHER (SBN#185928)
Thomas@ThomasChristopherLaw.com
THE LAW OFFICES OF THOMAS V. CHRISTOPHER
555 California Street, Suite 4925
San Francisco, California 94104
Telephone: (415) 659-1805
Facsimile:  (415) 659-1950

Attorney for Non-Party
3TAPS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| hiQ Labs, Inc., <br><br> Plaintiff, <br><br> v. <br><br> LinkedIn Corp, <br><br> Defendant. | CASE No.:  17-cv-03301-EMC <br><br> [PROPOSED] **ORDER GRANTING NON-PARTY 3TAPS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER N.D. CAL. CIVIL LOCAL RULE 3-12** <br><br> **Date:  No hearing requested** <br> **Time:  No hearing requested** <br> **Ctrm:  No hearing requested** <br> **Judge:  Hon. Edward M. Chen** <br><br> **Trial date:  None Set.** |

The Court, having considered all papers submitted in favor of and opposed to 3taps' Inc.'s Administrative Motion To Consider Whether Cases Should Be Related Under N.D. Cal. Civil Local Rule 3-12 (the "Motion"), and good cause appearing therefore, hereby orders as follows:

1. The Motion is <u>granted.</u>

2. <u>3taps, Inc. v. LinkedIn Corp.</u>, No. 4:18-cv-00855-NC, filed February 8, 2018, is ordered related to this matter under Civil Local Rule 3-12. The clerk is directed to reassign that matter to this Court.

**IT IS SO ORDERED.**

Dated: Feb. 22, 2018



_____
The Honorable Edward M. Chen
United States District Judge