C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Deepak Gupta (State Bar No. 226991)
dgupta@fbm.com
Jeffrey G. Lau (State Bar No. 281629)
jlau@fbm.com
Rebecca H. Stephens (State Bar No. 299234)
rstephens@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff hiQ Labs, Inc.

DONALD B. VERRILLI, JR. (*pro hac vice*)
donald.verrilli@mto.com
CHAD GOLDER (*pro hac vice*)
chad.golder@mto.com
MUNGER, TOLLES & OLSON LLP
1155 F Street, NW
Washington, D.C.  20004
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

JONATHAN H. BLAVIN (SBN 230269)
jonathan.blavin@mto.com
ROSEMARIE T. RING (SBN 220769)
rose.ring@mto.com
NICHOLAS D. FRAM (SBN 288293)
nicholas.fram@mto.com
ELIA HERRERA (SBN 293278)
elia.herrera@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Defendant LinkedIn Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> LinkedIn Corp., <br><br> Defendant. | Case No. 3:17-cv-03301-EMC <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** <br><br> The Hon. Edward M. Chen <br><br> Trial Date:  TBD |

STIPULATION AND ~~PROPOSED~~ ORDER
3:17-cv-03301-EMC

1   WHEREAS, on June 7, 2017, hiQ Labs, Inc. ("hiQ") filed the complaint in this action
2  against LinkedIn Corporation ("LinkedIn," and collectively with hiQ, the "Parties") (Dkt. 1);
3   WHEREAS, on August 14, 2017, the Court granted hiQ's motion for a preliminary
4  injunction (Dkt. 63);
5   WHEREAS, on September 5, 2017, LinkedIn filed a notice of appeal from the order
6  granting hiQ a preliminary injunction (Dkt. 72);
7   WHEREAS, on October 12, 2017, pursuant to stipulation, the Court stayed all proceedings
8  in this Court until 30 days after LinkedIn's appeal is resolved (Dkt. 80, the "Stay Order");
9   WHEREAS, the Stay Order provides that, within 10 days of the Ninth Circuit issuing a
10 mandate or if the appeal is resolved in any way other than a way that results in the issuance of a
11 mandate (e.g. settlement, withdrawal, or dismissal), the parties shall meet and confer and inform
12 the Court of their plans regarding the best way to proceed, and shall jointly request a case
13 management conference (Dkt. 80);
14   WHEREAS, the Parties briefed LinkedIn's appeal, and participated in oral argument
15 before the Ninth Circuit on March 15, 2018;
16   WHEREAS, a Case Management Conference in the above-captioned matter is currently
17 scheduled for November 5, 2018 at 10:30 a.m. (Dkt. 104);
18   WHEREAS, the Ninth Circuit has not yet ruled on LinkedIn's appeal;
19   THEREFORE, for good cause, it is hereby stipulated and agreed:
20   1. That the November 5, 2018 Case Management Conference is continued until
21   February 7, 2019 at ~~10:30~~ 9:30 a.m. Should the Ninth Circuit resolve LinkedIn's appeal
22   prior to that date, the Parties shall meet and confer and inform the Court of their
23   plans regarding the best way to proceed, as set out in the Stay Order (Dkt. 80).
24   2. Nothing in this stipulation is intended to displace any provisions of the Stay Order
25   (Dkt. 80).
26
27 **IT IS SO STIPULATED.**
28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND ~~PROPOSED~~ ORDER     2
3:17-cv-03301-EMC

| | |
|---|---|
| Dated: October 17, 2018 | FARELLA BRAUN + MARTEL LLP |
| | By: /s/ C. Brandon Wisoff |
| | C. Brandon Wisoff (SBN 121930) |
| | bwisoff@fbm.com |
| | Deepak Gupta (SBN 226991) |
| | dgupta@fbm.com |
| | Rebecca H. Stephens (SBN 299234) |
| | rstephens@fbm.com |
| | Farella Braun + Martel LLP |
| | 235 Montgomery Street |
| | San Francisco, California 94104 |
| | Telephone: (415) 954-4400 |
| | Fax: (415) 954-4480 |
| | |
| | ***Attorneys for Plaintiff hiQ Labs, Inc.*** |
| | |
| Dated: October 17, 2018 | MUNGER, TOLLES & OLSON LLP |
| | By: /s/ Jonathan H. Blavin |
| | Jonathan H. Blavin (SBN 230269) |
| | jonathan.blavin@mto.com |
| | Rosemarie T. Ring (SBN 220769) |
| | Rose.ring@mto.com |
| | Nicholas K. Fram (SBN 288293) |
| | nicholas.fram@mto.com |
| | Elia Herrera (SBN 293278) |
| | elia.herrera@mto.com |
| | |
| | MUNGER, TOLLES & OLSON LLP |
| | 560 Mission Street, 27th Floor |
| | San Francisco, California 94105-2907 |
| | Telephone:(415) 512-4000 |
| | Facsimile: (415) 512-4077 |
| | |
| | ***Attorneys for Defendant LinkedIn Corp.*** |

### **N.D. Cal. Civil Local Rule 5-1 Attestation**

I, C. Brandon Wisoff, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with N.D. Cal. Civil Local Rule 5-1, I hereby attest that Jonathan H. Blavin concurred in the filing of this document.

/s/ C. Brandon Wisoff
C. Brandon Wisoff

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND ~~PROPOSED~~ ORDER    3
3:17-cv-03301-EMC

1  **[PROPOSED]** ORDER

2  Pursuant to Stipulation, it is SO ORDERED.

4  Date: __October 17, 2018__          _____
                                         The Hon. Edward M. Chen
                                         United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND ~~PROPOSED~~ ORDER          4
3:17-cv-03301-EMC