1  DONALD B. VERRILLI (pro hac vice)
donald.verrilli@mto.com
2  CHAD I. GOLDER (pro hac vice)
jonathan.blavin@mto.com
3  MUNGER, TOLLES & OLSON LLP
1155  F  Street, NW
4  Seventh Floor
Washington, D.C.  20001-1361
5  Telephone:    (202) 220-1100
Facsimile:    (202) 220-2300
6
JONATHAN H. BLAVIN (State Bar No. 230269)
7  jonathan.blavin@mto.com
ROSEMARIE T. RING (State Bar No. 220769)
8  rose.ring@mto.com
NICHOLAS D. FRAM (State Bar No. 288293)
9  nicholas.fram@mto.com
ELIA HERRERA (State Bar No. 293278)
10  elia.herrera@mto.com
MUNGER, TOLLES & OLSON LLP
11  560 Mission Street
Twenty-Seventh Floor
12  San Francisco, California 94105-2907
Telephone:    (415) 512-4000
13  Facsimile:    (415) 512-4077

14  Attorneys for LinkedIn Corporation

15

16                          UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

18

| hiQ Labs, Inc., | Case No. 17-cv-03301-EMC |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | Judge:    Hon. Edward M. Chen |
| LinkedIn Corporation, | Trial Date:        None Set |
| Defendant. | |

24        TO ALL PARTIES AND THEIR ATOTRNEYS OF RECORD:

25        PLEASE TAKE NOTICE that the following attorney of the law firm Munger, Tolles &

26  Olson LLP hereby appears as an additional attorney of record on behalf of Defendant LinkedIn

27  Corporation.

28

1          ELIA HERRERA (State Bar No. 293278)
            MUNGER, TOLLES & OLSON LLP

2          560 Mission Street
            Twenty-Seventh Floor

3          San Francisco, California  94105-2907
            Telephone:  (415) 512-4000

4          Facsimile:    (415) 512-4077

5

6  DATED:  October 25, 2018          MUNGER, TOLLES & OLSON LLP

7

8

9                        By:        */s/Elia Herrera*
                              ELIA HERRERA

10                   Attorneys for LinkedIn Corporation

NOTICE OF APPEARANCE