C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Deepak Gupta (State Bar No. 226991)
dgupta@fbm.com
Jeffrey G. Lau (State Bar No. 281629)
jlau@fbm.com
Rebecca H. Stephens (State Bar No. 299234)
rstephens@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff hiQ Labs, Inc.

DONALD B. VERRILLI, JR. (*pro hac vice*)
donald.verrilli@mto.com
CHAD GOLDER (*pro hac vice*)
chad.golder@mto.com
MUNGER, TOLLES & OLSON LLP
1155 F Street, NW
Washington, D.C.  20004
Telephone:     (202) 220-1100
Facsimile:     (202) 220-2300

JONATHAN H. BLAVIN (SBN 230269)
jonathan.blavin@mto.com
ROSEMARIE T. RING (SBN 220769)
rose.ring@mto.com
NICHOLAS D. FRAM (SBN 288293)
nicholas.fram@mto.com
ELIA HERRERA (SBN 293278)
elia.herrera@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

Attorneys for Defendant LinkedIn
Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>              Plaintiff,<br><br>       vs.<br><br>LinkedIn Corp.,<br><br>              Defendant. | Case No. 3:17-cv-03301-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>The Hon. Edward M. Chen<br><br>Trial Date:  TBD |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND PROPOSED ORDER
3:17-cv-03301-EMC

34556\12396919.1

WHEREAS, on June 7, 2017, hiQ Labs, Inc. ("hiQ") filed the complaint in this action against LinkedIn Corporation ("LinkedIn," and collectively with hiQ, the "Parties") (Dkt. 1);

WHEREAS, on August 14, 2017, the Court granted hiQ's motion for a preliminary injunction (Dkt. 63);

WHEREAS, on September 5, 2017, LinkedIn filed a notice of appeal from the order granting hiQ a preliminary injunction (Dkt. 72);

WHEREAS, on October 12, 2017, pursuant to stipulation, the Court stayed all proceedings in this Court until 30 days after LinkedIn's appeal is resolved (Dkt. 80, the "Stay Order");

WHEREAS, the Stay Order provides that, within 10 days of the Ninth Circuit issuing a mandate or if the appeal is resolved in any way other than a way that results in the issuance of a mandate (e.g. settlement, withdrawal, or dismissal), the parties shall meet and confer and inform the Court of their plans regarding the best way to proceed, and shall jointly request a case management conference (Dkt. 80);

WHEREAS, the Parties briefed LinkedIn's appeal, and participated in oral argument before the Ninth Circuit on March 15, 2018;

WHEREAS, a Case Management Conference in the above-captioned matter is currently scheduled for May 2, 2019 at 9:30 a.m. (Dkt. 109);

WHEREAS, the Ninth Circuit has not yet ruled on LinkedIn's appeal;

THEREFORE, for good cause, it is hereby stipulated and agreed:

1. That the May 2, 2019 Case Management Conference is continued until August 8, 2019 at 9:30 a.m. Should the Ninth Circuit resolve LinkedIn's appeal prior to that date, the Parties shall meet and confer and inform the Court of their plans regarding the best way to proceed, as set out in the Stay Order (Dkt. 80).

///

///

///

///

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND PROPOSED ORDER
3:17-cv-03301-EMC

2

34556\12396919.1

1   2. Nothing in this stipulation is intended to displace any provisions of the Stay Order

2    (Dkt. 80).

3

4 **IT IS SO STIPULATED.**

5 Dated: April 22, 2019      FARELLA BRAUN + MARTEL LLP

6

7           By: /s/ C. Brandon Wisoff
            C. Brandon Wisoff (SBN 121930)

8            bwisoff@fbm.com
            Deepak Gupta (SBN 226991)

9            dgupta@fbm.com
            Rebecca H. Stephens (SBN 299234)

10           rstephens@fbm.com
            Farella Braun + Martel LLP

11           235 Montgomery Street
            San Francisco, California 94104

12           Telephone:  (415) 954-4400
            Fax:  (415) 954-4480

13           *Attorneys for Plaintiff hiQ Labs, Inc.*

14

15 Dated: April 22, 2019      MUNGER, TOLLES & OLSON LLP

16

17           By: /s/ Jonathan H. Blavin
            Jonathan H. Blavin (SBN 230269)

18            jonathan.blavin@mto.com
            Rosemarie T. Ring (SBN 220769)

19            Rose.ring@mto.com
            Nicholas K. Fram (SBN 288293)

20            nicholas.fram@mto.com
            Elia Herrera (SBN 293278)

21            elia.herrera@mto.com

22           MUNGER, TOLLES & OLSON LLP
           560 Mission Street, 27th Floor

23           San Francisco, California 94105-2907
           Telephone:(415) 512-4000

24           Facsimile: (415) 512-4077

25           *Attorneys for Defendant LinkedIn Corp.*

26 ///

27 ///

28

STIPULATION AND PROPOSED ORDER    3
3:17-cv-03301-EMC

34556\12396919.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### N.D. Cal. Civil Local Rule 5-1 Attestation

I, C. Brandon Wisoff, am the ECF user whose credentials were utilized in the electronic

filing of this document. In accordance with N.D. Cal. Civil Local Rule 5-1, I hereby attest that

Jonathan H. Blavin concurred in the filing of this document.

/s/ C. Brandon Wisoff
C. Brandon Wisoff

### [PROPOSED] ORDER

Pursuant to Stipulation, it is SO ORDERED.

Date: April 22, 2019

The Hon. Edward M. Chen
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND PROPOSED ORDER
3:17-cv-03301-EMC

4

34556\12396919.1