AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

hiQ Labs, Inc.

Plaintiff (s),

V.

LinkedIn Corp.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 17-cv-3301-EMC

Notice is hereby given that, subject to approval by the court, __plaintiff hiQ Labs, Inc.__ substitutes
(Party (s) Name)

__Terry L. Wit__, State Bar No. __233473__ as counsel of record in
(Name of New Attorney)

place of __Deepak Gupta, Jeffrey G. Lau, Rebecca H. Stephens, and Carl Brandon Wisoff of Farella Braun & Martel LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Quinn Emanuel Urquhart & Sullivan, LLP

Address: 50 California St #22, San Francisco, CA 94111

Telephone: (415) 875-6600   Facsimile (415) 875-6700

E-Mail (Optional): terrywit@quinnemanuel.com

I consent to the above substitution.

Date: 9/18/19

(Signature of Party (s))

I consent to being substituted.

Date: 9/17/19

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 9/18/19

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
                                   Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]