| | |
|---|---|
| R. COREY WORCESTER (*pro hac vice*) <br> coreyworcester@quinnemanuel.com <br> RENITA NATH SHARMA (*pro hac vice*) <br> renitasharma@quinnemanuel.com <br> QUINN, EMANUEL, URQUHART AND <br> SULLIVAN LLP <br> 51 Madison Avenue <br> 22nd Floor <br> New York, NY 10010 <br> Telephone:   (212) 849-7000 <br> Facsimile:   (212) 849-7100 <br><br> TERRY L. WIT (SBN 233473) <br> terrywit@quinnemanuel.com <br> QUINN EMANUEL URQUHART AND <br> SULLIVAN LLP <br> 50 California Street, 22nd Floor <br> San Francisco, CA 94111 <br> Telephone:   (415) 875-6600 <br> Facsimile:   (415) 875-6700 <br><br> Attorneys for Plaintiff hiQ Labs, Inc. | DONALD B. VERRILLI, JR. (*pro hac vice*) <br> donald.verrilli@mto.com <br> MUNGER, TOLLES & OLSON LLP <br> 1155 F Street, NW <br> Washington, D.C.  20004 <br> Telephone:   (202) 220-1100 <br> Facsimile:   (202) 220-2300 <br><br> JONATHAN H. BLAVIN (SBN 230269) <br> jonathan.blavin@mto.com <br> ROSEMARIE T. RING (SBN 220769) <br> rose.ring@mto.com <br> NICHOLAS D. FRAM (SBN 288293) <br> nicholas.fram@mto.com <br> ELIA HERRERA (SBN 293278) <br> elia.herrera@mto.com <br> MUNGER, TOLLES & OLSON LLP <br> 560 Mission Street, 27th Floor <br> San Francisco, California 94105 <br> Telephone:   (415) 512-4000 <br> Facsimile:   (415) 512-4077 <br><br> Attorneys for Defendant LinkedIn Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc., <br><br>         Plaintiff, <br><br>    vs. <br><br> LinkedIn Corp., <br><br>         Defendant. | Case No. 3:17-cv-03301-EMC <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** <br><br> The Hon. Edward M. Chen <br><br> Trial Date:  TBD |

1       WHEREAS, on June 7, 2017, hiQ Labs, Inc. ("hiQ") filed the complaint in this action against LinkedIn Corporation ("LinkedIn," and collectively with hiQ, the "Parties") (Dkt. 1);

2       WHEREAS, on August 14, 2017, the Court granted hiQ's motion for a preliminary injunction (Dkt. 63);

3       WHEREAS, on September 5, 2017, LinkedIn filed a notice of appeal from the order granting hiQ a preliminary injunction (Dkt. 72);

4       WHEREAS, on October 12, 2017, pursuant to stipulation, the Court stayed all proceedings in this Court until 30 days after LinkedIn's appeal is resolved (Dkt. 80, the "Stay Order");

5       WHEREAS, the Stay Order provides that, within 10 days of the Ninth Circuit issuing a mandate or if the appeal is resolved in any way other than a way that results in the issuance of a mandate (e.g. settlement, withdrawal, or dismissal), the parties shall meet and confer and inform the Court of their plans regarding the best way to proceed, and shall jointly request a case management conference (Dkt. 80);

6       WHEREAS, a panel of the Ninth Circuit issued an opinion on September 9, 2019;

7       WHEREAS, LinkedIn filed a petition for rehearing or rehearing en banc on October 11, 2019;

8       WHEREAS, the Ninth Circuit has not issued its mandate;

9       WHEREAS, a Case Management Conference in the above-captioned matter is currently scheduled for November 14, 2019 at 9:30 a.m. (Dkt. 113);

10       WHEREAS, the Ninth Circuit has not yet ruled on LinkedIn's appeal;

THEREFORE, for good cause, it is hereby stipulated and agreed:

1. That the November 14, 2019 Case Management Conference is continued until January 30, 2020 at 9:30 a.m.  Should the Ninth Circuit issue its mandate prior to that date, the Parties shall meet and confer and inform the Court of their plans regarding the best way to proceed, as set out in the Stay Order (Dkt. 80).

///

43187409.1

- 1 -     STIPULATION AND PROPOSED ORDER
3:17-cv-03301-EMC

2. Nothing in this stipulation is intended to displace any provisions of the Stay Order (Dkt. 80).

**IT IS SO STIPULATED.**

Dated: _____, 2019                                   QUINN EMANUEL URQUHART AND SULLIVAN LLP

By: /s/ R. Corey Worcester
R. Corey Worcester

*Attorneys for Plaintiff hiQ Labs, Inc.*

Dated: _____, 2019                                   MUNGER, TOLLES & OLSON LLP

By: /s/ Jonathan H. Blavin
Jonathan H. Blavin (SBN 230269)

*Attorneys for Defendant LinkedIn Corp.*

### N.D. Cal. Civil Local Rule 5-1 Attestation

I, Jonathan H. Blavin, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with N.D. Cal. Civil Local Rule 5-1, I hereby attest that R. Corey Worcester concurred in the filing of this document.

/s/ Jonathan H. Blavin
Jonathan H. Blavin

1 **[PROPOSED] ORDER**

2      Pursuant to Stipulation, it is SO ORDERED.

3

4 Date: _____     _____

5                                                                     The Hon. Edward M. Chen