R. COREY WORCESTER (*pro hac vice*)
coreyworcester@quinnemanuel.com
RENITA NATH SHARMA (*pro hac vice*)
renitasharma@quinnemanuel.com
QUINN, EMANUEL, URQUHART AND
SULLIVAN LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
Telephone:   (212) 849-7000
Facsimile:   (212) 849-7100

TERRY L. WIT (SBN 233473)
terrywit@quinnemanuel.com
QUINN EMANUEL URQUHART AND
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for Plaintiff hiQ Labs, Inc.

DONALD B. VERRILLI, JR. (*pro hac vice*)
donald.verrilli@mto.com
MUNGER, TOLLES & OLSON LLP
1155 F Street, NW
Washington, D.C.  20004
Telephone:   (202) 220-1100
Facsimile:   (202) 220-2300

JONATHAN H. BLAVIN (SBN 230269)
jonathan.blavin@mto.com
ROSEMARIE T. RING (SBN 220769)
rose.ring@mto.com
NICHOLAS D. FRAM (SBN 288293)
nicholas.fram@mto.com
ELIA HERRERA (SBN 293278)
elia.herrera@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

Attorneys for Defendant LinkedIn Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>             Plaintiff,<br><br>      vs.<br><br>LinkedIn Corp.,<br><br>             Defendant. | Case No. 3:17-cv-03301-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>The Hon. Edward M. Chen<br><br>Trial Date:  TBD |

1  WHEREAS, on June 7, 2017, hiQ Labs, Inc. ("hiQ") filed the complaint in this action
2 against LinkedIn Corporation ("LinkedIn," and collectively with hiQ, the "Parties") (Dkt. 1);
3  WHEREAS, on August 14, 2017, the Court granted hiQ's motion for a preliminary
4 injunction (Dkt. 63);
5  WHEREAS, on September 5, 2017, LinkedIn filed a notice of appeal from the order
6 granting hiQ a preliminary injunction (Dkt. 72);
7  WHEREAS, on October 12, 2017, pursuant to stipulation, the Court stayed all proceedings
8 in this Court until 30 days after LinkedIn's appeal is resolved (Dkt. 80, the "Stay Order");
9  WHEREAS, the Stay Order provides that, within 10 days of the Ninth Circuit issuing a
10 mandate or if the appeal is resolved in any way other than a way that results in the issuance of a
11 mandate (e.g. settlement, withdrawal, or dismissal), the parties shall meet and confer and inform
12 the Court of their plans regarding the best way to proceed, and shall jointly request a case
13 management conference (Dkt. 80);
14  WHEREAS, a panel of the Ninth Circuit issued an opinion on September 9, 2019;
15  WHEREAS, LinkedIn filed a petition for rehearing or rehearing en banc on October 11,
16 2019;
17  WHEREAS, the Ninth Circuit has not issued its mandate;
18  WHEREAS, a Case Management Conference in the above-captioned matter is currently
19 scheduled for November 14, 2019 at 9:30 a.m. (Dkt. 113);
20  WHEREAS, the Ninth Circuit has not yet ruled on LinkedIn's appeal;
21  THEREFORE, for good cause, it is hereby stipulated and agreed:
22  1. That the November 14, 2019 Case Management Conference is continued until
23  January 30, 2020 at 9:30 a.m.  Should the Ninth Circuit issue its mandate prior to
24  that date, the Parties shall meet and confer and inform the Court of their plans
25  regarding the best way to proceed, as set out in the Stay Order (Dkt. 80).
26 ///

43187409.1

- 1 - STIPULATION AND ~~PROPOSED~~ ORDER
3:17-cv-03301-EMC

2. Nothing in this stipulation is intended to displace any provisions of the Stay Order (Dkt. 80).

**IT IS SO STIPULATED.**

Dated: _____, 2019                                QUINN EMANUEL URQUHART AND SULLIVAN LLP

By:  /s/ R. Corey Worcester
         R. Corey Worcester

*Attorneys for Plaintiff hiQ Labs, Inc.*

Dated: _____, 2019                                MUNGER, TOLLES & OLSON LLP

By:  /s/ Jonathan H. Blavin
         Jonathan H. Blavin (SBN 230269)

*Attorneys for Defendant LinkedIn Corp.*

### N.D. Cal. Civil Local Rule 5-1 Attestation

I, Jonathan H. Blavin, am the ECF user whose credentials were utilized in the electronic filing of this document.  In accordance with N.D. Cal. Civil Local Rule 5-1, I hereby attest that R. Corey Worcester concurred in the filing of this document.


                                                                /s/ Jonathan H. Blavin
                                                                Jonathan H. Blavin

**[PROPOSED] ORDER**

Pursuant to Stipulation, it is SO ORDERED.

Date: October 31, 2019

_____
The Hon. Edward M. Chen