| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | NOV 8 2019 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

HIQ LABS, INC.,

    Plaintiff-Appellee,

v.

LINKEDIN CORPORATION,

    Defendant-Appellant.

No. 17-16783

D.C. No. 3:17-cv-03301-EMC
Northern District of California,
San Francisco

ORDER

Before: WALLACE and BERZON, Circuit Judges, and BERG,[*] District Judge.

The panel has unanimously voted to deny appellant's petition for rehearing. Judge Berzon has voted to deny the petition for rehearing en banc. Judge Wallace and Judge Berg recommend denial of the petition for rehearing en banc.

The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for rehearing is denied and the petition for rehearing en banc is rejected.

---

[*] The Honorable Terrence Berg, United States District Judge for the Eastern District of Michigan, sitting by designation.