UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 19 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HIQ LABS, INC.,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>LINKEDIN CORPORATION,<br><br>　　　　Defendant - Appellant. | No. 17-16783<br><br>D.C. No. 3:17-cv-03301-EMC<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

　　　The judgment of this Court, entered September 09, 2019, takes effect this date.

　　　This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　By: Quy Le
　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　　Ninth Circuit Rule 27-7