R. COREY WORCESTER (*pro hac vice*)
coreyworcester@quinnemanuel.com
RENITA NATH SHARMA (*pro hac vice*)
renitasharma@quinnemanuel.com
QUINN, EMANUEL, URQUHART AND
SULLIVAN LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:      (212) 849-7100

TERRY L. WIT (SBN 233473)
terrywit@quinnemanuel.com
QUINN EMANUEL URQUHART AND
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for Plaintiff hiQ Labs, Inc.

DONALD B. VERRILLI, JR. (*pro hac vice*)
donald.verrilli@mto.com
MUNGER, TOLLES & OLSON LLP
1155 F Street, NW
Washington, D.C.  20004
Telephone:     (202) 220-1100
Facsimile:      (202) 220-2300

JONATHAN H. BLAVIN (SBN 230269)
jonathan.blavin@mto.com
ROSEMARIE T. RING (SBN 220769)
rose.ring@mto.com
NICHOLAS D. FRAM (SBN 288293)
nicholas.fram@mto.com
ELIA HERRERA (SBN 293278)
elia.herrera@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

Attorneys for Defendant LinkedIn Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>    Plaintiff,<br><br>    vs.<br><br>LinkedIn Corp.,<br><br>    Defendant. | Case No. 3:17-cv-03301-EMC<br><br>**JOINT STATEMENT PURSUANT TO ECF NO. 80**<br><br>The Hon. Edward M. Chen<br><br>Trial Date:  TBD |

1    Pursuant to the Parties' stipulation, the Court stayed this action pending the issuance of the mandate in the appeal filed by Defendant LinkedIn Corporation ("LinkedIn") from this Court's order granting hiQ Labs, Inc.'s ("hiQ") motion for a preliminary injunction.  *See* ECF No. 80 (Stipulation and Order Staying Further Proceedings and Deadlines (the "Stay Order")).  Pursuant to the Stay Order, the Parties agreed to meet and confer and inform the Court of their plans regarding the future of the case within 10 days of the Ninth Circuit issuing its mandate in the hiQ appeal.  *Id.* ¶ 3.  The Ninth Circuit issued its mandate in the hiQ appeal on November 19, 2019.  *See* ECF No. 124.

The Parties write to inform the Court that they are continuing to meet and confer regarding the next steps in this case.  The initial status conference is set for January 30, 2020 at 9:30 a.m.  *See* ECF No. 122.  The Parties plan on submitting a joint case management conference statement a week before the conference and will advise the Court if its intervention is otherwise needed beforehand.

Dated: November 27, 2019                    QUINN EMANUEL URQUHART AND
                                            SULLIVAN LLP

                                            By:   /s/ R. Corey Worcester
                                                  R. Corey Worcester (*pro hac vice*)
                                                  *Attorneys for Plaintiff hiQ Labs, Inc.*

Dated: November 27, 2019                    MUNGER, TOLLES & OLSON LLP

                                            By:   /s/ Jonathan H. Blavin
                                                  Jonathan H. Blavin (SBN 230269)
                                                  *Attorneys for Defendant LinkedIn Corp.*

### N.D. Cal. Civil Local Rule 5-1 Attestation

I, Jonathan H. Blavin, am the ECF user whose credentials were utilized in the electronic filing of this document.  In accordance with N.D. Cal. Civil Local Rule 5-1, I hereby attest that R. Corey Worcester concurred in the filing of this document.

                                            /s/ Jonathan H. Blavin
                                            Jonathan H. Blavin