DONALD B. VERRILLI (pro hac vice)
donald.verrilli@mto.com
MUNGER, TOLLES & OLSON LLP
1155 F Street, NW
Seventh Floor
Washington, D.C. 20001-1361
Telephone:     (202) 220-1100
Facsimile:     (202) 220-2300

JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
ROSEMARIE T. RING (State Bar No. 220769)
rose.ring@mto.com
NICHOLAS D. FRAM (State Bar No. 288293)
nicholas.fram@mto.com
MARIANNA MAO (State Bar No. 318070)
marianna.mao@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

*Attorneys for LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc., | Case No. 17-cv-03301-EMC |
| Plaintiff, | **NOTICE OF APPEARANCE OF MARIANNA MAO AS COUNSEL FOR LINKEDIN CORPORATION** |
| vs. | |
| LinkedIn Corporation, | Judge:    Hon. Edward M. Chen |
| Defendant. | Trial Date:    None Set |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the following attorney of the law firm Munger, Tolles & Olson LLP hereby appears as an additional attorney of record on behalf of Defendant LinkedIn Corporation.

```
 1    MARIANNA MAO (State Bar No. 318070)
      MUNGER, TOLLES & OLSON LLP
 2    560 Mission Street
      Twenty-Seventh Floor
 3    San Francisco, California  94105-2907
      Telephone:  (415) 512-4000
 4    Facsimile:   (415) 512-4077
 5
 6
 7
 8    DATED:  January 17, 2020            MUNGER, TOLLES & OLSON LLP
 9
10
                                          By:      /s/ Jonathan H. Blavin
11                                              JONATHAN H. BLAVIN
                                          Attorneys for LinkedIn Corporation
12
```