1  DONALD B. VERRILLI (pro hac vice)
   donald.verrilli@mto.com
2  MUNGER, TOLLES & OLSON LLP
   1155 F Street, NW
3  Seventh Floor
   Washington, D.C. 20001-1361
4  Telephone:     (202) 220-1100
   Facsimile:      (202) 220-2300
5
   JONATHAN H. BLAVIN (State Bar No. 230269)
6  jonathan.blavin@mto.com
   ROSEMARIE T. RING (State Bar No. 220769)
7  rose.ring@mto.com
   NICHOLAS D. FRAM (State Bar No. 288293)
8  nicholas.fram@mto.com
   MARIANNA MAO (State Bar No. 318070)
9  marianna.mao@mto.com
   MUNGER, TOLLES & OLSON LLP
10 560 Mission Street
   Twenty-Seventh Floor
11 San Francisco, California 94105-2907
   Telephone:     (415) 512-4000
12 Facsimile:      (415) 512-4077

13 *Attorneys for LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| hiQ Labs, Inc., | Case No. 17-cv-03301-EMC |
|---|---|
| Plaintiff, | **NOTICE OF WITHDRAWAL OF ELIA HERRERA AS COUNSEL FOR LINKEDIN CORPORATION** |
| vs. | |
| LinkedIn Corporation, | Judge:   Hon. Edward M. Chen |
| Defendant. | Trial Date:   None Set |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that as of January 17, 2020, Elia Herrera will no longer be associated with the firm Munger, Tolles & Olson LLP, and is hereby withdrawn as counsel for Defendant in the above referenced matter. The law firm of Munger, Tolles & Olson LLP will continue to serve as counsel for Defendant.

DATED: January 17, 2020               MUNGER, TOLLES & OLSON LLP


                                      By:      */s/ Jonathan H. Blavin*
                                           JONATHAN H. BLAVIN
                                           Attorneys for LinkedIn Corporation