1  Adam B. Wolfson ( Cal. Bar No. 262125)
   adamwolfson@quinnemanuel.com
2  865 S. Figueroa, 10th Floor
   Los Angeles, CA 900017
3  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
4
   *Attorney for Plaintiff hiQ Labs, Inc.*
5

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA,

8                  SAN FRANCISCO DIVISION

9

10 hiQ Labs, Inc.,                          CASE NO. 17-cv-03301-EMC

11         Plaintiff,                       **NOTICE OF APPEARANCE OF ADAM B. WOLFSON AS COUNSEL FOR hiQ LABS, INC.**

12         vs.

13 LinkedIn Corporation,                    Judge: Hon. Edward M. Chen
                                            Trial Date: None Set
14         Defendant.

15

16     TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

17     PLEASE TAKE NOTICE that the following attorney of the law firm Quinn Emanuel

18 Urquhart & Sullivan, LLP hereby appears as counsel of record for Plaintiff hiQ Labs, Inc., and

19 respectfully requests that all pleadings, papers, correspondence, and electronic filing notices

20 should be directed to:

21     Adam B. Wolfson (Cal. Bar No. 262125)
       adamwolfson@quinnemanuel.com
22     865 S. Figueroa, 10th Floor
       Los Angeles, CA 900017
23     Telephone: (213) 443-3000
       Facsimile: (213) 443-3100
24

25

26

27

28

Case No. 17-CV-03301-EMC
NOTICE OF APPEARANCE OF ADAM B. WOLFSON AS COUNSEL FOR hiQ Labs, Inc.

1 | DATED: February 14, 2020

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By _____
Adam B. Wolfson
Attorneys for hiQ Labs, Inc.