# Exhibit 2

# Public & Private Profiles

You control the visibility and reach of your LinkedIn profile. Learn more about your profile privacy settings, customizing your public profile URL, and more.

## Articles from LinkedIn

LinkedIn Public Profile Visibility

Promoting Your Public Profile

Finding Your LinkedIn Public Profile URL

Customizing Your Public Profile URL

Machine Translated Public Profiles on LinkedIn – No Longer Available

Sections Missing from Your Public Profile

Saving a Profile in a PDF Format

Sharing A Profile with Connections and Coworkers

Contact us

English

About    Safety Center    Privacy and Terms    LinkedIn Corporation © 2020