# Exhibit 3

Off-LinkedIn Visibility | LinkedIn Help



# Off-LinkedIn Visibility

Two of LinkedIn's goals are to help members be found for opportunities and to facilitate better informed professional communications, both on and off the site. For example, **public profiles** can be found through search engines. In addition, users of certain mail or calendar services may also see in those services "mini" profiles of members they interact with.

You may prefer to limit the visibility of your profile information outside of LinkedIn. Below are two settings that enable you to do that.

∨ Public profile

Anyone can see your public profile in search engines, as well as in apps and other services as described above. Learn how to **hide or show your public profile**.

∨ Other services (formerly "third party applications"), excluding search engines

Through our partnerships and developer program, we enable certain affiliates, partners, customers, and other permitted developers to display to their users information from the profiles of members they meet, write to or about, manage or consider for talent or other opportunities, take social actions (e.g. follow their company), etc. Some examples include Outlook and **Yahoo Mail**, Calendar or Contacts, Apple and **Samsung** native mail, contacts and calendar phone apps, **Cortana**, **Evernote**, social media aggregators (e.g. tools for **company brand administrators** to consolidate interactions with followers across social media), talent and lead managers.

You can opt out using this **setting** (formerly known as "sharing data with third parties").

To manage your Profile visibility off LinkedIn settings:

1. Click the 👤 **Me** icon at the top of your LinkedIn homepage.
2. Click **Settings & Privacy**.
3. Click the **Privacy** tab at the top of the page.
4. Under the **How others see your profile and network information** section, click **Change** next to **Profile visibility off LinkedIn**.
5. Switch the toggle to **Yes** to show information from your profile to users of permitted services. Switch the toggle to **No** to opt of out of this setting.

**Note:** Changing the above setting doesn't limit visibility on search engines, which is controlled by the public profile setting.

Many of the users of these services are LinkedIn members who opt in to link their LinkedIn account with their account on the other service. Depending on the nature of the specific integration, these users could see up to the same **profile information** (including **connections data**) seen on LinkedIn. This may be more than the public profile **of members who haven't disabled profile visibility off LinkedIn in their settings**.

Other users of these services may not be members or are members who did not link their accounts yet. They can see the **public profiles** of members who didn't opt out as noted above. The visibility of profiles to such users is controlled by both the opt out above, and by the public profile settings noted below.

Learn more about **public and private profiles**.

Off-LinkedIn Visibility | LinkedIn Help

Last updated: June 7, 2018



Was this answer helpful?

Yes        No

RECENTLY VIEWED

Your Network and Degrees of Connection

LinkedIn Public Profile Visibility

Off-LinkedIn Visibility

Linked in

**Contact us**

**Live chat**

English

About        Safety Center        Privacy and Terms ▼        LinkedIn Corporation © 2020