# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 12, 2020

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

Re:  LinkedIn Corporation
v. hiQ Labs, Inc.
No. 19-1116
(Your No. 17-16783)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 9, 2020 and placed on the docket March 12, 2020 as No. 19-1116.

Sincerely,

**Scott S. Harris**, Clerk

by

Lisa Nesbitt
Case Analyst