| | |
|---|---|
| COREY WORCESTER (*pro hac vice*) <br> coreyworcester@quinnemanuel.com <br> RENITA SHARMA (*pro hac vice*) <br> renitasharma@quinnemanuel.com <br> QUINN EMANUEL URQUHART AND SULLIVAN LLP <br> 51 Madison Avenue, 22nd Floor <br> New York, NY 10010 <br> Telephone:  (212) 849-7000 <br> Facsimile:  (212) 849-7100 <br><br> TERRY L. WIT (SBN 233473) <br> terrywit@quinnemanuel.com <br> QUINN EMANUEL URQUHART AND SULLIVAN LLP <br> 50 California Street, 22nd Floor <br> San Francisco, CA 94111 <br> Telephone:  (415) 875-6600 <br> Facsimile:  (415) 875-6700 <br><br> Attorneys for Plaintiff hiQ Labs, Inc. | DONALD B. VERRILLI, JR. (*pro hac vice*) <br> donald.verrilli@mto.com <br> MUNGER, TOLLES & OLSON LLP <br> 1155 F Street, NW <br> Washington, D.C.  20004 <br> Telephone:  (202) 220-1100 <br> Facsimile:  (202) 220-2300 <br><br> JONATHAN H. BLAVIN (SBN 230269) <br> jonathan.blavin@mto.com <br> ROSEMARIE T. RING (SBN 220769) <br> rose.ring@mto.com <br> NICHOLAS D. FRAM (SBN 288293) <br> nicholas.fram@mto.com <br> MARIANNA MAO (SBN 318070) <br> marianna.mao@mto.com <br> MUNGER, TOLLES & OLSON LLP <br> 560 Mission Street, 27th Floor <br> San Francisco, California 94105 <br> Telephone:  (415) 512-4000 <br> Facsimile:  (415) 512-4077 <br><br> Attorneys for Defendant LinkedIn Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc., <br><br>         Plaintiff, <br><br>   vs. <br><br> LinkedIn Corp., <br><br>         Defendant. | Case No. 3:17-cv-03301-EMC <br><br> **STIPULATION AND [PROPOSED] SCHEDULING ORDER** AS MODIFIED <br><br> The Hon. Edward M. Chen <br><br> Initial CMC: January 30, 2020 <br> Trial Date:  TBD |

1    WHEREAS, on June 7, 2017, hiQ Labs, Inc. ("hiQ") filed the complaint in this action
2 against LinkedIn Corporation ("LinkedIn") (Dkt. 1);

3    WHEREAS, on February 14, 2020, hiQ filed an amended complaint (Dkt. 131);

4    WHEREAS, LinkedIn's deadline to answer or otherwise respond to the amended
5 complaint is April 14, 2020 (Dkt. 129);

6    WHEREAS, pursuant to so-ordered stipulation (Dkt. 129), if LinkedIn's response to the
7 amended complaint is a motion pursuant to Federal Rule of Civil Procedure 12, hiQ's opposition
8 brief is due on June 12, 2020, LinkedIn's reply brief is due on July 14, 2020, and a hearing has
9 been set for August 6, 2020 at 2:30 p.m.;

10    WHEREAS, a case management conference is currently set for April 9, 2020 at 9:30 a.m.;

11    THEREFORE, for good cause, it is hereby stipulated and agreed:

12    1.  If LinkedIn's response to the complaint is a motion pursuant to Federal Rule of
13 Civil Procedure 12, LinkedIn's brief in support of its motion may be up to a maximum of ~~35~~ 30 pages
14 in length; hiQ's opposition brief may be up to a maximum of ~~35~~ 30 pages in length; and LinkedIn's
15 reply brief may be up to a maximum of ~~20~~ 17 pages in length.

16    2.  The case management conference set for April 9, 2020 at 9:30 a.m. is continued to
17 August 6, 2020 at ~~2:30~~ 1:30 p.m.

18    3.  Nothing in this order affects any deadline not specifically mentioned herein.

19    4.  Nothing in this order precludes either party from applying to the Court for relief
20 from any deadline set forth in this stipulation and proposed order.

21

22 **IT IS SO STIPULATED.**

23 Dated: March 18, 2020                QUINN EMANUEL URQUHART AND
                                       SULLIVAN LLP
24

25                                     By:  /s/ *Corey Worcester*
                                           Corey Worcester
26
                                       *Attorneys for Plaintiff hiQ Labs, Inc.*
27

28

| | |
|---|---|
| Dated: March 18, 2020 | MUNGER, TOLLES & OLSON LLP |
| | By: /s/ *Jonathan H. Blavin* |
| | Jonathan H. Blavin (SBN 230269) |
| | *Attorneys for Defendant LinkedIn Corp.* |

### N.D. Cal. Civil Local Rule 5-1 Attestation

I, Jonathan H. Blavin, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with N.D. Cal. Civil Local Rule 5-1, I hereby attest that Corey Worcester concurred in the filing of this document.

/s/ *Jonathan H. Blavin*
Jonathan H. Blavin

### [PROPOSED] ORDER

Pursuant to Stipulation, it is SO ORDERED.

Date: March 19, 2020

The Hon. Edward M. Chen