DONALD B. VERRILLI, JR. (*pro hac vice*)
donald.verrilli@mto.com
MUNGER, TOLLES & OLSON LLP
1155 F Street, NW
Washington, D.C. 20004
Telephone:   (202) 220-1100
Facsimile:   (202) 220-2300

JONATHAN H. BLAVIN (SBN 230269)
jonathan.blavin@mto.com
ROSEMARIE T. RING (SBN 220769)
rose.ring@mto.com
NICHOLAS D. FRAM (SBN 288293)
nicholas.fram@mto.com
MARIANNA MAO (SBN 318070)
marianna.mao@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

Attorneys for Defendant LinkedIn Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> LinkedIn Corporation, <br><br> Defendant. | Case No. 3:17-cv-03301-EMC <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT LINKEDIN CORPORATION'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** <br><br> Judge:           Hon. Edward M. Chen <br> Hearing Date:   August 6, 2020 <br> Hearing Time:   1:30 p.m. |

1   This Court, having read and considered Defendant LinkedIn Corporation's ("LinkedIn")
2  Motion to Dismiss the First Amended Complaint filed by Plaintiff hiQ Labs, Inc. ("hiQ"), as well
3  as other briefing and documents filed with the Court, GRANTS LinkedIn's motion to dismiss. For
4  good cause, it is hereby ordered:

5   1.  All of hiQ's claims for damages under its state tort law and federal Sherman Act
6  causes of action are dismissed.

7   2.  hiQ's Sherman Act claims (Tenth, Eleventh, and Twelfth causes of action) are
8  dismissed for failure to state a claim.

**IT IS SO ORDERED.**

Dated:

_____     _____
                                                  The Hon. Edward M. Chen

Submitted by:

MUNGER, TOLLES & OLSON LLP

By:  */s/ Jonathan H. Blavin*
     JONATHAN H. BLAVIN

Attorneys for Defendant LinkedIn Corporation