JEFFREY LAU (S.B. #281629)
jeffreylau@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
18th Floor
Los Angeles, California  90071-2899
Telephone:     +1 213 430 6000
Facsimile:      +1 213 430 6407

Attorney for Defendant
hiQ LABS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| hiQ LABS, INC.,<br><br>         Plaintiff,<br><br>    v.<br><br>LINKEDIN CORPORATION,<br><br>         Defendant. | Case No. 3:17-CV-03301-EMC<br><br>**MOTION TO WITHDRAW AS ATTORNEY** |

Jeffrey G. Lau of the law firm of O'Melveny & Myers, one of the attorneys of record for the plaintiff, hiQ Labs, Inc., pursuant to the Northern District of California - San Francisco Division L.R. 11-5(a), respectfully moves the Court to withdraw his appearance on behalf of

the plaintiff, hiQ Labs, Inc., will continue to be represented by counsel of record from Farella Braun + Martell LLP.

Dated:  May 15, 2020

Respectfully submitted,

JEFFREY LAU
O'MELVENY & MYERS LLP

By: /s/ *Jeffrey G. Lau*
　　　　　Jeffrey Lau
Attorneys for Defendant
hiQ LABS, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2020, a copy of the foregoing "Motion to Withdraw Appearance" was filed electronically. Notice of this filing will be sent to the following counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Jonathan Hugh Blavin, Esq.
Munger, Tolles & Olson, LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105
jonathan.blavin@mto.com

Donald B. Verrilli, Jr.
Munger, Tolles and Olson LLP
1155 F Sreet, NW, 7th floor
Washington, DC  20004
donald.verrilli@mto.com

/s/ *Jeffrey G. Lau*
Jeffrey G. Lau

OMM_US:77977624.1