JEFFREY LAU (S.B. #281629)
jeffreylau@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
18th Floor
Los Angeles, California  90071-2899
Telephone:    +1 213 430 6000
Facsimile:    +1 213 430 6407

Attorney for Defendant
hiQ Labs, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| hiQ LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LINKEDIN, <br><br> Defendant. | Case No. 3:17-CV-03301-EMC <br><br> **[PROPOSED] ORDER RE MOTION TO WITHDRAW AS ATTORNEY** |

This matter having come before the Court on the Motion to Withdraw Appearance filed by Jeffrey G. Lau of the law firm of O'Melveny & Myers as counsel for the plaintiff, hiQ Labs, Inc.; and the Court, being otherwise duly advised, now GRANTS said motion and it is accordingly

ORDERED that the appearance of Jeffrey G. Lau of the law firm of O'Melveny & Myers LLP on behalf of the plaintiff, hiQ Labs, Inc. is hereby withdrawn.  hiQ Labs, Inc. will continue to

be represented by counsel of record from Farella Braun + Martell LLP and will not be prejudiced by this withdrawal.

Dated:  May __, 2020

_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.

OMM_US:77977655.1

- 2 -

[PROPOSED] ORDER RE MOTION TO WITHDRAW AS ATTORNEY
3:17-CV-03301-EMC