1  JEFFREY LAU (S.B. #281629)
   jeffreylau@omm.com
2  O'MELVENY & MYERS LLP
   400 South Hope Street
3  18th Floor
   Los Angeles, California  90071-2899
4  Telephone:     +1 213 430 6000
   Facsimile:     +1 213 430 6407
5
   Attorney for Defendant
6  hiQ Labs, Inc.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO

11

12 hiQ LABS, INC.,                         Case No. 3:17-CV-03301-EMC

13              Plaintiff,                 [PROPOSED] ORDER RE MOTION
                                           TO WITHDRAW AS ATTORNEY
14       v.

15 LINKEDIN,

16              Defendant.

17

18

19   This matter having come before the Court on the Motion to Withdraw Appearance filed by

20 Jeffrey G. Lau of the law firm of O'Melveny & Myers as counsel for the plaintiff, hiQ Labs, Inc.;

21 and the Court, being otherwise duly advised, now GRANTS said motion and it is accordingly

22   ORDERED that the appearance of Jeffrey G. Lau of the law firm of O'Melveny & Myers

23 LLP on behalf of the plaintiff, hiQ Labs, Inc. is hereby withdrawn.  hiQ Labs, Inc. will continue to

1  be represented by counsel of record from Farella Braun + Martell LLP and will not be prejudiced

2  by this withdrawal.

3      Dated:  May 15, 2020

_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.

OMM_US:77977655.1

- 2 -

[PROPOSED] ORDER RE MOTION TO
WITHDRAW AS ATTORNEY
3:17-CV-03301-EMC