AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

hiQ Labs, Inc.
Plaintiff (s),
V.
LinkedIn Corp.
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 17-cv-3301-EMC

Notice is hereby given that, subject to approval by the court, plaintiff hiQ Labs, Inc. substitutes
(Party (s) Name)

Terry L. Wit , State Bar No. 233473 as counsel of record in
(Name of New Attorney)

place of Deepak Gupta, Jeffrey G. Lau, Rebecca H. Stephens, and Carl Brandon Wisoff of Farella Braun & Martel LLP .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Quinn Emanuel Urquhart & Sullivan, LLP
Address: 50 California St #22, San Francisco, CA 94111
Telephone: (415) 875-6600     Facsimile (415) 875-6700
E-Mail (Optional): terrywit@quinnemanuel.com

I consent to the above substitution.
Date: 9/18/19
(Signature of Party (s))

I consent to being substituted.
Date: 9/17/19
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/18/19
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: June 3, 2020

GRANTED
Judge Edward M. Chen

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]