QUINN EMANUEL URQUHART & SULLIVAN, LLP
Corey Worcester (*pro hac vice*)
coreyworcester@quinnemanuel.com
Renita Sharma (*pro hac vice*)
renitasharma@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000

Terry L. Wit (SBN 233473)
terrywit@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:     (415) 875-6600

Adam B. Wolfson (SBN 262125)
adamwolfson@quinnemanuel.com
865 Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone:     (213) 443-3000

Attorneys for Plaintiff hiQ Labs, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>              Plaintiff,<br><br>      vs.<br><br>LinkedIn Corp.,<br><br>              Defendant. | Case No. 3:17-cv-03301-EMC<br><br>**DECLARATION OF COREY WORCESTER IN SUPPORT OF PLAINTIFF HIQ LABS, INC.'S OPPOSITION TO LINKEDIN CORPORATION'S MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Judge:           Hon. Edward M. Chen<br>Hearing Date:  August 6, 2020<br>Hearing Time:  1:30 p.m. |

I, Corey Worcester, declare as follows:

1. I am a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, representing Plaintiff hiQ Labs, Inc. in the above-captioned matter. I am a member in good standing of the State Bar of New York. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

2. I submit this declaration in support of Plaintiff hiQ Labs, Inc.'s Opposition to LinkedIn Corporation's Motion to Dismiss the Amended Complaint.

3. Annexed hereto as Exhibit A is a true and correct copy of Docket Entry 281, the Order (1) Denying Plaintiff's Motion For Partial Summary Judgment And (2) Granting In Part And Denying In Part Defendant's Motion For Summary Judgment, in the matter captioned *Arista Networks, Inc. v. Cisco Sys. Inc.*, No. 16-cv-00923-BLF (N.D. Cal. May 21, 2018).

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Port Washington, New York on June 12, 2020.

  *Corey Worcester*
  Corey Worcester