Corey Worcester (*pro hac vice*)
coreyworcester@quinnemanuel.com
Renita Sharma (*pro hac vice*)
renitasharma@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:   (212) 849-7000
Facsimile:   (212) 849-7100

Terry L. Wit (SBN 233473)
terrywit@quinnemanuel.com
Adam B. Wolfson (SBN 262125)
adamwolfson@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for Plaintiff hiQ Labs, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>           Plaintiff,<br><br>   vs.<br><br>LinkedIn Corp.,<br><br>           Defendant. | Case No. 3:17-CV-03301-EMC<br><br>**DECLARATION OF COREY WORCESTER IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF HIQ LABS, INC.'S AMENDED CORPORATE DISCLOSURE STATEMENT & CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>The Hon. Edward M. Chen<br><br>Trial Date:    None set |

I, Corey Worcester, declare as follows:

1. I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys of record for Plaintiff hiQ Labs, Inc. ("hiQ").  I have personal knowledge of the facts set forth below and if called as a witness I could and would competently testify to those facts.

WORCESTER DECL. ISO ADMIN. MOTION TO FILE UNDER SEAL PORTIONS OF PL.'S AMENDED CORPORATE DISCLOSURE STATEMENT & CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. 3:17-cv-033010-EMC

2. Pursuant to Civil Local Rule 79-5(e), I submit this declaration in support of hiQ's Administrative Motion to Seal Portions of hiQ Labs, Inc.'s Amended Corporate Disclosure Statement & Certification of Interested Entities or Persons ("Statement").

3. I have reviewed the Statement.  Based on my review, the Statement contains confidential financial and business information of third parties, the disclosure of which could harm such third parties if disclosed to the public.  hiQ is a small, non-public company that has numerous small investors, including individuals, none of whom is a party to these proceedings and many, if not all of whom, would prefer not to disclose to the public their personal investments. Such disclosure could result in annoyance, embarrassment, or undue burden on the third parties, as they may become subject to media attention or scrutiny as a result of this lawsuit.  In addition, these third parties have a privacy interest in their own financial and business interests, the publication of which would invade such interests. The redactions proposed by hiQ are appropriate and have been narrowly tailored to best balance the need for public disclosure of court filings and for protecting this private financial and business information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 12, 2020, at Cutchogue, New York.

By:      */s/ Corey Worcester*
            Corey Worcester

WORCESTER DECL. ISO ADMIN. MOTION TO FILE UNDER SEAL PORTIONS OF PL.'S AMENDED CORPORATE DISCLOSURE STATEMENT & CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. 3:17-cv-033010-EMC

2