1  Corey Worcester (*pro hac vice*)
   coreyworcester@quinnemanuel.com
2  Renita Sharma (*pro hac vice*)
   renitasharma@quinnemanuel.com
3  QUINN EMANUEL URQUHART AND SULLIVAN LLP
   51 Madison Avenue, 22nd Floor
4  New York, NY 10010
   Telephone:     (212) 849-7000
5  Facsimile:     (212) 849-7100

6  Terry L. Wit (SBN 233473)
   terrywit@quinnemanuel.com
7  Adam B. Wolfson (SBN 262125)
   adamwolfson@quinnemanuel.com
8  QUINN EMANUEL URQUHART AND SULLIVAN LLP
   50 California Street, 22nd Floor
9  San Francisco, CA 94111
   Telephone:     (415) 875-6600
10 Facsimile:     (415) 875-6700

11 Attorneys for Plaintiff hiQ Labs, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| hiQ Labs, Inc., | Case No. 3:17-CV-03301-EMC |
|---|---|
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF HIQ LABS, INC.'S AMENDED CORPORATE DISCLOSURE STATEMENT & CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| LinkedIn Corp., | |
| Defendant. | |
| | The Hon. Edward M. Chen |
| | Trial Date:    None set |

1  The Court has received Plaintiff hiQ Labs, Inc.'s Administrative Motion to Seal Portions
2 of hiQ Labs, Inc.'s Amended Corporate Disclosure Statement & Certification of Interested
3 Entities or Persons ("Statement").  Because the Statement contains material that is sealable
4 pursuant to Local Rule 79-5, Plaintiff's Administrative Motion to File Under Seal is GRANTED.

**IT IS SO ORDERED.**

Dated:

HON. EDWARD M. CHEN<br>
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING ADMIN. MOTION TO FILE UNDER SEAL PORTIONS OF PL.'S AMENDED CORPORATE DISCLOSURE STATEMENT & CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. 3:17-cv-033010-EMC