1  Corey Worcester (*pro hac vice*)
   coreyworcester@quinnemanuel.com
2  Renita Sharma (*pro hac vice*)
   renitasharma@quinnemanuel.com
3  QUINN EMANUEL URQUHART AND SULLIVAN LLP
   51 Madison Avenue, 22nd Floor
4  New York, NY 10010
   Telephone:     (212) 849-7000
5  Facsimile:     (212) 849-7100

6  Terry L. Wit (SBN 233473)
   terrywit@quinnemanuel.com
7  Adam B. Wolfson (SBN 262125)
   adamwolfson@quinnemanuel.com
8  QUINN EMANUEL URQUHART AND SULLIVAN LLP
   50 California Street, 22nd Floor
9  San Francisco, CA 94111
   Telephone:     (415) 875-6600
10 Facsimile:     (415) 875-6700

11
   Attorneys for Plaintiff hiQ Labs, Inc.
12

13
                     UNITED STATES DISTRICT COURT
14                  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc., | Case No. 3:17-CV-03301-EMC |
| Plaintiff, | |
| vs. | **HIQ LABS, INC.'S AMENDED CORPORATE DISCLOSURE STATEMENT & CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| LinkedIn Corp., | |
| Defendant. | The Hon. Edward M. Chen |
| | Trial Date:   None set |

Pursuant to Fed. R. Civ. P. 7.1, the undersigned, counsel of record for Plaintiff hiQ Labs, Inc. ("hiQ"), certifies that hiQ has no parent corporation and that no corporate entity owns more than 10% of hiQ's stock.

Pursuant to N.D. Cal. Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent

corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

■ ▬▬▬▬▬▬▬

■ ▬▬▬▬▬

■ ▬▬▬

■ ▬▬▬▬▬

■ ▬▬▬▬

■ ▬▬▬▬

■ ▬▬▬▬

■ ▬▬

■ ▬▬▬▬

■ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬

■ ▬▬

■ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

■ ▬▬▬▬

■ ▬▬▬

■ ▬▬▬▬▬

16.   CEB, Inc.

■ ▬▬▬▬

■ ▬▬▬▬▬▬▬▬

■ ▬▬▬

■ ▬▬▬▬

■ ▬▬▬

■ ▬▬▬▬

■ ▬▬▬▬

■ ▬▬▬▬▬

1  ███ ██████
2  ███ ██████
3  27. Rob DeSantis
4  ███ █████
5  ███ ██████████
6  ███ ████████
7  ███ ███████
8  ███ ████████████
9  ███ ██████
10 ███ ████████
11 ███ ██████
12 ███ ████████
13 ███ ████████
14 38. Chris Gagnon
15 ███ █████████
16 ███ █████████
17 ███ ██████
18 42. Genevieve Graves
19 ███ ████████
20 ███ ████████
21 ███ ██████
22 ███ █████████
23 ███ ███████
24 ███ ████████
25 ███ ██████
26 50. Darren Kaplan
27 ███ ████████
28

3



61. Jesse Levin

63. Neil Lustig

1. ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
2. ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
3. ▇ ▇▇▇▇▇
4. 82.   Dan Miller
5. ▇ ▇▇▇▇
6. ▇ ▇▇
7. ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
8. ▇ ▇▇▇▇▇▇▇
9. ▇ ▇▇▇
10. ▇ ▇▇▇▇
11. ▇ ▇▇▇▇
12. ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
13. ▇ ▇▇▇▇▇
14. ▇ ▇▇▇
15. 93.   Ben Patch
16. ▇ ▇▇▇
17. ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
18. ▇ ▇▇▇
19. ▇ ▇▇▇
20. ▇ ▇▇▇
21. ▇ ▇▇▇
22. ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
23. ▇ ▇▇▇
24. ▇ ▇▇▇▇
25. ▇ ▇▇▇
26. ▇ ▇▇▇
27. ▇ ▇▇

1  ▇ ▇▇▇
2  ▇ ▇▇
3  ▇ ▇▇
4  ▇ ▇▇
5  ▇ ▇
6  ▇ ▇▇▇
7  ▇ ▇▇
8  ▇ ▇▇
9  ▇ ▇
10 ▇ ▇▇▇
11 ▇ ▇▇
12 ▇ ▇▇▇
13 ▇ ▇▇▇▇
14 ▇ ▇
15 ▇ ▇▇▇
16 ▇ ▇▇
17 ▇ ▇▇▇
18 ▇ ▇
19 ▇ ▇▇▇▇
20 ▇ ▇▇▇
21 ▇ ▇▇
22 ▇ ▇▇▇▇▇▇▇
23 ▇ ▇▇

24      129.    Mark Weidick

25 ▇ ▇▇
26 ▇ ▇▇▇
27 ▇ ▇▇
28

1  ██  ███████████████████████████████

2

3  Dated: August 12, 2020                    QUINN EMANUEL URQUHART &
                                             SULLIVAN LLP
4
                                             By:  _____*/s/ Corey Worcester*_____
5                                                      Corey Worcester
                                                Attorneys for Plaintiff hiQ Labs, Inc.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28