Corey Worcester (*pro hac vice*)
coreyworcester@quinnemanuel.com
Renita Sharma (*pro hac vice*)
renitasharma@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

Terry L. Wit (SBN 233473)
terrywit@quinnemanuel.com
Adam B. Wolfson (SBN 262125)
adamwolfson@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for Plaintiff hiQ Labs, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc., | Case No. 3:17-CV-03301-EMC |
| Plaintiff, | |
| vs. | **HIQ LABS, INC.'S AMENDED CORPORATE DISCLOSURE STATEMENT & CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| LinkedIn Corp., | |
| Defendant. | The Hon. Edward M. Chen |
| | Trial Date:   None set |

Pursuant to Fed. R. Civ. P. 7.1, the undersigned, counsel of record for Plaintiff hiQ Labs, Inc. ("hiQ"), certifies that hiQ has no parent corporation and that no corporate entity owns more than 10% of hiQ's stock.

Pursuant to N.D. Cal. Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent

corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

■ ▬▬▬▬▬▬

■ ▬▬▬▬

■ ▬▬

■ ▬▬▬▬

■ ▬▬▬

■ ▬▬▬

■ ▬▬▬

■ ▬

■ ▬▬▬

■ ▬▬▬▬▬▬▬▬▬▬▬▬

■ ▬▬

■ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬

■ ▬▬▬

■ ▬▬

■ ▬▬▬▬

16.   CEB, Inc.

■ ▬▬▬

■ ▬▬▬▬▬▬▬

■ ▬▬

■ ▬▬▬

■ ▬▬

■ ▬▬▬

■ ▬▬▬

■ ▬▬▬

|    |     |                  |
|----|-----|------------------|
| 1  | ▇   | ▇▇▇▇▇            |
| 2  | ▇   | ▇▇▇▇▇            |
| 3  | 27. | Rob DeSantis     |
| 4  | ▇   | ▇▇▇              |
| 5  | ▇   | ▇▇▇▇▇▇▇▇         |
| 6  | ▇   | ▇▇▇▇▇            |
| 7  | ▇   | ▇▇▇▇             |
| 8  | ▇   | ▇▇▇▇▇▇▇▇▇▇       |
| 9  | ▇   | ▇▇▇▇             |
| 10 | ▇   | ▇▇▇▇▇            |
| 11 | ▇   | ▇▇▇▇             |
| 12 | ▇   | ▇▇▇▇▇            |
| 13 | ▇   | ▇▇▇▇▇            |
| 14 | 38. | Chris Gagnon     |
| 15 | ▇   | ▇▇▇▇▇▇           |
| 16 | ▇   | ▇▇▇▇▇            |
| 17 | ▇   | ▇▇▇              |
| 18 | 42. | Genevieve Graves |
| 19 | ▇   | ▇▇▇▇▇            |
| 20 | ▇   | ▇▇▇▇▇            |
| 21 | ▇   | ▇▇▇              |
| 22 | ▇   | ▇▇▇▇▇            |
| 23 | ▇   | ▇▇▇▇             |
| 24 | ▇   | ▇▇▇▇▇            |
| 25 | ▇   | ▇▇▇▇             |
| 26 | 50. | Darren Kaplan    |
| 27 | ▇   | ▇▇▇▇▇            |
| 28 |     |                  |



61. Jesse Levin

63. Neil Lustig

4

1  ▮ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
2  ▮ ▬▬▬▬▬▬▬▬▬▬▬▬
3  ▮ ▬▬▬▬▬
4  82.  Dan Miller
5  ▮ ▬▬▬▬
6  ▮ ▬▬
7  ▮ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬
8  ▮ ▬▬▬▬▬▬
9  ▮ ▬▬▬▬
10 ▮ ▬▬▬▬
11 ▮ ▬▬▬▬
12 ▮ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
13 ▮ ▬▬▬▬▬
14 ▮ ▬▬▬
15 93.  Ben Patch
16 ▮ ▬▬▬
17 ▮ ▬▬▬▬▬▬▬▬▬▬▬▬▬
18 ▮ ▬▬▬
19 ▮ ▬▬▬▬
20 ▮ ▬▬▬
21 ▮ ▬▬▬
22 ▮ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
23 ▮ ▬▬▬▬
24 ▮ ▬▬▬▬▬
25 ▮ ▬▬▬
26 ▮ ▬▬▬▬
27 ▮ ▬▬▬
28



1  ██ ██████
2  ██ █████
3  ██ █████
4  ██ █████
5  ██ ████
6  ██ ███████
7  ██ █████
8  ██ █████
9  ██ █████
10 ██ ███████
11 ██ █████
12 ██ ███████
13 ██ █████████
14 ██ ████
15 ██ ███████
16 ██ █████
17 ██ ████████
18 ██ █████
19 ██ █████████
20 ██ █████████
21 ██ █████
22 ██ ████████████████
23 ██ █████

24    129.   Mark Weidick

25 ██ ██████
26 ██ ███████
27 ██ ██████
28

1   ████ ████████████████████████████████

2

3   Dated:  August 12, 2020            QUINN EMANUEL URQUHART &
                                                   SULLIVAN LLP

                                             By:  _____*/s/ Corey Worcester*_____
                                                       Corey Worcester
                                   Attorneys for Plaintiff hiQ Labs, Inc.