Corey Worcester (*pro hac vice*)
coreyworcester@quinnemanuel.com
Renita Sharma (*pro hac vice*)
renitasharma@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Terry L. Wit (SBN 233473)
terrywit@quinnemanuel.com
Adam B. Wolfson (SBN 262125)
adamwolfson@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Plaintiff hiQ Labs, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

hiQ Labs, Inc.,

Plaintiff,

vs.

LinkedIn Corp.,

Defendant.

Case No. 3:17-CV-03301-EMC

**~~[PROPOSED]~~ ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF HIQ LABS, INC.'S AMENDED CORPORATE DISCLOSURE STATEMENT & CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

The Hon. Edward M. Chen

Trial Date: None set

The Court has received Plaintiff hiQ Labs, Inc.'s Administrative Motion to Seal Portions of hiQ Labs, Inc.'s Amended Corporate Disclosure Statement & Certification of Interested Entities or Persons ("Statement"). Because the Statement contains material that is sealable pursuant to Local Rule 79-5, Plaintiff's Administrative Motion to File Under Seal is GRANTED.

**IT IS SO ORDERED.**

Dated: August 13, 2020

HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE