# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** August 20, 2020          **Time:** 1:33-2:35=          **Judge:** EDWARD M. CHEN
1 Hour; 2 Minutes

**Case No.**: 17-cv-03301-EMC    **Case Name:** hiQ Labs, Inc. v. Linkedin Corporation

**Attorneys for Plaintiff:** Corey Worcester, Renita Sharma, Adam Wolfson
**Attorney for Defendant:** Jonathan Blavin

**Deputy Clerk:** Angella Meuleman          **Court Reporter:** Katherine Sullivan

## PROCEEDINGS HELD BY ZOOM WEBINAR

[137] Motion to Dismiss;

Initial Case Management Conference held.

## SUMMARY

Parties stated appearances and proffered argument.

Court takes matter under submission.  Written ruling to issue.

Initial Case Management Conference:

ADR: Parties have not had discussions.

Court will discuss ADR with parties at next conference.

Further Case Management Conference set 11/12/2020 at 10:30 a.m.  Joint Case Management Conference Statement due 11/5/2020.