DONALD B. VERRILLI (pro hac vice)
donald.verrilli@mto.com
CHAD I. GOLDER (pro hac vice)
jonathan.blavin@mto.com
MUNGER, TOLLES & OLSON LLP
1155  F  Street, NW
Seventh Floor
Washington, D.C.  20001-1361
Telephone:     (202) 220-1100
Facsimile:      (202) 220-2300

JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
ROSEMARIE T. RING (State Bar No. 220769)
rose.ring@mto.com
JUSTIN P. RAPHAEL (State Bar No. 292380)
justin.raphael@mto.com
NICHOLAS D. FRAM (State Bar No. 288293)
nicholas.fram@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

Attorneys for LinkedIn Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc., | Case No. 17-cv-03301-EMC |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | Judge:   Hon. Edward M. Chen |
| LinkedIn Corporation, | Trial Date:      None Set |
| Defendant. | |

TO ALL PARTIES AND THEIR ATOTRNEYS OF RECORD:

PLEASE TAKE NOTICE that the following attorney of the law firm Munger, Tolles & Olson LLP hereby appears as an additional attorney of record on behalf of Defendant LinkedIn Corporation.

> JUSTIN P. RAPHAEL (State Bar No. 292380)
> justin.raphael@mto.com
> MUNGER, TOLLES & OLSON LLP
> 560 Mission Street
> Twenty-Seventh Floor
> San Francisco, California  94105-2907
> Telephone:  (415) 512-4000
> Facsimile:    (415) 512-4077

DATED:  September 23, 2020              MUNGER, TOLLES & OLSON LLP

By:   */s/ Jonathan H. Blavin*
         JONATHAN H. BLAVIN
Attorneys for LinkedIn Corporation