DONALD B. VERRILLI (*pro hac vice*)
donald.verrilli@mto.com
MUNGER, TOLLES & OLSON LLP
1155 F Street, NW
Seventh Floor
Washington, D.C. 20001-1361
Telephone:  (202) 220-1100
Facsimile:  (202) 220-2300

JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
ROSEMARIE T. RING (State Bar No. 220769)
rose.ring@mto.com
JUSTIN P. RAPHAEL (State Bar No. 292380)
justin.raphael@mto.com
NICHOLAS D. FRAM (State Bar No. 288293)
nicholas.fram@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077

*Attorneys for LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| hiQ Labs, Inc., | Case No. 17-cv-03301-EMC |
|---|---|
| Plaintiff, | **NOTICE OF WITHDRAWAL OF CHAD IAN GOLDER, LAURA K. LIN, AND TAMERLIN J. GODLEY AS COUNSEL FOR LINKEDIN CORPORATION** |
| vs. | |
| LinkedIn Corporation, | |
| Defendant. | Judge:  Hon. Edward M. Chen |
| | Trial Date:  None Set |

1  TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

2  PLEASE TAKE NOTICE that as of September 23, 2020, Chad Ian Golder, Laura K. Lin,
3  and Tamerlin J. Godley hereby withdraw as counsel for Defendant in the above referenced matter.
4  The law firm of Munger, Tolles & Olson LLP will continue to serve as counsel for Defendant.

DATED:  September 23, 2020            MUNGER, TOLLES & OLSON LLP


By:     */s/ Jonathan H. Blavin*
        JONATHAN H. BLAVIN
        Attorneys for LinkedIn Corporation