**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7471**

WRITER'S EMAIL ADDRESS
**coreyworcester@quinnemanuel.com**

October 4, 2020

<u>VIA ECF</u>

Hon. Edward M. Chen
United States District Judge
Northern District of California
San Francisco Courthouse
Courtroom 5 – 17th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

Re:   <u>*hiQ Labs, Inc. v. LinkedIn Corp*., **Case No. 3:17-cv-03301-EMC**</u>

Dear Judge Chen:

  I write on behalf of Plaintiff hiQ Labs, Inc. ("hiQ") in connection with the above-captioned action to request a brief extension of time for hiQ to file its Second Amended Complaint. Pursuant to this Court's September 9, 2020 Order (Dkt. No. 158), hiQ's Second Amended Complaint is due by October 7, 2020. hiQ respectfully requests a one-week extension, until October 14, 2020, to file its Second Amended Complaint. hiQ believes in good faith that it will be unable to meet the current deadline because its counsel most directly responsible for amending its antitrust claims learned late last week that they will need to take several unexpected, important depositions in another case this week.

  I have conferred with counsel for Defendant LinkedIn Corp., who consents to this request. Attached hereto for the Court's consideration is a Proposed Order granting this request.

Respectfully submitted,

*/s/ Corey Worcester*

Corey Worcester

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART

# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> LinkedIn Corp., <br><br> Defendant. | Case No. 3:17-CV-03301-EMC <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF HIQ LABS, INC.'S LETTER MOTION FOR AN EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT** <br><br> The Hon. Edward M. Chen <br><br> Trial Date:   None set |

This Court, having received Plaintiff hiQ Labs, Inc.'s request for a one-week extension of time to file its Second Amended Complaint, and understanding that Defendant LinkedIn Corp. consents to that request, hereby ORDERS as follows:

1. Plaintiff's request for a one-week extension of time to file its Second Amended Complaint is GRANTED, and;

2. Plaintiff shall file its Second Amended Complaint by October 14, 2020.

**IT IS SO ORDERED.**

Dated:

HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE