UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

hiQ Labs, Inc.,

    Plaintiff,

vs.

LinkedIn Corp.,

    Defendant.

Case No. 3:17-CV-03301-EMC

[PROPOSED] ORDER GRANTING PLAINTIFF HIQ LABS, INC.'S LETTER MOTION FOR AN EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT

The Hon. Edward M. Chen

Trial Date:   None set

This Court, having received Plaintiff hiQ Labs, Inc.'s request for a one-week extension of time to file its Second Amended Complaint, and understanding that Defendant LinkedIn Corp. consents to that request, hereby ORDERS as follows:

1.    Plaintiff's request for a one-week extension of time to file its Second Amended Complaint is GRANTED, and;

2.    Plaintiff shall file its Second Amended Complaint by October 14, 2020.

**IT IS SO ORDERED.**

Dated:   October 4, 2020

_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE