**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7471**

WRITER'S EMAIL ADDRESS
**coreyworcester@quinnemanuel.com**

October 14, 2020

<u>VIA ECF</u>

Hon. Edward M. Chen
United States District Judge
Northern District of California
San Francisco Courthouse
Courtroom 5 – 17th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

Re:   *hiQ Labs, Inc. v. LinkedIn Corp.*, **Case No. 3:17-cv-03301-EMC**

Dear Judge Chen:

    I write on behalf of Plaintiff hiQ Labs, Inc. ("hiQ") in connection with the above-captioned action.  On October 4, 2020, this Court issued an Order granting hiQ until October 14, 2020 to file a Second Amended Complaint in this action.  (ECF No. 162).  After careful consideration, hiQ has decided that it will stand on its present pleading and not file an amended pleading.  hiQ has advised Defendant LinkedIn Corp. that hiQ will not be filing an amended pleading.  hiQ respectfully writes to advise the Court of this decision.

Respectfully submitted,

*/s/ Corey Worcester*

Corey Worcester