| | |
|---|---|
| COREY WORCESTER (*pro hac vice*) <br> coreyworcester@quinnemanuel.com <br> RENITA SHARMA (*pro hac vice*) <br> renitasharma@quinnemanuel.com <br> QUINN EMANUEL URQUHART AND SULLIVAN LLP <br> 51 Madison Avenue, 22nd Floor <br> New York, NY 10010 <br> Telephone:   (212) 849-7000 <br> Facsimile:    (212) 849-7100 <br><br> TERRY L. WIT (SBN 233473) <br> terrywit@quinnemanuel.com <br> QUINN EMANUEL URQUHART AND SULLIVAN LLP <br> 50 California Street, 22nd Floor <br> San Francisco, CA 94111 <br> Telephone:   (415) 875-6600 <br> Facsimile:    (415) 875-6700 <br><br> Attorneys for Plaintiff hiQ Labs, Inc. | DONALD B. VERRILLI, JR. (*pro hac vice*) <br> donald.verrilli@mto.com <br> MUNGER, TOLLES & OLSON LLP <br> 601 Massachusetts Ave. NW, Suite 500E <br> Washington, DC 20001-5369 <br> Telephone:   (202) 220-1100 <br> Facsimile:    (202) 220-2300 <br><br> JONATHAN H. BLAVIN (SBN 230269) <br> jonathan.blavin@mto.com <br> ROSEMARIE T. RING (SBN 220769) <br> rose.ring@mto.com <br> NICHOLAS D. FRAM (SBN 288293) <br> nicholas.fram@mto.com <br> MARIANNA MAO (SBN 318070) <br> marianna.mao@mto.com <br> MUNGER, TOLLES & OLSON LLP <br> 560 Mission Street, 27th Floor <br> San Francisco, California 94105 <br> Telephone:   (415) 512-4000 <br> Facsimile:    (415) 512-4077 <br><br> Attorneys for Defendant LinkedIn Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> LinkedIn Corp., <br><br> Defendant. | Case No. 3:17-cv-03301-EMC <br><br> **STIPULATION AND [PROPOSED] SCHEDULING ORDER** <br><br> The Hon. Edward M. Chen <br><br> Initial CMC: January 30, 2020 <br> Trial Date:  TBD |

1    WHEREAS, on June 7, 2017, hiQ Labs, Inc. ("hiQ") filed its Complaint in this action
2 against LinkedIn Corporation ("LinkedIn") (Dkt. 1);

3    WHEREAS, on February 14, 2020, hiQ filed its First Amended Complaint (Dkt. 131);

4    WHEREAS, on September 9, 2020, the Court granted in part and denied in part LinkedIn's
5 motion to dismiss the First Amended Complaint but allowed leave to amend certain claims and
6 gave hiQ four weeks to do so, placing its deadline on October 7, 2020; the Court also gave
7 LinkedIn four weeks thereafter to respond to any amended complaint, placing LinkedIn's deadline
8 on November 4, 2020 (Dkt. 158);

9    WHEREAS, on October 4, 2020, pursuant to hiQ's unopposed letter motion, the Court
10 extended hiQ's deadline to file a further amended complaint to October 14, 2020 (Dkt. 162);

11   WHEREAS, on October 14, 2020, hiQ filed a letter in this action stating that after careful
12 consideration, it intends to stand on its First Amended Complaint and will not file an amended
13 complaint (Dkt. 163);

14   THEREFORE, for good cause, it is hereby stipulated and agreed:

15   1. LinkedIn's deadline to answer hiQ's operative First Amended Complaint shall be
16 November 13, 2020.

17   2. Nothing in this order affects any deadline not specifically mentioned herein.

18   3. Nothing in this order precludes either party from applying to the Court for relief
19 from any deadline set forth in this stipulation and proposed order.

20

21 **IT IS SO STIPULATED.**

22 Dated: October 14, 2020                QUINN EMANUEL URQUHART AND
                                          SULLIVAN LLP
23

24                                        By: /s/ *Corey Worcester*
                                              Corey Worcester
25
                                          *Attorneys for Plaintiff hiQ Labs, Inc.*
26

27

28

| | |
|---|---|
| Dated: October 14, 2020 | MUNGER, TOLLES & OLSON LLP |
| | By: /s/ *Jonathan H. Blavin* |
| | Jonathan H. Blavin (SBN 230269) |
| | *Attorneys for Defendant LinkedIn Corp.* |

### N.D. Cal. Civil Local Rule 5-1 Attestation

I, Jonathan H. Blavin, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with N.D. Cal. Civil Local Rule 5-1, I hereby attest that Corey Worcester concurred in the filing of this document.

/s/ *Jonathan H. Blavin*
Jonathan H. Blavin

### [PROPOSED] ORDER

Pursuant to Stipulation, it is SO ORDERED.

Date: October 15, 2020

The Hon. Edward M. Chen