quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7471**

WRITER'S EMAIL ADDRESS
**coreyworcester@quinnemanuel.com**

November 2, 2020

<u>VIA ECF</u>

Hon. Edward M. Chen
United States District Judge
Northern District of California
San Francisco Courthouse
Courtroom 5 – 17th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

Re:     *hiQ Labs, Inc. v. LinkedIn Corp.*, **Case No. 3:17-cv-03301-EMC**

Dear Judge Chen:

I write on behalf of plaintiff hiQ Labs, Inc. ("hiQ"), and jointly with counsel for defendant LinkedIn Corp. ("LinkedIn"), in advance of the Further Case Management Conference currently scheduled for November 12, 2020. (ECF No. 154.)

As the Court is aware, LinkedIn has filed a petition for a writ of certiorari with the Supreme Court of the United States regarding the Ninth Circuit's opinion in this matter (ECF No. 133). Pursuant to the parties' stipulation and paragraph 3 of the current Court-ordered scheduling order (ECF No. 129), discovery in this action is stayed until either (i) 10 days after the date the Supreme Court issues an order denying LinkedIn's certiorari petition, or (ii) if the Supreme Court grants LinkedIn's certiorari petition, 10 days after the Supreme Court issues an opinion on the merits in the case or otherwise disposes of the petition.

This Court held a Case Management Conference on August 20, 2020. In advance of that Conference, the parties submitted a Joint Case Management Statement (ECF No. 150), in which the parties requested that they be given the opportunity to submit a proposed scheduling order upon the expiration of the discovery stay. (*Id.* at § 8.) The parties further proposed that this Court set a further case management conference for a date in November 2020, and stated that the parties would notify the Court if the stay remained in effect as the Further Case Management Conference date approached. (*Id.*) This Court subsequently scheduled a Further Case Management Conference for November 12, 2020. (ECF No. 154.)

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART

      The parties now write jointly to inform the Court that LinkedIn's petition remains pending before the Supreme Court and that the discovery stay remains in place. The parties do not believe that there are any matters that presently require the attention of the Court. As such, the parties respectfully request the Court's guidance regarding the scheduling or adjournment of the November 12, 2020 Further Case Management Conference.

Respectfully submitted,

*/s/ Corey Worcester*

Corey Worcester