COREY WORCESTER (*pro hac vice*)
coreyworcester@quinnemanuel.com
RENITA SHARMA (*pro hac vice*)
renitasharma@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:   (212) 849-7000
Facsimile:   (212) 849-7100

TERRY L. WIT (SBN 233473)
terrywit@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for Plaintiff hiQ Labs, Inc.

DONALD B. VERRILLI, JR. (*pro hac vice*)
donald.verrilli@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington, DC 20001-5369
Telephone:   (202) 220-1100
Facsimile:   (202) 220-2300

JONATHAN H. BLAVIN (SBN 230269)
jonathan.blavin@mto.com
ROSEMARIE T. RING (SBN 220769)
rose.ring@mto.com
NICHOLAS D. FRAM (SBN 288293)
nicholas.fram@mto.com
MARIANNA MAO (SBN 318070)
marianna.mao@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

Attorneys for Defendant LinkedIn Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> LinkedIn Corp., <br><br> Defendant. | Case No. 3:17-cv-03301-EMC <br><br> **STIPULATION AND [PROPOSED] ORDER** <br><br> The Hon. Edward M. Chen <br><br> Trial Date: TBD |

1    WHEREAS, on June 7, 2017, hiQ Labs, Inc. ("hiQ") filed its Complaint in this action against LinkedIn Corporation ("LinkedIn") (Dkt. 1);

2    WHEREAS, on February 14, 2020, hiQ filed its First Amended Complaint ("FAC," Dkt. 131);

3    WHEREAS, on September 9, 2020, the Court granted in part and denied in part LinkedIn's motion to dismiss the FAC but allowed leave to amend certain claims (Dkt. 158);

4    WHEREAS, on October 14, 2020, hiQ filed a letter in this action stating that after careful consideration, it intends to stand on its FAC and will not file an amended complaint (Dkt. 163);

5    WHEREAS, by stipulated order dated October 15, 2020, the Court set LinkedIn's deadline to answer hiQ's FAC as November 13, 2020 (Dkt. 165);

6    WHEREAS, the parties have met and conferred regarding LinkedIn's deadline to answer hiQ's FAC;

THEREFORE, for good cause, it is hereby stipulated and agreed:

1. LinkedIn's deadline to answer hiQ's operative FAC shall be November 20, 2020.
2. Nothing in this order affects any deadline not specifically mentioned herein.
3. Nothing in this order precludes either party from applying to the Court for relief from any deadline set forth in this stipulation and proposed order.

**IT IS SO STIPULATED.**

Dated: November 6, 2020                           MUNGER, TOLLES & OLSON LLP

By: /s/ *Jonathan H. Blavin*
Jonathan H. Blavin (SBN 230269)

*Attorneys for Defendant LinkedIn Corp.*

| | | |
|---|---|---|
| 1 | Dated: November 6, 2020 | QUINN EMANUEL URQUHART AND SULLIVAN LLP |
| 2 | | |
| 3 | | By: /s/ *Corey Worcester* |
| 4 | | Corey Worcester |
| 5 | | *Attorneys for Plaintiff hiQ Labs, Inc.* |

### N.D. Cal. Civil Local Rule 5-1 Attestation

I, Jonathan H. Blavin, am the ECF user whose credentials were utilized in the electronic filing of this document.  In accordance with N.D. Cal. Civil Local Rule 5-1, I hereby attest that Corey Worcester concurred in the filing of this document.

/s/ *Jonathan H. Blavin*
Jonathan H. Blavin

### [PROPOSED] ORDER

Pursuant to Stipulation, it is SO ORDERED.

Date: _____

The Hon. Edward M. Chen