| | |
|---|---|
| COREY WORCESTER (*pro hac vice*) <br> coreyworcester@quinnemanuel.com <br> RENITA SHARMA (*pro hac vice*) <br> renitasharma@quinnemanuel.com <br> QUINN EMANUEL URQUHART AND SULLIVAN LLP <br> 51 Madison Avenue, 22nd Floor <br> New York, NY 10010 <br> Telephone: (212) 849-7000 <br> Facsimile: (212) 849-7100 <br><br> TERRY L. WIT (SBN 233473) <br> terrywit@quinnemanuel.com <br> QUINN EMANUEL URQUHART AND SULLIVAN LLP <br> 50 California Street, 22nd Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 875-6600 <br> Facsimile: (415) 875-6700 <br><br> Attorneys for Plaintiff hiQ Labs, Inc. | DONALD B. VERRILLI, JR. (*pro hac vice*) <br> donald.verrilli@mto.com <br> MUNGER, TOLLES & OLSON LLP <br> 601 Massachusetts Ave. NW, Suite 500E <br> Washington, DC 20001-5369 <br> Telephone: (202) 220-1100 <br> Facsimile: (202) 220-2300 <br><br> JONATHAN H. BLAVIN (SBN 230269) <br> jonathan.blavin@mto.com <br> ROSEMARIE T. RING (SBN 220769) <br> rose.ring@mto.com <br> NICHOLAS D. FRAM (SBN 288293) <br> nicholas.fram@mto.com <br> MARIANNA MAO (SBN 318070) <br> marianna.mao@mto.com <br> MUNGER, TOLLES & OLSON LLP <br> 560 Mission Street, 27th Floor <br> San Francisco, California 94105 <br> Telephone: (415) 512-4000 <br> Facsimile: (415) 512-4077 <br><br> Attorneys for Defendant LinkedIn Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> LinkedIn Corp., <br><br> Defendant. | Case No. 3:17-cv-03301-EMC <br><br> **STIPULATION AND [PROPOSED] ORDER** <br><br> The Hon. Edward M. Chen <br><br> Trial Date: TBD |

1    WHEREAS, on June 7, 2017, hiQ Labs, Inc. ("hiQ") filed its Complaint in this action
2 against LinkedIn Corporation ("LinkedIn") (Dkt. 1);

3    WHEREAS, on February 14, 2020, hiQ filed its First Amended Complaint ("FAC," Dkt.
4 131);

5    WHEREAS, on September 9, 2020, the Court granted in part and denied in part LinkedIn's
6 motion to dismiss the FAC but allowed leave to amend certain claims (Dkt. 158);

7    WHEREAS, on October 14, 2020, hiQ filed a letter in this action stating that after careful
8 consideration, it intends to stand on its FAC and will not file an amended complaint (Dkt. 163);

9    WHEREAS, by stipulated order dated October 15, 2020, the Court set LinkedIn's deadline
10 to answer hiQ's FAC as November 13, 2020 (Dkt. 165);

11    WHEREAS, the parties have met and conferred regarding LinkedIn's deadline to answer
12 hiQ's FAC;

13    THEREFORE, for good cause, it is hereby stipulated and agreed:

14    1. LinkedIn's deadline to answer hiQ's operative FAC shall be November 20, 2020.

15    2. Nothing in this order affects any deadline not specifically mentioned herein.

16    3. Nothing in this order precludes either party from applying to the Court for relief
17 from any deadline set forth in this stipulation and proposed order.

**IT IS SO STIPULATED.**

Dated: November 6, 2020                                  MUNGER, TOLLES & OLSON LLP

                                                         By:  /s/ *Jonathan H. Blavin*
                                                             Jonathan H. Blavin (SBN 230269)

                                                         *Attorneys for Defendant LinkedIn Corp.*

| | |
|---|---|
| Dated: November 6, 2020 | QUINN EMANUEL URQUHART AND SULLIVAN LLP |
| | By: /s/ *Corey Worcester* |
| | Corey Worcester |
| | *Attorneys for Plaintiff hiQ Labs, Inc.* |

### N.D. Cal. Civil Local Rule 5-1 Attestation

I, Jonathan H. Blavin, am the ECF user whose credentials were utilized in the electronic filing of this document.  In accordance with N.D. Cal. Civil Local Rule 5-1, I hereby attest that Corey Worcester concurred in the filing of this document.

/s/ *Jonathan H. Blavin*
Jonathan H. Blavin

### [PROPOSED] ORDER

Pursuant to Stipulation, it is SO ORDERED.

Date: November 6, 2020

The Hon. Edward M. Chen