1 | Your name: Thomas V. Christopher, SBN 185928
2 | Address: The Law Offices of Thomas V. Christopher
3 | The Salesforce Tower, 37th Flr., San Francisco, CA 94105
4 | Phone Number: (415) 659-1805
5 | E-mail Address: Thomas@ThomasChristopherLaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco ☐ Oakland ☒ San Jose ☐ Eureka

HiQLabs, Inc.

Case Number: 17-CV-03301-EMC

[Name]

Plaintiff,

vs.

LinkedIn Corp.

**NOTICE OF CHANGE OF** [check box]:

☒ **ADDRESS**
☐ **PHONE NUMBER**
☐ **EMAIL**

Judge: Hon. Edward M. Chen

Defendant.

As of [date of change] August 24, 2020,

my contact information has changed [check box and fill in]:

☒ Address: The Salesforce Tower, 37th Floor
San Francisco, CA 94105

☐ Phone number: _____

☐ Email: _____

Date: November 18, 2020      Signature: /s/ Thomas V. Christopher
                             Printed name: Thomas V. Christopher

NOTICE OF CHANGE OF CONTACT INFORMATION
CASE NO. 17-CV-03301-EMC ;