| | |
|---|---|
| COREY WORCESTER (*pro hac vice*) <br> coreyworcester@quinnemanuel.com <br> RENITA SHARMA (*pro hac vice*) <br> renitasharma@quinnemanuel.com <br> QUINN EMANUEL URQUHART AND SULLIVAN LLP <br> 51 Madison Avenue, 22nd Floor <br> New York, NY 10010 <br> Telephone:     (212) 849-7000 <br> Facsimile:     (212) 849-7100 <br><br> TERRY L. WIT (SBN 233473) <br> terrywit@quinnemanuel.com <br> QUINN EMANUEL URQUHART AND SULLIVAN LLP <br> 50 California Street, 22nd Floor <br> San Francisco, CA 94111 <br> Telephone:     (415) 875-6600 <br> Facsimile:     (415) 875-6700 <br><br> Attorneys for Plaintiff hiQ Labs, Inc. | DONALD B. VERRILLI, JR. (*pro hac vice*) <br> donald.verrilli@mto.com <br> MUNGER, TOLLES & OLSON LLP <br> 1155 F Street, NW <br> Washington, D.C.  20004 <br> Telephone:     (202) 220-1100 <br> Facsimile:     (202) 220-2300 <br><br> JONATHAN H. BLAVIN (SBN 230269) <br> jonathan.blavin@mto.com <br> ROSEMARIE T. RING (SBN 220769) <br> rose.ring@mto.com <br> NICHOLAS D. FRAM (SBN 288293) <br> nicholas.fram@mto.com <br> MARIANNA MAO (SBN 318070) <br> marianna.mao@mto.com <br> MUNGER, TOLLES & OLSON LLP <br> 560 Mission Street, 27th Floor <br> San Francisco, California 94105 <br> Telephone:     (415) 512-4000 <br> Facsimile:     (415) 512-4077 <br><br> Attorneys for Defendant LinkedIn Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> LinkedIn Corp., <br><br> Defendant. | Case No. 3:17-cv-03301-EMC <br><br> **STIPULATION AND [PROPOSED] SCHEDULING ORDER** <br><br> The Hon. Edward M. Chen <br><br> Trial Date:  TBD |

1  WHEREAS, on June 7, 2017, hiQ Labs, Inc. ("hiQ") filed the complaint in this action
2 against LinkedIn Corporation ("LinkedIn") (Dkt. 1);
3  WHEREAS, on February 14, 2020, hiQ filed an amended complaint (Dkt. 131);
4  WHEREAS, on September 9, 2020 the Court granted in part and denied in part LinkedIn's
5 motion to dismiss hiQ's amended complaint (Dkt. 158);
6  WHEREAS, on November 20, 2020, LinkedIn filed its answer to hiQ's amended
7 complaint and its counterclaims (Dkt. 170);
8  WHEREAS, pursuant to so-ordered stipulation, discovery remains stayed pending the
9 resolution of LinkedIn's petition for a writ of certiorari to the Supreme Court of the United States
10 ("Petition") (Dkt. 129);
11  WHEREAS, LinkedIn's Petition remains pending;
12  WHEREAS, hiQ's current deadline to answer or otherwise respond to LinkedIn's
13 counterclaims is December 11, 2020;
14  WHEREAS, a case management conference is currently set for December 17, 2020 at
15 10:30 a.m.;
16  THEREFORE, for good cause, it is hereby stipulated and agreed:
17  1. The case management conference set for December 17, 2020 at 10:30 a.m. is
18 continued to February 25, 2021.
19  2. hiQ's deadline to answer or otherwise respond to the complaint is extended to
20 January 4, 2021. If hiQ's response to the complaint is a motion pursuant to Federal Rule of Civil
21 Procedure 12:
22    a. LinkedIn's opposition to the motion shall be due on February 18, 2021;
23    b. hiQ's reply in support of his motion shall be due on March 11, 2021;
24    c. The hearing on the motion shall be on March 25, 2021 at 1:30 p.m. or as
25       soon thereafter as it can be heard by the Court.
26  3. Nothing in this order affects any deadline not specifically mentioned herein.
27  4. Nothing in this order precludes either party from applying to the Court for relief
28

1  from any deadline set forth in this stipulation and proposed order.

2

3  **IT IS SO STIPULATED.**

4  Dated: December 4, 2020                           QUINN EMANUEL URQUHART AND
                                                    SULLIVAN LLP
5

6                                                   By:  /s/ *Renita Sharma*
                                                        Renita Sharma
7
                                                    *Attorneys for Plaintiff hiQ Labs, Inc.*
8

9  Dated: December 4, 2020                           MUNGER, TOLLES & OLSON LLP

10

11                                                  By:  /s/ *Jonathan H. Blavin*
                                                        Jonathan H. Blavin (SBN 230269)

12                                                  *Attorneys for Defendant LinkedIn Corp.*

13

14                              **N.D. Cal. Civil Local Rule 5-1 Attestation**

15        I, Jonathan H. Blavin, am the ECF user whose credentials were utilized in the electronic

16  filing of this document.  In accordance with N.D. Cal. Civil Local Rule 5-1, I hereby attest that

17  Renita Sharma concurred in the filing of this document.

18                                                  /s/ *Jonathan H. Blavin*
                                                    Jonathan H. Blavin
19

20

21

22                                       **[PROPOSED] ORDER**

23        Pursuant to Stipulation, it is SO ORDERED.

24

25  Date: _____            _____
                                                    The Hon. Edward M. Chen
26

27

28