1  ANNETTE L. HURST (SBN 148738)
   ahurst@orrick.com
2  RUSSELL P. COHEN (SBN 213105)
   rcohen@orrick.com
3  NATHAN SHAFFER (SBN 282015)
   nshaffer@orrick.com
4  DANIEL JUSTICE (SBN 291907)
   djustice@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
6  San Francisco, CA  94105-2669
   Telephone:    +1 415 773 5700
7  Facsimile:    +1 415 773 5759

8  ROBERT L. URIARTE (SBN 258274)
   ruriarte@orrick.com
9  MARIA N. SOKOVA (SBN 323627)
   msokova@orrick.com
10 ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
11 Menlo Park, CA  94025-1015
   Telephone:    +1 650 614 7400
12 Facsimile:    +1 650 614 7401

13 *Attorneys for LinkedIn Corporation*

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                         SAN FRANCISCO DIVISION

17

18 | hiQ Labs, Inc., | Case No. 17-cv-03301-EMC |
   | Plaintiff, | **NOTICE OF APPEARANCE** |
   | vs. | Judge:    Hon. Edward M. Chen |
   | LinkedIn Corporation, | |
   | Defendant. | |
   | LinkedIn Corporation | |
   | Counterclaimant, | |
   | vs. | |
   | hiQ Labs, Inc. | |
   | Counter-defendant. | |

NOTICE OF APPEARANCE
17-cv-03301-EMC

PLEASE TAKE NOTICE that Annette L. Hurst of Orrick, Herrington & Sutcliffe LLP enters her appearance in the above-captioned matter for Defendant and Counterclaimant LinkedIn Corporation.

LinkedIn hereby requests that all notices, including electronic ECF notices, given or required to be given, and all papers served or required to be served in the above-captioned matter be provided to and served upon counsel at the address set forth below:

>    Annette L. Hurst
>    ahurst@orrick.com
>    Orrick, Herrington & Sutcliffe LLP
>    405 Howard Street San Francisco, CA 94105-2669
>    Telephone:    +1-415-773-5700
>    Facsimile:    +1-415-773-5759

Dated: December 23, 2020

Orrick, Herrington & Sutcliffe LLP

By:    */s/ Annette L. Hurst*
           Annette L. Hurst

- 1 -

NOTICE OF APPEARANCE
17-cv-03301-EMC