| | |
|---|---|
| 1 | ANNETTE L. HURST (SBN 148738) |
|   | ahurst@orrick.com |
| 2 | RUSSELL P. COHEN (SBN 213105) |
|   | rcohen@orrick.com |
| 3 | NATHAN SHAFFER (SBN 282015) |
|   | nshaffer@orrick.com |
| 4 | DANIEL JUSTICE (SBN 291907) |
|   | djustice@orrick.com |
| 5 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 405 Howard Street |
| 6 | San Francisco, CA  94105-2669 |
|   | Telephone:  +1 415 773 5700 |
| 7 | Facsimile:  +1 415 773 5759 |

ROBERT L. URIARTE (SBN 258274)
ruriarte@orrick.com
MARIA N. SOKOVA (SBN 323627)
msokova@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:  +1 650 614 7400
Facsimile:  +1 650 614 7401

*Attorneys for LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc., | Case No. 17-cv-03301-EMC |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | Judge:  Hon. Edward M. Chen |
| LinkedIn Corporation, | |
| Defendant. | |
| LinkedIn Corporation | |
| Counterclaimant, | |
| vs. | |
| hiQ Labs, Inc. | |
| Counter-defendant. | |

1  PLEASE TAKE NOTICE that Russell P. Cohen of Orrick, Herrington & Sutcliffe LLP enters his appearance in the above-captioned matter for Defendant and Counterclaimant LinkedIn Corporation.

LinkedIn hereby requests that all notices, including electronic ECF notices, given or required to be given, and all papers served or required to be served in the above-captioned matter be provided to and served upon counsel at the address set forth below:

>   Russell P. Cohen
>   rcohen@orrick.com
>   Orrick, Herrington & Sutcliffe LLP
>   405 Howard Street San Francisco, CA 94105-2669
>   Telephone:    +1-415-773-5700
>   Facsimile:    +1-415-773-5759

Dated: December 23, 2020                                Orrick, Herrington & Sutcliffe LLP

                                                  By:    */s/ Russell P. Cohen*
                                                              Russell P. Cohen

- 1 -                                                     NOTICE OF APPEARANCE
                                                          17-cv-03301-EMC