| | |
|---|---|
| 1 | ANNETTE L. HURST (SBN 148738) |
|   | ahurst@orrick.com |
| 2 | RUSSELL P. COHEN (SBN 213105) |
|   | rcohen@orrick.com |
| 3 | NATHAN SHAFFER (SBN 282015) |
|   | nshaffer@orrick.com |
| 4 | DANIEL JUSTICE (SBN 291907) |
|   | djustice@orrick.com |
| 5 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 405 Howard Street |
| 6 | San Francisco, CA 94105-2669 |
|   | Telephone: +1 415 773 5700 |
| 7 | Facsimile: +1 415 773 5759 |
| 8 | ROBERT L. URIARTE (SBN 258274) |
|   | ruriarte@orrick.com |
| 9 | MARIA N. SOKOVA (SBN 323627) |
|   | msokova@orrick.com |
| 10 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Road |
| 11 | Menlo Park, CA 94025-1015 |
|   | Telephone: +1 650 614 7400 |
| 12 | Facsimile: +1 650 614 7401 |

*Attorneys for LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc., | Case No. 17-cv-03301-EMC |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | Judge: Hon. Edward M. Chen |
| LinkedIn Corporation, | |
| Defendant. | |
| LinkedIn Corporation | |
| Counterclaimant, | |
| vs. | |
| hiQ Labs, Inc. | |
| Counter-defendant. | |

1  PLEASE TAKE NOTICE that Nathan Shaffer of Orrick, Herrington & Sutcliffe LLP enters his appearance in the above-captioned matter for Defendant and Counterclaimant LinkedIn Corporation.

LinkedIn hereby requests that all notices, including electronic ECF notices, given or required to be given, and all papers served or required to be served in the above-captioned matter be provided to and served upon counsel at the address set forth below:

Nathan Shaffer
nshaffer@orrick.com
Orrick, Herrington & Sutcliffe LLP
405 Howard Street San Francisco, CA 94105-2669
Telephone:   +1-415-773-5700
Facsimile:    +1-415-773-5759

Dated: December 23, 2020

Orrick, Herrington & Sutcliffe LLP

By: _____*/s/ Nathan Shaffer*_____
Nathan Shaffer

- 1 -

NOTICE OF APPEARANCE
17-cv-03301-EMC