| | |
|---|---|
| 1 | ANNETTE L. HURST (SBN 148738) |
| | ahurst@orrick.com |
| 2 | RUSSELL P. COHEN (SBN 213105) |
| | rcohen@orrick.com |
| 3 | NATHAN SHAFFER (SBN 282015) |
| | nshaffer@orrick.com |
| 4 | DANIEL JUSTICE (SBN 291907) |
| | djustice@orrick.com |
| 5 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 405 Howard Street |
| 6 | San Francisco, CA 94105-2669 |
| | Telephone: +1 415 773 5700 |
| 7 | Facsimile: +1 415 773 5759 |
| 8 | ROBERT L. URIARTE (SBN 258274) |
| | ruriarte@orrick.com |
| 9 | MARIA N. SOKOVA (SBN 323627) |
| | msokova@orrick.com |
| 10 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 11 | Menlo Park, CA 94025-1015 |
| | Telephone: +1 650 614 7400 |
| 12 | Facsimile: +1 650 614 7401 |

*Attorneys for LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc., | Case No. 17-cv-03301-EMC |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | Judge: Hon. Edward M. Chen |
| LinkedIn Corporation, | |
| Defendant. | |
| LinkedIn Corporation | |
| Counterclaimant, | |
| vs. | |
| hiQ Labs, Inc. | |
| Counter-defendant. | |

1  PLEASE TAKE NOTICE that Daniel Justice of Orrick, Herrington & Sutcliffe LLP
2  enters his appearance in the above-captioned matter for Defendant and Counterclaimant LinkedIn
3  Corporation.
4  LinkedIn hereby requests that all notices, including electronic ECF notices, given or
5  required to be given, and all papers served or required to be served in the above-captioned matter
6  be provided to and served upon counsel at the address set forth below:

Daniel Justice
djustice@orrick.com
Orrick, Herrington & Sutcliffe LLP
405 Howard Street San Francisco, CA 94105-2669
Telephone:   +1-415-773-5700
Facsimile:    +1-415-773-5759

Dated:  December 23, 2020                                          Orrick, Herrington & Sutcliffe LLP

By:   */s/ Daniel Justice*
Daniel Justice