ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

ROBERT L. URIARTE (SBN 258274)
ruriarte@orrick.com
MARIA N. SOKOVA (SBN 323627)
msokova@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:    +1 650 614 7400
Facsimile:    +1 650 614 7401

*Attorneys for LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>             Plaintiff,<br><br>      vs.<br><br>LinkedIn Corporation,<br><br>             Defendant. | Case No. 17-cv-03301-EMC<br><br>**NOTICE OF APPEARANCE**<br><br>Judge:     Hon. Edward M. Chen |
| LinkedIn Corporation<br><br>             Counterclaimant,<br>      vs.<br><br>hiQ Labs, Inc.<br><br>             Counter-defendant. | |

PLEASE TAKE NOTICE that Maria N. Sokova of Orrick, Herrington & Sutcliffe LLP enters her appearance in the above-captioned matter for Defendant and Counterclaimant LinkedIn Corporation.

LinkedIn hereby requests that all notices, including electronic ECF notices, given or required to be given, and all papers served or required to be served in the above-captioned matter be provided to and served upon counsel at the address set forth below:

>  Maria N. Sokova
>  msokova@orrick.com
>  Orrick, Herrington & Sutcliffe LLP
>  1000 Marsh Road
>  Menlo Park, CA  94025-1015
>  Telephone:   +1 650 614 7400
>  Facsimile:   +1 650 614 7401

Dated:  December 23, 2020

Orrick, Herrington & Sutcliffe LLP

By: */s/ Maria N. Sokova*
         Maria N. Sokova