| | |
|---|---|
| COREY WORCESTER (*pro hac vice*)<br>coreyworcester@quinnemanuel.com<br>RENITA SHARMA (*pro hac vice*)<br>renitasharma@quinnemanuel.com<br>QUINN EMANUEL URQUHART AND SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone:     (212) 849-7000<br>Facsimile:      (212) 849-7100<br><br>TERRY L. WIT (SBN 233473)<br>terrywit@quinnemanuel.com<br>QUINN EMANUEL URQUHART AND SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone:     (415) 875-6600<br>Facsimile:      (415) 875-6700<br><br>Attorneys for Plaintiff hiQ Labs, Inc. | ANNETTE L. HURST (SBN 148738)<br>ahurst@orrick.com<br>RUSSELL P. COHEN (SBN 213105)<br>rcohen@orrick.com<br>ROBERT L. URIARTE (SBN 258274)<br>ruriarte@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105-2669<br>Telephone:     +1 415 773 5700<br>Facsimile:      +1 415 773 5759<br><br>Attorneys for Defendant LinkedIn Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>            Plaintiff,<br><br>    vs.<br><br>LinkedIn Corp.,<br><br>            Defendant. | Case No. 3:17-cv-03301-EMC<br><br>**STIPULATION AND [~~PROPOSED~~] SCHEDULING ORDER**<br><br>The Hon. Edward M. Chen<br><br>Trial Date:  TBD |

WHEREAS, on June 7, 2017, hiQ Labs, Inc. ("hiQ") filed the complaint in this action against LinkedIn Corporation ("LinkedIn") (Dkt. 1);

WHEREAS, on February 14, 2020, hiQ filed an amended complaint (Dkt. 131);

WHEREAS, on September 9, 2020 the Court granted in part and denied in part LinkedIn's motion to dismiss hiQ's amended complaint (Dkt. 158);

WHEREAS, on November 20, 2020, LinkedIn filed its answer to hiQ's amended complaint and its counterclaims (Dkt. 170);

WHEREAS, hiQ's current deadline to answer or otherwise respond to LinkedIn's counterclaims is January 4, 2021 (Dkt. 173);

WHEREAS, if hiQ's response to LinkedIn's counterclaims is a motion pursuant to Federal Rule of Civil Procedure 12, LinkedIn's current deadline to oppose that motion is February 18, 2021 (*id.*);

WHEREAS, if hiQ's response to LinkedIn's counterclaims is a motion pursuant to Federal Rule of Civil Procedure 12, hiQ's current deadline for its reply in support of its motion is March 11, 2021 (*id.*);

WHEREAS, if hiQ's response to LinkedIn's counterclaims is a motion pursuant to Federal Rule of Civil Procedure 12, the hearing on that motion is currently set for March 25, 2021 at 1:30 p.m. (*id.*);

THEREFORE, for good cause, it is hereby stipulated and agreed:

1. hiQ's deadline to answer or otherwise respond to LinkedIn's counterclaims is hereby extended to January 18, 2021. If hiQ's response to LinkedIn's counterclaims is a motion pursuant to Federal Rule of Civil Procedure 12:

    a. LinkedIn's opposition to the motion shall be due on March 4, 2021;
    b. hiQ's reply in support of its motion shall be due on March 25, 2021;
    c. The hearing on the motion shall be on April 8, 2021 at 1:30 p.m. or as soon thereafter as it can be heard by the Court.

2. Nothing in this order affects any deadline not specifically mentioned herein.

3. Nothing in this order precludes either party from applying to the Court for relief from any deadline set forth in this stipulation and proposed order.

**IT IS SO STIPULATED.**

Dated: December 31, 2020                QUINN EMANUEL URQUHART AND SULLIVAN LLP

By:  /s/ *Corey Worcester*
     Corey Worcester

*Attorneys for Plaintiff hiQ Labs, Inc.*

Dated: December 31, 2020                ORRICK, HERRINGTON & SUTCLIFFE LLP

By:  /s/ *Annette Hurst*
     Annette Hurst

*Attorneys for Defendant LinkedIn Corp.*

### N.D. Cal. Civil Local Rule 5-1 Attestation

I, Terry L. Wit, am the ECF user whose credentials were utilized in the electronic filing of this document.  In accordance with N.D. Cal. Civil Local Rule 5-1, I hereby attest that Annette Hurst concurred in the filing of this document.

/s/ *Terry L. Wit*
Terry L. Wit

### [~~PROPOSED~~] ORDER

Pursuant to Stipulation, it is SO ORDERED.

Date: January 4, 2021                   _____
                                        The Hon. Edward M. Chen