**OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California**

**CIVIL MINUTES**

**Date:** February 25, 2021  **Time:** 10:30-10:35= 5 Minutes  **Judge:** EDWARD M. CHEN

**Case No.**: 17-cv-03301-EMC  **Case Name:** hiQ Labs, Inc. v. Linkedin Corporation

**Attorney for Plaintiff:** Renita Sharma
**Attorneys for Defendant:** Annette Hurst, Russell Cohen, Robert Uriarte

**Deputy Clerk:** Angella Meuleman  **Court Reporter:** Marla Knox

**PROCEEDINGS HELD BY ZOOM WEBINAR**

Further Case Management Conference held.

**SUMMARY**

Parties stated appearances.

ADR: Parties have not approached further ADR since February 2018. Interest has renewed between the parties and Court ordered parties to return to Magistrate Judge Ryu for further discussions.

Instant action pending in Supreme Court. Discovery and early disclosures to begin 10 days after ruling.

Further Status Conference will be added to pending motion to dismiss hearing set on 4/8/2021 at 1:30PM.