UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIQ LABS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>    Defendant. | Case No. 17-cv-03301-EMC<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |

Pursuant to Civil Local Rule 72-1, this matter is re-referred

☒  to United States Magistrate Judge Donna Ryu.

to conduct a settlement conference by May 26, 2021, or as soon thereafter as is convenient for the assigned Magistrate Judge.

The parties will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: 2/25/2021

_____
EDWARD M. CHEN
United States District Judge

*Rev. 10-18*