ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
ROBERT L. URIARTE (SBN 258274)
ruriarte@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
MARIA N. SOKOVA (SBN 323627)
msokova@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

*Attorneys for LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LinkedIn Corporation,<br><br>　　　　　Defendant. | Case No. 17-cv-03301-EMC<br><br>**DECLARATION OF ROBERT L. URIARTE IN SUPPORT OF LINKEDIN'S OPPOSITION TO HIQ'S MOTIONS TO DISMISS AND STRIKE COUNTERCLAIMS** |
| LinkedIn Corporation<br><br>　　　　　Counterclaimant,<br>　vs.<br><br>hiQ Labs, Inc.<br><br>　　　　　Counterdefendants, | |

I, Robert L. Uriarte, hereby declare as follows:

1. I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for LinkedIn Corporation in this action. I am a member of the California State Bar and am admitted to practice before this Court. I have personal knowledge of the facts stated in this declaration.

2. Attached hereto as Exhibit 1 is a true and correct copy of a letter I received from Plaintiff's counsel on January 22, 2021.

I declare under penalty of perjury under the laws of the United State that the foregoing is true and correct. Executed on March 4, 2021, at Redwood City, California.

*/s/ Robert L. Uriarte*
ROBERT L. URIARTE

- 2 -

DEC. OF ROBERT L. URIARTE RE OPPOSITION TO HIQ'S MOTIONS TO DISMISS & STRIKE COUNTERCLAIMS
17-CV-03301-EMC