QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Corey Worcester (admitted *Pro Hac Vice*)
  coreyworcester@quinnemanuel.com
  Renita Sharma (admitted *Pro Hac Vice*)
  renitasharma@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:    (212) 849-7000
Facsimile:    (212) 443-7100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Terry L. Wit (SBN 233473)
  terrywit@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Plaintiff hiQ Labs, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc., <br><br> *Plaintiff and Counterclaim Defendant,* <br><br> vs. <br><br> LinkedIn Corp., <br><br> *Defendant and Counterclaim Plaintiff.* | Case No. 3:17-cv-03301-EMC <br><br> **PLAINTIFF AND COUNTERCLAIM DEFENDANT HIQ LABS, INC.'S STATEMENT OF RECENT DECISION** <br><br> Judge:          Hon. Edward M. Chen <br> Hearing Date:  April 8, 2021 <br> Time:           1:30 p.m. |

Pursuant to Civil Local Rule 7-3(d)(2), plaintiff and counterclaim defendant hiQ Labs, Inc. ("hiQ") respectfully submits this Statement of Recent Decision to bring to the Court's attention the United States District Court for the District of Nevada's recent decision in *Motogolf.com, LLC v. Top Shelf Golf, LLC*, Case No.: 2:20-cv-00674-APG-EJY, 2021 WL 1147149 (D. Nev. March 25, 2021), a true and correct copy of which is attached hereto as Exhibit A. The decision was filed on March 25, 2021, the date on which hiQ submitted its Reply In Support of Its Motion to Dismiss and Strike in Part Defendant and Counterclaim Plaintiff LinkedIn Corp.'s Counterclaims (ECF No. 191). The decision is relevant to hiQ's motion to dismiss LinkedIn Corp.'s claims under the Computer Fraud and Abuse Act and the California Comprehensive Computer Data Access and Fraud Act.

DATED: March 30, 2021

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Renita Sharma*
   Renita Sharma

*Attorneys for Plaintiff hiQ Labs, Inc.*