1  C. Brandon Wisoff (State Bar No. 121930)
   bwisoff@fbm.com
2  Gary M. Kaplan (State Bar No. 155530)
   gkaplan@fbm.com
3  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, California 94104
   Telephone: (415) 954-4400
5  Facsimile: (415) 954-4480

6  *Former* attorneys for Plaintiff hiQ Labs, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| hiQ Labs, Inc.,<br><br>        Plaintiff,<br><br>    vs.<br><br>LinkedIn, Corp.,<br><br>        Defendant. | Case No. 3:17-cv-03301-EMC<br><br>**NOTICE OF FARELLA BRAUN + MARTEL LLP'S LIEN ON CLAIMS OF PLAINTIFF hiQ LABS, INC. AGAINST DEFENDANT LINKEDIN CORP.**<br><br>The Hon. Edward M. Chen |
|---|---|

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

FBM'S NOTICE OF LIEN ON CLAIMS OF hiQ LABS AGAINST LINKEDIN - Case No. 3:17-cv-03301-EMC

1

36856\14076125.1

**PLEASE TAKE NOTICE, HEREBY GIVEN**, that FARELLA BRAUN + MARTEL LLP ("FBM"), former attorneys for Plaintiff hiQ Labs, Inc. ("Plaintiff"), has a perfected attorneys' lien on any recovery by Plaintiff in the above-referenced matter (through award or settlement), pursuant to the parties' engagement agreement, with respect to any unpaid fees and expenses owed to FBM.  *See generally Fletcher v. Davis*, 33 Cal. 4th 61, 66 (2004).  FBM is currently owed approximately $500,000.00 under its prior invoices, including fees and costs of $334,398.56, and applicable late fees.  Accordingly, any amounts otherwise payable to Plaintiff up to $500,000.00 should instead be paid to FBM and delivered to Farella Braun + Martel LLP, Attn: Gary M. Kaplan, 235 Montgomery Street, 18th Floor, San Francisco, California 94104.

Dated:  June 4, 2021                                FARELLA BRAUN + MARTEL LLP

By:  /s Gary M. Kaplan
         Gary M. Kaplan

*Former* Attorneys for Plaintiff hiQ Labs, Inc.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

FBM'S NOTICE OF LIEN ON CLAIMS OF hiQ LABS AGAINST LINKEDIN - Case No. 3:17-cv-03301-EMC

2

36856\14076125.1

# CERTIFICATE OF SERVICE

I, Danielle M. Silva, hereby certify that on this 4th day of June, 2021, a copy of the foregoing **NOTICE OF FARELLA BRAUN + MARTEL LLP'S LIEN ON CLAIMS OF PLAINTIFF hiQ LABS, INC. AGAINST DEFENDANT LINKEDIN, CORP.** was served via U.S. Mail and email, on the following:

| | |
|---|---|
| R. Corey Worcester<br>Renita Nath Sharma<br>QUINN, EMANUEL, URQUHART ET AL.<br>51 Madison Avenue, 22nd Floor<br>New York NY 10010<br>Tel: 212.849.7000<br>Email: coreyworcester@quinnemanuel.com<br>renitasharma@quinnemanuel.com | Attorneys for Plaintiff hiQ Labs, Inc. |
| Terry L. Wit<br>QUINN, EMANUEL, URQUHART ET AL.<br>50 California Street, 22nd Floor<br>San Francisco CA 94111<br>Tel: 415.875.6600<br>Email: terrywit@quinnemanuel.com | |
| Donald B. Verrilli, Jr.<br>MUNGER, TOLLES & OLSON LLP<br>1155 F Street, NW<br>Washington DC 20004<br>Tel: 202.220.1100<br>Email: donald.verrilli@mto.com | *Attorneys for Defendant LinkedIn Corporation* |
| Jonathan H. Blavin<br>Rosemarie T. Ring<br>Nicholas D. Fram<br>Elia Herrera<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco CA 94105<br>Tel: 415.512.4000<br>Email: jonathan.blavin@mto.com<br>nicholas.fram@mto.com<br>rose.ring@mto.com<br>elia.herrera@mto.com | |

Dated: June 4, 2021

_____
Danielle M. Silva

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

FBM'S NOTICE OF LIEN ON CLAIMS OF hiQ LABS AGAINST LINKEDIN - Case No. 3:17-cv-03301-EMC

3

36856\14076125.1