FILED

JUN 16 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| HIQ LABS, INC., <br><br> Plaintiff-Appellee, <br><br> v. <br><br> LINKEDIN CORPORATION, <br><br> Defendant-Appellant. | No.   17-16783 <br><br> D.C. No. 3:17-cv-03301-EMC <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: WALLACE and BERZON, Circuit Judges, and BERG,[*] District Judge.

The Supreme Court has vacated the opinion in this case and remanded with instructions to reconsider the decision in light of *Van Buren v. United States*, 593 U.S. ---- (2021). *LinkedIn Corp. v. hiQ Labs, Inc.*, No. 19-1116, 2021 WL 2405144, at *1 (U.S. June 14, 2021). Therefore, on or before July 9, 2021, the parties are directed to file simultaneous briefs of no more than 7,000 words addressing the effect of *Van Buren* on this appeal.

---

[*]   The Honorable Terrence Berg, United States District Judge for the Eastern District of Michigan, sitting by designation.