Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

hiQ Labs, Inc. )
) Case No: 17-cv-3301
Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
LinkedIn Corp. ) (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )

I, Hope D. Skibitsky, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: hiQ Labs, Inc. in the above-entitled action. My local co-counsel in this case is Terry L. Wit, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Quinn Emanuel Urquhart & Sullivan LLP<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010 | Quinn Emanuel Urquhart & Sullivan LLP<br>50 California St., 22nd Floor<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD:<br>212-849-7000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>415-875-6331 |
| MY EMAIL ADDRESS OF RECORD:<br>hopeskibitsky@quinnemanuel.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>terrywit@quinnemanuel.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5362124.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 07/14/21

Hope D. Skibitsky
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Hope D. Skibitsky is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                      *October 2012*

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

    HOPE   SKIBITSKY    , Bar #    HS1213

was duly admitted to practice in the Court on

    September 7, 2018

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.    On    April 14, 2021
New York, New York

Ruby J. Krajick    By    s/ V. Bart
Clerk of Court        Deputy Clerk