# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 16, 2021

Clerk
United States Court of Appeals
  for the Ninth Circuit
95 Seventh Street (Zip: 94103-1526)
P. O. Box 193939
San Francisco, CA 94119-3939

      Re:  **LinkedIn Corporation**
            **v. hiQLabs, Inc.,**
            **No. 19-1116 (Your docket No. 17-16783)**

Dear Clerk:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case.

    The petitioner is given recovery of costs in this Court as follows:

        **Clerk's costs:**    **$300.00**

    This amount may be recovered from the respondent.

Sincerely,

SCOTT S. HARRIS, Clerk

By  *[signature]*

Hervé Bocage
Judgments/Mandates Clerk

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 16, 2021

Mr. Donald B. Verrilli, Jr., Esq.
Munger Tolles & Olson LLP
601 Massachusetts Ave., N. W.
Suite 500E
Washington, D. C. 20001-5369

  Re: **LinkedIn Corporation**
    **v. hiQLabs, Inc.,**
    **No. 19-1116**

Dear Mr. Verrilli:

  Attached please find a certified copy of the judgment of this Court in the above-entitled case.

          Sincerely,

          SCOTT S. HARRIS, Clerk

          By *[signature]*
          Herve' Bocage
          Judgments/Mandates Clerk

cc: Clerk, USCA 9th Circuit
  (Your docket No. 17-16783)

# Supreme Court of the United States

No. 19-1116

**LINKEDIN CORPORATION,**

Petitioner

v.

**HIQ LABS, INC.**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted.  The judgment of the above court in this cause is vacated with costs, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of *Van Buren* v. *United States,* 593 U. S. ___ (2021).

**IT IS FURTHER ORDERED** that the petitioner the LinkedIn Corporation recovers from hiQLabs, Inc., Three Hundred Dollars ($300.00) for costs herein expended.

June 14, 2021

**Clerk's costs:**     $300.00

A True copy. SCOTT S. HARRIS
Clerk of the Supreme Court of the United States