COREY WORCESTER (*pro hac vice*)
coreyworcester@quinnemanuel.com
RENITA SHARMA (*pro hac vice*)
renitasharma@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:      (212) 849-7100

TERRY L. WIT (SBN 233473)
terrywit@quinnemanuel.com
QUINN EMANUEL URQUHART AND
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
ROBERT L. URIARTE (SBN 258274)
ruriarte@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
MARIA N. SOKOVA (SBN 323627)
msokova@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE
LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:      +1 415 773 5759

*Attorneys for Plaintiff hiQ Labs, Inc.*

*Attorneys for Defendant LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>        Plaintiff,<br><br>   vs.<br><br>LinkedIn Corporation,<br><br>        Defendant. | Case No. 17-cv-03301-EMC<br><br>**STIPULATION RE SCHEDULING; AND [PROPOSED] ORDER** |
| LinkedIn Corporation<br><br>        Counterclaimant,<br>   vs.<br><br>hiQ Labs, Inc.<br><br>        Counterdefendants, | |

Pursuant to the April 2, 2021, joint case management statement (ECF No. 195) and in light of the expiration of the discovery stay in this case, the Parties conferred on a case schedule and hereby stipulate to the following case schedule and respectfully request that the Court enter the same as the Rule 16 case management order.

| Event | Date |
|---|---|
| Close of Pleadings/Joinder Deadline | September 3, 2021 |
| Close of Fact Discovery | March 31, 2022 |
| Opening Expert Reports | April 14, 2022 |
| Responsive Expert Reports | May 5, 2022 |
| Close of Expert Discovery | May 26, 2022 |
| Dispositive and *Daubert* Motions Filed | July 5, 2022 |
| Oppositions to Dispositive and *Daubert* Motions | August 1, 2022 |
| Fed. R. Civ. P. 26(a)(3) Disclosures | September 16, 2022 |
| Replies in further support of Dispositive and *Daubert* Motions | August 11, 2022 |
| Hearing on Dispositive Motions & Daubert Motions | August 25, 2022 |
| Pretrial Meet and Confer | October 7, 2022 |
| Deadline to file Motions *in Limine* | October 14, 2022 |
| Oppositions to Motions *in Limine* | October 28, 2022 |
| Joint Pretrial Order | October 18, 2022 |
| Objections to Fed. R. Civ. P. 26(a)(3) Disclosures | October 28, 2022 |
| Final pretrial conference | November 8, 2022 |
| Trial | December 5, 2022 |

STIPULATION RE SCHEDULING; AND
[PROPOSED] ORDER
17-cv-03301-EMC

1

2
Dated: August 6, 2021

3

4

5

6

7

8
Dated: August 6, 2021

9

10

11

12

13

14
PURSUANT TO STIPULATION, IT IS SO ORDERED.

15

16
Dated: _____, 2021

17

18

19

20

21

22

23

24

25

26

27

28

Orrick, Herrington & Sutcliffe LLP


By: _____ */s/ Robert L. Uriarte*
ROBERT L. URIARTE
Attorneys for Defendant
LinkedIn Corporation


Quinn Emanuel Urquhart & Sullivan LLP


By: _____ */s/ Hope Skibitsky*
HOPE SKIBITSKY
Attorneys for Plaintiff
hiQ Labs, Inc.


_____
EDWARD M. CHEN
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## L.R. 5-1 SIGNATURE ATTESTATION

As the ECF user whose user ID and password are utilized in the filing of this document, I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

*/s/ Robert L. Uriarte*
Robert L. Uriarte

STIPULATION RE SCHEDULING; AND
[PROPOSED] ORDER
17-cv-03301-EMC