| | |
|---|---|
| COREY WORCESTER (*pro hac vice*)<br>coreyworcester@quinnemanuel.com<br>RENITA SHARMA (*pro hac vice*)<br>renitasharma@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone:   (212) 849-7000<br>Facsimile:    (212) 849-7100<br><br>TERRY L. WIT (SBN 233473)<br>terrywit@quinnemanuel.com<br>QUINN EMANUEL URQUHART AND<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone:   (415) 875-6600<br>Facsimile:    (415) 875-6700<br><br>*Attorneys for Plaintiff hiQ Labs, Inc.* | ANNETTE L. HURST (SBN 148738)<br>ahurst@orrick.com<br>RUSSELL P. COHEN (SBN 213105)<br>rcohen@orrick.com<br>ROBERT L. URIARTE (SBN 258274)<br>ruriarte@orrick.com<br>NATHAN SHAFFER (SBN 282015)<br>nshaffer@orrick.com<br>DANIEL JUSTICE (SBN 291907)<br>djustice@orrick.com<br>MARIA N. SOKOVA (SBN 323627)<br>msokova@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105-2669<br>Telephone:   +1 415 773 5700<br>Facsimile:    +1 415 773 5759<br><br>*Attorneys for Defendant LinkedIn Corporation* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>           Plaintiff,<br><br>     vs.<br><br>LinkedIn Corporation,<br><br>           Defendant.<br><br>LinkedIn Corporation<br><br>           Counterclaimant,<br>     vs.<br><br>hiQ Labs, Inc.<br><br>           Counterdefendants, | Case No. 17-cv-03301-EMC<br><br>**STIPULATION RE SCHEDULING; AND [PROPOSED] ORDER AS MODIFIED** |

1   Pursuant to the April 2, 2021, joint case management statement (ECF No. 195) and in
2 light of the expiration of the discovery stay in this case, the Parties conferred on a case schedule
3 and hereby stipulate to the following case schedule and respectfully request that the Court enter
4 the same as the Rule 16 case management order.

| Event | Date |
|---|---|
| Close of Pleadings/Joinder Deadline | September 3, 2021 |
| Close of Fact Discovery | March 31, 2022 |
| Opening Expert Reports | April 14, 2022 |
| Responsive Expert Reports | May 5, 2022 |
| Close of Expert Discovery | May 26, 2022 |
| Dispositive and *Daubert* Motions Filed | July 5, 2022 |
| Oppositions to Dispositive and *Daubert* Motions | August 1, 2022 |
| Fed. R. Civ. P. 26(a)(3) Disclosures | September 16, 2022 |
| Replies in further support of Dispositive and *Daubert* Motions | August 11, 2022 |
| Hearing on Dispositive Motions & Daubert Motions | August 25, 2022 |
| Pretrial Meet and Confer | October 7, 2022 |
| Deadline to file Motions *in Limine* | October 14, 2022 |
| Oppositions to Motions *in Limine* | October 28, 2022 |
| Joint Pretrial Order | ~~October 18, 2022~~   January 10, 2023 |
| Objections to Fed. R. Civ. P. 26(a)(3) Disclosures | ~~October 28, 2022~~   January 17, 2023 |
| Final pretrial conference | ~~November 8, 2022~~   January 31, 2023 |
| Trial | ~~December 5, 2022~~   February 27, 2023 |

Dated: August 6, 2021							Orrick, Herrington & Sutcliffe LLP


								By: _____*/s/ Robert L. Uriarte*_____
									ROBERT L. URIARTE
									Attorneys for Defendant
									LinkedIn Corporation


Dated: August 6, 2021							Quinn Emanuel Urquhart & Sullivan LLP


								By: _____*/s/ Hope Skibitsky*_____
									HOPE SKIBITSKY
									Attorneys for Plaintiff
									hiQ Labs, Inc.


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __August 9, 2021__, 2021			_____
								EDWARD M. CHEN
								United States District Judge