1  ANNETTE L. HURST (SBN 148738)
   ahurst@orrick.com
2  RUSSELL P. COHEN (SBN 213105)
   rcohen@orrick.com
3  NATHAN SHAFFER (SBN 282015)
   nshaffer@orrick.com
4  DANIEL JUSTICE (SBN 291907)
   djustice@orrick.com
5  SARAH MULLINS (SBN 324558)
   Sarahmullins@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
7  San Francisco, CA  94105-2669
   Telephone:    +1 415 773 5700
8  Facsimile:    +1 415 773 5759

9  ROBERT L. URIARTE (SBN 258274)
   ruriarte@orrick.com
10 MARIA N. SOKOVA (SBN 323627)
   msokova@orrick.com
11 ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
12 Menlo Park, CA  94025-1015
   Telephone:    +1 650 614 7400
13 Facsimile:    +1 650 614 7401

14 *Attorneys for LinkedIn Corporation*

15              UNITED STATES DISTRICT COURT

16             NORTHERN DISTRICT OF CALIFORNIA

17                  SAN FRANCISCO DIVISION

18

19 | hiQ Labs, Inc., | Case No. 17-cv-03301-EMC |
   |---|---|
20 | Plaintiff, | **NOTICE OF APPEARANCE** |
21 | vs. | Judge:    Hon. Edward M. Chen |
22 | LinkedIn Corporation, | |
23 | Defendant. | |
24 | | |
25 | LinkedIn Corporation | |
26 | Counterclaimant, vs. | |
27 | hiQ Labs, Inc. | |
28 | Counter-defendant. | |

NOTICE OF APPEARANCE
17-CV-03301-EMC

PLEASE TAKE NOTICE that Sarah Mullins of Orrick, Herrington & Sutcliffe LLP enters her appearance in the above-captioned matter for Defendant and Counterclaimant LinkedIn Corporation.

LinkedIn hereby requests that all notices, including electronic ECF notices, given or required to be given, and all papers served or required to be served in the above-captioned matter be provided to and served upon counsel at the address set forth below:

Sarah Mullins
sarahmullins@orrick.com
Orrick, Herrington & Sutcliffe LLP
405 Howard St San Francisco, CA  94105-2669
Telephone:    +1415-773-5700
Facsimile:    +1 415-773-5759

Dated:  September 8, 2021                              Orrick, Herrington & Sutcliffe LLP

                                              By:        /s/ Sarah Mullins
                                                            Sarah Mullins