ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
SARAH K. MULLINS (SBN 324558)
sarahmullins@orrick.com
MARIA N. SOKOVA (SBN 323627)
msokova@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

Attorneys for Defendant
LinkedIn Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc., | Case No. 17-cv-03301-EMC |
| Plaintiff, | **SHAFFER DECLARATION ISO LINKEDIN CORPORATION'S LOCAL RULE 79-5 ADMINISTRATIVE MOTION TO FILE DESIGNATED MATERIALS UNDER SEAL** |
| vs. | |
| LinkedIn Corporation, | |
| Defendant. | |
| | Complaint Filed: June 7, 2017<br>Trial Date: February 27, 2023 |
| LinkedIn Corporation | |
| Counterclaimant,<br>vs. | |
| hiQ Labs, Inc. | |
| Counterdefendants, | |

SHAFFER DECL.
17-cv-03301-EMC

I, Nathan Shaffer, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and counsel of record for LinkedIn Corporation. I am familiar with the events, pleadings, and discovery in this action, and if called as a witness I could and would testify competently to the matters stated herein of my own personal knowledge. I submit this declaration in support of LinkedIn's Administrative Motion LinkedIn Corporation's Administration Motion to File Designated Materials Under Seal.

2. hiQ has designated the following materials discussed in LinkedIn's Motion to Dissolve Preliminary Injunction and Request for Indicative Ruling Pursuant to Fed. R. Civ. P. 62.1 under the Stipulated Protective Order For Litigation Involving Patents, Highly Sensitive Confidential Information, and/or Trade Secrets (ECF No. 213):

| Document | Text to Be Sealed |
|---|---|
| Text in LinkedIn's Motion to Dissolve Preliminary Injunction and Request for Indicative Ruling Pursuant to Fed. R. Civ. P. 62.1, which reflects or is derived from material designated by hiQ under the Protective Order. | The names on page 6, line 21; the text between "scrapers" and the period on page 18, line 7. |
| Hurst Declaration | The first two sentences and last sentence of paragraph 20. |
| Hurst Declaration, Ex. 4 (hiQ's July 29, 2021, Responses to LinkedIn's First Set of Interrogatories, served on August 30, 2021). | The vendor names on page 12, between lines 11–12. |
| Rockwell Declaration | The text at page 7, lines 14–15 and line 18. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this tenth day of September, 2021, at Oakland, CA.

_____
Nathan Shaffer

- 1 -

SHAFFER DECL.
17-cv-03301-EMC