ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
SARAH K. MULLINS (SBN 324558)
sarahmullins@orrick.com
MARIA N. SOKOVA (SBN 323627)
msokova@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:     +1 415 773 5759

Attorneys for Defendant
LinkedIn Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> LinkedIn Corporation, <br><br> Defendant. | Case No. 17-cv-03301-EMC <br><br> **[PROPOSED] ORDER GRANTING LINKEDIN CORPORATION'S LOCAL RULE 79-5 ADMINISTRATIVE MOTION TO FILE DESIGNATED MATERIALS UNDER SEAL** <br><br> Complaint Filed: June 7, 2017 <br> Trial Date: February 27, 2023 |
| LinkedIn Corporation <br><br> Counterclaimant, <br> vs. <br><br> hiQ Labs, Inc. <br><br> Counterdefendants, | |

Before the Court is LinkedIn Corporation's Administrative Motion To File Designated Materials Under Seal. Having considered the Administrative Motion, the declarations in support thereof, the pleadings on file, and any other relevant materials, the motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the following materials should be sealed and that counsel for LinkedIn may file the following material designated by hiQ under the Stipulated Protective Order For Litigation Involving Patents, Highly Sensitive Confidential Information, and/or Trade Secrets (ECF No. 213):

| Document | Text to Be Sealed |
| --- | --- |
| Text in LinkedIn's Motion to Dissolve Preliminary Injunction and Request for Indicative Ruling Pursuant to Fed. R. Civ. P. 62.1, which reflects or is derived from material designated by hiQ under the Protective Order. | The names on page 6, line 21; the text between "scrapers" and the period on page 18, line 7. |
| Hurst Declaration | The first two sentences and last sentence of paragraph 20. |
| Hurst Declaration, Ex. 4 (hiQ's July 29, 2021, Responses to LinkedIn's First Set of Interrogatories, served on August 30, 2021). | The vendor names on page 12, between lines 11–12. |
| Rockwell Declaration | The text at page 7, lines 14–15 and line 18. |

**IT IS FURTHER ORDERED** that LinkedIn has shown that there are compelling reasons to file the following materials designated by LinkedIn under the Protective Order under seal, and counsel for LinkedIn may file the following under seal:

| Document | Text to Be Sealed |
|---|---|
| Zhong Declaration Ex. 1. | The IP address that first appears in cell B2 and all subsequent representations of that IP address. |
| Rockwell Declaration, Exhibit 8 (LinkedIn letter dated November 28, 2018). | The IP address identified in the letter. |
| Hurst Declaration, Ex. 4 (hiQ's July 29, 2021, Responses to LinkedIn's First Set of Interrogatories, served on August 30, 2021). | The two IP addresses on page 12, lines 7–8. |
| Hurst Declaration, Ex. 9 (Sharma Letter dated January 22, 2021). | The two IP addresses identified on page 2 of the exhibit. |
| Hurst Declaration, Ex. 10 (Uriarte Letter dated February 2, 2021). | The two IP addresses identified in the second paragraph of the letter body. |
| Declaration of Robert L. Uriarte In Support Of LinkedIn's Opposition To hiQ's Motions To Dismiss And Strike Counterclaims, Exhibit 1 (ECF No. 189-02) | The two IP addresses identified on page 2 of the exhibit. |

**IT IS SO ORDERED**

Dated: _____

HON. EDWARD M. CHEN
United States District Judge

- 2 -

[PROPOSED] ORDER
17-CV-03301-EMC