# EXHIBIT 10
**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED.**



February 2, 2021

**Orrick, Herrington & Sutcliffe LLP**
1000 Marsh Road
Menlo Park, CA 94025-1015

+1 650 614 7400

**orrick.com**

Renita Sharma
Quinn Emanuel
51 Madison Ave., 22nd Floor
New York, NY 10010
renitasharma@quinnemanuel.com

**Robert L. Uriarte**

E   ruriarte@orrick.com
D   +1 650 289 7105
F   +1 650 614 7401

Re:     hiQ Whitelist Request

Dear Renita:

Thank you for your letter of January 22, 2021 asking LinkedIn to make changes to the hiQ whitelist. Your request is in process. We write to request additional information concerning hiQ's continued access to LinkedIn's website, servers, and data.

hiQ's Motion to Strike in Part LinkedIn's Counterclaims represents to the Court that "hiQ is no longer a user of LinkedIn." Dkt. 182 at 2. Your letter of January 22, however, states that two new IP addresses resolving to AWS infrastructure, ▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮ ("AWS EC2 IP addresses"), "will be used by hiQ to access public LinkedIn profiles." The seeming inconsistency between hiQ's January 18 representation to the Court and January 22 request to LinkedIn raises several questions.

First, who has entitlements to use the AWS EC2 IP addresses? Second, what is the purpose and nature of use of the AWS EC2 IP addresses with respect to LinkedIn? Third, what security measures does hiQ have in place to ensure that the AWS EC2 IP addresses are not abused?[1]

Please note that to the extent that hiQ continues to access LinkedIn's website, it remains bound by LinkedIn's User Agreement, and scraping in violation of the User Agreement amounts to an ongoing breach of contract.

Please provide answers to the foregoing questions by no later than close of business California time on Monday, February 8, 2021. Thank you in advance for your prompt attention to LinkedIn's inquiries.

---

[1] As you may know, AWS computers are frequently abused by cybercriminals to carry out attacks, with some estimating that AWS computers are responsible for 94% of all web attacks coming from public clouds. *See, e.g.*, Spikes in High-risk Vulnerabilities and Public Cloud-based Attacks Dominate Threat Landscape, Imperva Researchers Find with New Cyber Threat Index, IMPERVA.COM (Feb. 19, 2020).



February 2, 2021
Page 2

Sincerely,


Robert L. Uriarte