# EXHIBIT 8

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED.**

**MUNGER, TOLLES & OLSON LLP**

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-3089
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

350 SOUTH GRAND AVENUE
FIFTIETH FLOOR
LOS ANGELES, CALIFORNIA 90071-3426
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

1155 F STREET N.W.
SEVENTH FLOOR
WASHINGTON, D.C. 20004-1361
TELEPHONE (202) 220-1100
FACSIMILE (202) 220-2300

November 28, 2017

Writer's Direct Contact
(415) 512-4011
(415) 644-6911 FAX
jonathan.blavin@mto.com

**VIA E-MAIL ONLY**

Deepak Gupta, Esq.
Farella, Braun + Martel, LLP
Russ Building
325 Montgomery Street
San Francisco, CA 94104
dgupta@fbm.com

Re:   *hiQ Labs, Inc. v. LinkedIn Corporation*, No. 17 Civ. 3301 (EMC) (N.D. Cal.)

Dear Mr. Gupta:

LinkedIn is committed to complying with the terms of the preliminary injunction order entered by the Court in the above-captioned matter (ECF No. 63) as long as it remains in effect. LinkedIn has therefore taken steps to ensure that hiQ is not prevented from accessing "public profiles" (*id.* at 25) on LinkedIn's website.  These steps are aimed at ensuring that hiQ's access is not impaired unintentionally or by one of LinkedIn's various technical measures that generally prevent automated access and scraping of the LinkedIn website (which LinkedIn is not required to remove generally under the Court's order, *id.* at 16).

One such step LinkedIn has taken is ensuring that hiQ's access from the following corporate IP address is not blocked: ▮▮▮▮▮▮▮▮.  Because the Court's order allows LinkedIn to maintain its technical defenses against other parties, please ensure that the unique status granted to the aforementioned IP address on account of the Court's order remains confidential.

MUNGER, TOLLES & OLSON LLP

Deepak Gupta, Esq.
November 28, 2017
Page 2

                            Very truly yours,

                            */s/ Jonathan H. Blavin*

                            Jonathan H. Blavin