# EXHIBIT 1

## quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7413**

WRITER'S EMAIL ADDRESS
**renitasharma@quinnemanuel.com**

January 22, 2021

<u>VIA E-MAIL</u>

Robert L. Uriarte
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
ruriarte@orrick.com

Re:     <u>hiQ Labs, Inc. v. LinkedIn Corporation</u>, No. 17 Civ. 3301 (EMC) (N.D. Cal.)

Dear Robert,

I write regarding the Northern District of California's August 14, 2017 preliminary injunction order ("PI Order") directing LinkedIn to remove any technical barriers that would prevent hiQ from accessing public LinkedIn profiles. (ECF No. 63 at 25.)

As you are aware, pursuant to the PI Order, LinkedIn has "whitelisted" certain IP addresses used by hiQ to access public LinkedIn profiles. We write to inform you that hiQ has ceased to use the following IP addresses, which may be released from LinkedIn's whitelist:

    34.211.215.114
    34.211.30.33
    34.206.56.174
    34.234.103.91
    34.213.99.139
    52.8.230.165
    54.153.107.141

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART

January 22, 2021
Robert L. Uriarte

    We further request that LinkedIn whitelist the following IP addresses, which will be used by hiQ to access public LinkedIn profiles:



If you have any questions, please feel to call me at (646) 675-9222.

Very truly yours,

*/s/ Renita Sharma*

Renita Sharma