ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
SARAH K. MULLINS (SBN 324558)
sarahmullins@orrick.com
MARIA N. SOKOVA (SBN 323627)
msokova@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:  +1 415 773 5700
Facsimile:  +1 415 773 5759

Attorneys for Defendant
LinkedIn Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc., | Case No. 17-cv-03301-EMC |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| LinkedIn Corporation, | Complaint Filed: June 7, 2017 |
| Defendant. | Trial Date: February 27, 2023 |
| LinkedIn Corporation | |
| Counterclaimant, | |
| vs. | |
| hiQ Labs, Inc. | |
| Counterdefendants, | |

**CERTIFICATE OF SERVICE**

This is to certify that on September 10, 2021, the foregoing documents listed below were served on the following counsel via email:

1) **LINKEDIN CORPORATION'S MOTION TO DISSOLVE PRELIMINARY INJUNCTION AND REQUEST FOR INDICATIVE RULING PURSUANT TO FED. R. CIV. P. 62.1**

2) **DECLARATION OF ANNETTE HURST IN SUPPORT OF LINKEDIN CORPORATION'S MOTION TO DISSOLVE PRELIMINARY INJUNCTION AND REQUEST FOR INDICATIVE RULING PURSUANT TO FED. R. CIV. P. 62.1**

   a) **EXHIBIT 4 TO THE HURST DECLARATION**

   b) **EXHIBIT 9 TO THE HURST DECLARATION**

   c) **EXHIBIT 10 TO THE HURST DECLARATION**

3) **DECLARATION OF PAUL ROCKWELL IN SUPPORT OF LINKEDIN CORPORATION'S MOTION TO DISSOLVE PRELIMINARY INJUNCTION AND REQUEST FOR INDICATIVE RULING PURSUANT TO FED. R. CIV. P. 62.1**

   a) **EXHIBIT 8 TO THE ROCKWELL DECLARATION**

4) **EXHIBIT 1 TO THE DECLARATION OF YUKAI ZHONG IN SUPPORT OF LINKEDIN CORPORATION'S MOTION TO DISSOLVE PRELIMINARY INJUNCTION AND REQUEST FOR INDICATIVE RULING PURSUANT TO FED. R. CIV. P. 62.1**

5) **EXHIBIT 1 TO THE DECLARATION OF ROBERT L. URIARTE (ECF NO. 189-2)**

> Corey Worcester *(pro hac vice)*
> coreyworcester@quinnemanuel.com
> Renita Sharma *(pro hac vice)*
> renitasharma@quinnemanuel.com
> Quinn Emanuel Urquhart & Sullivan LLP
> 51 Madison Avenue, 22nd Floor
> New York, NY 10010
> Tel. No. (212) 849-7000
> Fax No. (212) 849-7100

//
//

Terry L. Wit
terrywit@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 2nd Floor
San Francisco, CA 94111
Tel. No. (415) 875-6600
Fax No. (415) 875-6700

*Attorneys for hiQ Labs, Inc.*

All other documents associated with the above were served via operation of the court's electronic filing system pursuant to Local Rule 5–1(h).

*/s/ Nathan Shaffer*
Nathan Shaffer

- - 2 - -    CERTIFICATE OF SERVICE
17-cv-03301-EMC