ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
SARAH K. MULLINS (SBN 324558)
sarahmullins@orrick.com
MARIA N. SOKOVA (SBN 323627)
msokova@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

*Attorneys for LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LinkedIn Corporation,<br><br>　　　　Defendant. | Case No. 17-cv-03301-EMC<br><br>**[PROPOSED] ORDER GRANTING LINKEDIN'S REQUEST FOR INDICATIVE RULING PURSUANT TO FED. R. CIV. P. 62.1** |
| LinkedIn Corporation<br><br>　　　　Counterclaimant,<br>　　vs.<br><br>hiQ Labs, Inc.<br><br>　　　　Counterdefendant, | |

LinkedIn Corporation ("LinkedIn") filed a Motion to Dissolve Preliminary Injunction and Request for Indicative Ruling ("Motion") on September 10, 2021. The Court, having considered the arguments of the parties and the papers submitted, finds and declares as follows:

LinkedIn's request for an indicative ruling is **GRANTED** pursuant to Rule 62.1(a)(3).

The Clerk shall notify the Ninth Circuit Court of Appeals that, upon remand of this matter, this Court would **GRANT** LinkedIn the relief it seeks and dissolve the preliminary injunction entered by this Court on August 14, 2017.

The Court would **FIND** that there are changed circumstances because hiQ Labs, Inc. ("hiQ") is no longer operating its business, and therefore the injunction no longer serves to prevent irreparable harm to hiQ's business operations. Without a likelihood of irreparable harm, the injunction must be dissolved.

**IT IS SO ORDERED**.

Dated: _____

_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE