ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
SARAH K. MULLINS (SBN 324558)
sarahmullins@orrick.com
MARIA N. SOKOVA (SBN 323627)
msokova@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

*Attorneys for LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> LinkedIn Corporation, <br><br> Defendant. <br><br> LinkedIn Corporation <br><br> Counterclaimant, <br> vs. <br><br> hiQ Labs, Inc. <br><br> Counterdefendant, | Case No. 17-cv-03301-EMC <br><br> **[PROPOSED] ORDER GRANTING LINKEDIN'S MOTION TO DISSOLVE PRELIMINARY INJUNCTION** |

LinkedIn Corporation ("LinkedIn") filed a Motion to Dissolve the August 14, 2017 Preliminary Injunction ("Motion") on September 10, 2021.  The Court, having considered the motion and the opposition, the papers and pleadings on file in this action, and the argument of the parties, hereby **GRANTS** LinkedIn's Motion.  The Court finds that there are changed circumstances because hiQ Labs, Inc. ("hiQ") is no longer operating its business and has not been operating its business for years.  Accordingly, there is no longer any likelihood of irreparable harm to hiQ from LinkedIn's enforcement of its anti-scraping technical measures with respect to hiQ.  The injunction is no longer necessary to prevent irreparable harm.  Without a likelihood of irreparable harm, the injunction must be dissolved.  The preliminary injunction issued pursuant to the Court's August 14, 2017 Order is therefore immediately dissolved pursuant to this Order and shall have no further effect.

**IT IS SO ORDERED**.

Dated: _____

_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE