1   ANNETTE L. HURST (SBN 148738)
    ahurst@orrick.com
2   RUSSELL P. COHEN (SBN 213105)
    rcohen@orrick.com
3   NATHAN SHAFFER (SBN 282015)
    nshaffer@orrick.com
4   DANIEL JUSTICE (SBN 291907)
    djustice@orrick.com
5   SARAH K. MULLINS (SBN 324558)
    sarahmullins@orrick.com
6   MARIA N. SOKOVA (SBN 323627)
    msokova@orrick.com
7   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
8   405 Howard Street
    San Francisco, CA  94105-2669
9   Telephone:   +1 415 773 5700
    Facsimile:    +1 415 773 5759
10

11  *Attorneys for LinkedIn Corporation*

            UNITED STATES DISTRICT COURT
12
            NORTHERN DISTRICT OF CALIFORNIA
13
            SAN FRANCISCO DIVISION
14

15  hiQ Labs, Inc.,                          Case No. 17-cv-03301-EMC

16              Plaintiff,                   **DECLARATION OF ANNETTE
                                             HURST IN SUPPORT OF
17      vs.                                  LINKEDIN'S MOTION TO DISSOLVE
                                             PRELIMINARY INJUNCTION AND
18  LinkedIn Corporation,                    REQUEST FOR INDICATIVE
                                             RULING PURSUANT TO FED. R. CIV.
19              Defendant.                    P. 62.1**

20                                           Date:          Oct. 14, 2021
    LinkedIn Corporation                     Time:          1:30 p.m.
21                                           Courtroom:     5 – 17th Floor
                Counterclaimant,             Judge:         Hon. Edward M. Chen
22
        vs.                                  Complaint Filed:   June 7, 2017
23                                           Trial Date:        Feb. 27, 2023
    hiQ Labs, Inc.
24
                Counterdefendants,
25                                           **REDACTED VERSION OF
                                             DOCUMENT SOUGHT TO BE
26                                           SEALED.**

27

28
                                             HURST DECL. ISO LINKEDIN'S MOT. TO
                                             DISSOLVE PRELIM. INJ. AND REQUEST
                                             FOR INDICATIVE RULING
                                             17-cv-03301-EMC

I, Annette L. Hurst, hereby declare as follows:

1.      I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for LinkedIn Corporation in this action.  I am a member of the California State Bar and am admitted to practice before this Court.  I have personal knowledge of the facts stated in this declaration.

2.      Discovery in this case commenced only after the expiration of the stay pending until the Supreme Court's June 14, 2021 order granting certiorari, vacating the Ninth Circuit's judgment, and remanding the case for further consideration.

3.      In the weeks since the stay expired, the parties have exchanged initial disclosures, served initial written discovery requests and responses thereto, agreed upon a stipulated protective order that was entered by the Court, and conducted several meetings to negotiate an ESI Protocol applicable to the discovery of electronic source information in this action as required by the Local Rules and the Court's standing orders.  The parties conducted a settlement conference on August 2.  I participated in meetings on August 6th, August 20th, September 3d and September 7th with counsel for hiQ where we discussed, among other topics, the protocols for preservation, collection, and production of ESI.

4.      In every substantive meeting with counsel for hiQ since the expiration of the stay, counsel for hiQ have implied or stated that its business is no longer in operation.  In the first ESI Protocol meeting on August 6th, Ms. Sharma and Ms. Skibitsky explained that they were gathering information about the nature of hiQ's ESI by conducting multiple conversations with former employees.  They also explained that they were still in the process of data transfer and learning about what still exists.  They stated that hiQ had archived certain of its data in August or September of 2018.  In particular, they stated that hiQ had archived its "G Suite" of communication and collaboration tools, its Box and Dropbox information, its source code on GitHub, and its Slack data.  There were open questions regarding certain other accounts and data, including a question regarding the status of the accounts, database and data used to collect and store data scraped from LinkedIn.

5.      During this conversation, we scheduled a follow-up meeting for two weeks later on August 20th.  My colleague Robert Uriarte sent an email to Ms. Sharma and Ms. Skibitsky explaining what information LinkedIn sought in connection with our second planned ESI meeting.  A true and correct copy of that email dated August 11, 2021 is attached hereto as Exhibit 1.

6.      Meanwhile, I sought to understand more about how long it had been since hiQ had been operating its business by reviewing hiQ's discovery responses.  All of its disclosures were stated in the past tense.  For example, attached hereto as Exhibit 2 is a true and correct copy of Plaintiff hiQ's June 24, 2021 Rule 26(a)(1) Disclosures.  All hiQ employees likely to have discoverable information are identified therein as "former" employees.  I then asked colleagues at Orrick to check the LinkedIn profiles of every hiQ employee to see whether the profiles show those individuals as still employed at hiQ or working elsewhere.  For those persons who had profiles on LinkedIn, every single one showed that the individual was employed elsewhere.  Attached hereto as Exhibit 3 is a true and correct copy of LinkedIn pages of former hiQ employees identified in hiQ's Initial Disclosures.

7.      hiQ served its initial Interrogatory Responses on July 29, 2021.  The Interrogatory Responses further described hiQ's business in the past tense, referring to entities that "were hiQ's customers," stating that it had no competitors "when it was a going concern," and acknowledging that "because hiQ is no longer operational, it cannot be said to have any competitors."  A true and correct copy of relevant excerpts from the partially redacted version of Plaintiff hiQ's July 29, 2021 Responses to LinkedIn's First Set of Interrogatories, served on August 30, 2021, is attached hereto as Exhibit 4.  (hiQ has not yet served a fully unredacted version as it has stated it cannot do so without first making disclosures to a variety of third parties.)

8.      In our second ESI Protocol meeting on August 20th, Ms. Sharma and Ms. Skibitsky were largely prepared to answer the questions of Mr. Uriarte's August 11th email.  I also asked a series of questions designed to confirm how long hiQ had been out of business and the status of its electronic information in light of the fact that it was out of business.  During the

HURST DECL. ISO LINKEDIN'S MOT. TO DISSOLVE PRELIM. INJ. AND REQUEST FOR INDICATIVE RULING
17-cv-03301-EMC

course of the discussions, hiQ's counsel clearly stated that hiQ had ceased its operations sometime in the August or September 2018 timeframe.  hiQ's counsel also said that hiQ's full-time employees had all departed.  hiQ's counsel further stated that, since that time, hiQ has shut down all of the key systems and databases it used to conduct its business.

9.      One of the things that we learned during the August 20th meeting was that hiQ had not maintained its collection of scraped LinkedIn data in the fashion that it was stored during the ordinary course of business.  Ms. Sharma and Ms. Skibitsky described two sources of LinkedIn data:  (1) an AWS (Amazon Web Services) account where the "native" and "flat files" of LinkedIn scraped data were stored in their original form; (2) a MongoDB database where the "parsed" or processed LinkedIn data was stored.  The AWS account and the MongoDB database no longer existed after being shut down in 2018.  Counsel represented that the data that had previously been stored there was archived on hard drives and is not currently accessible.

10.      In addition, Ms. Sharma and Ms. Skibitsky had reported during the first meeting on August 6th that hiQ used Salesforce to manage all of its customer relationships.  Salesforce is a cloud-based customer relationship management ("CRM") system.  On August 6th, they explained that hiQ no longer had access to its Salesforce account but that they were still investigating the status of that data.  In the second meeting on August 20th, they confirmed that hiQ had allowed its Salesforce account to expire without exporting all of the data from the account.  They also reported that hiQ no longer had access to the Quickbooks account previously used to manage the company's general ledger and finances.

11.      I explained during the August 20th meeting the seriousness with which LinkedIn viewed hiQ's apparent destruction of its CRM system long after litigation was commenced.  I explained that LinkedIn viewed customer and sales information as among the most relevant source of data in an action brought by hiQ alleging unfair competition and interference with economic relations.  I stated that my general understanding of Salesforce is that it is a multi-channel database tool used to collect in one place all information and interactions regarding each customer and prospective customer, and likely the best single source of data to understand the

HURST DECL. ISO LINKEDIN'S MOT. TO
DISSOLVE PRELIM. INJ. AND REQUEST
FOR INDICATIVE RULING
17-cv-03301-EMC

reasons why hiQ's customers and potential customers had chosen or declined to do business with it.  Ms. Sharma and Ms. Skibitsky confirmed that hiQ used its Salesforce system in the ordinary fashion to collect information regarding its customer relationships, and they agreed that they would conduct further follow-up investigation on the topic of whether that data could be restored. We scheduled a third meeting for September 3d.

12.     On August 25th, I wrote a letter to hiQ's counsel confirming the representations made about hiQ's business and the status of hiQ's various data sources.  A true and correct copy of that letter is attached as Exhibit 5.  In the letter I confirmed, among other facts, that hiQ had been out of business since August or September of 2018.  I also asked counsel to correct any inaccuracies described therein.  I did not receive any response to that letter.  On September 3d we met again to discuss ESI and discovery responses.  During the meeting, counsel explained that hiQ's Salesforce account had lapsed when its prepaid subscription lapsed, in January of 2020. They stated that it was Salesforce's policy to delete all data within 90 days after an account has lapsed.  Based on their investigation, it was not possible to resuscitate the data even by re-activating the account.  This means that hiQ destroyed its sales database *after* it filed this lawsuit.

13.     To further document that hiQ has been out of business for at least three years, I asked my colleagues at Orrick to assess whether hiQ's website showed signs of ongoing marketing and business activity.  The website shows that hiQ's last podcast was on February 28, 2017, its last blog post was on June 2, 2017, and last news article was posted February 21, 2018. Attached hereto as Exhibit 6 are true and correct copies of relevant excerpts from hiQ's website.

14.     I also asked my colleagues to assess the activity from hiQ's Twitter account. hiQ's last tweet related to the conduct of its business was on January 8, 2018; all recent Twitter activity has been related solely to the litigation.  Attached hereto as Exhibit 7 are true and correct copies of relevant excerpts from hiQ's Twitter feed.

15.     HiQ's business address listed on its website is 575 Market Street, Suite 850, in San Francisco.  I asked my colleagues to see whether they could determine if hiQ still occupied that location.  We learned that the landlord is currently listing the location for rent.  Attached hereto as

Exhibit 8 is a true and correct copy of CBRE's listing of the space at 575 Market St., Ste 850, San Francisco, CA 94105.

16.     All of the information that we at Orrick have been able to uncover confirms that hiQ is out of business and has been out of business for years.  I was very surprised by this because one of the very first things that happened after Orrick became counsel of record was that hiQ's counsel sent us a letter asking that LinkedIn *add* two new IP addresses to the "whitelist" (or in LinkedIn's parlance, "allowlist") of IP addresses that have guaranteed access to the LinkedIn website as a result of the Court's preliminary injunction.  A true and correct copy of Ms. Sharma's letter dated January 22, 2021 making this request is attached hereto as Exhibit 9.  The letter from Ms. Sharma said that the two new requested IP addresses "will be used by hiQ to access public LinkedIn profiles."

17.     That letter created the obvious impression that hiQ was conducting ongoing business operations, and that impression was furthered by additional correspondence.  My colleague Rob Uriarte responded to the letter asking who and how hiQ intended to use these IP addresses and any information collected from them.  A true and correct copy of that response letter dated February 2, 2021 is attached hereto as Exhibit 10.  Mr. Uriarte expressed a particular concern about *hiQ continuing to use the website* in light of its stated position in its Motion to Dismiss LinkedIn's Counterclaims that hiQ was not bound by LinkedIn's User Agreement. Counsel for hiQ responded on February 8th, 2021.  A true and correct copy of that letter is attached hereto as Exhibit 11.  The response insisted that the new IP addresses be allowed, refused to make representations about how they would be used, but reasserted that "the IP addresses identified in our January 22, 2021 letter are used only by hiQ, and in accordance with hiQ's rights under the PI Order, as affirmed."  The overall impression we drew from this correspondence is that hiQ was making ongoing use of the IP addresses in its business operations.

18.     During the Settlement Conference conducted on August 2d, the discussions were such that I suspected hiQ may no longer be engaged in business operations.  I was sensitive, however, to the fact that any discussions and data shared in that context could not be used for

HURST DECL. ISO LINKEDIN'S MOT. TO
DISSOLVE PRELIM. INJ. AND REQUEST
FOR INDICATIVE RULING
17-cv-03301-EMC

1  purposes other than settlement.  Accordingly, it was not until we spoke on August 6th in the

2  context of the ESI Protocol that I felt we had usable information about hiQ's status.  After that we

3  sought further information from counsel and to confirm in other ways.  It took several weeks to

4  conduct all of the analysis, including LinkedIn's analysis of the IP addresses.  We brought this

5  motion as soon as practicable after obtaining the necessary information supporting it.

6      19.      I understand from LinkedIn's analysis of the IP addresses listed in Ms. Sharma's

7  January 22d letter that they show a substantial drop-off in activity after the late 2018 time period,

8  consistent with the fact that hiQ went out of business at that time.  This analysis is explained in

9  the declaration of Yukai Zhong filed with the Motion.  That analysis also shows that the new IP

10  addresses provided by Ms. Sharma in January, that she represented were being used only by hiQ,

11  were never used.  Mr. Zhong's analysis further shows, however, that some of the other IP

12  addresses identified in the letter as having been previously used by hiQ *continued to be used to*

13  *scrape LinkedIn in 2019 and 2020, even after hiQ was out of business*.

14      20.      ████████████████████████████████████

15  ████████████████████████████████  ████████████████

16  ██████████████████████████████████████

17  ████████████████████  Bright Data publicizes this Court's ruling on the preliminary

18  injunction on its website as a justification for its scraping activity.  A true and correct copy of the

19  relevant portion of the Bright Data website is attached hereto as Exhibit 12.  ██████████

20  ████████████████████████████████████████████

21  ████████████████████████████████████████████

22      I declare under penalty of perjury under the laws of the United States that the foregoing is

23  true and correct.  Executed on September 10, 2021, at San Francisco, California.

24

25                                   _____/s/ Annette L. Hurst_____
                                         Annette L. Hurst

26

27

28

HURST DECL. ISO LINKEDIN'S MOT. TO
DISSOLVE PRELIM. INJ. AND REQUEST
FOR INDICATIVE RULING
17-cv-03301-EMC

# EXHIBIT 1

| | |
|---|---|
| **From:** | Uriarte, Robert L. |
| **Sent:** | Wednesday, August 11, 2021 10:00 PM |
| **To:** | Hope Skibitsky; Renita Sharma |
| **Cc:** | Hurst, Annette L.; Corey Worcester |
| **Subject:** | LinkedIn/hiQ- ESI Follow Up |

Hi Renita & Hope:

Following up on our initial ESI Protocol meet and confer, we request that hiQ come for our next session on August 20 prepared to provide the following information.

Thanks in advance and we look forward to speaking with you.

Rob

**MongoDB**

We understand that the parsed LinkedIn data used to run hiQ's products is stored in a MongoDB database.

- Is the database currently live and accessible?

- What is the size of the database?

- Is hiQ using a Community or Enterprise server?

- If the database is hosted on AWS, we would like information on the AWS configuration.

    o Is hiQ using (or did it use) services like Cloudtrail or CloudWatch

    o Does hiQ have VPC flow logs

- If the database is being hosted by some other cloud provider, please provide comparable information.

**AWS Flat Files**

- What is the size of the AWS instance?

- What is the total volume of LinkedIn data stored in flat files on the AWS instance?

- Per response to Interrogatory No. 3, does this data source include all data that was scraped by hiQ directly during its product development, as well as all data collected by the redacted third parties?

- Who is the subscriber?

- We would like information on the AWS configuration, as above

- Is there any other source of LinkedIn data used to train hiQ's models not in the AWS flat files?

**Slack**

- What is the hiQ service tier?  Does hiQ have an enterprise license?

- What is the size of the Slack repository?

- How many messages are there?

**Salesforce**

From our first conversation, we understand that hiQ used Salesforce as a CRM system, but that its subscription has lapsed.

- Does the hiQ Salesforce instance still exist?
- If not, does the hiQ CRM data persist anywhere?
- If yes to either question, what would be required to gain access to the data for purposes of searching it on an ongoing basis and accessing log data?
- If yes to either question, what would be required to gain access to the data for purposes of using the global export option?
- If no to both questions, what can you tell us about the parameters of the data that once existed in the hiQ Salesforce instance?

**Pardot**

From our first conversation, we understand that hiQ used Pardot as an automated mass marketing communications tool.  We suspect we will not pursue this as a source of ESI at least initially, but it would be good to know whether the data is still accessible.

**Robert L. Uriarte**
Partner

Orrick
Silicon Valley  ⓥ
T +1-650-289-7105
M +1-650-208-9179
he/him/his
ruriarte@orrick.com



# EXHIBIT 2

1  Corey Worcester (*pro hac vice*)
   coreyworcester@quinnemanuel.com
2  Renita Sharma (*pro hac vice*)
   renitasharma@quinnemanuel.com
3  QUINN EMANUEL URQUHART AND SULLIVAN LLP
   51 Madison Avenue, 22nd Floor
4  New York, NY 10010
   Telephone:    (212) 849-7000
5
   Terry L. Wit (SBN 233473)
6  terrywit@quinnemanuel.com
   QUINN EMANUEL URQUHART AND SULLIVAN LLP
7  50 California Street, 22nd Floor
   San Francisco, CA 94111
8  Telephone:    (415) 875-6600
9
   Attorneys for Plaintiff hiQ Labs, Inc.
10

11              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
12
   hiQ LABS, INC.,                          | Case No.:  17-CV-03301-EMC
13
                          Plaintiff,        | PLAINTIFF HIQ LABS, INC.'S INITIAL
14         vs.                              | DISCLOSURES
15 LINKEDIN CORPORATION,                    | Judge:  Hon. Edward M. Chen
16                        Defendant.

17

18         Plaintiff hiQ Labs, Inc. ("hiQ"), by its attorneys, makes the following initial disclosures in

19 accordance with Federal Rule of Civil Procedure 26(a)(1) and this Court's January 21, 2020

20 Scheduling Order (ECF No. 129).

21                        **PRELIMINARY STATEMENT**

22         hiQ bases the following initial disclosures on information reasonably available at this time.

23 Discovery in this case is in the early stages.  Accordingly, hiQ provides these initial disclosures

24 without prejudice to its right to introduce at hearings or trial any evidence that it subsequently

25 discovers.  hiQ reserves the right to supplement and to amend these disclosures as additional, relevant,

26 and responsive information is discovered through the continued investigation of the claims,

27 allegations, and defenses in this case, as well as through the disclosures of other parties.

28

These disclosures represent a good faith effort to identify information that hiQ reasonably believes may be used to support its claims and defenses.  By making the following disclosures, hiQ does not represent that every individual or entity identified herein necessarily possesses such information.

hiQ makes these initial disclosures without, in any way, waiving any objection under the Federal Rules of Civil Procedure or the Federal Rules of Evidence including, but not limited to, the following: (a) relevance; (b) attorney-client privilege; (c) work-product protection; (d) any other applicable privilege or protection under federal or state law; (e) undue burden; (f) materiality; (g) overbreadth; (h) the admissibility in evidence of these initial disclosures or the subject matter thereof; (i) proprietary and confidential business information, financial data, and trade secrets that belong either to hiQ or to individuals and entities with whom or which hiQ conducts or has conducted business; and (j) documents containing information disclosed or transmitted to any governmental agency, to the extent such information is confidential and not required to be disclosed under applicable law.  All objections are expressly preserved.

## DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(l)

**A.**     **Individuals Likely To Have Discoverable Information**

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(i), hiQ identifies the following individuals (exclusive of expert witnesses and attorneys) as persons likely to have discoverable information that hiQ may use to support its claims or defenses.  All addresses and contact information of third parties are provided on information and belief:

| Name (Title) | Address | Subject(s) Of Information That May Be Under Custodian's Control |
|---|---|---|
| **hiQ Personnel** | | |
| Elizabeth Brokken, (Former Director of Data Science) | c/o Counsel for hiQ, Corey Worcester, Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Ave. 22nd Floor, New York, NY 10010 | Ms. Brokken may have discoverable information concerning, among other things, hiQ's technology at issue in this litigation. |

| Lorenzo Canlas,<br><br>(Director of Business Operations and Analytics) | c/o Counsel for hiQ, Corey Worcester, Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Ave. 22nd Floor, New York, NY 10010 | Mr. Canlas may have discoverable information concerning, among other things, hiQ's events that were attended by representatives of LinkedIn; hiQ's technology at issue in this litigation; and the topics covered in the Canlas Declaration (Dkt. No. 28) |
| Rob DeSantis<br><br>(Former Board Observer) | c/o Counsel for hiQ, Corey Worcester, Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Ave. 22nd Floor, New York, NY 10010 | Mr. DeSantis may have discoverable information concerning, among other things, the loss of hiQ's employees, customers, prospective customers, investors, and potential investors as a result of LinkedIn's actions; hiQ's financial losses as a result of LinkedIn's actions; and hiQ's technology at issue in the litigation. |
| Boris Dev<br><br>(Former Software Developer) | c/o Counsel for hiQ, Corey Worcester, Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Ave. 22nd Floor, New York, NY 10010 | Mr. Dev may have discoverable information concerning, among other things, hiQ's data collection methods. |
| Genevieve Graves<br><br>(Former Chief Science and Product Strategy Officer) | c/o Counsel for hiQ, Corey Worcester, Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Ave. 22nd Floor, New York, NY 10010 | Ms. Graves may have discoverable information concerning, among other things, hiQ's technology at issue in this litigation, hiQ's data collection methods, and LinkedIn's knowledge of hiQ's business model. |
| Manisha Gupta,<br><br>(Former VP of Product) | c/o Counsel for hiQ, Corey Worcester, Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Ave. 22nd Floor, New York, NY 10010 | Ms. Gupta may have discoverable information concerning, among other things, hiQ's technology at issue in this litigation. |
| Ryan Hammond,<br><br>(Former Head of People Analytics) | c/o Counsel for hiQ, Corey Worcester, Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Ave. 22nd Floor, New York, NY 10010 | Mr. Hammond may have discoverable information concerning, among other things, hiQ's technology at issue in this litigation. |
| Sherman Hu<br><br>(Former Advisor) | c/o Counsel for hiQ, Corey Worcester, Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Ave. 22nd Floor, New York, NY 10010 | Mr. Hu may have discoverable information concerning, among other things, the loss of hiQ's employees, customers, prospective customers, investors, and potential investors as a result of LinkedIn's actions; hiQ's financial losses as a result of LinkedIn's actions; and LinkedIn's knowledge of hiQ's business model. |

| Darren Kaplan, (Board Member and Former CEO) | c/o Counsel for hiQ, Corey Worcester, Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Ave. 22nd Floor, New York, NY 10010 | Mr. Kaplan may have discoverable information concerning, among other things, the loss of hiQ's employees, customers, prospective customers, investors, and potential investors as a result of LinkedIn's actions; hiQ's financial losses as a result of LinkedIn's actions; hiQ's technology at issue in the litigation; and lost market opportunities and business prospects for hiQ. |
|---|---|---|
| Jennifer Kaplan, (Former Events Coordinator) | c/o Counsel for hiQ, Corey Worcester, Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Ave. 22nd Floor, New York, NY 10010 | Ms. Kaplan may have discoverable information concerning, among other things, hiQ's events that were attended by representatives of LinkedIn. |
| Andrew Kim (Former Head of Product, VP of Engineering) | c/o Counsel for hiQ, Corey Worcester, Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Ave. 22nd Floor, New York, NY 10010 | Mr. Kim may have discoverable information concerning, among other things, hiQ's technology at issue in this litigation and hiQ's data collection methods. |
| Chris LeBailly (Former Director of Data Engineering) | c/o Counsel for hiQ, Corey Worcester, Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Ave. 22nd Floor, New York, NY 10010 | Mr. LeBailly may have discoverable information concerning, among other things, hiQ's technology at issue in this litigation. |
| Jesse Levin (Former Board Member) | c/o Counsel for hiQ, Corey Worcester, Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Ave. 22nd Floor, New York, NY 10010 | Mr. Levin may have discoverable information concerning, among other things, the loss of hiQ's employees, customers, prospective customers, investors, and potential investors as a result of LinkedIn's actions; hiQ's financial losses as a result of LinkedIn's actions; and lost market opportunities and business prospects for hiQ. |
| Jeanne McFadden (Former Senior Account Executive) | c/o Counsel for hiQ, Corey Worcester, Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Ave. 22nd Floor, New York, NY 10010 | Ms. McFadden may have discoverable information concerning, among other things, the identities of hiQ's clients and potential clients. |

| Darin Medeiros,<br><br>(Former VP of Sales, Marketing, and Operations) | c/o Counsel for hiQ, Corey Worcester, Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Ave. 22nd Floor, New York, NY 10010 | Mr. Medeiros may have discoverable information concerning, among other things, the loss of hiQ's employees, customers, prospective customers, investors, and potential investors as a result of LinkedIn's actions; hiQ's financial losses as a result of LinkedIn's action; and hiQ's alleged agreement to the LinkedIn Subscription Agreement and LinkedIn User Agreement. |
|---|---|---|
| Dan Miller<br><br>(Former Chief Technology Officer) | c/o Counsel for hiQ, Corey Worcester, Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Ave. 22nd Floor, New York, NY 10010 | Mr. Miller may have discoverable information concerning, among other things, the identities of hiQ's customers and potential customers, hiQ's technology at issue in this litigation, and hiQ's data collection methods. |
| Scott Nicholson<br><br>(Former Data Scientist) | c/o Counsel for hiQ, Corey Worcester, Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Ave. 22nd Floor, New York, NY 10010 | Mr. Nicholson may have discoverable information concerning, among other things, hiQ's technology at issue in this litigation. |
| Alexander Oltmann<br><br>(Former VP of Sales and Former COO) | c/o Counsel for hiQ, Corey Worcester, Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Ave. 22nd Floor, New York, NY 10010 | Mr. Oltmann may have discoverable information concerning, among other things, the loss of hiQ's employees, customers, prospective customers, investors, and potential investors as a result of LinkedIn's actions; hiQ's financial losses as a result of LinkedIn's actions; hiQ's technology at issue in the litigation; and LinkedIn's allegations relating to hiQ's alleged consent of LinkedIn's User Agreement. |
| Benjamin Patch<br><br>(Former VP Finance) | c/o Counsel for hiQ, Corey Worcester, Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Ave. 22nd Floor, New York, NY 10010 | Mr. Patch may have discoverable information concerning, among other things, the loss of hiQ's employees, customers, prospective customers, investors, and potential investors as a result of LinkedIn's actions; and hiQ's financial losses as a result of LinkedIn's actions. |
| Maciek Smuga-Otto<br><br>(Former Director of Engineering) | c/o Counsel for hiQ, Corey Worcester, Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Ave. 22nd Floor, New York, NY 10010 | Mr. Smuga-Otto may have discoverable information concerning, among other things, hiQ's technology at issue in this litigation. |

| Gary Vaynerchuk (Board Member) | c/o Counsel for hiQ, Corey Worcester, Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Ave. 22nd Floor, New York, NY 10010 | Mr. Vaynerchuk may have discoverable information concerning, among other things, the loss of hiQ's employees, customers, prospective customers, investors, and potential investors as a result of LinkedIn's actions; hiQ's financial losses as a result of LinkedIn's actions. |
|---|---|---|
| Will Wegener, (Former Director of Development Operations and Security) | c/o Counsel for hiQ, Corey Worcester, Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Ave. 22nd Floor, New York, NY 10010 | Mr. Wegener may have discoverable information concerning, among other things, hiQ's technology at issue in this litigation and hiQ's business model. |
| Mark Weidick, (CEO) | c/o Counsel for hiQ, Corey Worcester, Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Ave. 22nd Floor, New York, NY 10010 | Mr. Weidick may have discoverable information concerning, among other things, the loss of hiQ's employees, customers, prospective customers, investors, and potential investors as a result of LinkedIn's actions; hiQ's financial losses as a result of LinkedIn's actions; and hiQ's technology at issue in the litigation. |
| **LinkedIn Personnel** | | |
| Abhishek Bajoria (Senior Litigation Counsel, Legal Department) | c/o counsel for LinkedIn | Mr. Bajoria may have discoverable information concerning, among other things, LinkedIn's cease-and-desist letter to hiQ and the topics covered in the Bajoria Declaration (Dkt. No. 27). |
| Blake Lawit (Vice President Legal) | c/o counsel for LinkedIn | Mr. Lawit may have discoverable information concerning, among other things, LinkedIn's cease-and-desist letters to hiQ and other third-parties. |
| Scott Roberts (Vice President and Head of Business Development) | c/o counsel for LinkedIn | Mr. Roberts may have discoverable information concerning, among other things, LinkedIn's cease-and-desist letters to hiQ. |
| Paul Rockwell (Head of Trust & Safety) | c/o counsel for LinkedIn | Mr. Rockwell may have discoverable information concerning, among other things, the topics covered in the Rockwell Declaration (Dkt No. 29). |
| Robert Rosin (Vice President Global Business Development) | c/o counsel for LinkedIn | Mr. Rosen may have discoverable information concerning, among other things, LinkedIn's cease-and-desist letters to hiQ and third-parties and the topics covered in the Rosin Declaration (Dkt. No. 30). |

| Jeff Weiner (Executive Chairman, Former CEO) | c/o counsel for LinkedIn | Mr. Weiner may have discoverable information concerning, among other things, LinkedIn's cease-and-desist letters to hiQ and third-parties, LinkedIn's people analytics products, and LinkedIn's knowledge of hiQ's technology. |
|---|---|---|
| Sarah Wight (Director Legal) | c/o counsel for LinkedIn | Ms. Wight may have discoverable information concerning, among other things, LinkedIn's cease-and-desist letters to hiQ and third-parties. |
| Hanna Cutler, Daniel Francis, Han Givens, Erika Halverson, Mike Jennings, Anupam Khanuja, Erica Kornstein, Athanasia Kotopolous, Woichiech Krupa, Zach Kyte, Richard Lee, Cindy Liang, Daniel Maurath, Aku Patel, Lourdes Quinones, Jason Silver, Nicholas Thomas, Rena Yi, Allen Zhang | c/o counsel for LinkedIn | Each of these individuals may have discoverable information concerning, among other things, LinkedIn's knowledge of hiQ's technology and hiQ's events attended by representatives of hiQ. |
| **Third Parties** | | |
| Employees of eBay, Capital One, GoDaddy, Bank of New York Mellon, Chevron, Groupon, Honeywell, IBM, Visier, and Jobvite, and SAP Ventures | | These individuals may have discoverable information concerning, among other things, their decision to forego working with hiQ on account of LinkedIn's conduct. |

In addition to the individuals identified above, hiQ identifies all persons named in LinkedIn's Rule 26(a)(1) initial disclosures in this action. hiQ's investigation of this matter is not yet complete. hiQ reserves the right to identify additional individuals with discoverable information that hiQ may use to support claims or defenses in this litigation as such persons become known to hiQ. By indicating the general subject matter of information these individuals may have, hiQ in no way limits its right to call any individual(s) listed to testify concerning other subject(s).

Expert disclosures will be made in accordance with the Court's Case Management Order and Federal Rule of Civil Procedure 26(a)(2).

**B.      Documents and Things**

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(ii), hiQ presently believes that the following documents or categories of documents in its possession, custody, or control may be used to support its claims or defenses in this action:

- Documents relating to hiQ's collection of public data from LinkedIn and the methods used to collect, store and analyze that data;

- Documents relating to hiQ's people analytics products, and the information and analysis presented to clients;

- Documents relating to hiQ's policies for gathering and using employee data, including privacy protection policies;

- Documents relating to communications between hiQ and LinkedIn, including communications about the nature of hiQ's products and business development;

- Documents relating to hiQ's contracts and potential contracts with customers and potential customers; and

- Documents relating to the financial damage LinkedIn's actions caused to hiQ, including the loss of existing and prospective clients and the loss of financing.

These documents are located on hiQ's computer systems.  hiQ also may rely on documents in the custody, possession, or control of any other parties or third parties, and documents available in the public sphere.  hiQ reserves the right to assert a claim of privilege or immunity and withhold from production any documents, whether or not included above, that are protected from discovery by the attorney-client privilege, work product immunity, or any other privilege or immunity.  hiQ further reserves the right to disclose additional documents that hiQ may use to support its claims or defenses based on information discovered during the course of this litigation, and hiQ reserves the right to rely on all documents produced by other parties or third parties throughout the course of discovery.

## C.        <u>Damages</u>

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(iii), hiQ states that it seeks monetary damages for lost business (including lost financing opportunities) due to LinkedIn's interference, reasonable attorneys' fees and costs, such other fees and costs to the extent allowed by law, and such other relief as may be deemed appropriate under the circumstances.  hiQ reserves the right to supplement and to further amend this response as additional, relevant, and responsive information is discovered through the continued investigation of the claims, allegations, and defenses in this case, as well as through the disclosures of other parties.

## D.        <u>Insurance</u>

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(iv), hiQ may be entitled to coverage under its AFB Media Tech Professional and Technology Based Services, Technology Products, Information Security & Privacy, and Multimedia and Advertising Liability Insurance Policy, No. W19692160201, issued by Beazley, to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.  The policy is provided herewith.

Dated: June 24, 2021

QUINN EMANUEL URQUHART &
SULLIVAN LLP


By:   */s/ Corey Worcester*
Corey Worcester
coreyworcester@quinnemanuel.com
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile:  (212) 849-7100

*Attorneys for Plaintiffs hiQ Labs Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2021, I served a copy of (1) hiQ's First Set of Requests for Production; (2) hiQ's First Set of Interrogatories; (3) hiQ's First Set of Requests for Admission; (4) hiQ's Rule 26(a)(1) Disclosures; and (5) a copy of the insurance policy referenced in hiQ's Rule 26(a)(1) Disclosures on the following counsel via e-mail:

**Orrick, Herrington & Sutcliffe LLP**
Annette L. Hurst (ahurst@orrick.com)
Daniel Denny Justice (djustice@orrick.com)
Maria Nikolaevna Sokova (msokova@orrick.com)
Nathan D Shaffer (nshaffer@orrick.com)
Robert Luis Uriarte (ruriarte@orrick.com)
Russell P. Cohen (rcohen@orrick.com)

*/s/ Hope Skibitsky*
Hope Skibitsky
hopeskibitsky@quinnemanuel.com
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile:  (212) 849-7100

# EXHIBIT 3

 **Linked**in

People ▼ | Liz | Brokken | 🔍 | Join now | Sign in



## Liz Brokken

Data Engineer at Peerspace

San Francisco Bay Area · 175 connections

Join to Connect

 Peerspace

 University of Iowa

Add new skills courses

 Apach Traini Engine

 Learn

 Apach Traini

See all courses

Liz's public pro

Include this LinkedIn websites

 Liz Brokke
Data Engine

Data Engineer

University of I

View profile

View profile bad

## Experience

 **Data Engineer**
Peerspace
Jul 2021 - Present · 3 months

 **Data Engineer**
Peerspace
Jun 2019 - Mar 2020 · 10 months

**Data Science Consultant**
eye0
Jan 2019 - Jun 2019 · 6 months
San Jose, CA

**hiQ Labs**
5 years 3 months

**Data Science Manager**
Feb 2017 - Apr 2019 · 2 years 3 months

**Senior Data Scientist**
Apr 2016 - Feb 2017 · 11 months

**Data Scientist**
Feb 2014 - Apr 2016 · 2 years 3 months
San Francisco Bay Area

**Teaching Assistant**
The University of Iowa
2011 - 2013 · 2 years

**Tutor for Honors Calc Course**
Clark University
Aug 2010 - May 2011 · 10 months
Worcester, MA

**Intern**
URS Corporation
May 2008 - Aug 2008 · 4 months

## Education

**University of Iowa**
Master of Science (MS) · Statistics
2011 - 2013

**Clark University**
Bachelor's Degree · Mathematics
2007 - 2011
Activities and Societies: Clark University Film Society (CUFS)

## Honors & Awards

**Allen T. Craig**
U of Iowa Dept of Statistics
May 2013
Recipient of Allen T. Craig Award for outstanding service as a teaching assistant.

## Recommendations received

**Andrew Kim**
"Liz is an exceptional data scientist with superior leadership skills. Under her leadership the data science team was the workhorse that drove hiQ forward. The team managed steady data releases, maintained a high level of data quality, and pushed forward on research and development. This was possible because of her technical knowledge, work ethic, and ability to empathize with her team."

1 person has recommended Liz

Join now to view

View Liz's full profile

See who you know in common

Get introduced

Contact Liz directly

You're signed out
Sign in for the full experience

Sign in

 Sign in with Google

Join to view full profile

Sign in with Google

or

Join now

© 2021    About    Accessibility    User Agreement    Privacy Policy    Cookie Policy    Copyright Policy    Brand Policy    Guest Controls    Community G

Boris Dev - Berkeley, California, United States | Professional Profile | LinkedIn

 **Linked**in    People ▼ | Boris                         Dev                      🔍    Join now    Sign in



### People also vie

 **Genevieve (**
Data Science
San Francisco

 **Mark Weidie**
General Mana
Los Gatos, CA

 **Greg Smithi**
Investor in Cli
AI, Robotics, a
unsexy industr
San Francisco

**Boris Dev**
Product Engineer at Sight Machine

Berkeley, California, United States · 222 connections

Join to Connect

 **Joint PHD geography program at San Diego State University**

 **Nigel Roy**
Senior Produc
Redmond, WA

 **Jessica fu**
Drone enthus
Haidian Distri

 **Qiurui Chen**
Computer Sci
Netherlands

 **rayyang Cha**
Software Eng
Culture Co., lt
P'ingtung

## Activity

 So stoked for all the surfers who gave it their all in the Olympics. As you all were carving it up, I had a little excitement of my own! Check it...
Liked by Boris Dev

 **Cristian Bec**
Software Eng
Los Angeles C

 Universidad EAFIT, Juan Pablo Ospina Zapata
Liked by Boris Dev

 **Jolo Aguilar**
Junior Suppor
University of (
Des Plaines, l

 43-year-old Steve Alexy is winning over cerebral palsy, a condition categorized by permanent movement disorders. But it hasn't stopped him from being...
Liked by Boris Dev

 **夏泳**
主任 - 零度智
公司
Fuzhou

Show more profiles

Join now to see all activity

### Others named

 **Boris Dev**
Vice Presiden
London

## Education

 **Joint PHD geography program at San Diego State University and University of California, Santa Barbara**
PhD · Geography

2004 - 2009

 **Boris Dev**
Dev at Dev
Israel

2 others named Bori

Boris Dev - Berkeley, California, United States Professional Profile | LinkedIn

## Publications

**Spatial Econometrics. Entry in Encyclopedia of Human Geography.**
Sage Publications, Inc · September 1, 2010

**Sigma convergence in the presence of spatial effects**
Papers in Regional Science · 2006

Other authors



## Projects

**Map Decisions**
Jul 2013 - Present
Developer of a SaaS platform handling municipal work tickets tied to asset locations.

Other creators

 

See project

**clusterPy: Library of spatially constrained clustering algorithms**
Jan 2008 - Present
Analytical regionalization (also known as spatially constrained clustering) groups a large number of geographic areas or points into a smaller number of regions based on similarities in one or more variables (i.e., income, ethnicity, environmental condition, etc.).

Other creators

 

See project

**Kathryn Davey Design Studio**
-

See project

**geoScore**
-

Other creators



See project

### Add new skills courses


Web S


Learn
Sourc


Buildi
with D

See all courses

### Boris' public p

Include this LinkedIn websites


**Boris Dev**
Product Eng


Joint PHD geo
Diego State U
of California, S

View profile

View profile bad

See others name

## Languages

**Spanish**

-

---

## Recommendations received



**Andrew Kim**

"Boris is an excellent developer with a strong record of delivering. I would often task him with some of our most challenging tasks under tight deadlines because I trusted him to deliver. He always produced at a high level even during times of uncertainty and ambiguity. If I had the opportunity to work with Boris again I would take it in a heartbeat."

1 person has recommended Boris

**Join now to view**

---

## More activity by Boris



**Well done Nob Hill Gazette especially for an article I was never interviewed for. The portrait is an old associated press shot from when I had short...**

Liked by Boris Dev



**We're looking for writers & scientists! Temblor, Inc. publishes breaking earthquake news, in-depth analyses and expert reporting on the latest...**

Liked by Boris Dev



**It's a Good Friday to ride a better wave. Repost from Forbes Quote of the Day by yours truly 🙋🏽‍♂️🤙🏼🏄🏻‍♂️**

Liked by Boris Dev



**Sudden twist like when you think it's the best morning latte of your life and then you almost bite and burn your tongue and lips off at the same time...**

Liked by Boris Dev



**During last week @AndrewNg visited our office in Medellin to announce the Latin American headquarters officially. It is impressive to see how our AI...**

Liked by Boris Dev

**SURFER magazine championing equity! Stoked to repost "Hard-charging and outspoken, @biancavalenti isn't one to back down from a towering Pe'ahi set...**

Liked by Boris Dev

**In just 48 hours we raised enough money for equal pay out at my favorite event in Mexico and now the event is on yellow alert to run Monday!!! Viva!**

Liked by Boris Dev

**Very cool to be recognized by IoT Analytics!**

Liked by Boris Dev

**Welcoming Mr. Ali Gokhan Cengiz, AGM of TEB, one of our funding partners at Hero City at Draper University for 21st pitch day & Introducing him to...**

Liked by Boris Dev

**Need a hand with an #opensource or #nonprofit project? Fastly can help with free CDN services. Talk to us about your project at community [at] fastly...**

Liked by Boris Dev

**https://lnkd.in/gcsUf9P**

Liked by Boris Dev

**Really excited to have dropped our first major release @ O(1) Labs this week!! I feel very strongly that the Coda Protocol will be a game changer in...**

Liked by Boris Dev

## View Boris' full profile

See who you know in common

Get introduced

Contact Boris directly

Join to view full profile

© 2021   About   Accessibility   User Agreement   Privacy Policy   Cookie Policy   Copyright Policy   Brand Policy   Guest Controls   Community G

**Linked**in

People ▼ | Genevieve | Graves | 🔍 | Join now | Sign in



### Genevieve Graves

Data Science Consultant

San Francisco Bay Area · 500+ connections

Join to Connect

 Eye0, Inc.

 Harvard University

## About

At Eye0, our team exists to get your Data Science / Data Engineering practice off the ground. We are experts in real-world applications of machine learning and image recognition, natural language processing (NLP), data architecture, and human behavior modeling, with a specialized focus in building prototypes and quick-to-market data MVPs for early-phase start-ups and small companies. Whether you have a one-off Data Science project, or need to construct and launch something quickly, Eye0 can function as a single-point solution to get the Data Science and Data Engineering side of your business up and running.

## Activity



Congratulations to the amazing Tess Hatch , now a Partner at Bessemer!

Liked by Genevieve Graves



Very excited to share the news about Wing Venture Capital's newest fund, Wing Three. Raised virtually during COVID-19 lockdown! We are already...

Liked by Genevieve Graves



Wow! Wild to see this result. Will be interested to see if there is an uptick in hiQ Labs related startups now that the coast has been cleared. Link...

Liked by Genevieve Graves

### People also vie

 **Mark Weidi**
General Mana
Los Gatos, CA

 **Steve Busc**
Actor at Morg
Honolulu Cou

 **Nigel Roy**
Senior Produ
Redmond, WA

 **Jad Malaeb**
Project Mana
Canada

 **Felipe Ardila**
PhD Student
Visualization
Oakland, CA

 **Yulia Prylyp**
Product Mana
Wrocław

 **Nicolas Veg**
Money Repor
New York, NY

 **CJ Rosenba**
Attorney & Pa
Famularo & S
New York, NY

 **Steve Hulfo**
CEO of digital
Underknown
Greater Toron

 **Kevin Shin**
Senior Data E
Hearst, ON

Show more profiles

### Others named

### Graves

**Genevieve**
DDS
General Denti
Baltimore City

**Jenny Grave**
Healthcare Re
Lawrenceville

Genevieve Graves - Founding Partner, CEO, Data Scientist - Eye0, Inc. | LinkedIn                                         9/7/21, 6:12 PM

Join now to see all activity


Genevieve G
Policy leaders
management
human servic
Greater Brisb


Genevieve G
Customer Ser
Mister Car Wa
Tucson, AZ

42 others named Ge
LinkedIn

See others na
Gr

## Experience


**Founding Partner, CEO, Data Scientist**
Eye0, Inc.

May 2018 - Present · 3 years 5 months

San Jose, California

Eye0 is a Data Science consulting firm. We work with clients, mostly early-stage startups and small companies, to provide the data science and data engineering they need to get launched.

Add new skills
courses


The D
Econo
Financ
Pouls


Applie
Found


panda

See all courses


**hiQ Labs**
7 years 9 months

**Advisor**
Jun 2017 - Present · 4 years 4 months

San Francisco Bay Area

**Chief Science & Product Strategy Officer**
Jan 2014 - Jun 2017 · 3 years 6 months

SF Bay Area

hiQ gathers publicly-available data about employee's professional activities and uses them to model future workforce behavior. At hiQ, I directed the data gathering, processing, and analytics efforts; hired and ran the data science team; and represented hiQ as a thought-leader at People Analytics conferences across the nation.

Genevieve's p
badge

Include this LinkedIn
websites

Genevieve
Data Science

Founding Part
Scientist at Ey

Harvard Unive

View profile

View profile bad


**Data Science Lead**
Price.com

Jun 2018 - May 2020 · 2 years

San Francisco Bay Area

Product matching and price comparison analysis across thousands of online retail platforms.

**Data Science Advisor & Consultant**
Reflektive

Jul 2017 - Oct 2018 · 1 year 4 months

San Francisco Bay Area

Modeling and analytics around employee workplace interaction, communication, and performance.

**Postdoctoral Fellow (Lyman Spitzer Prize Fellow), Princeton University**
Princeton University

Nov 2012 - Jan 2014 · 1 year 3 months

Department of Astrophysical Sciences, Princeton University, Princeton, NJ

**Fellow, Miller Institute for Basic Research in Science, UC Berkeley**
UC Berkeley

Sep 2009 - Aug 2012 · 3 years

Berkeley, CA

## Education

### Harvard University
Bachelor of Arts (B.A.) · Astronomy & Astrophysics, Physics · Magna cum laude

### University of California, Santa Cruz
Doctor of Philosophy (PhD) · Astronomy & Astrophysics

### University of Cambridge
Tripos--Part II · Linguistics

## Honors & Awards

**Prize Research Fellowship offers**
multiple, including the Hubble Fellowship, Einstein Fellowship, Clay Fellowship (Harvard)
Jan 2012

**ARCS Foundation Fellowship**
ARCS Foundation, Northern California Chapter

**Chancellor's Dissertation Year Fellowship**
UC Santa Cruz

**Leo Goldberg Prize**
Department of Astronomy, Harvard University
for the best astrophysics undergraduate thesis research

**Regent's Fellowship**
UC Santa Cruz

**Rotary Ambassadorial Fellowship**
Rotary International

**Whitford Prize**
UC Santa Cruz Department of Astronomy & Astrophysics
for excellence in the first 2 years of graduate work

## Languages

**English**
Native or bilingual proficiency

**French**
Limited working proficiency

## Recommendations received

**Maestro Geary**

"Genevieve has an impressive suite of skills. As a manager, her ability to analyze and prioritize is balanced by an ability to help those reporting to her realize their potential in positive and productive ways. Drawing on her extensive experience as a musician in her youth, followed by her highly regarded career as a scientist and researcher, Genevieve has developed cognitive and intuitive processes that are fully integrated. She has a dynamic and direct attitude that inspires respect and motivation for those of us in contact with her."

1 person has recommended Genevieve

Join now to view

## More activity by Genevieve



**We WON! Thank you, HR Tech and the hiQ Elevate Community. hiQ is the FIRST People Analytics company to win Top HR Product Award. We will be at the HR...**

Liked by Genevieve Graves

**How to Be a Leader People Want to Follow**

Liked by Genevieve Graves

### View Genevieve's full profile

See who you know in common

Get introduced

Contact Genevieve directly

Join to view full profile

**You're signed out**    ✕

Sign in for the full experience

Sign in

G    Sign in with Google

or

Join now

© 2021    About    Accessibility    User Agreement    Privacy Policy    Cookie Policy    Copyright Policy    Brand Policy    Guest Controls    Community G

 **Linked**in    People ▾ | Manisha | Gupta | 🔍    Join now    Sign in



**Manisha Gupta**

Product | Operator | Board Member | Investor | People to Profits

San Francisco Bay Area · 500+ connections

Join to Connect

 **Oracle**

 **The Wharton School**

 🔗 **Personal Website** ↗

## About

Live and help others live consciously, and to the best of our potential and liking. When something feels right, do it with full intensity. Values - Courage, Compassion, Conviction, Open, Humor.

My career has been a journey of chasing the "Whys" of value creation and capture. Curiosity and creativity led me work across multiple functions, geographies, growth stages, and industries, strengthening my ability to create market-leading technology products and scaling them to their 1st billion in revenue.

Built products that improve how we connect, collaborate and grow. Led hands-on global responsibilities at LinkedIn ($330M+), eBay ($400M+). Scaled early stage startups 0-100M+ (CafePress, Fatbrain). Entrepreneur with successful exit (AtOnePlace acquired by NetAmbut).

I currently lead Oracle's Product and GTM charter in the evolving "People Analytics" and "Cross Pillar Analytics" space. Defined Oracle's strategy while helping shape the industry, and partnering with platform/Data Science/HCM/ERP teams to launch a quarter ahead of schedule given its early customer success. Oracle once behind, has leapfrogged as a leader in HCM Analytics.

1) Think global and act global – Led People Analytics, Influenced overall Analytics offering for Oracle • Led Jobs product, Founded new line of tech solutions at LinkedIn (~$300M+ Top line impact) • Drove product growth from 1M to 100M+ for CafePress • Startup with a successful exit.

2) Fearless open-minded approach to life. Self-starter, decisive, results-oriented, creative, opportunity creator – successfully delivered on complex often first of their kind initiatives; led Grassroots innovation initiatives in multiple organizations.

3) People to Profit Focus - Created and reinvented market leading products while building life long relations. Multiple Patents & Awards. Poets and Quants - 2016 Best and Brightest 50 Executive MBA Worldwide (Wharton)

* MBA, The Wharton School (Honors)
* MS. Computer Science (Gold Medalist)

### Others named Manisha Gupta

 **Manisha Gu...**
Founder at Ta...
Bengaluru

 **Manisha Gu...**
MS at USC | D...
Learning | Ex-
opportunities
Los Angeles,

 **Manisha Gu...**
Director at Te...
Delhi, India

 **MANISHA G...**
Promoter of M...
progressive
believes in nu...
India

 **MANISHA G...**
Senior Archite...
DEVELOPMEN...
Delhi, India

1234 others named Manisha Gupta are on LinkedIn

See others name...

### Add new skills with these courses

 **Evil by...** in UX

 **Pitchi...**

 **Strate...**

See all courses

### Manisha's pub...

Include this LinkedIn
websites

* B.A Economics (Honors)

GM, Business, Management, Go to Market, Growth, Data Science, Machine Learning, Artificial Intelligence, Human Capital, Digital, Marketplace, SaaS, Cloud, Social, HCM, Predictive Analytics, Product Management, User Experience, Human centered design, Market Research, Marketing, Software Development, Customer Success, Cross-functional, monetization, positioning, Scale, Competitive Analysis, prioritization, high performing teams, customer centricity, partnerships, operational planning, community development, strategic planning, business development.

## Articles by Manisha



**Big things start small - The Bezos Machine**
By Manisha Gupta
Jul 21, 2021



**From Decibel Driven to Data Driven Roadmap**
By Manisha Gupta
Jul 3, 2021



**Humans and Machines**
By Manisha Gupta
Jun 23, 2021

## Activity



**Successful businesses are meant to outlast their founders. On the new Masters of Scale , I talk with Microsoft CEO Satya Nadella about how to...**
Liked by Manisha Gupta



**After 10.5+ years, I've decided to turn in my LinkedIn badge and leave the company that has made up the biggest chunk of my professional career to...**
Liked by Manisha Gupta



**An Introduction to People Analytics, Stanford Continuing Studies' BUS147 course, was a new journey of learning and novel experiences. My amazing...**
Liked by Manisha Gupta

Case 3:17-cv-03301-EMC   Document 217-3   Filed 09/10/21   Page 37 of 190

9/7/21, 6:15 PM

Join now to see all activity

---

## Experience



**Global Head, Product & GTM - People Analytics**
Oracle
May 2017 - Present · 4 years 5 months
San Francisco Bay Area

Oracle once behind, has leapfrogged as a leader in HCM/People Analytics. Conceived and led a market leading product in the fast evolving HCM Analytics / People Analytics space while influencing all aspects of our Analytics portfolio from OAC platform to Cross functional analytics. Span of influence ~500. Customer centric Innovation augmented with descriptive and predictive use cases led to - product promotion to Tier 1 status for FY'21, launched a quarter ahead of schedule, multi-million...

Show more ⌄



**Board Member & Adjunct Lecturer**
University of California, Davis
Jul 2019 - Present · 2 years 3 months

1. Board Member for UC Davis Continuing and Professional Education. As a board member I support development, delivery, and promotion of the UC Davis Data Professionals certificate program, and supporting professional concentrations, a series of classes approved for Academic Credit that can be taken individually, in smaller bursts or as a full certificate program.

2. Lecturer for Masters of Business Analytics - Graduate School of Management. Designed & taught a course "Becoming a...

Show more ⌄



**Board Member**
Heartyy Fresh
Jun 2015 - Present · 6 years 4 months

Get Indian groceries and everyday essentials from your local neighborhood stores delivered to your doorstep, with same as in-store prices and honest delivery charges.



**Founding LP**
Neythri Futures Fund
Mar 2021 - Present · 7 months

The Neythri Futures Fund is a historic first fund with a mission to increase the diversity quotient in the venture capital ecosystem. The Neythri Futures Fund positions South Asian women front and center as key investors and stakeholders and offers an opportunity to amplify their influence and catalyze innovation.



**Innovator / Survivor**
Indian Hotspot
Nov 2019 - Present · 1 year 11 months

Innovating new ways to help the restaurant staff survive Covid while converting it into a platform that brings the local community together.



### Strategic Advisor

TINWAY

Oct 2018 - Present · 3 years

India

Education needs to be experiential. Tinway team is rekindling the curiosity for learning with innovative experiential solutions. An honest application of Human Centered Design and Data Science by a creative and committed team.



### Parenting

Life

Sep 2016 - Apr 2017 · 8 months

Rejuvenating with Family, Books, Travel and Arts.



### Vice President Of Products

hiQ Labs

Jan 2016 - Aug 2016 · 8 months

San Francisco Bay Area

Part of team that raised series B. Grew revenue potential 10X by expanding the buyer/user base with predictive dashboards & data science powered workflows to retain high impact employees and optimize Employee Lifetime Value with skill clustering.

Responsible for product strategy, management (mobile and web), market research, UX, product marketing and GTM.

HCM, SaaS Enterprise

### Global Head of Product, eBay Commerce Network

eBay

Oct 2014 - Jan 2016 · 1 year 4 months

Joined to lead the Next Gen growth initiative (Contextual commerce) to own the "Buy" Button on the Web. Promoted within a quarter, to lead the eBay Advertising PM org (12+; span of influence ~50) and redefine the product strategy, user experience and execution paradigm for eBay's 3rd party Advertising business (~400M ARR); following the eBay PayPal split.

Spearheaded Mobile first and hypothesis driven Growth initiative to identify the future diversification strategy in light of changing…

Show more

Case 3:17-cv-03301-EMC   Document 217-3   Filed 09/10/21   Page 39 of 190

9/7/21, 6:15 PM

### Founding Leader, Global Technical Product Consulting & Partnership

LinkedIn

Jan 2011 - Oct 2014 · 3 years 10 months

San Francisco Bay Area

Led a high performing global team (~40) across 12 countries to drive product and customer success with LinkedIn Talent Solutions. Functional Responsibilities included: Product Management, Product Marketing, Customer Success including Pre sales and Post Sales.

• Led Jobs Product ($300M+ Annual Revenue) growth by 100X growth from 10K jobs to a Million+ jobs in less than 4 years.
• Designed, marketed & owned P&L for integration products & solutions ($30M Annual Revenue).
• Led...

Show more

### Cofounder (Acquired by NetAmbit in 2012)

atOnePlace.com

2006 - Nov 2012 · 6 years

India and USA

Acquired by NetAmbit in 2012

Business strategy, product marketing, product management, user experience and development. AtOnePlace.com is an online real estate marketplace serving Indian properties to worldwide clients. It is a blend of online information services paired with offline analysis and transaction services that serves as a choice marketplace for real estate in India.

### Cofounder (Education, ECommerce)

WishExpress

Sep 2009 - Dec 2011 · 2 years 4 months

San Francisco Bay Area

WishExpress is an incentive driven education & eCommerce platform for parents and kids with primary focus on developing life skills for children by bridging the gap between long term parental goals and short term children aspirations.

### Sr. Business Analyst (Consultant)

Cisco

Nov 2009 - Jan 2011 · 1 year 3 months

Led the value analysis for Cisco's next generation video portfolio including high definition video products such as Telepresence, Tandberg and video on demand.
• Defined the KPIs to measure value of Video –Led cross functional initiative also involving Customers and analyst firms like Gartner.
• Architected and Spearhead the implementation track for metrics dashboard working in a Global Delivery Model with offshore partners.

### Director Platform Product Management

Deem, Inc.

2007 – 2009 · 2 years

Led New strategic initiative for Deem to enter SMB market. Redefined Product, User Experience and client engagement strategy. Tight collaboration with channel partners and cross functional teams.

• Recognized as a top performer in the company.
• Launched SMB SaaS products. "Walkup" decreased client boarding time from 8 weeks to 3 min. "Site Dashboard" increased adoption by 50% with predictive analytics, spend, policy and user management.
• Developed new consumer travel assistant…

Show more

### Director Products

CafePress Inc.

Apr 2002 – Jun 2007 · 5 years 3 months

Reporting to the CEO, led the Products organization (50+), spearheading numerous innovative solutions to enhance the platform, drive market penetration and operational scalability while growing revenue from 4M to 100M+.
• Drove e-commerce growth with innovative solutions for sellers, buyers and new segment of "Create and Buy". Scaled internal financial engine, and automated just in time manufacturing workflow.
• Expanded Ecosystem with Developer's Network; leading to community driven…

Show more

### Product & Engineering Manager

Fatbrain.com

2000 – 2002 · 2 years

Led numerous initiatives from e-commerce website, to pricing system, to M&A & integration of Fatbrain with BN.Com .

### Consultant - Quality improvement

AT & T

1999 – 2000 · 1 year

Drove cross functional collaboration across QA, Product and Engineering

### Engineering Lead

SAP

1998 – 1999 · 1 year

Pioneered as the youngest independent project lead in SAP Labs, India. Multiple projects.

Moved to USA post marriage

**Cofounder**

IMT - SDC (Acquired by the Institute)

1996 - 1998 · 2 years

Cofounded a software development center in partnership with the Dean. Recruited a team of 7 to build software for local business to get practical experience while studying Masters in Computer Science. Internships were rare in India then.

Conceptualized and delivered multiple products including Students Appraisal System, an educational software for students to stimulate a Database Manager and File System, a Library management system for the institute, and a client/server software for hotel...

Show more

---

## Education

**The Wharton School**

Executive MBA (Honors) · Marketing and Operations, Strategic Management · Honors Scholar

2014 - 2016

Activities and Societies: Global Poet & Quant Award Winner, Dean Harker Leadership Award - Runner up, Wharton Entrepreneurship Club - Elected Chair, Wharton Class Gift Co-chair, Social Committee Lead for Indian events, Social Impact Club, Directors List

**University of California, Berkeley, Haas School of Business**

Certificate of Business Execellence · Finance

2013 - 2013

**Institute of Management Technology (IMT)**

MSc (Gold Medalist) · Computer Science · Gold Medalist

1995 - 1998

Activities and Societies: * Winner of various events in the areas of Software Design, Event Planning and Management and other curricular activities.

**Hindu College**

BA · Economics (Honors)

1992 - 1995

---

## Volunteer Experience

**Founding Circle Member**

Neythri.org

Feb 2021 - Present · 8 months

Enabling the professional success of South Asian women by enabling community, conversation, and outcomes in the areas of leadership development, mentoring, entrepreneurship, and social good.

Manisha Gupta - Global Head, Product & GTM - People Analytics - Oracle | LinkedIn       9/7/21, 6:15 PM

### Executive Committee
UNCrushed

Dec 2019 - Present · 1 year 10 months

Human Rights

People matter. Our Mission is to raise awareness of the many mental health challenges faced and how people have overcome them; so many others can.

### Board Member
CharityDress

Jan 2013 - Present · 8 years 9 months

Children

Social enterprise enabling kids to help kids through teaching, clothing and story telling etc. to build compassion and confidence for the kid organizers, while bringing joy and pride to the unfortunate. 501 3C approved.

### Debate judge
National Speech & Debate Association

Apr 2016 - Present · 5 years 6 months

Education

Volunteer judge for public forum debate competitions for high schoolers. Debates encourages kids to research, analyze, present not only their work but also collaborate with their partners, and develop a sportsman spirit as they navigate through success and failure. A great skill and life experience that helps kids develop into strong team players.

### Vedic Maths Teacher
India Community Center

Aug 2009 - Aug 2017 · 8 years 1 month

Education

Annual virtuous cycles. Teach ancient Vedic maths in a week long camp in America, raise money to fund school for underprivileged kids in India.

### Senior Advisor
Youth Business USA

Jul 2015 - Jul 2017 · 2 years 1 month

Economic Empowerment

---

## Publications

### Painting Exhibition - Expression Experience Emotions : World as I see it
San Ramon Valley · October 1, 2012

I like painting poetry and thoughts and had my first painting exhibition in Oct-Nov 2012. Next exhibition coming up in winter 2013.

See publication

**White Paper - Execute Better with Goal Alignment and Role Clarity**

Better Works

RACI is a powerful tool that organizations can leverage to develop leaders at all levels. While preventing conflict and confusion by clarifying team member roles, RACI enables teams to identify critical activities and align on the most important goals. It helps organizations empower the right individuals with the right goals to make the timely decisions required to thrive in today's competitive business landscape.

See publication

## Patents

**Identifying Regulator And Driver Signals In Data Systems**

Issued March 18, 2021 · United States · 20210081170

A method of identifying causal relationships between time series may include accessing a hierarchy of nodes in a data structure, where each node in the plurality of nodes may include a time series of data. The method may also include identifying a subset of nodes in the plurality of nodes for which causal relationships may exist in the corresponding time series. The method may additionally include generating a model for each of the subset of nodes, where the model may receive the subset of…

Show more

Other inventors

See patent

**Techniques For Data-Driven Correlation Of Metrics**

Issued April 2, 2020 · United States · 20200104775

Described herein are techniques for identifying highly relevant content for a user to view in the form of KPI cards and providing the relevant view to the user automatically or by suggestion. The KPIs of highest practical and statistical significance are provided when the user accesses the user interface. In some embodiments, when the user is viewing a KPI, other relevant KPIs may be provided for the user to view as suggestions. Further, in some embodiments, the user may be provided with the…

Show more

Other inventors

See patent

Case 3:17-cv-03301-EMC   Document 217-3   Filed 09/10/21   Page 44 of 190

### Diversity Impact Monitoring Techniques

Issued April 4, 2019 · United States · 20190102742

There are significant advantages to employing a diverse workforce within an enterprise. Techniques for identifying gaps in diversity hiring, promotion, and termination within an enterprise are provided herein. The techniques described herein may be used to analyze any large data set for comparison of aggregated data. Employment data may be collected and aggregated based on classifications such as ethnicity, gender, veteran status, disability status, and so forth, and within each classification...

Show more

Other inventors

See patent

### Techniques For Extraction And Valuation Of Proficiencies For Gap Detection And Remediation

Issued April 4, 2019 · United States ·  20190102741

Gaps in proficiencies may be identified within an enterprise. Understanding gaps in the existing workforce may help inform training, hiring, and firing decisions to ensure successful completion of the upcoming projects and deadlines. Using a multi-level model for each proficiency that accounts for enterprise needs as well as hiring, retraining, and the like, a relationship between proficiencies, projects, and employees over time may be generated as a multi-dimensional temporal model. The...

Show more

Other inventors

See patent

### Facilitating internal mobility within an organization

Issued December 4, 2014 · United States · 20140358808

Systems and methods for facilitating internal mobility within an organization are described. In some example embodiments, the systems and methods may cause a display of a graphical user interface associated with a first entity of an organization, such as a single employee, a team of employees, and/or a job listing service of the organization, where the graphical user interface includes information associated with the first entity of the organization, and cause a display of a display element...

Show more

Other inventors

See patent

**Facilitating internal mobility within an organization**

Issued December 4, 2014 · United States · US 20140358809 A1

Systems and methods for facilitating internal mobility within an organization are described. For example, the systems may receive information identifying a recruiting goal for a team within an organization. The systems may determine a metric based on interactions between employees of the organization and a portal associated with the team. The metric may be associated with satisfying the recruiting goal with internal candidates of the organization. The systems may compare the recruiting goal to…

Show more

Other inventors

See patent

## Courses

**Corporate Valuation**

-

**Marketing & Operations**

-

**Strategic Management**

-

## Projects

**Elected Chair, Wharton Entrepreneurship Club**

Jun 2014 - May 2016

Other creators

**Touchdown Ventures - Venture Market Analysis and Deal Flow**

Oct 2015 - Jan 2016

Touchdown Ventures partner with leading corporations to manage their venture capital programs.

Mapped out the Human Capital Management (HCM) ecosystem of start-ups and incumbents. Sized the various market segments and VC investment into the sector. Summarized press, strategic partnerships and M&A activity and identified themes seen in the market/funding environment. Developed investment theses and identified investment targets.

**Chair, Women Initiative (WIN)**
Jan 2015 - Dec 2015
WIN empowers women leaders to lead themselves and their teams

Other creators

## Honors & Awards

**2016 Best and Brightest 50 Executive MBA Worldwide - Poets and Quants**
Poets and Quants
Jun 2016
http://poetsandquantsforexecs.com/2016/06/12/2016-best-embas-manisha-gupta/

http://poetsandquantsforexecs.com/2016/06/13/best-brightest-embas-class-2016/

**Honors Scholar**
University of Pennsylvania - The Wharton School
May 2016

**Leverage Award - LinkedIn Talent Solutions**
LinkedIn
2013

**LinkedIn Transformation Grant**
LinkedIn
2012
Grant money helped seed Charitydress.com; a non profit 501-3 C co-founded with middle school kids.

**Leadership Award - Collaboration**
Cisco
2010

**Gold Medalist: MS in Computer Science**
Institute of Management Technology
1998

## Languages

**English**
Full professional proficiency

**Hindi**
Native or bilingual proficiency

## Organizations

Entrepreneurship Club, Wharton
Elected Chair
May 2014 - Present

## Groups

Ivy League Startups & Entrepreneurs: Ivy & Oxford Cambridge MIT Stanford
Duke Berkeley Chicago
-

Oracle Analytics Professionals Group
-

Bay Area People Analytics - Meetup
-

Ivy League Alumni in Finance: Brown Columbia Cornell Dartmouth Harvard
Princeton Penn Yale Wharton
-

Machine Learning Connection
-

Ivy League Global Business Incubator
-

Show 8 more groups

## Recommendations received

**Crosby Grant**

"Manisha is a rare gem of a people leader. She managed to turn a group of individuals into a team. She got to know each of us individually and empowered each of us to be our best. Terrific instincts. She's good people."

**Gar Walsh**

"I had the pleasure of working with Manisha for almost a year. She led our team and I also directly reported to her for a time. I was always struck by Manisha's interest in the well being and success of her individual team members at an emotional level. I always felt supported in pursuing my professional goals. This coupled well with her strategic approach to management and I would recommend her as an asset to any organisation."

31 people have recommended Manisha

Join now to view

## More activity by Manisha

Bei meinem Start in den Vertrieb hätte ich mir eins gewünscht: Weibliche Role Models, die mir zeigen, dass man es im Vertrieb schaffen...

Liked by Manisha Gupta

It's a rare opportunity to be part of a product release that you know will disrupt the data center compute and compute fabric again! When Cisco UCS...

Liked by Manisha Gupta

Congrats to Ali Ghodsi, Matei Zaharia, and the entire Databricks team on it's recent $1.6B funding round. The entire team at Battery Ventures is...

Liked by Manisha Gupta

As some of you know, we're researching how #peopleanalytics can better support C-suite executives in making business-critical decisions. We're...

Liked by Manisha Gupta

According to a recent survey from UNCrushed & Sales Health Alliance of 700 sales professionals, 3 in 5 are struggling with their mental...

Liked by Manisha Gupta

LinkedIn Fam, wanted to send a quick shoutout to this fine gentleman that delivered a package. Accidentally, as he was exiting his truck, our package...

Liked by Manisha Gupta



### View Manisha's full profile

See who you know in common

Get introduced

Contact Manisha directly

Join to view full profile

**You're signed out**

Sign in for the full experience

Sign in

G   Sign in with Google

or

Join now

×

© 2021   About   Accessibility   User Agreement   Privacy Policy   Cookie Policy   Copyright Policy   Brand Policy   Guest Controls   Community G



**Ryan Hammond**

Senior Director People Research and Data Solutions at Nike

Santa Cruz, California, United States · 500+ connections

 Nike

 MIT Sloan School of Management

Join to Connect

## About

I bring data and science to bear to solve difficult organizational and labor market problems. I believe through the smart use of data, work can be more meaningful and engaging for all people by making organizations more fair, innovative and efficient. I am committed to helping HR organizations transform themselves into evidence and data-driven business functions .

## Articles by Ryan



**People Analytics and the Future of Work**

By Ryan Hammond

Feb 1, 2017



**In People Analytics Our Greatest Opportunities Also Define Our Greatest Challenge**

By Ryan Hammond

Sep 13, 2016

## Activity



**I couldn't be more proud to report that Stephen Curry's Penny Jar Capital invested in Syndio!! Welcome to the team! :-) I'm a good data scientist...**

Liked by Ryan Hammond

### People also vie


**Richard Ros**
People Analyt
Nike
Pittsburgh, PA


**Kate Walter**
Senior Manag
Analytics Solu
Arlington, VA


**Dante Myer**
Director, Emp
at Nike
Atlanta, GA


**Drea Galles**
Director of St
People Analyt
at Nike
San Francisco


**Ross Spark**
Author | Spea
Strategic Wor
San Francisco


**Katrina Bos**
Head of Empl
at Nike
Portland, Ore


**Johanna Ja**
Chief People
San Francisco

**Ben Teusch**
People Analyt
Pleasant Grov

**Megan Mari**
Talent Acquis
& Data Scien
Beaverton, Ol

**Carlos Angu**
HR Business I
Packard Enter
Roseville, CA

Show more profiles

### Others named
**Hammond**


**Ryan Hamm**
Technology &
Problem solve
Melbourne, V

Ryan Hammond - Senior Director People Research and Data Solutions - Nike | LinkedIn



Hey folks: We are hiring a Principal Data Scientist. This person will be one of 5 Data Scientists on the team so there will be plenty of...

Liked by Ryan Hammond



Today is my last day at Nestle. It is bittersweet to say the least. I had so many incredible opportunities to innovate, challenge, and contribute to...

Liked by Ryan Hammond

Join now to see all activity



**Ryan Hamm...**
Owner, Ryan I...
Contractor
Cape Coral, F



**Ryan Hamm...**
Head of Tech...
Learning at Al...
Whiteley

**Ryan Hamm...**
Director at Se...
Batteries
Victoria, Aust...

174 others named Ry...
LinkedIn

See others name...

## Experience



**Nike**
8 months

**Senior Director People Research and Data Solutions**
May 2021 - Present · 5 months

**Head of People Research and Data Science**
Feb 2021 - May 2021 · 4 months

Santa Cruz, California, United States

Leading the multi-discipline, multi-tool research and data science team to support the organizational athletes at Nike.



**Global Director, People Analytics**
Pure Storage
Aug 2017 - Feb 2021 · 3 years 7 months
Mountain View, CA

I am building the People Analytics team and practice at Pure Storage. We are responsible for the HR reporting infrastructure as well as key analytics projects.



**Co-founder**
Syndio
Nov 2016 - Sep 2017 · 11 months
Santa Cruz, California

I built a great team dedicated to making organizations better - more innovative, more

Syndio collects, analyzes and visualizes the data that provides gold standard analytics in auditing pay equity across the organization to create stronger organizations while reducing legal risk and exposure. Itis the most...

Show more ⌄

### Add new skills courses

 HR as...

 Huma...
Struct...

 Empat...
Profes...

See all courses

### Ryan's public p...

Include this LinkedIn
websites



**Ryan Ham...**
Senior Direc...
and Data Sc...

Senior Direc...
Data Solutions

 MIT Sloan Sch...

View profile bad...

 **People** ▾  | Ryan | Hammond | 🔍 | Join now | Sign in

 **hiQ Labs**
3 years 8 months

**Head of People Analytics**
May 2015 - Oct 2016 · 1 year 6 months
San Francisco Bay Area
I led the People Analytics team at hiQ. Primary responsibilities included:

1) Our customers' success with our products
2) Conceptualizing and developing hiQ's innovative, new HR analytics products
3) Helping build People Analytics as practice through peer to peer sharing at our corporate councils
4) Research on effectiveness and impact of our products
5) Basic research on HR processes, productivity and effectiveness

**Founding team member and advising data scientist**
Mar 2013 - Apr 2015 · 2 years 2 months
San Francisco Bay Area
Founding team member and data scientist responsible for developing products and tools to increase the employee-postive, people analytics capabilities of firms.

 **Assistant Professor of Management**
SKK GSB
Aug 2012 - Jul 2015 · 3 years
Seoul, Korea
I taught classes on managing and leading innovative organizations. I conduct research on occupations in emerging industries, knowledge transfer in firms, and human resource practices. I have published on networks and knowledge transfer and have ongoing research projects on pay equity, emerging professions in emerging industries such as green jobs and people analytics.

 **HR Researcher and Analyst**
Google
May 2007 - Aug 2007 · 4 months
I worked for Google over the summer in their People Analytics group. I applied my skills to measuring, understanding and predicting attrition, merger and acquisitions, and the new version or their employee survey.

**HR Decision Support Analyst**
Merck
Jul 2001 - Apr 2005 · 3 years 10 months
HR Statistical and Decision Support Analyst in New Jersey and then Paris, France.

## Education

**MIT Sloan School of Management**

Doctor of Philosophy (PhD) · Management/Economic Sociology

2006 - 2012

My dissertation studied the process of the formation of new occupations, specifically when an industry is formed in part through social movement activism such as the recent effort to create green occupations. Specifically, I look at the formation and emergence of residential energy auditors in the context AARA.

I also study the role of human capital, social capital, and organizational capital in the coordination and production of knowledge work. I have worked with the World Bank to…

Show more

**Cornell University**

BS/MS · Industrial and Labor Relations

1997 - 2001

## Languages

**French**

-

## Groups

**Workforce Intelligence Consortium**

-

**People Analytics Community**

-

**Wharton People Analytics Conference**

-

**Bay Area People Analytics - Meetup**

-

**People Analytics & Future of Work**

-

**People Analytics: Data-Driven HR**

-

## More activity by Ryan

Super excited (can't you tell?!) to start this new chapter in my career! Grateful for the amazing opportunity to join the Lacework team as they...

Liked by Ryan Hammond

I'm a big fan of people getting to present the work they did. Let them send that email, be in that meeting, share their findings directly. My role...

Liked by Ryan Hammond

And then this happened!  Airtable.  I am thrilled to enter my fourth week as Chief People Officer building, creating and magic-making with a...

Liked by Ryan Hammond

Join us for Episode 11 of our Fairness at Work webinar tomorrow! https://lnkd.in/gFvrMbX

Liked by Ryan Hammond

It's a third cup of coffee before 11am type of day lol.

Liked by Ryan Hammond

Build Harvard-level business analytics expertise. Work with faculty and peers whose accomplishments are recognized on a global scale.

Liked by Ryan Hammond

A mix of emotions today and struggling a bit so I'll be brief. We say Rest in Peace, but we have been and are still a long way from there. I do hope...

Liked by Ryan Hammond

Food for thought. New study from the U of Chicago shows ~20% drop in productivity at an Asian IT services company attributable to a drop in focus...

Liked by Ryan Hammond

## View Ryan's full profile

See who you know in common

Get introduced

Contact Ryan directly

**Join to view full profile**





**People also vie**

Skip Beaubi
Large Enterpr
Atlanta, GA



Vince Nguy
SaaS Sales Le
San Francisco



Lynelle Her
Recruiter at S
Startup-- We
San Francisco



Brian Cheng
People Analyt
People Decisio
Insights
San Francisco

Victor Nguy
PM @ Intuit, F
Entrepreneur
Santa Clara, C



Zach Roth
Taking a paus
Leader, Grow
Investor
San Francisco



Derek Gordo
Chief of Staff
Density.io; Ad
United States



Jeffrey Korr
VP Client Eng
Product Mana
Delivery | Pec
Development
Los Angeles,



Michael Per
Salesperson a
Miami-Fort La



Natalie Weld
Chief People C
Biosciences
San Jose, CA

Show more profiles

**Others named**

### Sherman Hu
Enterprise Sales. Investor. Advisor.

San Francisco Bay Area · 500+ connections

Join to Connect

 LinkedIn

San Jose State University

🔗 Websites

## About

Specialties: startups, SaaS, enterprise sales, talent solutions, proven sales quota attainment, future of work, future of health, future of data exploration, startup sales playbook, accredited investor

## Activity



Fun fact – I was recently benchmarking SaaS growth to $1B, $5B, $10B revenue. At time of MSFT acquisition (2016), Wall Street analyst projected...

Liked by Sherman Hu



Amazing announcement from Tara Viswanathan and Rupa Health! One of the best teams I've ever worked with. And what an awesome mission!

Liked by Sherman Hu



My friend Rob LoCascio recently moved to Milan for 1 year. This got me thinking about how to play the "digital nomad" game as an exec. For context...

Liked by Sherman Hu

Join now to see all activity

## Experience



**Sr. Enterprise Relationship Manager**
LinkedIn
Sep 2005 - May 2012 · 6 years 9 months
San Francisco Bay Area
First direct sales hire; LinkedIn (NYSE: LNKD) employee #61



**Territory Manager**
VeriSign Inc.
Apr 2002 - Sep 2005 · 3 years 6 months
VeriSign (NASDAQ: VRSN) Payment Services solution sales executive focused on e-commerce security solutions to the upper mid-market and enterprise customers



**Business Planning**
AXT, Inc.
Feb 2001 - Mar 2002 · 1 year 2 months
AXT (NASDAQ: AXTI) designs, develops, manufactures, and distributes high-performance compound semiconductor substrate



**Marketing Coordinator**
Riffage.com
Sep 1999 - Dec 2000 · 1 year 4 months
Mayfield Fund, Bertelsmann, and AOL backed online music company creating a model for the discovery and distribution. Connecting independent artists with their fans



**Sales Coordinator**
Excite@Home
Jun 1999 - Aug 1999 · 3 months
@Home Network summer internship program. Reported to the Director of Sales, shared a cube with the SVP, Sales & Marketing. Thank you, Chris and Susan

## Education



**San Jose State University**
Business · Marketing
Activities and Societies: Marketing Association member
Graduated in 3 years

## Volunteer Experience



**Entrepreneur Board Member**
Venture for America
Mar 2015 - Present · 6 years 7 months
Creating economic opportunity in American cities (Detroit, New Orleans, Baltimore, Providence, Philadelphia, and 15 other cities) by mobilizing the next generation of entrepreneurs and equipping them with the skills and resources they need to create jobs.

My experience: http://ventureforamerica.org/blog/mentor-spotlight-sherman-hu

Generation Startup documentary: https://www.netflix.com/title/80121407



**Sherman Hu**
Team covers
Mechanical /
/ Medical Dev
造、机械、半
械以及生物技
Shanghai, Ch



**Sherman Hu**
Most busines
seen on Goog
competition o
sales.
British Colum



**Sherman Hu**
Sr. Manager a
Industrial Man
Associates
Singapore



**Sherman Hu**
Software Sale
Account Direc
Digital Transfe
战略客户总监
Chaoyang Qu

11 others named She

LinkedIn

See others name

Add new skills

courses


Threa
Servic
Privile


Salesf
Apps


Ethica
Comp

See all courses

Sherman's pub

badge

Include this LinkedIn

websites


Sherman I
Enterprise S


San Jose Stat

View profile

## Projects

View profile bad

### Advisor, DataDistillr

Apr 2021 – Present

An enterprise platform that enables Data Scientists teams to explore without ETL or engineering support. Make data easy to use and query

See project [↗]

### Advisor, Sparrho

Nov 2019 – Present

Democratizing Science - Building trust by helping organizations empower consumers through science

See project [↗]

### Investor, Pingpad

Oct 2016 – Present

Pingpad is a social productivity bot enabling Customer Success Teams to provide interactions with every customer touchpoint within Slack

See project [↗]

 

Jan 2014 – Present

Grateful to mentor VFA Fellows Charlie at DecisionDesk based in Cleveland, OH, Steven at Ash & Anvil based in Detroit, MI, and Kate at Women Rising based in Boulder, CO.

See project [↗]

### Advisor, Doximity (NYSE: DOCS)

Aug 2013 – Present

The largest professional network for physicians with 1.8M+ of US physicians as members. Help every physician be more productive and provide better care for their patients.

Announced: https://investors.doximity.com/news/news-details/2021/Doximity-Announces-Pricing-of-Initial-Public-Offering/default.aspx

See project [↗]

### Investor, hiQ Labs

Sep 2012 – Present

hiQ's team of Data Scientists developed a predictive model helping give companies useful insights to retain the best and brightest

See project [↗]

9/7/21, 6:16 PM

### Advisor, Werk (acqd The Mom Project)

Dec 2016 - Mar 2020

Reinventing work for women - flexible professional jobs aimed at retaining talented women in the workforce and advancing them to the highest levels of leadership

Announced: https://blog.themomproject.com/strengthening-our-workplace-analytics-with-flexibility-insights

**See project** ↗

### Investor, Rick's Picks (acqd Marcatus QED)

Aug 2013 - Dec 2019

Artisan hand-packed and all natural pickles, made in season with produce from local farmers. Good Food Awards Winner 2014

**See project** ↗

### Investor, NurturMe (acqd Grays Peak Capital)

Feb 2013 - Sep 2019

A revolution in feeding little ones, certified-organic, gluten-free dried fruit and veggie meals and snacks created for children 4 months to 4 years

Announced: https://finance.yahoo.com/news/grays-peak-capital-acquires-nurturme-152500647.html

**See project** ↗

### Investor, Proven (acqd Upward.net)

Aug 2014 - Aug 2019

Proven is a mobile app that lets small businesses post job openings to hundreds of job boards with a single submission, making recruiting much easier for business owners

Announced: https://www.prnewswire.com/news-releases/upwardnet-acquires-proven-expands-into-smb-market-300902738.html

**See project** ↗

### Advisor, BeVisible

Oct 2016 - Nov 2018

BeVisible is a professional network that addresses diversity and inclusion providing content and connections to career, education, entrepreneurship, and mentorship opportunities.

BE ran out of runway, D&I continues to be a problem. Founder Andrea is not quitting, now building skills matching platform WallBreakers.

Announced: https://urbangeekz.com/2019/01/latina-founder-launches-wallbreakers-to-disrupt-hiring-process-for-black-latinx-tech-talent/

**See project** ↗

**Advisor, Supergleu**
Nov 2016 - Aug 2017

Connect college students and young professionals to each other, their passions, and opportunity through debate chats.

Later became Wave, then Campfire then ran out of runway. Wish founders Bryan & Amy well, I am still seeking ways to connect college students with their first job.

See project 

---

## More activity by Sherman



**Proud to announce Balto's Series B; thank you to Stripes for leading RingCentral for joining, along with Sierra Ventures,Jump Capital,OCA...**

Liked by Sherman Hu



**Divvy is now a unicorn. 🦄 Couldn't be prouder of the team for everyone's hard work in helping thousands of families achieve their dream of...**

Liked by Sherman Hu



**Full version of "The journey to Data 3.0" just published on Coinbase blog! If you are interested in joining us on this journey, please visit...**

Liked by Sherman Hu



**Today, Steve Sordello announced that he'll be retiring from LinkedIn at the end of the year. While CEO, I had the privilege of working alongside...**

Liked by Sherman Hu



**After 14 transformative and rewarding years, I shared with our team today that I'm retiring from LinkedIn at the end of the year. I'm handing over...**

Liked by Sherman Hu



**While I did not predict the meteoric rise and success of Coinbase, I did expect that whatever company Emilie Choi joined, that she would lead it to...**

Liked by Sherman Hu

could not agree more. Kyle Lui Russ Heddleston
#ucsfhealhhub

Liked by Sherman Hu

Excited to welcome former U.S. Surgeon General Dr.
Regina Benjamin to the Doximity Board of Directors

Liked by Sherman Hu

 #matchday

Liked by Sherman Hu

I am beyond excited to announce that I am officially a
member of the Venture For America Fellowship Class of
2021. After graduating from Washington...

Liked by Sherman Hu

Too many memories to share but this is just a snippet of
my 12 incredible years at LinkedIn. It's unreal how fast
the years have gone but there is no...

Liked by Sherman Hu

Thank you founders!

Liked by Sherman Hu

Thirteen years ago today I started working at LinkedIn.
Much has changed with the Company over the past year,
let alone the past 13 years, but what...

Liked by Sherman Hu

On July 21st, I was impacted by the #linkedinlayoffs. On
August 31st, I'll be starting a new chapter with Gong & I
couldn't be more excited. When I...

Liked by Sherman Hu

View Sherman's full profile

See who you know in common

Get introduced

Contact Sherman directly

**Join to view full profile**

© 2021   About   Accessibility   User Agreement   Privacy Policy   Cookie Policy   Copyright Policy   Brand Policy   Guest Controls   Community G







**Darren Kaplan**

Founder | Podcaster | Top 20 Influencer in Data Science for CY20 (Medium)

Miami, Florida, United States · 500+ connections

Join to Connect

 IBM

Massachusetts Institute of Technology

### Others named 

**Darren Kapl**
Associate Att
Denver, CO

**Darren Kapl**
Managing Par
Great Neck, N

**Darren Kapl**
Dentist
Markham, ON

**Darren Kapl**
🧑‍💻🧑‍🏫 Mrmort
844-772-LOA
Everyone Aro
Sales Manage
Greenlawn, N

14 others named Da
LinkedIn

See others name

### View this profi
language

English ▾

### Add new skills
courses

 Googl
Exampl

 Data S
Knowl

 Edge A
Data S

See all courses

### Darren's public

Include this LinkedIn
websites

## About

Yep... I am part of the massive venture capital exodus from San Francisco to Miami due to covid, remote work, and the beach.

During Covid's shelter in place I started Podcasting and built one of the leading Data Science user communities for introverts. "The Data Standard". The goal here was to help people network and build meaningful connections during self-isolation. I am no Joe Rogan but I am having just a much fun.

We produce (3) three shows:
SocialNOT - IBM Expert TV - AI Trust and Ethics
Annielytics - Women In Technology host Laura Edell, Chief Data Scientist, Microsoft
Data Standard Audio Experience - Data Enthusiasts talk about Empathy Management and Kindness during self isolation

I look back on my time in Silicon Valley with incredible memories and the priceless opportunity to found, create, and innovate a new category. In 2012 I co-founded HiQ Labs to bring data-driven people decisions to the workplace. I have been credited with creating the People Analytics category, recognized as a Future of Work thought-leader, and ranked #1 on Hacker News 2x.

My next bold move is a founding team member DataDistillr rockstar data startup building a data abstraction layer to join any data in any format with our using ETLS, Schemas or Pipelines.

My career continues to present itself with bold opportunities to work with incredible Executive Teams, Boards, Data Scientists, and Enterprise Sales Leaders. They have trusted me to scale sales, product, and community teams in high growth environments...I am grateful.

## Articles by Darren


### "Founder-friendly" …until you stall
By Darren Kaplan
Feb 7, 2019


### The Math Behind Product-Market Fit
By Darren Kaplan
Dec 20, 2018


### Experienced Founders share tips on successful "stealth" mode strategies
By Darren Kaplan
Aug 15, 2018

## Activity


Humor is deep-rooted in the Jewish tradition. Not sure if this quote is true, but it definitely captures the spirit. Humor can only help us get…

Liked by Darren Kaplan


Not typically a fanboy of Bayesian approaches, but this is a great application. In genetics we often only look at deltas and this seems like a great…

Liked by Darren Kaplan


It was amazing to be presenting at the MRC | Merchant Risk Council's Vegas event this week. So cool to be doing in person collaborating, learning and…

Liked by Darren Kaplan

Join now to see all activity

## Experience


Darren Ka
Founder | P
Influencer i
CY20 (Medi


IBM Expert TV
IBM Champion


Massachusett
Technology

View profile

View profile bad



### IBM Expert TV Host: SocialNOT and IBM Champion
IBM

Dec 2020 - Present · 10 months

San Francisco Bay Area

So grateful to be recognized as an IBM Champion. There are 750 IBM Champions around the world.

My show SocialNOT on IBM Expert TV is one of the most-watched shows on IBM Expert TV.

Each week I sit down IBM Executives and their families to discuss various AI topics such as AI ethics, trust, and the human and societal impact AI will have on future generations.

IBM Expert TV is the new always-on platform for the latest technical talks, interactive coding sessions, and...

Show more ⌄



### Growth Officer, Founding Team
DataDistillR

Nov 2020 - Present · 11 months

San Francisco Bay Area

Backed by Foundation Capital and Kaggle's CEO. DataDistillr is an enterprise platform that enables data teams to explore without ETLs or data engineering support. We make all your data easy to use and query.

Join, Query and Explore any data files, location. APIs can be easily accessed from any location.

Sign up for early access www.datadistillr.com



### Podcaster and Creator
The Data Standard

Mar 2020 - Present · 1 year 7 months

San Francisco Bay Area

I started podcasting during Covid's shelter in place. The idea was simple, each week we have long form conversations with the world's leading Data Science, AI, ML, AR, and Cyber Security experts to get their thoughts on frontier technologies. It started as a hack to meet like-minded executives who were also in self-isolation...I am no Joe Rogan but we are having just as much fun figuring it out.

In 6 months I built The Data Standard user community into one of the most trusted Data...

Show more ⌄

 People ▼ | Darren | Kaplan | 🔍 | Join now | Sign in



### NetApp Excellerator Startup Mentor
NetApp

Jan 2021 - Present · 9 months

Miami-Fort Lauderdale Area

So fortunate to be the Keynote Speaker at Demo Day for Cohort 7 and Mentor @ NetApp Excellerator.

NetApp Excellerator is NetApp's global start-up program that aims to fuel innovation by partnering with deep-tech start-ups. We work with start-ups working on cutting edge technologies and take them to the global map by providing access to NetApp's customers.

All this while offering best in class technical and business mentorship along with access to NetApp's network.

NetApp…

Show more ⌄



### hiQ Labs
8 years 1 month

### CoFounder & Board Director
Mar 2017 - Present · 4 years 7 months

San Francisco Bay Area

hiQ Labs pioneered the way to access public data with their ground-breaking precedent.

Our landmark "OPEN INTERNET" 3-0 legal victory ensures that automated scraping of publicly accessible data does not violate the Computer Fraud and Abuse Act (CFAA).

Follow hiQ Labs' incredible story about how our mission of helping companies retain their workforce using publicly available data changed the world.

### Co-Founder and CEO
Sep 2013 - Dec 2020 · 7 years 4 months

Mountain View, CA

McKinsey and CEB/Gartner lead Series A
Gary Vaynerchuck lead Series B

Data science and people analytics company that has been featured in the New York Times, Wall Street Journal, Forbes, Fortune, The Economist Harvard Business Review and more.

hiQ Labs developed new methods of harvesting public workforce and labor market data unlocking the competitive intelligence needed to build workforce strategies to recruit and retain talent.

• 2018 Big Data & Landscape HR…

Show more

### Selection Committee, Angel Investor
Alchemist Accelerator
Nov 2017 - Present · 3 years 11 months

San Francisco Bay Area

Venture-backed startup incubator and accelerator focused on enterprise SaaS startups. I work closely with exceptional founders building sales teams, user communities, revenue forecasts, demand gen, go-to-market, and fundraising strategies (burn rate, pitch decks, VC introductions, cap tables, and term sheets).

*Mentored over 25 technical founders on public speaking, presentation skills, storytelling, cold calling, and value-based selling.

*Facilitated Zoom workshops on culture...

Show more

### Angel Investor and Sales Coach
Acceleprise
Jul 2019 - Present · 2 years 3 months

San Francisco Bay Area

Mentor technical founders on how to drive revenue, build sales pipelines of targeted accounts, and forecast revenue.

Acceleprise was one of the first B2B SaaS focused accelerators in the United States backed by leading operators. We take founders from zero to scale

https://acceleprise.vc/

### Advisor to CEO
Arkose Labs
Jan 2018 - Present · 3 years 9 months

San Francisco Bay Area

Raised over $100 Million in venture funding: USVP, Softbank, Microsoft Ventures, Paypal Venture and Alchemist Accelarot.

Blessed to meet/mentor the CEO/founder when he was in the Alchemist Accelerator program. Together we built the seed and series A deck and early pricing models... We have never stopped delighting customers and created the #1 fraud detection platform.

### Advisor to Co-Founders
Kyte
May 2019 - Feb 2021 · 1 year 10 months

San Francisco Bay Area

Mentored this rockstar founding team since they were in a garage.
Founder / CEO. - ex Uber / Stanford / Forbes 30 under 30

Raised over $9 million in a Series A lead by DN Capital and Amplo VC. Numerous along with individual investors from the mobility industry also participated, including former Uber executives Ed Baker, Jörg Heilig, Josh Mohrer and William Barnes, as well as Lime co-founder Toby Sun and Kayak and Travelocity co-founder Terry Jones.

### Advisor to CEO
Moqups

Jan 2019 - Jan 2020 · 1 year 1 month

San Francisco Bay Area

Venture-backed by Alchemist and used by over 1.5 million product managers, UX designers and executives to create and collaborate in real-time on wireframes, mockups diagrams, and prototypes.

### Advisor to CEO
Tarsier

Apr 2018 - Sep 2019 · 1 year 6 months

San Francisco Bay Area

Venture-backed by Alchemist Accelerator and founded at Stanford University. Tarsier is a vision-based detection and tracking system for aerial threats, such as drones delivering contraband at correctional facilities.

## Education

### Massachusetts Institute of Technology
OpenCourseWare · Shaping Future of Work

2018 - 2020
Shaping The Future Of Work
The Iterative Innovation Process
Launching Innovation in School
Conversational Interviews

### University of Miami
BA · Advertising/Communications

## Groups

### People Analytics Community
-

### HiQ Elevate - People Analytics
-

### IBM Kenexa Brassring on Cloud Usergroup
-

### HR Metrics and Analytics Forum
-

### Human Capital Institute (HCI)
-

### Workforce Planning and Analytics
-

## More activity by Darren

We put together a short video discussing our industry first $1m Credential Stuffing Warranty, backed by a tier A insurance carrier. I'm incredibly...

Liked by Darren Kaplan

Important insights. IBM is championing this approach through our AI Ethics Board and AI Focal Points, as well as through an informal AI Advocacy...

Liked by Darren Kaplan

So good!!! Well do Charles Givre and www.datadistillr.com

Shared by Darren Kaplan

Drill's in the news and getting noticed! Our new release is pretty impressive. Check it out! This release added new connectivity to #elasticsearch...

Liked by Darren Kaplan

Pumped to share that Hum Capital has just raised a $9 million Series A, led by Future Ventures. The last two years have been a ride and a half, and...

Liked by Darren Kaplan

Capturing lost intellectual property revenues with blockchain #blockchaintechnology #blockchains #blockchainrevolution #Fintech...

Liked by Darren Kaplan

I'm super excited to announce that I have accepted a position as a Business Planning Analyst at IBM. I am thankful for this exciting career...

Liked by Darren Kaplan

## View Darren's full profile

See who you know in common

Get introduced

Contact Darren directly

Join to view full profile

© 2021   About   Accessibility   User Agreement   Privacy Policy   Cookie Policy   Copyright Policy   Brand Policy   Guest Controls   Community G



## Jennifer Kaplan



**The We Company**

Employee Experience and Events Professional

New York City Metropolitan Area · 500+ connections

Join to Connect

## About

Jennifer Kaplan is an employee experience and events professional who thrives in high-pressure, unpredictable situations. She is a calm, strategic thinker who knows how to prioritize, reprioritize, and quickly adapt.

Empowering employees to do their best work, Jenn creates experiences that are innovative, inviting and collaborative. Data and feedback driven, she fosters connectivity by designing programs and initiatives that delight and engage.

Jenn loves finding creative solutions to challenges, and is at her best in an environment where she can bring order to the chaos.

## Experience



**Enterprise Community Manager, Powered by We (PxWe)**

The We Company

Jun 2018 - Present · 3 years 4 months

- Navigate complex projects with multiple stakeholders in geographically distributed teams.
- Foster a collaborative work environment by executing strategic events and experiences.
- Built the BlackRock community playbook that became the global standard for PxWe enterprise accounts.
- Provide a frictionless, delightful employee experience, adding hospitality, and administering an amenity…

Show more ⌄

 **hiQ Labs**

5 years 10 months

People also vie

 **Robin Luba**
Clinical Psych
White Plains,

**Robin Lewit**
Independent
Professional
Scarsdale, NY

 **David Fritsc**
Lead Software
Financial
San Francisco

 **Audrey She**
Talent Succes
about employ
supporting en
organizationa
San Francisco

 **Blair Kasser**
Talent and En
Grid
San Francisco

 **Declan DeS**
11+ years of e
business, and
Long Beach, C

**Irene Paguic**
Business Dev
Strategy
San Diego Me

 **Isaac Wenc**
Account Mana
WeWork
Orange Count

**Hannah Tro**
Product Mark

Associate Reg
Experience at
Los Angeles,

Show more profiles

Others named
**Kaplan**

 People ⌄   Jennifer   Kaplan   🔍   Join now   Sign in

### Community & Events Director
Mar 2015 - May 2018 · 3 years 3 months
San Francisco Bay Area

hiQ Labs is the global standard for People Analytics, informed by public data sources, applied to human capital.

Crafted, planned and executed repeatable and scalable sales/marketing programs including round tables, thought-leadership off-sites, industry networking events, and most notably, hiQ Elevate, hiQ's signature event series, which hosted several hundreds of people in New York City, San Francisco and Silicon Valley.

Executive Produced the Inaugural hiQ Elevation Awards...

Show more ⌄

### Marketing
Feb 2014 - Mar 2015 · 1 year 2 months
San Francisco Bay Area

Managed marketing team that created and executed marketing automation programs: email blasts, event invites, landing pages, webinars and white papers. Created content for social media advertising. Worked with business development, sales, customer success and product teams to communicate the value of hiQ's data science and raise brand visibility. Acted as an evangelist to positively impact the use of publicly available data to inform HR decisions.

### Chief Of Staff
Aug 2012 - Feb 2014 · 1 year 7 months
San Francisco Bay Area

Provided strategic administrative and project management support. Extensive calendar management. Booked travel, provided itineraries, filed expenses.Processed offer letters, at-will employment agreements, created new hire packets. Performed background checks, onboarded new hires. Coordinated multiple office moves negotiated leases. Planned events, client meetings, holiday parties, team building exercises and other special functions.

### Sales Director
BidPal
Sep 2010 - Jul 2012 · 1 year 11 months
San Francisco Bay Area

BidPal (now OneCause) revolutionized charitable giving by automating silent auctions with wireless handheld devices, streamlining all event processes, providing valuable data and insights and helping organizations raise more money.

### Regional Director of Development
The ALS Association Golden West Chapter
Apr 2010 - Sep 2010 · 6 months

### Director of Marketing and Special Events
The ALS Association Greater New York Chapter
Feb 2006 - Feb 2010 · 4 years 1 month

### Executive Director of Events
ALS Ride for Life
Sep 2003 - Jan 2006 · 2 years 5 months
Greater New York City Area


Jennifer Ka
Sustainable F
Miyoko's
San Francisc


Jennifer Ka
Owner at Evo
Marketing
Phoenix, AZ


Jennifer Ka
Executive Ass
Inc.
Raleigh, NC


jennifer kap
writer
Toronto, ON


Jennifer Ka
Head of Cam
Recruiting at
New York City

179 others named Je
LinkedIn

See others name

Add new skills
courses


Learn
Copy


Settin


Marke

See all courses

Jennifer's pub

Include this LinkedIn
websites

Jennifer K
Employee E
Professiona

Enterprise Co
Powered by W
Company

View profile

View profile bad

## Education

### Johns Hopkins Bloomberg School of Public Health

COVID-19 Contact Tracing Course · Public Health

2020 - 2020

### University of Florida School of Medicine

COVID-19 - A Clinical Update · Public Health

2020 - 2020

### Syracuse University

Bachelor of Arts - BA

### Livingston High School

-

## Groups

### Wharton People Analytics Conference

-

## Recommendations received

### William Knipe

"In the fight against Lou Gehrig's Disease (ALS), we couldn't have done half things we
accomplished without Jenn. Dedicated worker and great friend to me and my departed
younger brother Andy. Billy Knipe / CALS / Board of Directors- Ride For Life"

### Peter Rosenberger

"Jennifer Lowy is a dedicated professional and tremendous event planner. Her commitment
and energy are assets you cannot put a value on. While with us at the ALS Association of
NY, Jennifer implemented the Walk to D' Feet ALS program which now consists of 6 walks
in the NY / NJ area and raises over $1MM annually. We were fortunate to have her all those
years!"

6 people have recommended Jennifer

Join now to view

## View Jennifer's full profile

See who you know in common

Get introduced

Contact Jennifer directly

Join to view full profile

© 2021   About   Accessibility   User Agreement   Privacy Policy   Cookie Policy   Copyright Policy   Brand Policy   Guest Controls   Community G



You're signed out

Sign in for the full experience

Sign in

Sign in with Google

or

Join now



People ▼   Andrew          Kim          🔍   Join now   Sign in





**Andrew Kim**

Product & Engineering

San Francisco, California, United States · 500+ connections

Join to Connect

**S** Scope

 University of Southern California

## Experience

**S**  **Scope**
1 year 8 months

**Product & Engineering**
Dec 2020 - Present · 10 months
San Francisco Bay Area

**Advisor**
Feb 2020 - Dec 2020 · 11 months
San Francisco Bay Area

**Co-Founder**
Datamode
Sep 2018 - Feb 2020 · 1 year 6 months

**hiQ Labs**
3 years 8 months

**Vice President of Technology**
Apr 2017 - Aug 2018 · 1 year 5 months
San Francisco Bay Area

**Director of Engineering**
Jan 2015 - Apr 2017 · 2 years 4 months
San Francisco Bay Area

**Evolv, Inc.**
1 year 10 months

**People also vie**

 **Xander Oltr**
Founder, CEO
San Francisco

 **Jade Pathe**
Head Of Oper
Mountain Vie

**Terrence Jo**
Product at Sc
Fullerton, CA

 **Devin Good**
--
San Francisco

 **Imti M.**
Head of Engir
San Francisco

**Patrick Fish**
Partnerships
Division 1 Bas
San Francisco

**Matt Straus**
8-time Emmy
Freelance Vid
Producer/Dire
ThemApplesF
San Francisco

**Elbasan Kac**
Full Stack Eng
Kosovo

**Parsa Alipo**
Software Eng
San Francisco

**Miles Vinso**
iOS Develope
Oakland, CA

Show more profiles

## Others named

**andrew Kim**
MD at THK In
Dallas, TX

**Andrew Kim**
Biz Ops & Stra
hiring!
San Francisco

**Director of Analytics**

Jan 2014 - Nov 2014 · 11 months

San Francisco Bay Area

**Manager, Analytics**

Feb 2013 - Jan 2014 · 1 year

San Francisco Bay Area

**Sr. Research Associate**

Micronomics, Inc.

Sep 2011 - Jan 2013 · 1 year 5 months

Los Angeles, CA

**Research Assistant**

University of Southern California, CREATE

Nov 2010 - Aug 2011 · 10 months

Los Angeles, CA

**Analyst**

NC4

Oct 2006 - Oct 2009 · 3 years 1 month

El Segundo, CA

Andrew Kim

Private Money

Irvine, CA

Andrew Kim

Owner, Oral a

Fort Lee, NJ

Andrew Kim

Vice Presiden

Los Angeles,

2809 others named

LinkedIn

See others name

## Education

**University of Southern California**

MPP

**Michigan State University**

BA

**Y Combinator**

-

Add new skills

courses

Strear

Patter

Strear

Pytho

Predic

Apach

Trainir

Applic

See all courses

Andrew's publ

Include this LinkedIn

websites

Andrew Ki

Product & E

Product & Eng

University of S

View profile

View profile bad

## Patents

**Methods and Systems for Providing an Interactive Visualization Tool for Retention Risk Analysis**

United States

### View Andrew's full profile

See who you know in common

Get introduced

Contact Andrew directly

You're signed out

Sign in for the full experience

Sign in

Sign in with Google

Join to view full profile

Sign in with Google

or

Join now

© 2021    About    Accessibility    User Agreement    Privacy Policy    Cookie Policy    Copyright Policy    Brand Policy    Guest Controls    Community G



## Chris LeBailly

Senior Machine Learning Engineer at WhoCo

Santa Cruz, California, United States · 343 connections

Join to Connect

 **WhoCo**

 **University of California, Santa Cruz**

**Portfolio** ⧉

## About

I am a lifelong learner and problem solver. I am inspired by ideas, passionate people, and making a difference. I currently realize this through data science and data engineering. I love being able to do stimulating work that combines my talents in mathematical theory along with my programming skills in a field that is constantly evolving and growing.

As a data scientist, I've had the opportunity to work with a variety of data and tools. In natural language processing (NLP) I've worked with text clarification, topic modeling (especially the Latent Dirichlet Allocation algorithm), sentiment analysis, named entity recognition, and text similarity (with the word2vec algorithm) using the python tools NLTK, Gensim, spaCy, and PyTorch. Outside of NLP I have done survival analysis in R, classification and clustering with SciKit-Learn, and network analysis using NetworkX. I have used Jupyter as a platform for much of my research.

## Activity



Today I am excited to begin my new role leading the People Research and Data Science team as part of Nike's people analytics evolution. I am...

Liked by Chris LeBailly



The Pacific Ocean looks nothing more than a thin line today. Glad I'm escaping the red apocalypse in California. See you soon Taiwan! Blue skies...

Liked by Chris LeBailly

### People also vie

 **Yonatan** 💰
Art Director
Los Angeles,

 **Joel Agnes**
Product Mana
United States

 **Forrest Bran**
Data Science
Berkeley, CA

 **Judith Pray**
Front End Sof
Los Angeles,

 **Pallavi Huke**
Product @ Du
Pittsburgh, PA

 **Philip Howe**
Building thing
San Francisco

 **Kevin Chen**
Sr. Software E
San Francisco

 **Victor Vu, C**
I like legumes
Los Angeles N

**Alexa Pace**
Helping Comp
Dropping Eve
San Francisco

 **Guy Thoma**
Software Eng
San Francisco

Show more profiles

### Others named

**Christopher**
Vendeur chez
Greater Paris

1 other named Chris

**See others name**

### Add new skills courses



One year ago I've made the decision to start consulting on my own. It's hard to believe one year went by so fast. Time to celebrate with my 22nd...

Liked by Chris LeBailly


Text A
Predic
Essen


More
and Te
Scien


PyTor
Deep

See all courses

## Experience


**Senior Machine Learning Engineer**
WhoCo

---



include this LinkedIn
websites


**Senior Data Scientist**
Eye0, Inc.

Mar 2020 - Jul 2021 · 1 year 5 months

Working as a consultant to help our clients realize the full potential of their data. As such I have:
• Developed a model to match members' LinkedIn, GitHub and StackOverflow profiles.
• Created a pip-installable package that bundled code and predictive models to deliver data science insights.
• Engineered a script to process matches and parallelized with Python muti-processing (using concurrent.futures library).
• Developed machinery in python to scrape websites using Docker and...

Show more ⌄

Chris LeBa
Senior Mac
at WhoCo

Senior Machin
WhoCo

University of C

View profile

View profile bad


**Senior Data Scientist**
Reflektive

Nov 2017 - Jul 2019 · 1 year 9 months

San Francisco Bay Area

At Reflektive, I researched how data science could augment existing product offerings in addition to building data engineering infrastructure to support analytics.

Data Engineering Projects:
• Designed and maintained a python-based ETL system using AWS stack and tools (Firehose, S3, Athena, RDS) to visualize customer product usage in re:dash dashboards.
• Supported a pipeline built with Apache Storm to replicate data from Heroku PostgreSQL into AWS RDS PostgreSQL and...

Show more ⌄


**hiQ Labs**
3 years 2 months

### Senior Data Scientist

Jul 2016 - Oct 2017 · 1 year 4 months

San Francisco Bay Area

• Developed new methodology for clustering related skills based on resume data
• Presented research at hiQ Elevate conference in San Francisco and New York
• Worked with experts in HR to design a new product that utilizes my research and fits the needs of our customers.

### Data Scientist

Sep 2014 - Jun 2016 · 1 year 10 months

San Francisco Bay Area

• Designed system to find on-line resume data and match to internal HRIS data
• Engineered system to store customer data and integrated it with existing technology
• Researched feasibility of new product ideas.

### Teaching Assistant

UC Santa Cruz

Sep 2010 - Jun 2013 · 2 years 10 months

• TA for Precalculus, Integral Calculus and Multivariable Calculus courses.
• Conducted seven hours of sections per week. Helped students by going over homework problems and giving group work projects I prepared. Also held three hours of office hours per week.
• Evaluated student performance by grading quizzes and exams.

### Math Study Center Coordinator

Evanston Township High School

Aug 2008 - Jun 2010 · 1 year 11 months

The Math Study Center at ETHS offers drop-in tutoring for students with varying math abilities.

• Worked with an average of 50 students per day in courses from Algebra 1 to Linear Algebra
• Conducted ACT review sessions for minority students close to meeting standards in math
• Substitute taught for Calculus (single and multiple variables) and Linear Algebra

---

## Education

### University of California, Santa Cruz

Master's Degree · Mathematics

2010 - 2013

Course work focused on pure mathematics. However as I discovered my interested were more applied I shifted towards studying dynamical systems and chaos theory. This turned into my master thesis (see Projects).

Case 3:17-cv-03301-EMC   Document 217-3   Filed 09/10/21   Page 81 of 190

### Grinnell College
B.A. · Mathematics, Music

2004 - 2008

Activities and Societies: I worked in the college's math lab (offering drop in Calculus tutoring), spent a summer working on a research project (investigating properties of tight frames), and enjoyed playing Ultimate Frisbee in my spare time.

I studied math, physics, and music when I attended Grinnell.

## Volunteer Experience

### Grad Student Activities Coordinator
Cantu Queer Center

Aug 2012 - May 2014 · 1 year 10 months

Primarily working on fostering community amongst LGBT graduate students. Helped organize and raise funds for monthly lunch for queer graduate students. Also helped organized a monthly dinner.

## Licenses & Certifications

### Data Science Specialization
Coursera Course Certificates

Issued Aug 2015

Credential ID BB5C5QTFZ2AZ

See credential

### Machine Learning
Coursera

Issued May 2014

See credential

## Projects

### Ballpark Fairness
May 2014 - May 2014

Different ball parks in major league baseball are in different location and have different dimensions. How fair is this? Here fairness is assessed by how easy it is to hit homer runs. This is addressed using both simulations and data analysis. I enjoyed this project as it combines several interests of mine - baseball, physics, math, programing, and data analysis.

See project

### Bioinformatics

Aug 2013 - Dec 2013

In the fall of 2013 I took this course in bioinformatics at the University of California, Santa Cruz. I took this course to gage my interest in the field of bioinformatics and also to sharpen my programing skills. While it was a very enjoyable course which taught me lots about programming and modeling, I decided pursuing other avenues of data science was a better fit for me (instead of going for a second graduate degree in bioinformatics). The programs I wrote for this class give a sample of my...

Show more

See project

### Masters Thesis

Jun 2013 - Jun 2013

My masters thesis studied a known phenomena where two pendulum clocks placed on a common support synchronize over time. I studied a model of this type of coupling using asymptotic stability theory and numerical analysis in python.

I also studied a model of driven pendulums placed on a common support. I compared phase portraits and bifurcation diagrams of an uncoupled driven pendulum to the coupled driven pendulums to understand how the dynamics of the driven pendulum change with the...

Show more

See project

---

## Languages

### English
-

---

## Groups

### RMDS - Research Methods and Data Science
-

### HiQ Elevate - People Analytics
-

### Grinnellians in Data Science
-

---

## View Chris' full profile

See who you know in common

Get introduced

Contact Chris directly

Join to view full profile

© 2021   About   Accessibility   User Agreement   Privacy Policy   Cookie Policy   Copyright Policy   Brand Policy   Guest Controls   Community G

Jeanne McFadden - Bronxville, New York, United States | Professional Profile | LinkedIn

9/7/21, 6:22 PM



People ▼    Jeanne                    McFadden                    🔍    Join now    Sign in



## Jeanne McFadden

Senior Sales Leader

Bronxville, New York, United States · 500+ connections

Join to Connect

🟦 hiQ Labs

🟫 Loyola University Maryland

## About

Results-oriented outside Sales Executive with 8+ years experience focusing on new business development and client engagement. An independent worker with a passionate start-up mentality and proven ability to drive results in a high growth environment.

Specialties include: SaaS Recruiting and HR Solutions, Consultative selling approach, Launching new products and grass roots sales efforts

## Activity



Two weeks ago today, in honor of my work at One Love, I had the incredible honor and privilege of receiving an honorary doctorate in public service...

Liked by Jeanne McFadden



Last week, Bob O'Keefe (B.OK) was presented with the Unsung Hero award at the Learning Solutions breakout during our virtual sales kickoff. To me...

Liked by Jeanne McFadden



That face you make when you're going to UPenn to get a Masters in Applied Positive Psychology (and you've gotten good at home-alone selfies)! This...

Liked by Jeanne McFadden

### People also vie


**Dana Dubro**
VP at Merrill L
Hoboken, NJ


**Heather S.**
Experienced S
New York City


**Jennifer Bre**
Campus Repr
LLC
Carlisle, PA


**Missy Hardy**
Co-Owner at
United States


**Rob Volansl**
Staff Writer a
Thorafare, NJ


**Kerri Ann**
Teacher/barte
Old Bridge, N


**Michael Hor**
Accounting C
Huntington St


**Lorena Fane**
Platform Deliv
Phoenixville, I


**Patrick Ever**
Director, Com
Bel Air, MD


**Tom Sipple**
Vice Presiden
Motimatic
New York, NY

Show more profiles

### Others named
### McFadden


**Jeanne McF**
VIP Marketing
National Gam
Reading, PA


**jeanne mcfa**
Executive I at
Decatur, IL

 Jeanne McF
Senior Manag
Submissions a
Wilmington, D

 Jeanne McF
Billing Manag
Associates
Coatesville, P

10 others named Jea

LinkedIn

See others
McF

Join now to see all activity

## Experience


**Regional Director**
hiQ Labs
Feb 2016 - Aug 2017 · 1 year 7 months

Greater New York City Area


**Director of Business Development**
Switch - Love Your Job Search.
Sep 2015 - Jan 2016 · 5 months

Greater New York City Area


**Enterprise Relationship Manager**
LinkedIn
May 2011 - Jan 2013 · 1 year 9 months

New York, NY

As an Enterprise Relationship Manager, I was responsible for a select group of LinkedIn F500 clients. My focus was to partner closely with these clients and help them scale recruiting and branding results through the use of our leading edge tools and strategies. Proactive selling and growing the account off-cycle was a key aspect of the success of my book of business. I was awarded the LinkedIn Global InPrize as the first Enterprise Relationship Manager to ever achieve zero churn within their...

Show more ⌄


**Director**
Corporate Executive Board
Aug 2000 - May 2003 · 2 years 10 months

At CEB I was responsible for generating new revenue annually through targeted sales of C-Level Executives. My charter was to focus on the launch of CEB's newest products. I was tasked with both the quick acquisition of new members, and also the sustainable growth of the membership within my geographic territory. I continuously delivered against quarterly sales goals through independent front-line sales efforts and was distinguished as a Top Performer in 2000, 2001 and awarded International...

Show more ⌄

**Co-Founder**
CROSSMARK Hospitality Sales
Jan 1999 - Jul 2000 · 1 year 7 months

• Co-Founded contract national sales force to the lodging industry
• Initiated the creation of an automated sales force website that resulted in a streamlined sales process saving over $250,000 annually
• Generated new sales and opened new territories while continually maintaining highest grossing sales in company
• Increased incremental revenue for Preferred Supplier Portfolio by $2 million annually
• Handled merger with million-dollar national package goods brokerage company...

Show more

## Add new skills
courses

 Digita

 Consu
Weekl

 Strate

See all courses

## Jeanne's publi

Include this LinkedIn
websites

Jeanne M
Senior Sales

 Loyola Univers

View profile

View profile bad

**National Sales Assistant**

USA TODAY

Sep 1997 - Jan 1999 · 1 year 5 months

• Provided inside sales support for National Sales Team, Travel Industry
• Key contact between 26 sales offices/150 field sales reps nationwide and national account sales force
• Initiated project to automate all field sales materials and correspondence via the INTRAnet
• Team member on the independent luxury hotel initiative, resulting in revenue gains of $500,000+ and 25% increase in new customers
• Co-developed and coordinated annual sales training for USA TODAY Account…

Show more

## Education

**Loyola University Maryland**

BA · English and Creative Writing

1993 - 1997

Activities and Societies: NCAA Division I Team Member, Swimming

## Honors & Awards

**LinkedIn InPrize**

LinkedIn Global Leadership

Mar 2012

First ever InPrize awarded for a zero-churn quarter for Enterprise Sales at LinkedIn.

## Groups

**People Analytics Community**

-

**HiQ Elevate - People Analytics**

-

**Social Media Marketing Group by Connect365.io**

-

**Loyola Univ Maryland Alumni Group**

-

**Singapore Careers**

-

**Measuring Human Capital**

-

Show 3 more groups

## Recommendations received

### Cheryl Reid Easterwood

"Jeanne was a huge asset to the National Sales Team at USA TODAY. As a sales assistant, she maintained our databases, managed the flow of communications to the 26 field offices, and provide support to a the entire sales team. I had some very important, detailed projects that needed to be done accurately and quickly - Jeanne was able to take on those projects and deliver! She was extremely accommodating, even though her workload was already heavy, and worked longer hours to get the job done. Everyone enjoyed working with her - from those in the office with Jeanne, our customers, and our field staff - I was told many times over what a pleasure it was to interact with Jeanne. Her work ethic, attention to detail, commitment to achieving goals, and positive attitude would be an asset to any employer."

### LinkedIn User

"Jeanne was a diligent student who brought creative ideas to our classes. She was one of the best writers in our class and I always looked forward to hearing her work. Jeanne was also an integral part of the Loyola College swim team. Dedicated and hard working, she served as a wonderful example of what a student athlete should be..."

3 people have recommended Jeanne

**Join now to view**

## More activity by Jeanne

**Counterintuitively, start your own job hunt by helping everyone you can, in any way you can, find theirs. Connecting people is simply the best way...**

Liked by Jeanne McFadden

**Proud to be launching Sasco Hill Studio with my dear friend and now business partner. Our Connecticut-based interior design studio creates spaces...**

Liked by Jeanne McFadden

**To anyone in my LA network looking for new email marketing opportunities: here's an exciting one. Not only do you get to use Iterable, but you'll...**

Liked by Jeanne McFadden

**Job-Seekers If you are not currently employed Reach out to each person in your network individually Just a short note to each person To let...**

Liked by Jeanne McFadden

👏 I'm excited to share that our Company Page here on LinkedIn now has over 7,000 Followers ❗ 🙏 Thank you very much for engaging with us...

Liked by Jeanne McFadden


I got asked a question today I hadn't thought about before. What mistakes do I typically see people make who are new to people analytics? I have a...

Liked by Jeanne McFadden


Bravo!!! Companies on their own dime shifting significant production to gowns, masks, ventilators, etc. Eddie Bauer - clothing to masks MyPillow -...

Liked by Jeanne McFadden


If you go to a Walmart, Whole Foods, Target, COSTCO, ShopRite, Walgreens, or ANY FLIPPING STORE SAY THANK YOU TO THE PERSON RINGING UP YOUR ORDER...

Liked by Jeanne McFadden


LVMH stepping up in a time of need for the people of #France Well done. I will purchase my next bottle of cologne from one of their brands!

Liked by Jeanne McFadden


If I was 25 not 45, I'd probably be out with friends, enjoying easy access to restaurants, bar hopping, and enjoying all the frenetic chaos. But if...

Liked by Jeanne McFadden


It was wonderful to see my son JD Humphrey graduate from University of North Carolina at Chapel Hill this weekend. I am so proud of you! #dreambig...

Liked by Jeanne McFadden


Happy 5th Birthday to one of my favorites. You've come a long way my friend! Five years ago, you only knew how to do 13 things; today you can do so...

Liked by Jeanne McFadden



### View Jeanne's full profile

See who you know in common

Get introduced

Contact Jeanne directly

**Join to view full profile**

You're signed out

Sign in for the full experience

Sign in

G  Sign in with Google

or

Join now

© 2021   About   Accessibility   User Agreement   Privacy Policy   Cookie Policy   Copyright Policy   Brand Policy   Guest Controls   Community G

 **Linked**in    People ▼    Darin    Medeiros    🔍    Join now    | Sign in |



# A new & better way
## to train your team
Thousands of courses. The best content providers. Our
platform or yours.

···

## Darin Medeiros

Helping companies inspire their employees to grow!

Los Altos, California, United States · 500+ connections

 GO1

 University of San Francisco

 hiQ Labs ↗

Join to Connect

## Articles by Darin


How to Identify Which Reps Will Leave Next Quarter
AUGUST 17 | 10:00 AM PST
hi▢webinar

**Join us for a webinar on 8/17!**
By Darin Medeiros
Aug 3, 2016

## Activity



It's not about you. It never has been. It is all about them.
Us. The collective. And the more you get tripped up,
thinking it's YOU...you're...

Liked by Darin Medeiros



I recently had the pleasure of speaking with Natalia
Panowicz at Codility about the evolving role of a Silicon
Valley startup CEO. You can find our...

Liked by Darin Medeiros



She hired me over a year ago, we work together closely,
but only this week did we finally get to meet in person as
we were copresenting at #atd21...

Liked by Darin Medeiros

### People also vie

 **Erin Sherida**
Global Learnii
companies re
development
Santa Barbara

 **Mark Dick**
Head of Sales
Greater Sydne

 **Ali McPhee**
Head of Partn
United States

 **Joshua Am**
Growth Advis
Group | Pavilic
Manager
San Francisco

 **Shannon He**
Head of Cont
Salt Lake City

 **Sunil Mathe**
VP, Strategy &
LinkedIn, Doc
San Francisco

 **James Volp**
Sales Leader
San Francisco

 **Sarah Baco**
VP Marketing
PMM DGEN M
Santa Barbara

 **Barnaby Do**
Chief Technol
Seattle, WA

 **Charles Hsi**
Google Works
Sales Leader
San Francisco

Show more profiles

### Others named
### Medeiros

 **Darin Mede**
--
United States

1 other named Darin

[ Join now to see all activity ]

LinkedIn

[ See others name ]

## Experience

 **Head of Sales, Americas**
GO1

Oct 2018 - Present · 3 years

Mountain View, CA

Growing US Sales Team - including Sales Effectiveness, SDRs, SMB AEs, Enterprise AE's, Customer Success - to support the rapid expansion of our offering. Driving every aspect of the sales process from on boarding, individual optimization, and hitting revenue targets.

 **Vice President of Sales and Marketing/Advisor**
hiQ Labs

Sep 2015 - Present · 6 years 1 month

San Francisco Bay Area

hiQ is a SAAS platform that provides analytics to enterprise companies on flight risk and skill footprint of their employees. Grew sales team from 2 to 14 while creating a repeatable sales process for selling to CHROs. Managed SDRs, Enterprise AEs, Customer Success team, People Analytics team. Grew revenues over 200% in 12 months while reducing churn from 56% to under 10%. I also run demand gen marketing campaigns during my tenure.

 **Vice President, Sales & Marketing - Advisor**
GLIDER.ai

Apr 2018 - Oct 2018 · 7 months

San Francisco Bay Area

Building out a team of expert sales people to attack a rapidly growing market while aligning demand gen efforts to fill top of the funnel.

 **Vice President Global Sales**
HackerRank

Mar 2014 - Aug 2015 · 1 year 6 months

Palo Alto, CA

Hackerrank is a SAAS platform for presenting code challenges, in 32 different languages, to engineers to validate their skills. Built out a global sales organization (EMEA, India, US) to align with company's hyper growth. Implemented and supported sales infrastructure to insure excellent customer experience. In 18-month period, grew global team from 7 to 70 people including SDRs, SMB AEs, Enterprise AEs, Relationship Managers, Sales Engineers, Customer Service, and Sales Operations/Legal while...

Show more

**Enterprise Manager, Strategic Accounts**
Bright

Sep 2013 - Mar 2014 · 7 months

San Francisco Bay Area

Bright was a SAAS offering that matched people in your ATS to open job postings for enterprise customers; it was acquired by LinkedIn four months after joining.

Add new skills courses

 Learn

 Sales Apps

 Accou Found

[ See all courses ]

Darin's public

Include this LinkedIn websites

 Darin Med
Helping con
employees

 Head of Sales,

 University of S

[ View profile ]

[ View profile bad ]

### Director of Sales
Talent Community Start Up

Nov 2012 - Sep 2013 · 11 months

Los Altos, CA

BraveNewTalent is a SAAS-based Talent Community Platform. Built out an enterprise AE team to sell talent communities to prospects to drive engagement with their past, present, and future employees.

### LinkedIn
2 years 8 months

### Western Region Sales Manager, Enterprise Relationship Manager

Jan 2011 - Nov 2012 · 1 year 11 months

Managed a team of 13 highly motivated enterprise sales reps with the primary directive of making customers successful while driving significant revenue growth year over year. Took ARR from $10M to 40M in 18 months. Presented regularly at annual Talent Connect conferences. Traveled globally to share best practices from home office. Participated in on-boarding every class of sales teams coming to LinkedIn to understand proven strategies for success. Advised product team on developing...

Show more

### Enterprise Account Executive

Apr 2010 - Jan 2011 · 10 months

Hunter AE for net new companies. Created and followed quarterly territory plans from prospecting to closing. Finished the year at 130% of quota.

### National Account Manager
Monster.com

Aug 2005 - Apr 2010 · 4 years 9 months

Successfully grew account base by over 40% while exceeding $4.5M quota with Fortune 500 companies. Expanded product adoption within customer base by prospecting into new business units. Coordinated overseas sales efforts of Monster's 41 international properties to consolidate worldwide recruitment spend through corporate headquarters. Utilized product partners to diversify customer spends and increase reliance on Monster products. Products included interactive media, applicant tracking systems,...

Show more

### Account Executive
Synactive, Inc.

Dec 2003 - Jul 2005 · 1 year 8 months

Successfully introduced and sold our SAP productivity tool (GUIXT) to SAP's customer base. Targeted various SAP modules, including PM, MM, SD, CRM, and HR verticals for department, division, and enterprise-level product deployment. Started from scratch in territory and sold $1M (16 new customers) in first year while creating $3M pipeline.

### Account Executive

iUniverse, LLC

Oct 2000 - Oct 2003 · 3 years 1 month

Sold enterprise ASP content management service and e-commerce solutions to Bay Area Fortune 500 companies. Helped businesses produce and deliver training materials and product documentation more efficiently and economically by leveraging web-based document management tools and print-on-demand publishing technology. Targeted software and hardware verticals with annual quota of $1.5M. Top sales person achieving more than 234% of quota within first nine months.

### Account Executive

Arbortext

Aug 1996 - Aug 2000 · 4 years 1 month

Sold integrated XML/SGML and content management tools (using Documentum, Oracle iFS, and Interwoven) to Fortune 1000 companies in the NY/NJ territory. Targeted financial and publishing verticals for department, division, and enterprise-level product deployment. Frequently presented at trade shows and in user groups as subject matter expert on XML and enterprise content management. Achieved annual sales between $1.5M to 2M.

### District Sales Manager

POET Software

Jul 1991 - Jun 1996 · 5 years

Sold object database and XML content management products. Managed lead generation and national account management for accounts greater than $35K. Managed all marketing events in a territory that ranged from New England to Central US. Established Boston office and first satellite location from corporate headquarters. Exceeded annual quota of $1.2M.

## Education

### University of San Francisco

Bachelor of Science · Marketing

1989 - 1992

### Saratoga High School

-

1983 - 1987

## Recommendations received

### Deepak Jain

"Charismatic Sales Leader directly responsible for building a startup sales organization from zero to Hero! Passionate, engaging and motivating his people skills are unmatched, customers love him and so does his team... I would strongly recommend Darin as an asset to any sales organization!"

Case 3:17-cv-03301-EMC    Document 217-3    Filed 09/10/21    Page 94 of 190

9/7/21, 6:23 PM

**Erik Lee**

"It has been an absolute joy to work for Darin--his presence as a leader and a sales manager is unmistakably noticed and felt. Always customer-driven, Darin applies the same principle in treating those who report to him. His enthusiasm, drive, and energy help instill positivity when most needed, and the extra jolt to get to the next step. As a leader, manager, colleague, and friend, Darin's infectious energy driven by his passion and commitment will be critical to a company big or small. It was a pleasure working for Darin, and I recommend him to lead any enterprise in the future. "

10 people have recommended Darin

Join now to view

## More activity by Darin

**Looking forward to taking the stage with Rachel Horwitz at 3pm today for our #ATD21 session! It looks like this one won't be streamed or...**

Liked by Darin Medeiros

**Our Toronto office is back in action 💥 With new sanitation and safety protocols in place, we're so happy to see so many smiling Docebo faces again....**

Liked by Darin Medeiros

**Our very own Amelia Masui - Merrill is a panelist! Check it out, this is one of the most wonderful people I know! #people #leadership # #inspiration**

Liked by Darin Medeiros

**I just received my information for Pavilion's ENTERPRISE GTM FALL 2021 course. After completing the CRO SCHOOL SUMMER 2021 course, I couldn't be...**

Liked by Darin Medeiros

**Sam Rogers the fabulous, always entertaining and all ways knowledgeable and I are excited to speak at ATD21! #leadership #growth We look forward...**

Liked by Darin Medeiros



A few languid weeks of summer remain but my Stanford Continuing Studies course has concluded its 8-week summer session. I love teaching this...

Liked by Darin Medeiros

Remember head office Bootcamps? Training in hotel ballrooms? Feels like a distant memory of the beforetime. Time to forge a new culture!

Liked by Darin Medeiros

I am so proud of my team whose hard-work and unrelenting focus has led us to this exciting milestone. We are on a mission to simplify the home buying...

Liked by Darin Medeiros

View Darin's full profile

See who you know in common

Get introduced

Contact Darin directly

Join to view full profile

You're signed out

Sign in for the full experience

Sign in

G    Sign in with Google

or

Join now

© 2021    About    Accessibility    User Agreement    Privacy Policy    Cookie Policy    Copyright Policy    Brand Policy    Guest Controls    Community G



## Dan Miller

Founding Partner, CTO at Eye0, Inc

Palo Alto, California, United States · 367 connections

Join to Connect

Eye0, Inc.

Brandeis University

ourbricks.com

### About

Serial entrepreneur, Software developer, Musician.

Specialties:
Data engineering/Machine Learning & NLP,
Robotics/simulation/Sensor fusion,
Video compression & analysis,
Digital physics (busyboxes.org),
Music creation & production

### Activity



Fundraising during COVID was not easy but I feel very grateful for this outcome. Very proud of the company we are building. https://lnkd.in/ggw_vAm

Liked by Dan Miller

### Experience

May 2018 - Present · 3 years 5 months

San Francisco Bay Area

Developed Lidar-based security prototype; web scraping, NLP and data pipeline engineering for multiple clients

### People also vie

 **Ryan Heske**
Merchant App
Ottawa, ON

 **Byron Delga**
Staff AR/VR D
Ottawa, ON

 **Bryan Langi**
Senior Softwa
Canada

 **Chethan R.**
CEO and co-f
San Francisco

 **Anna Malch**
Developer at
Ottawa, ON

 **May Abo-Al**
Developer at
Ottawa, ON

 **Thang Nguy**
Site Reliability
Greater Ottaw

 **Jared Hend**
Software Dev
Ottawa, ON

 **Nat Morcos**
Staff Develop
Toronto, ON

 **Mark Weidie**
General Mana
Los Gatos, CA

Show more profiles

### Others named

 **Dan Miller**
President at L

 **Dan Miller**
Owner at Fire
Craig, CO

**Dan Miller**
Managing Dir
Supplie
Grosse Pointe

 **People** ▾  Dan  Miller  🔍  Join now  Sign in



### Data Engineering Lead
Price.com

Jun 2018 - Present · 3 years 4 months

San Francisco Bay Area

Designed and built data engineering pipeline for matching engine using Machine Learning



### CTO
HiQ Labs

Apr 2014 - Sep 2018 · 4 years 6 months

San Francisco Bay Area

Architected and hired team to build scraping & Machine Learning pipeline for people analytics product. Spearheaded fight to ensure the right to compete with established search engines through access to public data (*hiQ vs LinkedIn*)



### Senior Consultant
Vecna Robotics

Jan 2013 - Nov 2013 · 11 months

Hired and led team to design battleground simulation physical and behavior models for the Vecna BEAR robot (www.vecna.com/research), under funding from Army/TATRC. Implemented as extension to Army's simulation software (OneSaf).

### Technical Director
SqueePlay

Feb 2012 - Nov 2012 · 10 months

Boston

http://squeeplay.com/

Helped define strategic vision around pet-based game app. Helped to locate and hire development team. Implemented canine animation engine (C#/Unity3D). Facilitated meetings with potential investors.

### President and Co-Founder
Katalabs Inc.

Jan 2010 - Feb 2012 · 2 years 2 months

Developers of OurBricks, a new way to buy, sell, and share 3D content (www.ourbricks.com). Led team developing full-stack site to upload, view, download, and transact 3D assets. Engaged in VC fundraising efforts.

### Consultant
Stanford University

Jun 2009 - Feb 2012 · 2 years 9 months

Contributed to Sirikata, an open-source virtual world platform, and applications using Sirikata, such as the Bornholm virtual museum

### VP of Engineering
Anybots Inc

Jun 2006 - Sep 2008 · 2 years 4 months

Cutting-edge robotics company. Developed robotic control system using neural network simulation; helped spawn the company's QA and QB line of telepresence robots



**Dan Miller**
Mountain View



**Dan Miller**
Marketing Exe
Pelican Lake,

4314 others named
LinkedIn

See others name

## Add new skills
courses


Audio
Project


Learn
Analys

Pro To
Instru

See all courses

## Dan's public pr

Include this LinkedIn
websites

**Dan Miller**
Founding Pa

Founding Part

Brandeis Univ

View profile

View profile bad

### Consulting Engineer

Stream Processors, Inc.

Oct 2005 - Jun 2006 · 9 months

Stream Processors were developing a high-performance H264 encoder. Contributed to patent pending rate control algorithm and other aspects of encoder design

### Special Faculty (Research)

Carnegie Mellon University

Sep 2003 - Oct 2005 · 2 years 2 months

Published NSF-funded research into nanocomputing; worked on mobile robotics platform; taught robotics course

### Founder/CEO/CTO

On2 Technologies/Duck Corp

Mar 1992 - Apr 2003 · 11 years 2 months

On2 Technologies (AMEX:ONT), originally known as The Duck Corporation, developed software-based compression algorithms and related products. In 2010, On2 was acquired by Google. Their flagship product, VP8, was released as open source and rebranded as webM, and is now supported (through the HTML-5 video tag) on all modern web browsers and many mobile platforms.

### Digital Media Consultant

Self-Employed

Jan 1990 - Jan 1992 · 2 years 1 month

designed specialized equipment & apps for music & video production -- midi, sampling, synchronization (remember, these were the days of analog!)

### Founder and President

Computer Crossware Labs

Aug 1986 - Dec 1989 · 3 years 5 months

NYC

CCL designed software for the then burgeoning market for MIDI music production. Our flagship product was The Phantom, a tape-to-MIDI synchronizer distributed by Dr T's Music Software.

### audio producer/engineer

self employed

Jan 1982 - Jan 1988 · 6 years 1 month

Produced & played in great but unknown bands. Engineered albums for name acts including Chaka Khan, De La Soul, Queen Latifah, The B* Surfers

### Manager, Ice Cream Shop

Sedutto's Ice Cream De Eleganza

Jan 1979 - Jan 1981 · 2 years 1 month

I include this position to remind myself of my humble beginnings. I actually learned quite a lot about business from my boss, Monte Morris. He was a music lawyer turned entrepreneur. He had good advice for my music career, which I ignored: "Do you want to make money, or do you want to make Art?" As far as he was concerned, the question was rhetorical.

## Education

**Brandeis University**

-

1977 – 1978

**LREI**

-

1973 – 1977

---

View Dan's full profile

See who you know in common

Get introduced

Contact Dan directly

Join to view full profile

© 2021    About    Accessibility    User Agreement    Privacy Policy    Cookie Policy    Copyright Policy    Brand Policy    Guest Controls    Community G

Scott Nicholson - San Francisco, California, United States | Professional Profile | LinkedIn        9/7/21, 6:24 PM



**Scott Nicholson**

Microwave Oven Programming

San Francisco, California, United States · 500+ connections

Join to Connect

 **Poynt**

 **Stanford University**

## About

I build and lead world-class teams that create value from data, build the infrastructure on which to store/query the data, and grow the culture that make it all happen. The best teams tend to have tight organizational alignment with data infrastructure, BI, and data products.

My experience is industry-agnostic with a background in advertising, healthcare, consumer internet, and economics, as well as spanning a variety of company stages. My strengths are to identify the data needed for a solution when given a business problem or to tease out what products can be built or what business questions can be answered when given a data set.

I get excited about companies with under-utilized data assets or that have mousetraps for building great datasets, and am always interested in talking to people about their data problems. I advise several seed-stage startups so feel free to reach out to chat.

** Presentations
Strata
- The Great Debate: If You Can't Code, You Can't Be a Data Scientist. NY '14.
- Econometrics & data science: lnkd.in/strata-nyc-2011
- Healthcare Data Science: bit.ly/strata-rx-2012-video-SN
Big Data Business Forum, SF Nov '13. (keynote)
Predictive Analytics World, Boston '12. (keynote)
Chief Data Scientist Summit, Chicago '12
eMetrics, SF '12 (keynote). Description: lnkd.in/emetrics-keynote-desc
Predictive Analytics World, SF '12
Predictive Analytics Innovation. lnkd.in/pia-chicago-2011
Teradata River interview: lnkd.in/teradata-river

** Press
Forbes: bit.ly/SexyDataSci
Information Week: bit.ly/MeetTheDataSci
KDNuggets interview: bit.ly/kdnuggets-nicholson
The Economist

### People also vie

 **Adrian Sanc**
Conversationa
Product Mana
Tech
United States

 **Tian Ni**
Data Scientist
Fremont, CA

 **Sanjeev Kul**
Chief Data Sc
Yashema Info
Santa Clara, C

 **Frances Su**
Application So
Emeryville, CA

 **Swapneeta**
Senior Scientis
University, Co
Business Dev
Commercebo
Nashville, TN

 **Samuel C. V**
Senior Resear
Los Angeles,

 **Sanja Stege**
Senior Data S
Los Angeles,

 **Li Xu**
Data Scientist
Greater Seatt

 **Joao Ricard**
Data Scientist
solver
Greater Bosto

 **Josephine T**
Principal Cons
Kenya

Show more profiles

### Others named
### Nicholson

 **Scott Nicho**
Construction
Manager at M
Lehi, UT

- 3/9/2012: economist.com/node/21549948
- 1/10/2015: econ.st/1AvtgD1 "Silicon Valley economists: Meet the market shapers"
SJ Mercury News, 6/26/2011 (front page): bit.ly/sjmercnews

*blog.linkedin.com/author/swnicholson/
Posts on industry migration trends, careers for veterans, and gender differences in social networking


**Scott Nicho...**
Business Owr
Greater Perth


**scott nichol**
md at chamb
Tonbridge


**SCOTT NIC...**
Owner, Paige
San Diego, C

**Scott Nicho...**
Retired
Kerrville, TX

300 others named S

LinkedIn

See others name

---

## Activity



**Part 3: How (Not) to Write a Data Science Resume** 🚫 **[A series of posts about my journey from economics PhD to data scientist] I reached out to...**

Liked by Scott Nicholson



**We've got admitted to the big kids' club! Feeling freshmen again :) Waaay to go Cherre!**

Liked by Scott Nicholson



**After 9.5 amazing years, I am moving on to my next chapter and today is my last day at Linkedin. I am a strong believer of Linkedin's vision of...**

Liked by Scott Nicholson

Join now to see all activity

Add new skills
courses


Buildi
Syste
Learni


Amaz
Machi
Traini


NLP w
Machi

---

 People ▼   Scott   |   Nicholson   🔍   Join now   Sign in

## Experience



**Chief Data Scientist**
Poynt
Jul 2014 - Nov 2016 · 2 years 5 months

Lead all things data science and analytics while jumping on anything needed to move the company forward. Joined as 10th employee to build out data science competency with an initial focus on a merchant data insights product. Work on a broad variety of analytics projects (stream processing, anomaly detection, business measurement, data insights, etc) as well as any must-do tasks across the company (BD, POS integrations, merchant support, marketing, the occasional soldering). Complex business...

Show more ⌄



**Advisor**
HiQ Labs
2012 - 2015 · 3 years

Advising on data science and product problems. HiQ Labs uses state-of-the-art analytical methods to deliver actionable insights to HR organizations so they can better engage and retain their employees.

Scott's public |

Include this LinkedIn
websites


**Scott Nich**
Microwave (

Stanford Unive

View profile

View profile bad

Case 3:17-cv-03301-EMC   Document 217-3   Filed 09/10/21   Page 102 of 190

### Chief Data Scientist
Accretive Health

Jun 2012 - Jan 2014 · 1 year 8 months

San Francisco Bay Area

Built world-class data science capability from scratch, including recruiting, technical tools, infrastructure, culture, roadmap, and integration into company operations. Very proud of the high-caliber team we assembled in an industry in which these types of teams are rare. Our team reported into 2 CEOs with tight alignment with Chief Architect, CIO, and COO.

Traversed steep healthcare learning curve to identify high-value areas for impact from data science team. Worked with a large...

Show more

### Team Lead & Data Scientist
LinkedIn

Aug 2010 - Jun 2012 · 1 year 11 months

I led a team of data scientists focusing on increasing engagement in 3 key areas for LinkedIn: social communication (homepage, news feed, email), content (news, groups), and our efforts targeting college students and college applicants. Our work stretched from fundamentally understanding our members' experience on the site to building relevance algorithms for content. As data scientists our goal was to own the end-to-end analysis: ask the right questions, deploy the right technical tools, dive...

Show more

### Product Manager, Optimization and Analytics
Adara Media

Oct 2008 - Jul 2010 · 1 year 10 months

I was the go-to person for all things related to data and algorithms: optimization, CTR prediction, real-time bidding strategies, product feature design and debugging, randomized experiments, data quality, data mining, client reporting, etc. As a PM, I had detailed end-to-end knowledge of our product, which was highly complementary to my data and optimization expertise.

My role on the business team was to provide data insights, create short- and long-term data & optimization product...

Show more

### Instructor and Teaching Assistant
Stanford University

Jun 2003 - Sep 2008 · 5 years 4 months

Designed and taught courses for 300+ undergrad and 100+ grad students. Topics included math boot camp for incoming Ph.D. Economics students, math boot camp for non-technical Public Policy grad students, grad-level Applied Econometrics, undergrad Introductory Econometrics. Received several distinguished awards.

### Assistant Economist
Federal Reserve Bank of New York

Sep 1998 - Jan 2001 · 2 years 5 months

Assisted professional economists with academic research as well as the preparation of presentations to the Bank President on policy topics such as the new European single currency and the Japanese banking crisis. Wrote programs to collect, clean and analyze data using GAUSS, FAME, and STATA in a UNIX environment.

## Education

### Stanford University

Ph.D. · Economics

2001 - 2008

Dissertation: "The Effects of Choice Context on Decision-Making: An Application to Voter Fatigue"

Have you ever felt exhausted from making decisions or been overwhelmed by variety at the supermarket? Using an econometric model and data from a highly novel natural experiment, my dissertation quantified the effect of "choice fatigue" in the context of voters making choices on long ballots.

For example, in California, voters who saw a proposition 10 positions further down the ballot…

Show more

### New York University

Financial Mathematics

2000 - 2000

While working at the NY Fed I took night classes in Financial Mathematics and Risk Management.

### UC Santa Barbara

BS · Probability and Statistics

1994 - 1998

### UC Santa Barbara

BA · Economics/Mathematics

1994 - 1998

### The London School of Economics and Political Science (LSE)

Economics

1997 - 1997

## Groups

### Artificial Intelligence and Business Analytics (AIBA) Group

-

### Predictive Analytics World

-

### Wine-Searcher User Group

-

### The Economist Ideas Economy

-

**Web Data Extraction | Extract Summit**

-

**Online Ad Professionals**

-

Show 8 more groups

---

## More activity by Scott

**Great opportunity to combine data science + social impact via Katherine Townsend. Please help spread the word cc Christopher Boone, PhD, FACHE...**

Liked by Scott Nicholson

**One of the all time greatest comms people (and humans) is hanging it up. Props to Shannon (Stubo) Brayton.**

Liked by Scott Nicholson

**Yield curve vs other economic data ..**

Liked by Scott Nicholson

**[Dream Job Alert] We have opened a role for Data Science Manager for "Airbnb for Work" - our fast-growing and already large Business Travel segment....**

Liked by Scott Nicholson

**8 years ago, Meg Garlinghouse invited me to interview at LinkedIn. At the time, we were a 1,000+ person company months away from an IPO. I arrived at...**

Liked by Scott Nicholson

**I'm teaching my first course on full-stack big data science app dev in San Francisco on May 6-8th. I invite you to come learn to build full-scale...**

Liked by Scott Nicholson

For those affected by the recent Tesla and Beam layoffs or the Apple employee shuffle, please take a look at our job postings at Postmates X. We're...

Liked by Scott Nicholson

A nicely written discussion of our research on finance and peacemaking by Sam Winter-Levy in the Washington Post.

Liked by Scott Nicholson

I'm thrilled to announce that, after many early mornings, my new DataCamp course on HR analytics (or people analytics, or workforce analytics) is...

Liked by Scott Nicholson

https://lnkd.in/eMPxEFD

Liked by Scott Nicholson

The end of the day brings some great news for Zently. You can find the app at https://lnkd.in/d7jRzmn Shout out to the team for this huge...

Liked by Scott Nicholson

How Personalization Will Shape Tomorrow's Experiences

Liked by Scott Nicholson

## View Scott's full profile

See who you know in common

Get introduced

Contact Scott directly

Join to view full profile

© 2021   About   Accessibility   User Agreement   Privacy Policy   Cookie Policy   Copyright Policy   Brand Policy   Guest Controls   Community G

**Linked**in

People ▾ | Xander | Oltmann | 🔍 | Join now | Sign in



**Xander Oltmann**

**S** Scope

Founder, CEO at Scope

San Francisco, California, United States · 500+ connections

Join to Connect

People also vie

 **Dan Price**
Founder/CEO
Greater Seatt

 **Andrew Kim**
Product & Eng
San Francisco

 **Patrick Fish**
Partnerships
Division 1 Bas
San Francisco

 **Bill Hill**
Founder and
Wines, Expres
Brokenrock V
Napa, CA

 **Chris Stanle**
Co-Founder a
San Francisco

 **Jade Pathe**
Head Of Oper
Mountain Vie

 **Benjamin H**
Software Eng
Berkeley, CA

 **Liz Young**
Product Desig
Brooklyn, NY

 **Imti M.**
Head of Engin
San Francisco

**Genevieve**
Data Science
San Francisco

Show more profiles

## Activity


"It's the difference between feeling heard or feeling out of place." Yes, yes, a million times, yes!
Liked by Xander Oltmann


Product demos can be critical to a company's success, however they are often static and uninspiring. Check out this week's edition of Notorious PLG...
Liked by Xander Oltmann


Boom! 💥 Pop! 💥 OLIPOP PBC! 💥
Liked by Xander Oltmann

Join now to see all activity

## Experience

Add new skills courses

 Introd
Unreal
Develo

 AWS
HTTP,
and iC

 **Founder, CEO**
Scope

Aug 2019 - Present · 2 years 2 months

San Francisco, CA

Scope allows software companies to onboard their customers with the click of a button.

 **Founding Team and COO**
hiQ Labs

May 2012 - Jan 2017 · 4 years 9 months

San Francisco Bay Area

hiQ is a people analytics platform designed to help companies better understand their employees.

## Education

**University of California, Santa Cruz**
Political Economy

2009 - 2011

Activities and Societies: Surfing and Sailing

Wrote my senior thesis on a novel way to securitize SMB loans. If anyone cares, I'd be happy to chat about it!

## Groups

**HiQ Elevate - People Analytics**
-

**Harvard Business Review Discussion Group**
-

## Recommendations received

**Darren Kaplan**

"Xander has been extremely useful as a member of our OrgStars advisory board. In particular, he helped with our valuation and funding strategy as well as product refinement and fit. We look forward to continuing to work with him."

1 person has recommended Xander

Join now to view

## More activity by Xander

 Insigh
Comp

See all courses

Xander's publi

Include this LinkedIn
websites

 Xander Ol
Founder, CE

Founder, CEO

View profile

View profile bad

We keep our tools at a minimum but only because Notion has done such an amazing job at truly being all-in-one.

Shared by Xander Oltmann

Products we love... Notion We use it for everything from product planning to fundraising and most recently our playbook for working remote.

Liked by Xander Oltmann

This is targeted at the demographic of people wanting to join Argyle and who have a pet allergy (really shrinking my target audience here). Dogs are...

Liked by Xander Oltmann

A new generation of #fintech companies is unlocking employment records, piecing together disparate #data sets, and providing valuable, real-time...

Liked by Xander Oltmann

Massive congrats to all our friends and partners over at Asana on a massive quarter! Work coordination in this distributed world we now live in is a...

Liked by Xander Oltmann

TechCheck with David O. Sacks The social audio space keeps getting more crowded- from new startups to big tech companies working on live audio and...

Liked by Xander Oltmann

Hot update: I'm hiring an Account Executive to join our rapidly growing Denver team 🚀 This role has not even hit our careers page yet, but if you...

Liked by Xander Oltmann

Today we announced our Series D funding round, successfully raising $75M, fueling the acceleration of our global market presence and development of...

Liked by Xander Oltmann

At Argyle 8 = 0, cause we spend time on solving problems not making arbitrary rules. P.S. Canva is a great tool btw, I use it at least 8 times a...

Liked by Xander Oltmann

Thanks so much to Chloe Aiello and Cheddar News for having me on.

Liked by Xander Oltmann

DataRobot was named a Customers' Choice vendor I wanted to share a few quotes from the report: "Great experience - the DataRobot team is fantastic...

Liked by Xander Oltmann

If you are running a vendor selection process at your business, check out the vendor's homepage first. If a vendor can not list out clients you...

Liked by Xander Oltmann

Dave Hersh discovered the art of the turnaround - acquiring "stuck" startups and turning them into strong companies. Guess that really means he is...

Liked by Xander Oltmann

3 months ago Justin Blau and I started a company to up-end the power imbalances in the music industry and strengthen the relationship between artists...

Liked by Xander Oltmann



View Xander's full profile

See who you know in common

Get introduced

Contact Xander directly

Join to view full profile

You're signed out

Sign in for the full experience

Sign in

G    Sign in with Google

or

Join now

© 2021   About   Accessibility   User Agreement   Privacy Policy   Cookie Policy   Copyright Policy   Brand Policy   Guest Controls   Community G



People ▼ | Maciek | Smuga-Otto | 🔍 | Join now | Sign in



**Maciek Smuga-Otto**

Santa Cruz, California, United States · 476 connections

Join to Connect

## Activity



2019 is gonna be a big year.
Liked by Maciek Smuga-Otto



I just got the Alexa skill, "Memory Span" certified in the Amazon store which implements the digit span short term memory testing task. I made the...
Liked by Maciek Smuga-Otto



The People Analytics and the Future of Work (PAFOW) Conference is coming up in San Francisco in late January! #analytics #conferences #futurism
Liked by Maciek Smuga-Otto

Join now to see all activity

## Projects

### People also vie


**Stephen Je**
Sr. Application
Madison WI
Greater Madis


**Abraham W**
Developer Ad
Madison, WI


**Marko Kara**
Mobile Devel
Serbia


**Janie Larso**
Graphics and
Marshall, WI


**Alrick Chala**
Software Eng
Times
New York, NY


**Jeffin Thara**
Android devel
Greater Bosto


**Sean McQu**
Android at Go
San Francisco


**Muhammad**
Co-Founder &
Lahore Distric


**Vatsal Yada**
Android Deve
Android, Java
Espresso
Hyderabad


**Haiyue (Eric**
Software Eng
Palo Alto, CA

Show more profiles

### Add new skills
courses


iOS A
Acces


Share
Devel

iPadO
Essen

### Promega iOS app
Jun 2010 - Present

Scientific tools and reference app for iPhone and iPad

Other creators

 

See project ↗

### Molecule World
Feb 2014 - Feb 2015

iPad app for sophisticated 3D visualization of molecules, developed for Digital World Biology, based on the previously open-sourced Molecules app by Brad Larson.

See project ↗

---

## Languages

### Polish
-

---

## Recommendations received

 **David Steinberg**

"There is nothing that a curious and generous mind can't achieve, and Maciek's creativity and insistence on correctness made for valuable additions to the field of Computational Genomics. He was pivotal in developing a protocol for inquiring about Genomic features, which required balancing the needs of multiple stakeholders and took advantage of bleeding edge software technologies. To work with Maciek again would not only be a pleasure, but also challenging and important!"

 **James Elliott**

"Working with Maciek was delightful. He is a skilled, intelligent, conscientious, and quick software engineer who manages to be creative and fun while getting things done right and on time. Watching him develop his next career as a graphic designer has been very impressive as well: so few people have the opportunity to reinvent themselves to success in a completely new field, and I've also been privileged to benefit from his work and talent as a client in that capacity."

2 people have recommended Maciek

Join now to view

---

## More activity by Maciek

### See all courses

### Maciek's publi

Include this LinkedIn
websites

 **Maciek Sn**

View profile

View profile bad

Want to learn more about design thinking? Join us! There's still a few seats open in my Intro to Design Thinking class at MCAD. It meets five...

Liked by Maciek Smuga-Otto

https://lnkd.in/gW_rhGf - this one's a long read, and eventually gets deep into the weeds of testing (ie. I haven't finished reading it yet). But my...

Shared by Maciek Smuga-Otto

When I get contacted by recruiters...

Liked by Maciek Smuga-Otto

From my friend who teaches CS at Stanford Cynthia Lee - the best article on the Google Diversity Memo. https://lnkd.in/gHChyi8 A few random...

Liked by Maciek Smuga-Otto



View Maciek's full profile

See who you know in common

Get introduced

Contact Maciek directly

Join to view full profile

You're signed out

Sign in for the full experience

Sign in

Sign in with Google

or

Join now

© 2021   About   Accessibility   User Agreement   Privacy Policy   Cookie Policy   Copyright Policy   Brand Policy   Guest Controls   Community G

Gary Vaynerchuk - Chairman of VaynerX, CEO of VaynerMedia - VaynerX | LinkedIn
Case 3:17-cv-03301-EMC   Document 217-3   Filed 09/10/21   Page 115 of 190
9/7/21, 6:31 PM



People ▼ | Gary

Vaynerchuk

Join now | Sign in



## Gary Vaynerchuk 

Chairman of VaynerX, CEO of VaynerMedia, 5-Time NYT
Bestselling Author, Text Me: 212-931-5731

New York, New York, United States · 500+ connections

VaynerX

Websites

Join to Connect

## About

Gary Vaynerchuk is a serial entrepreneur, and serves as the Chairman of VaynerX and the CEO of VaynerMedia. Gary is considered one of the leading global minds on what's next in culture, relevance and the internet. Known as "GaryVee" he is described as one of the most forward thinkers in business - he acutely recognizes trends and patterns early to help others understand how these shifts impact markets and consumer behavior. Whether its emerging artists, esports, NFT investing or digital communications, Gary understands how to bring brand relevance to the forefront. He is a prolific angel investor with early investments in companies such as Facebook, Twitter, Tumblr, Venmo, Snapchat, Coinbase and Uber.

Gary is an entrepreneur at heart -- he builds businesses. Today, he helps Fortune 1000 brands leverage consumer attention through his full service advertising agency, VaynerMedia which has offices in NY, LA, London, Singapore and is expanding its presence in Mexico City. VaynerMedia is part of the VaynerX holding company which also includes VaynerProductions, Gallery Media Group, The Sasha Group, Tracer, VaynerSpeakers, VaynerTalent and VaynerCommerce. Gary is also the Co-Founder of VaynerSports, Resy and Empathy Wines. Gary guided both Resy and Empathy to successful exits -- both were sold respectively to American Express and Constellation.

In addition to running multiple businesses, Gary documents his life daily as a CEO through his social media channels which has more than 30 million followers across all platforms. His podcast 'The GaryVee Audio Experience' ranks among the top podcasts globally. He is a five-time New York Times Best-Selling Author and one of the most highly sought after public speakers.

Gary serves on the board of MikMak, Bojangles Restaurants, and Pencils of Promise. He is also a longtime Well Member of Charity:Water.

## Articles by Gary

## People also vie



**Mike Bloom**
Entrepreneur,
term mayor o
grandfather
New York, NY

**David M. Sc**
Chairman & C
New York, NY

**Daymond Jo**
CEO of FUBU
Personality or
Speaker
New York, NY

**Barbara Co**
Shark on ABC
Speaker, Pod
Founder of Th
New York, NY

**Seth Godin**
Founder of the
entrepreneur
Hastings-On-

**Anthony J J**
CEO Innovatio
Consulting
Greater Sydno

**Arianna Huf**
Founder and C
New York, NY

**Austin Belca**
I Help People
Without Apply
With Your Job
201-479-9519
New York, NY

**Ryan Roslan**
CEO at Linked
San Francisco

**Neil Patel**
Co-Founder a
Seattle, WA

Show more profiles

## Others named
## Vaynerchuk

ALTERNATIVE INVESTMENTS TO LOOK INTO: KNOW
THIS
By Gary Vaynerchuk
Aug 3, 2021

Clubhouse App: The New Audio-Chat Social Network
By Gary Vaynerchuk
Feb 19, 2021

3 Ways to Become a Better Leader
By Gary Vaynerchuk
Feb 10, 2021

Gary Vayne
Chairman of V
VaynerMedia,
Author, Text M
New York, NY

Gary Vayne
Chairman of I
Indomedia, 5-
Author
New York, NY

Gary Vayne
Sales Represe
Packaged Goo
Experience in
Actively Seek
Edison, NJ

Gary Vayne
Chairman of V
VaynerMedia,
Author, Text M
New York, NY

6 others named Gary
LinkedIn

See others
Vayn

View this profi
language

English

Add new skills
courses

Marke

Marke
Media

Get Fu
Busine

See all courses

Gary's public p

Include this LinkedIn
websites

## Activity

The best decisions in life are gut sandwiches - they
begin and end with intuition, with data bulking up the
vision.    Where people often go wrong is...
Liked by Gary Vaynerchuk

If you think about business like a computer, culture is the
operating system. Everything else is an "app." Finance is
an app. Creative is an app...
Posted by Gary Vaynerchuk

The biggest asset in the world is your mindset.
Posted by Gary Vaynerchuk

Join now to see all activity

## Experience

### Chairman of VaynerX, CEO of VaynerMedia

VaynerX

Apr 2009 - Present · 12 years 6 months

New York City

I'm the Chairman of VaynerX, a modern day communications company - within that, I'm the CEO of VaynerMedia, a contemporary global creative and media agency built to drive business outcomes for our partners.

We partner with clients to drive better business outcomes with best-in-class video production, media planning, distribution, influencer marketing, Google & Alexa voice services, and everything in between.

We have grown from 0-800+ with locations in New York, Los Angeles...

Show more

**Gary Vayn**
Chairman o
VaynerMedi
Bestselling
931-5731

Chairman of V
VaynerMedia a

View profile

View profile bad

### Creator

VeeFriends

May 2021 - Present · 5 months

VeeFriends is an NFT project around meaningful intellectual property & an extraordinary community.

### CEO

VaynerNFT

Jun 2021 - Present · 4 months

VaynerNFT was founded to help leading intellectual property owners navigate the wonderful world of NFTs.

### Board Member

Candy Digital

Jun 2021 - Present · 4 months

Candy is a new digital asset content company building an innovative new NFT ecosystem that will change how fans and collectors engage with their favorite sports, music, art, and cultural icons.

### Co-Founder

VCR Group

Jun 2021 - Present · 4 months

VCR is comprised of kind and talented operators with a simple focus of creating consumer-centric experiences through unmatched hospitality.

### Co-Founder

Empathy Wines

Nov 2018 - Present · 2 years 11 months

New York City Metropolitan Area

Empathy Wines is a direct-to-consumer wine business that I started with my partners Nate Scherotter and Jon Troutman. We make ultra premium wine more accessible than ever with lower prices. Empathy Wines was acquired by Constellation Brands in 2020.

### Co-Founder
Resy
Mar 2014 - Present · 7 years 5 months

I co-founded Resy with Ben Leventhal and Michael Montero in 2014. Resy is a restaurant reservation and management platform that was acquired by American Express in 2019.

### Investor
Slack
Mar 2018 - Present · 3 years 7 months

I invested in slack pre-IPO in 2018. They were acquired in 2020 by Salesforce for $27.7B.

### Angel Investor
Twitter
Jun 2009 - Present · 12 years 4 months

I invested in Twitter in 2009, a few years after it was founded.

### Angel Investor
Uber
Jan 2012 - Present · 9 years 9 months

I was an early investor in Uber in 2012 (after famously passing on it a couple of years prior).

The company went public in 2019.

### Angel Investor
Venmo
Feb 2012 - Present · 9 years 8 months

I'm an early investor in Venmo, a digital wallet that makes it easy to send & receive money.

### Investor
Facebook
Mar 2010 - Present · 11 years 7 months

I invested in Facebook pre-IPO in 2010, the company went public two years later.

### Board Member
Bojangles' Restaurants, Inc.
Jan 2020 - Present · 1 year 9 months

Bojangles is a restaurant chain that started in the South, and serves food with real deal Southern flavor. I joined the board in early 2020.

### Investor
Coinbase
Dec 2014 - Present · 6 years 10 months

Coinbase is a digital platform that makes it easier to buy & sell cryptocurrency. I invested in the company in 2014 via Vayner/RSE.

### Board Member
MikMak
Aug 2016 - Present · 5 years 2 months

MikMak (founded by Rachel Tipograph) lets brands unify their digital storefront across online retailers. I joined the board back in 2016.

**Co-Founder**

VaynerSports

Jan 2016 - Present · 5 years 9 months

Greater New York City Area

VaynerSports is a full-service athlete representation agency that guides players through a variety of issues involving their professional career. We are improving the level of service beyond what any athlete has experienced in the industry thus far, one client at a time.

**Angel Investor**

Liquid I.V.

Jul 2019 - Present · 2 years 3 months

I invested in Liquid IV in 2019, a wellness brand that's known for its non-GMO drink mixes.

The company has received attention & financial backing from people including Demi Lovato, Kevin Hart, Kendall Jenner, Hailey and Justin Bieber, James Corden, Usher, DJ Khaled, Steve Aoki, Patrick Schwarzenegger, Maria Shriver, Yes Theory, Freddy Wexler, Jake Kassan, Elle and Ross Walker, and Moiz Ali.

**Co-Founder**

Vayner/RSE

Feb 2014 - Present · 7 years 8 months

New York City

I was an angel investor in companies like Facebook, Twitter, Tumblr, Uber, and Birchbox before eventually co-founding VaynerRSE, a 25M New York-based venture capital firm specializing in seed-stage investments.

Partners include: Phil Toronto, AJ Vaynerchuk, Matt Higgins and Kerry Kellogg

Our portfolio includes: Medium, CoinBase, Birchbox, Snap, Resy, Beme, Breather, Shyp and more.

## Skills

| | |
|---|---|
| Wine | Wine Knowledge |
| Entrepreneur | Social Media |
| business | Social Media Marketing |
| Business | Leadership |
| Marketing | Entrepreneurship |
| Blogging | Social Networking |

Show 38 more skills

## Publications

### #AskGaryVee: One Entrepreneur's Take on Leadership, Social Media, and Self-Awareness

HarperCollins · March 8, 2016

The New York Times bestselling author draws from his popular show #AskGaryVee to offer surprising, often outrageous, and imminently useful and honest answers to everything you've ever wanted to know—and more—about navigating the new world.

Gary Vaynerchuk—the inspiring and unconventional entrepreneur who introduced us to the concept of crush it—knows how to get things done, have fun, and be massively successful. A marketing and business genius, Gary had the foresight to go beyond...

Show more

See publication

### Jab, Jab, Jab, Right Hook: How to Tell Your Story in a Noisy Social World

Harper Business · November 6, 2013

New York Times bestselling author and social media expert Gary Vaynerchuk shares hard-won advice on how to connect with customers and beat the competition. A mash-up of the best elements of Crush It! and The Thank You Economy with a fresh spin, Jab, Jab, Jab, Right Hook is a blueprint to social media marketing strategies that really works.

"In this extraordinarily generous book, Gary takes no prisoners and holds nothing back... Condensed, generous, and helpful."

-Seth Godin

See publication

### The Thank You Economy

Harper Studios · March 8, 2011

The Thank You Economy is about something big, something greater than any single revolutionary platform. It isn't some abstract concept or wacky business strategy—it's real, and every one of us is doing business in it every day, whether we choose to recognize it or not. It's the way we communicate, the way we buy and sell, the way businesses and consumers interact online and offline.

"This is a worthy book and fun to read, too. Applicable to enterprises of all...

Show more

See publication

### Crush It!: Why NOW Is the Time to Cash In on Your Passion

Harper Studios

Do you have a hobby you wish you could do all day? An obsession that keeps you up at night? Now is the perfect time to take those passions and make a living doing what you love. In CRUSH IT! Why NOW Is The Time To Cash In On Your Passion, Gary Vaynerchuk shows you how to use the power of the Internet to turn your real interests into real businesses.

"If you're looking for motivation to pursue your passion, Vaynerchuk delivers the goods."

-CBS Moneywatch

See publication

## Honors & Awards

### Crain's 40 Under 40

Crain's New York

Nov 2014

"It would be easy to think that Gary Vaynerchuk does nothing but talk: He broke into the new-media landscape with his Wine Library YouTube channel in 2006, now hosts the #AskGaryVee channel and makes constant public appearances when not being interviewed for articles.

But the Soviet Union-born, New Jersey-bred marketing guru can also point to results, starting with WineLibrary.com, the e-commerce site he launched for his parents' wine shop in 1996, before he even owned a computer. "I...

Show more

### Fortune 40 Under 40

Fortune Magazine

Oct 2014

"Vaynerchuk has created two successful companies; he is a bestselling author; he can command six-figure fees for speaking engagements; and he has 1.1 million Twitter followers. But he is largely unknown to the American television-viewing public. Rather, he is Internet famous. That fame happened by design and by years of meticulous planning—and it has drawn vocal critics for a style that is loud, bombastic and blatantly self-promotional. (A sample exhortation from a video commanding people to...

Show more

### New York Times Profile

New York Times

Nov 2013

"Mr. Vaynerchuk is not shy about embracing the title because he is not shy about anything. A small and kinetic man with dark hair that is starting to gray, he speaks with a warm, raspy voice, as though he's been talking all day, which he usually has. He is funny and profane and gesticulates constantly, putting air quotes around phrases that he merely wants to emphasize. Among this favorite subjects are the New York Jets, which he has vowed to buy, and his own talents, which amaze even...

Show more

## Recommendations received

### John Dennis

"Bringing Gary Vaynerchuk to speak at our conference was one of the smartest things we did; he was the highlight of all the speakers, and he blew our expectations by taking questions from the audience for MUCH longer than originally agreed. He made us look like rockstars. I, along with my colleague Esther Kiss, also had the pleasure of working with Gary on his book launch for AskGaryVee. He was such a pleasure to work with, invited us to his office when he didn't have to, and took time out of his busy schedule to provide value to US. He is one of the most standup guys you'll ever meet and know, and anyone who has to opportunity the hire him or his agency, have his team represent you, or have him speak at your event would be WISE and thankful they did. I give his character, his intelligence, his selflessness, and the value he brings to organizations the utmost and HIGHEST recommendation I possibly can."

**Marija Dzemionaite**

"I followed Gary's book launch strategy in 2016 and it was an immense help for me while creating a social media strategy for the NYT bestseller launch - The Code Of The Extraordinary Mind by Vishen Lakhiani. We reached 17mln people organically with Facebook live. Thank you."

16 people have recommended Gary

Join now to view

---

## More activity by Gary

**This was big for me personally and I hope will be for others when they read it... 🎗️ 📙**

Shared by Gary Vaynerchuk

**If you tell everyone you're going to do something and you change your mind 100 days in based on new information, that's a strength. Not a...**

Posted by Gary Vaynerchuk

**Execute on it to find out if it's great or not ... so many talking about their ideas ... stop catching feelings and start working!**

Shared by Gary Vaynerchuk

**ONE37pm is growing fast. Hiring for 20+ open roles. If you're into sports, gaming, NFTs, music, culture, etc. -- take a look. This is going to be...**

Liked by Gary Vaynerchuk

**No amount of paid media can turn bad creative into good content That's why you need to invest in the long game of improving your brand's...**

Posted by Gary Vaynerchuk

**There is no way to formulate a viral video The best way to increase your chances of going viral is by putting out consistent content Everybody...**

Shared by Gary Vaynerchuk

This is gonna hit for so many of you ... 📕 Read this carefully.

Shared by Gary Vaynerchuk

https://lnkd.in/dnGeuZyQ people are asking me about NFT's - start here

Posted by Gary Vaynerchuk

just an incredible story https://lnkd.in/dGFBdn2h

Shared by Gary Vaynerchuk

The best marketing strategy ever? Care. When you care about your customers, think about them and give them what they want instead of focusing on...

Posted by Gary Vaynerchuk

I cannot wait for all of you to read my new book ❤️ Twelve and a Half: Leveraging the Emotional Ingredients Necessary for Business Success 📚

Shared by Gary Vaynerchuk

We put the past on the pedestal and demonize the future. I built Wine Library on the back of email and Google AdWords, that's what the good deal was...

Shared by Gary Vaynerchuk

History tells you the future People think I predict, I don't predict I just see the patterns and move quickly when it's happening Finding the next...

Shared by Gary Vaynerchuk

Three reasons why every influencer and individual interested in producing content, building a brand, starting or growing a business, selling a...

Shared by Gary Vaynerchuk

9/7/21, 6:31 PM

If your  isn't right it's not gonna matter how good you are at what you do. The tactics matter of course, but, the foundation is where your mind…

Shared by Gary Vaynerchuk

GO! 👇

Shared by Gary Vaynerchuk



### View Gary's full profile

- See who you know in common
- Get introduced
- Contact Gary directly

[ Join to view full profile ]

**You're signed out**

Sign in for the full experience

Sign in

G  Sign in with Google

or

Join now

© 2021    About    Accessibility    User Agreement    Privacy Policy    Cookie Policy    Copyright Policy    Brand Policy    Guest Controls    Community G

9/7/21, 6:33 PM

**Linked**in

People ▼ | Mark | Weidick | 🔍 | Join now | Sign in



## Mark Weidick

General Manager at SimpleLegal

Los Gatos, California, United States · 500+ connections

Join to Connect

🌀 **SimpleLegal**

🔴 **Boston College**

Mark's public p

Include this LinkedIn
websites







View profile

**View profile bad**

## About

I have enjoyed my career in Information Technology as a business operator and entrepreneur, with success at both start-ups and Fortune 500s. I have a talent for creating and growing businesses through expertise in go-to-market strategy, customer acquisition, organizational performance, product development, new business development and negotiation.

I purposefully developed my holistic view, strategic planning approach and decision making framework by holding leadership positions to encompass a wide range of responsibilities. These roles include CEO, founder, General Manager, capital raiser, business strategy, business development, product strategy, product marketing, sales, account management, engineering and, when necessary, floor sweeper.

I'm fortunate to have contributed to several notable successes, including the growth of Cisco's TelePresence video business from startup to $1B and the $420M acquisition of Savi Technology. I'm responsible for two business failures as well and learned much about myself through the process.

I've developed meaningful international business partnerships, specifically in England, Japan, Hong Kong, Singapore, China, Australia, Colombia, Mexico, Canada and France.

I'm known for my collaborative, solution-oriented leadership style, my team building skills and talent for driving results.

I'm passionate about helping others succeed. My wide range of business experiences, leadership roles and entrepreneurial pursuits are vital to helping any type of business achieve healthy growth.

Additional Expertise in:
◆ Business Planning & Strategy
◆ P&L
◆ Revenue Growth
◆ Software as a Service
◆ Innovation
◆ Product Portfolio Management
◆ Product Development

♦ Negotiation
♦ Start-up Development
♦ Venture Financing
♦ Operations Management
♦ Cloud
♦ Leadership Development
♦ Hiring Systems
♦ Organizational Health
♦ International Business: EMEA, APAC, LATAM

## Experience



### General Manager
SimpleLegal

Mar 2020 - Present · 1 year 7 months

Mountain View, California, United States

SimpleLegal provides legal operations software for eBilling and matter management for in-house counsel. Our software serves as the system of record for corporate legal departments and in-house legal teams to track and manage legal spend, collaborate with vendors and other departments, and to use data to make more informed decisions.



### CEO
hiQ Labs

Feb 2017 - Present · 4 years 8 months

San Francisco Bay Area

Artificial Intelligence (AI) company applying machine learning and data science to public information to predict retention risk and identify critical skills gaps.

Named to ERE Recruiting Intelligence "10 Most Important People in HR Tech in 2017"



### CEO
Venture COO, LLC

Jun 2015 - Feb 2017 · 1 year 9 months

San Francisco Bay Area

Hands on consultant to early stage CEOs to accelerate revenue growth & go to market objectives.

Functional "COO" focused on revenue, hiring, systems and (to lesser extent) product architectures.



### CEO and Co-Founder
TenHands

Jan 2011 - Dec 2015 · 5 years

Sunnyvale, CA

Venture / self-funded this Video-as-a-Service business for collaboration, web and mobile application developers. Created business concept, recruited the team and led product strategy. Raised $3.3M. Grew customer base from 0 to 25,000+ via inbound and direct sales, and strategic partnerships. Acquired the business from venture capital investors; pivoted twice before winding down.



### Entrepreneur-in-Residence

Trinity Ventures

Jan 2011 - Apr 2011 · 4 months

Menlo Park, CA

Hosted by Trinity to incubate TenHands during discovery, validation and initial fundraising phases.



### Vice President | General Manager

Cisco

2007 - 2011 · 4 years

San Jose, CA | London, England

Recruited to innovative to Emerging Technology group to lead new Telepresence Video Conferencing business to drive revenue growth, resource planning, investment and forecasting. Oversaw P&L for cross functional team of 180+ including Product Management, Development and Service Operations; managed annual budget of $90M.

Created new business model, exponentially growing TelePresence Video-conferencing-as-a-Service, yielding 100%+ YOY growth. Integrated multibillion dollar acquisition as…

Show more ⌄



### Senior Vice President | General Manager

Savi Technology

2002 - 2007 · 5 years

Sunnyvale, CA

Led successful market expansion into non-defense applications for RFID-based "Internet of Things" supply chain visibility solution provider. Directed go-to-market strategies and operations. Selected to be CEO of Savi Networks, a multimillion dollar JV with Hutchison Port Holdings, to build a public RFID network to track ocean cargo. Successful exit via $420M acquisition by Lockheed Martin.



### Senior Vice President | General Manager

Radialpoint

2001 - 2002 · 1 year

Montreal, Quebec | Redwood Shores, CA

Led Product, Engineering, Sales and Business Development teams for this venture capital funded analytics software company. Directed teams to build and sell first enterprise application, Enterprise Privacy Manager. Led successful company repositioning and product launch; acquired initial customers in e-commerce and finance.

### CEO and Co-Founder

Cymerc Exchange

1999 - 2001 · 2 years

San Francisco Bay Area

Co-founded this venture funded marketplace for high-end used IT systems and parts. Raised $19M of funding. Developed business strategy, built culture and directed service delivery. Grew organization from start-up to 75 employees and $15M/year run rate.



### Director of Global Product Marketing
Gemalto (formerly Gemplus)

1998 - 1999 · 1 year

Redwood Shores, CA

Selected to lead GemPlus software launch within first several months of hire for this French provider of smart card applications and hardware. Successful launch of GemSAFE for desktop and physical security to reposition the company as an applications provider; won initial customers in APAC, EMEA, LATAM and US.



### Vice President of Business Development
Fabrik Communications

1996 - 1998 · 2 years

San Francisco, CA

Set strategy and negotiated distribution and product feature enhancing partnerships to increase revenue and customer retention as employee 14 at this venture funded SaaS provider of enterprise email. Negotiated distribution partnership with $1B UK based Service Provider. Company grew from $1M to $14M; acquired by Critical Path.



### Enterprise Sales and Product Management
AT&T

1988 - 1996 · 8 years

Boston, MA | Bedminster, NJ

Award winning top 10% salesman; sold voice and data services to New England enterprise customers while carrying $3.5M annual quota. Led product management and sales for high speed data service; P&L responsibility for B2B and B2C pay-per-call 900 service.



### Member of Technical Staff
Bell Labs

1986 - 1988 · 2 years

Whippany, NJ

Recruited and sponsored by Bell Labs to attend Stanford University as graduate student with focus on thermal and fluid sciences. Performed acoustic analysis and thermal profiling for military grade telecom systems.

## Education



### Boston College
MBA

1991 - 1993



### Stanford University
MSME

1986 - 1987



### Clemson University
BSME

1983 - 1985

## Volunteer Experience



### Board Member
Spiro Institute for Entrepreneurial Leadership at Clemson University

Feb 2017 - Present · 4 years 8 months

Education

Create and support University wide initiatives to deliver interdisciplinary undergraduate and graduate exposure and experiences in entrepreneurship.



### Mentor and Advisor
Enterprise Futures Network

2016 - Present · 5 years

Education

Mentor to college entrepreneurs and teams that compete in university sponsored business competitions.



### Strategic Planning Committee Member
Notre Dame of San Jose High School

Aug 2017 - May 2018 · 10 months

Education



### Advisor
BIGcontrols

Mar 2015 - Aug 2017 · 2 years 6 months

Science and Technology



### Baseball Commissioner, Fields Coordinator
Saratoga Little League

Aug 2011 - Jun 2015 · 3 years 11 months

Children



### Program Instructor - 1st to 5th grade
Junior Achievement of Northern California

Jan 2009 - Apr 2013 · 4 years 4 months

Education



### Mentor and Advisor
Rural India student entrepreneurs: e-learning business in Chhindwara

2009 - 2010 · 1 year

Economic Empowerment

---

## Patents

**United States patents for Cargo Container Security and Monitoring**
United States · 7315246, 7317387, 7436298

---

## Courses

Learning How to Learn: Powerful Mental Tools to Help You Master Tough Subjects

Coursera

Predictably Irrational: The Hidden Forces That Shape Our Decisions

Coursera

The Business of Sports

Coursera

## Recommendations received

### Warren Levitan

"I worked with Mark after he joined our leadership team at ZKS as General Manager of our newly created Enterprise Business Unit during a critical transition period for the company - we were creating our first enterprise software application. Whether focusing on an external opportunity or dealing with internal challenges, Mark was always an ego-free leader and operator who was there for the team. Mark worked with his leadership team to quickly establish a vision and focus that the entire team got behind. As a leader, he was collaborative but still decisive. He was passionate about results (shipping product, closing pilot customers) and brought a sense of grounded optimism to the team. Most importantly Mark ran the best team management meeting that I think I have experienced to date! It goes without saying that I valued working with Mark and hope our paths cross again."

### Blake Sallé

"I worked with Mark when he was a VP/GM for Cisco's Emerging Technology Group. In this role he ran Product Development & Engineering and was my executive counterpart. Put simply, he is one of the most exceptional leaders, collaborators, and general managers that I have ever witnessed in my 20+ years in tech.  This was routinely evidenced though his visionary approach to predicting/intercepting market transitions, his authenticity with clients, and his engagement with business partners both internal and external to our company.  He was so effective in the space between new, disruptive technologies and early customers that he quickly built a reputation as my sales org's best weapon.  He was a bridge that connected our newest products to our earliest adopters and then to wide spread market acceptance. It would be a pleasure to partner with him again!"

5 people have recommended Mark

Join now to view



View Mark's full profile

See who you know in common

Get introduced

Contact Mark directly

Join to view full profile

You're signed out    ✕

Sign in for the full experience

Sign in

G    Sign in with Google

or

Join now

© 2021    About    Accessibility    User Agreement    Privacy Policy    Cookie Policy    Copyright Policy    Brand Policy    Guest Controls    Community G

# EXHIBIT 4

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED.**

Corey Worcester (*pro hac vice*)
coreyworcester@quinnemanuel.com
Renita Sharma (*pro hac vice*)
renitasharma@quinnemanuel.com
Hope Skibitsky (*pro hac vice*)
hopeskibitsky@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:    (212) 849-7000

Terry L. Wit (SBN 233473)
terrywit@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:    (415) 875-6331

Attorneys for Plaintiff hiQ Labs, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ LABS, INC., | Case No.:  17-CV-03301-EMC |
| Plaintiff, | **PLAINTIFF HIQ LABS, INC.'S RESPONSES TO LINKEDIN CORPORATION'S FIRST SET OF INTERROGATORIES** |
| vs. | |
| LINKEDIN CORPORATION, | |
| Defendant. | Judge:  Hon. Edward M. Chen |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and this Court's Local Civil Rules, Plaintiff hiQ Labs, Inc. ("hiQ"), by and through its undersigned counsel, hereby provides the following objections and responses to Defendant LinkedIn Corporation's ("LinkedIn's") First Set of Interrogatories dated June 29, 2021.

hiQ makes the responses herein solely for the purposes of this Action. By responding to each Interrogatory, hiQ does not waive objections to the admission of these responses into evidence on the grounds of relevance, materiality, or any other proper grounds for objection. hiQ reserves all objections to the use of these responses to Interrogatories. hiQ may impose all such objections at the time of trial or as otherwise required by the applicable rules or order of the Court. hiQ objects to the Interrogatories to the extent they seek information protected by the attorney-client privilege, the attorney work product doctrine, and/or any other applicable privileges.

hiQ is willing to meet and confer with LinkedIn in relation to all Interrogatories, and hiQ's responses and objections set forth herein are based upon information presently known to hiQ, at a time when discovery is in the very early stages. hiQ reserves the right to amend, supplement, or withdraw its responses and objections to each Interrogatory, including to take into account additional information that comes to light during the discovery process.

**OBJECTIONS AND RESPONSES TO INTERROGATORIES**

**INTERROGATORY NO. 1:**

Separately, identify all persons to whom you have provided or intend to provide in the future data from LinkedIn's website, computers, servers, or services, including, without limitation, analyses, compilations, summaries, and reports that use, are derived from, rely upon, refer to, or incorporate such data.

**RESPONSE TO INTERROGATORY NO. 1:**

hiQ has never provided and does not intend to provide in the future any data from LinkedIn members' public profiles to any third-party. hiQ has provided analyses and reports that are prepared using data from LinkedIn members' public profiles (accessed through LinkedIn's website) to the below entities, which were hiQ's customers.

1   (abajoria@linkedin.com) responding to LinkedIn's May 23, 2017 cease-and-desist letter.  In that

2   May 31, 2017 correspondence, hiQ advised LinkedIn: "hiQ's current customers include eBay,

3   Capital One, and GoDaddy.  Prospective customers include Bank of New York Mellon, Chevron,

4   Groupon, Honeywell, IBM, Visier and Jobvite." (May 31, 2017 Ltr. at 4 n.1).

5   **INTERROGATORY NO. 3:**

6          Describe in detail your means of access to LinkedIn's website by listing all IP addresses

7   and user agents that you have used—currently or have reason to believe you will use in the

8   future—to access LinkedIn's website, computers, or servers, whether directly or indirectly, and for

9   each such IP address and user agent stating how hiQ gained access to the IP address or user agent,

10  the time period for which the IP address or user agent was in use, the number of calls or requests

11  you made to LinkedIn's website, servers, or computers from each IP address or user agent, the

12  specific LinkedIn webpages accessed through each IP address or user agent, and the organization

13  or provider formally associated with each IP address or user agent at the time of your use.

14  **RESPONSE TO INTERROGATORY NO. 3:**

15         hiQ accessed public LinkedIn pages either directly (through its own IP addresses and those

16  of hiQ's employees working remotely) or indirectly (via arrangement with a third-party vendor).

17         **hiQ's Direct Access.**  hiQ accessed the publicly-available LinkedIn members' profile

18  pages directly: hiQ employees—either from hiQ's offices or while working remotely—would

19  access such public profile pages from, respectively, the IP address associated with hiQ or their

20  own personal IP addresses.  hiQ sometimes also used dynamically-assigned IP addresses.  While

21  hiQ accessed public data directly throughout the period that it was a going concern, this direct

22  access was more common during earlier stages of hiQ's product development, including for

23  testing code.  Generally, these IP addresses would have been traceable back to hiQ and/or hiQ's

24  employees.  hiQ used Python-based user agents to access LinkedIn's website.

25         As disclosed in a January 22, 2021 letter from Renita Sharma to Robert Uriarte, hiQ used

26  the following IP addresses until in or about January 2021:

27         • 34.211.215.114
       • 34.211.30.33
28         • 34.206.56.174

- 34.234.103.91
- 34.213.99.139
- 52.8.230.165
- 54.153.107.141

In the January 22 letter referenced above, hiQ requested the following IP addresses be added to LinkedIn's "whitelist," which IP addresses are currently active, but not actively being used by hiQ:

- █████████████
- █████████████

Each of the above-listed IP addresses were held on Amazon Web Services.

**hiQ's Indirect Access.**  hiQ began using third-party vendors to scrape public data at a larger scale.  While hiQ experimented with a few third-party vendors for scraping data, hiQ ultimately used third-party providers ██████████ ████████ (effective May 2017).  hiQ does not have a list of the IP addresses or specific user agents used by these providers to access LinkedIn members' public profile data, but believes that these providers distributed their access requests among a broad network of requesters using randomized user agents to access the site.  Given that the majority of data scraping was performed by third parties, hiQ lacks information regarding "the time period for which the IP address or user agent was in use, the number of calls or requests [hiQ] made to LinkedIn's website, servers, or computers from each IP address or user agent, the specific LinkedIn webpages accessed through each IP address or user agent, and the organization or provider formally associated with each IP address or user agent at the time of use."

Notwithstanding the above, hiQ estimates that over any given month, hiQ (via its third-party vendors) scraped data from between several hundred thousand to one million public profile URLs.  hiQ would only scrape data from those URLs once or twice a month at most.

## INTERROGATORY NO. 4:

Describe every way you have accessed and extracted or have reason to believe you will access and extract data from LinkedIn's website, computers, or servers, including for each way the applicable time frame of use and every step used to access and extract data.

-12-                                Case No. 17-CV-03301-EMC

**RESPONSE TO INTERROGATORY NO. 4:**

Generally, hiQ compiled or was provided with lists of employees whom its clients wished to analyze and identified the URL for each employee's public LinkedIn profile page. From the sources described in its Response to Interrogatory No. 3, hiQ sent HTTP requests to LinkedIn's servers, which returned the requested HTML documents from these URL addresses. hiQ stored these responses and used proprietary software to internally process the collected HTML documents, pulling out information about employees' skills and experience that those users had publicly posted. hiQ employed contractors to manually verify some of that information by accessing public LinkedIn profiles using traditional web browsers and visually confirming the accuracy of the automated data gathering. Additionally, from early to mid-2017, hiQ purchased public profile data from third-party data gatherers.

**INTERROGATORY NO. 5:**

Identify and describe each and every source of information that hiQ has ever used or considered for its products, including the timeframe that each source was accessed, the IP addresses or user agents hiQ used to access each source, the fields of data retrieved from each source, and the products into which the source of information (or analyses derived from the source of information) was incorporated.

**RESPONSE TO INTERROGATORY NO. 5:**

hiQ objects to this request as unduly burdensome in that it seeks IP addresses or user agents used with respect to each source of data and that information is not reasonably available at this stage of discovery.

Subject to the foregoing objection, hiQ states as follows. On occasion, hiQ's customers would provide hiQ with a list of employee names or other information (i.e., job title or geographic location) to assist hiQ in identifying the correct employee. More often than not, however, hiQ was not given any information from its customers about their employees. hiQ has never used or considered using personal social media data (such as that on Facebook, Twitter, Instagram, or Pinterest) for any of its products.

The public data sources hiQ has used are as follows:

1  Interrogatory to the extent that LinkedIn may be better positioned to identify all the ways its

2  products competed with hiQ's products and/or would have competed with hiQ's products if hiQ

3  had not been wrongfully forced out of business by LinkedIn.

4      Subject to the foregoing objection, hiQ states that, when the predecessor of what became

5  "hiQ Labs, Inc." was founded in 2012 as "OrgStars," no person or business was attempting to

6  solve the problems hiQ was and would be solving—which were running data analytics on external

7  professional employee data (that is, information not held by an employer) to determine employees'

8  risk of leaving their employer (the "Keeper" product) and to analyze the skill set of employers (the

9  "Skill Mapper" product).  The work hiQ was doing in the space was novel.  In fact, hiQ won the

10  "Human Resources Executive's Top Product of 2016" for its innovative business solution that

11  predicts employee attrition.  As such, initially, LinkedIn was *not* a competitor of hiQ.

12      However, in an earnings call three years after hiQ's launch, LinkedIn's then-CEO

13  announced a plan to "enter a new category" by creating products for other companies which

14  "leverag[e] content and data that members are already sharing publicly."  He explained:

15          So by way of example, our public profile information, which particularly at
16          larger organizations, you see some of those companies turning to LinkedIn *to look*
            *up someone within their own company,* because of how robust that public profile
17          information can prove to be . . . . *[W]e're trying to think about ways in which we*
            *can better leverage that to create value within an organization.*

18
19  On June 21, 2017, LinkedIn's then-CEO announced the launch of a product that would

20  analyze skills data from member profiles, just as hiQ's SkillMapper did:

21          [W]hat LinkedIn would like to do is leverage all this extraordinary data
            we've been able to collect by virtue of having 500 million people join the site. We
22          have over 10 million jobs that are now listed on the site. 50,000 standardized skills.
            *For employers, it's an understanding of what skills they're gonna need to be able*
23          *to continue to grow, and where that talent exists.*

24      A few days later, an IT buyer at a blue-chip Wall Street firm who had been evaluating

25  hiQ's technology for purchase revealed that LinkedIn was marketing its SkillMapper-like product

26  head-to-head against hiQ.

27      Now, LinkedIn offers employers a range of products through its Talent Solutions business,

28  many of which replicate hiQ's previous offerings.  For example, LinkedIn's Talent Insights

product uses "real time data" comprising "over 12 billion data points… from the world's largest professional network" to help businesses "[f]ind or deploy talent effectively using workforce snapshots," "[a]ddress current and future skill gaps," and "[i]nform retention and headcount planning…."[3]  LinkedIn's Recruiter tool lets employers "search current employees to see who's a good fit and ready for a new role" and "share candidate profiles with hiring managers (with our without Recruiter access)…."[4]  Some of LinkedIn's current "happy customers" of these offerings are hiQ's former clients.[5]

**INTERROGATORY NO. 13:**

Identify each product or service offered by a third party that competes with, competed with, or provides similar functionality to hiQ's Keeper product.

**RESPONSE TO INTERROGATORY NO. 13:**

hiQ objects to this Interrogatory as vague and ambiguous as to the terms "competes with, competed with, or provides similar functionality to," none of which are defined.

Subject to the foregoing objection, hiQ states that, with the exception of LinkedIn's products discussed above, at the time hiQ was a going concern, no other person or business was running data analytics on external professional employee data (that is, information not held by an employer) to determine employees' risk of leaving their employer (the "Keeper" product).  Thus, hiQ had no direct competitors when it was a going concern.  Moreover, because hiQ is no longer operational, it cannot be said to have any competitors.

**INTERROGATORY NO. 14:**

Identify each product or service offered by a third party that competes with, competed with, or provides similar functionality to hiQ's Skill Mapper product.

**RESPONSE TO INTERROGATORY NO. 14:**

hiQ objects to this Interrogatory as vague and ambiguous as to the terms "competes with, competed with, or provides similar functionality to," none of which are defined.

---

[3]  https://business.linkedin.com/talent-solutions/talent-insights
[4]  https://business.linkedin.com/talent-solutions/recruiter
[5]  https://business.linkedin.com/talent-solutions

1    Subject to the foregoing objection, hiQ states that, with the exception of LinkedIn's

2 products discussed above, at the time hiQ was a going concern, no other person or business was

3 running data analytics on external professional employee data (that is, information not held by an

4 employer) to analyze the skill set of employers (the "Skill Mapper" product).  Moreover, because

5 hiQ is no longer operational, it cannot be said to have any competitors.

6 **INTERROGATORY NO. 15:**

7    State all facts concerning the circumstances of any customer who canceled or reduced their

8 contracted services with hiQ from May 23, 2017, to August 14, 2017, including identification of

9 each such customer and the dates on which each customer canceled or reduced contracted

10 services.

11 **RESPONSE TO INTERROGATORY NO. 15:**

12    hiQ states that no customer cancelled or reduced their contracted services with hiQ

13  from May 23, 2017 to August 14, 2017.

14
    Dated: July 29, 2021

15
                                        QUINN EMANUEL URQUHART &
16                                       SULLIVAN LLP

17

18                               By:  /s/ Corey Worcester
19                                     Corey Worcester
                                       coreyworcester@quinnemanuel.com
20                                     QUINN EMANUEL URQUHART
                                       & SULLIVAN, LLP
21                                     51 Madison Avenue, 22nd Floor
                                       New York, NY 10010
22                                     Telephone: (212) 849-7000
                                       Facsimile:  (212) 849-7100
23
                                       *Attorneys for Plaintiffs hiQ Labs Inc.*
24

25

26

27

28

## VERIFICATION OF HIQ LABS, INC.'S RESPONSES AND OBJECTIONS TO LINKEDIN CORPORATION'S FIRST SET OF INTERROGATORIES

I, Mark Weidick, hereby verify that the information provided in hiQ Labs, Inc.'s Responses and Objections to LinkedIn Corporation's First Set of Interrogatories is true and correct to the best of my knowledge, information, and belief.

Date: 7/29/21

_____
Mark Weidick

# EXHIBIT 5



August 25, 2021

*via email*

Renita Sharma, Esq.
Hope Skibitsky, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP

**Re:**    *hiQ Labs, Inc. v. LinkedIn Corp.*

Dear Renita and Hope:

I write to confirm our understanding of hiQ's ESI status from our ESI Protocol discussions, so that we can focus our remaining efforts and reach a stipulation, if possible.  The following summary is based on our two meetings on August 6 and 20.  If anything below is incorrect, please let us know.  I also summarize LinkedIn's prior proposals at the end of this letter.

**Overall Status.**  hiQ ceased operations sometime in the August/September of 2018 time frame and archived a significant quantity of electronic information at that time.  Prior to that time it used a number of cloud-based services in its operations.  You took the position that the company conducted all of its operations using cloud based services and that there is not likely to be any relevant "local" data.  A substantial focus of our discussions has been understanding which hiQ ESI is "reasonably accessible," or whether it can otherwise be efficiently obtained and produced.  You have been consulting with former employees to obtain the necessary information and are still in the process of data transfer.  We appreciate your cooperation in providing information needed to understand hiQ's ESI discovery landscape.

**Daily Business Tools.**  hiQ used the "GSuite" of products, and those accounts are still active.  The same is true with respect to hiQ's use of Box.  A former CEO also used Dropbox, and that is preserved.  All of these are reasonably accessible.

**Models & Data.**  Source code and algorithms are archived on Github.  With regard to LinkedIn data that was scraped by hiQ or those acting on its behalf, we understand that such data in "native" format of flat files was stored on an AWS instance, and in "parsed" format in a MongoDB database that was also maintained on the same AWS instance.  The AWS account was discontinued and is no longer accessible.  The flat file data was archived to one or more hard drives.  You are examining that media and will let us know the volume of the data.  The MongoDB database was decommissioned and is neither live nor accessible.  There is some sort of MongoDB archive that is approximately 1.7 terabytes in size.  You are investigating whether that data can be rendered accessible.

**Collaboration Tools.**  hiQ used Slack.  You believe that hiQ will be able to export the repository going back in time to when use started.  You have already exported 73,000 messages in 31 MB of public channels and think you will also be able to export all private messages from the account.

**Orrick, Herrington & Sutcliffe LLP**

The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669

+1 415 773 5700
**orrick.com**

**Annette L. Hurst**

**E**  ahurst@orrick.com
**D**  +1 415 773 4585
**F**  +1 415 773 5759



Renita Sharma, Esq.
Hope Skibitsky, Esq.
August 25, 2021
Page 2

***CRM & Marketing.*** hiQ used Salesforce as its Customer Relationship Management ("CRM") system in the customary way – as a database organizing data obtained from multiple communications channels about its actual and potential customers. This also included data regarding Pardot, a marketing automation tool. The Salesforce instance is no longer active. The account expired and it no longer exists. A complete set of the data using the Global Export Option was not obtained when it was decommissioned. You are continuing to investigate and expect to have an answer this week on whether hiQ's Salesforce data can be obtained.

***Accounting & Financial.*** Quickbooks was used for storing the company's financial information. That account is not active. Monthly financial statements are archived and are reasonably accessible.

***IT Assets.*** Company laptops were reused and reassigned on an ongoing basis as personnel left the company. You will have to investigate whether laptops assigned to particular individuals who are identified in hiQ's Initial Disclosures remain in the company's possession and have been preserved. To the extent any of the foregoing data exists, whether or not currently accessible, hiQ will continue preserving it and will not destroy it.

We have made the following proposals to which we await a response:

1.      For custodial data, each side will search the custodians affiliated with its own company that it identifies in its Rule 26 Disclosures (including by amendment), and is entitled to name 5 persons from the other side. The parties agree to meet and confer regarding any claimed burden or other objection associated with a particular custodian and, if they are unable to reach agreement on whether a custodian should be included in search obligations, seek relief from the Court as appropriate.

2.      We will agree upon search terms to be used for custodial data.

3.      Neither side will be obligated to produce source code in the first instance. This is without prejudice to revisiting the issue should a party believe there is reason for the inspection of source code.

4.      We have provided a chart of proposed metadata fields to be produced. Spreadsheets will be produced in native format.

We agreed that the parties need not include on privilege logs their attorney-client communications on and after the date the lawsuit was filed, so long as those communications do not include third parties. You have suggested that we further revisit these proposals and others during a meet and confer regarding each side's initial set of document responses. We understand that you wish to conduct that meet and confer this week without a prior exchange of correspondence to identify issues. We are



Renita Sharma, Esq.
Hope Skibitsky, Esq.
August 25, 2021
Page 3

prepared to proceed in that fashion but please understand that we may not have answers for you in our initial discussion.

Please advise when you would like to conduct our next meet and confer regarding ESI and discovery responses.  Please direct your correspondence to Nathan and me as Rob is going to be out of the office for the next couple of months.

Sincerely yours,

Orrick, Herrington & Sutcliffe LLP

Annette L. Hurst

ALH/mmr

# EXHIBIT 6







### Episode 018: Skill Mapper - Exploring Your Organization's Hidden Talents

Feb 28, 2017

Host Matt DeSantis catches up with the folks behind hiQ Labs' latest workforce planning product, Skill Mapper, in an in-depth look at a tool that is helping to answer these questions.



### Episode 017: Michael Housman: A Conversation with People Analytics Host and Data Scientist in Residence

Feb 7, 2017

hiQ's Workforce Scientist in Residence and the host of this podcast - Michael Housman - has spent countless hours interviewing other leaders in the space but we decided to turn the tables and interview him in anticipation of his departure from the podcast.



### Episode 016: Ian O'Keefe: A Conversation with JPMorgan Chase's Managing Director, Head of People Analytics

Jan 24, 2017

Ian O'Keefe has been involved in 15 years across a wide array of organizations. He led people analytics at Sears, joined Google to work on Laszlo Bock's team, and now heads up talent analytics at JP Morgan Chase, where he's responsible for 63,000 employees. He joins Michael Housman on the podcast to talk about his unique journey, the technology landscape when it comes to people analytics, and more!



### Episode 015: Panel Discussion: The Future of Work

Jan 10, 2017

Artificial intelligence is the hot topic that everyone's talking about these days, but the term itself is very broad and it touches on predictive analytics, cognitive computing, and even robotics.  Regardless of how it's defined, one thing is certain - it's making its way into the workplace through hundreds of different applications, tools, and technologies that people analytics teams can use to leverage the power of data science.



### Episode 014: A Conversation with Susan Biancani, Data Scientist, People Analytics at Airbnb



Dec 21, 2016

Speaking to Michael Housman from the 2016 Elevation awards, Susan Biancani talks more about Airbnb's inclusion and diversity efforts, their strong focus on transparency when it comes to reporting these numbers, and the unique culture that Airbnb believes starts with their employees and radiates outwards to their customers.



Episode 013: 2016 hiQ Elevate and Elevation Awards

Dec 6, 2016

In this Elevate-focused podcast, we hear from Intel's General Manager, Talent Intelligence & Analytics, Alexis Fink, who shares her presentation, "From Optimism to Impact, Getting Results with Talent Analytics," followed by a very special "Man on the Street" segment where our very own Michael Housman interviews attendees at the hiQ Elevate Conference.



Episode 012: Beverly Tarulli- A Conversation with Vice President, Human Capital Strategy & Workforce Analytics at PepsiCo

Nov 15, 2016

Beverly Tarulli, Vice President of Human Capital Strategy & Workforce Analytics at PepsiCo comes on the podcast and shares some of the challenges that she's encountered, their biggest achievements, and her own philosophy towards her work.



Episode 011: A Conversation with the Founder of Edelman & Associates

Nov 8, 2016

Paul Edelman is the managing director and founder of Edelman and Associates - a boutique recruiting company that focuses on people analytics teams - but he's far from your ordinary recruiter. He joins us on the podcast to talk about his work, trends he sees in the field, and the conversation even veers a bit towards some interesting ideas in cognitive psychology



Episode 010: Upping the HR Game

Oct 18, 2016

In his keynote address for the May 2016 Elevate conference in NYC, Chris Gagnon (Solution Partner, McKinsey & Company) provides a bit of historical context around where the HR department sits within the organization and how they can elevate their own standing.

Episode 009: A Discussion of Big Data and Inclusionary Practices



Oct 3, 2016

Zev Eigen, Littler Mendelson's Global Director of Data Analytics, has an unusual background in that he is both an employment attorney and also a data scientist. As such, he's in a unique position to talk about some of the opportunities and the risks posed by some of the cutting edge data science techniques that are increasingly being applied to the workforce.

### Episode 008: A Conversation with Mass Mutual's CHRO



Sep 20, 2016

Eddie Ahmed, the CHRO Mass Mutual, joins the podcast to talk about the stock ticker-like people analytics readout that he aspires to create, the one trait he thinks is most critical in people analytics practitioners, and Mass Mutual's efforts to promote employee wellness by providing incentives for them to engage in healthy behaviors.

### Episode 007: A Conversation with David Green of IBM



Sep 6, 2016

For this week's episode, we take a trip across the pond with David Green who is a people analytics leader, speaker, and award-winning writer.

### Episode 006: The People Analytics Imperative (Part 2)



Aug 22, 2016

Josh Bersin is one of the foremost authorities on the ways in which HR is being transformed by technology. This episode is the second half of Josh's keynote hiQ Elevate NYC in May 2016 where he talked about the place that people analytics will occupy within forward-looking companies, and more!

### Episode 005: A Conversation with The Wharton School's George W. Taylor



Aug 8, 2016

Dr. Peter Cappelli (one of HR Magazine's Top 5 influencers in management) joins us on the podcast to talk about how the interesting topics in HR research have evolved over the year, the emergence of people analytics, and the fact that interest in these topics seems to be cyclical.

### Episode 004: A Conservation with MasterCard's People Analytics Leader



Jul 25, 2016

As an economist and Mastercard's people analytics leader, Geetanjali Gamel has a somewhat unique approach to people analytics. Learn more on this episode of the People Analytics Podcast.



### Episode 003: A conversation with Salesforce's Senior Director

Jul 11, 2016

Salesforce's Senior Director of Employee Success - Ernest Ng - comes on the podcast to share some of his insights around how they prioritize different initiatives and where they focus their attention in order to help get their sales team up the learning curve more quickly.



### Episode 002: The People Analytics Imperative (Part 1)

Jun 22, 2016

In this episode of the People Analytics Podcast, we were lucky enough to have Josh Bersin, Principal and Founder, Bersin by Deloitte, share his thoughts on the state of HR technology and people analytics.



### Episode 001: Is Software Better at Managing People Than You Are?

Jun 9, 2016

In his keynote address for the May 2016 Elevate conference in NYC, Chris Gagnon (Solution Partner, McKinsey & Company) provides a bit of historical context around where the HR department sits within the organization and how they can elevate their own standing.

## CONTACT US

E: SALES@HIQLABS.COM

P: 866-765-5880



© 2018 HIQ LABS

 

# SUCCESSFUL M&A BUYERS UNDERSTAND THE TARGET WORKFORCE

June 2, 2017

Successful workforce integration requires data. Unfortunately, the old ways of collecting data (e.g., surveys, interviews) are getting to be too slow, too expensive, and too subjective.

Read More →

# TALENT ANALYTICS IN M&A: AN OBLIGATION

May 19, 2017

We are past the point where analytics-based decision-making is a "nice-to-have". If we're accountable for delivering the best possible value in an M&A deal, avoiding cognitive biases through talent analytics is not just an opportunity . . . it's an imperative.

Read More →

# THE HUMAN CAPITAL SIDE OF M&A

May 5, 2017

M&A buyers are not just looking at products, customers, and market access . . . the acquired workforce is also a critical consideration. With that in mind, here is today's hi5 - the 5 action items for buyers to keep in mind regarding the human capital side of M&As.

Read More  →

## CONTACT US

E: SALES@HIQLABS.COM

P: 866-765-5880



© 2018 HIQ LABS





Choose Category  ⌄



**J&J Does Best in Attracting Young, High-Achieving Immuno-Oncology Researchers, According to Data Analytics Firm hiQ Labs**

Feb 21, 2018 ·
Press Release

**hiQ Wins Motion for Preliminary Injunction in Landmark Lawsuit against LinkedIn**

Aug 15, 2017 ·
Press Release

**Our Commitment to Privacy, Free Speech and Fair Use**

Jul 2, 2017 ·
Press Release



**How To Build Superior Retention With hiQ Labs**

Feb 13, 2017 ·
In The News

**When to Override an Algorithm**

Nov 10, 2016 ·
HR Articles

**hiQ Labs listed as an HR Innovator**

Oct 22, 2016 ·
In The News

**hiQ Labs People Analytics Solution Wins HR Tech Product of the Year**

Sep 21, 2016 ·
Press Release

**15 tips to help HR get started with People Analytics**

Jul 25, 2016 ·
HR Articles

**hiQ Labs, the Global Standard for People Analytics, Honored to Present on the Giant Ideas Stage at MongoDB World 2016**

Jun 27, 2016 ·
Press Release

**hiQ Labs Elevate Breaks Attendee Records and Becomes the Largest, Most Influential People Analytics Community**

May 17, 2016 ·
Press Release







hiQ Labs
Invited to
Participate in
Wharton
People
Analytics
Conference

Mar 31, 2016  ·
Press Release

HR
Leadership:
Is software
better at
managing
people than
you are?

Mar 21, 2016  ·
HR Articles

Former
LinkedIn and
eBay Leader
Joins hiQ
Labs
Management
Team

Mar 1, 2016  ·
Press Release

A New Breed
of 'Data First'
Tools Could
Soon
Dominate
The
Enterprise

Jan 31, 2016  ·
HR Articles

hiQ Labs
Appoints
Former
Cornerstone
On Demand
Chief
Analytics
Officer Dr.
Michael
Housman

Nov 6, 2015  ·
Press Release



The Top 10
Disruptions in
HR
Technology:
Ignore Them
At Your Peril

Oct 15, 2015  ·
In The News



People Data
Everywhere

Feb 27, 2015  ·
In The News



Four
Companies
Changing HR

Feb 3, 2015  ·
In The News

Meet the
market
shapers

Jan 10, 2015  ·
In The News

## CONTACT US

### E: SALES@HIQLABS.COM

### P: 866-765-5880



© 2018 HIQ LABS

# EXHIBIT 7

← **hiQ Labs**
624 Tweets





**Follow**

## hiQ Labs
@hiqlabs

Helping companies understand flight risk and skill footprint of their enterprise organization.

⊙ San Francisco, CA   🔗 hiqlabs.com   🗓 Joined May 2014

**566** Following   **726** Followers

| Tweets | Tweets & replies | Media | Likes |

↻ **hiQ Labs Retweeted**



**SourceCon** @SourceCon · Sep 12, 2019   ⋯

LinkedIn Loses Appeal Over Scraping Public Profile Data: Two years ago, LinkedIn a federal judge issued a considerable setback for LinkedIn, ruling that it can't block the startup hiQ Labs from accessing public profile data. This past Monday, a federal… dlvr.it/RCxjCg





💬    ↻ 3          ♡ 8          ⬆

↻ **hiQ Labs Retweeted**



**EFF** ✓ @EFF · Apr 17, 2018                        …
The public is already losing access to information. It is imperative that courts block attempts to use the CFAA to limit access to public information on the web.



'Scraping' Is Just Automated Access, and Everyone Does It
For tech lawyers, one of the hottest questions this year is: can companies use the Computer Fraud and Abuse Act (CFAA)—an …
🔗 eff.org

💬 3          ↻ 168          ♡ 202          ⬆

↻ **hiQ Labs Retweeted**

 **LA Daily Journal** @LADailyJournal · Mar 27, 2018                    ...
Jamie Lee Williams: 'Scraping' is just #automated access, and everyone
does it dailyjournal.com/articles/34670... @EFF #technologylaw



💬 1            🔁 3            ♡ 2            ⬆️

🔁 **hiQ Labs Retweeted**

 **EFF** ✔ @EFF · Jan 10, 2018                    ...
The Ninth Circuit agrees with us: violating a website's ban on scraping is
not a crime.



Ninth Circuit Doubles Down: Violating a Website's Terms of Service Is

Good news out of the Ninth Circuit: the federal court of appeals heeded
EFF's advice and rejected an attempt by Oracle to hold a company …

🔗 eff.org

🗨 7          ⟲ 373          ♡ 535          ⬆

⟲ **hiQ Labs Retweeted**



**David Green** @david_green_uk · Jan 8, 2018                    •••

The 20 best #PeopleAnalytics articles Nov & Dec 2017: #15 The Brutal
Fight to Mine Your Data and Sell It to Your Boss bloom.bg/2zN1TaP by
@drakepbennett @hiqlabs #pa20_dg #HR #HRAnalytics



🗨          ⟲ 2          ♡ 2          ⬆

⟲ **hiQ Labs Retweeted**



**Tripwire** ✔ @TripwireInc · Jan 8, 2018                    •••

hiQ v. LinkedIn – Who Controls Your Publicly Available Data?
tripwire.me/2CVJ7PX via @LegalLevity #infosec #linkedin





hiQ v. LinkedIn – Who Controls Your Publicly Available Data?
The key question underpinning this case will be driven to at least some resolution in March of 2018 when hiQ has its day in court against …
🔗 tripwire.com

💬          ⬆ 4          ♡ 3          ⬆

## Topics to follow

Sign up to get Tweets about the Topics you follow in your Home timeline.

| Data science | + | Information security | + | D |
| Machine learning | + | Massachusetts Institute of Technology | + | O |
| Artificial intelligence | + | Cybersecurity | + | S |
| Startups | + | Cloud platforms | + | M |
| Venture capital | + | FinTech | + | C |

⬆ **hiQ Labs Retweeted**



**greenlight** @stevenk11011 · Dec 29, 2017                      ...
The Worst Law in Technology Strikes Again: 2017 in Review
#ComputerFraudAndAbuseAct #CFAA #CodersRightsProject
#securityResearch #Linkedin #hiQLabs #openInternet #scraping
#goodBots #publicData #privateData #privacy #openTrespassNorms





**The Worst Law in Technology Strikes Again: 2017 in Review**
The latest on the Computer Fraud and Abuse Act? It's still terrible. And this year, the detrimental impacts of the notoriously vague and ...
🔗 eff.org

💬          ⟲ 2          ♡ 2          ⬆️

⟲ **hiQ Labs Retweeted**



**EFF** ✔ @EFF · Dec 20, 2017                                      •••

.@nakedsecurity on hiQ v. Linkedin: "what [it] is really about is not so much the adage that users are now the product, but whose product they are destined to become"



LinkedIn accused of chilling access to information online

It's an epic legal battle for the future of the internet, and it's not net neutrality.

🔗 nakedsecurity.sophos.com

💬 3          🔁 39          ♡ 36          ⬆️

**hiQ Labs** @hiqlabs · Dec 18, 2017

Thanks @SourceCon!

> ⓢ **SourceCon** @SourceCon · Dec 15, 2017
>
> The Top 17 Articles of 2017: #17 Judge Rules in Favor of hiQ – LinkedIn Can't Block Startup from Scraping Public Profile Data - Editors Note: For the last 17 days of December, SourceCon will be resharing our most popular articles from the year.  ow.ly/xYUe50fKgd9

💬          🔁 3          ♡ 2          ⬆️

**hiQ Labs** @hiqlabs · Dec 13, 2017

TY @shaneeveans!

> 🖼️ **Shane Evans** @shaneaevans · Dec 13, 2017
>
> Couldn't agree more! @ScrapingHub also filed an amicus brief in support of @hiqlabs . twitter.com/EFF/status/940…

💬          🔁          ♡ 1          ⬆️

🔁 **hiQ Labs Retweeted**




**EFF** ✔️ @EFF · Dec 12, 2017

Accessing public information with automated tools is not a crime. And making it one would undermine a 'hallmark' of the Internet: open access to information online.





hiQ v. LinkedIn
EFF, together with our friends DuckDuckGo and the Internet Archive,
filed an amicus brief urging the Ninth Circuit Court of Appeals to rejec...
🔗 eff.org

💬 5          ⟲ 126          ♡ 191          ⬆️

⟲ **hiQ Labs Retweeted**



**David Green** @david_green_uk · Dec 6, 2017          ⋯
Great selection of articles from @AnalyticsInHR w/ @tomwhaak
@Josh_Bersin @profmortensen Michal Gradshtein of @StarLinksComing
@drakepbennett on @hiQLabs: Top 5 Trending HR analytics Articles of
November 2017  sco.lt/8r59rl #PeopleAnalytics #HR

💬          ⟲ 8          ♡ 9          ⬆️



**hiQ Labs** @hiqlabs · Nov 30, 2017          ⋯
Another FANTASTIC podcast @Chad_Sowash. TY for inviting Mark to come
back and discuss the case. Take a listen! #publicispublic #ImwithhiQ

> 🎙 THẸ ČⓗẶᵈ @Chad_Sowash · Nov 30, 2017
> Public data is Public. Right?
> Not if you're @LinkedIn . @hiqlabs is fighting to keep public data...
> ummm... well... PUBLIC!
>
> It's like one David fighting two Goliaths (LinkedIn & @Microsoft )
>
> bit.ly/CnChiQ2

♡ 1        ⇅ 3        ♡ 7        ↥

**hiQ Labs** @hiqlabs · Nov 29, 2017        •••
Thank you @chaifeldblum!

> 🔵 **Chai Feldblum** ✓ @chaifeldblum · Nov 28, 2017
> Michael Housman, Workforce Scientist from hiQ Labs, told EEOC he
> sees some good in use of big data. We need to learn what's out there.
> ow.ly/IyY930gS9rY #EmpLawChat

♡        ⇅ 1        ♡ 3        ↥

⇅ **hiQ Labs Retweeted**

**Laurence Tribe** ✓ @tribelaw · Nov 15, 2017        •••
A good (but misleadingly titled) Bloomberg Businessweek article about the
internet case I'm handling for hiQ against LinkedIn



The Brutal Fight to Mine Your Data and Sell It to Your Boss
Silicon Valley makes billions of dollars peddling personal information.
🔗 bloomberg.com

♡ 6        ⇅ 86        ♡ 160        ↥

**hiQ Labs** @hiqlabs · Nov 15, 2017        •••
Inside the brutal fight to mine your data and sell it to your boss

inside the brutal fight to mine your data and sell it to your boss
bloomberg.com/news/features/... via @BW



The Brutal Fight to Mine Your Data and Sell It to Your Boss
Silicon Valley makes billions of dollars peddling personal information.
🔗 bloomberg.com

 　　　 1 　　　♡ 1 　　　


hiQ Labs @hiqlabs · Nov 8, 2017
YES! #PublicisPublic!  Thanks @SwoopTalent for your support.
#FreetheData.

https://twitter.com/hiqlabs

Google Chrome 93.0.4577.63

3:12:57 PM 9/3/2021

Windows 10 Enterprise 64-bit Build 19042

# EXHIBIT 8

🌐 UNITED STATES ⌄                                                    LOG IN ⌄



☰

‹ Back to results (/properties/properties-for-lease/office?
location=San+Francisco%252C+CA+94105%252C+USA&radius=0.25&Sort=asc(_distance)&aspects=isLetting)

# Market Center, 575 Market Street,

San Francisco, CA, 94105

FOR LEASE

## 117,652 sqft

LEASE RATE

## Contact Broker for Pricing



Office For Lease

## Innovative Office Space in the Financial District

## SIZES AND MEASUREMENTS

TOTAL SPACE AVAILABLE

117,652 sqft

---

## SPACES AVAILABLE 

### 38th Floor, Suite 3800

6,473 sqft                                          Office

STATUS                    LEASE TYPE
Available                 Direct

Sweeping views of water and cityscape, double door entry off the elevator, 2 conference rooms, 5 offices/meeting rooms with open area, 2 kitchenettes.

 FLOOR PLAN(/resources/fileassets/US-SMPL-27502/d30da1fb/a3e98ff4-1661-41ec-9062- 

### 36th Floor, Suite 3600

7,230 sqft                                          Office

AVAILABLE FROM           STATUS                    LEASE TYPE
05/01/2022               Available                 Direct

Sweeping views of the water and cityscape, 2 conference rooms, 9 offices/meeting rooms, kitchen. Accommodates ±31 workstations.

 FLOOR PLAN(/resources/fileassets/US-SMPL-27502/60de6397/060f59dc-4ba5-4fa5-b580- 

### 35th Floor, Suite 3500

12,885 sqft                                         Office

STATUS                    LEASE TYPE

Available                    Direct

High-end professional services full floor, incredible 360° views, highlighting water and both bridges, 9 offices, 1 large conference room, 2 small conference rooms, open kitchen. Accommodates ±66 workstations.

 FLOOR PLAN(/resources/fileassets/US-SMPL-27502/b8806ed8/e9aa6643-142b-4e4d-
              9d54-47110ab729b7.jpg)

(https://marketplace.vts.com/listing/575-market-street-san-francisco-ca/e85102b6-8277-44a4-

---

## 34th Floor, Suite 3400

12,885 sqft                          Office

STATUS                       LEASE TYPE
Available                    Direct

High end professional services full floor, incredible 360° views, highlighting water and both bridges, 20 offices, 1 large conference room, 1 medium conference room, 1 kitchen. Accommodates ±48 workstations.

 FLOOR PLAN(/resources/fileassets/US-SMPL-27502/44ea74b5/0810a2ef-51c0-4bb7-b8bc-
              921e30b5d3e8.jpg)

(https://marketplace.vts.com/listing/575-market-street-san-francisco-ca/706512cb-9247-4482-

---

## 31st Floor, Suite 3100

12,885 sqft                          Office

STATUS                       LEASE TYPE
Available                    Direct

High-end professional services full floor, incredible 360° views, highlighting water and both bridges, 17 offices, 1 large conference room, 1 medium conference room, 2 kitchenettes. Accommodates ±37 workstations.

 FLOOR PLAN(/resources/fileassets/US-SMPL-27502/df6605df/2c59e080-e770-4dc4-afc1-

## 30th Floor, Suite 3025

1,848 sqft                                          Office

STATUS                          LEASE TYPE
Available                       Direct

Excellent northwest facing views, 2nd gen spec suite, 1 conference room, kitchen. Accommodates ±10 workstations.

 FLOOR PLAN(/resources/fileassets/US-SMPL-27502/175c03ae/0647a71c-53a4-4650-9113- 

## 29th Floor, Suite 2900

4,409 sqft                                          Office

STATUS                          LEASE TYPE
Available                       Direct

Great corner services suite with beautiful water and city views, double door identity, 2 conference rooms, 2 offices/meeting rooms, 3 phone rooms, kitchen. Accommodates ±21 workstations.

 FLOOR PLAN(/resources/fileassets/US-SMPL-27502/710e0302/f23bd449-e54f-4d53-85f9- 

## 28th Floor, Suite 2800

12,885 sqft                                         Office

STATUS                          LEASE TYPE
Available                       Direct

New creative spec suite with exposed ceiling and polished concrete, incredible 360° views, highlighting water and both bridges, 1 large conference room, 8 offices/meeting rooms, 4 phone rooms, open kitchen area. Accommodates ±84 workstations.



 FLOOR PLAN(/resources/fileassets/US-SMPL-27502/925608a6/5aeb4612-1427-400b-



## 27th Floor, Suite 2750

4,377 sqft                                Office

STATUS                  LEASE TYPE
Available                Direct

Double door identity off the elevator, Market Street outlooks with natural lights, 2 conference rooms, 4 offices/meeting rooms with open area for workstations, kitchen. Accommodates ±24 workstations.

 FLOOR PLAN(/resources/fileassets/US-SMPL-27502/69702b50/a112b53e-3561-4611-8395-



## 27th Floor, Suite 2725

2,941 sqft                                Office

STATUS                  LEASE TYPE
Available                Direct

Creative 2nd gen spec suite, exposed ceiling with polished concrete, great northwest facing views, 1 conference room, 3 offices/meeting rooms, open kitchen. Accommodates ±20 workstations.

 FLOOR PLAN(/resources/fileassets/US-SMPL-27502/03df18d2/a398e236-d1f9-4c2a-9490-



## 27th Floor, Suite 2700

5,629 sqft                                Office

STATUS                  LEASE TYPE
Available                Direct

New creative spec suite with exposed ceiling and polished concrete, great southwest facing views, 3 conference rooms, 4 offices/meeting rooms, 1 phone room, open kitchen area. Accommodates ±36 workstations.

 FLOOR PLAN(/resources/fileassets/US-SMPL-27502/017d28d9/fdfa6d82-f69a-41b6-aed7-21a2a3990a5c.jpg)

(https://marketplace.vts.com/listing/575-market-street-san-francisco-ca/069ea40c-c5a9-4184-

## 26th Floor, Suite 2600

7,412 sqft                                    Office

STATUS                   LEASE TYPE
Available                Direct

Great natural light, 14 offices/meeting rooms, kitchenette. Accommodates ±30 workstations.

 FLOOR PLAN(/resources/fileassets/US-SMPL-27502/2d9e9e26/0a136471-725d-4673-

## 25th Floor, Suite 2550

5,887 sqft                                    Office

STATUS                   LEASE TYPE
Available                Direct

New spec suite completed, 2 conference rooms, 3 phone/meeting rooms, open kitchen, IT room. Accommodates ±32 workstations.

 FLOOR PLAN(/resources/fileassets/US-SMPL-27502/aa0addec/83398e44-bcdf-4dc7-8e24-1e6ff59934da.jpg)

(https://marketplace.vts.com/listing/575-market-street-san-francisco-ca/66a35bfa-a683-4120-

## 24th Floor, Suite 2450

5,826 sqft                                    Office

AVAILABLE FROM          STATUS                LEASE TYPE
05/01/2022              Available             Direct

Creative 2nd gen spec suite, exposed ceiling with polished concrete, 2 large conference rooms, 2 offices/meeting rooms, 2 collaboration areas, open kitchen.

 FLOOR PLAN(/resources/fileassets/US-SMPL-27502/2ab6359f/c0e99373-e57f-4a19-b331-   

---

## 21st Floor, Suite 2100

4,461 sqft                                    Office

STATUS                  LEASE TYPE
Available               Direct

Double door identity off the elevator, great corner suite ready for Tenant Improvements.

 FLOOR PLAN(/resources/fileassets/US-SMPL-27502/8bab482c/f4ecfcdb-55bb-493c-bbab-   

---

## 20th Floor, Suite 2020

2,545 sqft                                    Office

STATUS                  LEASE TYPE
Available               Direct

Great northwest facing views with ample natural light, double door identity off the elevator, 1 conference room, 2 offices/meeting rooms with open area. Accommodates ±18 workstations.

 FLOOR PLAN(/resources/fileassets/US-SMPL-27502/bbc26388/90c927de-4cb4-474b-ba13-
d865ff24ad95.jpg)

 (https://marketplace.vts.com/listing/575-market-street-san-francisco-ca/fffc55fb-35bd-4709-

## 8th Floor, Suite 850

3,156 sqft                                          Office

STATUS                      LEASE TYPE
Available                   Direct

Brand new spec suite, 1 conference room, 2 office/meeting rooms, open kitchen. Accommodates ±21 workstations.

 FLOOR PLAN(/resources/fileassets/US-SMPL-27502/6d5e4fec/d4b8fa9f-809d-4d55-87aa-63c650c2ce0f.jpg)

 (https://marketplace.vts.com/listing/575-market-street-san-francisco-ca/83ebb342-6474-4390-

## 8th Floor, Suite 825

3,239 sqft                                          Office

STATUS                      LEASE TYPE
Available                   Direct

Creative 2nd gen spec suite, exposed ceiling with polished concrete, 1 conference room, 2 offices/meeting rooms, open kitchen. Accommodates ±21 workstations.

 FLOOR PLAN(/resources/fileassets/US-SMPL-27502/b309bdcb/704cc205-82ea-46e4-8cec-7ab086ae0d39.jpg)

(https://marketplace.vts.com/listing/575-market-street-san-francisco-ca/dc69f9f8-90e1-405a-

## 8th Floor, Suite 800

5,876 sqft                                          Office

STATUS                      LEASE TYPE
Available                   Direct

Creative 2nd gen spec suite, exposed ceiling with polished concrete, 2 conference rooms, 3 offices/meeting rooms, open kitchen. Accommodates ±46 workstations.

 FLOOR PLAN(/resources/fileassets/US-SMPL-27502/a06f8156/5d8ef8ad-74b4-4b8e-ba14-561847716ba0.jpg)



(https://marketplace.vts.com/listing/575-market-street-san-francisco-ca/d2d7943b-1418-46c4-

## 3rd Floor, Suite 375

3,575 sqft                                            Office

STATUS                    LEASE TYPE
Available                 Direct

Brand new spec suite, Market Street outlooks, 2 conference rooms, kitchenette, production area. Accommodates ±25 workstations.

 FLOOR PLAN(/resources/fileassets/US-SMPL-27502/c16b32f8/f56920ef-12f4-44e8-a454-ad7251704b09.jpg)

(https://marketplace.vts.com/listing/575-market-street-san-francisco-ca/37754684-3ea3-41fa-

## 3rd Floor, Suite 300

4,294 sqft                                            Office

STATUS                    LEASE TYPE
Available                 Direct

Great 2nd gen spec suite, Market Street outlooks, 1 conference room, 2 phone rooms, kitchen. Accommodates ±30 workstations.

 FLOOR PLAN(/resources/fileassets/US-SMPL-27502/a2178a33/6c8054b1-9cf8-4b69-b80a-



# PRICING INFORMATION

LEASE TYPE
Direct

LEASE RATE
Contact Broker for Pricing

LEASE RATE TYPE
Full Service Gross (FSG)

## TRANSPORTATION



TRANSIT/SUBWAY

| MONTGOMERY BART/MUNI STATION | **1** blocks | **1** minute/walk |
| --- | --- | --- |

## PHOTOS















‹ Back to results (/properties/properties-for-lease/office?

location=San+Francisco%252C+CA+94105%252C+USA&radius=0.25&Sort=asc(_distance)&aspects=isLetting)

**OTHER PROPERTIES IN THIS AREA**



(/properties/properties-for-lease/office/details/US-SMPL-23962/market-center-575-market-street-94105?view=isLetting)

## Market Center, 575 Market Street,

San Francisco, CA, 94105

**5,800 sqft**

**Contact Broker for Pricing**

(/properties/properties-for-lease/office/details/US-SMPL-23962/market-center-575-market-street-94105?view=isLetting)

CORPORATE INFORMATION

CORPORATE RESPONSIBILITY

CASE STUDIES

MEDIA CENTER

ABOUT US

CAREERS

PEOPLE AND OFFICES

GLOBAL LEADERSHIP

INVESTOR RELATIONS

CONTACT US

GLOBAL WEB PRIVACY AND COOKIE POLICY

SITEMAP

TERMS OF USE

UNITED STATES PRIVACY POLICY

OUR RESPONSE TO SCHREMS II



COOKIE PREFERENCES

# EXHIBIT 9

**REDACTED VERSION OF
DOCUMENT SOUGHT TO BE
SEALED.**

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7413**

WRITER'S EMAIL ADDRESS
**renitasharma@quinnemanuel.com**

January 22, 2021

**VIA E-MAIL**

Robert L. Uriarte
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
ruriarte@orrick.com

Re:    *hiQ Labs, Inc. v. LinkedIn Corporation*, No. 17 Civ. 3301 (EMC) (N.D. Cal.)

Dear Robert,

I write regarding the Northern District of California's August 14, 2017 preliminary injunction order ("PI Order") directing LinkedIn to remove any technical barriers that would prevent hiQ from accessing public LinkedIn profiles. (ECF No. 63 at 25.)

As you are aware, pursuant to the PI Order, LinkedIn has "whitelisted" certain IP addresses used by hiQ to access public LinkedIn profiles.  We write to inform you that hiQ has ceased to use the following IP addresses, which may be released from LinkedIn's whitelist:

     34.211.215.114
     34.211.30.33
     34.206.56.174
     34.234.103.91
     34.213.99.139
     52.8.230.165
     54.153.107.141

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART

January 22, 2021
Robert L. Uriarte

      We further request that LinkedIn whitelist the following IP addresses, which will be used by hiQ to access public LinkedIn profiles:



      If you have any questions, please feel to call me at (646) 675-9222.

Very truly yours,

*/s/ Renita Sharma*

Renita Sharma

# EXHIBIT 10

**REDACTED VERSION OF
DOCUMENT SOUGHT TO BE
SEALED.**



February 2, 2021

**Orrick, Herrington & Sutcliffe LLP**
1000 Marsh Road
Menlo Park, CA 94025-1015

+1 650 614 7400
**orrick.com**

Renita Sharma
Quinn Emanuel
51 Madison Ave., 22ⁿᵈ Floor
New York, NY 10010
renitasharma@quinnemanuel.com

**Robert L. Uriarte**

**E** ruriarte@orrick.com
**D** +1 650 289 7105
**F** +1 650 614 7401

Re:      hiQ Whitelist Request

Dear Renita:

Thank you for your letter of January 22, 2021 asking LinkedIn to make changes to the hiQ whitelist.
Your request is in process.  We write to request additional information concerning hiQ's continued access
to LinkedIn's website, servers, and data.

hiQ's Motion to Strike in Part LinkedIn's Counterclaims represents to the Court that "hiQ is no longer a
user of LinkedIn."  Dkt. 182 at 2.  Your letter of January 22, however, states that two new IP addresses
resolving to AWS infrastructure, ███████████ and ███████████ ("AWS EC2 IP addresses"), "will be
used by hiQ to access public LinkedIn profiles."  The seeming inconsistency between hiQ's January 18
representation to the Court and January 22 request to LinkedIn raises several questions.

First, who has entitlements to use the AWS EC2 IP addresses?  Second, what is the purpose and nature of
use of the AWS EC2 IP addresses with respect to LinkedIn?  Third, what security measures does hiQ
have in place to ensure that the AWS EC2 IP addresses are not abused?[1]

Please note that to the extent that hiQ continues to access LinkedIn's website, it remains bound by
LinkedIn's User Agreement, and scraping in violation of the User Agreement amounts to an ongoing
breach of contract.

Please provide answers to the foregoing questions by no later than close of business California time on
Monday, February 8, 2021.  Thank you in advance for your prompt attention to LinkedIn's inquiries.

---

[1] As you may know, AWS computers are frequently abused by cybercriminals to carry out attacks, with
some estimating that AWS computers are responsible for 94% of all web attacks coming from public
clouds. *See, e.g.*, Spikes in High-risk Vulnerabilities and Public Cloud-based Attacks Dominate Threat
Landscape, Imperva Researchers Find with New Cyber Threat Index, IMPERVA.COM (Feb. 19, 2020).



February 2, 2021
Page 2

Sincerely,

Robert L. Uriarte

# EXHIBIT 11

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S EMAIL ADDRESS
**renitasharma@quinnemanuel.com**

February 8, 2021

<u>VIA E-MAIL</u>

Robert L. Uriarte
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015

Re:     <u>*hiQ Labs, Inc. v. LinkedIn Corporation*</u>, No. 17 Civ. 3301 (EMC) (N.D. Cal.)

Dear Robert,

I write in response to your letter of February 2, 2021, responding to hiQ's January 22, 2021 request that LinkedIn update its "whitelist" of certain IP addresses maintained pursuant to the Northern District of California's August 14, 2017 preliminary injunction order ("PI Order") directing LinkedIn to remove any technical barriers that would prevent hiQ from accessing public LinkedIn profiles. (ECF No. 63 at 25.)

Your letter purports to express surprise at the "seeming inconsistency" between hiQ's statement that it is no longer a user bound by LinkedIn's User Agreement, and hiQ's January 22, 2021 request that LinkedIn update its list of whitelisted IP addresses used by hiQ to access LinkedIn.  You further claim that "to the extent that hiQ continues to access LinkedIn's website, it remains bound by LinkedIn's User Agreement."

There is no "seeming inconsistency" between hiQ's position that it is not a user of LinkedIn and hiQ's request.  Indeed, both the PI Order and the Ninth Circuit opinion affirming the same—which "enjoined [LinkedIn] from preventing hiQ's access, copying, *or use of* public profiles on LinkedIn's website" (ECF No. 63 at 25 (emphasis added))—stated that "LinkedIn has [ ] terminated hiQ's user status."  *Id.* at 7 n. 4; *see also hiQ Labs, Inc. v. LinkedIn Corp.*, 983 F.3d 985, 991 n. 5.  As such, it was LinkedIn's own action that made hiQ "no longer a user of LinkedIn," as hiQ stated in its Motion to Dismiss.  Dkt. 182 at 2.

Moreover, as further explained in hiQ's Motion to Dismiss, LinkedIn's claim that hiQ "remains bound by LinkedIn's User Agreement" is contrary to the Ninth Circuit's opinion and

**quinn emanuel urquhart & sullivan, llp**

the law of this case.  *See* 983 F.3d at 991 n. 5 ("*[h]iQ is no longer bound by the User Agreement*, as LinkedIn has terminated hiQ's user status.") (emphasis added).

As a purported result of this "seeming inconsistency," your letter demands representations from hiQ regarding the identity of users, the "purpose[,] and nature" of their use, and the security measures in place for the identified IP addresses.

We can confirm that the IP addresses identified in our January 22, 2021 letter are used only by hiQ, and in accordance with hiQ's rights under the PI Order, as affirmed.  If LinkedIn demands further information in order to comply with LinkedIn's obligations under the PI Order, please identify the basis in the PI Order for such requests and hiQ will consider them.

hiQ reserves all rights.


Sincerely,

*/s/ Renita Sharma*

Renita Sharma