1  ANNETTE L. HURST (SBN 148738)
   ahurst@orrick.com
2  RUSSELL P. COHEN (SBN 213105)
   rcohen@orrick.com
3  NATHAN SHAFFER (SBN 282015)
   nshaffer@orrick.com
4  DANIEL JUSTICE (SBN 291907)
   djustice@orrick.com
5  SARAH K. MULLINS (SBN 324558)
   sarahmullins@orrick.com
6  MARIA N. SOKOVA (SBN 323627)
   msokova@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
8  405 Howard Street
   San Francisco, CA  94105-2669
9  Telephone:    +1 415 773 5700
   Facsimile:    +1 415 773 5759
10
   Attorneys for Defendant
11  LinkedIn Corporation

12

13                    UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                      SAN FRANCISCO DIVISION

16

| | |
|---|---|
| 17  hiQ Labs, Inc., | Case No. 17-CV-03301-EMC |
| 18                   Plaintiff, | **DECLARATION OF PAUL ROCKWELL IN SUPPORT OF LINKEDIN'S MOTION TO DISSOLVE PRELIMINARY INJUNCTION AND REQUEST FOR INDICATIVE RULING PURSUANT TO FED R. CIV. P. 62.1** |
| 19         v. | |
| 20  LinkedIn Corporation, | |
| 21                   Defendants. | |
| 22 | Date:          Oct. 14, 2021<br>Time:          1:30 p.m. |
| 23  LinkedIn Corporation | Courtroom:  5 – 17th Floor<br>Judge:         Hon. Edward M. Chen |
| 24                   Counterclaimant, | |
| | Complaint Filed:  June 7, 2017 |
| 25         v. | Trial Date:         February 27, 2023 |
| 26  hiQ Labs, Inc. | **REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED.** |
| 27                   Counterdefendant, | |

28

I, Paul Rockwell, hereby declare as follows:

1.      I have worked at LinkedIn for nine years and am currently head of the Trust & Safety organization.  I have personal knowledge of the facts stated in this declaration unless otherwise indicated, and if called upon as a witness, could competently testify to them.  I submit this declaration in support of LinkedIn's motion to dissolve the August 14, 2017 preliminary injunction, request for indicative ruling, and related motion to seal.

2.      The Trust & Safety organization sits within Trust Engineering and is charged with addressing operational, product, and security risks.  Trust Engineering, along with partner teams, is responsible for developing mechanisms for detection and mitigation of scraping and for investigating significant and high-scale abuse incidents.  A primary goal of our teams is to ensure that the data LinkedIn's members entrust to LinkedIn remains secure, and to prevent unauthorized access to the platform—including automated access by bots, crawlers, or scrapers that attempt to scrape data from LinkedIn servers.

3.      LinkedIn is a professional network with over 750 million members around the world.  LinkedIn's platform is made up of its members, who provide profile information to build their professional online identities.  LinkedIn offers members a number of privacy settings that permit them to control what information is displayed and published to others.

4.      Among the many challenges that LinkedIn faces, various individuals and business entities periodically attempt to misappropriate data from the LinkedIn website—data that LinkedIn's members have entrusted to it—by using automated means or "scraping," meaning the accessing, extraction, and copying of data on a large scale.

5.      In order to communicate clear, binding terms for treatment of member data—as well as how the public may use LinkedIn's website and the information viewable therein—LinkedIn publishes its User Agreement, Privacy Policy, and Cookie Policy.  The LinkedIn User Agreement applies not only to its members, but to anyone else who accesses LinkedIn's website. The User Agreement expressly prohibits scraping LinkedIn's website.  In particular, Section 8.2 of the August 11, 2020 User Agreement, which is the most current version of the User

DECL. OF PAUL ROCKWELL ISO LINKEDIN'S
MOT. TO DISSOLVE PRELIM. INJ. AND
REQUEST FOR INDICATIVE RULING
17-CV-03301-EMC

Agreement, prohibits:

    a.  "Develop[ing], support[ing] or us[ing] software, devices, scripts, robots or any other means or processes (including crawlers, browser plugins and add-ons or any other technology) to scrape the Services or otherwise copy profiles and other data from the Services";

    b.  "Overrid[ing] any security feature or bypass[ing] or circumvent[ing] any access controls or use limits of the Service (such as caps on keyword searches or profile views)";

    c.  "Copy[ing], us[ing], disclos[ing] or distribut[ing] any information obtained from the Services, whether directly or through third parties (such as search engines), without the consent of LinkedIn";

    d.  "Rent[ing], leas[ing], loan[ing], trad[ing], sell[ing]/re-sell[ing] or otherwise monetiz[ing] the Services or related data or access to the same, without LinkedIn's consent."

    6.      Attached hereto as Exhibit 1 is a true and correct copy of LinkedIn's August 11, 2020 User Agreement.

    7.      Analogous prohibitions have been present in prior versions of the User Agreement applicable during the period of hiQ's scraping LinkedIn data.

    8.      Section 8.2 of the October 23, 2014 User Agreement prohibited those bound by it from engaging in any of the following activities:

    a. "Us[ing] … automated software, devices, scripts robots, other means or processes to access, 'scrape,' 'crawl' or 'spider' the Services or any related data or information";

    b. "Us[ing] bots or other automated methods to access the Services";

    c. "Scrap[ing] or copy[ing] profiles and information of others" through "crawlers, browser plugins and add-ons, and any other technology";

    d. "Rent[ing], leas[ing], loan[ing], trad[ing], sell[ing]/re-sell[ing] access to the Services or related any information or data."

    9.      Attached hereto as Exhibit 2 is a true and correct copy of LinkedIn's October 23,

DECL. OF PAUL ROCKWELL ISO LINKEDIN'S
MOT. TO DISSOLVE PRELIM. INJ. AND
REQUEST FOR INDICATIVE RULING
17-cv-03301-EMC

1    2014 User Agreement.[1]

2          10.     Section 8.2 of the June 7, 2017 User Agreement similarly prohibited:

3          a.  "Develop[ing], support[ing] or us[ing] software, devices, scripts, robots, or any other

4    means or processes (including crawlers, browser plugins and add-ons, or any other

5    technology or manual work) to scrape the Services or otherwise copy profiles and other

6    data from the Services";

7          b. "Bypass[ing] or circumvent[ing] any access controls or Service use limits (such as caps

8    on keyword searches)";

9          c. "Copy[ing], us[ing], disclos[ing] or distribut[ing] any information obtained from the

10   Services, whether directly or through third parties (such as search engines), without the

11   consent of LinkedIn";

12         d. "Us[ing], disclos[ing] or distribut[ing] any data obtained in violation of this policy";

13         e.  "Rent[ing], leas[ing], loan[ing], trad[ing], sell[ing]/re-sell[ing] access to the Services or

14   related data";

15         f. "Us[ing] bots or other automated methods to access the Services, add or download

16   contacts, send or redirect messages."

17         11.     Attached hereto as Exhibit 3 is a true and correct copy of LinkedIn's June 7, 2017

18   User Agreement.

19         12.     LinkedIn takes its obligations to protect members' data and its platform seriously,

20   and devotes resources accordingly.  LinkedIn dedicates over fifteen people across various teams,

21   including trust engineering, analytics, machine learning, product, and legal, who work to prevent

22   scraping on LinkedIn's platform.  LinkedIn spends millions of dollars per year in compensation

23   and other resources, including large-scale computing resources, on this protection effort.

24         13.     In addition to dedicated personnel, LinkedIn employs an array of technological

25   safeguards and barriers designed to prevent data scrapers, bots, and other automated systems from

26   

---

[1] This is the version of the User Agreement that hiQ agreed initially agreed to.  By continuing to
access LinkedIn's website and data, hiQ agreed to subsequent versions of the User Agreement as
well.

27

28

DECL. OF PAUL ROCKWELL ISO LINKEDIN'S
MOT. TO DISSOLVE PRELIM. INJ. AND
REQUEST FOR INDICATIVE RULING
17-cv-03301-EMC

accessing and copying its members' data on a large scale.  Unauthorized data scraping forces LinkedIn to expend resources in responding to scraping events and in deploying technical measures to prevent such scraping.  On average, on a daily basis, LinkedIn blocks hundreds of millions of unauthorized requests to access LinkedIn's servers.  LinkedIn's systems and dedicated security personnel turn back more unauthorized guest profile requests than they permit authorized guest profile requests every day.  Over the past four years, the cost and manpower LinkedIn has devoted to combating scraping has only increased.

14.     At all relevant times, LinkedIn's Privacy Policy has limited what LinkedIn can and cannot do with member data.  Section 3.1 of LinkedIn's current Privacy Policy, adopted August 11, 2020, allows members to adjust their settings to determine what portions of their profile, if any, search engines can index and search.  Further, Section 4.2 of the Privacy Policy gives members "many choices about how [their] data is collected, used and shared," including the ability to delete data, restrict the use of data, or control the visibility of information members placed on LinkedIn.  A true and correct copy of the August 11, 2020 Privacy Policy is attached hereto as Exhibit 4.

15.     Among other protections LinkedIn offers, LinkedIn's members can delete information from their profiles, or their profiles entirely, at any time.  If a member deletes his or her profile, LinkedIn will delete that information from its servers, generally within 30 days, subject to limited exceptions.  LinkedIn will not keep a copy of that data.  Members' ability to remove their information helps ensure members retain ultimate control over it.

16.     Prior versions of the Privacy Policy, published on June 7, 2017 and October 23, 2014,[2] include similar statements permitting members to delete profile data, control who can see their profile and activity, and limit how LinkedIn uses their data.  True and correct copies of the June 7, 2017 and October 23, 2014 versions of the Privacy Policy are attached as Exhibits 5 and 6, respectively.

---

[2] This is the version of the Privacy Policy that hiQ initially agreed to.

DECL. OF PAUL ROCKWELL ISO LINKEDIN'S
MOT. TO DISSOLVE PRELIM. INJ. AND
REQUEST FOR INDICATIVE RULING
17-CV-03301-EMC

17.     In addition to the Privacy Policy, LinkedIn offers members a number of other privacy settings that permit them to control what information is displayed and broadcast to others. For example, LinkedIn's "Do Not Broadcast" setting also promotes member control over their information by allowing members to update their profiles at any time without broadcasting the changes.  hiQ's scraping necessarily disregarded member privacy settings—which were invisible to hiQ and its scraping vendors—including members' selection of LinkedIn's Do Not Broadcast feature.

18.     LinkedIn has received numerous complaints from members when they suspect scraping activity.  One example is a complaint from June 2017, where the member asked why a third party was "allowed to harvest and republish" his LinkedIn data and asked LinkedIn "[w]hat protection do you offer LinkedIn members?"  LinkedIn members have complained about hiQ's scraping specifically.  For example, one member complained: "How the hell does hiQ Labs, Inc. get the right to scrape data we placed on LinkedIn?  Is it just me or have things gotten way off the rails."  Attached hereto as Exhibit 7 is a true and correct copy of examples of redacted customer complaints to LinkedIn.

19.     hiQ and the third-party scrapers it retained bound themselves to the User Agreement, among other ways, each time they accessed LinkedIn's website, as the User Agreement provides: "You agree that by [. . .] accessing or using our services (including LinkedIn, [. . .] or any content or information provided as part of these services, collectively, 'Services'), you are entering into a legally binding agreement."  *See* Exhibit 2, § 1.2.  The June 7, 2017 version of the User Agreement similarly provided: "You agree that by [. . .] accessing or using our services (described below), **you are agreeing to enter into a legally binding contract** with LinkedIn [. . .].  If you do not agree to this contract[, . . .] do not access or otherwise use any of our Services."  *See* Exhibit 3, § 1.1 (emphasis in original).  The August 20, 2020 version includes identical language to the June 7, 2017 agreement.  *See* Exhibit 1, § 1.1.

20.     Pursuant to the preliminary injunction entered in this case on August 14, 2017, LinkedIn allowed hiQ unrestricted access to publicly viewable profile data on LinkedIn's servers.

- 5 -

DECL. OF PAUL ROCKWELL ISO LINKEDIN'S
MOT. TO DISSOLVE PRELIM. INJ. AND
REQUEST FOR INDICATIVE RULING
17-CV-03301-EMC

1   LinkedIn confirmed via a letter to hiQ on November 28, 2017 that LinkedIn was "committed to

2   complying with the terms of the preliminary injunction order" and had "therefore taken steps to

3   ensure that hiQ is not prevented from accessing 'public profiles' on LinkedIn's website" by

4   ensuring that the IP address identified by hiQ was not blocked.[3]  A true and correct copy of

5   LinkedIn's November 28, 2017 letter is attached hereto as Exhibit 8.  As set forth in the letter,

6   LinkedIn personnel implemented affirmative measures to ensure hiQ's IP address had

7   unrestricted access to LinkedIn publicly viewable profile data.  LinkedIn accomplished this

8   through "allowlisting" (also referred to as "whitelisting") the IP address, which allows the device

9   connected to that address to access certain portions of LinkedIn's site without blocking access

10  through the anti-scraping measures described above.  hiQ requested the addition of new IP

11  addressed on April 8, 2018.  A true and correct copy of hiQ's April 8, 2018 email is attached

12  hereto as Exhibit 9.

13          21.     Even prior to the injunction, hiQ enjoyed largely unfettered access to LinkedIn.

14  LinkedIn had implemented IP blocks on certain IP addresses it thought were associated with hiQ

15  prior to the injunction.  In my prior declaration, I stated that LinkedIn blocked traffic from those

16  IP addresses on June 24, 2017.  I later learned that although LinkedIn started the process to block

17  traffic from those IP addresses on June 24, the block did not go into place until June 29, 2017.

18  LinkedIn then removed the block on June 30, 2017, after the hearing on hiQ's motion for a

19  temporary restraining order.

20          22.     LinkedIn continues to take affirmative steps to ensure that hiQ has access to

21  LinkedIn's servers.  As recently as January 2021, hiQ's counsel sent LinkedIn another letter

22  requesting that LinkedIn allowlist additional IP addresses, and LinkedIn took affirmative steps to

23  guarantee those IP addresses' access.  *See* Declaration of Annette Hurst, Exhibit 9.  LinkedIn has

24  no knowledge of who ultimately controls the IP addresses hiQ designates and no visibility into

25  what hiQ does with the information it accesses.

26

27  [3] An IP address (or Internet Protocol address) is an identifying number for a device (e.g., a
    computer or smart phone) connected to a network.

28
                                                        DECL. OF PAUL ROCKWELL ISO LINKEDIN'S
                                    - 6 -                MOT. TO DISSOLVE PRELIM. INJ. AND
                                                        REQUEST FOR INDICATIVE RULING
                                                        17-cv-03301-EMC

23.     It is important that the IP addresses identified by hiQ remain confidential.  After consultation with LinkedIn's Chief Information Security Officer, I am concerned that if the IP addresses that LinkedIn has allowlisted for hiQ were publicly disclosed, third parties could use this knowledge to infer sensitive information about the sources and methods used in the defense of our computer systems and protection of our members' data, and disclosure could enable such third parties to devise novel methods, or attempt to use or "spoof" the IP addresses, to circumvent technical barriers that would otherwise prevent them from, among other things, scraping LinkedIn and thereby gaining access to scrape LinkedIn members' publicly viewable profile data, in violation of the member protections set forth in LinkedIn's User Agreement and Privacy Policy and described herein.  For that reason, LinkedIn does not publicly disclose the IP addresses it allowlists.

24.     The pendency of the injunction has created an ongoing perception that scrapers have an open door to LinkedIn profile data, which erodes the member trust LinkedIn has made the cornerstone of its business.  At least one scraper, ██████████████████████ ██████████████████████, tells the public and its customers that this Court's injunction makes it "irrefutably legal" for anyone to scrape LinkedIn, even though LinkedIn's terms of use provide otherwise.  *Bright Data* website, https://brightdata.com/legality-of-web-data-collection.  And the sister company of OxyLabs, ██████████████████████, conducted "an almost complete scrape of LinkedIn data" in 2019.  "Personal and Social Information of 1.2 Billion People Discovered in Massive Data Leak," *Night Lion Security Blog*, Nov. 22, 2019, a true and correct copy of which is attached as Exhibit 10.

25.     Data misuse has been the subject of extensive news coverage in recent years.  This coverage often describes scraping as a "fiasco" or (incorrectly) as "breaches" of member data.  Many articles explicitly refer to data scraped from LinkedIn, with headlines like: "LinkedIn's 1.2B Data-Scrape Victims Already Being Targeted by Attackers," *threatpost*, July 1, 2021; "Why Facebook and LinkedIn's data scraping fiascos are a huge security problem for their users," *Fortune*, April 17, 2021; "Data scraped from 500 million LinkedIn users found for sale online,"

DocuSign Envelope ID: 978D2614-778C-42BE-8A9E-28AEB2F32490

1    *TechRepublic*, April 6, 2021; "LinkedIn data breach grows to include over a billion hacked files:

2    The security of the social networking platform is very concerning, one expert says,"

3    *ConsumerAffairs*, July 1, 2021; "Massive data leak exposes 700 million LinkedIn users'

4    information," *Fortune*, June 30, 2021; "From Facebook to LinkedIn, data-scraping leaks

5    proliferate: The incentives and opportunities for harvesting valuable personal information have

6    multiplied," *Financial Times*, April 15, 2021.  Other coverage focuses on the proliferation of

7    companies—like Cambridge Analytica, Clearview AI, and others—using personal information on

8    social media profiles in ways users did not expect or intend.  Examples of this coverage include:

9    "Leaked: List of police, govt, uni orgs in Clearview AI's facial-recognition trials," *The Register*,

10   August 29, 2021; "Facebook data misuse and voter manipulation back in the frame with latest

11   Cambridge Analytica leaks," *TechCrunch*, Jan. 6, 2020.  These press cycles lead to member

12   complaints and confusion, and further erode members' trust by creating the impression that the

13   security of their personal information has been breached.  Press of this nature also has led to

14   regulatory inquiries that cost LinkedIn time and money as well as reputational harm.  Attached

15   hereto as Exhibit 11 are true and correct copies of the articles referenced in this paragraph.

16            26.     A court order compelling LinkedIn to provide privileged access to an admitted

17   scraper creates the impression among both scrapers and members that LinkedIn cannot legally

18   protect member data, harming LinkedIn's reputation.  This is especially true where a company,

19   like hiQ, has no apparent business purpose for accessing the data.

20            I declare under penalty of perjury under the laws of the United State that the foregoing is

21   true and correct.  Executed on September 10, 2021, at Los Gatos, California.

23            DocuSigned by:

24            BDF7F452989E4D3...                            Paul Rockwell

28

DECL. OF PAUL ROCKWELL ISO LINKEDIN'S
MOT. TO DISSOLVE PRELIM. INJ. AND
REQUEST FOR INDICATIVE RULING
17-cv-03301-EMC

# EXHIBIT 1

 

# User Agreement

*Effective on August 11, 2020*

Our mission is to connect the world's professionals to allow them to be more productive and successful. Our services are designed to promote economic opportunity for our members by enabling you and millions of other professionals to meet, exchange ideas, learn, and find opportunities or employees, work, and make decisions in a network of trusted relationships.



LinkedIn User Agreement | Who owns your content? You do

# Table of Contents:

1. Introduction

2. Obligations

3. Rights and Limits

4. Disclaimer and Limit of Liability

5. Termination

6. Governing Law and Dispute Resolution

7. General Terms

8. LinkedIn "Dos and Don'ts"

9. Complaints Regarding Content

10. How To Contact Us

# Introduction

## 1.1 Contract

When you use our Services you agree to all of these terms. Your use of our Services is also subject to our Cookie Policy and our Privacy Policy, which covers how we collect, use, share, and store your personal information.

You agree that by clicking "Join Now", "Join LinkedIn", "Sign Up" or similar, registering, accessing or using our services (described below), you are agreeing to enter into a legally binding contract with LinkedIn (even if you are using our Services on behalf of a company). If you do not agree to this contract ("Contract" or "User Agreement"), do not click "Join Now" (or similar) and do not access or otherwise use any of our Services. If you wish to terminate this contract, at any time you can do so by closing your account and no longer accessing or using our Services.

## Services

This Contract applies to LinkedIn.com, LinkedIn-branded apps, LinkedIn Learning and other LinkedIn-related sites, apps, communications and other services that state that they are offered under this Contract ("Services"), including the offsite collection of data for those Services, such as our ads and the "Apply with LinkedIn" and "Share with LinkedIn" plugins. Registered users of our Services are "Members" and unregistered users are "Visitors".

## LinkedIn

You are entering into this Contract with LinkedIn (also referred to as "we" and "us").

We use the term "Designated Countries" to refer to countries in the European Union (EU), European Economic Area (EEA), and Switzerland.

If you reside in the "Designated Countries", you are entering into this Contract with LinkedIn Ireland Unlimited Company ("LinkedIn Ireland") and LinkedIn Ireland will be the controller of your personal data provided to, or collected by or for, or processed in connection with our Services.

If you reside outside of the "Designated Countries", you are entering into this Contract with LinkedIn Corporation ("LinkedIn Corp.") and LinkedIn Corp. will be the controller of your personal data provided to, or collected by or for, or processed in connection with our Services.

This Contract applies to Members and Visitors.

As a Visitor or Member of our Services, the collection, use and sharing of your personal data is subject to this Privacy Policy (which includes our Cookie Policy and other documents referenced in this Privacy Policy) and updates.

## 1.2 Members and Visitors

When you register and join the LinkedIn Services, you become a Member. If you have chosen not to register for our Services, you may access certain features as a "Visitor."

## 1.3 Change

We may make changes to the Contract.

We may modify this Contract, our Privacy Policy and our Cookies Policy from time to time. If we make material changes to it, we will provide you notice through our Services, or by other means, to provide you the opportunity to review the changes before they become effective. We agree that changes cannot be retroactive. If you object to any changes, you may close your account. Your continued use of our Services after we publish or send a notice about our changes to these terms means that you are consenting to the updated terms as of their effective date.

# 2. Obligations

## 2.1 Service Eligibility

Here are some promises that you make to us in this Contract:

You're eligible to enter into this Contract and you are at least our "Minimum Age."

The Services are not for use by anyone under the age of 16.

To use the Services, you agree that: (1) you must be the **"Minimum Age"**(described below) or older; (2) you will only have one LinkedIn account, which must be in your real name; and (3) you are not already restricted by LinkedIn from using the Services. Creating an account with false information is a violation of our terms, including accounts registered on behalf of others or persons under the age of 16.

"Minimum Age" means 16 years old. However, if law requires that you must be older in order for LinkedIn to lawfully provide the Services to you without parental consent (including using of your personal data) then the Minimum Age is such older age.

## 2.2 Your Account

You will keep your password a secret

You will not share an account with anyone else and will follow our rules and the law.

Members are account holders. You agree to: (1) use a strong password and keep it confidential; (2) not transfer any part of your account (e.g., connections) and (3) follow the law and our list of Dos and Don'ts and **Professional Community Policies**. You are responsible for anything that happens through your account unless you close it or report misuse.

As between you and others (including your employer), your account belongs to you. However, if the Services were purchased by another party for you to use (e.g. Recruiter seat bought by your employer), the party paying for such Service has the right to control access to and get reports on your use of such paid Service; however, they do not have rights to your personal account

## 2.3 Payment

You'll honor your payment obligations and you are okay with us storing your payment information.
You understand that there may be fees and taxes that are added to our prices.

Refunds are subject to our policy.

If you buy any of our paid Services ("Premium Services"), you agree to pay us the applicable fees and taxes and to **additional terms** specific to the paid Services. Failure to pay these fees will result in the termination of your paid Services. Also, you agree that:

- Your purchase may be subject to foreign exchange fees or differences in prices based on location (e.g. exchange rates).

- We may store and continue billing your payment method (e.g. credit card) even after it has expired, to avoid interruptions in your Services and to use to pay other Services you may buy.

- If you purchase a subscription, your payment method automatically will be charged at the start of each subscription period for the fees and taxes applicable to that period. To avoid future charges, cancel before the renewal date. Learn how to **cancel or suspend** your Premium Services.

- All of your purchases of Services are subject to LinkedIn's **refund policy**.

- We may calculate taxes payable by you based on the billing information that you provide us at the time of purchase.

You can get a copy of your invoice through your LinkedIn account settings under **"Purchase History"**.

## 2.4 Notices and Messages

You're okay with us providing notices and messages to you through our websites, apps, and contact information. If your contact information is out of date, you may miss out on important notices.

You agree that we will provide notices and messages to you in the following ways: (1) within the Service, or (2) sent to the contact information you provided us (e.g., email, mobile number, physical address). You agree to keep your **contact information** up to date.

Please review your settings to **control and limit** messages you receive from us.

## 2.5 Sharing

When you share information on our Services, others can see, copy and use that information.

Our Services allow messaging and sharing of information in many ways, such as your profile, articles, group posts, links to news articles, job postings, messages and InMails. Information and content that you share or post may be seen by other Members, Visitors or others (including off of the Services). Where we have made settings available, we will honor the choices you make about who can see content or information (e.g., message content to your addressees, sharing content only to LinkedIn connections, restricting your profile visibility from search engines, or opting not to notify others of your LinkedIn profile update). For job searching activities, we default to not notifying your connections network or the public. So, if you apply for a job through our Service or opt to signal that you are interested in a job, our default is to share it only with the job poster.

We are not obligated to publish any information or content on our Service and can remove it with or without notice.

**Key terms** ⌄ 

# 3. Rights and Limits

## 3.1. Your License to LinkedIn

You own all of the content, feedback and personal information you provide to us, but you also grant us a non-exclusive license to it.

We'll honor the choices you make about who gets to see your information and content, including how it can be used for ads.

As between you and LinkedIn, you own the content and information that you submit or post to the Services, and you are only granting LinkedIn and our affiliates the following non-exclusive license:

A worldwide, transferable and sublicensable right to use, copy, modify, distribute, publish and process, information and content that you provide through our Services and the services of others, without any further consent, notice and/or compensation to you or others. These rights are limited in the following ways:

1. You can end this license for specific content by deleting such content from the Services, or generally by closing your account, except (a) to the extent you shared it with others as part of the Service and they copied, re-shared it or stored it and (b) for the reasonable time it takes to remove from backup and other systems.

2. We will not include your content in advertisements for the products and services of third parties to others without your separate consent (including sponsored content). However, we have the right, without payment to you or others, to serve ads near your content and information, and your social actions may be visible and included with ads, as noted in the Privacy Policy. If you use a Service feature, we may mention that with your name or photo to promote that feature within our Services, subject to your settings.

3. We will get your consent if we want to give others the right to publish your content beyond the Services. However, if you choose to share your post as "public, everyone or similar", we will enable a feature that allows other Members to embed that public post onto third-party services, and we enable search engines to make that public content findable though their services. Learn More

4. While we may edit and make format changes to your content (such as translating or transcribing it, modifying the size, layout or file type or removing metadata), we will not modify the meaning of your expression.

5. Because you own your content and information and we only have non-exclusive rights to it, you may choose to make it available to others, including under the terms of a Creative Commons license.

You and LinkedIn agree that if content includes personal data, it is subject to our Privacy Policy.

You and LinkedIn agree that we may access, store, process and use any information and personal data that you provide in accordance with, the terms of the Privacy Policy and your choices (including settings).

By submitting suggestions or other feedback regarding our Services to LinkedIn, you agree that LinkedIn can use and share (but does not have to) such feedback for any purpose without compensation to you.

You promise to only provide information and content that you have the right to share, and that your LinkedIn profile will be truthful.

You agree to only provide content or information that does not violate the law nor anyone's rights (including intellectual property rights). You also agree that your profile information will be truthful. LinkedIn may be required by law to remove certain information or content in certain countries.

## 3.2 Service Availability

We may change or end any Service or modify our prices prospectively.

We may change, suspend or discontinue any of our Services. We may also modify our prices effective prospectively upon reasonable notice to the extent allowed under the law.

We don't promise to store or keep showing any information and content that you've posted. LinkedIn is not a storage service. You agree that we have no obligation to store, maintain or provide you a copy of any content or information that you or others provide, except to the extent required by applicable law and as noted in our Privacy Policy.

## 3.3 Other Content, Sites and Apps

Your use of others' content and information posted on our Services, is at your own risk.

Others may offer their own products and services through our Services, and we aren't responsible for those third-party activities.

By using the Services, you may encounter content or information that might be inaccurate, incomplete, delayed, misleading, illegal, offensive or otherwise harmful. LinkedIn generally does not review content provided by our Members or others. You agree that we are not responsible for others' (including other Members') content or information. We cannot always prevent this misuse of our Services, and you agree that we are not responsible for any such misuse. You also acknowledge the risk that you or your organization may be mistakenly associated with content about others when we let connections and followers know you or your organization were mentioned in the news. Members have **choices** about this **feature**.

LinkedIn may help connect Members offering their services (career coaching, accounting, etc.) with Members seeking services. LinkedIn does not perform nor employs individuals to perform these services. You must be at least 18 years of age to offer, perform or procure these services. You acknowledge that LinkedIn does not supervise, direct, control or monitor Members in the performance of these services and agree that (1) LinkedIn is not responsible for the offering, performance or procurement of these services, (2) LinkedIn does not endorse any particular Member's offered services, and (3) nothing shall create an employment, agency, or joint venture relationship between LinkedIn and any Member offering services. If you are a Member offering services, you represent and warrant that you have all the required licenses and will provide services consistent with our **Professional Community Policies**.

Similarly, LinkedIn may help you register for and/or attend events organized by Members and connect with other Members who are attendees at such events. You agree that (1) LinkedIn is not responsible for the conduct of any of the Members or other attendees at such events, (2) LinkedIn does not endorse any particular event listed on our Services, (3) LinkedIn does not review and/or vet any of these events, and (4) that you will adhere to these terms and conditions that apply to such events.

## 3.4 Limits

We have the right to limit how you connect and interact on our Services.

LinkedIn reserves the right to limit your use of the Services, including the number of your connections and your ability to contact other Members. LinkedIn reserves the right to restrict, suspend, or terminate your account if you breach this Contract or the law or are misusing the Services (e.g., violating any of the Dos and Don'ts or **Professional Community Policies**).

## 3.5 Intellectual Property Rights

We're providing you notice about our intellectual property rights.

LinkedIn reserves all of its intellectual property rights in the Services. Trademarks and logos used in connection with the Services are the trademarks of their respective owners. LinkedIn, and "in" logos and other LinkedIn trademarks, service marks, graphics and logos used for our Services are trademarks or registered trademarks of LinkedIn.

## 3.6 Automated Processing

We use data and information about you to make relevant suggestions to you and others.

We use the information and data that you provide and that we have about Members to make recommendations for connections, content and features that may be useful to you. For example, we use data and information about you to recommend jobs to you and you to recruiters. Keeping your profile accurate and up to date helps us to make these recommendations more accurate and relevant.

**Key Terms**  ⌄

---

# 4. Disclaimer and Limit of Liability

## 4.1 No Warranty

This is our disclaimer of legal liability for the quality, safety, or reliability of our Services.

LINKEDIN AND ITS AFFILIATES MAKE NO REPRESENTATION OR WARRANTY ABOUT THE SERVICES, INCLUDING ANY REPRESENTATION THAT THE SERVICES WILL BE UNINTERRUPTED OR ERROR-FREE, AND PROVIDE THE SERVICES (INCLUDING CONTENT AND INFORMATION) ON AN "AS IS" AND "AS AVAILABLE" BASIS. TO THE FULLEST EXTENT PERMITTED UNDER APPLICABLE LAW, LINKEDIN AND ITS AFFILIATES DISCLAIM ANY IMPLIED OR STATUTORY WARRANTY, INCLUDING ANY IMPLIED WARRANTY OF TITLE, ACCURACY OF DATA, NON-INFRINGEMENT, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

## 4.2 Exclusion of Liability

These are the limits of legal liability we may have to you.

TO THE FULLEST EXTENT PERMITTED BY LAW (AND UNLESS LINKEDIN HAS ENTERED INTO A SEPARATE WRITTEN AGREEMENT THAT OVERRIDES THIS CONTRACT), LINKEDIN, INCLUDING ITS AFFILIATES, WILL NOT BE LIABLE IN CONNECTION WITH THIS CONTRACT FOR LOST PROFITS OR LOST BUSINESS OPPORTUNITIES, REPUTATION (E.G., OFFENSIVE OR DEFAMATORY STATEMENTS), LOSS OF DATA (E.G., DOWN TIME OR LOSS, USE OF, OR CHANGES TO, YOUR INFORMATION OR CONTENT) OR ANY INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL OR PUNITIVE DAMAGES.

LINKEDIN AND ITS AFFILIATES WILL NOT BE LIABLE TO YOU IN CONNECTION WITH THIS CONTRACT FOR ANY AMOUNT THAT EXCEEDS (A) THE TOTAL FEES PAID OR PAYABLE BY YOU TO LINKEDIN FOR THE SERVICES DURING THE TERM OF THIS CONTRACT, IF ANY, OR (B) US $1000.

## 4.3 Basis of the Bargain; Exclusions

The limitations of liability in this Section 4 are part of the basis of the bargain between you and LinkedIn and shall apply to all claims of liability (e.g., warranty, tort, negligence, contract and law) even if LinkedIn or its affiliates has been told of the possibility of any such damage, and even if these remedies fail their essential purpose.

These limitations of liability do not apply to liability for death or personal injury or for fraud, gross negligence or intentional misconduct, or in cases of negligence where a material obligation has been breached, a material obligation being such which forms a prerequisite to our delivery of services and on which you may reasonably rely, but only to the extent that the damages were directly caused by the breach and were foreseeable upon conclusion of this Contract and to the extent that they are typical in the context of this Contract.

---

# 5. Termination

We can each end this Contract, but some rights and obligations survive.

Both you and LinkedIn may terminate this Contract at any time with notice to the other. On termination, you lose the right to access or use the Services. The following shall survive termination:

- Our rights to use and disclose your feedback;

- Members and/or Visitors' rights to further re-share content and information you shared through the Services;

- Sections 4, 6, 7, and 8.2 of this Contract;

- Any amounts owed by either party prior to termination remain owed after termination.

You can visit our Help Center to close your account.

---

# 6. Governing Law and Dispute Resolution

9/7/21, 3:59 PM

In the unlikely event we end up in a legal dispute, you and LinkedIn agree to resolve it in California courts using California law, or Dublin, Ireland courts using Irish law.

This section shall not deprive you of any mandatory consumer protections under the law of the country to which we direct Services to you, where you have your habitual residence. If you live in the Designated Countries: You and LinkedIn Ireland agree that the laws of Ireland, excluding conflict of laws rules, shall exclusively govern any dispute relating to this Contract and/or the Services. You and LinkedIn Ireland agree that claims and disputes can be litigated only in Dublin, Ireland, and we each agree to personal jurisdiction of the courts located in Dublin, Ireland.

For others outside of Designated Countries, including those who live outside of the United States: You and LinkedIn agree that the laws of the State of California, U.S.A., excluding its conflict of laws rules, shall exclusively govern any dispute relating to this Contract and/or the Services. You and LinkedIn both agree that all claims and disputes can be litigated only in the federal or state courts in Santa Clara County, California, USA, and you and LinkedIn each agree to personal jurisdiction in those courts

# 7. General Terms

Here are some important details about the Contract.

If a court with authority over this Contract finds any part of it unenforceable, you and we agree that the court should modify the terms to make that part enforceable while still achieving its intent. If the court cannot do that, you and we agree to ask the court to remove that unenforceable part and still enforce the rest of this Contract.

This Contract (including additional terms that may be provided by us when you engage with a feature of the Services) is the only agreement between us regarding the Services and supersedes all prior agreements for the Services.

If we don't act to enforce a breach of this Contract, that does not mean that LinkedIn has waived its right to enforce this Contract. You may not assign or transfer this Contract (or your membership or use of Services) to anyone without our consent. However, you agree that LinkedIn may assign this Contract to its affiliates or a party that buys it without your consent. There are no third-party beneficiaries to this Contract.

You agree that the only way to provide us legal notice is at the addresses provided in Section 10.

# 8. LinkedIn "Dos and Don'ts"

LinkedIn is a community of professionals. This list of "Dos and Don'ts" along with our Professional Community Policies limit what you can and cannot do on our Services.

## 8.1. Dos

**You agree that you will:**

1. Comply with all applicable laws, including, without limitation, privacy laws, intellectual property laws, anti-spam laws, export control laws, tax laws, and regulatory requirements;

2. Provide accurate information to us and keep it updated;

3. Use your real name on your profile; and

4. Use the Services in a professional manner.

## 8.2. Don'ts

**You agree that you will *not*:**

1. Create a false identity on LinkedIn, misrepresent your identity, create a Member profile for anyone other than yourself (a real person), or use or attempt to use another's account;

2. Develop, support or use software, devices, scripts, robots or any other means or processes (including crawlers, browser plugins and add-ons or any other technology) to scrape the Services or otherwise copy profiles and other data from the Services;

3. Override any security feature or bypass or circumvent any access controls or use limits of the Service (such as caps on keyword searches or profile views);

4. Copy, use, disclose or distribute any information obtained from the Services, whether directly or through third parties (such as search engines), without the consent of LinkedIn;

5. Disclose information that you do not have the consent to disclose (such as confidential information of others (including your employer));

6. Violate the intellectual property rights of others, including copyrights, patents, trademarks, trade secrets or other proprietary rights. For example, do not copy or distribute (except through the available sharing functionality) the posts or other content of others without their permission, which they may give by posting under a Creative Commons license;

7. Violate the intellectual property or other rights of LinkedIn, including, without limitation, (i) copying or distributing our learning videos or other materials or (ii) copying or distributing our technology, unless it is released under open source licenses; (iii) using the word "LinkedIn" or our logos in any business name, email, or URL except as provided in the Brand Guidelines;

8. Post anything that contains software viruses, worms, or any other harmful code;

9. Reverse engineer, decompile, disassemble, decipher or otherwise attempt to derive the source code for the Services or any related technology that is not open source;

10. Imply or state that you are affiliated with or endorsed by LinkedIn without our express consent (e.g., representing yourself as an accredited LinkedIn trainer);

11. Rent, lease, loan, trade, sell/re-sell or otherwise monetize the Services or related data or access to the same, without LinkedIn's consent;

12. Deep-link to our Services for any purpose other than to promote your profile or a Group on our Services, without LinkedIn's consent;

13. Use bots or other automated methods to access the Services, add or download contacts, send or redirect messages;

14. Monitor the Services' availability, performance or functionality for any competitive purpose;

15. Engage in "framing," "mirroring," or otherwise simulating the appearance or function of the Services;

16. Overlay or otherwise modify the Services or their appearance (such as by inserting elements into the Services or removing, covering, or obscuring an advertisement included on the Services);

17. Interfere with the operation of, or place an unreasonable load on, the Services (e.g., spam, denial of service attack, viruses, gaming algorithms); and/or

18. Violate the Professional Community Policies or any additional terms concerning a specific Service that are provided when you sign up for or start using such Service, and the Bing Maps terms where applicable.

# 9. Complaints Regarding Content

Contact information for complaint about content provided by our Members.

We respect the intellectual property rights of others. We require that information posted by Members be accurate and not in violation of the intellectual property rights or other rights of third parties. We provide a policy and process for complaints concerning content posted by our Members.

9/7/21, 3:59 PM

# 10. How To Contact Us

Our Contact information. Our Help Center also provides information about our Services.

For general inquiries, you may contact us online. For legal notices or service of process, you may write us at these addresses.

---

© 2021   About   Accessibility   User Agreement   Privacy Policy   Cookie Policy   Copyright Policy   Brand Policy   Guest Controls   Community Guidelines   Language

# EXHIBIT 2

  

SlideShare, a content sharing platform, and LinkedIn Pulse, a news reading application, are part of the LinkedIn family.

# User Agreement

Welcome, and thanks for using LinkedIn.com, SlideShare.net, Pulse and/or other LinkedIn services and apps! When you use our products and services, you're agreeing to our terms, so please take a few minutes to read over the User Agreement below.

Note: You are entering into a legally binding agreement.

## 1. Introduction

Last revised on October 23, 2014

We are a social network and online platform for professionals.

**1.1. Purpose**
Our mission is to connect the world's professionals to allow them to be more productive and successful. Our services are designed to promote economic opportunity for our members by enabling you and millions of other professionals to meet, exchange ideas, learn, and find opportunities or employees, work, and make decisions in a network of trusted relationships.

When you use our Services (including Slideshare and Pulse), you are entering into a legal agreement and you agree to all of these terms.

You also agree to our Privacy Policy, which covers how we collect, use, share, and store your personal information.

**1.2. Agreement**
You agree that by clicking "Join Now" "Join LinkedIn", "Sign Up" or similar, registering, accessing or using our services (including LinkedIn, SlideShare, Pulse, our related mobile apps, developer platforms, premium services, or any content or information provided as part of these services, collectively, "Services"), you are entering into a legally binding agreement (even if you are using our Services on behalf of a company). If you reside in the United States, your agreement is with LinkedIn Corporation and if you reside outside of the United States, your agreement is with LinkedIn Ireland (each, "LinkedIn" or "we").

This "Agreement" includes this User Agreement and the Privacy Policy, and other terms that will be displayed to you at the time you first use certain features (such as starting a "Group," downloading one of our software applications or purchasing advertisements or InMails™), as may be amended by LinkedIn from time to time. If you do not agree to this Agreement, do NOT click "Join Now" (or similar) and do not access or otherwise use any of our Services.

Registered users of our Services are "Members" and unregistered users are "Visitors". This Agreement applies to both.

Back to Top ▲

## 2. Obligations

Here are some promises you make to us in this Agreement:

You're eligible to enter into this Agreement and you are at least our "Minimum Age."

**2.1. Service Eligibility**
To use the Services, you agree that: (1) you must be the "Minimum Age" (defined below) or older; (2) you will only have one LinkedIn account (and/or one SlideShare or Pulse account, if applicable), which must be in your real name; and (3) you are not already restricted by LinkedIn from using the Services.

"Minimum Age" means (a) 18 years old for the People's Republic of China, (b) 16 years old for the Netherlands, (c) 14 years old for the United States, Canada, Germany, Spain, Australia and South Korea, and (d) 13 years old for all other countries. However, if law requires that you must be older in order for LinkedIn to lawfully provide the Services to you (including the collection, storage and

use of your information) then the Minimum Age is such older age. The Services are not for use by anyone under the age of 13.

Case 3:17-cv-03301-EMC   Document 217-4   Filed 09/10/21   Page 24 of 142

You'll keep your password a secret.

You will not share an account with anyone else and will follow our rules and the law.

**2.2. Your Membership**
As between you and others, your account belongs to you. You agree to: (1) try to choose a strong and secure password; (2) keep your password secure and confidential; (3) not transfer any part of your account (e.g., connections, groups) and (4) follow the law and the Dos and Don'ts below. You are responsible for anything that happens through your account unless you close it or report misuse.

Note that for Premium Services purchased by another party for you to use (e.g. Recruiter seat bought by your employer), the party paying for the Premium Service controls such an account (which is different from your personal account) and may terminate your access to it.

You'll honor your payment obligations and you are okay with us storing your payment information. Also, there may be fees and taxes that are added to our prices.

We don't guarantee refunds.

**2.3 Payment**
If you purchase any of our paid Services ("Premium Services"), you agree to pay us the applicable fees and taxes. Failure to pay these fees may result in the termination of your subscription. Also:

- Your purchase may be subject to foreign exchange fees or differences in prices based on location (e.g. exchange rates).

- You authorize us to store and continue billing your payment method (e.g. credit card) even after it has expired, to avoid interruptions in your service (e.g. subscriptions) and to facilitate easy payment for new services.

- You must pay us for applicable fees and taxes unless you cancel the Premium Service, in which case you agree to still pay these fees through the end of the applicable subscription period. Learn how to cancel or change your Premium Services and read about LinkedIn's refund policy.

- Taxes are calculated based on the billing information that you provide us at the time of purchase.

For LinkedIn, you can get a copy of your invoice through your account settings under "Purchase History" for SlideShare you can request your invoice through Customer Support.

You're okay with us using our websites, mobile apps, and email to provide you with important notices. This Agreement applies to mobile applications as well. Also, you agree certain additional information can be shared with us.

If the contact information you provide isn't up to date, you may miss out on these notices.

**2.4. Notices and Service Messages**
You agree that we may provide notices to you in the following ways: (1) a banner notice on the Service, or (2) an email sent to an address you provided, or (3) through other means including mobile number, telephone, or mail. You agree to keep your contact information up to date.

Please review your LinkedIn.com and Slideshare.net settings to control and limit what kind of messages you receive from us.

When you share information, others can see, copy and use that information.

**2.5. Messages and Sharing**
Our Services allow messaging and sharing of information in many ways, such as your profile, slide deck, links to news articles, job postings, InMails and blogs. Information and content that you share or post may be seen by other Members or, if public, by Visitors. Where we have made settings available, we will honor the choices you make about who can see content or information (e.g., sharing to a group instead of your network, changing the default setting for SlideShare content from public to a more restricted view, limiting your profile visibility, or not letting people know when you change your profile, make recommendations or follow companies). Note that other activities, such as applying for a job or sending an InMail, are by default private, only visible to the addressee(s).

We are not obligated to publish any information or content on our Service and can remove it in our sole discretion, with or without notice.

Back to Top ▲

# 3. Rights and Limits

You own all of the content, feedback, and personal information you provide to us, but you also grant us a non-exclusive license to it.

We'll honor the choices you make about who gets to see your information and content.

You promise to only provide information and content that you have the right to share, and that your LinkedIn profile will be truthful.

### 3.1. Your License to LinkedIn

As between you and LinkedIn, you own the content and information that you submit or post to the Services and you are only granting LinkedIn the following non-exclusive license: A worldwide, transferable and sublicensable right to use, copy, modify, distribute, publish, and process, information and content that you provide through our Services, without any further consent, notice and/or compensation to you or others. These rights are limited in the following ways:

a. You can end this license for specific content by deleting such content from the Services, or generally by closing your account, except (a) to the extent you shared it with others as part of the Service and they copied or stored it and (b) for the reasonable time it takes to remove from backup and other systems.

b. We will not include your content in advertisements for the products and services of others (including sponsored content) to others without your separate consent. However, we have the right, without compensation to you or others, to serve ads near your content and information, and your comments on sponsored content may be visible as noted in the Privacy Policy.

c. We will get your consent if we want to give others the right to publish your posts beyond the Service. However, other Members and/or Visitors may access and share your content and information, consistent with your settings and degree of connection with them.

d. While we may edit and make formatting changes to your content (such as translating it, modifying the size, layout or file type or removing metadata), we will not modify the meaning of your expression.

e. Because you own your content and information and we only have non-exclusive rights to it, you may choose to make it available to others, including under the terms of a Creative Commons license.

You agree that we may access, store and use any information that you provide in accordance with the terms of the Privacy Policy and your privacy settings.

By submitting suggestions or other feedback regarding our Services to LinkedIn, you agree that LinkedIn can use and share (but does not have to) such feedback for any purpose without compensation to you.

You agree to only provide content or information if that does not violate the law nor anyone's rights (e.g., without violating any intellectual property rights or breaching a contract). You also agree that your profile information will be truthful. LinkedIn may be required by law to remove certain information or content in certain countries.

We may change or discontinue any of our Services. We can't promise to store or keep showing any information and content you've posted.

### 3.2. Service Availability

We may change, suspend or end any Service, or change and modify prices prospectively in our discretion. To the extent allowed under law, these changes may be effective upon notice provided to you.

LinkedIn is not a storage service. You agree that we have no obligation to store, maintain or provide you a copy of any content or information that you or others provide, except to the extent required by applicable law and as noted in Section 3.1 of our Privacy Policy

When you see or use others' content and information posted on our Services, it's at your own risk.

Third parties may offer their own products and services through LinkedIn, and we aren't responsible for those third-party activities.

### 3.3. Other Content, Sites and apps

By using the Services, you may encounter content or information that might be inaccurate, incomplete, delayed, misleading, illegal, offensive or otherwise harmful. LinkedIn generally does not review content provided by our Members. You agree that we are not responsible for third parties' (including other Members') content or information or for any damages as result of your use of or reliance on it.

You are responsible for deciding if you want to access or use third party apps or sites that link from our Services. If you allow a third party app or site to authenticate you or connect with your LinkedIn account, that app or site can access information on LinkedIn related to you and your connections. Third party apps and sites have their own legal terms and privacy policies, and you may be giving others permission to use your information in ways we would not. Except to the limited extent it may be required by applicable law, LinkedIn is not responsible for these other sites and apps -- use these at your own risk. Please see Sections 2.6 and 2.7 of the Privacy Policy.

We have the right to limit how you connect and interact on our Services.

We're providing you notice about our intellectual property rights.

### 3.4. Limits

LinkedIn reserves the right to limit your use of the Services, including the number of your connections and your ability to contact other Members. LinkedIn reserves the right to restrict, suspend, or terminate your account if LinkedIn believes that you may be in breach of this Agreement or law or are misusing the Services (e.g. violating any Do and Don'ts).

LinkedIn reserves all of its intellectual property rights in the Services. For example, LinkedIn, SlideShare, LinkedIn (stylized), the SlideShare and "in" logos and other LinkedIn trademarks, service marks, graphics, and logos used in connection with LinkedIn are trademarks or registered trademarks of LinkedIn. Other trademarks and logos used in connection with the Services may be the trademarks of their respective owners.

Back to Top ▲

# 4. Disclaimer and Limit of Liability

This is our disclaimer of legal liability for the quality, safety, or reliability of our Services.

**4.1. No Warranty**
TO THE EXTENT ALLOWED UNDER LAW, LINKEDIN (AND THOSE THAT LINKEDIN WORKS WITH TO PROVIDE THE SERVICES) (A) DISCLAIM ALL IMPLIED WARRANTIES AND REPRESENTATIONS (E.G. WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY OF DATA, AND NONINFRINGEMENT); (B) DO NOT GUARANTEE THAT THE SERVICES WILL FUNCTION WITHOUT INTERRUPTION OR ERRORS, AND (C) PROVIDE THE SERVICE (INCLUDING CONTENT AND INFORMATION) ON AN "AS IS" AND "AS AVAILABLE" BASIS.

SOME LAWS DO NOT ALLOW CERTAIN DISCLAIMERS, SO SOME OR ALL OF THESE DISCLAIMERS MAY NOT APPLY TO YOU.

These are the limits of legal liability we may have to you.

**4.2. Exclusion of Liability**
TO THE EXTENT PERMITTED UNDER LAW (AND UNLESS LINKEDIN HAS ENTERED INTO A SEPARATE WRITTEN AGREEMENT THAT SUPERSEDES THIS AGREEMENT), LINKEDIN (AND THOSE THAT LINKEDIN WORKS WITH TO PROVIDE THE SERVICES) SHALL NOT BE LIABLE TO YOU OR OTHERS FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, OR ANY LOSS OF DATA, OPPORTUNITIES, REPUTATION, PROFITS OR REVENUES, RELATED TO THE SERVICES (E.G. OFFENSIVE OR DEFAMATORY STATEMENTS, DOWN TIME OR LOSS, USE OR CHANGES TO YOUR INFORMATION OR CONTENT).

IN NO EVENT SHALL THE LIABILITY OF LINKEDIN (AND THOSE THAT LINKEDIN WORKS WITH TO PROVIDE THE SERVICES) EXCEED, IN THE AGGREGATE FOR ALL CLAIMS, AN AMOUNT THAT IS THE LESSER OF (A) FIVE TIMES THE MOST RECENT MONTHLY OR YEARLY FEE THAT YOU PAID FOR A PREMIUM SERVICE, IF ANY, OR (B) US $1000.

THIS LIMITATION OF LIABILITY IS PART OF THE BASIS OF THE BARGAIN BETWEEN YOU AND LINKEDIN AND SHALL APPLY TO ALL CLAIMS OF LIABILITY (E.G. WARRANTY, TORT, NEGLIGENCE, CONTRACT, LAW) AND EVEN IF LINKEDIN HAS BEEN TOLD OF THE POSSIBILITY OF ANY SUCH DAMAGE, AND EVEN IF THESE REMEDIES FAIL THEIR ESSENTIAL PURPOSE.

SOME LAWS DO NOT ALLOW THE LIMITATION OR EXCLUSION OF LIABILITY, SO THESE LIMITS MAY NOT APPLY TO YOU.

Back to Top ▲

# 5. Termination

We can each end this Agreement anytime we want.

LinkedIn or You may terminate this Agreement at any time with notice to the other. On termination, you lose the right to access or use the Services. The following shall survive termination:

- Our rights to use and disclose your feedback;

- Members' and/or Visitors' rights to further re-share content and information you shared through the Service to the extent copied or re-shared prior to termination;

- Sections 4, 6 and 7 of this Agreement;

- Any amounts owed by either party prior to termination remain owed after termination.

You can visit our Help Center to learn how to close your LinkedIn account, close your Pulse account, or close your Slideshare account.

Back to Top ▲

# 6. Dispute Resolution

In the unlikely event we end up in a legal dispute, it will take place in California courts, applying California law.

You agree that the laws of the State of California, U.S.A., excluding its conflict of laws rules, shall exclusively govern any dispute relating to this Agreement and/or the Services. We both agree that all of these claims can only be litigated in the federal or state courts of Santa Clara County, California, USA, and we each agree to personal jurisdiction in those courts.

Back to Top ▲

# 7. General Terms

Here are some important details about how to read the Agreement.

If a court with authority over this Agreement finds any part of it not enforceable, you and us agree that the court should modify the terms to make that part enforceable while still achieving its intent. If the court cannot do that, you and us agree to ask the court to remove that unenforceable part and still enforce the rest of this Agreement. To the extent allowed by law, the English version of this Agreement is binding and other translations are for convenience only. This Agreement (including additional terms that may be provided by us when you engage with a feature of the Services) is the only agreement between us regarding the Services and supersedes all prior agreements for the Services.

If we don't act to enforce a breach of this Agreement, that does not mean that LinkedIn has waived its right to enforce this Agreement. You may not assign or transfer this Agreement (or your membership or use of Services) to anyone without our consent. However, you agree that LinkedIn may assign this Agreement to its affiliates or a party that buys it without your consent. There are no third party beneficiaries to this Agreement.

We reserve the right to change the terms of this Agreement and will provide you notice if we do and we agree that changes cannot be retroactive. If you don't agree to these changes, you must stop using the Services.

You agree that the only way to provide us legal notice is at the addresses provided in Section 10.

Back to Top ▲

# 8. LinkedIn "DOs" and "DON'Ts."

**8.1. Dos. You agree that you will:**

- Comply with all applicable laws, including, without limitation, privacy laws, intellectual property laws, anti-spam laws, export control laws, tax laws, and regulatory requirements;

- Provide accurate information to us and keep it updated;

- Use your real name on your profile;

- Use the Services in a professional manner.

**8.2. Don'ts. You agree that you will not:**

- Act dishonestly or unprofessionally, including by posting inappropriate, inaccurate, or objectionable content;

- Add content that is not intended for, or inaccurate for, a designated field (e.g. submitting a telephone number in the "title" or any other field, or including telephone numbers, email addresses, street addresses or any personally identifiable information for which there is not a field provided by LinkedIn);

- Use an image that is not your likeness or a head-shot photo for your profile;

- Create a false identity on LinkedIn;

- Misrepresent your current or previous positions and qualifications;

- Misrepresent your affiliations with a person or entity, past or present;

- Misrepresent your identity, including but not limited to the use of a pseudonym;

- Create a Member profile for anyone other than yourself (a real person);

- Invite people you do not know to join your network;

- Use or attempt to use another's account;
- Harass, abuse or harm another person;
- Send spam or other unwelcomed communications to others;
- Scrape or copy profiles and information of others through any means (including crawlers, browser plugins and add-ons, and any other technology or manual work);
- Act in an unlawful, libelous, abusive, obscene, discriminatory or otherwise objectionable manner;
- Disclose information that you do not have the right to disclose (such as confidential information of others (including your employer));
- Violate intellectual property rights of others, including patents, trademarks, trade secrets, copyrights or other proprietary rights;
- Violate the intellectual property or other rights of LinkedIn, including, without limitation, using the word "LinkedIn" or our logos in any business name, email, or URL except as provided in the Brand Guidelines;
- Use LinkedIn invitations to send messages to people who don't know you or who are unlikely to recognize you as a known contact;
- Post any unsolicited or unauthorized advertising, "junk mail," "spam," "chain letters," "pyramid schemes," or any other form of solicitation unauthorized by LinkedIn;
- Send messages to distribution lists, newsgroup aliases, or group aliases;
- Post anything that contains software viruses, worms, or any other harmful code;
- Manipulate identifiers in order to disguise the origin of any message or post transmitted through the Services;
- Create profiles or provide content that promotes escort services or prostitution.
- Creating or operate a pyramid scheme, fraud or other similar practice;
- Copy or use the information, content or data of others available on the Services (except as expressly authorized);
- Copy or use the information, content or data on LinkedIn in connection with a competitive service (as determined by LinkedIn);
- Copy, modify or create derivative works of LinkedIn, the Services or any related technology (except as expressly authorized by LinkedIn);
- Reverse engineer, decompile, disassemble, decipher or otherwise attempt to derive the source code for the Services or any related technology, or any part thereof;
- Imply or state that you are affiliated with or endorsed by LinkedIn without our express consent (e.g., representing yourself as an accredited LinkedIn trainer);
- Rent, lease, loan, trade, sell/re-sell access to the Services or related any information or data;
- Sell, sponsor, or otherwise monetize a LinkedIn Group or any other feature of the Services, without LinkedIn's consent;
- Deep-link to our Services for any purpose other than to promote your profile or a Group on LinkedIn (as set forth in the Brand Guidelines), without LinkedIn's consent;
- Remove any copyright, trademark or other proprietary rights notices contained in or on our Service;
- Remove, cover or obscure any advertisement included on the Services;
- Collect, use, copy, or transfer any information obtained from LinkedIn without the consent of LinkedIn;
- Share or disclose information of others without their express consent;
- Use manual or automated software, devices, scripts robots, other means or processes to access, "scrape," "crawl" or "spider" the Services or any related data or information;
- Use bots or other automated methods to access the Services, add or download contacts, send or redirect messages;
- Monitor the Services' availability, performance or functionality for any competitive purpose;
- Engage in "framing," "mirroring," or otherwise simulating the appearance or function of the Services;
- Access the Services except through the interfaces expressly provided by LinkedIn, such as its mobile applications, linkedin.com and slideshare.net;

- Override any security feature of the Services;
- Interfere with the operation of, or place an unreasonable load on, the Services (e.g., spam, denial of service attack, viruses, gaming algorithms); and/or
- Violate SlideShare's Community Guidelines or, if you're a commercial user of SlideShare, the SlideShare Commercial Terms of Service.

Back to Top ▲

# 9. Complaints Regarding Content

We respect the intellectual property rights of others. We require that information posted by Members be accurate and not in violation of the intellectual property rights or other rights of third parties. We provide a policy and process for complaints concerning content posted by our Members.

Back to Top ▲

# 10. How To Contact Us

If you want to send us notices or service of process, please contact us:

ONLINE at:
https://help.linkedin.com/app/home

OR BY MAIL at:

**For Members in the United States:**
LinkedIn Corporation
Attn: Agreement Matters (Legal)
2029 Stierlin Court
Mountain View CA 94043
USA

**For Members outside the United States:**
LinkedIn Ireland
Attn: Agreement Matters (Legal)
Wilton Plaza,
Wilton Place, Dublin 2
Ireland

Back to Top ▲

LinkedIn Corporation, Mountain View, California, USA, and LinkedIn Ireland, Dublin, Ireland, October 23, 2014

Help Center | About | Careers | Advertising | Talent Solutions | Sales Solutions | Small Business | Mobile | Language | **Upgrade Your Account**

LinkedIn Corporation © 2016 | User Agreement | Privacy Policy | Ad Choices | Community Guidelines | Cookie Policy | Copyright Policy | Send Feedback

# EXHIBIT 3

in    Back to LinkedIn.com 

# User Agreement

*Effective on June 7, 2017*

Our User Agreement has been updated. Click here to see a **summary of changes**.

Our mission is to connect the world's professionals to allow them to be more productive and successful. Our services are designed to promote economic opportunity for our members by enabling you and millions of other professionals to meet, exchange ideas, learn, and find opportunities or employees, work, and make decisions in a network of trusted relationships.

▶ **View our User Agreement video**

Table of Contents:

1. Introduction

2. Obligations

3. Rights and Limits

4. Disclaimer and Limit of Liability

5. Termination

6. Dispute Resolution

7. General Terms

8. LinkedIn "Dos" and "Don'ts"

9. Complaints Regarding Content

10. How To Contact Us

# 1. Introduction

## 1.1 Contract

> When you use our Services you agree to all of these terms. Your use of our Services is also subject to our Cookie Policy and our Privacy Policy, which covers how we collect, use, share, and store your personal information.

You agree that by clicking "Join Now", "Join LinkedIn", "Sign Up" or similar, registering, accessing or using our services (described below), **you are agreeing to enter into a legally binding contract** with LinkedIn (even if you are using our Services on behalf of a company). If you do not agree to this contract ("Contract" or "User Agreement"), do **not** click "Join Now" (or similar) and do not access or otherwise use any of our Services.

Your use of our Services is also subject to our **Privacy Policy** and **Cookie Policy**.

**Services**



and "Share with LinkedIn" plugins. Registered users of our Services are "Members" and unregistered users are "Visitors". This Contract applies to both.

**LinkedIn**

You are entering into this Contract with LinkedIn (also referred to as "we" and "us"). If you reside in the United States, you are entering into this Contract with LinkedIn Corporation and your personal data provided to, or collected by or for, our Services is controlled by LinkedIn Corporation. If you reside outside the United States, you are entering into this Contract with LinkedIn Ireland U.C. and your personal data provided to, or collected by or for, our Services is controlled by LinkedIn Ireland U.C.

**1.2 Members and Visitors**

When you register and join the LinkedIn Service, you become a Member. If you have chosen not to register for our Services, you may access certain features as a visitor.

**1.3 Change**

We may modify this Contract, our Privacy Policy and our Cookies Policies from time to time. If we make material changes to it, we will provide you notice through our Services, or by other means, to provide you the opportunity to review the changes before they become effective. If you object to any changes, you may **close your account**. Your continued use of our Services after we publish or send a notice about our changes to these terms means that you are consenting to the updated terms.

# 2. Obligations

**2.1 Service Eligibility**

Here are some promises you make to us in this Contract:

You're eligible to enter into this Contract and you are at least our "Minimum Age."

The Services are not for use by anyone under the age of 16.

To use the Services, you agree that: (1) you must be the "Minimum Age" (described below) or older; (2) you will only have one LinkedIn account (and/or one SlideShare account, if applicable), which must be in your real name; and (3) you are not already restricted by LinkedIn from using the Services.

Members who were below this new Minimum Age when they started using the Services under a previous User Agreement may continue to use them, as they have already reached the new Minimum Age since then or will reach it in the near future.

"Minimum Age" means 16 years old. However, if law requires that you must be older in order for LinkedIn to lawfully provide the Services to you without parental consent (including using of your personal data) then the Minimum Age is such older age.

**2.2 Your Account**

You'll keep your password a secret.

You will not share an account with anyone else and will follow our rules and the law.

Members are account holders. You agree to: (1) try to choose a strong and secure password; (2) keep your password secure and confidential; (3) not transfer any part of your account (e.g., connections) and (4) follow the law and our list of Dos and Don'ts. You are responsible for anything that happens through your account unless you close it or report misuse.

As between you and others (including your employer), your account belongs to you. However, if the Services were purchased by another party for you to use (e.g. Recruiter seat bought by your employer), the party paying for such Service has the right to control access to and get reports on your use of such paid Service; however, they do not have rights to your personal account.

**2.3 Payment**

You'll honor your payment obligations and you are okay with us storing your payment information. You understand that there may be fees and taxes that are added to our prices.

We don't guarantee refunds.

If you buy any of our paid Services ("Premium Services"), you agree to pay us the applicable fees and taxes and to **additional terms** specific to the paid Services. Failure to pay these fees will result in the termination of your paid Services. Also, you agree that:

- Your purchase may be subject to foreign exchange fees or differences in prices based on location (e.g. exchange rates).

- We may store and continue billing your payment method (e.g. credit card) even after it has expired, to avoid interruptions in your Services and to use to pay other Services you may buy.



- All of your purchases of Services are subject to LinkedIn's refund policy.

- We may calculate taxes payable by you based on the billing information that you provide us at the time of purchase.

You can get a copy of your invoice through your LinkedIn account settings under "Purchase History".

## 2.4 Notices and Service Messages

You're okay with us providing notices to you through our websites, apps, and contact information your provided to us. If the contact information you provide is out of date, you may miss out on important notices.

You agree that we will provide notices to you in the following ways: (1) a notice within the Service, or (2) a message sent to the contact information you provided us (e.g., email, mobile number, physical address). You agree to keep your contact information up to date.

Please review your settings to control and limit the messages you receive from us.

## 2.5 Sharing

When you share information, others can see, copy and use that information.

Our Services allow messaging and sharing of information in many ways, such as your profile, slide deck, links to news articles, job postings, InMails and blogs. Information and content that you share or post may be seen by other Members or Visitors. Where we have made settings available, we will honor the choices you make about who can see content or information (e.g., message content to your addressees, sharing content only to LinkedIn connections, restricting your profile visibility from search engines, or opting not to notify others of your LinkedIn profile update). For job searching activities, we default to not notifying your connections network or the public. So if you apply for a job through our Service or opt to signal that you are interested in a job, our default is to share it only with the job poster.

We are not obligated to publish any information or content on our Service and can remove it in our sole discretion, with or without notice.

# 3. Rights and Limits

## 3.1. Your License to LinkedIn

You own all of the content, feedback, and personal information you provide to us, but you also grant us a non-exclusive license to it.

We'll honor the choices you make about who gets to see your information and content

You promise to only provide information and content that you have the right to share, and that your LinkedIn profile will be truthful.

As between you and LinkedIn, you own the content and information that you submit or post to the Services and you are only granting LinkedIn and our affiliates the following non-exclusive license: A worldwide, transferable and sublicensable right to use, copy, modify, distribute, publish, and process, information and content that you provide through our Services, without any further consent, notice and/or compensation to you or others. These rights are limited in the following ways:

1. You can end this license for specific content by deleting such content from the Services, or generally by closing your account, except (a) to the extent you shared it with others as part of the Service and they copied, re-shared it or stored it and (b) for the reasonable time it takes to remove from backup and other systems.

2. We will not include your content in advertisements for the products and services of third parties to others without your separate consent (including sponsored content). However, we have the right, without payment to you or others, to serve ads near your content and information, and your social actions on sponsored content and company pages may be visible, as noted in the Privacy Policy.

3. We will get your consent if we want to give third parties the right to publish your posts beyond the Service. However, other Members and/or Visitors may access and share your content and information, consistent with your choices.

4. While we may edit and make formatting changes to your content (such as translating it, modifying the size, layout or file type or removing metadata), we will not modify the meaning of your expression.

5. Because you own your content and information and we only have non-exclusive rights to it, you may choose to make it available to others, including under the terms of a Creative Commons license.

You agree that we may access, store and use any information that you provide in accordance with the terms of the Privacy Policy and your choices (including settings).

By submitting suggestions or other feedback regarding our Services to LinkedIn, you agree that LinkedIn can use and share (but does not have to) such feedback for any purpose without compensation to you.

You agree to only provide content or information that does not violate the law nor anyone's rights (including intellectual property rights). You also agree that your profile information will be truthful. LinkedIn may be required by law to remove certain information or content in certain countries.

## 3.2 Service Availability



under law, these changes may be effective upon notice provided to you.

We may change or discontinue any of our Services. We don't promise to store or keep showing any information and content that you've posted.

LinkedIn is not a storage service. You agree that we have no obligation to store, maintain or provide you a copy of any content or information that you or others provide, except to the extent required by applicable law and as noted in our Privacy Policy.

### 3.3 Other Content, Sites and Apps

Your use of others' content and information posted on our Services, is at your own risk.

Others may offer their own products and services through LinkedIn, and we aren't responsible for those third-party activities.

By using the Services, you may encounter content or information that might be inaccurate, incomplete, delayed, misleading, illegal, offensive or otherwise harmful. LinkedIn generally does not review content provided by our Members or others. You agree that we are not responsible for others' (including other Members') content or information. We cannot always prevent this misuse of our services, and you agree that we are not responsible for any such misuse. You also acknowledge the risk that you or your organization may be mistakenly associated with content about others when we let connections and followers know you or your organization were mentioned in the news. You may opt out of this feature.

You are responsible for deciding if you want to access or use third party apps or sites that link from our Services. If you allow a third party app or site to authenticate you or connect with your LinkedIn account, that app or site can access information on LinkedIn related to you and your connections. Third party apps and sites have their own legal terms and privacy policies, and you may be giving others permission to use your information in ways we would not. Except to the limited extent it may be required by applicable law, LinkedIn is not responsible for these other sites and apps – use these at your own risk. Please see our Privacy Policy.

### 3.4 Limits

We have the right to limit how you connect and interact on our Services.

LinkedIn reserves the right to limit your use of the Services, including the number of your connections and your ability to contact other Members. LinkedIn reserves the right to restrict, suspend, or terminate your account if LinkedIn believes that you may be in breach of this Contract or law or are misusing the Services (e.g. violating any Do and Don'ts).

### 3.5 Intellectual Property Rights

We're providing you notice about our intellectual property rights.

LinkedIn reserves all of its intellectual property rights in the Services. Using the Services does not give you any ownership in our Services or the content or information made available through our Services. Trademarks and logos used in connection with the Services are be the trademarks of their respective owners. LinkedIn, SlideShare, and "in" logos and other LinkedIn trademarks, service marks, graphics, and logos used for our Services are trademarks or registered trademarks of LinkedIn.

## 4. Disclaimer and Limit of Liability

### 4.1 No Warranty

This is our disclaimer of legal liability for the quality, safety, or reliability of our Services.

TO THE EXTENT ALLOWED UNDER LAW, LINKEDIN AND ITS AFFILIATES (AND THOSE THAT LINKEDIN WORKS WITH TO PROVIDE THE SERVICES) (A) DISCLAIM ALL IMPLIED WARRANTIES AND REPRESENTATIONS (E.G. WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY OF DATA, AND NONINFRINGEMENT); (B) DO NOT GUARANTEE THAT THE SERVICES WILL FUNCTION WITHOUT INTERRUPTION OR ERRORS, AND (C) PROVIDE THE SERVICE (INCLUDING CONTENT AND INFORMATION) ON AN "AS IS" AND "AS AVAILABLE" BASIS.

SOME LAWS DO NOT ALLOW CERTAIN DISCLAIMERS, SO SOME OR ALL OF THESE DISCLAIMERS MAY NOT APPLY TO YOU.

### 4.2 Exclusion of Liability

These are the limits of legal liability we may have to you.

TO THE EXTENT PERMITTED UNDER LAW (AND UNLESS LINKEDIN HAS ENTERED INTO A SEPARATE WRITTEN AGREEMENT THAT OVERRIDES THIS CONTRACT), LINKEDIN AND ITS AFFILIATES (AND THOSE THAT LINKEDIN WORKS WITH TO PROVIDE THE SERVICES) SHALL NOT BE LIABLE TO YOU OR OTHERS FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, OR ANY LOSS OF DATA, OPPORTUNITIES, REPUTATION, PROFITS OR REVENUES, RELATED TO THE SERVICES (E.G. OFFENSIVE OR DEFAMATORY STATEMENTS, DOWN TIME OR LOSS, USE OF, OR CHANGES TO, YOUR INFORMATION OR CONTENT).

IN NO EVENT SHALL THE LIABILITY OF LINKEDIN AND ITS AFFILIATES (AND THOSE THAT LINKEDIN WORKS WITH TO PROVIDE THE SERVICES) EXCEED, IN THE AGGREGATE FOR ALL CLAIMS, AN AMOUNT THAT IS THE LESSER OF (A) FIVE TIMES THE MOST RECENT MONTHLY OR YEARLY FEE THAT YOU PAID FOR A PREMIUM SERVICE, IF ANY, OR (B)



THIS LIMITATION OF LIABILITY IS PART OF THE BASIS OF THE BARGAIN BETWEEN YOU AND LINKEDIN AND SHALL APPLY TO ALL CLAIMS OF LIABILITY (E.G. WARRANTY, TORT, NEGLIGENCE, CONTRACT, LAW) AND EVEN IF LINKEDIN OR ITS AFFILIATES HAS BEEN TOLD OF THE POSSIBILITY OF ANY SUCH DAMAGE, AND EVEN IF THESE REMEDIES FAIL THEIR ESSENTIAL PURPOSE.

SOME LAWS DO NOT ALLOW THE LIMITATION OR EXCLUSION OF LIABILITY, SO THESE LIMITS MAY NOT APPLY TO YOU.

## 5. Termination

> We can each end this Contract anytime we want.

Both you and LinkedIn may terminate this Contract at any time with notice to the other. On termination, you lose the right to access or use the Services. The following shall survive termination:

* Our rights to use and disclose your feedback;

* Members and/or Visitors' rights to further re-share content and information you shared through the Service to the extent copied or re-shared prior to termination;

* Sections 4, 6 and 7 of this Contract;

* Any amounts owed by either party prior to termination remain owed after termination.

You can visit our **Help Center** to close your account.

## 6. Dispute Resolution

> In the unlikely event we end up in a legal dispute, we agree to resolve it in California courts (using California law) or Dublin, Ireland courts (using Irish law).

**If you live in the European Union:** You agree that the laws of Ireland, excluding conflict of laws rules, shall exclusively govern any dispute relating to this Contract and/or the Services. We both agree that all of these claims can only be litigated in Dublin, Ireland, and we each agree to personal jurisdiction of the courts located in Dublin, Ireland.

**For all others, including those who live outside of the United States,** you agree that the laws of the State of California, U.S.A., excluding its conflict of laws rules, shall exclusively govern any dispute relating to this Contract and/or the Services. We both agree that all of these claims can only be litigated in the federal or state courts in Santa Clara County, California, USA, and we each agree to personal jurisdiction in those courts.

## 7. General Terms

> Here are some important details about how to read the Contract.

If a court with authority over this Contract finds any part of it not enforceable, you and us agree that the court should modify the terms to make that part enforceable while still achieving its intent. If the court cannot do that, you and us agree to ask the court to remove that unenforceable part and still enforce the rest of this Contract. To the extent allowed by law, the English language version of this Contract is binding and other translations are for convenience only. This Contract (including additional terms that may be provided by us when you engage with a feature of the Services) is the only agreement between us regarding the Services and supersedes all prior agreements for the Services.

If we don't act to enforce a breach of this Contract, that does not mean that LinkedIn has waived its right to enforce this Contract. You may not assign or transfer this Contract (or your membership or use of Services) to anyone without our consent. However, you agree that LinkedIn may assign this Contract to its affiliates or a party that buys it without your consent. There are no third party beneficiaries to this Contract.

We reserve the right to change the terms of this Contract and will provide you notice if we do and we agree that changes cannot be retroactive. If you don't agree to these changes, you must stop using the Services.

You agree that the only way to provide us legal notice is at the addresses provided in Section 10.

## 8. LinkedIn "Dos" and "Don'ts"

### 8.1. Dos

**You agree that you will:**

a. Comply with all applicable laws, including, without limitation, privacy laws, intellectual property laws, anti-spam laws, export control laws, tax laws, and regulatory requirements;

b. Provide accurate information to us and keep it updated;

 User Agreement | LinkedIn

d. Use the Services in a professional manner.

## 8.2. Don'ts

You agree that you will *not*:

  a. Act in an unlawful or unprofessional manner in connection with our Services, including being dishonest, abusive or discriminatory;

  b. Post inaccurate, defamatory obscene, shocking, hateful, threatening or otherwise inappropriate content or airing personal grievances or disputes;

  c. Use an image that is not your likeness or a head-shot photo for your profile;

  d. Create a false identity on LinkedIn. The occasional creation of clearly fictional profiles by LinkedIn or with its express permission in connection with a promotional campaign does not waive this obligation;

  e. Misrepresent your identity (e.g. by using a pseudonym), your current or previous positions, qualifications or affiliations with a person or entity;

  f. Create a Member profile for anyone other than yourself (a real person);

  g. Invite people you do not know to join your network;

  h. Use or attempt to use another's account;

  i. Harass, abuse or harm another person;

  j. Send or post any unsolicited or unauthorized advertising, "junk mail," "spam," "chain letters," "pyramid schemes," or any form of solicitation unauthorized by LinkedIn;

  k. Develop, support or use software, devices, scripts, robots, or any other means or processes (including crawlers, browser plugins and add-ons, or any other technology or manual work) to scrape the Services or otherwise copy profiles and other data from the Services;

  l. Bypass or circumvent any access controls or Service use limits (such as caps on keyword searches);

  m. Copy, use, disclose or distribute any information obtained from the Services, whether directly or through third parties (such as search engines), without the consent of LinkedIn;

  n. Solicit email addresses or other personal information from Members you don't know, without authorization.

  o. Use, disclose or distribute any data obtained in violation of this policy;

  p. Disclose information that you do not have the consent to disclose (such as confidential information of others (including your employer));

  q. Violate the intellectual property rights of others, including copyrights, patents, trademarks, trade secrets, or other proprietary rights. For example, do not copy or distribute (except through the available sharing functionality) the posts or other content of others without their permission, which they may give by posting under a Creative Commons license;

  r. Violate the intellectual property or other rights of LinkedIn, including, without limitation, (i) copying or distributing our learning videos or other materials or (ii) copying or distributing our technology, unless it is released under open source licenses; (iii) using the word "LinkedIn" or our logos in any business name, email, or URL except as provided in the Brand Guidelines;

  s. Use LinkedIn invitations to send messages to people who don't know you or who are unlikely to recognize you as a known contact;

  t. Post anything that contains software viruses, worms, or any other harmful code;

  u. Manipulate identifiers in order to disguise the origin of any message or post transmitted through the Services.

  v. Create profiles or provide content that promotes escort services or prostitution.

  w. Create or operate a pyramid scheme, fraud or other similar practice;

  x. Reverse engineer, decompile, disassemble, decipher or otherwise attempt to derive the source code for the Services or any related technology that is not open source;

  y. Imply or state that you are affiliated with or endorsed by LinkedIn without our express consent (e.g., representing yourself as an accredited LinkedIn trainer);

  z. Rent, lease, loan, trade, sell/re-sell access to the Services or related data;

aa. Sell, sponsor, or otherwise monetize any Service without LinkedIn's consent;

ab. Deep-link to our Services for any purpose other than to promote your profile or a Group on our Services, without LinkedIn's consent;

ac. Remove any copyright, trademark or other proprietary rights notices contained in or on our Service;

ad. Remove, cover or obscure any advertisement included on the Services;

ae. Use bots or other automated methods to access the Services, add or download contacts, send or redirect messages;

  af. Monitor the Services' availability, performance or functionality for any competitive purpose;



ah. Overlaying or otherwise modifying the Services or their appearance;

ai. Access the Services except through the interfaces expressly provided by LinkedIn, such as its mobile applications, linkedin.com and slideshare.net;

aj. Use a Service for tasks that it is not intended for;

ak. Override any security feature of the Services;

al. Interfere with the operation of, or place an unreasonable load on, the Services (e.g., spam, denial of service attack, viruses, gaming algorithms); and/or

am. Violate the **Professional Community Guidelines** or any additional terms concerning a specific Service that are provided when you sign up for or start using such Service.

# 9. Complaints Regarding Content

We respect the intellectual property rights of others. We require that information posted by Members be accurate and not in violation of the intellectual property rights or other rights of third parties. We provide a **policy and process** for complaints concerning content posted by our Members.

# 10. How To Contact Us

If you want to send us notices or service of process, please contact us:

**ONLINE**

OR BY **MAIL**

---

Help Center  |  About  |  Careers  |  Advertising  |  Talent Solutions  |  Sales Solutions  |  Small Business  |  Mobile  |  Language  |  **Upgrade Your Account**

LinkedIn Corporation © 2017  |  User Agreement  |  Privacy Policy  |  Ad Choices  |  Community Guidelines  |  Cookie Policy  |  Copyright Policy  |  Send Feedback

# EXHIBIT 4





# Privacy Policy

*Effective August 11, 2020*

Our Privacy Policy has been updated.

## Your Privacy Matters

LinkedIn's mission is to connect the world's professionals to allow them to be more productive and successful. Central to this mission is our commitment to be transparent about the data we collect about you, how it is used and with whom it is shared.

This Privacy Policy applies when you use our Services (described below). We offer our users **choices** about the data we collect, use and share as described in this Privacy Policy, **Cookie Policy**, Settings and our **Help Center.**

Key Terms ⌄



# Table of Contents

1. Data We Collect

2. How We Use Your Data

3. How We Share Information

4. Your Choices and Obligations

5. Other Important Information

# Introduction

We are a social network and online platform for professionals. People use our Services to find and be found for business opportunities, to connect with others and find information. Our Privacy Policy applies to any Member or Visitor to our Services.

Our registered users ("Members") share their professional identities, engage with their network, exchange knowledge and professional insights, post and view relevant content, learn and develop skills, and find business and career opportunities. Content and data on some of our Services is viewable to non-members ("Visitors").

We use the term "Designated Countries" to refer to countries in the European Union (EU), European Economic Area (EEA), and Switzerland.

## Services

This Privacy Policy, including our Cookie Policy applies to your use of our Services.

This Privacy Policy applies to LinkedIn.com, LinkedIn-branded apps, LinkedIn Learning and other LinkedIn-related sites, apps, communications and services ("Services"), including off-site Services, such as our ad services and the "Apply with LinkedIn" and "Share with LinkedIn" plugins, but excluding services that state that they are offered under a different privacy policy. For California residents, additional disclosures required by California law may be found in our California Privacy Disclosure.

## Data Controllers and Contracting Parties

If you are in the "Designated Countries", LinkedIn Ireland Unlimited Company ("LinkedIn Ireland") will be the controller of your personal data provided to, or collected by or for, or processed in connection with our Services.

If you are outside of the Designated Countries, LinkedIn Corporation will be the controller of your personal data provided to, or collected by or for, or processed in connection with, our Services.

As a Visitor or Member of our Services, the collection, use and sharing of your personal data is subject to this Privacy Policy and other documents referenced in this Privacy Policy, as well as updates.

## Change

Changes to the Privacy Policy apply to your use of our Services after the "effective date."

LinkedIn ("we" or "us") can modify this Privacy Policy, and if we make material changes to it, we will provide notice through our Services, or by other means, to provide you the opportunity to review the changes before they become effective. If you object to any changes, you may close your account.

You acknowledge that your continued use of our Services after we publish or send a notice about our changes to this Privacy Policy means that the collection, use and sharing of your personal data is subject to the updated Privacy Policy, as of its effective date.

# 1. Data We Collect

## 1.1 Data You Provide To Us

You provide data to create an account with us.

### Registration

To create an account you need to provide data including your name, email address and/or mobile number, and a password. If you register for a premium Service, you will need to provide payment (e.g., credit card) and billing information.

You create your LinkedIn profile (a complete profile helps you get the most from our Services).

### Profile

You have choices about the information on your profile, such as your education, work experience, skills, photo, city or area and endorsements. Some Members may choose to complete a separate ProFinder profile. You don't have to provide additional information on your profile; however, profile information helps you to get more from our Services, including helping recruiters and business opportunities find you. It's your choice whether to include sensitive information on your profile and to make that sensitive information public. Please do not post or add personal data to your profile that you would not want to be publicly available.

You give other data to us, such as by syncing your address book or calendar.

### Posting and Uploading

We collect personal data from you when you provide, post or upload it to our Services, such as when you fill out a form, (e.g., with demographic data or salary), respond to a survey, or submit a resume or fill out a job application on our Services. If you opt to import your address book, we receive your contacts (including contact information your service provider(s) or app automatically added to your address book when you communicated with addresses or numbers not already in your list).

If you sync your contacts or calendars with our Services, we will collect your address book and calendar meeting information to keep growing your network by suggesting connections for you and others, and by providing information about events, e.g. times, places, attendees and contacts.

You don't have to post or upload personal data; though if you don't, it may limit your ability to grow and engage with your network over our Services.

## 1.2 Data From Others

Others may post or write about you.

## Content and News

You and others may post content that includes information about you (as part of articles, posts, comments, videos) on our Services. We also may collect public information about you, such as professional-related news and accomplishments, and make it available as part of our Services, including, as permitted by your settings, in notifications to others of mentions in the news.

Others may sync their contacts or calendar with our Services

## Contact and Calendar Information

We receive personal data (including contact information) about you when others import or sync their contacts or calendar with our Services, associate their contacts with Member profiles, scan and upload business cards, or send messages using our Services (including invites or connection requests). If you or others opt-in to sync email accounts with our Services, we will also collect "email header" information that we can associate with Member profiles.

Customers and partners may provide data to us.

## Partners

We receive personal data (e.g., your job title and work email address) about you when you use the services of our customers and partners, such as employers or prospective employers and applicant tracking systems providing us job application data.

## Related Companies and Other Services

We receive data about you when you use some of the other services provided by us or our affiliates, including Microsoft. For example, you may choose to send us information about your contacts in Microsoft apps and services, such as Outlook, for improved professional networking activities on our Services

## 1.3 Service Use

We log your visits and use of our Services, including mobile apps.

We log usage data when you visit or otherwise use our Services, including our sites, app and platform technology, such as when you view or click on content (e.g., learning video) or ads (on or off our sites and apps), perform a search, install or update one of our mobile apps, share articles or apply for jobs. We use log-ins, cookies, device information and internet protocol ("IP") addresses to identify you and log your use.

## 1.4 Cookies and Similar Technologies

We collect data through cookies and similar technologies.

As further described in our Cookie Policy, we use cookies and similar technologies (e.g., pixels and ad tags) to collect data (e.g., device IDs) to recognize you and your device(s) on, off and across different services and devices where you have engaged with our Services. We also allow some others to use cookies as described in our Cookie Policy. If you are outside the Designated Countries, we also collect (or rely on others who collect) information about your device where you have not engaged with our Services (e.g., ad ID, IP address, operating system and browser information) so we can provide our Members with relevant ads and better understand their effectiveness. Learn more. You can opt out from our use of data from cookies and similar technologies that track your behavior on the sites of others for ad targeting and other ad-related purposes. For Visitors, the controls are here.

## 1.5 Your Device and Location

We receive data through cookies and similar technologies

When you visit or leave our Services (including some plugins and our cookies or similar technology on the sites of others), we receive the URL of both the site you came from and the one you go to and the time of your visit. We also get information about your network and device (e.g., IP address, proxy server, operating system, web browser and add-ons, device identifier and features, cookie IDs and/or ISP, or your mobile carrier). If you use our Services from a mobile device, that device will send us data about your location based on your phone settings. We will ask you to opt-in before we use GPS or other tools to identify your precise location.

## 1.6 Messages

If you communicate through our Services, we learn about that.

We collect information about you when you send, receive, or engage with messages in connection with our Services. For example, if you get a LinkedIn connection request, we track whether you have acted on it and will send you reminders. We also use **automatic scanning** technology on messages to support and protect our site. For example, we use this technology to suggest possible responses to messages and to manage or block content that violates our User Agreement or **Professional Community Policies** from our Services.

## 1.7 Workplace and School Provided Information

When your organization (e.g., employer or school) buys a premium Service for you to use, they give us data about you.

Others buying our Services for your use, such as your employer or your school, provide us with personal data about you and your eligibility to use the Services that they purchase for use by their workers, students or alumni. For example, we will get contact information for **"Company Page"** administrators and for authorizing users of our premium Services, such as our recruiting, sales or learning products.

## 1.8 Sites and Services of Others

We get data when you visit sites that include our ads, cookies or some of our plugins or when you log-in to others' services with your LinkedIn account.

We receive information about your visits and interaction with services provided by others when you log-in with LinkedIn or visit others' services that include some of our plugins (such as "Apply with LinkedIn") or our ads, cookies or similar technologies.

## 1.9 Other

We are improving our Services, which means we get new data and create new ways to use data.

Our Services are dynamic, and we often introduce new features, which may require the collection of new information. If we collect materially different personal data or materially change how we collect, use or share your data, we will notify you and may also modify this Privacy Policy.

Key Terms  ⌄

# 2. How We Use Your Data

We use your data to provide, support, personalize and develop our Services.

How we use your personal data will depend on which Services you use, how you use those Services and the choices you make in your settings. We use the data that we have about you to provide and personalize our Services, including with the help of automated systems and inferences we make, so that our Services (including ads) can be more relevant and useful to you and others.

## 2.1 Services

Our Services help you connect with others, find and be found for work and business opportunities, stay informed, get training and be more productive.

We use your data to authorize access to our Services and honor your settings.

## Stay Connected

Our Services allow you to stay in touch and up to date with colleagues, partners, clients, and other professional contacts. To do so, you can "connect" with the professionals who you choose, and who also wish to "connect" with you. Subject to your and their settings, when you connect with other Members, you will be able to search each others' connections in order to exchange professional opportunities.

We use data about you (such as your profile, profiles you have viewed or data provided through address book uploads or partner integrations) to help others find your profile, suggest connections for you and others (e.g. Members who share your contacts or job experiences) and enable you to invite others to become a Member and connect with you. You can also opt-in to allow us to use your precise location or proximity to others for certain tasks (e.g. to suggest other nearby Members for you to connect with, calculate the commute to a new job, or notify your connections that you are at a professional event).

It is your choice whether to invite someone to our Services, send a connection request, or allow another Member to become your connection. When you invite someone to connect with you, your invitation will include your network and basic profile information (e.g., name, profile photo, job title, region). We will send invitation reminders to the person you invited. You can choose whether or not to share your own list of connections with your connections.

Visitors have choices about how we use their data.

## Stay Informed

Our Services allow you to stay informed about news, events and ideas regarding professional topics you care about, and from professionals you respect. Our Services also allow you to improve your professional skills, or learn new ones. We use the data we have about you (e.g., data you provide, data we collect from your engagement with our Services and inferences we make from the data we have about you), to personalize our Services for you, such as by recommending or ranking relevant content and conversations on our Services. We also use the data we have about you to suggest skills you could add to your profile and skills that you might need to pursue your next opportunity. So, if you let us know that you are interested in a new skill (e.g., by watching a learning video), we will use this information to personalize content in your feed, suggest that you follow certain members on our site, or suggest related learning content to help you towards that new skill. We use your content, activity and other data, including your name and photo, to provide notices to your network and others. For example, subject to your settings, we may notify others that you have updated your profile, posted content, took a social action, used a feature, made new connections or were mentioned in the news.

## Career

Our Services allow you to explore careers, evaluate educational opportunities, and seek out, and be found for, career opportunities. Your profile can be found by those looking to hire (for a job or a specific task) or be hired by you. We will use your data to recommend jobs or mentees, show you and others relevant professional contacts (e.g., who work at a company, in an industry, function or location or have certain skills and connections). You can signal that you are interested in changing jobs and share information with recruiters. We will use your data to recommend jobs to you and you to recruiters. We may use automated systems to provide content and recommendations to help make our Services more relevant to our Members, Visitors and customers. Keeping your profile accurate and up-to-date may help you better connect to others and to opportunities through our Services.

## Productivity

Our Services allow you to collaborate with colleagues, search for potential clients, customers, partners and others to do business with. Our Services allow you to communicate with other Members and schedule and prepare meetings with them. If your settings allow, we scan messages to provide "bots" or similar tools that facilitate tasks such as scheduling meetings, drafting responses, summarizing messages or recommending next steps. Learn more.

## 2.2 Premium Services

Our premium Services help paying users to search for and contact Members through our Services, such as searching for and contacting job candidates, sales leads and co-workers, manage talent and promote content through social media.

We sell premium Services that provide our customers and subscribers with customized-search functionality and tools (including messaging and activity alerts) as part of our talent, marketing and sales solutions. Customers can export limited information from your profile, such as name, headline, current company, current title, and general location (e.g., Dublin), such as to manage sales leads or talent, unless you opt-out. We do not provide contact information to customers as part of these premium Services without your consent. Premium Services customers can store information they have about you in our premium Services, such as a resume or contact information or sales history. The data stored about you by these customers is subject to the policies of those customers. Other enterprise Services and features that use your data include TeamLink and Elevate (social promotion of content).

## 2.3 Communications

> We contact you and enable communications between Members. We offer settings to control what messages you receive and how often you receive some types of messages.

We will contact you through email, mobile phone, notices posted on our websites or apps, messages to your LinkedIn inbox, and other ways through our Services, including text messages and push notifications. We will send you messages about the availability of our Services, security, or other service-related issues. We also send messages about how to use our Services, network updates, reminders, job suggestions and promotional messages from us and our partners. You may change your communication preferences at any time. Please be aware that you cannot opt out of receiving service messages from us, including security and legal notices.

We also enable communications between you and others through our Services, including for example invitations, InMail, groups and messages between connections.

## 2.4 Advertising

> We serve you tailored ads both on and off our Services. We offer you choices regarding personalized ads, but you cannot opt-out of seeing other ads.

We target (and measure the performance of) ads to Members, Visitors and others both on and off our Services directly or through a variety of partners, using the following data, whether separately or combined:

- Data from advertising technologies on and off our Services, pixels, ad tags, cookies, and device identifiers;

- Member-provided information (e.g., profile, contact information, title and industry);

- Data from your use of our Services (e.g., search history, feed, content you read, who you follow or is following you, connections, groups participation, page visits, videos you watch, clicking on an ad, etc.), including as described in Section 1.3;

- Information from advertising partners, vendors and publishers; and

- Information inferred from data described above (e.g., using job titles from a profile to infer industry, seniority, and compensation bracket; using graduation dates to infer age or using first names or pronoun usage to infer gender; using your feed activity to infer your interests; or using device data to recognize you as a Member).

We will show you ads called sponsored content which look similar to non-sponsored content, except that they are labeled as advertising (e.g., as "ad" or "sponsored"). If you take a social action (such as like, comment or share) on these ads, your action is associated with your name and viewable by others, including the advertiser. Subject to your settings, if you take a social action on the LinkedIn Services, that action may be mentioned with related ads. For example, when you like a company we may include your name and photo when their sponsored content is shown.

## Ad Choices

We adhere to self-regulatory principles for interest-based advertising and participate in industry opt-outs from such ads. This does not opt you out of receiving advertising; you will continue to get other ads by advertisers not listed with these self regulatory tools. You can also opt-out specifically from our uses of certain categories of data to show you more relevant ads. For Visitors, the setting is here.

## Info to Ad Providers

We do not share your personal data with any third-party advertisers or ad networks except for: (i) hashed IDs or device identifiers (to the extent they are personal data in some countries); (ii) with your separate permission (e.g., in a lead generation form) or (iii) data already visible to any users of the Services (e.g., profile). However, if you view or click on an ad on or off our Services, the ad provider will get a signal that someone visited the page that displayed the ad, and they may, through the use of mechanisms such as cookies, determine it is you. Advertising partners can associate personal data collected by the advertiser directly from you with hashed IDs or device identifiers received from us. In such instances, we seek to contractually require such advertising partners to obtain your explicit, opt-in consent before doing so.

## 2.5 Marketing

We promote our Services to you and others.

In addition to advertising our Services, we use Members' data and content for invitations and communications promoting membership and network growth, engagement and our Services, such as by showing your connections that you have used a feature on our Services.

## 2.6 Developing Services and Research

We develop our Services and conduct research

## Service Development

We use data, including public feedback, to conduct research and development for our Services in order to provide you and others with a better, more intuitive and personalized experience, drive membership growth and engagement on our Services, and help connect professionals to each other and to economic opportunity.

## Other Research

We seek to create economic opportunity for Members of the global workforce and to help them be more productive and successful. We use the personal data available to us to research social, economic and workplace trends, such as jobs availability and skills needed for these jobs and policies that help bridge the gap in various industries and geographic areas. In some cases, we work with trusted third parties to perform this research, under controls that are designed to protect your privacy. We publish or allow others to publish economic insights, presented as aggregated data rather than personal data.

## Surveys

Polls and surveys are conducted by us and others through our Services. You are not obligated to respond to polls or surveys, and you have choices about the information you provide. You may opt-out of survey invitations.

## 2.7 Customer Support

We use data to help you and fix problems.

We use data (which can include your communications) to investigate, respond to and resolve complaints and for Service issues (e.g., bugs).

## 2.8 Insights That Do Not Identify You

We use data to generate insights that do not identify you.

We use your data to produce and share insights that do not identify you. For example, we may use your data to generate statistics about our members, their profession or industry, to calculate ad impressions served or clicked on, or to publish visitor demographics for a Service or create demographic workforce insights.

## 2.9 Security and Investigations

We use data for security, fraud prevention and investigations.

We use your data (including your communications) for security purposes or to prevent or investigate possible fraud or other violations of our User Agreement and/or attempts to harm our Members, Visitors or others.

Key Terms  ⌄

# 3. How We Share Information

## 3.1 Our Services

Any data that you include on your profile and any content you post or social action (e.g., likes, follows, comments, shares) you take on our Services will be seen by others, consistent with your settings.

## Profile

Your profile is fully visible to all Members and customers of our Services. Subject to your settings, it can also be visible to others on or off of our Services (e.g., Visitors to our Services or users of third- party search engines). As detailed in our Help Center, your settings, degree of connection with the viewing Member, the subscriptions they may have, their usage of our Services, access channels and search types (e.g., by name or by keyword) impact the availability of your profile and whether they can view certain fields in your profile.

## Posts, Likes, Follows, Comments, Messages

Our Services allow viewing and sharing information including through posts, likes, follows and comments.

- When you share an article or a post (e.g., an update, image, video or article) publicly it can be viewed by everyone and re-shared anywhere (subject to your settings). Members, Visitors and others will be able to find and see your publicly-shared content, including your name (and photo if you have provided one).

- In a group, posts are visible to others in the group. Your membership in groups is public and part of your profile, but you can change visibility in your settings.

- Any information you share through companies' or other organizations' pages on our Services will be viewable by it and others who visit those pages.

- When you follow a person or organization, you are visible to others and that "page owner" as a follower.

- We let senders know when you act on their message, subject to your settings where applicable.

- Subject to your settings, we let a Member know when you view their profile.

- When you like or re-share or comment on another's content (including ads), others will be able to view these "social actions" and associate it with you (e.g., your name, profile and photo if you provided it).

Your employer can see how you use Services they provided for your work (e.g. as a recruiter or sales agent) and related information. We will not show them your job searches or personal messages.

## Enterprise Accounts

Your employer may offer you access to our enterprise Services such as Recruiter, Sales Navigator, LinkedIn Learning or our advertising Campaign Manager. Your employer can review and manage your use of such enterprise Services.

Depending on the enterprise Service, before you use such Service, we will ask for permission to share with your employer relevant data from your profile or use of our non-enterprise Services. For example, users of Sales Navigator will be asked to share their "social selling index", a score calculated in part based on their personal account activity. We understand that certain activities such as job hunting and personal messages are sensitive, and so we do not share those with your employer unless you choose to share it with them through our Services (for example, by applying for a new position in the same company or mentioning your job hunting in a message to a co-worker through our Services).

Subject to your settings, when you use workplace tools and services (e.g., interactive employee directory tools) certain of your data may also be made available to your employer or be connected with information we receive from your employer to enable these tools and services.

## 3.2 Communication Archival

Regulated Members may need to store communications outside of our Service.

Some Members (or their employers) need, for legal or professional compliance, to archive their communications and social media activity, and will use services of others to provide these archival services. We enable archiving of messages by and to those Members outside of our Services. For example, a financial advisor needs to archive communications with her clients through our Services in order to maintain her professional financial advisor license.

## 3.3 Others' Services

You may link your account with others' services so that they can look up your contacts' profiles, post your shares on such platforms, or enable you to start conversations with your connections on such platforms. Excerpts from your profile will also appear on the services of others.

Subject to your settings, other services may look up your profile. When you opt to link your account with other services, personal data will become available to them. The sharing and use of that personal data will be described in, or linked to, a consent screen when you opt to link the accounts. For example, you may link your Twitter or WeChat account to share content from our Services into these other services, or your email provider may give you the option to upload your LinkedIn contacts into its own service. Third-party services have their own privacy policies, and you may be giving them permission to use your data in ways we would not. You may revoke the link with such accounts.

Subject to your settings, excerpts from your profile will appear on the services of others (e.g., search engine results, mail and calendar applications that show a user limited profile data of the person they are meeting or messaging, social media aggregators, talent and lead managers). "Old" profile information remains on these services until they update their data cache with changes you made to your profile.

## 3.4 Related Services

We share your data across our different Services and LinkedIn affiliated entities.

We will share your personal data with our affiliates to provide and develop our Services. We may combine information internally across the different Services covered by this Privacy Policy to help our Services be more relevant and useful to you and others. For example, we may personalize your feed or job recommendations based on your learning history.

## 3.5 Service Providers

We may use others to help us with our Services.

We use others to help us provide our Services (e.g., maintenance, analysis, audit, payments, fraud detection, marketing and development). They will have access to your information as reasonably necessary to perform these tasks on our behalf and are obligated not to disclose or use it for other purposes.

## 3.6 Legal Disclosures

We may need to share your data when we believe it's required by law or to help protect the rights and safety of you, us or others.

It is possible that we will need to disclose information about you when required by law, subpoena, or other legal process or if we have a good faith belief that disclosure is reasonably necessary to (1) investigate, prevent or take action regarding suspected or actual illegal activities or to assist government enforcement agencies; (2) enforce our agreements with you; (3) investigate and defend ourselves against any third-party claims or allegations; (4) protect the security or integrity of our Services (such as by sharing with companies facing similar threats); or (5) exercise or protect the rights and safety of LinkedIn, our Members, personnel or others. We attempt to notify Members about legal demands for their personal data when appropriate in our judgment, unless prohibited by law or court order or when the request is an emergency. We may dispute such demands when we believe, in our discretion, that the requests are overbroad, vague or lack proper authority, but we do not promise to challenge every demand. To learn more see our **Data Request Guidelines** and **Transparency Report**.

## 3.7 Change in Control or Sale

> We may share your data when our business is sold to others, but it must continue to be used in accordance with this Privacy Policy.

We can also share your personal data as part of a sale, merger or change in control, or in preparation for any of these events. Any other entity which buys us or part of our business will have the right to continue to use your data, but only in the manner set out in this Privacy Policy unless you agree otherwise.

---

# 4. Your Choices & Obligations

## 4.1 Data Retention

> We keep most of your personal data for as long as your account is open.

We generally retain your personal data as long as you keep your account open or as needed to provide you Services. This includes data you or others provided to us and data generated or inferred from your use of our Services. Even if you only use our Services when looking for a new job every few years, we will retain your information and keep your profile open, unless you close your account. In some cases we choose to retain certain information (e.g., insights about Services use) in a depersonalized or aggregated form.

## 4.2 Rights to Access and Control Your Personal Data

> You can access or delete your personal data. You have many choices about how your data is collected, used and shared.

We provide many choices about the collection, use and sharing of your data, from deleting or correcting data you include in your profile and controlling the visibility of your posts to advertising opt-outs and communication controls. We offer you settings to control and manage the personal data we have about you.

For personal data that we have about you, you can:

- Delete Data: You can ask us to erase or delete all or some of your personal data (e.g., if it is no longer necessary to provide Services to you).

- Change or Correct Data: You can edit some of your personal data through your account. You can also ask us to change, update or fix your data in certain cases, particularly if it's inaccurate.

- Object to, or Limit or Restrict, Use of Data: You can ask us to stop using all or some of your personal data (e.g., if we have no legal right to keep using it) or to limit our use of it (e.g., if your personal data is inaccurate or unlawfully held).

- Right to Access and/or Take Your Data: You can ask us for a copy of your personal data and can ask for a copy of personal data you provided in machine readable form.

Visitors can learn more about how to make these requests here. You may also contact us using the contact information below, and we will consider your request in accordance with applicable laws.

Residents in the Designated Countries and other regions may have additional rights under their laws.

## 4.3 Account Closure

We keep some of your data even after you close your account.

If you choose to close your LinkedIn account, your personal data will generally stop being visible to others on our Services within 24 hours. We generally delete closed account information within 30 days of account closure, except as noted below.

We retain your personal data even after you have closed your account if reasonably necessary to comply with our legal obligations (including law enforcement requests), meet regulatory requirements, resolve disputes, maintain security, prevent fraud and abuse (e.g., if we have restricted your account for breach of our Professional Community Policies), enforce our User Agreement, or fulfill your request to "unsubscribe" from further messages from us. We will retain de-personalized information after your account has been closed.

Information you have shared with others (e.g., through InMail, updates or group posts) will remain visible after you close your account or delete the information from your own profile or mailbox, and we do not control data that other Members have copied out of our Services. Groups content and ratings or review content associated with closed accounts will show an unknown user as the source. Your profile may continue to be displayed in the services of others (e.g., search engine results) until they refresh their cache.

# 5. Other Important Information

## 5.1. Security

We monitor for and try to prevent security breaches. Please use the security features available through our Services.

We implement security safeguards designed to protect your data, such as HTTPS. We regularly monitor our systems for possible vulnerabilities and attacks. However, we cannot warrant the security of any information that you send us. There is no guarantee that data may not be accessed, disclosed, altered, or destroyed by breach of any of our physical, technical, or managerial safeguards. Please visit our Safety Center for additional information about safely using our Services, including two-factor authentication.

## 5.2. Cross-Border Data Transfers

We store and use your data outside your country.

We process data both inside and outside of the United States and rely on legally-provided mechanisms to lawfully transfer data across borders. Learn more. Countries where we process data may have laws which are different from, and potentially not as protective as, the laws of your own country.

## 5.3 Lawful Bases for Processing

We have lawful bases to collect, use and share data about you. You have choices about our use of your data. At any time, you can withdraw consent you have provided by going to settings.

We will only collect and process personal data about you where we have lawful bases. Lawful bases include consent(where you have given consent), contract (where processing is necessary for the performance of a contract with you (e.g., to deliver the LinkedIn Services you have requested) and "legitimate interests." Learn more.

Where we rely on your consent to process personal data, you have the right to withdraw or decline your consent at any time and where we rely on legitimate interests, you have the right to object. Learn More. If you have any questions about the lawful bases upon which we collect and use your personal data, please contact our Data Protection Officer here.

## 5.4. Direct Marketing and Do Not Track Signals

Our statements regarding direct marketing and "do not track" signals.

We currently do not share personal data with third parties for their direct marketing purposes without your permission. Learn more about this and about our response to "do not track" signals.

## 5.5. Contact Information

You can contact us or use other options to resolve any complaints.

If you have questions or complaints regarding this Policy, please first contact LinkedIn online. You can also reach us by physical mail. If contacting us does not resolve your complaint, you have more options. Residents in the Designated Countries and other regions may also have the right to contact our Data Protection Officer here.If this does not resolve your complaint, Residents in the Designated Countries and other regions may have more options under their laws.

Key Terms  ⌄

© 2021    About    Accessibility    User Agreement    Privacy Policy    Cookie Policy    Copyright Policy    Brand Policy    Guest Controls    Community Guidelines    Language

# EXHIBIT 5

**in** Back to LinkedIn.com 

# Privacy Policy

*Effective on June 7, 2017*
See a **guided tour** of the main changes.

## Your Privacy Matters

LinkedIn's mission is to connect the world's professionals to allow them to be more productive and successful. Central to this mission is our commitment to be transparent with you about the data we collect about you and how it is used and shared.

By using our Services, you consent to our use of your data under this Privacy Policy.

▶ **View our Privacy Policy video**

Table of Contents:

Introduction

Information We Collect

How We Use Your Data

How We Share Information

Your Choices & Obligations

Other Important Information

## Introduction

> We are a social network and online platform for professionals. People use our services to find and be found for business opportunities and to connect with others and information. Our Privacy Policy applies to any Member or Visitor to the covered Services.

Our registered users ("**Members**") share their professional identities, engage with their network, exchange knowledge and professional insights, post and view relevant content, learn and find business and career opportunities. Content on some of our services is available to non-members ("**Visitors**").

**Data Controllers**

If you reside in the United States, you are entering into the User Agreement with LinkedIn Corporation, who will be responsible for your personal data provided to, or collected by or for, our Services. If you reside outside the United States, you are entering into the User Agreement with LinkedIn Ireland U.C., who will be the controller of your personal data provided to, or collected by or for, our Services.

**Services**

This Privacy Policy applies to LinkedIn.com, LinkedIn-branded apps, Slideshare, LinkedIn Learning and other LinkedIn-related sites, apps, communications and services ("**Services**"), including off-site Services, such as our ad services and the "Apply with LinkedIn" and "Share with LinkedIn" plugins, but excluding services that state that they are offered under a different privacy policy.



**Consent**

If you use our Services, you consent to the collection, use and sharing of your personal data under this Privacy Policy (which includes our Cookie Policy and other documents referenced in this Privacy Policy) and agree to the User Agreement. We provide you choices that allow you to opt-out or control how we use and share your data.

| If you use our Services after an update to this Privacy Policy, you consent to the changed policy.

**Change**

We may modify this Privacy Policy, and if we make material changes to it, we will provide notice through our Services, or by other means, to provide you the opportunity to review the changes before they become effective. If you object to any changes, you may close your account. Your continued use of our Services after we publish or send a notice about our changes to this Privacy Policy means that you are consenting to the updated Privacy Policy.

# 1. Information We Collect

## 1.1 Information You Provide To Us

| You provide data to create an account with us.

**Registration**

To create an account you provide data including your name, email address and/or mobile number, and a password. If you register for a premium Service, we ask you for payment (e.g., credit card) and billing information.

| You create your LinkedIn profile (a complete profile helps you get the most from our Services).

**Profile**

You have choices about the information on your profile, such as your education, work experience, skills, photo, city or area and endorsements. Some professionals may choose to complete a separate ProFinder profile. Profile information helps you get more from our Services, including helping recruiters and business opportunities find you. It's your choice whether to include sensitive information on your profile. **Please do not post or add personal data to your profile that you would not want to be publicly available.**

| You give other data to us, such as by syncing your address book or calendar.

**Posting and Uploading**

We collect personal data from you when you provide, post or upload it to our Services, such as when you fill out a form, respond to a survey (e.g., Members' salary), submit a resume and apply for or save jobs or send invitations. If you opt to import your address book, we receive your contacts (including contact information your service provider(s) or app automatically added to your address book when you communicated with addresses or numbers not already in your list). If you sync your email or calendars with our Services, we will collect your "email header" and calendar meeting information (e.g. times, places, attendees and contacts).

## 1.2 Information From Others

| Others may post or write about you.

**Content and News**

You and others may post content that includes information about you on our Services (as part of blog posts, feed updates and comments, videos). Unless you opt-out, we collect public information about you, such as professional-related news and accomplishments (e.g., patents granted, professional recognition, conference speakers, projects, etc.) and make it available as part of our Services (e.g. suggestions for your profile, or notifications of mentions in the news).

| Others may sync their contacts or calendar with our Services.

**Contact and Calendar Information**

We receive personal data about you when others import or sync their address book or calendar with our Services, or send messages using our Services (including invites or connection requests).

| Customers and partners may provide data to us.

**Partners**

We receive personal data about you when you use the services of our customers and partners, such as prospective employers and applicant tracking systems providing us job application data.



We log your visits and use of our Services, including mobile apps.

We log usage data when you visit or otherwise use our Services, including our sites, app and platform technology (e.g., our off-site plugins), such as when you view or click on content (e.g., learning video) or ads (on or off our sites and apps), perform a search, install one of our mobile apps, share articles or apply for jobs. We use log-ins, cookies, device information and internet protocol ("IP") addresses to identify you and log your use.

### 1.4 Cookies, Web Beacons and Other Similar Technologies

We collect data through cookies and similar technologies.

As further described in our Cookie Policy, we use cookies and similar technologies (e.g., web beacons, pixels, ad tags and device identifiers) to recognize you and/or your device(s) on, off and across different Services and devices. We also allow some others to use cookies as described in our Cookie Policy. You can control cookies through your browser settings and other tools. You can also opt out from our use of cookies and similar technologies that track your behavior on the sites of others for third party advertising. For Visitors, the opt out is here.

### 1.5 Your Device and Location

We receive data from your devices and networks, including location data.

When you visit or leave our Services (including our plugins or cookies or similar technology on the sites of others), we receive the URL of both the site you came from and the one you go to next. We also get information about your IP address, proxy server, operating system, web browser and add-ons, device identifier and features, and/or ISP or your mobile carrier. If you use our Services from a mobile device, that device will send us data about your location. Most devices allow you to prevent location data from being sent to us and we honor your settings.

### 1.6 Messages

If you communicate through our Services, we learn about that.

We collect information about you when you send, receive, or engage with messages in connection with our Services. For example, if you get a LinkedIn connection request, we track whether you have acted on it and will send you reminders. We also use automatic scanning technology on messages.

### 1.7 Workplace Provided Information

When your employer buys a premium Service for you to use at work, they may give us data about you.

An employer (or other person or entity procuring our Services for your use) may provide us information about their employees or contractors who make use of these Services. For example, we will get contact information for "Company Page" administrators and for authorizing users of our premium Services, such as our recruiting, sales or learning products.

### 1.8 Sites and Services of Others

We get data when you visit sites that include our plugins, ads or cookies or log-in to others' services with your LinkedIn account.

We receive information about your visits and interaction with services provided by others when you log-in with LinkedIn or visit others' services that include our plugins (such as "Share on LinkedIn" or "Apply with LinkedIn"), ads, cookies or similar technologies.

### 1.9 Other

We are improving our Services, which means we get new data and create new ways to use data.

Our Services are dynamic and we often introduce new features, which may require the collection of new information. If we collect materially different personal data or materially change how we use your data, we will notify you and you may also modify this Privacy Policy.

## 2. How We Use Your Data

We use your data to provide, support, personalize and develop our Services.

How we use your personal data will depend on which Services you use, how you use those Services and the choices you make in your settings. We use the data that we have about you to provide, support, personalize and make our Services (including ads) more relevant and useful to you and others.



> Our Services help you connect with others, find and be found for work and business opportunities, stay informed, get training and be more productive.

We use your data to authenticate you and authorize access to our Services.

**Stay Connected**
Our Services allow you to stay in touch, in communication and up to date with colleagues, partners, clients, and other professional contacts. To do so, you will "connect" with the professionals who you choose, and who also wish to "connect" with you. When you connect, you will be able to search each others' connections in order to exchange professional opportunities.

We will use data about you (such as profiles you have viewed or data provided through address book uploads or partner integrations) to suggest connections for you and others (e.g. Members who share your contacts) and enable you to invite others to become a Member and connect with you. You can also opt to allow us to use your precise location or proximity to others to suggest other nearby Members for you to connect with. It is your choice whether to invite someone to our Services, send a connection request, or allow another Member to become your connection. When you invite someone to connect with you, your invitation will include your name, photo, network and contact information. We will send invitation reminders to the person you invited. You can choose whether or not to share your own list of connections with your connections.

Visitors have choices about how we use their data.

**Stay Informed**
Our Services allow you to stay informed about news, events and ideas regarding professional topics you care about, and from professionals you respect. Our Services also allow you to improve your professional skills, or learn new ones. We use the information about you to recommend relevant content across our Services, suggest skills you may have to add to your profile and skills that you might need to pursue your next opportunity. So, if you let us know that you are interested in a new skill (e.g., by watching a learning video), we will use this information to personalize content in your feed, suggest that you follow certain members on our site, or watch related learning content to help you towards that new skill. We use your content, activity and other data, including your name and picture, to provide notices to your network and others. For example, subject to your settings, we may notify others that you have updated your profile, posted a blog, took a social action, made new connections or were mentioned in the news.

**Career**
Our Services allow you to explore careers, evaluate educational opportunities, and seek out, and be found for, career opportunities. Your profile can be found by those looking to hire (for a job or a specific task) or be hired by you. We will use your data to recommend jobs, show you and others who work at a company, in an industry, function or location or have certain skills and connections. You can signal that you are interested in changing jobs and share information with job recruiters. We may use your profile and activity to recommend jobs to you and you to recruiters.

**Productivity**
Our Services allow you to collaborate with colleagues, search for potential clients, customers, partners and others to do business with. Our Services allow you to communicate with other professionals and schedule and prepare meetings with them. Subject to your settings, we scan messages to provide "bots" or similar tools that facilitate tasks such as scheduling meetings, draft responses, summarize messages or recommend next steps.

## 2.2 Premium Services

> Our premium Services allow paying users to search for and contact Members through our Services, such as searching for and contacting job candidates, sales leads and co-workers, manage talent and promote content through social media.

We sell premium Services that provide our customers customized-search functionality and tools (including messaging and activity alerts) as part of our talent, marketing and sales solutions. These subscribers can export limited information from your profile, such as name, headline, current company, current title, and general location (e.g., Dublin), in order to manage sales leads or talent, unless you opt out. We do not provide contact information to these subscribers as part of these premium Services without your consent. A premium Services subscriber can store information he/she has about you in our premium Services, such as a resume or contact information or sales history. The data provided about you by these subscribers is subject to the policies of those subscribers. Other enterprise Services that use your data include LinkedIn Referrals (job referrals), Lookup (enterprise directory) and Elevate (social promotion of content). Learn more.

## 2.3 Communications

> We contact you and enable communications between members. We offer settings to control what and how often you receive some types of messages.

We will contact you through email, notices posted on our websites or apps, messages to your LinkedIn inbox, and other ways through our Services, including text messages and push notifications. We will send you messages about the availability of our Services, security, or other service-related issues. We also send messages about how to use the Services, network updates, reminders, job suggestions and promotional messages from us and our partners. You may change your communication preferences at any time. Please be aware that you cannot opt out of receiving service messages from us, including security and legal notices.

We also enable communications between you and others through our Services, including for example invitations, InMail, groups and messages between connections.

## 2.4 Advertising



out of seeing generic ads.

We target (and measure the performance of) ads to Members, Visitors and others both on and off of our Services through a variety of ad networks and exchanges, using the following data, whether separately or combined:

- Data from advertising technologies on and off of our Services, like web beacons, pixels, ad tags, cookies, and device identifiers;

- Member-provided information (e.g., contact information, title and industry);

- Data from your use of our Services (e.g., search history, feed, content you read, who you follow or is following you, connections, groups participation, page visits, videos you watch, clicking on an ad, etc.), including as described in Section 1.3;

- Information from others (e.g. advertising partners, publishers and data aggregators);

- Information inferred from data described above (e.g., using job titles to infer age, industry, seniority, and compensation bracket; or names to infer gender).

We will show you ads called **sponsored content** which look like similar non-sponsored content, except that they are labeled ads or sponsored. If you take an action (such as like, comment or share) on these ads, your action is associated with your name and viewable by others, including the ad provider.

### Ad Choices
We adhere to **self-regulatory principles** for interest-based advertising and participate in industry **opt outs** from such ads. This does not opt you out of receiving advertising - you will continue to get generic ads or ads by advertisers not listed with these self regulatory tools. You can also **opt out** specifically from interest-based advertising served through our platform for third parties. For non-Members, this setting is **here**.

### Info to Advertisers
We do not share your personal data with any third-party advertisers or (other than hashed or device identifiers, to the extent they are personal data in some countries) ad networks for their advertising without your separate permission. However, if you click on an ad, the ad poster will know you visited the page that you clicked on. Also, advertising partners can associate personal data collected by the advertiser directly from you with our cookies and similar technologies. In such instances, we seek to contractually require such advertisers to obtain your explicit, opt-in consent before doing so.

## 2.5 Marketing

> We promote our Services to you and others.

We use data and content about Members for invitations and communications promoting membership and network growth, engagement and our Services.

## 2.6 Developing Services and Research

> We develop our Services and conduct research.

### Service Development
We use data, including public feedback, to conduct **research** and development for the further development of our Services in order to provide you and others with a better, more intuitive and personalized experience, drive membership growth and engagement on our Services, and help connect professionals to each other and to economic opportunity.

### Other Research
We seek to create economic opportunity for members of the global workforce and to help them be more productive and successful. We use the data available to us to research social, economic and workplace trends such as jobs availability and skills needed for these **jobs** and policies that help bridge the gap in various industries and geographic areas. In some cases, we work with trusted third parties to perform this research, under **controls** that are designed to protect your privacy. We publish or allow others to publish economic insights, presented as aggregated data rather than personal data.

### Surveys
Polls and surveys are conducted by us and others through our Services. You are not obligated to respond to polls or surveys and you have choices about the information you provide. You may **opt out** of survey invitations.

## 2.7 Customer Support

> We use data to help you and fix problems.

We use the data (which can include your communications) needed to investigate, respond to and resolve complaints and Service issues (e.g., bugs).

## 2.8 Aggregate Insights

> We use data to generate aggregate insights.



## 2.9 Security and Investigations

We use data for security, fraud prevention and investigations.

We use your data (including your communications) if we think it's necessary for security purposes or to investigate possible fraud or other violations of our User Agreement or this Privacy Policy and/or attempts to harm our Members or Visitors.

# 3. How We Share Information

### 3.1 Our Services

Any information you include on your profile and any content you post or social action (e.g. likes, follows, comments, shares) you take on our Services will be seen by others.

**Profile**
Your profile is fully visible to all Members and customers of our Services. As detailed in our Help Center, your settings, degree of connection with the viewing Member, the subscriptions they may have, their usage of our Services, access channels and search types (e.g., by name or by keyword) impact the availability of your profile and certain fields.

**Posts, Likes, Follows, Comments, Messages**
Our Services allow viewing and sharing information including through posts, follows, likes and comments.

- When you share a post (e.g., an update, video or blog), the default (which you can change) is to share it publicly. Others who are not your connections will be able to find (including through search engines) and see your post.

- When you like, comment on or share another's post, others will see it, including the person who initiated the post.

- In a group, posts are visible to others in the group. Your membership in groups is public and part of your profile unless you change the default settings.

- Any information you share through companies' or other organizations' pages on our Services will be viewable by it and others who visit those pages.

- When you follow a person or organization, you are visible to others and that "page owner" as a follower. We provide aggregate insights about the followers and viewers to the respective page owners.

- We let senders know when you act on their message, subject to your settings where applicable.

Your employer can see how you use Services they provided for your work (e.g. as a recruiter or sales agent) and related information. We will not show them your job searches or personal messages.

**Enterprise Accounts**
Your employer may offer you access to our enterprise Services such as Recruiter, Sales Navigator, Elevate, Referrals, Lookup or our advertising Campaign Manager. They can also buy access for you to our online learning products. Your employer can review and manage your use of such enterprise Services.

Depending on the enterprise Service, before you use such Service, we will ask for permission to share relevant data from your profile or use of our non-enterprise Services. For example, users of Sales Navigator will be asked to share their "social selling index", a score calculated in part based on their personal account activity. We understand that certain activities such as job hunting and personal messages are sensitive and so we do not share those with your employer unless you choose to share it with them through our Services (for example, by applying for a new position in the same company or mention your job hunting in a message to a co-worker through our Services).

### 3.2 Communication Archival

Regulated Members may need to store communications outside of our Service.

Some Members (or their employers) need, for legal or professional compliance, to archive their communications and social media activity, and will use services of others to provide these archival services. We enable such archiving outside of our Services. For example, a financial advisor needs to archive communications with her clients through our Services in order to maintain her professional financial advisor license.

### 3.3 Others' Services

You may link your account with others' services so that they can look up your contacts' profiles or post your shares on such platforms.

Subject to your preference, other services may look-up your profile.



other services, or your email provider may give you the option to upload your LinkedIn contacts into its own service. You may revoke the link with such accounts.

Subject to your settings, excerpts from your profile will appear on the services of others (e.g., search engine results, mail and calendar applications that show a user a "mini" LinkedIn profile of the person they are meeting or messaging, social media aggregators, talent and lead managers). "Old" profile information remains on these services until they update their data cache with changes you made to your profile.

## 3.4 Related Services

> We share your data across our different Services and LinkedIn-affiliated entities.

We will share your personal data with our affiliates to provide and develop our Services. We combine information internally across the different Services covered by this Privacy Policy. For example, SlideShare will recommend better content to you based on your LinkedIn profile or the articles you read on Pulse, and LinkedIn could personalize your feed or job recommendations based on your learning video history, because we are able to identify you across different Services using cookies or similar technologies.

## 3.5 Service Providers

> We may use others to help us with our Services.

We use others to help us provide our Services (e.g., maintenance, analysis, audit, payments, fraud detection, marketing and development). They will have access to your information as reasonably necessary to perform these tasks on our behalf and are obligated to not to disclose or use it for other purposes.

## 3.6 Legal Disclosures

> We may need to share your data when we believe it's required by law or to protect your and our rights and security.

It is possible that we will need to disclose information about you when required by law, subpoena, or other legal process or if we have a good faith belief that disclosure is reasonably necessary to (1) investigate, prevent, or take action regarding suspected or actual illegal activities or to assist government enforcement agencies; (2) enforce our agreements with you, (3) investigate and defend ourselves against any third-party claims or allegations, (4) protect the security or integrity of our Service (such as by sharing with companies facing similar threats); or (5) exercise or protect the rights and safety of LinkedIn, our Members, personnel, or others. We attempt to notify Members about legal demands for their personal data when appropriate in our judgment, unless prohibited by law or court order or when the request is an emergency. We may dispute such demands when we believe, in our discretion, that the requests are overbroad, vague or lack proper authority, but we do not promise to challenge every demand. To learn more see our Data Request Guidelines and Transparency Report.

## 3.7 Change in Control or Sale

> We may share your data when our business is sold to others, but it must continue to be used in accordance with this Privacy Policy.

We can also share your personal data as part of a sale, merger or change in control, or in preparation for any of these events. Any other entity which buys us or part of our business will have the right to continue to use your data, but only in the manner set out in this Privacy Policy unless you agree otherwise.

# 4. Your Choices & Obligations

## 4.1 Data Retention

> We keep most of your personal data for as long as your account is open.

We retain the personal data you provide while your account is in existence or as needed to provide you Services. Even if you only use our Services when looking for a new job every few years, we will retain your information and keep your profile open until you decide to close your account. In some cases we choose to retain certain information (e.g., visits to sites carrying our "share with LinkedIn" or "apply with LinkedIn" plugins) without clicking on the plugin) in a depersonalized or aggregated form.

## 4.2 Rights to Access and Control Your Personal Data

> You can access or delete your personal data. You have many choices about how your data is collected, used and shared.

We provide many choices about the collection, use and sharing of your data, from deleting or correcting data you include in your profile and controlling the visibility of your posts to advertising opt-outs and communication controls. We offer access to the personal data we have about you (for SlideShare, please contact us).

## 4.3 Account Closure

> We keep some of your data even after you close your account.



delete closed account information within 30 days of account closure, except as noted below.

We retain your personal data even after you have closed your account if reasonably necessary to comply with our legal obligations (including law enforcement requests), meet regulatory requirements, resolve disputes, maintain security, prevent fraud and abuse, enforce our User Agreement, or fulfill your request to "unsubscribe" from further messages from us. We will retain de-personalized information after your account has been closed.

Information you have shared with others (e.g., through InMail, updates or group posts) will remain visible after you closed your account or deleted the information from your own profile or mailbox, and we do not control data that other Members copied out of our Services. Groups content associated with closed accounts will show an unknown user as the source. Your profile may continue to be displayed in the services of others (e.g., search engine results) until they refresh their cache.

## 5. Other Important Information

### 5.1. Security

> We monitor for and try to prevent security breaches. Please use the security features available through our Services.

We implement security safeguards designed to protect your data, such as HTTPS. We regularly monitor our systems for possible vulnerabilities and attacks. However, we cannot warrant the security of any information that you send us. There is no guarantee that data may not be accessed, disclosed, altered, or destroyed by breach of any of our physical, technical, or managerial safeguards. Please visit our Safety Center for additional information about safely using our Services, including two-factor authentication.

### 5.2. Cross-Border Data Transfers

> We store and use your data outside your country.

We process data both inside and outside of the United States. Learn more about the legal mechanisms we rely on to transfer data across borders.

LinkedIn participates in the EU-U.S. and Swiss-U.S. Privacy Shield frameworks. To learn more, read our Privacy Shield Statement.

### 5.3. Direct Marketing and Do Not Track Signals

> Our statements regarding direct marketing and "do not track" signals.

We currently do not share personal data with third parties for their direct marketing purposes without your permission. Learn more about this and about our response to "do not track" signals.

### 5.4. Contact Information

> You can contact us or use other options to resolve any complaints.

If you have questions or complaints regarding this Policy, please first contact LinkedIn online. You can also reach us by physical mail. If contacting us does not resolve your complaint, you have more options.

---

Help Center   About   Careers   Advertising   Talent Solutions   Sales Solutions   Small Business   Mobile   Language   Upgrade Your Account

LinkedIn Corporation © 2017   User Agreement   Privacy Policy   Ad Choices   Community Guidelines   Cookie Policy   Copyright Policy   Send Feedback

Privacy Policy | LinkedIn

# EXHIBIT 6

☰ ▾    Search for people, jobs, companies, and more...    🔍   Advanced

  

Home    Profile    Connections    Jobs    Interests       Business Services    Go to Recruiter

SlideShare, a content sharing platform, and LinkedIn Pulse, a news reading application, are part of the LinkedIn family.

# Your Privacy Matters

At LinkedIn, our fundamental philosophy is "members first." That value powers all of the decisions we make, including how we gather and respect your personal information.

We've crafted the policy below to be as clear and straightforward as possible. Our aim is for you—our members—to always feel informed and empowered with respect to your privacy on LinkedIn. Visit our Safety Center for tips on using LinkedIn smartly and securely.

 View our California DNT notice ›



| Introduction | Information Collected | Uses & Sharing of Personal Info | Your Choices & Obligations | Important Information |
|---|---|---|---|---|

---

## Introduction

Last revised on October 23, 2014

**We are a social network and online platform for professionals.**

Our Privacy Policy has been updated. Please read our summary of the changes.

LinkedIn's mission is to connect the world's professionals to allow them to be more productive and successful. Our registered users ("Members") share their professional identities, engage with their network, exchange knowledge and professional insights, post and view relevant content, and find business and career opportunities. Content on some of our services is also visible to unregistered viewers ("Visitors"). We believe that our services allow our Members to effectively compete and achieve their full career potential. The cornerstone of our business is to focus on our Members first.

Maintaining your trust is our top priority, so we adhere to the following principles to protect your privacy:

**We protect your personal information using industry-standard safeguards.**

**We may share your information with your consent or as required by law, and we will always let you know when we make significant changes to this Privacy Policy.**

- We protect your personal information and will only provide it to third parties: (1) with your consent; (2) where it is necessary to carry out your instructions; (3) as reasonably necessary in order to provide our features and functionality to you; (4) when we reasonably believe it is required by law, subpoena or other legal process; or (5) as necessary to enforce our User Agreement or protect the rights, property, or safety of LinkedIn, our Members and Visitors, and the public.

- We have implemented appropriate security safeguards designed to protect your information in accordance with industry standards.

This Privacy Policy applies to LinkedIn.com and the LinkedIn mobile application, SlideShare.net and SlideShare mobile app ("SlideShare"), Pulse.me and Pulse mobile app ("Pulse"), LinkedIn platform technology (such as "Share on LinkedIn" plugins for publishers), the advertising platform created by Bizo Inc. (and its successor products) and all other LinkedIn websites, apps, developer platforms and other products and services (collectively the "Services"). We may modify this Privacy Policy from time to time, and if we make material changes to it, we will provide notice through our Service, or by other means so that you may review the changes before you continue to use our Services. **If you object to any changes, you may close your account. Continuing to use our Services after we publish or communicate a notice about any changes to this Privacy Policy means that you are consenting to the changes.**

Back to Top ▲

# 1. What information we collect

Our Privacy Policy applies to any Member or Visitor. We collect information when you use our Services to offer you a personalized and relevant experience, including growing your network and enabling business opportunities.

**1.1. Data Controllers**

If you reside in the United States, then the personal information provided to or collected by our Services is controlled by LinkedIn Corporation, 2029 Stierlin Court, Mountain View, California 94043. If you reside outside the United States, then this personal information is controlled by LinkedIn Ireland, Wilton Plaza, Wilton Place, Dublin 2, Ireland. **If you have any concern about providing information to us or having such information displayed on our Services or otherwise used in any manner permitted in this Privacy Policy and the User Agreement, you should not become a Member, visit our websites, apps or otherwise use our Services.** If you have already registered, you can close your accounts (e.g., LinkedIn, SlideShare and Pulse).

We collect your personal information in the following ways:

When you create an account with us, we collect information (including your name, email address, and password).

**1.2. Registration**

To create an account on LinkedIn, you must provide us with at least your name, email address and/or mobile number, and a password and agree to our User Agreement and this Privacy Policy, which governs how we treat your information. You may provide additional information during the registration flow (for example, your postal code, job title, and company) to help you build your profile and to provide you more customized services (for example: language-specific profile pages, updates, content, more relevant ads and career opportunities). You understand that, by creating an account, we and others will be able to identify you by your LinkedIn profile. We may also ask for your credit card details if you purchase certain additional services.

We also provide the option to register for a SlideShare account, for which you must provide at least your name, email address and/or mobile number, and a password. We no longer provide the option to register for a separate Pulse account, but you may continue to use your existing Pulse account if you already have one.

We collect information when you fill out a profile. A complete LinkedIn profile that includes professional details – like your job title, education, and skills – helps you get found by other people for opportunities.

**1.3. Profile Information**

After you create an account (other than the distinct SlideShare and Pulse accounts), you may choose to provide additional information on your LinkedIn profile, such as descriptions of your skills, professional experience, and educational background. You can list honors, awards, professional affiliations, Group memberships, networking objectives, companies or individuals that you follow, and other information including content. Subject to the settings you choose, your connections may provide recommendations and endorsements of you. Providing additional information enables you to derive more benefit from our Services by helping you express your professional identity; find other professionals, opportunities, and information; and help recruiters and business opportunities find you. It also enables us to serve you ads and other relevant content on and off of our Services.

On SlideShare, you can choose what personal information you provide in addition to the information required for registration as noted above. Most of your SlideShare profile, as well as all content that you post on SlideShare, is publicly displayed (with the exceptions provided in the SlideShare account settings), so please do not provide personal information you would not want to be public. We may use and share information you provide in a SlideShare profile and/or Pulse account in the same manner as the information provided in a LinkedIn.com profile, in accordance with this Privacy Policy and our User Agreement.

We collect information when you sync non-LinkedIn content – like your email address book, mobile device contacts, or calendar – with your account. You can remove your address book and any other synced information whenever you like.

**1.4. Address Book and Other Services That Sync with LinkedIn**

You may use our address book or "contacts" importer (or other similar features) to upload your address book into our Services. We store this information (including phone numbers) and use it to help you manage and leverage your contacts in connection with our Services. We also use this information to enhance your experience with our Services by helping you to grow your network by: identifying your contacts that are already Members of our Services; providing a template to send invitations on your behalf to your contacts that are not Members; and suggesting people you may know (even if not in your contacts) but are not yet connected with you on our Services (as we may infer from your shared connections or shared contacts, employers, educational institutions and other such factors). We may also use this information to show you and other Members that you share the same uploaded contacts who may or may not be Members.

Please note that when you send an invitation to connect to another individual on our Service (a "connection") or to join our Service to connect with you, that person may have access to your email address or, for SMS invitations, mobile number because it may be displayed in the invitation. After sending these invitations, we may also remind your invitees of your invitation on your behalf. Your LinkedIn connections will also have access to your email address.

We make other tools available to sync information with our Services, and may also develop

additional features that allow Members to use their account in conjunction with other third-party services. For example, our mobile applications allow you to sync your device's calendar, email and/or contacts apps with our Services to show you the LinkedIn profiles of meeting attendees, email correspondents and/or your contacts.

Another example are software tools that allow you to see our and other public information about the people you email or meet with and leverage our Services to help you gain insights from and grow your network. If you grant these products (mobile applications or our other Services that sync external email and calendar services, such as "LinkedIn Connected") permission to access your email and calendar accounts, they will access and may store some of your email header and calendar history information. Our products that sync with external email services may also temporarily cache message content for performance reasons, in a way that is unreadable by us and our service providers.

**Any information that you upload or sync with our Services is covered by the User Agreement and this Privacy Policy. You can remove your information at your convenience** using the features we make available or in accordance with Section 3. You can remove your address book and any other synced information at any time.

---

| | |
|---|---|
| We collect information when you contact us for customer support. | **1.5. Customer Service**<br>When you contact our customer support services (e.g. on our Help Center and SlideShare's Help Center), we may have to access your InMails, Groups and other contributions to our Services and collect the information we need to categorize your question, respond to it, and, if applicable, investigate any breach of our User Agreement or this Privacy Policy. We also use this information to track potential problems and trends and customize our support responses to better serve you. We do not use this information for advertising. |

---

| | |
|---|---|
| We collect information when you visit our Services (including, LinkedIn, SlideShare and Pulse), use our mobile applications, and interact with advertising on and off our Services. | **1.6. Using the LinkedIn Sites and Applications**<br>We collect information when you use (whether as a Member or a Visitor) our websites, applications, our platform technology (such as "Share on LinkedIn" plugins for publishers) or other Services. For example, we collect information when you view or click on ads on and off our Services, perform a search, import your address book, join and participate in groups, participate in polls, install one of our mobile applications, view content on Pulse or SlideShare, share articles on our Services and apply to jobs through our Services. If you are logged in on LinkedIn.com, SlideShare.net, the Pulse app or another Service or one of our cookies on your device identifies you, your usage information and the log data described in Section 1.10 of this policy, such as your IP address, will be associated by us with your account. Even if you're not logged into a Service, we log information about devices used to access our Services, including IP address. |

---

| | |
|---|---|
| We collect information when you use your account to sign in to other sites or services, and when you view web pages that include our plugins and cookies. | **1.7. Using Third-Party Services and Visiting Third-Party Sites**<br>You allow us to receive information when you use your account to log in to a third-party website or application. Also, when you visit a third-party site that embeds our social plugins (such as "Share on LinkedIn" for publishers) we receive information that those pages have loaded in your web browser. If you are logged in as a Member when you visit sites with our plugins, we use this information to recommend tailored content to you. We will use this information to personalize the functionality we provide on third-party sites, including providing you insights from your professional network and allowing you to share information with your network. Our retention of this data is addressed in Section 3.2. We may provide reports containing aggregated impression information to companies hosting our plugins and similar technologies to help them measure traffic to their websites, but no personal data. Please note that SlideShare.net, Pulse.me and the Pulse app are part of the LinkedIn Services, not third-party sites or applications.<br><br>You also allow us to receive information about your visits and interaction with the sites and services of our partners that include our cookies and similar technologies, unless you opt out. If you are not a Member, we rely on the online terms between you and our partners. |

---

| | |
|---|---|
| We use cookies and similar technologies to collect information. | **1.8. Cookies**<br>As described in our Cookie Policy, we use cookies and similar technologies, including mobile application identifiers, to help us recognize you across different Services, learn about your interests both on and off our Services, improve your experience, increase security, measure use and effectiveness of our Services, and serve advertising. You can control cookies through your browser settings and other tools. **By visiting our Services, you consent to the placement of cookies and beacons in your browser and HTML-based emails in accordance with this Privacy Policy, which incorporates by reference our Cookie Policy.** |

---

| | |
|---|---|
| We use advertising technologies and web beacons to collect information. We give you a number of ways to opt out of targeted ads, including through | **1.9. Advertising Technologies and Web Beacons**<br>We target (and measure the performance of) ads to Members, Visitors and others both on and off of our Services through a variety of ad networks and ad exchanges, using the following, whether separately or combined: |

the Ad Choices icon shown with any ads we serve on third-party sites. If you do not want us to track your behavior on third-party sites, you can opt out. If you do not opt out, you consent to our use of beacons and other advertising technologies.

- Advertising technologies on and off of our Services, like web beacons, pixels, ad tags, cookies, and mobile identifiers as permitted by mobile platforms;

- Member-provided profile and contact information and categories (for example, "product managers in Texas");

- Information inferred from a Member's profile (for example, using job titles to infer age, industry, seniority, and compensation bracket; or names to infer gender);

- Your use of our Services (for example, your search history, the content you read on SlideShare or Pulse, who you follow or is following you on SlideShare, Groups participation, which pages you visit, your clicking on a LinkedIn ad, etc.) and log files generated as described in Section 1.10;

- Information from 3rd parties (e.g. advertising partners, publishers and data aggregators) which we use in addition to the information from our cookies (and similar technologies), your profile and use of our Services.

We do not share your personal information with any third-party advertisers or ad networks for advertising without your separate permission. Note that, as described in Section 2.6, your profile is visible to other Members and through public search depending on your settings. Also, advertising partners may associate personal information collected by the advertiser directly from you with our cookies and similar technologies. In such instances, we contractually require such advertisers to obtain your explicit opt-in consent before doing so.

We may show you sponsored content in your network update stream (NUS), which will be designated as sponsored content and will behave like other NUS updates. If you take social action (for example, if you "like" or "comment" on the sponsored content), your action may be seen by your network and other Members who are shown the sponsored content after you have acted on it. Please note that all social actions on SlideShare (e.g. liking certain content, following or being followed by others) are public, unless expressly specified otherwise with respect to premium accounts.

We adhere to the Digital Advertising Alliance's self-regulatory principles for online behavioral advertising. If you wish to not receive targeted ads from most third party companies, you may opt-out by, as applicable, clicking on the AdChoice icon in or next to the ad or by visiting http://www.aboutads.info. Please note this does not opt you out of being served advertising. You will continue to receive generic ads or targeted ads by companies not listed with these opt-out tools. You can also opt out specifically from our use of cookies and similar technologies to track your behavior on third party sites. For non-Members, this opt out setting is here.

We collect information from the devices and networks that you use to access our Services.

**1.10. Log Files, IP Addresses, and Information About Your Computer and Mobile Device**
When you visit or leave our Services (whether as a Member or Visitor) by clicking a hyperlink or when you view a third-party site that includes our plugin or cookies (or similar technology), we automatically receive the URL of the site from which you came or the one to which you are directed. Also, advertisers receive the URL of the page that you are on when you click an ad on or through our Services. We also receive the internet protocol ("IP") address of your computer or the proxy server that you use to access the web, your computer operating system details, your type of web browser, your mobile device (including your mobile device identifier provided by your mobile device operating system), your mobile operating system (if you are accessing LinkedIn using a mobile device), and the name of your ISP or your mobile carrier. We may also receive location data passed to us from third-party services or GPS-enabled devices that you have set up, which we use to show you local information (for example, Pulse articles about your area or jobs postings in your location) on our mobile applications and for fraud prevention and security purposes. Most mobile devices allow you to prevent real time location data being sent to us, and of course we will honor your settings.

In the case of our Android apps, you will be provided notice of the types of data (e.g. location) that will be sent to us. If you choose to use our app after this notice, we process this data to enable registration or preview product features for you (e.g. jobs near you). If you choose not to become a Member, we will delete this information.

We are constantly innovating to improve our Services, which means we may create new ways to collect information on the Services.

**1.11. Other**
Our Services are a dynamic, innovative environment, which means we are always seeking to improve the Services we offer you. We often introduce new features, some of which may result in the collection of new information (for example, when the Endorsements feature launched, we began collecting information about skills for which Members were endorsed and the individuals who endorsed them). Furthermore, new partnerships or corporate acquisitions may result in new features, and we may potentially collect new types of information. If we start collecting substantially new types of personal information and materially change how we handle your data, we will modify this Privacy Policy and notify you in accordance with Section 4.3.

Back to Top ▲

# 2. How we use your personal information

You agree that information you provide on your profile can be seen by others and used by us as described in this Privacy Policy and our User Agreement.

### 2.1. Consent to LinkedIn Processing Information About You

The personal information that you provide to us may reveal or allow others to identify aspects of your life that are not expressly stated on your profile (for example, your picture or your name may reveal your gender). By providing personal information to us when you create or update your account and profile, **you are expressly and voluntarily accepting the terms and conditions of our User Agreement and by expressly and agreeing to our processing of your personal information in ways set out by this Privacy Policy.** Supplying to us any information deemed "sensitive" by applicable law is entirely voluntary on your part. **You can withdraw or modify your consent to our collection and processing of the information you provide at any time, in accordance with the terms of this Privacy Policy and the User Agreement, by changing your account settings or your profile on** LinkedIn **or SlideShare, or by closing your** LinkedIn, SlideShare **and** Pulse **accounts.**

We communicate with you using LinkedIn messaging, email, and other ways available to us. We may send you messages relating to the availability of the Services, security, or other service-related issues. We also may send promotional InMail messages to your LinkedIn inbox. You can change your email settings at any time.

### 2.2. LinkedIn Communications

We communicate with you through email, notices posted on the LinkedIn websites or apps, messages to your LinkedIn inbox, and other means available through the Services, including mobile text messages and push notifications. Examples of these communications include: (1) welcome and engagement communications - informing you about how to best use our Services, new features, updates about other Members you are connected to and their actions, etc.; (2) service communications - these will cover service availability, security, and other issues about the functioning of our Services; (3) promotional communications - these include both email and InMail messages (InMail messages are only delivered to your LinkedIn InBox), and may contain promotional information directly or on behalf of our partners, including job opportunities and information from companies that are hiring. These messages will be sent to you based on your profile information and messaging preferences. We track the open rate of your InMails to provide your InMail acceptance score. You may change your email and contact preferences at any time by signing into your account and changing your LinkedIn or SlideShare email settings. You can also opt out of promotional messages by sending a request to LinkedIn Help Center.

Please be aware that you cannot opt out of receiving service messages from us.

With certain communications you send on our Services, the recipient can see your name, email address, and some network information.

### 2.3. User Communications

Many communications that you initiate through our Services (for example, an invitation sent to a non-Member) will list your name and primary email address in the header of the message. Messages you initiate may also provide the recipient with aggregate information about your network (for example, how many people are in your network). Other communications that you initiate through the Services, like a request for an introduction, will list your name as the initiator but will not include your personal email address contact information. Once you have connected with an individual, regardless of who sent the invitation, your contact information will be shared with that individual.

We use automatic scanning technology to help protect you and other Members. Such technology checks links and other content in your InMails, network updates and Group contributions to help us identify and block malicious links and malware, reduce spam and optimize the delivery of our Services.

We use the information and content you provide to us to conduct research and development and to customize your experience and try to make it relevant and useful to you.

### 2.4. Service Development; Customized Experience

We use information and content that you and other Members provide to us to conduct research and development for the improvement of our Services in order to provide you and other Members and Visitors with a better, more intuitive experience and drive membership growth and engagement on our Services and to help connect professionals to economic opportunity.

We also customize your experience and the experiences of others on our Services. For example, when you sign in to your account, we may display the names and photos of new Members who have recently joined your network or recent updates from your connections and companies you follow. We try to show you content, such as news and presentations, that is relevant to you, your industry, or your profession. We also use Members information and content for invitations and communications promoting our Services that are tailored to the recipient.

We share your information across our different Services, among companies in the LinkedIn family.

### 2.5. Sharing Information with Affiliates

We may share your personal information with our affiliates (meaning entities controlled by, controlling or under common control with LinkedIn) outside of the LinkedIn entity that is your data controller (for example, LinkedIn Corporation may share your information with LinkedIn Ireland, or other LinkedIn operating entities) as reasonably necessary to provide the Services. You are consenting to this sharing.

We combine information internally across different Services. For example, SlideShare may

recommend better content to you based on your LinkedIn content preferences and the articles you read on Pulse, and LinkedIn could present you a better tailored network update stream based on your SlideShare activity, whether or not you tied your SlideShare, Pulse and/or LinkedIn accounts (e.g. by signing in SlideShare or Pulse with your LinkedIn account), as we may be able to identify you across different Services using cookies or similar technologies.

Any information you put on your profile and any content you post on LinkedIn may be seen by others.

We don't provide any of your non-public information (like your email address) to third parties without your consent, unless required by law, or as described in Sections 2.6 and 2.14 of this Policy.

Other people may find your LinkedIn profile information through search engines (you can choose which parts of your public profile are accessible to public search engines in your settings), or use services like Twitter in conjunction with your LinkedIn account.

**2.6. Sharing Information with Third Parties**
We offer a "public profile" feature that allows you as a Member to publish portions of your professional profile to the public Internet. This public profile will be indexed and displayed through public search engines when someone searches for your name. You may choose the parts of your profile that search engines index or completely opt out of this feature in your LinkedIn account settings, or limit the publicly visible information in your SlideShare profile. However, third-party search engines may not automatically update their caches, which may contain old public profile information. Unless you delete them, your profiles on LinkedIn.com and our corresponding app or on SlideShare.net are always viewable on the respective Services.

The visibility of your professional profile to other Members depends on your degree of connection with the viewing Member, the subscriptions they may have, their usage of the Services, access channels and search types (e.g. by name or by keyword). For example, first degree connections can see your full profile and contact information. Others have more limited access, as detailed in our Help Center. Please note that recruiters and other such professional subscribers can see your full profile even if you did not approve their InMail.

We do not rent or sell personal information that you have not posted on our Services, except as described in this Privacy Policy. We will not disclose personal information that is not published to your profile or generated through engagement with our other services, such as Groups and Company Pages, except to carry out your instructions (for example, to process payment information) or unless we have your separate consent unless we have a good faith belief that disclosure is permitted by law or is reasonably necessary to: (1) comply with a legal requirement or process, including, but not limited to, civil and criminal subpoenas, court orders or other compulsory disclosures; (2) enforce this Privacy Policy or our User Agreement; (3) respond to claims of a violation of the rights of third parties; (4) respond to Member service inquiries; or (5) protect the rights, property, or safety of LinkedIn, our Services, our Members, Visitors, or the public. See Section 2.14 for additional details about our compliance with legal requests for information.

We support middleware providers that offer archiving solutions to firms subject to legal and regulatory archiving requirements, which, with your permission, facilitate the archiving of your communications and other activity by a third party for compliance purposes. Content distributed through our sharing features and third-party integrations may result in displaying some of your personal information outside of our Services. For example, when you post content to a Group that is open for public discussion, your content, including your name as the contributor, may be displayed in search engine results.

Also, if you have opted to bind any of your Service accounts to your Twitter, Facebook or other similar account, you can easily share content from our Services to these third party services, in accordance with your account settings (which you may change at any time) and respective policies of these third parties. Further, we allow third parties to look-up profile information (subject to your privacy settings) using your email address or first and last name information through its profile API (see Section 2.7. below).

Third parties (for example, your email provider) may give you the option to upload certain information in your contacts stored with us onto their own service. If you choose to share your contacts in this way, you will be granting your third party provider the right to store, access, disclose and use you these contacts in the ways described in such third party's terms and privacy policy.

We work with developers to build Platform Applications using our developer tools. Whether you use Platform Applications is up to you.

If you have given a Platform Application access to your LinkedIn account, you can revoke that permission anytime. Also, you can opt out of providing information to developers through your connections.

**2.7. Third Parties Using LinkedIn Platform Services**
We collaborate with and allow third parties to use our developer platform to offer services and functionality in conjunction with our Services. These third-party developers have either negotiated an agreement to use our platform technology or have agreed to our self-service API and Plugin terms in order to build applications ("Platform Applications"). Both the negotiated agreements and our API and Plugin terms contain restrictions on how third parties may access, store, and use the personal information you provide to us.

If you choose to use a Platform Application, you will be asked to confirm acceptance of the privacy policy and user agreement of the third-party developer. To revoke permission granted to a Platform Application, please visit settings. Note, however, that even if you revoke the permission granted to a Platform Application, your connections may still be using the Platform Application, so the Platform Application may still have access to certain information about you, just as your connections do. You may opt out of providing information to third-party developers through your connections by accessing the "Turn on/off data sharing with third-party applications" control in the "Groups, Companies, and Applications" tab under settings.

| | |
|---|---|
| We conduct our own surveys and polls and also help third parties do this type of research. Your participation in surveys or polls is up to you. You may also opt out of getting invitations to participate in surveys. | **2.8. Polls and Surveys**<br><br>Polls and Surveys may be conducted by us, Members, or third parties. Some third parties may target advertisements to you on the results page based on your answers in the poll. We or third parties may follow up with you via InMail regarding your participation unless you have opted out of receiving InMail messages. We may use third parties to deliver incentives to you to participate in surveys or polls. If the delivery of incentives requires your contact information, you may be asked to provide personal information to the third party fulfilling the incentive offer, which will be used only for the purpose of delivering incentives and verifying your contact information. It is up to you whether you provide this information, or whether you desire to take advantage of an incentive. Your consent to use any personal information for the purposes set forth in the poll or survey will be explicitly requested by the party conducting it. We are a member of the Council of American Survey Research Organizations ("CASRO") and abides by CASRO guidelines for market research. You may opt out of participating in surveys by changing your settings to stop receiving these inquiries and requests. |
| Our Services help you search for other professionals, companies, groups, professional content, and jobs. | **2.9. Search**<br><br>You can search for Members, employment opportunities, information about companies, and community content from Groups on our Services. For example, you can find Members with particular expertise or experience, or Members that you may know from your industry or profession. You can also find employment opportunities and information about companies. You can also find content from Groups, SlideShare and Pulse. We use personal information from our Services, including Member profiles, Groups content, and Company Pages, to inform and refine our search service. |
| You are responsible for any information you post on our Services, and this content will be accessible to others. | **2.10. Groups**<br><br>If you participate in Groups, share content on your network update stream, or import a blog or other content, you should be aware that any information you choose to disclose using these services can be read, collected, and used by other Members in these forums, developers, and other third parties, including advertisers. We are not responsible for the information you choose to submit in these forums. Your Groups contributions are typically searchable on our Services and some content in Groups may be public and searchable on the Internet if the group owner has not closed the group for public discussions. You can identify closed groups by the padlock icon next to the group name. You can remove your Groups posts at any time. However, others may have copied and used the information that you shared. |
| | **2.11. Testimonials and Advertisements Placed through LinkedIn Ads**<br><br>If you provide any testimonials about our goods or services or place advertisements through the LinkedIn Ads, we may post those testimonials and examples of advertisements you place in connection with our promotion of these services to third parties. Testimonials and advertisements may include your name and other personal information that you have provided. For more information about LinkedIn Ads, please see the LinkedIn Ads Terms of Use. |
| We offer a premium service to recruiters and others, which can be used to search for, organize, and communicate with potential candidates or offer business opportunities. In some cases we allow the export of public profile information. You can control how your information is exported by changing which parts of your public profile are accessible to search engines. | **2.12. Talent Recruiting, Marketing and Sales Solutions**<br><br>We offer customized people-search functionality along with organizational and communications tools (including activity alerts) as part of our talent recruiting, marketing and sales solutions. These services allow subscribers - generally, enterprises and professional organizations - to export limited information from Members' public profiles, such as name, headline, current company, current title, and location (for example, San Francisco Bay Area), in order to effectively manage candidate sourcing. You may limit or prevent such subscribers from exporting your profile information by configuring your public profile visibility settings to restrict access to these fields. We do not provide email or other contact information to these subscribers. However, if you post that information as part of your profile it will be available to them and others. A recruiter or other such subscriber may also manage and store information it has independently obtained about you outside of our Services, such as a resume, in connection with our platform. Any personal information obtained independently of our Services will not be added by us to your profile and is not under our control but is subject to the policies of our recruiting, marketing and sales solution subscriber. We store such information on behalf of such recruiting, marketing or sales solution subscriber who can remove it at any time. We do not further process such information. |
| Companies and other entities can create pages on our Services. If you follow one of these pages, non-identifiable information about you will be provided to the page's administrators. | **2.13. Pages for Companies, Schools, Influencers, and Other Entities**<br><br>Certain pages on the Services are public (e.g., company and college pages), and any communications or information shared through them will be accessible to the entity that created them. If you follow a person or organization, you will be listed among its followers, which can be viewed by others including the page owner. We use aggregate information about followers and viewers to provide data about such pages' performance (for example, visits and updates). |
| We may disclose your personal | **2.14. Compliance with Legal Process and Other Disclosures** |

information if compelled by law, subpoena, or other legal process, or if necessary to enforce our User Agreement.

It is possible that we may need to disclose personal information, profile information, or information about your activities as a Member or Visitor when required by law, subpoena, or other legal process, whether in the United States, Ireland, or other jurisdictions, or if we have a good faith belief that disclosure is reasonably necessary to (1) investigate, prevent, or take action regarding suspected or actual illegal activities or to assist government enforcement agencies; (2) enforce the User Agreement, investigate and defend ourselves against any third-party claims or allegations, or protect the security or integrity of our Service; or (3) exercise or protect the rights, property, or safety of LinkedIn, our Members, personnel, or others. We attempt to notify Members about legal demands for their personal information when appropriate in our judgment, unless prohibited by law or court order or when the request is an emergency. In light of our principles, we may dispute such demands when we believe, in our discretion, that the requests are overbroad, vague or lack proper authority, but do not commit to challenge every demand. To find out more about how we engage with government requests for data see our Law Enforcement Data Request Guidelines.

---

If there is a change in control or sale of all or part of LinkedIn, we may share your information with a third party, who will have the right to use that information in line with this Privacy Policy.

**2.15. Disclosures to Others as the Result of a Change in Control or Sale of LinkedIn Corporation**
We may also disclose your personal information to a third party as part of a sale of the assets of LinkedIn Corporation, a subsidiary, or division, or as the result of a change in control of the company or one of its affiliates, or in preparation for any of these events. Any third party to which we transfers or sells our assets will have the right to continue to use the personal and other information that you provide to us in the manner set out in this Privacy Policy.

---

We may employ third parties to help us with the Services

**2.16. Service Providers**
We may employ third party companies and individuals to facilitate our Services (e.g. maintenance, analysis, audit, marketing and development). These third parties have limited access to your information only to perform these tasks on our behalf and are obligated to LinkedIn not to disclose or use it for other purposes.

---

We may process your information outside the country where you live.

**2.17 Data Processing Outside Your Country**
We may transfer your information and process it outside your country of residence, wherever LinkedIn, its affiliates and service providers operate.

Back to Top ⌃

# 3. Your Choices & Obligations

You can change your LinkedIn information at any time by editing your profile, deleting content that you have posted, or by closing your account. You can also ask us for additional information we may have about your account.

**3.1. Rights to Access, Correct, or Delete Your Information, and Closing Your Account**
You have a right to (1) access, modify, correct, or delete your personal information controlled by LinkedIn regarding your profile, (2) change or remove your content, and (3) close your account. You can request your personal information that is not viewable on your profile or readily accessible to you (for example, your IP access logs) through LinkedIn's Help Center. If you close your account(s), your information will generally be removed from the Service within 24 hours. We generally delete closed account information and will de-personalize any logs or other backup information through the deletion process within 30 days of account closure, except as noted below.

With respect to SlideShare accounts and activity, if you would like us to delete your record and/or remove a particular comment you have made on SlideShare.net, or to provide a copy of any personal information to which you may be entitled, please contact us at privacy@slideshare.com. We will remove your information from SlideShare.net within 24 hours and delete and/or de-personalize it from our systems within 30 days of closure, except as noted below.

**Please note:** Information you have shared with others (for example, through InMail, network updates, content sharing, or Groups) or that others have copied may also remain visible after you have closed your account or deleted the information from your own profile. Groups content associated with closed accounts will show an unknown user as the source. In addition, you may not be able to access, correct, or eliminate any information about you that other Members copied or exported out of our Services, because this information may not be in our control. Your public profile may be displayed in search engine results until the search engine refreshes its cache.

---

We keep your information for as long as your account is active or as needed. For example, we may keep certain information even after you close your account if it is necessary to

**3.2. Data Retention**
We retain the personal information you provide while your account is in existence or as needed to provide you services. We may retain your personal information even after you have closed your account if retention is reasonably necessary to comply with our legal obligations, meet regulatory requirements, resolve disputes between Members, prevent fraud and abuse, or enforce this Privacy Policy and our User Agreement. We may retain personal information, for a limited period

comply with our legal obligations, meet regulatory requirements, resolve disputes, prevent fraud and abuse, or enforce this agreement.

of time, if requested by law enforcement. Our Customer Service may retain information for as long as is necessary to provide support-related reporting and trend analysis only, but we generally delete or de-personalize closed account data consistent with Section 3.1., except in the case of our plugin impression data (i.e., the information that you visited on sites carrying our social plugin, but which you did not click on), which we de-personalize within 7 days (although we do maintain 30 days worth of webserver logs for security, debugging, and site stability purposes only) by creating aggregate data sets that cannot be traced back to individuals.

Back to Top ▲

# 4. Important Information

You have to meet LinkedIn's minimum age requirements to create an account.

Visit our Safety Center for tips on using LinkedIn smarter and securely.

**4.1. Minimum Age**
As described in Section 2.1 of the User Agreement, persons must be of Minimum Age to use LinkedIn. Please visit our Safety Center for additional information about safely using our Services.

We partner with TRUSTe because we take your privacy seriously and are committed to putting you and all of our Members first. TRUSTe certifies our compliance with the TRUSTe program and verifies our compliance with the US-EU and US-Swiss Safe Harbor programs. If you can't resolve a complaint through LinkedIn Customer Support, you may also contact TRUSTe.



**4.2. TRUSTe and Safe Harbor**
LinkedIn.com and SlideShare.net have been awarded TRUSTe's Privacy Seal signifying that this Privacy Policy and its practices have been reviewed by TRUSTe for compliance with TRUSTe's program requirements.

If you have questions or concerns regarding this Policy, you should first contact LinkedIn. If contacting us does not resolve your complaint, you may raise your complaint with TRUSTe by Internet, by fax at 415-520-3420, or mail to TRUSTe Safe Harbor Compliance Dept. (click for mailing address). The complaint should include the name of company, the alleged privacy violation, your contact information, and whether you would like the particulars of your complaint shared with the company. The TRUSTe dispute resolution process shall be conducted in English. The TRUSTe program only covers information collected through www.linkedin.com, and does not cover information that may be collected through downloaded software or Plugins.

We comply with the U.S.-E.U. and U.S.-Swiss Safe Harbor Frameworks as set forth by the U.S. Department of Commerce regarding the collection, use, and retention of personal data from European Union member countries and Switzerland. We have certified that it adheres to the Safe Harbor Privacy Principles of notice, choice, onward transfer, security, data integrity, access, and enforcement. To learn more about the Safe Harbor program, and to view LinkedIn's certification, please visit http://www.export.gov/safeharbor/.

We will notify you when we change this Privacy Policy.

**4.3. Changes to this Privacy Policy**
We may change this Privacy Policy from time to time. If we make significant changes in the way we treat your personal information, or to the Privacy Policy, we will provide notice to you on the Services or by some other means, such as email. Please review the changes carefully. If you agree to the changes, simply continue to use our Services. If you object to any of the changes to our terms and you no longer wish to use our Services, you may close your account(s). Unless stated otherwise, our current Privacy Policy applies to all information that we have about you and your account. Using our Services after a notice of changes has been communicated to you or published on our Services shall constitute consent to the changed terms or practices.

We don't share any of your personal information with third parties for direct marketing.

**4.4. California's Shine the Light Law**
California Civil Code Section 1798.83, known as the "Shine The Light" law, permits our customers who are California residents to request and obtain from us a list of what personal information (if any) we disclosed to third parties for direct marketing purposes in the preceding calendar year and the names and addresses of those third parties. Requests may be made only once a year and are free of charge. Under Section 1798.83, we currently do not share any personal information with third parties for their direct marketing purposes.

We take privacy and security seriously and have enabled HTTPS access to our site (turn on HTTPS), in addition to existing SSL access over mobile devices. Also, please know that the Internet is not a secure environment, so be careful and select strong passwords.

**4.5. Security**
We have implemented security safeguards designed to protect the personal information that you provide in accordance with industry standards. Access to your data on our Services is password-protected, and data such as credit card information is protected by SSL encryption when it is exchanged between your web browser and the Services. We also offer secure https access to the LinkedIn.com website. To protect any data you store on our servers, we also regularly monitor our system for possible vulnerabilities and attacks, and we use a tier-one secured-access data center. However, since the Internet is not a 100% secure environment, we cannot ensure or warrant the security of any information that you transmit to us. There is no guarantee that information may not be accessed, disclosed, altered, or destroyed by breach of any of our

physical, technical, or managerial safeguards. It is your responsibility to protect the security of your login information. Please note that emails, instant messaging, and similar means of communication with other Members are not encrypted, and we strongly advise you not to communicate any confidential information through these means. Please help keep your account safe by using a strong password.

Back to Top ▲

**How To Contact Us**

If you have questions or comments about this Privacy Policy, please contact us online or by physical mail at:

**For Members in the United States:**

LinkedIn Corporation
Attn: Privacy Policy Issues
2029 Stierlin Court
Mountain View, CA 94043
USA

**For Members outside the United States:**

LinkedIn Ireland
Attn: Privacy Policy Issues
Wilton Plaza
Wilton Place, Dublin 2
Ireland

Back to Top ▲

Help Center | About | Careers | Advertising | Talent Solutions | Sales Solutions | Small Business | Mobile | Language | **Upgrade Your Account**

LinkedIn Corporation © 2015 | User Agreement | Privacy Policy | Ad Choices | Community Guidelines | Cookie Policy | Copyright Policy | Send Feedback

# EXHIBIT 7

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| | Source | ID | Parent ID | Posted Date | Title Te | English Title Text | Comment Text |
| 25 | Share | urn:li:share:6576993201150844928 | | 9/10/2019 1:02 | | | How the hell does hiQLabs, Inc. get the right to scrape data we place on LinkedIn? Is it just me or have things gotten way off the rails... OBFUSCATED_URL |

| Entry Date/Time | Entry Type | Entry Text |
|---|---|---|
| | | Email: ▇▇▇▇▇ |
| | | Alternate Email: : |
| | | Issue Type : Profile |
| 2017/06/15 11:26 AM | Member | In Which App or Site? : LinkedIn (Website) |
| | | On What Device? : Not Device Specific |
| | | Your Question : Why is holaconnect.com allowed to harvest and republish our data? Because they have a LinkedIn profile, they can harvest easily. Are they selling it? Spamming us? What protection do you offer LinkedIn members? Or do you encourage their use of our data? Thanks |

# EXHIBIT 8
**REDACTED VERSION OF
DOCUMENT SOUGHT TO BE
SEALED.**

MUNGER, TOLLES & OLSON LLP

RONALD L. OLSON
ROBERT E. DENHAM
JEFFREY I. WEINBERGER
CARY B. LERMAN
GREGORY P. STONE
BRAD D. BRIAN
BRADLEY S. PHILLIPS
GEORGE M. GARVEY
WILLIAM D. TEMKO
STEPHEN M. KRISTOVICH
JOHN W. SPIEGEL
DONALD B. VERRILLI, JR.*
TERRY E. SANCHEZ
STEVEN M. PERRY
MARK B. HELM
JOSEPH D. LEE
MICHAEL R. DOYEN
MICHAEL E. SOLOFF
GREGORY D. PHILLIPS
KATHLEEN M. M°DOWELL
GLENN D. POMERANTZ
THOMAS B. WALPER
SANDRA A. SEVILLE-JONES
HENRY WEISSMANN
KEVIN S. ALLRED
JEFFREY A. HEINTZ
JUDITH T. KITANO
JEROME C. ROTH
STEPHEN D. ROSE
GARTH T. VINCENT
TED DANE
STUART N. SENATOR
MARTIN D. BERN
DANIEL P. COLLINS
ROBERT L. DELL ANGELO
BRUCE A. ABBOTT
JONATHAN E. ALTMAN
MARY ANN TODD
KELLY M. KLAUS
DAVID B. GOLDMAN
DAVID H. FRY
LISA J. DEMSKY
MALCOLM A. HEINICKE
GREGORY J. WEINGART
TAMERLIN J. GODLEY
JAMES C. RUTTEN
RICHARD ST. JOHN

ROHIT K. SINGLA
LUIS LI
MICHAEL B. DESANCTIS*
CAROLYN HOECKER LUEDTKE
C. DAVID LEE
FRED A. ROWLEY, JR.
KATHERINE M. FORSTER
BLANCA FROMM YOUNG
RANDALL G. SOMMER
ROSEMARIE T. RING
TODD J. ROSEN
MELINDA EADES LEMOINE
SETH GOLDMAN
GRANT A. DAVIS-DENNY
JONATHAN H. BLAVIN
DANIEL B. LEVIN
MIRIAM KIM
MISTY M. SANFORD
HAILYN J. CHEN
BETHANY W. KRISTOVICH
JACOB S. KREILKAMP
JEFFREY Y. WU
LAURA D. SMOLOWE
ANJAN CHOUDHURY
KYLE W. MACH
HEATHER E. TAKAHASHI
ERIN J. COX
BENJAMIN J. HORWICH
E. MARTIN ESTRADA
MATTHEW A. MACDONALD
BRYAN H. HECKENLIVELY
SAMUEL T. GREENBERG
KIMBERLY A. CHI
ADAM R. LAWTON
MARGARET G. MARASCHINO
JESLYN A. EVERITT
MARK R. SAYSON
JEREMY A. LAWRENCE
CHRISTOPHER M. LYNCH
ADAM I. KAPLAN
KENNETH M. TRUJILLO-JAMISON
LAURA K. LIN
GREGORY M. SERGI
ACHYUT J. PHADKE
MARI OVERBECK
JOHN M. GILDERSLEEVE
ERIC K. CHIU
SARAH L. GRAHAM
ZACHARY M. BRIERS

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-3089
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

———————

350 SOUTH GRAND AVENUE
FIFTIETH FLOOR
LOS ANGELES, CALIFORNIA 90071-3426
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

———————

1155 F STREET N.W.
SEVENTH FLOOR
WASHINGTON, D.C. 20004-1361
TELEPHONE (202) 220-1100
FACSIMILE (202) 220-2300

JENNIFER M. BRODER
EMILY B. VIGLIETTA
KEVIN L. BRADY
ELLEN MEDLIN RICHMOND
JORDAN D. SEGALL
WESLEY T.L. BURRELL
CHRISTA L. CULVER
KAREN A. LORANG
KURUVILLA J. OLASA
JUSTIN P. RAPHAEL
CRAIG A. LAVOIE
ELIA HERRERA
THOMAS P. CLANCY
JOSHUA PATASHNIK
JOSHUA S. MELTZER
ADAM B. WEISS
ROSE LEDA EHLER
AMY L. GREYWITT
CATHLEEN H. HARTGE
MARIA JHAI
ADAM P. BARRY
JENNIFER L. BRYANT
JUSTIN T. HELLMAN
ANDREW CATIN RUBENSTEIN
JEFFREY A. PAYNE
HANNAH L. DUBINA
ADAM GOTTESFELD
NICHOLAS D. FRAM
JOHN L. SCHWAB
SARA N. TAYLOR
ALEXANDER D. TEREPKA
SAMUEL T. BOYD
PETER E. BOOS
SETH J. FORTIN
ANKUR MANDHANIA
J'MIE K. FORREST
ASHLEY D. KAPLAN
JESSICA REICH BARIL
JEREMY K. BEECHER
MATTHEW K. DONOHUE
ALLYSON R. BENNETT
ELIZABETH A. LAUGHTON
EMILY CURRAN-HUBERTY
TIMOTHY J. MOON
JORDAN X. NAVARRETE
JOHN B. MAJOR
LAUREN C. BARRETT
NICHOLAS R. SIDNEY

C. HUNTER HAYES
KIMBERLY D. OMENS
AARON D. PENNEKAMP
TREVOR N. TEMPLETON
STEPHEN T. MAYER
SKYLAR D. BROOKS
ELIZABETH R. AYRAL
ELIZABETH A. KIM
SUSAN S. HAR
THOMAS RUBINSKY
NICHOLAS DUFAU
ADAM R. LAWREZ
MICHAEL C. BAKER
NAJEE K. THORNTON
SARAH D. BOYCE**
MOLLY K. PRIEDEMAN
BENJAMIN WOODSIDE SCHRIER
WILLIAM LARSEN
CELIA R. CHOY*
ADELE M. EL-KHOURI*
A.J. GARCIA
COLIN A. DEVINE

OF COUNSEL
ROBERT K. JOHNSON
ALAN V. FRIEDMAN
PATRICK J. CAFFERTY, JR.
PETER A. DETRE
MARK H. KIM
ALLISON B. STEIN
BRAD SCHNEIDER
ERIC P. TUTTLE
PETER E. GRATZINGER
MARK R. YOHALEM
CHAD GOLDER*
GINGER D. ANDERS*

E. LEROY TOLLES
(1922-2008)

*ADMITTED IN DC AND NY ONLY
** ADMITTED IN DC AND MD ONLY

November 28, 2017

Writer's Direct Contact
(415) 512-4011
(415) 644-6911 FAX
jonathan.blavin@mto.com

**VIA E-MAIL ONLY**

Deepak Gupta, Esq.
Farella, Braun + Martel, LLP
Russ Building
325 Montgomery Street
San Francisco, CA 94104
dgupta@fbm.com

      Re:     *hiQ Labs, Inc. v. LinkedIn Corporation*, No. 17 Civ. 3301 (EMC) (N.D. Cal.)

Dear Mr. Gupta:

      LinkedIn is committed to complying with the terms of the preliminary injunction order entered by the Court in the above-captioned matter (ECF No. 63) as long as it remains in effect. LinkedIn has therefore taken steps to ensure that hiQ is not prevented from accessing "public profiles" (*id.* at 25) on LinkedIn's website.  These steps are aimed at ensuring that hiQ's access is not impaired unintentionally or by one of LinkedIn's various technical measures that generally prevent automated access and scraping of the LinkedIn website (which LinkedIn is not required to remove generally under the Court's order, *id.* at 16).

      One such step LinkedIn has taken is ensuring that hiQ's access from the following corporate IP address is not blocked: ███████████.  Because the Court's order allows LinkedIn to maintain its technical defenses against other parties, please ensure that the unique status granted to the aforementioned IP address on account of the Court's order remains confidential.

MUNGER, TOLLES & OLSON LLP

Deepak Gupta, Esq.
November 28, 2017
Page 2

Very truly yours,

*/s/ Jonathan H. Blavin*

Jonathan H. Blavin

# EXHIBIT 9

| | |
|---|---|
| **From:** | RStephens@fbm.com |
| **Sent:** | Monday, April 9, 2018 9:57 AM |
| **To:** | Fram, Nicholas; Blavin, Jonathan |
| **Cc:** | Wisoff, C. Brandon |
| **Subject:** | hiQ v. LinkedIn - Request to whitelist additional addresses |

Jonathan and Nick,

Following up on my call with Nick this morning, hiQ requests that LinkedIn whitelist three IP addresses instead of the current single IP address for the purpose of increasing stability and ensuring continued access to public profile data. From my understanding, factors outside either party's control (power outages, service outages, hardware failures, etc.) have periodically interfered with hiQ's ability to access profile data through the single IP address. Whitelisting additional addresses would ensure that hiQ is able to continue accessing the data in those types of circumstances.

If LinkedIn is agreeable to this request, the three IP addresses hiQ would like whitelisted are:

- 34.211.30.33
- 54.153.107.141
- 34.206.56.174

hiQ is also amenable to setting up a call to discuss this request if you would prefer. Please let me know if you have any questions or concerns.

Thanks,

**Rebecca H. Stephens**
*Associate*
rstephens@fbm.com
D 415.954.4464

  



235 Montgomery Street 17th FL
San Francisco, CA 94104
www.fbm.com

---

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Farella Braun + Martel LLP

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

# EXHIBIT 10

9/8/21, 4:31 PM
Personal and Social Information of 1.2 Billion People Discovered in Massive Data Leak | Night Lion Security

Case 3:17-cv-03301-EMC Document 217-4 Filed 09/10/21 Page 85 of 142



844-HACK-911

COMPANY    SOLUTIONS    SERVICES    BLOG    CONTACT    CONTACT

November 22, 2019

# PERSONAL AND SOCIAL INFORMATION OF 1.2 BILLION PEOPLE DISCOVERED IN MASSIVE DATA LEAK

On October 16, 2019 Bob Diachenko and Vinny Troia discovered a wide-open Elasticsearch server containing an unprecedented **4 billion user accounts** spanning more than **4 terabytes of data**.

A total count of unique people across all data sets reached more than 1.2 billion people, making this one of the largest data leaks from a single source organization in history. The leaked data contained names, email addresses, phone numbers, LinkedIn and Facebook profile information.

What makes this data leak unique is that it contains data sets that appear to originate from 2 different data enrichment companies.

## HOW DOES DATA ENRICHMENT WORK?

For a very low price, data enrichment companies allow you to take a single piece of information on a person (such as a name or email address), and expand (or enrich) that user profile to include hundreds of

9/8/21, 4:31 PM
Case 3:17-cv-03301-EMC Document 217-4 Filed 09/10/21 Page 86 of 142
Personal Data Leak Information on Over 1 Billion People Discovered in Massive Data Breach - Night Lion Security

844-HACK-911

additional new data points of information. As seen with the Exactis data breach, collected information on a single person can include information such as household sizes, finances and income, political and religious preferences, and even a person's preferred social activities.

Each time a company chooses to "enrich" a user profile, they are also agreeing to provide what they know about the person to the enriching organization (thereby increasing the validity of the organization's future results). Despite efforts from social media organizations like Facebook, the resulting data continues to be compounded, creating a situation with no oversight that ultimately allows all of a person's social and personal information to be easily downloaded.

## THE OPEN ELASTICSEARCH SERVER

The discovered Elasticsearch server containing all of the information was unprotected and accessible via web browser at http://35.199.58.125:9200. No password or authentication of any kind was needed to access or download all of the data.

Elasticsearch stores its information in an index, which is similar to a type of database. The following is a screenshot of the different indexes (databases) available on the discovered server.

```
health status index                             uuid                    pri rep docs.count docs.deleted store.size pri.store.size
green  open   .monitoring-kibana-6-2019.10.22    Ny1zKHoJQDuZSCNYaYBoOQ    1   1       8640            0     4.5mb        2.2mb
green  open   .monitoring-kibana-6-2019.10.18    M9SM6sefQX6loya9JKMejg    1   1       8640            0     4.5mb        2.2mb
green  open   nx-locations-v2                    Q6mEpNkxdVycmbX6ShQb8w    5   1      28609            0     2.5gb        1.2gb
green  open   .monitoring-es-6-2019.10.21        ak1B4ZcWTt26yI7PUd9bkw    1   1     277779         3926   549.5mb       276mb
green  open   pdl_20191017                       mTztKJ6vS8i6U3R5DfyroQ   30   1 1048295078       902722   650.7gb      330.5gb
green  open   .kibana_1                          5zLudR1wQlmCqv4350FDMQ    1   1          5            0     46.4kb       23.2kb
green  open   .monitoring-kibana-6-2019.10.17    n4lyosIGRGKmOKyaVLG2bg    1   1       8639            0     4.3mb        2.1mb
green  open   .monitoring-es-6-2019.10.19        PdJFAgSGQ2e8B_F5W2aPqw    1   1     277947         2176   497.5mb      250.4mb
green  open   .monitoring-es-6-2019.10.17        Gy8DfgJzQpG50Re1RUPfUQ    1   1     271687         3174   470.8mb      234.8mb
green  open   oxy_20190918                       LqgOoa-8SdSpnNmG0-pIaQ   30   1 1010637090       512193   668.8gb      334.4gb
green  open   pdl_20190924                       z4xk4EgMTsOSIXtJ2JGsew   30   1 1051647783      1092871   565.9gb      282.9gb
green  open   .monitoring-es-6-2019.10.19        PSNjv68-Q5ix7dqP7gae3g    1   1       8639            0     4.4mb        2.2mb
green  open   .monitoring-es-6-2019.10.20        ksgA9f6oQFaK16TRH-nMcw    1   1     282880         3655   519.6mb      255.7mb
green  open   nx-locations-v1                    kB-EpBrPQ7KzU2MmR5NKAg    5   1      30226            0     2.6gb        1.3gb
green  open   .monitoring-es-6-2019.10.22        2eQC3qYKTPy9oCP-axL7Pw    1   1     278108         1809   534.4mb      263.8mb
green  open   .monitoring-es-6-2019.10.23        ITMp6G_6QGSFv5-elZQDEw    1   1     201481         3322   452.3mb      245.7mb
green  open   .monitoring-kibana-6-2019.10.20    -54601Z0QC2e6Ef87koi1A    1   1       8639            0     4.4mb        2.2mb
green  open   .monitoring-es-6-2019.10.18        _qTAZ8aJR4yfacHpqkDL5Q    1   1     275919         3247   513mb        257.8mb
green  open   nx-locations-suggest-v2            uNYdrDxJRXe0n7QeyLee8w    5   1      28614            0     19.1mb       9.5mb
green  open   pdl_20190912                       3DqkYAJrTsOZLElzR6GhkA   30   1  998663941      1218359   524.3gb      262.1gb
green  open   .monitoring-kibana-6-2019.10.23    bpIndi928h1BKh-7pI8nKA    1   1       6252            0     3.3mb        1.6mb
green  open   .monitoring-kibana-6-2019.10.21    tl1BWv5gQ5OkhGcXICquEw    1   1       8639            0     4.6mb        2.3mb
green  open   .kibana_task_manager               llnOU4egRFOCpBi5hR1knQ    1   1          2            0     25.1kb       12.5kb
```

The majority of the data spanned 4 separate data indexes, labeled "PDL" and "OXY", with information on roughly 1 billion people per index. Each user record within the databases was labeled with a "source" field



9/8/21, 4:31 PM
Personal and Stolen Information on Over 1 Billion People Discovered in Massive Breach - Night Lion Security

Case 3:17-cv-03301-EMC Document 217-4 Filed 09/10/21 Page 87 of 142

that matched either PDL or Oxy, respectively.

844-HACK-911

## COMPANY 1: PEOPLE DATA LABS (PDL)

Based on our analysis of the data, we believe the data in the PDL indexes originated from People Data Labs, a data aggregator and enrichment company.

De-duplicating the nearly 3 billion PDL user records revealed roughly 1.2 billion unique people, and 650 million unique email addresses, which is in-line with the statistics provided on their website. The data within the three different PDL indexes also varied slightly, some focusing on scraped LinkedIN information, email addresses and phone numbers, while other indexes provided information on individual social media profiles such as a person's Facebook, Twitter, and Github URLs.

According to their website, the PDL application can be used to search:

- Over 1.5 Billion unique people, including close to 260 million in the US.
- Over 1 billion personal email addresses. Work email for 70%+ decision makers in the US, UK, and Canada.
- Over 420 million Linkedin urls
- Over 1 billion facebook urls and ids.
- 400 million+ phone numbers. 200 million+ US-based valid cell phone numbers.

### ATTRIBUTION TO PDL

After notifying PDL, we were informed that the server in question does not belong to them. This is consistent with our research as the server in question resided on Google Cloud, while PDL API appears to use Amazon Web Services.

In order to test whether or not the data belonged to PDL, we created a free account on their website which provides users with 1,000 free people lookups per month.

The following is a partially redacted sample of my personal record, downloaded from the 35.199.58.125 server.

**844-HACK-911**

```
{
  "id": null,
  "status": "created",
  "guid": null,
  "positions": [{
    "id": null,
    "title": "security evangelist, hacker, principal consultant",
    "description": null,
    "location": "saint louis, missouri, united states",
    "position_type": "Current",
    "company_name": "night lion security",
    "company_url": "twitter.com/nightlion",
    "start_date_year": 2015,
    "end_date_year": null,
    "start_date_month": 9,
    "end_date_month": null,
    "company_website": "nightlionsecurity.com",
    "company_size": "1-10",
    "company_industry": "information technology and services"
  }],
  "source": "PDL",
  "scheduled": null,
  "full_name": "vinny troia",
  "first_name": "vinny",
  "last_name": "troia",
  "url_profile": "https://www.linkedin.com/in/vinnytroia",
  "id_external_profile": "vinnytroia",
  "short_bio": "ceo, federal cyber / risk mgmt pro, hacker, problem solver, boundary breaker - featured: fox / cnbc / a
bc at night lion security. ceo, it risk management pro, hacker, problem solver, boundary breaker - featured: fox / cnbc
/ abc. cyber security pro | fedramp, fisma, nist guru | ethical hacker, hacking forensic investigator. cyber security p
ro | hacking forensic investigator | risk management, nist, fedramp. hacker, phd, cyber evangelist, keynote speaker, ni
st csf dissertation author. hacker, cybersecurity keynote speaker, osint, dfir, security evangelist. hacker, cyber evan
gelist, keynote speaker, nist csf dissertation author. health, environment and safety. greater st. louis area.",
  "is_deleted": false,
  "created_id": 1111,
  "created_dt": 1565870400000,
  "updated_id": 1111,
  "updated_dt": null,
  "timezone_id": null,
  "timezone_name": null,
  "timezone_geocoding_latitude": null,
  "timezone_geocoding_longitude": null,
  "lip_location": "ballwin, missouri, united states",
  "is_tc": null,
  "is_payment": null,
```

844-HACK-911

```
  "headline": null,
  "industry": "computer & network security",
  "linkedin_recruiter_profile_url": null,
  "location_shape": {
    "coordinates": [-90.54, 38.59],
    "type": "point"
  },
  "location_level": null,
  "emails": ["vinnytroia@*, vinny@****, vt@***",
  "phone_numbers": "314*******,941*******,3146696569,1-636-825-2744",
  "experience_years": 4,
  "is_scheduled": null
}
```

## ALMOST 100% DATA MATCH

The data discovered on the open Elasticsearch server was almost a complete match to the data being returned by the People Data Labs API. The only difference being the data returned by the PDL also contained education histories. There was no education information in any of the data downloaded from the server. Everything else was exactly the same, including accounts with multiple email addresses and multiple phone numbers.

To confirm, we randomly tested 50 other users and the results were always consistent.

## AN INTERESTING AND UNIQUE MATCH

One of the phone numbers returned for my profile was 1-636-825-2744. I do not remember ever having this phone number, so I decided to look into it. Roughly 10 years ago I was given a land line as part of an AT&T TV bundle. The landline was never used and never given to anyone – I never actually owned a phone, yet somehow this information appears in my profile.

**When I checked my account on PeopleDataLabs.com, the returned results were identical – including that phone number.**

Since I have never seen this phone number appear in any of my previously breached/leaked records, this is a very good indication that the leaked database originated from PDL.

## COMPANY 2: OXYDATA.IO (OXY)

After some basic sleuthing, I came across OxyData.io, another data enrichment company. OxyData's website claims to have 4TB of user data (exactly the amount discovered), but only 380 million people profiles.

844-HACK-911

### OXYDATA ANALYSIS

Analysis of the "Oxy" database revealed an almost complete scrape of LinkedIN data, including recruiter information.

Upon contacting OxyData, I was also informed that the server did not belong to them. Oxy was not willing to give me access to their API to test/compare profiles, but they were nice enough to send me a copy of my own record for analysis. The data they sent contained mostly scraped LinkedIN profile, and appears to be a match for the data data.

## WHO IS ACCOUNTABLE?

This is an incredibly tricky and unusual situation. The lion's share of the data is marked as "PDL", indicating that it originated from People Data Labs. However, as far as we can tell, the server that leaked the data is not associated with PDL. This raises a number of other questions. First, how did this mystery organization get the data? Are they a current or former customer? If so, the data discovered on the server indicates that this company is a customer of both People Data Labs and OxyData.

If this was a customer that had normal access to PDL's data, then it would indicate the data was not actually "stolen", but rather mis-used. This unfortunately does not ease the troubles of any of the 1.2 billion people who had their information exposed.

If this was not a breach, then **who is accountable for this exposure?**

### THE PROBLEM OF ATTRIBUTION

Identification of exposed/nameless servers is one of the most difficult parts of an investigation. In this case, all we can tell from the IP address (35.199.58.125) is that it is (or was) hosted with Google Cloud.

**844-HACK-911**

Because of obvious privacy concerns cloud providers will not share any information on their customers, making this a dead end.
Agencies like the FBI can request this information through legal process (a type of official Government request), but they have no authority to force the identified organization to disclose the breach.

One could argue that because PDL's data was mis-used, it is up to them to notify their customers. One could also argue that the owner of 35.199.58.125 is responsible *and* liable for any potential damages. But legally, we have no way of knowing who that is without a court order.

Due to the sheer amount of personal information included, combined with the complexities identifying the data owner, this has the potential raise questions on the effectiveness of our current privacy and breach notification laws.

## ABOUT DATA VIPER

Data Viper is a next-generation threat intelligence platform, providing organizations, investigators, and law enforcement with the ability to search across thousands of data breaches, with full historical visibility into private, deep, and darkweb hacker channels, pastes, and forums. Data Viper is designed for both brand monitoring and threat actor intelligence research. For more information on how we can help in data breach and cyber criminal investigations, please contact us.

Share via:





## NIGHT LION SECURITY

Night Lion Security was founded by Vinny Troia to provide discreet pre- and post-breach security services, including penetration testing, IT audit, and digital forensic investigations. Troia holds a Ph.D. in cybersecurity and is a published author of "Hunting Cyber Criminals", a book on digital investigations and threat intelligence. In 2020, Hunting Cyber Criminals went to #1 on Amazon's top networking books.



### CONTACT US

📞 314-669-6569
⚠ 844-HACK-911
✉ info [at] nightlion [dot] com

Name

Company

Email

Phone

Confidential Message

Case 3:17-cv-03301-EMC Document 217-4 Filed 09/10/21 Page 93 of 142



Copyright © 2021 Night Lion Security, LLC

# EXHIBIT 11

Cloud Security    Malware    Vulnerabilities    InfoSec Insiders    Podcasts              🔍 Search

← Netgear Authentication Bypass Allows Router Takeover

Data Exfiltration: What You Should Know to Prevent It →

# LinkedIn's 1.2B Data-Scrape Victims Already Being Targeted by Attackers



Author

**Becky Bracken**

*July 1, 2021 / 7:41 am*

💬 Write a comment

Share this article:

A refined database of 88K U.S. business owners on LinkedIn has been posted in a hacker forum.

Just days after a yet another data-scraping operation aimed at LinkedIn was discovered, evidence has popped up in a popular hacker forum that the vast amount of lifted data is being collated and refined to identify specific targets.

This might signal the start of a series of LinkedIn-fueled attacks.

The latest data scrape was discovered this week when threat actors posted the personal data contained in 700 million LinkedIn user profiles in the RaidForums underground market. Later, the operators boosted the listing to a purported 1

INFOSEC INSIDER

Human Fraud: Detecting Them Before They Detect You 

The State of Incident Response: Measuring Risk and Evaluating Your Preparedness 

7 Ways to Defend Mobile Apps, APIs from Cyberattacks 

Top 3 API Vulnerabilities: Why Apps are Pwned by Cyberattackers 

The Underground Economy: Recon, Weaponization & Delivery for Account Takeovers 

Newsletter

Subscribe to *Threatpost Today*

Join thousands of people who receive the latest breaking cybersecurity news every day.

Subscribe now

LinkedIn's 1.2B Data-Scrape Victims Targeted by Attackers | Threatpost                                    9/8/21, 10:31 AM



billion records, according to researchers at Privacy Sharks who discovered it. And this latest data scrape follows an April operation which exposed 500 million LinkedIn users.

*Threatpost Today!* Daily headlines delivered to your inbox      Subscribe now

That's a total of at least 1.2 billion records and maybe more — personal and professional — out there just waiting to be turned against users in future phishing, ransomware, display-name spoofing or other attacks (of course, some of the records are likely duplicates). But in any event, it's already happening.

Yesterday, a database filled with the personal information of 88,000 U.S. business owners gleaned from the latest LinkedIn data scrape was shared in RaidForum, which the poster said specifically isolated U.S. business owners who have changed jobs over the past 90 days, CyberNews reported. The notably targeted database includes full names, email addresses, work details and any other information publicly listed on LinkedIn.

It's not hard to see how this particular group of people, fresh on a new job, flooded with onboarding paperwork and dealing with new co-workers might be easily tricked into clicking on a malicious link.

## LinkedIn: 'It's Not a Breach if It's Public Info'

LinkedIn's response acknowledges the abuse of LinkedIn data, but points out that it's not technically a breach since the information was public.

"Our teams have investigated a set of alleged LinkedIn data that has been posted for sale," the company's statement to Threatpost said. "We want to be clear that this is not a data breach and no private LinkedIn member data was exposed."

A LinkedIn's spokesperson didn't comment directly when Threatpost asked about data-scraping protections the company has or is planning to put in place, but did stress that the company is actively working to protect their members' data.

"I want to be clear that scraping data from LinkedIn is a violation of our Terms of Service and we are constantly working to ensure our members' privacy is protected," she said. "When anyone tries to take member data and use it for purposes LinkedIn and our members haven't agreed to, we work to stop them and hold them accountable."

Accountability is important for future prevention, but once the data is scraped, organized and released out into the wild, there's little that can be done to rein it back in.

Victoria Kivilevich, a threat intelligence analyst at KELA, offered Threatpost some insights on the origin of the scraping.

"We have obtained the sample records shared by the actor," she said. "According to our review of the headers of the fields available in the data set, we assess with high confidence that it was scraped using this API of a company named Growth Genius, a Canadian sales automation platform."

Below are the headers that Kivilevich provided, as seen in a search result from one of the sample files.

Twitter

Two #bugs in #Gutenberg Template Library & Redux Framework plugin for @WordPress, installed on more than 1M website... https://t.co/wAKu2PnTDP

7 days ago

Follow @threatpost

D:\LinkedIn\part-00017-part-00017:2021 {"id":"XXXX","full_name":"XXX","first_name":"XX","middle_initial":null,"middle_name":null,"last_name":"XX","gender":"female","birth_year":null,"birth_date":null
,"linkedin_url":"linkedin.com/in/XXX","linkedin_username":"XXX","linkedin_id":"XXX","facebook_url":null,"facebook_username":null,"facebook_id":null,"twitter_url":null,
twitter_username":null,"gith
ub_url":null,"github_username":null,"work_email":"XXXX","mobile_phone":null,"industry":"financial
_services","job_title":"vice president - project manager","job_title_role":"operations","job_title_sub_role":"project_management","job_title_levels":["manager",
"p"],"job_company_id":"XXX","job_company_name":"XXX","job_compa
ny_website":"XXX","job_company_size":"XX","job_company_founded":null,"job_company_industry":"financial se
rvices","job_company_linkedin_url":"linkedin.com/company/XXX","job_company_linkedin_id":"XXX","job_company_fa
cebook_url":"facebook.com/XX","job_company_twitter_url":"twitter.com/XXX","job_company_location_name":"XXX","job_company_location_locality":"XX","job_company_location_
metro":"XX","job_company_location_region":"new
york","job_company_location_geo":"XX","job_company_location_street_address":"XXX","job_company_
location_address_line_2":null,"job_company_location_postal_code":"XXX","job_company_location_country":"XXX","job_company_location_continent":"XXX","job_last_updated":"2020-
11-01","job_start_date":null,"job_num
mary":null,"location_name":"XX","location_locality":null,"location_metro":null,"location_region":null,"location
_country":"XX","location_continent":"XX","location_street_address":null,"location_address_line_2":null,"locatio
n_postal_code":null,"location_geo":null,"location_last_updated":"2020-10-01","linkedin_connections":4,"inferred_salary"
:"XX","inferred_years_experience":null,"summary":"XXX","phone_nu
mbers":[],"emails":[{"address":"XX","type":"current_professional"}],"interests":[],"skills":[],
"location_names":[],"regions":[],"countries":["XX"],"street_addresses":[],"experience":[{"company":{"name":"XX","size":"XX","id":"XX","founded":null,"industry":"financial
services","location":{"name":"XX","locality":"XX","region":"XX","metro":"XX","country":"XX","continent":"XX","street_address":"XX","address_line_2":null,"postal_code":"XX",
geo":"XX"},"linkedin_url":"linkedin.com/company/XXX","linkedin_id":"XX","facebook_url":"facebook.c
om/XX","twitter_url":"twitter.com/XX","website":"XX"},"location_names":["XX"],"end_date":null,"title":{"name":"XX","role":"operations
","sub_role":"project_management","levels":["manager"]},"p"]},"is_primary":true,"summary":null}],"education":[],"profile
s":[{"network":"linkedin","id":"XX","url":"linkedin.com/XX","username":"XX"}],"certifications":[],"languages":[],"version_status":{"status":"updated","contains":[],"previous_version":"12.0",
"current_version":"13.0"}}

"Our assessment regarding the identity of the scraping API is based on the mention of 'version' in the last section of the data in combination with the word LinkedIn," she explained.

## What's the Harm in Data Scraping?

"Data scraping is the process of extracting data from websites without the explicit permission of the individual whose data is being scraped," Tom Kelly, president and CEO of IDX, explained to Threatpost. "It is often dangerous, because it leaves users' personal identifiable information (PII) vulnerable and can lead to compromise of the individual's privacy. Data scraping can open doors for cybercriminals and hackers to use this data to spearhead further cyberattacks and can give hackers to ability to perpetrate very effective spear-phishing attacks."

But the solution isn't as simple as blocking all data-scraping activity. There are plenty of legitimate uses for data scrapers, Andrew Useckas, CTO and co-founder at ThreatX told Threatpost.

"Data scraping or web scraping is semi-malicious activity," Useckas said. "Whether it is considered good or bad, or happening a lot or little, is subjective. For example, big companies scrape their competitors to get latest pricing and info, etc. Strictly speaking, it's not bad unless it causes issues for the customer. Some customers like scraping as it increases their marketing footprint."

LinkedIn isn't alone. In April, it was revealed the data of more than 533 million Facebook users was scraped in Sept. 2019. But LinkedIn's public data is more valuable to threat actors, according to Hoala Greevy, founder and CEO of Paubox. The difference is the business intelligence that can be gleaned from LinkedIn.

"In today's society, people keep their LinkedIn profiles studiously current," Paubox explained to Threatpost. "Job title and current employer are especially manicured on LinkedIn. If this information can be scraped at scale, you can determine where everyone works and where everyone sits in the org chart."

That information can help attackers collect vast amounts of information on how a business operates — and can go on to exploit it.

"If a bad actor can map out an organization's org chart, they can use that to launch display-name spoofing attacks, which are targeted phishing attacks that use the display name field of an email to impersonate a person of authority (i.e., CEO, CFO)," Paubox added.

That attack works because, as Paubox pointed out, 70 percent of employee email is read on a smartphone.

## When is Abuse as Bad as a Breach?

The worst-case scenario is that these massive troves of data are being aggregated and used by threat actors to make their attacks more personalized and potent, which is what appears to be happening to the lifted LinkedIn profile data of those 88,000 business owners whose data was just released into the cybercrime ecosystem.

"Although data scraping is less risky than hacking directly, in totality, it can leave unsuspecting folks vulnerable to being scammed," Daniel Markuson, digital privacy expert at NordVPN, told Threatpost.

"As we saw in the Facebook scraped data-leak incident, the database did contain personal data like phone numbers and emails," he added. "Essentially, if cybercriminals get ahold of this type of personal data, it can be used for better phishing attempts and various other forms of scams. "

Ultimately, it's up to the users to protect themselves from attacks fueled by data scraping by keeping PII off social media, enabling two-factor authentication (2FA) on accounts and remaining vigilant about identifying potentially malicious communications, including texts, email, voice messages and in-platform messaging services.

"If privacy is a priority, social media is not your friend," Markuson said. "The rise of biometric data scraping (some corporations build their facial-recognition databases using images scraped from Facebook and Instagram) demonstrates that social media is a huge threat to personal privacy."

Markuson also recommended that users opt out of any data-collection asks.

"To take matters into their own hands, people can manually opt out of the data brokers, by contacting companies like BeenVerified, Acxiom and PeopleFinder directly, and opt out of their data-collection practices," he said.

*Check out our free* [upcoming live and on-demand webinar events](#) *– unique, dynamic discussions with cybersecurity experts and the Threatpost community.*

Write a comment

Share this article:

Breach    Privacy    Web Security

SUGGESTED ARTICLES



### TeamTNT's New Tools Target Multiple OS

The attackers are indiscriminately striking thousands of victims worldwide with their new "Chimaera" campaign.



### Ragnar Locker Gang Warns Victims Not to Call the FBI

Investigators/the FBI/ransomware negotiators just screw everything up, the ransomware gang said, threatening to publish files if victims look for help.



### Netgear Smart Switche to Complete Takeover

The Demon's Cries, Draconian Seventh Inferno security bugs severity entryways to corporat networks.

DISCUSSION

**Leave A Comment**

Write a reply.

Your name

Your email

☐ Save my name, email, and website in this browser for the next time I comment.

☐ Notify me when new comments are added.

Send Comment

This site uses Akismet to reduce spam. Learn how your comment data is processed.

---

**Subscribe to our newsletter, *Threatpost Today*!** Get the latest breaking news delivered daily to your inbox.

Subscribe now

The First Stop For Security News

Home    About Us    Contact Us    Advertise With Us    RSS Feeds

TOPICS

Copyright © 2021 Threatpost    •    Privacy Policy    •    Terms and Conditions    •    Advertise

Black Hat    Breaking News    Cloud Security    Critical Infrastructure    Cryptography    Facebook    Government    Hacks    IoT    Malware    Mobile Security    Podcasts    Privacy    RSAC    Security Analyst Summit    Videos    Vulnerabilities    Web Security

Case 3:17-cv-03301-EMC Document 217-4 Filed 09/10/21 Page 100 of 142



≡ **FORTUNE**

SEARCH    SIGN IN    **Subscribe Now**

**Most Popular**



**Homebuyers just got more good news**

PAID CONTENT
**Meeting with destiny**
FROM KIKKOMAN



A
B
m

**TECH • CYBERSECURITY**

# Why Facebook and LinkedIn's data scraping fiascos are a huge security problem for their users

BY **JONATHAN VANIAN**

April 17, 2021 6:30 AM PDT



NIKOLAS KOKOVLIS—NURPHOTO/GETTY IMAGES



*Subscribe to Data Sheet, a daily brief on the business of tech, delivered free to your inbox.*

Case 3:17-cv-03301-EMC   Document 217-4   Filed 09/10/21   Page 101 of 142

PAID CONTENT

## Why feedback became this company's greatest asset

FROM DOLLAR GENERAL

Every day, many millions of people use Facebook and LinkedIn to connect with their friends and coworkers, revealing information about themselves, like who they are dating and where they have worked.

But when people reveal details about their lives on these sites, they should realize that their information can easily spread to the open Internet. People who may not have the best intentions can collect users' data.

That's why security researchers say that the recent data scraping incidents at Facebook and LinkedIn are alarming. To refresh, the data of over 500 million Facebook users and 500 million LinkedIn users were recently revealed to have been collected and aggregated by bad actors who were selling the massive datasets to scammers.

While not technically considered data breaches, these huge scraping incidents pose a serious threat to consumers, multiple security researchers tell *Fortune*. Here's what you need to know about data scraping.

# A data scrape versus a data breach

In a typical data breach, a person without authorized access is able to penetrate an organization's internal IT systems, gaining access to corporate databases and documents that potentially contain sensitive information, explains Zack Allen, the senior director of threat intelligence at security firm ZeroFOX. In essence, they are stealing from a company, akin to a robber who breaks into a store at night to steal money from the cash register.

There are multiple ways hackers can break into corporate computer systems, such as via the so-called SQL injection attack. (SQL, short for "structured language query," refers to a programming language for interacting with databases.) In this type of attack, bad actors can force malicious code into online forms hosted on websites, which can cause the websites to potentially spit out sensitive user data, among other actions.

Case 3:17-cv-03301-EMC   Document 217-4   Filed 09/10/21   Page 103 of 142

In a data scrape, however, attackers aren't really hacking to gain access to IT systems or internal databases, per se. Instead, they use software tools that can automatically scan and collect the data that is already displayed on a website. Chris Vickery, the director of cyber risk research at security startup UpGuard, explains that when personal information is scraped from a public website, legally, "there is nothing wrong with that."

He noted that in 2019, the United States Court of Appeals for the Ninth Circuit ruled that data scraping does not violate the Computer Fraud and Abuse Act (CFAA), the U.S.'s primary anti-hacking law. The case involved LinkedIn and the HR technology startup hiQ. As part of its business, hiQ scraped data from LinkedIn profiles in order to power its software, which was designed to predict employee churn, among other uses.

The startup alleged that LinkedIn sent the company cease-and-desist letters and restricted access to its service in order to stop the data scraping. As *The National Law Review* explained, the Ninth Circuit eventually determined that scraping data from LinkedIn does not violate the CFAA "because the LinkedIn computers are publicly accessible." LinkedIn has since filed counterclaims against hiQ.

Still, LinkedIn's terms of service indicate that the company doesn't permit several kinds of data scraping tools on its site. If LinkedIn finds that an organization is using such software, "they risk having their accounts being restricted or shut down."

# Is data scraping a malicious act?

It's not just bad actors who conduct data scraping. Many companies routinely collect information from the public Internet, such as marketers who may collect tweets referencing their company's products so they can understand how people feel about them.

Journalists and researchers also use data scraping to extract information from publicly available databases or websites. The process can aid investigations and studies because it's much faster than manually copying and pasting online text.

"I'm in support of journalists doing it, I'm in support of researchers doing it," Allen said. "It comes down to what are the intentions."

Criminals, however, can use data scraping techniques to create massive datasets that, when combined with other information, pose significant risks to consumers.

These bad actors are essentially building dossiers on people, which other miscreants are willing to pay big bucks for.

# What is the responsibility of a company to prevent data scraping?

Alon Gal, the chief technology officer of cybercrime intelligence firm Hudson Rock, told *Fortune* in a private message that the scraped Facebook dataset was originally "sold for several tens of thousands of dollars" until, eventually, it leaked to the Internet for free. Gal, who originally alerted the tech site *Motherboard* that someone was selling the leaked dataset, noted the significance of phone numbers appearing in the data dump.

"You basically have the phone number and public information of almost anyone who signed up to Facebook using a phone number, and a phone number in 2021 is a massive digital footprint that can be used to find information about you on the Internet," Gal wrote.

A LinkedIn spokesperson told *Fortune* that the phone numbers found in the scraped LinkedIn dataset belonged to "another source."

Gal, who declined to comment about LinkedIn, argued that Facebook's latest security incident mishap "shouldn't have even been considered a scraping incident" because the dataset contained "phone numbers which are private information that is not visible on any profile and was gathered due to an exploit in Facebook's contact importer."

Essentially, bad actors exploited a software flaw in Facebook's tool that lets people connect with others. In doing so, they obtained the phone numbers of millions of users, making the incident more of a breach than a scrape, in Gal's view. "Even individuals who set their phone numbers to private in Facebook's privacy options were exposed in the leak," he added.

Although companies like Facebook and LinkedIn likely have software that prevents data scraping, bad actors also have their own arsenal of tools and are constantly adapting their data scraping techniques to avoid detection, Allen said. For instance, some miscreants are using so-called residential proxies, which are Internet Protocol, or IP, addresses that phone companies give to homeowners to mask their true location. These proxies effectively shield where people are conducting their data scraping from, basically allowing them to fly under the radar of some corporate security tools, he said.

Why Facebook and LinkedIn data scraping is a security problem for users | Fortune

Ultimately, people need to realize that when they sign up to online platforms and social media services, "anything they post, any information that they share or provided upon signing up could be scraped/hacked and used against them in the future," Gal wrote.

And companies that provide those services should be more forthcoming about that painful reality. Although there's a certain level of individual responsibility on behalf of people to be aware that anything they post online could be accessed by third parties, "who are you to know your individual responsibility when connecting to a platform that says it is safe with a green lock?" Allen said.

## Sponsored Financial Content

**Earn up to a $1,500 cash bonus with required activities. Member FDIC.**
CITI® CHECKING OFFER



Case 3:17-cv-03301-EMC Document 217-4 Filed 09/10/21 Page 105 of 142



### 7 Major Retirement Planning Mistakes to Avoid
smartasset



### What Would You Do With More Cash Back? See 2021's Best Credit Cards
NerdWallet



### Doing a Home Renovation? Find a Great Personal Loan Rate
NerdWallet



Dianomi

## Sponsored Financial Content

Dianomi



### Man Who Bought Apple at $0.35 Says Buy TaaS Now

Empire Financial Research



### Doing a Home Renovation? Find a Great Personal Loan Rate

NerdWallet



### The Choice Is Yours With 2021's Best Cash Back Credit Cards

NerdWallet



### More Ways to Earn. Save Big on Everyday Purchases

Citi Rewards+® Card



### Do You Have Enough To Retire? Use Our Free Retirement Calculator.

Personal Capital



### 7 Retirement Income Strategies Once Your Portfolio Reaches $500k

Fisher Investments



### Home Depot billionaire says look out America

Stansberry Research







9/8/21, 10:37 AM
Case 3:17-cv-03301-EMC Document 217-4 Filed 09/10/21 Page 107 of 142
Why Facebook and LinkedIn's data scraping 'fiasco' is a user security problem for their users | Fortune



### 7 Principles for Successful Long-Term Investing

J.P. Morgan Asset Management



### 7 Major Retirement Planning Mistakes to Avoid

smartasset



### Spend $500 And Pocket $200 With This Card

CompareCredit

# Data scraped from 500 million LinkedIn users found for sale online

by **Brandon Vigliarolo** in **Security** 🔊 on April 6, 2021, 8:56 AM PST

IDs, names, email addresses and more personal details are part of the massive database of stolen data, which could be used to launch additional attacks on LinkedIn and its users.



(https://www.techrepublic.com/a/hub/i/r/2019/07/30/d7796d74-b0e3-448b-8a77-
8e17921eb4b6/resize/770x/5a6eb26352cb036148ed4c7583e61cee/istock-949770040.jpg)

Image: iStockphoto/Suebsiri

A massive trove of LinkedIn account data has been found for sale online, containing 500 million user records including email addresses, phone numbers, links to other social media profiles and professional details.

---

**More about cybersecurity**

[Excel is still a security headache after 30 years because of this one feature](https://www.techrepublic.com/article/excel-is-still-a-security-headache-after-30-years-because-of-this-one-feature/) (https://www.techrepublic.com/article/excel-is-still-a-security-headache-after-30-years-because-of-this-one-feature/)

[Top 5 ransomware operators by income](https://www.techrepublic.com/article/top-5-ransomware-operators-by-income/) (https://www.techrepublic.com/article/top-5-ransomware-operators-by-income/)

[A day in the life of a cybersecurity "threat hunter"](https://www.techrepublic.com/article/behind-the-scenes-a-day-in-the-life-of-a-cybersecurity-threat-hunter/) (https://www.techrepublic.com/article/behind-the-scenes-a-day-in-the-life-of-a-cybersecurity-threat-hunter/)

[End user data backup policy (TechRepublic Premium)](https://www.techrepublic.com/resource-library/whitepapers/end-user-data-backup-policy-copy1-copy1/) (https://www.techrepublic.com/resource-library/whitepapers/end-user-data-backup-policy-copy1-copy1/)

---

[Reported by CyberNews researchers](https://cybernews.com/news/stolen-data-of-500-million-linkedin-users-being-sold-online-2-million-leaked-as-proof-2/) (https://cybernews.com/news/stolen-data-of-500-million-linkedin-users-being-sold-online-2-million-leaked-as-proof-2/), the leak was posted to a forum popular with hackers by a user asking for a "four-digit $$$$ minimum price" for access to the full database of stolen account information.

**SEE:** [Identity theft protection policy](https://www.techrepublic.com/resource-library/whitepapers/identify-theft-protection-policy/) (https://www.techrepublic.com/resource-library/whitepapers/identify-theft-protection-policy/) **(TechRepublic Premium)**

To prove the legitimacy of the info, the leaker included two million records as a sample that users on the form can view for $2 worth of forum-specific credits. CyberNews researchers were able to confirm that the data contained in the sample was legitimate, but added that " it's unclear whether the threat actor is selling up-to-date LinkedIn profiles, or if the data has been taken or aggregated from a previous breach suffered by LinkedIn or other

Data scraped from 500 million LinkedIn users found for sale online | TechRepublic

companies."

Included in the leaked data was "a variety of mostly professional information," including LinkedIn IDs, full names, email addresses, phone numbers, user gender, links to LinkedIn profiles, links to other connected social media profiles, professional titles and other work-related data. The leaked data doesn't appear to contain any credit card or other financial details, or legal documents that could be used for fraud.

The lack of financial or identification documentation doesn't mean the leaked data isn't dangerous, though. "Particularly determined attackers can combine information found in the leaked files with other data breaches in order to create detailed profiles of their potential victims. With such information in hand, they can stage much more convincing phishing (https://www.techrepublic.com/article/phishing-and-spearphishing-a-cheat-sheet/) and social engineering attacks or even commit identity theft against the people whose information has been exposed on the hacker forum," CyberNews said.

**SEE: Social engineering: A cheat sheet for business professionals (free PDF)** (https://www.techrepublic.com/resource-library/downloads/social-engineering-a-cheat-sheet-for-business-professionals-free-pdf/) **(TechRepublic)**

LinkedIn describes itself as having nearly 740 million users (https://about.linkedin.com/#:~:text=About%20LinkedIn&text=740%20million%20members%20in%20more%20than%20200 if the leaker selling this batch of stolen data is telling the truth, then it's safe to assume anyone with a LinkedIn account could be among the 500 million leaked records. With that in mind, LinkedIn users should take precautions to protect their accounts and their personal data by:

- Changing LinkedIn account passwords and email account passwords associated with LinkedIn profiles.
- Creating a strong, random, unique password, and storing it in a password manager (https://www.techrepublic.com/article/password-managers-a-cheat-sheet-for-professionals/) that can auto-fill logins.

Data scraped from 500 million LinkedIn users found for sale online | TechRepublic                                                                            9/8/21, 10:32 AM

- Enabling two-factor auth                                          om/article/two-factor-
  authentication-cheat-sheet/) o                                   olic.com/article/how-to-enable-
  two-factor-authentication-on-y                                    nt that offers 2FA.
- Being wary of LinkedIn                                            om unknown people.
- Learning to identify phis
- Never opening links to                                           avigating to a site manually
  and logging in there.
- Installing strong anti-ph

In addition to taking proper precautions with your security, it's also a good idea to subscribe to a website like Have I Been Pwned (https://haveibeenpwned.com/), which will notify you if your email address is found in a data breach that it has scanned and added to its master database of compromised accounts. If your information appears in a Have I Been Pwned search, it's important to take action immediately using the above security tips.



**Cybersecurity Insider Newsletter**

Strengthen your organization's IT security defenses by keeping abreast of the latest cybersecurity news, solutions, and best practices. Delivered Tuesdays and Thursdays

 **Sign up today ()**

## Also see

- How to become a cybersecurity pro: A cheat sheet (https://www.techrepublic.com/article/cheat-sheet-how-to-become-a-cybersecurity-pro/) (TechRepublic)
- Social engineering: A cheat sheet for business professionals (free PDF) (https://www.techrepublic.com/resource-library/downloads/social-engineering-a-cheat-sheet-for-business-professionals-free-pdf/) (TechRepublic)
- Shadow IT policy (https://www.techrepublic.com/resource-library/whitepapers/shadow-it-policy/) (TechRepublic Premium)
- Online security 101: Tips for protecting your privacy from hackers and spies (https://www.zdnet.com/article/simple-security-step-by-step-guide/) (ZDNet)
- Cybersecurity and cyberwar: More must-read coverage (https://flipboard.com/@techrepublic/cybersecurity-and-cyberwar-r36o4ug0z) (TechRepublic on Flipboard)

Data scraped from 500 million LinkedIn users found for sale online - TechRepublic                                          9/8/21, 10:32 AM

## WHITE PAPERS, WEBCASTS, AND DOWNLOADS

Commit to open source projects. Help people in need. (Mobile)
Research from IBM

GET STARTED

Commit to open source projects. Help people in need. (Desktop)
Research from IBM

GET STARTED

Try IBM Cloud for free
Downloads from IBM

SIGN UP

Bare Metal Servers on IBM Cloud
White Papers from IBM

SIGN UP

Navigate Your Hybrid Cloud
White Papers from IBM

DOWNLOAD NOW

## EDITOR'S PICKS

**TechRepublic Premium: The best IT policies, templates, and tools, for today and tomorrow.**

**If you've always wanted to learn to program with Python, here's an opportunity**

Data scraped from 500 million LinkedIn users found for sale online | TechRepublic   9/8/21, 10:32 AM

**How to gain unlimited Gmail addresses with this simple hack**

**"Old" developers are in demand at this tech company. You'll never believe the job post**

**Expert: Now is the time to prepare for the quantum computing revolution**

**A passwordless future isn't close—it's here**



### By Brandon Vigliarolo

Brandon writes about apps and software for TechRepublic. He's an award-winning feature writer who previously worked as an IT professional and served as an MP in the US Army.

| SECURITY | SOFTWARE | CXO | HARDWARE | MOBILITY | DATA CENTERS | CLOUD |

| SECURITY ON ZDNET ↗ |

SHOW COMMENTS

     Buyers Guides    News                                           Login              Write a review

ConsumerAffairs is not a government agency and may be compensated by companies displayed. **How it works.**

Home / News / Cybersecurity News

published on 07/01/2021

# LinkedIn data breach grows to include over a billion hacked files

**The security of the social networking platform is very concerning, one expert says**

 **Gary Guthrie**
Reporter



Photo (c) scyther5 - Getty Images

Remember that LinkedIn breach that put 700 million user records at risk? That number has now risen to a billion records that include the personal information of LinkedIn users.

The hacker, whoever they are, is having quite a field day. They have just updated their personal data trove with email addresses and passwords on top of other scraped personal information from LinkedIn users.

In reporting the new finding, PrivacySharks said it reached out to LinkedIn for verification. The firm received this official statement from Leonna Spilman, a corporate communications manager at LinkedIn:

"While we're still investigating this issue, our initial analysis indicates that the dataset includes information

## Get the news you need delivered right to you.

Email

By entering your email, you agree to sign up for consumer news, tips and giveaways from ConsumerAffairs. Unsubscribe at any time.

### Related News Stories



**T-Mobile says six million additional accounts were affected by recent data breach**

scraped from LinkedIn as well as information obtained from other sources. This was not a LinkedIn data breach, and our investigation has determined that no private LinkedIn member data was exposed. Scraping data from LinkedIn is a violation of our Terms of Service, and we are constantly working to ensure our members' privacy is protected."

**T-Mobile confirms that data on millions of customers was stolen in breach**

## A review of what's been hacked

PrivacySharks said its investigation turned up evidence that the files now contain the following 14 pieces of personal data:

- Names (first and last)

- Email addresses

- Street addresses

- Cities

- States

- Zip Codes

- Phone numbers

- Websites

- LinkedIn profiles

- Company names

- Job titles

- Fax numbers

- Email and password combinations

- LinkedIn connections

**New survey shows how much consumers trust social media sites**

**Identity theft is on its way to a record year**

Given that the person behind the update is the same one linked to the original breach, most of the data is probably the same as what was exposed previously.

## What should LinkedIn members do?

Putting personal information on a site like LinkedIn was problematic for many users before details of this breach were publicized. One ConsumerAffairs reviewer named Lisa summed up her thoughts quite nicely.

"I personally do not like the idea of posting a resume for everyone to see when there are so many safety issues and Internet hackers out there," she said.

**Hacker group locks up a million devices and demands $70 million in ransom**

If all that's been reported is accurate, then LinkedIn users are up against a high wall when it comes to protecting their personal data -- and the platform has to be nervous about the potential fallout.

"From a consumer's point of view, I think the fact that this is the third LinkedIn data leak in a few months will be extremely unsettling for users," Madeleine Hodson, Chief Editor at PrivacySharks told ConsumerAffairs. "Since passwords have been included in this recent leak (although not yet confirmed to be from LinkedIn accounts) it will cause concern and lead users to question the strength of LinkedIn's security measures."

**LinkedIn data breach puts 700 million user records at risk**

Take an Identity Theft Quiz

Get matched with an Authorized Partner



ZIP Code

Find my match



### Gary Guthrie

Gary Guthrie covers technology and travel for the ConsumerAffairs news team. Prior to ConsumerAffairs, he was a programming consultant for radio and TV stations in some 20 markets around the U.S., as well as a presentation developer for the likes of Jack Daniel's, Procter & Gamble, AT&T, and Columbia University.

**Read Full Bio** →

**Researchers find security flaw in Peloton Bike+ that allows hackers to spy on riders**

### Latest News

**Coronavirus update: Mu variant in 49 states, cases rise 300%**

**Biden says solar power could power 40% of all electricity use in U.S. by 2035**

**American Airlines pilots' union considers picketing over fatigue and overscheduling**

**Facebook reviews some WhatsApp messages, report says**

**Impossible Foods introduces plant-based chicken**

**Cooper Tire recalls Hercules Roadtour 455 Sport 225/50R17 tires**

**Avanti expands frozen cooked shrimp recall**

**NRC recalls motorhomes with Hehr 6400 Series windows**

ConsumerAffairs is not a government agency. Companies displayed may pay us to be Authorized or when you click a link, call

Contact Us

a number or fill a form on our site. Our content is intended to be used for general information purposes only. It is very important to do your own analysis before making any investment based on your own personal circumstances and consult with your own investment, financial, tax and legal advisers.

Company NMLS Identifier **#2110672**

Copyright © 2021 Consumers Unified LLC. All Rights Reserved. The contents of this site may not be republished, reprinted, rewritten or recirculated without written permission.

FAQ

Terms of Use

Privacy Policy

Mortgage License

CA Privacy Notice

# FORTUNE

RANKINGS    MAGAZINE    NEWSLETTERS    PODCASTS    COVID-19    MORE    SEARCH    SIGN IN    Subscribe Now



Most Popular

Homebuyers just got more good news



PAID CONTENT

Raytheon Technologies is preparing astronauts for deep space

FROM RAYTHEON TECHNOLOGIES



After briefly stabilizing, Bitcoin, Ethereum and other major crypto coins sink



Siemens Energy's CFO on why she became chief inclusion and diversity officer, too



TECH • LINKEDIN

# Massive data leak exposes 700 million LinkedIn users' information

BY **CHRIS MORRIS**

June 30, 2021 8:49 AM PDT



In the next two years, marketing leaders expect

Get the CMO Report

## Related Articles

**TECH**

**Data from half a billion LinkedIn users has been scraped and put online**



April 8, 2021

BY JONATHAN VANIAN

**TECH**



**Subscribe to Fortune Daily** to get essential business stories straight to your inbox each morning.

Personal data for 700 million LinkedIn users—nearly 93% of the company's members—has been put up for sale online.



PAID CONTENT

### The connected future of audio

FROM HARMAN

Hackers have already posted a sample of the data, which included information for 1 million users, according to a report on RestorePrivacy.

The data appears to be recent, with samples from 2020 and 2021, according to the report. In a statement to *Fortune*, a LinkedIn spokesperson disputes this, saying, "We've investigated, and there is no evidence that this is new data or that the data is from 2020 and 2021."

The price for that enormous collection of data? $5,000.

The data examined by the site did not include login credentials or financial information, but it did include a wealth of personal information that could be used to assume someone's identity, including:

- Full names
- Phone numbers
- Physical addresses
- Email addresses
- Geolocation records
- LinkedIn usernames and profile URLs
- Personal and professional experiences and backgrounds
- Genders
- Other social media accounts and usernames

LinkedIn maintains much of that data was not scraped from its site, saying, "LinkedIn's current investigation indicates phone number, gender, inferred salary, and physical address in this data set did not come from LinkedIn."

ADVERTISING



Why Facebook and LinkedIn's data scraping fiascos are a huge security problem for their users

April 17, 2021

**BY JONATHAN VANIAN**

TECH



LinkedIn saw a massive influx in user posts and violations this year

December 24, 2020

**BY DANIELLE ABRIL**

TECH

T-Mobile CEO says hacker used special tools and brute force to steal user data



August 27, 2021

**BY SCOTT MORITZ** AND **BLOOMBERG**

TECH

Everything to know about Facebook's huge data leak



April 7, 2021

**BY JONATHAN VANIAN**

### Sponsored Financial Content

5 College Saving Mistakes



Earn $200 in cash back after qualifying purchases



7 Mistakes You'll Make



LinkedIn data theft exposes personal information of 700 million people | Fortune                    9/8/21, 10:32 AM

When Hiring a Financial
Advisor



11 Credit Cards You Should
Not Ignore If You Have
Excellent Credit



Dianomi

The bad actor who claims to be behind the data leak says they used the same
method to obtain the data that was used in a massive April infiltration,
which saw personal information from 500 million users being sold online.

LinkedIn, which claims to have 756 million members, issued a
statement Tuesday, saying the data for sale was not the result of a hack but
rather someone simply pulling data that was publicly available on a large
scale.

"Our teams have investigated a set of alleged LinkedIn data that has been
posted for sale," the company said. "We want to be clear that this is not a
data breach and no private LinkedIn member data was exposed. Our initial
investigation has found that this data was scraped from LinkedIn and other
various websites and includes the same data reported earlier this year in our
April 2021 scraping update...When anyone tries to take member data and
use it for purposes LinkedIn and our members haven't agreed to, we work to
stop them and hold them accountable."

*Correction, June 30, 2021:* This article has been updated to accurately
reflect the types of information taken and sold, and how that data was
collected.

## Sponsored Financial Content

Dianomi



**Spend $500 And Pocket $200 With This Card**
Sponsored Finance



**Back to school? Set them up for success.**
Schwab's Edge 529 Plan



**The Worst Way to Withdraw From Retirement Accounts**
smartasset



**10 Credit Cards You Should Not Ignore If You Have Excellent Credit**
NerdWallet



**Do You Have Enough To Retire? Use Our Free Retirement Calculator.**
Financial Engines



**More Ways to Earn Points on Everyday Purchases.**
Citi Rewards+® Card



**Refi rates at 1.89% APR. Do you qualify?**
LendingTree



**The Definitive Guide to Retirement for $500k+ Portfolios**
Fisher Investments



**7 Principles for Successful Long-Term Investing**
J.P. Morgan Asset Management



**Earn up to $1,500 with a new Citigold account and required activities.**
CITIGOLD® Offer

Cookie Preferences

Opinion **Inside Business**

## From Facebook to LinkedIn, data-scraping leaks proliferate

The incentives and opportunities for harvesting valuable personal information have multiplied

**RICHARD WATERS**



Artificial intelligence has turned the raw material of personal data into potential gold © AFP via Getty Images

**Richard Waters** APRIL 15 2021

### Data protection updates

Sign up to myFT Daily Digest to be the first to know about Data protection news.

| Enter your email address | Sign up |

Is there anything left to be revealed about the extent and the frequency with which large volumes of personal data leak from Facebook?

A collective yawn seemed to be the appropriate response this month at the latest news. If the information about users' social networks that leaked out in the Cambridge Analytica scandal was like the plutonium of social media, then this latest slip involved a decidedly low-grade fuel. Details such as names, phone numbers and birth dates of more than 530m people had been scraped from the site, in what amounted to a mass harvesting of data that was already publicly available.

The regulators, on cue, said they would investigate, as regulators must. Irish data protection officials, who take the lead in overseeing Facebook in Europe, now have 15 different reviews going on into the company's apps.

But while this might look like a misdemeanour without any real victims, it raises more troubling questions. Even public material like this, combined with other data sets to build fuller profiles on people, can be used for malicious ends. And the case touches on a deeper issue: the growing volume of data that people release publicly as part of their digital lives — often after being nudged by the companies which benefit from the disclosures — can later be used in ways that hurt their own interests.

As if to underline the point, the last few days have brought other cases of mass data scraping to light. LinkedIn said public information taken from its service appeared to have been mixed with data from other sources and offered for sale online. And a trove of information from audio social network Clubhouse was discovered on a site used by hackers.

Scraping has been around since the early days of the internet, when potentially valuable information was first left in plain sight on public pages. But recently, the incentives and the opportunities have multiplied.

Social networks have become ever-larger repositories, presenting attractive targets for harvesters operating at scale. And the rise of machine learning has brought new incentives, as AI has turned the raw material into potential gold. The controversial US face-recognition company Clearview AI, for instance, uses a huge database of images scraped as the raw material for its service.

There are also more ways to scrape in volume. Many companies now make their data available through APIs, the digital "hooks" that others can use to connect to their systems. This reflects the creeping automation in the information realm, as well as a common business strategy.

These days, companies often set their sights on becoming platforms, making themselves an indispensable resource for others. Becoming the go-to source for data on any subject is one way to achieve that. This might raise few misgivings for a company such as eBay, which wants to be seen as the definitive source for all product listings. But it is more troubling when personal information is at stake.

It is not only scammers who have seen the opportunities. The commercial value in publicly available data has also led to creative — and unwanted — uses. Data analytics company hiQ trawled LinkedIn, for instance, looking for tell-tale signs of who among the professional network's users might be looking for a new job — then reported it back to the users' employers.

Academics have also seen the value. A group at New York University drew a protest from Facebook last year when it scraped large amounts of information to study how political adverts were being targeted on the network. The NYU study may have had valid academic goals, but — as Cambridge Analytica showed — it is not always easy to tell when legitimate research is being used as a cover for something else.

In short, this looks like yet another instance where the design of today's mass information systems has not always put users first, and where the guardians of the data have allowed their own interests to cloud their decisions.

To be sure, LinkedIn has fought back against hiQ, blocking its ability to harvest data. But it lost in court — and again on appeal — when hiQ sued for access. Others have seemed less troubled. Facebook initially brushed off its latest leak, saying only that it occurred before September 2019 and that it had fixed the issue, without reporting it to regulators or warning users.

Facebook also tacitly put some of the blame on its own users, saying they could protect themselves better by thinking more about what information they share publicly, and doing regular "privacy check-ups" to make sure they are not compromised. This ignores the fact that few people have the time or inclination to indulge in such digital hygiene, and are in no position to judge how what they disclose today might be used against them tomorrow.

---

Copyright The Financial Times Limited 2021. All rights reserved.

---

SIGN IN

{* **AI + ML** *}

# Leaked: List of police, govt, uni orgs in Clearview AI's facial-recognition trials

Plus: Mortgage algorithm bias, and an AI-guided play comes to London

Katyanna Quach

Sun 29 Aug 2021 // 09:48 UTC

17 



**IN BRIEF** Clearview AI's controversial facial-recognition system has been trialed, at least, by police, government agencies, and universities around the world, according to newly leaked files.

Internal documents revealed by BuzzFeed News show that Clearview offered its technology to law enforcement agencies, governments, and academic institutions in 24 countries, including the UK, Brazil, and Saudi Arabia, on a try-before-you-buy basis.

The facial-recognition biz scraped billions of photos from public social media profiles, including Instagram and Facebook, and put them all into a massive database. Clearview's customers can submit pictures of people and the system will automatically try to locate those people in the database, using facial recognition, and return any details picked up from their personal pages if successful. Thus, the police can, for example, give the service a CCTV camera still of someone, and if it matches a face in the database, the system will report back their information, such as their name, social media handles, and so on.

Canada, for one, cracked down on the operation. Meanwhile, in Britain, the Metropolitan Police, the Ministry of Defence, and the National Crime Agency, as well as police in North Yorkshire, Northamptonshire, Suffolk, and Surrey, plus a university tested or were given access to Clearview's face-recognition algorithms, according to BuzzFeed.

**More Clearview news**

Leaked: List of police, govt, uni orgs in Clearview AI's facial-recognition trials • The Register
Case 3:17-cv-03301-EMC   Document 217-4   Filed 09/10/21   Page 127 of 142
9/8/21, 10:33 AM

A state court of Illinois this week denied Clearview's motion to dismiss a lawsuit brought against it by the American Civil Liberties Union.

Illinois law is quite tough on collecting data for biometric applications, including facial recognition. The state's Biometric Information Privacy Act (BIPA) requires companies to obtain written consent from people to collect and store data that can be used to identification purposes.

The ACLU sued Clearview in May 2020, claiming it had violated BIPA. Clearview tried to get the case thrown out by saying its business practices were protected under the First Amendment. But an Illinois court didn't agree; Judge Pamela Meyerson dismissed [PDF] the startup's claims and the lawsuit will go ahead.

"Today's decision shows that it is still possible for individuals to take control of their personal information from Big Tech, and legislation like BIPA is the key," Rebecca Glenberg, senior staff counsel with the ACLU of Illinois, said in a statement. "We must continue to fight for the right to protect our privacy through control of our personal information."

**Waymo expands autonomous taxi fleet to select SF residents, kills off Lidar business**

Google self-driving car spinoff Waymo has launched its Waymo One Trusted Tester program in San Francisco.

The program allows a selected group of people in the California city to hail rides in Waymo's white electric Jaguar I-PACE vehicles running on the upstart's fifth-generation Waymo Driver software through a smartphone app. Ideally, the car is able to use computer vision to drive itself throughout the whole journey with no hiccups. A human driver, or "autonomous specialist," will be behind the wheel to take over at any point, however.

Waymo has also decided to stop selling its lidar sensors known as the Laser Bear Honeycomb, to other companies, according to The Information. The components were touted to people making robots and suchlike, though now Waymo is keeping all production in house.

## Mortgage application algorithms favor White applicants over people of color

Algorithms used by mortgage brokers in the US were 80 per cent more likely to reject Black applicants looking to own homes compared to their White counterparts, according to a probe by The Markup.

A team of reporters analyzed data from more than two million mortgage applications across America in 2019. They controlled 17 factors, such as income, so that "the prospective borrowers of color looked almost exactly the same on paper as the White applicants, except for their race."

They found that lenders were more likely to deny loans to Latino people by 40 per cent, Asian Pacific Islanders by 50 per cent, Native Americans by 70 per cent, and Black people by 80 per cent compared to White people. The gap also varies by city.

The investigation was long and complicated. Reporters could only probe the algorithms' effects from public data, and their inner-workings are proprietary and secret. The study was criticized by bank and lender associations for not taking into account people's credit scores. The Markup said it couldn't access people's private credit scores to analyze.

## A play written by GPT-3 to be shown in London

A play, imaginatively titled AI, is set to feature a team of human actors on stage and another group interacting with OpenAI's GPT-3 behind the scenes. The software will generate text based on prompts written by humans, and the actors will then improvise and play out the scene described by GPT-3, Time reported.

Large language models capable of generating text are unpredictable; they can often say things that are offensive due to biases picked up in training data. GPT-3 was trained on swathes of text scraped from the internet, so the play script written by the neural network may contain racist and sexist themes.

The performance art show will run in London's Young Vic theater for three nights starting next week. ®

Sponsored: Can the cloud help solve your database licensing problems?

⬆ SHARE                                                    17 Comments

**MORE**   Ai   Machine Learning   In Brief

Corrections                                                Send us news

## 3 years, 17 alphas, 2 betas, and over 7,500 commits later, OpenSSL version 3 is here

What have we learned during that time? Quite a bit, it appears

Richard Speed   Wed 8 Sep 2021 // 17:27 UTC                          💬

The OpenSSL team has released version 3.0 of its eponymous secure communications library after a lengthy gestation period.

Coming nearly three years after its predecessor, version 1.1.1, the update lays claim to 17 alpha releases, two beta releases, and more than 7,500 commits. Equally significant is a near-doubling of the amount of documentation since upgrading an application to use it might not be an entirely simple process.

CONTINUE READING

## Google plays catch-up with JSON support for distributed RDBMS Spanner

Nice if you want to store extra attributes with changing relational schema, but not a threat to NoSQL specialists

Lindsay Clark   Wed 8 Sep 2021 // 16:45 UTC                          💬

Google Cloud has introduced support for JSON documents in its distributed RDBMS Spanner – a move the Chocolate Factory says offers advantages in adding new data attributes without changing the schema.

Database experts said that while there are benefits to the support, Google is playing catch-up with other RDBMSes which have supported JSON for some time. Meanwhile, for specialist document-store applications, users would still need a specialist database such as Couchbase or MongoDB.

In a blog published earlier this month, Justin Makeig, product manager,

Cloud Spanner, said support for JSON – JavaScript Object Notation –

CONTINUE READING

## Council culture: Software test leads to absurd local planning SNAFU

Swale Borough Council faced with hefty bill for junior IT hero's whimsical afternoon's work

Matt Dupuy   Wed 8 Sep 2021 // 16:01 UTC                                    3 💬

A borough council in the English county of Kent is fuming after a software test on the council's website led to five nonsensical dummy planning application documents being mistakenly published as legally binding decisions.

According to a statement from Swale Borough Council, staff from the Mid Kent Planning Support Team had been testing the software when "a junior officer with no knowledge of any of the applications" accidentally pressed the button on five randomly selected Swale documents, causing them to go live on the Swale website.

After learning what had happened, the council moved to remove the

CONTINUE READING

## Browser-based video editor Clipchamp disappears into the bowels of Microsoft 365

Like Windows Movie Maker on the web

Tim Anderson   Wed 8 Sep 2021 // 15:15 UTC                                    💬

Microsoft has purchased Clipchamp, maker of browser-based video editing tools, and claimed it is "a natural fit to extend the cloud-powered productivity experiences in Microsoft 365."

Based in Brisbane, Australia, Clipchamp was founded in 2013 (though not under that name) with the idea of building a distributed supercomputer. That idea was abandoned, but one of the projects used to test the concept was a video compression tool and the company switched in 2014 to become Clipchamp and provide browser-based video tools.

At the time, the nascent Chromebook market was an important target as

CONTINUE READING

## We're going deeper underground: New digital project to map UK's sub-surface 'assets'

4 million holes dug in the UK each year... many in the wrong place

Tim Richardson   Wed 8 Sep 2021 // 14:29 UTC                                    5 💬

The UK is pushing ahead with the next phase of a project to map the UK's underground utility pipes and cables as part of its National Underground Asset Register (NUAR).

It's claimed the new digital map will provide a much-needed resource as
housebuilders, developers, utilities, and telcos plan their expansion
works and maintenance schedules.

*CONTINUE READING*

## UK.gov is launching an anti-Facebook encryption push. Don't think of the children: Think of the nuances and edge cases instead

You can't reduce such a vital issue to concern over paedophiles and terrorists

Gareth Corfield    Wed 8 Sep 2021 // 13:44 UTC                                                          39 💬

OPINION  The British government is preparing to launch a full-scale
policy assault against Facebook as the company gears up to introduce
end-to-end encryption across all of its services.

Yet the backlash has already begun, showing that officials face a tooth-
and-nail fight against their attempt to derail the rollout of end-to-end
encryption on the anti-social networking site and others in the Facebook
estate.

Prominent in details briefed to the news media this week (including *The
Register*) were accusations that Facebook harbours paedophiles,

*CONTINUE READING*

## Intel's Mobileye unveils first 'production-grade fully electric self-driving vehicle,' partners with Sixt for Munich launch

Quietly adds that it hasn't yet received regulatory approval

Gareth Halfacree    Wed 8 Sep 2021 // 12:59 UTC                                                         16 💬

Intel's Mobileye arm has announced a partnership with car rental giant
Sixt to launch a fully autonomous robotaxi in Munich, showcasing the
tech at the IAA Mobility conference this week – before admitting the
platform won't open to the public until regulatory approvals are granted.

The brightly coloured vehicle showcased by Intel's Mobileye division – "I
love the colour, love the car," chief exec Pat Gelsinger gushed during the
Chipzilla's closing keynote – is, the company claims, a major milestone,
and brings with it a new sub-brand: MoovitAV, used for Mobileye's
commercial mobility services.

"This is the first production-grade fully electric self-driving vehicle by

*CONTINUE READING*

## AT&T Alien Labs warns of 'zero or low detection' for TeamTNT's latest malware bundle

Chimaera toolkit found on 'thousands' of Windows, Linux, and container systems worldwide

Gareth Halfacree    Wed 8 Sep 2021 // 12:15 UTC                                                          2 💬

AT&T's Alien Labs security division has sounded the alarm on a malware campaign from TeamTNT which, it claims, has gone almost entirely undetected by anti-virus systems - and which is turning target devices into cryptocurrency miners.

Described by Alien Labs researcher Ofer Caspi as "one of the most active threat groups since 2020," TeamTNT is known for its use - and, indeed, abuse - of open-source security tools for everything from finding vulnerable targets to dropping remote-control shells.

In June this year Palo Alto Networks' Unit 42 discovered a software

**CONTINUE READING**

## Compromise reached as Linux kernel community protests about treating compiler warnings as errors

'Years of pain' behind the change, said Torvalds, but with Clang a problem it has been weakened

Tim Anderson   Wed 8 Sep 2021 // 11:32 UTC                                             26 💬

Pushback from the Linux kernel community over defaulting to -Werror (make all warnings into errors) for compiling has resulted in a compromise where this default only applies to test builds.

Linux creator and maintainer Linus Torvalds amended the Makefile used to compile the kernel so that -Werror was the default, saying: "We really should always have a clean build." The code was merged into what will be version 5.15 of the kernel.

**CONTINUE READING**

## Global pandemic was good for business, say UK infosec pros – but we're still burning out

Chartered Institute of Information Security reveals what you're all thinking

Gareth Corfield   Wed 8 Sep 2021 // 11:28 UTC                                          3 💬

The COVID-19 pandemic was good for business, according to British infosec workers – although half of them still say they feel burnt out amid the surge in work.

Two-thirds of the 557 cybersecurity professionals surveyed by the Chartered Institute of Information Security (CIISec) said they thought the last couple of years had been good for the local infosec market.

In the membership body's State of the Profession report, nearly 70 per cent of respondents said they thought risks to data had increased as a

**CONTINUE READING**

## A developer built an AI chatbot using GPT-3 that helped a man speak again to his late

Case 3:17-cv-03301-EMC   Document 217-4   Filed 09/10/21   Page 133 of 142

9/8/21, 10:33 AM

## fiancée. OpenAI shut it down

Crackdown on open-ended, unfiltered simulations branded 'a hyper-moral stance'

**Katyanna Quach**   Wed 8 Sep 2021 // 10:43 UTC                21 🗨

**IN-DEPTH**  "OpenAI is the company running the text completion engine that makes you possible," Jason Rohrer, an indie games developer, typed out in a message to Samantha.

She was a chatbot he built using OpenAI's GPT-3 technology. Her software had grown to be used by thousands of people, including one man who used the program to simulate his late fiancée.

**CONTINUE READING**

**ABOUT US**

Who we are

Under the hood

Contact us

Advertise with us

Seeking client-side dev

**MORE CONTENT**

Latest News

Popular Stories

Forums

Whitepapers

Webinars

**SITUATION PUBLISHING**

The Next Platform

DevClass

Blocks and Files

Continuous Lifecycle London

M-cubed

**SIGN UP TO OUR DAILY NEWSLETTER**

SUBSCRIBE

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

SITUATION PUBLISHING

**The Register** - Independent news and views for the tech community. Part of Situation Publishing

Biting the hand that feeds IT © 1998–2021

Do not sell my personal information          Cookies          Privacy          Ts&Cs

Facebook data misuse and voter manipulation back in the frame with latest Cambridge Analytica leaks - TechCrunch                    9/8/21, 10:34 AM





**Join Extra Crunch**

Login

Search

Disrupt

Startups

Videos

Audio

Newsletters

Extra Crunch

EC-1s

Advertise

Events

More

# Facebook data misuse and voter manipulation back in the frame with latest Cambridge Analytica leaks

Natasha Lomas  @riptari  /  7:17 AM PST • January 6, 2020                      💬 Comment



📷 **Image Credits:** Win McNamee/Getty Images / Getty Images

More details are emerging about the scale and scope of disgraced data company Cambridge Analytica's activities in elections around the world — via a cache of internal documents that's being released by former employee and self-styled whistleblower, Brittany Kaiser.

The now shut down data modelling company, which infamously used stolen Facebook data to target voters for President Donald Trump's campaign in the 2016 U.S. election, was at the center of the data misuse scandal that, in 2018, wiped billions off Facebook's share price and contributed to a $5BN FTC fine for the tech giant last summer.

However plenty of questions remain, including where, for whom and exactly how Cambridge Analytica and its parent entity SCL Elections operated; as well as how much Facebook's leadership knew about the dealings of the firm that was using its platform to extract data and target political ads — helped by some of Facebook's own staff.

**Sponsored Content**



**AI and ML a the best me improve op healthcare**

Sponsored by Beyor

**Liquidity Capita**

Growth Fun
Unicorns

**Sponsored Content**

Certain Facebook employees were referring to Cambridge Analytica as a "sketchy" company as far back as September 2015 — yet the tech giant only pulled the plug on platform access after the scandal went global in 2018.

Facebook CEO Mark Zuckerberg has also continued to maintain that he only personally learned about CA from a December 2015 *Guardian* article, which broke the story that Ted Cruz's presidential campaign was using psychological data based on research covering tens of millions of Facebook users, harvested largely without permission. (It wasn't until March 2018 that further investigative journalism blew the lid off the story — turning it into a global scandal.)

Former Cambridge Analytica business development director Kaiser, who had a central role in last year's Netflix documentary about the data misuse scandal (*The Great Hack*), began her latest data dump late last week — publishing links to scores of previously unreleased internal documents via a Twitter account called @HindsightFiles. (At the time of writing Twitter has placed a temporary limit on viewing the account — citing "unusual activity", presumably as a result of the volume of downloads it's attracting.)

Since becoming part of the public CA story Kaiser has been campaigning for Facebook to grant users property rights over their data. She claims she's releasing new documents from her former employer now because she's concerned this year's US election remains at risk of the same type of big-data-enabled voter manipulation that tainted the 2016 result.

"I'm very fearful about what is going to happen in the US election later this year, and I think one of the few ways of protecting ourselves is to get as much information out there as possible," she told The Guardian.

"Democracies around the world are being auctioned to the highest bidder," is the tagline clam on the Twitter account Kaiser is using to distribute the previously unpublished documents — more than 100,000 of which are set to be released over the coming months, per the newspaper's report.

The releases are being grouped into countries — with documents to-date covering Brazil, Kenya and Malaysia. There is also a themed release dealing with issues pertaining to Iran, and another covering CA/SCL's work for Republican John Bolton's Political Action Committee in the U.S.

The releases look set to underscore the global scale of CA/SCL's social media-fuelled operations, with Kaiser writing that the previously unreleased emails, project plans, case studies and negotiations span at least 65 countries.

A spreadsheet of associate officers included in the current cache lists SCL associates in a large number of countries and regions including Australia, Argentina, the Balkans, India, Jordan, Lithuania, the Philippines, Switzerland and Turkey, among others. A second tab listing "potential" associates covers political and commercial contacts in various other places including Ukraine and even China.

A UK parliamentary committee which investigated online political campaigning and voter manipulation in 2018 — taking evidence from Kaiser and CA whistleblower Chris Wylie, among others — urged the government to audit the PR and strategic communications industry, warning in its final report how "easy it is for discredited companies to reinvent themselves and potentially use the same data and the same



**The most s**
**startups th**
**will embra**
**of collabo**

Sponsored by Wrike

tactics to undermine governments, including in the UK".

"Data analytics firms have played a key role in elections around the world. Strategic communications companies frequently run campaigns internationally, which are financed by less than transparent means and employ legally dubious methods," the DCMS committee also concluded.

The committee's final report highlighted election and referendum campaigns SCL Elections (and its myriad "associated companies") had been involved in in around thirty countries. But per Kaiser's telling its activities — and/or ambitions — appear to have been considerably broader and even global in scope.

Documents released to date include a case study of work that CA was contracted to carry out in the U.S. for Bolton's Super PAC — where it undertook what is described as "a personality-targeted digital advertising campaign with three interlocking goals: to persuade voters to elect Republican Senate candidates in Arkansas, North Carolina and New Hampshire; to elevate national security as an issue of importance and to increase public awareness of Ambassador Bolton's Super PAC".

Here CA writes that it segmented "persuadable and low-turnout voter populations to identify several key groups that could be influenced by Bolton Super PAC messaging", targeting them with online and Direct TV ads — designed to "appeal directly to specific groups' personality traits, priority issues and demographics".

Psychographic profiling — derived from CA's modelling of Facebook user data — was used to segment U.S. voters into targetable groups, including for serving microtargeted online ads. The company badged voters with personality-specific labels such as "highly neurotic" — targeting individuals with customized content designed to pray on their fears and/or hopes based on its analysis of voters' personality traits.

#CONSCIENTIOUS? As in do you care about your #children & talk about them on social media? Well, then your data has been categorized to say this is the message @AmbJohnBolton + #CambridgeAnalytica had for you #NorthCarolina #Hindsightis2020 https://t.co/yYYDm9UTNA pic.twitter.com/C0gHa1fdGG

— Hindsight is 2020 (@HindsightFiles) January 3, 2020

The process of segmenting voters by personality and sentiment was made commercially possible by access to identity-linked personal data — which puts Facebook's population-scale collation of identities and individual-level personal data squarely in the frame.

It was a cache of tens of millions of Facebook profiles, along with responses to a personality quiz app linked to Facebook accounts, which was sold to Cambridge Analytica in 2014, by a company called GSR, and used to underpin its psychographic profiling of U.S. voters.

In evidence to the DCMS committee last year GSR's co-founder, Aleksandr Kogan,

Case 3:17-cv-03301-EMC   Document 217-4   Filed 09/10/21   Page 137 of 142

Facebook data misuse and voter manipulation back in the frame with latest Cambridge Analytica leaks - TechCrunch                    9/8/21, 10:34 AM

argued that Facebook did not have a "valid" developer policy at the time, since he said the company did nothing to enforce the stated T&Cs — meaning users' data was wide open to misappropriation and exploitation.

The UK's data protection watchdog also took a dim view. In 2018 it issued Facebook with the maximum fine possible, under relevant national law, for the CA data breach — and warned in a report that democracy is under threat. The country's information commissioner also called for an "ethical pause" of the use of online microtargeting ad tools for political campaigning.

No such pause has taken place.

Meanwhile for its part, since the Cambridge Analytica scandal snowballed into global condemnation of its business, Facebook has made loud claims to be 'locking down' its platform — including saying it would conduct an app audit and "investigate all apps that had access to large amounts of information"; "conduct a full audit of any app with suspicious activity"; and "ban any developer from our platform that does not agree to a thorough audit".

However, close to two years later, there's still no final report from the company on the upshot of this self 'audit'.

And while Facebook was slapped with a headline-grabbing FTC fine on home soil, there was in fact no proper investigation; no requirement for it to change its privacy-hostile practices; and blanket immunity for top execs — even for any unknown data violations in the 2012 to 2018 period. So, ummm…

In another highly curious detail, GSR's other co-founder, a data scientist called Joseph Chancellor, was in fact hired by Facebook in late 2015. The tech giant has never satisfactorily explained how it came to recruit one of the two individuals at the center of a voter manipulation data misuse scandal which continues to wreak hefty reputational damage on Zuckerberg and his platform. But being able to ensure Chancellor was kept away from the press during a period of intense scrutiny looks pretty convenient.

> Aleksandr Kogan and Joseph Chancellor were deceptively harvesting/matching data with that personality quiz on Facebook as GSR for SCL. John Bolton PAC was the client. @chrisinsilico's papers to DCMS committee have the emails about delivering the data to Bolton. https://t.co/NLagY2PWEG
>
> — David Carroll 🎃 (@profcarroll) January 3, 2020

Last fall, the GSR co-founder was reported to have left Facebook — as quietly, and with as little explanation given, as when he arrived on the tech giant's payroll.

So Kaiser seems quite right to be concerned that the data industrial complex will do anything to keep its secrets — given it's designed and engineered to sell access to yours. Even as she has her own reasons to want to keep the story in the media spotlight.

Platforms whose profiteering purpose is to track and target people at global scale — which function by leveraging an asymmetrical 'attention economy' — have zero incentive to change or have change imposed upon them. Not when the propaganda-

Facebook data misuse and voter manipulation back in the frame with latest Cambridge Analytica leaks | TechCrunch                    9/8/21, 10:34 AM

as-a-service business remains in such high demand, whether for selling actual things like bars of soap, or for hawking ideas with a far darker purpose.

From @carolecadwalla, new Cambridge Analytica docs reveal 'global infrastructure…to manipulate voters on an industrial scale'

Key:CA & successors are parasites on host body of #SurveillanceCapitalism. It provides attack surface, weapons, opportunity.https://t.co/qA4RKYYVi6

— Shoshana Zuboff (@shoshanazuboff) January 4, 2020

---

**More TechCrunch**



**Sila Nanotechnologies' battery technology will launch in Whoop wearables**



**We must subsidize and regulate space exploration**



**Facebook CEO Mark Zuckerberg hosts first test of Live Audio Rooms in US**



**To guard against data loss and misuse, the cybersecurity conversation must evolve**

---

Case 3:17-cv-03301-EMC   Document 217-4   Filed 09/10/21   Page 139 of 142

Facebook data misuse and voter manipulation back in the frame with latest Cambridge Analytica leaks | TechCrunch                    9/8/21, 10:34 AM

## Sign up for Newsletters

- [ ] Daily
- [ ] Event Updates
- [ ] Extra Crunch Events
- [ ] Week in Review
- [ ] Advertising Updates
- [ ] Extra Crunch Roundup
- [ ] Startups Weekly
- [ ] Extra Crunch Announcements

See all newsletters

Email *

**Subscribe**

https://tcrn.ch/35tADw4     Copy

## Tags

Privacy    Social    Aleksandr Kogan    app audit    Brittany Kaiser    Cambridge Analytica

Chris Wylie    DCMS committee    donald trump    Facebook    Federal Trade Commission

GSR

---

### SEC wants to regulate Coinbase's crypto yield product, Coinbase disagrees

Romain Dillet

10:14 AM PDT • September 8, 2021



---

### Twitter wants you to tweet to interest-based communities, not just followers

Taylor Hatmaker

10:00 AM PDT • September 8, 2021



---

### Headout raises $12M, plans to hire 150+ people as domestic travel rebounds

Catherine Shu

10:00 AM PDT • September 8, 2021



---

TechCrunch Disrupt 2021

### Peloton's CEO and chief content officer are coming to Disrupt

Brian Heater

9:52 AM PDT • September 8, 2021



---

Facebook data misuse and voter manipulation back in the frame with latest Cambridge Analytica leaks | TechCrunch                    9/8/21, 10:34 AM

### 'Thin file' loans startup Koyo closes $50M Series A led by Force Over Mass

Mike Butcher

9:37 AM PDT • September 8, 2021



### Spotify playlist curators complain about ongoing abuse that favors bad actors over innocent parties

Sarah Perez

9:08 AM PDT • September 8, 2021



### Thoma Bravo takes a stake in threat intelligence provider Intel 471

Carly Page

9:01 AM PDT • September 8, 2021



### Sila Nanotechnologies' battery technology will launch in Whoop wearables

Rebecca Bellan

9:00 AM PDT • September 8, 2021



### TrueFort snares $30M Series B to expand zero trust application security solution

Ron Miller

7:59 AM PDT • September 8, 2021



### A Chinese EV startup wants to build a ridable robot unicorn for kids

Jon Fingas

7:58 AM PDT • September 8, 2021



### UK offers cash for CSAM detection tech targeted at E2E encryption

Natasha Lomas

7:47 AM PDT • September 8, 2021



### Twitter tests a safety feature on web to remove followers without blocking them

Amanda Silberling

7:31 AM PDT • September 8, 2021



Facebook data misuse and voter manipulation back in the frame with latest Cambridge Analytica leaks | TechCrunch                    9/8/21, 10:34 AM

### Former head of Mint raises $4.5M for Lean to give gig workers access to financial products

Mary Ann Azevedo

7:30 AM PDT • September 8, 2021



### We must subsidize and regulate space exploration

Joshua Jahani

7:11 AM PDT • September 8, 2021



### TikTok, influencers on the clock

Miranda Halpern

7:07 AM PDT • September 8, 2021



**E** Extra Crunch
### Dear Sophie: When can I apply for my US work permit?

Sophie Alcorn

6:57 AM PDT • September 8, 2021



### Microsoft acquires video creation and editing software maker Clipchamp

Sarah Perez

6:42 AM PDT • September 8, 2021



### Forerunner is software for NFIMBYs, or no flooding in my backyard

Danny Crichton

6:41 AM PDT • September 8, 2021



### Notion acquires India's Automate.io in push to accelerate product expansion

Manish Singh

6:05 AM PDT • September 8, 2021



### Real-time database platform SingleStore raises $80M more, now at a $940M valuation

Ingrid Lunden

6:03 AM PDT • September 8, 2021



9/8/21, 10:34 AM

Facebook data misuse and voter manipulation back in the frame with latest Cambridge Analytica leaks | TechCrunch

**About**

TechCrunch

Staff

Contact Us

Advertise

**Legal**

Privacy Policy

Terms of Service

Extra Crunch Terms

Do Not Sell My Personal Information

Code of Conduct

**International**

Japan

 Facebook

 YouTube

 LinkedIn

 Twitter

 Instagram

© 2...                    ...served. Powered by WordPress VIP.