Corey Worcester (*pro hac vice*)
coreyworcester@quinnemanuel.com
Renita Sharma (*pro hac vice*)
renitasharma@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:   (212) 849-7000

Terry L. Wit (SBN 233473)
terrywit@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:   (415) 875-6331

*Attorneys for Plaintiff and Counterclaim Defendant hiQ Labs, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| hiQ Labs, Inc., | |
|---|---|
| *Plaintiff and Counterclaim Defendant*, | Case No. 3:17-cv-03301-EMC |
| vs. | **DECLARATION OF HOPE SKIBITSKY IN SUPPORT OF LINKEDIN CORPORATION'S LOCAL RULE 79-5 ADMINISTRATIVE MOTION TO FILE DESIGNATED MATERIALS UNDER SEAL** |
| LinkedIn Corp., | |
| *Defendant and Counterclaim Plaintiff.* | |

1  I, Hope Skibitsky, declare as follows:

2      1.    I am an associate with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys of record for Plaintiff hiQ Labs, Inc. ("hiQ").  I have personal knowledge of the facts set forth below and if called as a witness I could and would competently testify to those facts.

    2.    Pursuant to Civil Local Rule 79-5(e), I submit this declaration in support of LinkedIn's Local Rule 79-5 Administrative Motion To File Designated Materials Under Seal (ECF No. 216) ("Motion").

    3.    I have reviewed the Motion.  Based on my review, the Motion contains confidential business and trade secret information of third parties, the public disclosure of which could harm these third-parties.  To that end, hiQ has agreed to maintain this information in confidence.

    4.    These parties have a privacy interest in their business information and trade secrets, the publication of which would invade such interests.  The redactions applied by LinkedIn are appropriate and have been narrowly tailored to best balance the need for public disclosure of court filings and for protecting this private financial and business information.

    5.    LinkedIn's redactions conform to the requirements of the Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information And/Or Trade Secrets (ECF No. 213).

    6.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed September 27, 2021, at Armonk, New York.

By:    */s/ Hope Skibitsky*
        Hope Skibitsky