| | |
|---|---|
| 1 | ANNETTE L. HURST (SBN 148738) |
| | ahurst@orrick.com |
| 2 | RUSSELL P. COHEN (SBN 213105) |
| | rcohen@orrick.com |
| 3 | NATHAN SHAFFER (SBN 282015) |
| | nshaffer@orrick.com |
| 4 | DANIEL JUSTICE (SBN 291907) |
| | djustice@orrick.com |
| 5 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 405 Howard Street |
| 6 | San Francisco, CA  94105-2669 |
| | Telephone:    +1 415 773 5700 |
| 7 | Facsimile:    +1 415 773 5759 |
| 8 | ROBERT L. URIARTE (SBN 258274) |
| | ruriarte@orrick.com |
| 9 | MARIA N. SOKOVA (SBN 323627) |
| | msokova@orrick.com |
| 10 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 11 | Menlo Park, CA  94025-1015 |
| | Telephone:    +1 650 614 7400 |
| 12 | Facsimile:    +1 650 614 7401 |
| 13 | *Attorneys for LinkedIn Corporation* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc., | Case No. 17-cv-03301-EMC |
| Plaintiff, | **NOTICE OF CHANGE OF COUNSEL** |
| vs. | Judge:    Hon. Edward M. Chen |
| LinkedIn Corporation, | |
| Defendant. | |
| LinkedIn Corporation | |
| Counterclaimant, | |
| vs. | |
| hiQ Labs, Inc. | |
| Counter-defendant. | |

PLEASE TAKE NOTICE that Sarah Mullins of Orrick, Herrington & Sutcliffe LLP hereby withdraws as counsel in the above-captioned matter for Defendant and Counterclaimant LinkedIn Corporation.  LinkedIn continues to be represented by Orrick, Herrington & Sutcliffe LLP.

Dated:  December 3, 2021

Orrick, Herrington & Sutcliffe LLP

By: _____*/s/ Sarah Mullins*_____
　　　　Sarah Mullins