UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL SETTLEMENT CONFERENCE MINUTE ORDER

| **Date:** 12/15/21 | **Time:** 10 minutes | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 17-cv-03301-EMC | **Case Name:** hiQ Labs, Inc. v. Linkedin Corporation | |

**For Plaintiff:** Renita Sharma, Terry Wit

**For Defendant:** Annette Hurst

**Deputy Clerk:** Mauriona Lee       **Court Reporter or FTR:** N/A

**PROCEEDINGS**

**RESULTS:** Zoom settlement planning session held in preparation for a 5/13/22 further settlement conference that will be held via Zoom commencing at 12:30 p.m.

cc:    Chambers