1  C. Brandon Wisoff (State Bar No. 121930)
   bwisoff@fbm.com
2  Gary M. Kaplan (State Bar No. 155530)
   gkaplan@fbm.com
3  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, California 94104
   Telephone: (415) 954-4400
5  Facsimile: (415) 954-4480

6  *Former* attorneys for Plaintiff hiQ Labs, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| hiQ Labs, Inc.,<br><br>              Plaintiff,<br><br>       vs.<br><br>LinkedIn, Corp.,<br><br>              Defendant. | Case No. 3:17-cv-03301-EMC<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>The Hon. Edward M. Chen |
|---|---|

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

NOTICE OF SUBSTITUTION OF COUNSEL
Case No. 3:17-cv-03301-EMC            1            36856\14535649.1

1   **TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS**

2   **OF RECORD:**

3       **PLEASE TAKE NOTICE THAT** Gary M. Kaplan of Farella Braun + Martel LLP hereby

4   substitutes for C. Brandon Wisoff of Farella Braun Martel LLP as *former* counsel for Plaintiff hiQ

5   Labs, Inc. in the above-captioned case.  Mr. Kaplan is admitted to practice before the United

6   States District Court for the Northern District of California.

7       Copies of all pleadings, papers and notices should be served on Mr. Kaplan as follows:

Gary M. Kaplan, Esq.
Farella Braun + Martel LLP
235 Montgomery Street, 18th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: gkaplan@fbm.com

13  Dated:  December 21, 2021        FARELLA BRAUN + MARTEL LLP

15                        By:    /s Gary M. Kaplan
                              Gary M. Kaplan

*Former* Attorneys for Plaintiff hiQ Labs, Inc.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

NOTICE OF SUBSTITUTION OF COUNSEL
Case No. 3:17-cv-03301-EMC

2

36856\14535649.1

# CERTIFICATE OF SERVICE

I, Emily Nord, hereby certify that on this 21st day of December, 2021, a copy of the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** was served on interested parties as follows:

☑ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I am familiar with the United States District Court, Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the Court. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered uses in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| R. Corey Worcester<br>Renita Nath Sharma<br>Terry L. Wit<br>QUINN, EMANUEL, URQUHART ET AL.<br>coreyworcester@quinnemanuel.com<br>renitasharma@quinnemanuel.com<br>terrywit@quinnemanuel.com | Attorneys for Plaintiff hiQ Labs, Inc. |
| Donald B. Verrilli, Jr.<br>Jonathan H. Blavin<br>Rosemarie T. Ring<br>Nicholas D. Fram<br>Elia Herrera<br>MUNGER, TOLLES & OLSON LLP<br>donald.verrilli@mto.com<br>jonathan.blavin@mto.com<br>nicholas.fram@mto.com<br>rose.ring@mto.com<br>elia.herrera@mto.com | *Attorneys for Defendant LinkedIn Corporation* |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on December 21, 2021

_____
Emily Nord

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

NOTICE OF SUBSTITUTION OF COUNSEL
Case No. 3:17-cv-03301-EMC

3

36856\14535649.1