UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIQ LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LINKEDIN CORPORATION, <br><br> Defendant. | Case No. 17-cv-03301-EMC <br><br> **ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR DISCOVERY** |

Pursuant to Civil Local Rule 72-1, discovery disputes [and all further discovery] in this case are referred

☒  for random assignment to a United States Magistrate Judge.

☐  to United States Magistrate Judge.

After meeting and conferring, the parties shall prepare a joint letter of not more than 5 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

**IT IS SO ORDERED.**

Dated: February 25, 2022

_____
EDWARD M. CHEN
United States District Judge

*Rev. 10-18*