UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIQ LABS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>LINKEDIN CORPORATION,<br><br>        Defendant. | Case No. 17-cv-03301-EMC  (SK)<br><br>**ORDER RE MEET AND CONFER REQUIREMENT**<br><br>Regarding Docket Nos. 234, 238 |

On February 23, 2022, the parties filed a joint discovery letter brief which was referred to the undersigned. The Court issued a Notice of Referral for Discovery, which provides that parties shall file a statement within three days to verify whether they complied with the Court's requirement to meet and confer. (Dkt. No. 238.) However, the parties included a statement in their joint discovery letter brief that they met and conferred through Zoom and further correspondence. (Dkt. No. 234.) Therefore, no further statement regarding meeting and conferring is required. The Court will rule on the dispute based on the existing submission (Dkt. No. 234.).

**IT IS SO ORDERED**.

Dated: March 1, 2022

_____
SALLIE KIM
United States Magistrate Judge