UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIQ LABS, INC.,<br>　　　　　Plaintiff,<br>　　v.<br>LINKEDIN CORPORATION,<br>　　　　　Defendant. | Case No.  3:17-cv-03301-EMC (DMR)<br><br>**NOTICE OF RESCHEDULED SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER**<br><br>Re: Dkt. Nos. 230, 236 and 237 |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Magistrate Judge Donna M. Ryu for settlement purposes. You are hereby notified that the settlement conference is RESCHEDULED to **July 15, 2022 at 1:00 p.m.** by Zoom video conference.

Parties shall comply with the requirements and procedures set forth in this Court's Notice of Settlement Conference and Settlement Conference Order dated December 15, 2021.  [*See* Docket No. 230.]

**IT IS SO ORDERED.**

Dated: March 3, 2022

_____
DONNA M. RYU
United States Magistrate Judge