JEFFREY E. FAUCETTE (No. 193066)
SKAGGS FAUCETTE LLP
Four Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: (415) 295-1197
Facsimile: (888) 980-6547
E-mail: jeff@skaggsfaucette.com

Attorneys for Defendant and Counterclaimant
LINKEDIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HIQ LABS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>    Defendant.<br><br>LINKEDIN CORPORATION,<br><br>    Counterclaimant,<br><br>v.<br><br>HIQ LABS, INC.,<br><br>    Counterdefendant. | Case No.: 3:17-cv-03301-EMC<br><br>**NOTICE OF APPEARANCE OF JEFFREY E. FAUCETTE**<br><br>Complaint Filed:    June 7, 2017<br><br>Trial Date:    February 27, 2023 |

1  **TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD**

2       **PLEASE TAKE NOTICE** that Jeffrey E. Faucette of Skaggs Faucette LLP hereby enters
3  an appearance as counsel of record on behalf of Defendant and Counterclaimant LinkedIn
4  Corporation.  Please serve all papers, pleadings, correspondence, and other documents associated
5  with this action on the undersigned attorney.

7  Dated: March 9, 2022        SKAGGS FAUCETTE LLP

8           By:    /s/
9              Jeffrey E. Faucette
10         Attorneys for Defendant and Counterclaimant
         LINKEDIN CORPORATION

