1  Corey Worcester (*pro hac vice*)
   coreyworcester@quinnemanuel.com
2  Renita Sharma (*pro hac vice*)
   renitasharma@quinnemanuel.com
3  QUINN EMANUEL URQUHART AND SULLIVAN LLP
4  51 Madison Avenue, 22nd Floor
   New York, NY 10010
5  Telephone:     (212) 849-7000

6  Terry L. Wit (SBN 233473)
   terrywit@quinnemanuel.com
7  QUINN EMANUEL URQUHART AND SULLIVAN LLP
8  50 California Street, 22nd Floor
   San Francisco, CA 94111
9  Telephone:     (415) 875-6331

10 *Attorneys for Plaintiff and
   Counterclaim Defendant
11 hiQ Labs, Inc.*

12

13                   UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15 | hiQ Labs, Inc.,

16 |         *Plaintiff and Counterclaim Defendant*,

Case No. 3:17-cv-03301-EMC

**DECLARATION OF ELISABETH MILLER IN SUPPORT OF LINKEDIN CORPORATION'S LOCAL RULE 79-5 ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF HIQ'S LETTER TO JUDGE KIM CONCERNING HIQ'S MOTION TO COMPEL PRODUCTION OF LINKEDIN DOCUMENTS**

18 |    vs.

19 | LinkedIn Corp.,

20 |         *Defendant and Counterclaim Plaintiff.*

I, Elisabeth B. Miller, declare as follows:

1. I am an attorney with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys of record for Plaintiff hiQ Labs, Inc. ("hiQ"). I have personal knowledge of the facts set forth below and if called as a witness I could and would competently testify to those facts.

2. Pursuant to Civil Local Rule 79-5(e), I submit this declaration in support of hiQ's Administrative Motion To File Portions of hiQ's Letter to Judge Kim Concerning hiQ's Motion to Compel Production of LinkedIn Corp. ("LinkedIn") Documents ("Letter").

3. I have reviewed the Letter. Based on my review, the Letter contains information designated by non-movant Defendant LinkedIn as Confidential or Highly Confidential in this action, the public disclosure of which could harm LinkedIn or third parties. To that end, hiQ has agreed to maintain this information in confidence.

4. These parties have a privacy interest in their business information and trade secrets, the publication of which would invade such interests. The redactions applied by hiQ are appropriate and have been narrowly tailored to best balance the need for public disclosure of court filings and for protecting this private financial and business information.

5. hiQ's redactions conform to the requirements of the Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information And/Or Trade Secrets (ECF No. 213).

6. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed September April 11, 2022, at Brooklyn, New York.

By:   */s/ Elisabeth B. Miller*
       Elisabeth B. Miller