1 | Corey Worcester (*pro hac vice*)
coreyworcester@quinnemanuel.com
2 | Renita Sharma (*pro hac vice*)
renitasharma@quinnemanuel.com
3 | QUINN EMANUEL URQUHART AND SULLIVAN LLP
51 Madison Avenue, 22nd Floor
4 | New York, NY 10010
Telephone:    (212) 849-7000
5 | Facsimile:     (212) 849-7100

6 | Terry L. Wit (SBN 233473)
terrywit@quinnemanuel.com
7 | Adam B. Wolfson (SBN 262125)
adamwolfson@quinnemanuel.com
8 | QUINN EMANUEL URQUHART AND SULLIVAN LLP
50 California Street, 22nd Floor
9 | San Francisco, CA 94111
Telephone:    (415) 875-6600
10 | Facsimile:     (415) 875-6700

11 | Attorneys for Plaintiff hiQ Labs, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| hiQ Labs, Inc., | Case No. 3:17-CV-03301-EMC |
|---|---|
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF HIQ LABS, INC.'S LETTER TO JUDGE KIM CONCERNING HIQ'S MOTION TO COMPEL PRODUCTION OF LINKEDIN DOCUMENTS** |
| LinkedIn Corp., | |
| Defendant. | |

The Court has received Plaintiff hiQ Labs, Inc.'s Administrative Motion to Seal Portions of hiQ Labs, Inc.'s Letter to Judge Kim Concerning hiQ's Motion to Compel Production of LinkedIn Corp. ("LinkedIn") Documents ("Letter"). Because the Letter contains material that is sealable pursuant to Local Rule 79-5, Plaintiff's Administrative Motion to File Under Seal is **GRANTED**.

**IT IS HEREBY ORDERED** that the following materials should be sealed and that counsel for hiQ may file the following material designated by LinkedIn under the Stipulated

Protective Order For Litigation Involving Patents, Highly Sensitive Confidential Information, and/or Trade Secrets (ECF No. 213):

| Exhibit A, paragraph 1 | Last three words, including footnote, and screenshot of document. |
|---|---|
| Exhibit A, paragraph 3 | Entire paragraph, including footnotes, with exception of: "LinkedIn's documents show that Mr. Weiner"; "For example,'" and, "It is easy to surmise Mr. Weiner's role in monitoring and ultimately taking down competitor hiQ … and hiQ is entitled to probe his involvement …" |
| Exhibit A, paragraph 6 | First sentence, with exception of "There is mounting evidence that LinkedIn". |

Dated:

HON. SALLIE KIM
UNITED STATES MAGISTRATE JUDGE