# EXHIBIT A

**(Relevant Excerpts)**

1   ANNETTE L. HURST (SBN 148738)
    ahurst@orrick.com
2   RUSSELL P. COHEN (SBN 213105)
    rcohen@orrick.com
3   NATHAN SHAFFER (SBN 282015)
    nshaffer@orrick.com
4   DANIEL JUSTICE (SBN 291907)
    djustice@orrick.com
5   ORRICK, HERRINGTON & SUTCLIFFE LLP
    405 Howard Street
6   San Francisco, CA  94105-2669
    Telephone:    +1 415 773 5700
7   Facsimile:    +1 415 773 5759

8   ROBERT L. URIARTE (SBN 258274)
    ruriarte@orrick.com
9   MARIA N. SOKOVA (SBN 323627)
    msokova@orrick.com
10  ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
11  Menlo Park, CA  94025-1015
    Telephone:    +1 650 614 7400
12  Facsimile:    +1 650 614 7401

13  *Attorneys for LinkedIn Corporation*

14                      UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                       SAN FRANCISCO DIVISION

17

| | |
|---|---|
| 18  hiQ Labs, Inc., | Case No. 17-cv-03301-EMC |
| 19          Plaintiff, | **DEFENDANT AND COUNTERCLAIM PLAINTIFF LINKEDIN** |
| 20       vs. | **CORPORATION'S RESPONSES TO HIQ LABS, INC'S FIRST SET OF** |
| 21  LinkedIn Corporation, | **REQUESTS FOR PRODUCTION** |
| 22          Defendant. | Judge:      Hon. Edward M. Chen |
| 23  LinkedIn Corporation | |
| 24          Counterclaimant, | |
| 25       vs. | |
| 26  hiQ Labs, Inc. | |
| 27          Counter-defendant. | |

28

1

2

3    **REQUEST FOR PRODUCTION NO. 17:**

4          Documents sufficient to show Your sales and projections for any product or service You

5    currently provide or are developing that analyzes the skills listed on the member public profiles

6    on Your website for specific employers.

7    **RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

8          LinkedIn objects to this request to the extent it seeks the production of documents

9    protected by the attorney-client privilege, work-product doctrine, or other applicable protection.

10   LinkedIn objects to producing any documents absent an ESI stipulation, and will produce

11   documents pursuant to such a stipulation once it is reached.  LinkedIn further objects to

12   producing any documents before the Court enters a PO.  Production of documents without a PO

13   will prejudice LinkedIn and risk disclosure of sensitive, non-public, and proprietary

14   information and data.  LinkedIn will produce documents only after the Court enters such an

15   order.  LinkedIn further objects to this request because it seeks the production of documents

16   that are not relevant to the claims and defenses in this case and which are thus beyond the scope

17   of permissible discovery.  To the extent an attenuated relevance theory could be articulated for

18   hiQ's remaining claims, the burden of searching for and producing tangentially relevant

19   documents is disproportionate to the needs of the case and the requested documents would still

20   beyond the scope of permissible discovery.  LinkedIn will not produce documents in response

21   to this request, but is available to meet and confer regarding the relevance of the documents

22   requested herein.  If hiQ can identify discoverable subject matter within the scope of this

23   request that meets Rule 26's proportionality standard, LinkedIn will work with hiQ to define a

24   reasonable and proportionate production of such documents.

25

26

27

28

LINKEDIN CORPORATION'S RESPONSES
TO FIRST SET OF RFPs
17-cv-03301-EMC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19  **REQUEST FOR PRODUCTION NO. 19:**

20      All Documents and Communications that refer or relate to a business decision by You to

21  begin offering products and services based on information on member profiles on Your website.

22  **RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

23      LinkedIn objects to this request to the extent it seeks the production of documents

24  protected by the attorney-client privilege, work-product doctrine, or other applicable protection.

25  LinkedIn objects to producing any documents absent an ESI stipulation, and will produce

26  documents pursuant to such a stipulation once it is reached.  LinkedIn further objects to

27  producing any documents before the Court enters a PO.  Production of documents without a PO

28  will prejudice LinkedIn and risk disclosure of sensitive, non-public, and proprietary

LINKEDIN CORPORATION'S RESPONSES
TO FIRST SET OF RFPs
17-CV-03301-EMC

1   information and data.  LinkedIn will produce documents only after the Court enters such an

2   order.  LinkedIn further objects to this request because it seeks the production of documents

3   that are not relevant to the claims and defenses in this case and which are thus beyond the scope

4   of permissible discovery.  To the extent an attenuated relevance theory could be articulated for

5   hiQ's remaining claims, the burden of searching for and producing tangentially relevant

6   documents is disproportionate to the needs of the case and the requested documents would still

7   beyond the scope of permissible discovery.  LinkedIn will not produce documents in response

8   to this request, but is available to meet and confer regarding the relevance of the documents

9   requested herein.  If hiQ can identify discoverable subject matter within the scope of this

10  request that meets Rule 26's proportionality standard, LinkedIn will work with hiQ to define a

11  reasonable and proportionate production of such documents.

12  **REQUEST FOR PRODUCTION NO. 20:**

13      All Documents and Communications that refer or relate to any harm You allege was

14  caused to You by hiQ's access of Your website.

15  **RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

16      LinkedIn objects to this request to the extent it seeks the production of documents

17  protected by the attorney-client privilege, work-product doctrine, or other applicable protection.

18  LinkedIn objects to producing any documents absent an ESI stipulation, and will produce

19  documents pursuant to such a stipulation once it is reached.  LinkedIn further objects to

20  producing any documents before the Court enters a PO.  Production of documents without a PO

21  will prejudice LinkedIn and risk disclosure of sensitive, non-public, and proprietary

22  information and data.  LinkedIn will produce documents only after the Court enters such an

23  order.  LinkedIn further objects to this request to the extent it requests production of materials

24  containing expert opinion or expected testimony prior to disclosure deadline.  LinkedIn will

25  produce such information at the time set by the Court.

26      In light of the foregoing, LinkedIn will produce non-privileged documents that refer or

27  relate to harm LinkedIn alleges was caused to it by hiQ that it can locate through a reasonable

28  search in conformance with the parties' anticipated ESI stipulation.  LinkedIn will make its

LINKEDIN CORPORATION'S RESPONSES
TO FIRST SET OF RFPs
17-CV-03301-EMC

1    production within a reasonable time after an ESI stipulation is reached between the parties and

2    the Court enters a PO.

3    **REQUEST FOR PRODUCTION NO. 21:**

4         All Documents and Communications that refer or relate to Your policies and practices

5    regarding third-party programmatic access of Your website, including the reasons why some third

6    parties are permitted to programmatically access profile information while others are not.

7    **RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

8         LinkedIn objects to this request to the extent it seeks the production of documents

9    protected by the attorney-client privilege, work-product doctrine, or other applicable protection.

10   LinkedIn objects to producing any documents absent an ESI stipulation, and will produce

11   documents pursuant to such a stipulation once it is reached.  LinkedIn further objects to

12   producing any documents before the Court enters a PO.  Production of documents without a PO

13   will prejudice LinkedIn and risk disclosure of sensitive, non-public, and proprietary

14   information and data.  LinkedIn will produce documents only after the Court enters such an

15   order.  LinkedIn objects because the term "programmatic" is undefined and could mean any

16   number of means of accessing profile information including using LinkedIn's built-in search

17   function or methodically, but manually, accessing profile information.  Given the nature of the

18   allegations at issue in this litigation, LinkedIn understands "programmatic access" to refer to

19   automated scraping of LinkedIn's website using a computer program.

20        In light of the foregoing, LinkedIn will produce non-privileged documents that refer to

21   its policies and practices regarding third-party automated scraping of its website, including the

22   reasons for such policies, that it can locate through a reasonable search in conformance with the

23   parties' anticipated ESI stipulation.  LinkedIn will make its production within a reasonable time

24   after an ESI stipulation is reached between the parties and the Court enters a PO.

25   **REQUEST FOR PRODUCTION NO. 22:**

26        All Documents and Communications that refer or relate to your decision to send the cease

27   and desist letter dated May 23, 2017 to hiQ.

28

LINKEDIN CORPORATION'S RESPONSES
TO FIRST SET OF RFPs
17-cv-03301-EMC

1    **RESPONSE TO REQUEST FOR PRODUCTION NO. 22:**

2           LinkedIn objects to this request to the extent it seeks the production of documents

3    protected by the attorney-client privilege, work-product doctrine, or other applicable protection.

4    LinkedIn objects to producing any documents absent an ESI stipulation, and will produce

5    documents pursuant to such a stipulation once it is reached.  LinkedIn further objects to

6    producing any documents before the Court enters a PO.  Production of documents without a PO

7    will prejudice LinkedIn and risk disclosure of sensitive, non-public, and proprietary

8    information and data.  LinkedIn will produce documents only after the Court enters such an

9    order.

10          In light of the foregoing, LinkedIn will produce non-privileged documents that refer to

11   hiQ, including all communications with hiQ, that it can locate through a reasonable search in

12   conformance with the parties' anticipated ESI stipulation.  LinkedIn will make its production

13   within a reasonable time after an ESI stipulation is reached between the parties and the Court

14   enters a PO.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LINKEDIN CORPORATION'S RESPONSES
TO FIRST SET OF RFPs
17-CV-03301-EMC