# EXHIBIT E

3/31/2022 LinkedIn Resp. Re Search Terms

| Original Term | Prior Hit Count | Revised Search Term Proposal | Sample Relevant RFPs from Sets 1 and 2 | LinkedIn Comment |
|---|---|---|---|---|
| "Allow list" | 403 | No Change | 11, 21 | LinkedIn objects to this term. |
| "cease and desist" | 845 | ("cease and desist" OR cease-and-desist) /25 (scrap*) | 2, 11, 20, 22 | LinkedIn objects to this term. |
| "Do Not Broadcast" | 2216 | "Do Not Broadcast" /25 (retention OR attrition) | 29 | LinkedIn objects to this term. |
| "people analytics" OR "workforce analytics" OR "HR analytics" OR "employee analytics" | 25492 | ("people analytics" OR "workforce analytics" OR "HR analytics" OR "employee analytics") /25 (compet* OR "land grab" OR moat OR "market share") | 4, 17 | LinkedIn objects to this term. |
| "Update Me" AND "Recruiter" | 12147 | "update me" /10 "recruiter" | 29 | LinkedIn objects to this term. |
| ((Scrap* OR Harvest* OR Gather* OR Retriev* OR Access* OR query OR index OR copy) w/25 (allow* OR permi* OR agree*)) w/25 (policy OR polic* OR rule* OR guideline* OR procedure*) | 686 | No Change | 11, 20, 21 | LinkedIn objects to this term. |
| (Employee* w/5 attrition) w/25 (analy* OR track OR measure OR data) | 300 | No Change | 4 | LinkedIn objects to this term. |
| (mark w/3 weidick) OR weidick | 5 | No Change | 2 | LinkedIn will agree to run this term against additional custodians |
| (Priva* OR member* OR user*) w/25 (concern* Or complain* OR violat*) w/25 (profile OR data OR information OR leak*) | 2694 | (Priva* OR member* OR user*) /10 (concern* Or complain* OR violat*) /10 (profile OR data OR information OR leak*) | 11, 20, 21, 32 | LinkedIn objects to this term. |
| (Talent w/5 (Insight* OR Hub OR Solutions)) w/25 (compet* OR threat*) | 734 | No Change | 11 | LinkedIn objects to this term. |
| @hiQlabs.com | 12 | No Change | 2, 4 | LinkedIn will agree to run this term against additional custodians |
| "Andrew Kim" | 91 | No Change | 2 | LinkedIn will agree to run this term against additional custodians |
| "Benjamin Patch" OR "Ben Patch" | 6 | No Change | 2 | LinkedIn will agree to run this term against additional custodians |

3/31/2022 LinkedIn Resp. Re Search Terms

| Term | Hits | Modification | Custodians | Response |
|---|---|---|---|---|
| "Boris Dev" | 17 | No Change | 2 | LinkedIn will agree to run this term against additional custodians |
| "Burning Glass" | 6413 | "Burning Glass" /25 (compet* OR acqui* OR threat* OR target*) | 39, 40 | LinkedIn objects to this term. |
| "Dan Miller" OR "Daniel Miller" | 559 | No Change | 2 | LinkedIn will agree to run this term against additional custodians |
| "Darin Medeiros" | 267 | No Change | 2 | LinkedIn will agree to run this term against additional custodians |
| "Flight Risk" | 1118 | "Flight Risk" /25 predict* | 4 | LinkedIn objects to this term. |
| "Gary Vaynerchuk" | 567 | No Change | 2, 4 | LinkedIn will agree to run this term against additional custodians |
| "HG Data" | 1539 | ("HG Data" OR "HG Insights") /25 (compet* OR acqui* OR threat* OR target*) | 39, 40 | LinkedIn objects to this term. |
| "hi Q" | 13159 | "hi Q" OR "High Q" | 2, 4, 20 | LinkedIn will agree to run this term against additional custodians |
| "Intent Data" | 584 | No Change | 17, 19 | LinkedIn objects to this term. |
| "Jeanne McFadden" | 159 | No Change | 2, | LinkedIn will agree to run this term against additional custodians |
| "Jennifer Kaplan" OR "Jen Kaplan" | 9 | No Change | 2, 4 | LinkedIn will agree to run this term against additional custodians |
| "Jesse Levin" | 25 | No Change | 2 | LinkedIn will agree to run this term against additional custodians |
| "Maciek Smuga-Otto" | 34 | No Change | 2 | LinkedIn will agree to run this term against additional custodians |
| "Manisha Gupta" | 555 | No Change | 2 | LinkedIn will agree to run this term against additional custodians |
| "pull factor" | 17 | No Change | 4 | LinkedIn objects to this term. |
| "push factor" | 3 | No Change | 4 | LinkedIn objects to this term. |
| "Rob DeSantis" OR "Robert DeSantis" | 86 | No Change | 2 | LinkedIn will agree to run this term against additional custodians |

**3/31/2022 LinkedIn Resp. Re Search Terms**

| Term | Count | Modification | Custodians | Response |
|---|---|---|---|---|
| "Ryan Hammond" | 18 | No Change | 2 | LinkedIn will agree to run this term against additional custodians |
| "Scott Nicholson" | 321 | No Change | 2 | LinkedIn will agree to run this term against additional custodians |
| "Sherman Hu" | 148 | No Change | 2 | LinkedIn will agree to run this term against additional custodians |
| "Skill Mapper" | 6 | No Change | 2, 4 | LinkedIn will agree to run this term against additional custodians |
| "Talent Neuron" | 3788 | "Talent Neuron" /25 (compet* OR acqui* OR threat* OR target*) | 39, 40 | LinkedIn objects to this term. |
| "Will Wegener" | 244 | No Change | 2, 11 | LinkedIn will agree to run this term against additional custodians |
| 136.24.65.233 | 8 | No Change | 2, 11 | LinkedIn will agree to run this term against additional custodians |
| 34.206.56.174 | 4 | No Change | 2, 11 | LinkedIn will agree to run this term against additional custodians |
| 44.236.56.238 | 61 | No Change | 2, 11 | LinkedIn will agree to run this term against additional custodians |
| 52.8.230.165 | 159 | No Change | 2, 11 | LinkedIn will agree to run this term against additional custodians |
| Allowlist | 486 | No Change | 11 | LinkedIn objects to this term. |
| AngelList | 998 | AngelList /25 (compet* OR acqui* OR threat* OR target*) | 39, 40 | LinkedIn objects to this term. |
| Anticompet* | 705 | anticompet* /25 (coop* OR agree* OR *acqui* OR threat* OR target*) | 33, 39, 40 | LinkedIn objects to this term. |
| anti-competit* | 806 | anti-compet* /25 (coop* OR agree* OR *acqui* OR threat* OR target*) | 33, 39, 40 | LinkedIn objects to this term. |
| Antitrust* | 7042 | Antitrust /25 (compet* OR acui* OR threat* OR risk) | 33, 39, 40 | LinkedIn objects to this term. |
| Athena | 106950 | Athena /10 (compet* OR threat*) | 17, 19 | LinkedIn objects to this term. |
| Barrier | 5092 | barrier /25 ("user data" OR "member data" OR "intent data") | 33, 39, 40 | LinkedIn objects to this term. |

3/31/2022 LinkedIn Resp. Re Search Terms

| | | | | |
|---|---|---|---|---|
| Bing AND (crawl OR Index Or scrape) | 4536 | Bing /25 (crawl OR Index Or scrape) /25 (agree* or permi*) | 21, 44 | LinkedIn objects to this term. |
| C&D | 6019 | C&D /25 (scrape*) | 20, 22 | LinkedIn objects to this term. |
| CareerBuilder | 4658 | CareerBuilder /25 (compet* OR acqui* OR threat* OR target*) | 39, 40 | LinkedIn objects to this term. |
| CEB | 2344 | CEB /25 (compet* OR acqui* OR threat* OR target*) | 39, 40 | LinkedIn will agree to run this term against additional custodians |
| Comparably | 3521 | Comparably /25 (compet* OR acqui* OR threat* OR target*) | 39, 40 | LinkedIn objects to this term. |
| Connectifier | 11120 | Connectifier /25 (compet* OR "land grab" OR moat OR "market share") | 38, 39, 40 | LinkedIn objects to this term. |
| Court w/25 (compet* OR startup OR "start up" OR little OR small) | 875 | No Change | 20, 43 | LinkedIn objects to this term. |
| Crunchbase | 8471 | Crunchbase /25 (compet* OR acqui* OR threat* OR target*) | 38, | LinkedIn objects to this term. |
| darren w/3 kaplan | 67 | No Change | 2, 3 | LinkedIn will agree to run this term against additional custodians |
| DataFox | 488 | DataFox /25 (compet* OR acqui* OR threat* OR target*) | 38, 39, 40 | LinkedIn objects to this term. |
| DueDil | 985 | DueDil /25 (compet* OR acqui* OR threat* OR target*) | 38, 39, 40 | LinkedIn objects to this term. |
| Elevate w/25 (conference OR conclave OR meeting OR attend OR appear OR "go to" OR going) | 247 | No Change | 2, 4 | LinkedIn will agree to run this term against additional custodians |
| Emsi | 66220 | Emsi /25 (compet* OR acqui* OR threat* OR target*) | 38, 39, 40 | LinkedIn objects to this term. |
| genevieve w/3 graves | 1 | No Change | 2, 4 | LinkedIn will agree to run this term against additional custodians |
| Glint | 61956 | Glint /25 (compet* OR "land grab" OR moat OR "market share") | 34 | LinkedIn objects to this term. |
| Google w/25 (crawl OR Index Or scrape OR agree* OR permit*) | 2847 | Google /25 (crawl OR Index Or scrape) /25 (agree* or permi*) | 21 | LinkedIn objects to this term. |
| HCM w/25 provider* | 1981 | HCM /5 provid* | 19, 34 | LinkedIn objects to this term. |
| HCM w/25 strateg* | 4492 | HCM /5 strateg* | 17, 19, 34 | LinkedIn objects to this term. |
| hiQ* | 2021 | No Change | 2, 4, 11, 20 | LinkedIn will agree to run this term against additional custodians |

3/31/2022 LinkedIn Resp. Re Search Terms

| | | | | |
|---|---|---|---|---|
| Keeper | 1297 | No Change | 2, 4 | LinkedIn will agree to run this term against additional custodians |
| Lawsuit* w/25 (compet* OR scrap* OR bot* OR priva* OR "start up" OR startup OR little OR small) | 956 | No Change | 20, 22 | LinkedIn objects to this term. |
| Lever | 14707 | Lever /25 (compet* OR acqui* OR threat* OR target*) | 38, 39, 40 | LinkedIn objects to this term. |
| Litigat* w/25 (compet* or scrap* or bot* or priva* OR "start up" OR startup OR little OR small) | 1554 | Litigat* /10 (compet* or scrap* or bot* or priva* OR "start up" OR startup OR little OR small) | 20, 22 | LinkedIn objects to this term. |
| MatterMark | 7058 | MatterMark /25 (compet* OR acqui* OR threat* OR target*) | 38, 39, 40 | LinkedIn objects to this term. |
| Monopol* | 3963 | Monopol* /25 ("user data" OR "member data" OR "intent data" | 33 | LinkedIn objects to this term. |
| Orgstars* | 15522 | Orgstars* /25 (compet* OR acqui* OR threat* OR target*) | 2, 20, | LinkedIn will agree to run this term against additional custodians |
| Owler | 1945 | Owler (compet* OR acqui* OR threat* OR target*) | 38, 39, 40 | LinkedIn objects to this term. |
| Paysa | 8576 | Paysa /25 (compet* OR acqui* OR threat* OR target*) | 38, 39, 40 | LinkedIn objects to this term. |
| Profit* w/25 (Recruiter OR "Talent Insights" OR "Talent Solutions" OR Solutions) | 1087 | Profit* /25 (Recruiter OR "Talent Insights" OR "Talent Solutions") | 17, 19, 33, 38 | LinkedIn objects to this term. |
| Push w/3 pull | 206 | No Change | 2, 4 | LinkedIn objects to this term. |
| Recruiter w/25 threat* OR compet* | 926 | Recruiter /25 (threat* OR compet*) | 29 | LinkedIn objects to this term. |
| Retention AND (employ* OR member* OR user*) AND (profile OR data OR activ*) | 35003 | Retention /25 (employ* OR member* OR user*) /25 (profile OR data OR activ*) | 4, 38 | LinkedIn objects to this term. |
| Revenue w/25 (Recruiter OR "Talent Insights" OR "Talent Solutions" OR "Talent Hub") | 1127 | Revenue /25 (Recruiter OR "Talent Insights" OR "Talent Solutions") | 17, 29, 38 | LinkedIn objects to this term. |
| Snapshot* | 41415 | Snapshot /25 (retention OR attrition) | 19 | LinkedIn objects to this term. |
| SuccessFactors | 4988 | SuccessFactors /25 (compet* OR acqui* OR threat* OR target*) | 38, 39, 40 | LinkedIn objects to this term. |
| Sue* w/25 (compet* OR scrap* OR bot* OR priva* OR "start up" OR startup or little OR small) | 501 | No Change | 2, 20, 22 | LinkedIn objects to this term. |
| Sunrise | 20597 | Sunrise /25 (compet* OR acqui* OR threat* OR target*) | 39, 40 | LinkedIn objects to this term. |

**3/31/2022 LinkedIn Resp. Re Search Terms**

| | | | | |
|---|---|---|---|---|
| Threat* w/25 (compet* OR scrap* OR bot* OR priva* OR "start up" OR startup OR little or small OR Recruiter) | 1073 | No Change | 2, 20, 22, 33 | LinkedIn objects to this term. |
| Visier | 11620 | Visier /25 (compet* OR acqui* OR threat* OR target*) | 38, 39, 40 | LinkedIn objects to this term. |
| Whitelist AND (scrap* or crawl* or index) | 6590 | ((Whitelist OR "White list") AND (scrap* OR crawl* OR index)) /25 (coop* or agree*) | 11, 21, 25 | LinkedIn objects to this term. |
| Workday | 52421 | Workday /25 (coop* OR agree*) | 38, 39, 40 | LinkedIn objects to this term. |