| | |
|---|---|
| 1 | ANNETTE L. HURST (SBN 148738) |
| | ahurst@orrick.com |
| 2 | RUSSELL P. COHEN (SBN 213105) |
| | rcohen@orrick.com |
| 3 | CATHERINE Y. LUI (SBN 239648) |
| | clui@orrick.com |
| 4 | NATHAN SHAFFER (SBN 282015) |
| | nshaffer@orrick.com |
| 5 | DANIEL JUSTICE (SBN 291907) |
| | djustice@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 405 Howard Street |
| 7 | San Francisco, CA  94105-2669 |
| | Telephone:    +1 415 773 5700 |
| 8 | Facsimile:     +1 415 773 5759 |
| 9 | MARIA N. SOKOVA (SBN 323627) |
| | msokova@orrick.com |
| 10 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 11 | Menlo Park, CA  94025-1015 |
| | Telephone:    +1 650 614 7400 |
| 12 | Facsimile:     +1 650 614 7401 |

*Attorneys for LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc., | Case No. 17-cv-03301-EMC |
| Plaintiff, | **[PROPOSED] ORDER GRANTING LINKEDIN CORPORATION'S LOCAL RULE 79-5 ADMINISTRATIVE MOTION TO FILE DESIGNATED MATERIALS UNDER SEAL TO RETAIN CONFIDENTIALITY (ECF NO. 249)** |
| vs. | |
| LinkedIn Corporation, | |
| Defendant. | |
| | Complaint Filed:    June 7, 2017 |
| | Trial Date:             February 27, 2023 |
| LinkedIn Corporation | |
| Counterclaimant, | |
| vs. | |
| hiQ Labs, Inc. | |
| Counterdefendants, | |

[PROPOSED] ORDER GRANTING MOT. TO SEAL
17-CV-03301-EMC

Before the Court is LinkedIn Corporation's Local Rule 79-5 Administrative Motion To File Designated Materials Under Seal to Retain Confidentiality (ECF No. 249).  Having considered the Administrative Motion, the declaration in support thereof, the pleadings on file, and any other relevant materials, the motion is **GRANTED.**

**IT IS HEREBY ORDERED** that LinkedIn has shown that there are compelling reasons to file the following materials designated by LinkedIn under the Protective Order under seal, and counsel for LinkedIn may file the following under seal:

| Portion of ECF 249 to be Filed Under Seal |
|---|
| Highlighted portions of image on page 4 |
| Highlighted portions of footnote 1 |
| Highlighted portion of page 5 |
| Highlighted portion of footnote 2 |
| Highlighted portion on page 7 |

**IT IS SO ORDERED**

Dated: _____

HON. SALLIE KIM
United States Magistrate Judge

- 1 -

[PROPOSED] ORDER GRANTING MOT. TO SEAL
17-CV-03301-EMC