ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
CATHERINE Y. LUI (SBN 239648)
clui@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

MARIA N. SOKOVA (SBN 323627)
msokova@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:   +1 650 614 7400
Facsimile:   +1 650 614 7401

*Attorneys for LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>          Plaintiff,<br><br>     vs.<br><br>LinkedIn Corporation,<br><br>          Defendant. | Case No. 17-cv-03301-EMC<br><br>**L.R. 79-5(f)(3) DECLARATION OF SCOTT ROBERTS RE MOTION TO SEAL (ECF NO. 249)**<br><br>Complaint Filed:   June 7, 2017<br>Trial Date:           February 27, 2023 |
| LinkedIn Corporation<br><br>          Counterclaimant,<br>     vs.<br><br>hiQ Labs, Inc.<br><br>          Counterdefendants, | |

ROBERTS DECL.
17-CV-03301-EMC

I, Scott Roberts, declare as follows:

1. I am the Vice President and Global Head of Business Development at LinkedIn Corporation. ("LinkedIn"). My responsibilities focus on business development, including structuring and creating partnerships that extend value to LinkedIn's members and customers; understanding the business environments in which LinkedIn operates; and making decisions as to partnership strategy and activities. I am familiar with LinkedIn's policies and business practices, including what information LinkedIn considers confidential and does not disclose to the public. I have personal knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

2. I have reviewed the highlighted portions of the unredacted version of the April 11, 2022, letter from hiQ to Judge Kim (the "Letter") that is attached to LinkedIn's motion to seal. The material reflected in the highlighted portions of the Letter reflects confidential internal communications regarding business strategies and plans, including evaluation of and identification of competitors and potential competitors. LinkedIn's internal strategic business decisions are not disclosed publicly and LinkedIn restricts knowledge of this information within LinkedIn to a subset of persons who need this information for their business operations. The material in the highlighted portions of the Letter specifically references certain of LinkedIn's business strategies, including confidential discussions related to specific third-party entities, discussions of potential acquisitions, and information about LinkedIn's strategic approach to trust and safety, including unauthorized scraping.

3. Disclosure of such information to the public and to LinkedIn's competitors will harm LinkedIn. This harm may include, among other things, an adverse impact on LinkedIn's ability to negotiate future deals and acquisitions because other companies may use such information as leverage against LinkedIn during negotiations and increase LinkedIn's transactions costs. Additionally, LinkedIn's competitors could use this information to obtain an unfair competitive advantage against LinkedIn. Public disclosure of LinkedIn's anti-scraping strategies will harm LinkedIn by giving scrapers more information about LinkedIn's approach to trust and safety that could increase the total quantum of scraping that occurs on LinkedIn's

1   website.  Finally, many of the references in the highlighted portions of the letter are small
2   snippets and quotes taken from larger documents.  The statements lack context, and are therefore
3   likely to mislead the public, cast LinkedIn in an unfair negative light, and embolden scrapers to
4   test LinkedIn's anti-scraping defenses and policies.

5         I declare under penalty of perjury under the laws of the State of California and the United
6   States of America that the foregoing is true and correct to the best of my knowledge.

7         Executed this <u>14</u> day of April, 2022, at <u>San Francisco</u>, California.

*DocuSigned by:*
*Scott Roberts*
6DBF59DEAC2A4EE
SCOTT ROBERTS