ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
CATHERINE Y. LUI (SBN 239648)
clui@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

MARIA N. SOKOVA (SBN 323627)
msokova@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:    +1 650 614 7400
Facsimile:    +1 650 614 7401

*Attorneys for LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc., | Case No. 17-cv-03301-EMC |
| Plaintiff, | **NOTICE OF APPEARANCE OF PAUL F. RUGANI** |
| vs. | |
| LinkedIn Corporation, | Judge:        Hon. Edward M. Chen |
| Defendant. | |
| LinkedIn Corporation | |
| Counterclaimant, | Complaint Filed:    June 7, 2017 |
| vs. | Trial Date:    February 27, 2023 |
| hiQ Labs, Inc. | |
| Counter-defendant. | |

1        PLEASE TAKE NOTICE that Paul F. Rugani of Orrick, Herrington & Sutcliffe LLP

2   enters his appearance in the above-captioned matter for Defendant and Counterclaimant LinkedIn

3   Corporation.

4        LinkedIn hereby requests that all notices, including electronic ECF notices, given or

5   required to be given, and all papers served or required to be served in the above-captioned matter

6   be provided to and served upon counsel at the address set forth below:

7

8        Paul F. Rugani
         prugani@orrick.com

9        Orrick, Herrington & Sutcliffe LLP
         777 South Figueroa St., Suite 3200
         Los Angeles, CA  90017-5855

10       Telephone:     +1 213-629-2020
         Facsimile:     +1 213-612-2499

11

12

13       Dated:  April 26, 2022                      Orrick, Herrington & Sutcliffe LLP

14

15                          By:  _____*/s/  Paul F. Rugani*_____

16                                   Paul F. Rugani

17

18

19

20

21

22

23

24

25

26

27

28