UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> LinkedIn Corp., <br><br> Defendant. | Case No. 3:17-CV-03301-EMC <br><br> **[PROPOSED] ORDER GRANTING HIQ LABS, INC.'S MOTION FOR RELIEF FROM MAGISTRATE JUDGE KIM'S NONDISPOSITIVE PRETRIAL ORDER ON DISCOVERY DISPUTE** <br><br> The Hon. Edward M. Chen |

This Court, having received Plaintiff hiQ Labs, Inc.'s Motion for Relief from Magistrate Judge Kim's Nondispositive Pretrial Order On Discovery Dispute, hereby ORDERS as follows:

1. Judge Kim's April 26, 2022 Order on Discovery Dispute (ECF 256) is VACATED;
2. LinkedIn's April 13, 2022 Motion for a Protective Order (ECF 252) is DENIED; and
3. hiQ's April 11, 2022 Motion to Compel Documents (ECF 250) is GRANTED.

**IT IS SO ORDERED.**

Dated:

HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE