## quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7471**

WRITER'S EMAIL ADDRESS
**coreyworcester@quinnemanuel.com**

May 17, 2022

**VIA ECF**

Hon. Edward M. Chen
United States District Judge
Northern District of California
San Francisco Courthouse
Courtroom 5, 17th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

Re:   *hiQ Labs, Inc. v. LinkedIn Corp.*, Case No. 3:17-cv-03301-EMC
       Plaintiff's Status Update in Response to Court Docket Entry No. 263

Dear Judge Chen,

I write on behalf of Plaintiff hiQ Labs, Inc. ("hiQ") in connection with the above-captioned matter. On May 10, 2022, this Court asked the Parties to submit a status update regarding Defendant LinkedIn Corp. ("LinkedIn")'s motion to vacate by May 17, 2022. *See* ECF No. 263. LinkedIn declined hiQ's request to submit a joint status update. hiQ's position on LinkedIn's motion to vacate remains the same: it is untimely and without merit. *See* ECF No. 219. The motion to vacate was not "timely" filed, pursuant to Fed. R. Civ. P. 62.1, as LinkedIn either knew—based on the record—or could have reasonably discovered that hiQ had reduced its scraping activity in the eighteen months preceding the filing of the Amended Complaint. *Id*. at 6–8. Even if not time-barred, the motion to vacate fails on the merits as it runs contrary to the well-established principle of preliminary injunction. *Id*. at 12–18. If the preliminary injunction is dissolved, hiQ will be irreparably harmed, furthermore, the balance of hardships and the public interest continue to tip strongly in hiQ's favor. *Id*.

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

/s/ *Corey Worcester*

Corey Worcester

quinn emanuel urquhart & sullivan, llp
ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH