1  ANNETTE L. HURST (SBN 148738)
   ahurst@orrick.com
2  RUSSELL P. COHEN (SBN 213105)
   rcohen@orrick.com
3  CATHERINE Y. LUI (SBN 239648)
   clui@orrick.com
4  NATHAN SHAFFER (SBN 282015)
   nshaffer@orrick.com
5  DANIEL JUSTICE (SBN 291907)
   djustice@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
7  San Francisco, CA  94105-2669
   Telephone:   +1 415 773 5700
8  Facsimile:   +1 415 773 5759

9  MARIA N. SOKOVA (SBN 323627)
   msokova@orrick.com
10 ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
11 Menlo Park, CA  94025-1015
   Telephone:   +1 650 614 7400
12 Facsimile:   +1 650 614 7401

13 *Attorneys for LinkedIn Corporation*

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17

18 | hiQ Labs, Inc.,                    | Case No. 17-cv-03301-EMC
19 |        Plaintiff,                  | **LINKEDIN CORPORATION'S LOCAL RULE 79-5(f) ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**
20 |    vs.                             |
21 | LinkedIn Corporation,              |
22 |        Defendant.                  |
23
24

25 | LinkedIn Corporation               | Complaint Filed:  June 7, 2017
                                         | Trial Date:       February 27, 2023
26 |        Counterclaimant,
   |    vs.
27
28 | hiQ Labs, Inc.
   |        Counterdefendants,

Pursuant to Civil Local Rules 7-11 and 79-5(f) and the Stipulated Protective Order For Litigation Involving Patents, Highly Sensitive Confidential Information, and/or Trade Secrets (ECF No. 213) (the "Protective Order"), LinkedIn Corporation hereby moves to file under seal portions of LinkedIn Corporation's Status Report Regarding LinkedIn's Motion to Dissolve Preliminary Injunction ("Status Report") that quote from or reflect information designated by Plaintiff and Counterdefendant hiQ Labs, Inc., under the Protective Order in this case. In support of this request, LinkedIn submits the Declaration of Nathan Shaffer, a copy of the Status Report with highlights indicating the information subject to this request to seal, as well as a proposed order.

Specifically, LinkedIn seeks an order sealing the following information that was designated by hiQ:

| Portion of Status Report to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|
| Highlighted portions of page 1 | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Highlighted portions of page 2 | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Highlighted portions of page 3 | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |

Dated: May 17, 2022                                   Orrick, Herrington & Sutcliffe LLP


                                                      By:    */s/ Nathan Shaffer*
                                                              NATHAN SHAFFER
                                                              Attorneys for Defendant
                                                              LinkedIn Corporation