1  ANNETTE L. HURST (SBN 148738)
   ahurst@orrick.com
2  RUSSELL P. COHEN (SBN 213105)
   rcohen@orrick.com
3  CATHERINE Y. LUI (SBN 239648)
   clui@orrick.com
4  NATHAN SHAFFER (SBN 282015)
   nshaffer@orrick.com
5  DANIEL JUSTICE (SBN 291907)
   djustice@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
7  San Francisco, CA  94105-2669
   Telephone:   +1 415 773 5700
8  Facsimile:   +1 415 773 5759

9  MARIA N. SOKOVA (SBN 323627)
   msokova@orrick.com
10 ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
11 Menlo Park, CA  94025-1015
   Telephone:   +1 650 614 7400
12 Facsimile:   +1 650 614 7401

13 *Attorneys for LinkedIn Corporation*

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                    SAN FRANCISCO DIVISION

17

| | |
|---|---|
| 18 hiQ Labs, Inc., | Case No. 17-cv-03301-EMC |
| 19         Plaintiff, | **DECLARATION OF NATHAN SHAFFER IN SUPPORT OF LINKEDIN CORPORATION'S LOCAL RULE 79-5 ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| 20     vs. | |
| 21 LinkedIn Corporation, | |
| 22         Defendant. | |
| 23 | |
| 24 | |
| 25 LinkedIn Corporation | Complaint Filed:  June 7, 2017 |
| 26         Counterclaimant, | Trial Date:  February 27, 2023 |
|    vs. | |
| 27 hiQ Labs, Inc. | |
| 28         Counterdefendants, | |

I, Nathan Shaffer, declare as follows:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe, LLP, attorneys of record for Defendant LinkedIn Corporation. ("LinkedIn").  I have personal knowledge of the facts set forth below and if called as a witness I could and would competently testify to those facts.

2. Pursuant to Civil Local Rule 79-5(f), I submit this declaration in support of LinkedIn Corporation's Local Rule 79-5(f) Administrative Motion To Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion").

3. I have reviewed the Status Report.  Based on my review, the Status Report contains information designated by non-movant Plaintiff and Counterdefendant hiQ Labs, Inc. as protected material as reflected in the body of LinkedIn's Administrative Motion.

4. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: May 17, 2022                                      Orrick, Herrington & Sutcliffe LLP


By:  _____/s/ *Nathan Shaffer*_____
        NATHAN SHAFFER
        Attorneys for Defendant
        LinkedIn Corporation