Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

hiQ Labs, Inc.

Plaintiff(s),

v.

LinkedIn Corp.

Defendant(s).

Case No: 3:17-cv-03301

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Emily Renzelli, an active member in good standing of the bar of West Virginia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: LinkedIn Corporation in the above-entitled action. My local co-counsel in this case is Annette Hurst, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 105 Fairland Drive, Nitro, WV 25143 | 405 Howard Street<br>San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (304) 203-1153 | (415) 773-4585 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| emily.renzelli@gmail.com | ahurst@orrick.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 12024.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/17/20

/s/    Emily Renzelli
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Emily Renzelli is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                        *October 2012*

# WEST VIRGINIA STATE BAR

## Certificate of Good Standing

**Emily Marie Renzelli – WVSB ID# 12024**

This is to certify that, according to the records of the West Virginia State Bar, Emily Marie Renzelli, of Arlington, VA, was admitted to practice law by the Supreme Court of Appeals of WV on October 25, 2012.

According to the records of the West Virginia State Bar, as of July 12, 2021, Emily Marie Renzelli is currently an Active Member in good standing with the West Virginia State Bar.

*Anita R. Casey*

Anita R. Casey, Esquire
Executive Director
The West Virginia State Bar