Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

hiQ Labs, Inc.

Plaintiff(s),

v.

LinkedIn Corp.

Defendant(s).

Case No: 3:17-cv-03301

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Emily Renzelli, an active member in good standing of the bar of West Virginia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: LinkedIn Corporation in the above-entitled action. My local co-counsel in this case is Annette Hurst, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 105 Fairland Drive, Nitro, WV 25143 | 405 Howard Street<br>San Francisco, CA 94105 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (304) 203-1153 | (415) 773-4585 |
| My email address of record: | Local co-counsel's email address of record: |
| emily.renzelli@gmail.com | ahurst@orrick.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 12024.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 05/17/20

/s/   Emily Renzelli
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Emily Renzelli is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 18, 2022

UNITED STATES DISTRICT JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                                 *October 2012*