```
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
CATHERINE Y. LUI (SBN 239648)
clui@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

MARIA N. SOKOVA (SBN 323627)
msokova@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:    +1 650 614 7400
Facsimile:    +1 650 614 7401
```

*Attorneys for LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LinkedIn Corporation,<br><br>　　　　　Defendant. | Case No. 17-cv-03301-EMC<br><br>**NOTICE OF APPEARANCE OF EMILY RENZELLI**<br><br>Judge:　　Hon. Edward M. Chen<br><br><br>Complaint Filed:　June 7, 2017<br>Trial Date:　　　February 27, 2023 |
| LinkedIn Corporation<br><br>　　　　　Counterclaimant,<br><br>　　vs.<br><br>hiQ Labs, Inc.<br><br>　　　　　Counter-defendant. | |

1  PLEASE TAKE NOTICE that Emily Renzelli of Orrick, Herrington & Sutcliffe LLP
2  enters her appearance in the above-captioned matter for Defendant and Counterclaimant LinkedIn
3  Corporation.
4  LinkedIn hereby requests that all notices, including electronic ECF notices, given or
5  required to be given, and all papers served or required to be served in the above-captioned matter
6  be provided to and served upon counsel at the address set forth below:

Emily Renzelli (*Admitted Pro Hac Vice*)
erenzelli@orrick.com
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone:    +1-202-339-8400
Facsimile:     +1-202-339-8500

Dated:  May 18, 2022

Orrick, Herrington & Sutcliffe LLP

By: _____ /s/  Emily Renzelli _____
              Emily Renzelli