1  Corey Worcester (*pro hac vice*)
   coreyworcester@quinnemanuel.com
2  Renita Sharma (*pro hac vice*)
   renitasharma@quinnemanuel.com
3  Elisabeth B. Miller (*pro hac vice*)
4  elisabethmiller@quinnemanuel.com
   Hope Skibitsky (*pro hac vice*)
5  hopeskibitsky@quinnemanuel.com
   Daily Guerrero (*pro hac vice*)
6  Dailyguerrero@quinnemanuel.com
7  Zane Muller (*pro hac vice*)
   zanemuller@quinnemanuel.com
8  QUINN EMANUEL URQUHART AND SULLIVAN, LLP
   51 Madison Avenue, 22nd Floor
9  New York, NY 10010
   Telephone:  (212) 849-7000
10

11 Terry L. Wit (SBN 233473)
   terrywit@quinnemanuel.com
12 QUINN EMANUEL URQUHART AND SULLIVAN, LLP
   50 California Street, 22nd Floor
13 San Francisco, CA 94111
   Telephone:  (415) 875-6331
14

15 *Attorneys for Plaintiff and
   Counterclaim Defendant
16 hiQ Labs, Inc.*

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19 hiQ Labs, Inc.,                      | Case No. 3:17-cv-03301-EMC

20       *Plaintiff and Counterclaim Defendant,* | **NOTICE OF PLAINTIFF AND COUNTERCLAIM DEFENDANT HIQ LABS, INC.'S RENEWED MOTION TO DISMISS DEFENDANT AND COUNTERCLAIM PLAINTIFF LINKEDIN CORP.'S FIRST AND SECOND COUNTERCLAIMS**

22       vs.

23 LinkedIn Corp.,

24       *Defendant and Counterclaim Plaintiff.*   | The Hon. Edward M. Chen

25                                                | Date:     June 28, 2022
                                                    Time:     1:30 P.M.
26                                                  Location: Courtroom 5, 17th Floor
                                                              450 Golden Gate Ave.
27                                                            San Francisco, CA 94102

28

# NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on June 28, 2022 at 1:30 p.m., or as soon thereafter as may be heard, before the Honorable Edward M. Chen in Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiff and Counterclaim Defendant hiQ Labs, Inc. ("hiQ") will and hereby does move this Court for an order dismissing the first and second counterclaims filed by Defendant and Counterclaim Plaintiff LinkedIn Corp. (ECF No. 170 (LinkedIn's Answer and Counterclaims or "ACC").).  This motion is made pursuant to Federal Rule of Civil Procedure 12(b)(6) and is based upon the following Memorandum of Points and Authorities; the argument of counsel, if any; and any additional material as may be submitted to the Court before decision.  hiQ seeks an order dismissing LinkedIn's first and second counterclaims with prejudice for failure to state a claim upon which relief can be granted.

Plaintiff previously filed a Motion to Dismiss on April 14, 2020.  (ECF No. 137.).  On April 19, 2021, the Court deferred ruling on Defendant's counterclaims under the Computer Fraud and Abuse Act ("CFAA") and the Comprehensive Computer Data and Access Fraud Act, Cal. Penal Code § 502(c) (the "CDAFA"), with permission for Plaintiff to "renew[] its motion to dismiss the CFAA and § 502 counterclaims once the Supreme Court issues its decision in *Van Buren* and/or this case." (ECF 199 at 17.) On April 18, 2022, the Ninth Circuit affirmed its earlier decision upholding this Court's grant of a preliminary injunction on the basis that *Van Buren* "reinforces our conclusion that the concept of 'without authorization' does not apply to public websites."  *hiQ Labs, Inc. v. LinkedIn Corp.*, 31 F.4th 1180, 1199 (9th Cir. 2022).  As such, hiQ hereby renews its motion to dismiss LinkedIn's CFAA and CDAFA counterclaims and respectfully requests that the Court grant that motion.

Dated: May 20, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Corey Worcester*
Corey Worcester

*Attorneys for Plaintiff hiQ Labs*