Corey Worcester (*pro hac vice*)
coreyworcester@quinnemanuel.com
Renita Sharma (*pro hac vice*)
renitasharma@quinnemanuel.com
Elisabeth B. Miller (*pro hac vice*)
elisabethmiller@quinnemanuel.com
Hope Skibitsky (*pro hac vice*)
hopeskibitsky@quinnemanuel.com
Daily Guerrero (*pro hac vice*)
Dailyguerrero@quinnemanuel.com
Zane Muller (*pro hac vice*)
zanemuller@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000

Terry L. Wit (SBN 233473)
terrywit@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6331

*Attorneys for Plaintiff and Counterclaim Defendant hiQ Labs, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>*Plaintiff and Counterclaim Defendant*,<br><br>vs.<br><br>LinkedIn Corp.,<br><br>*Defendant and Counterclaim Plaintiff.* | Case No. 3:17-cv-03301-EMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF AND COUNTERCLAIM DEFENDANT HIQ LABS, INC.'S RENEWED MOTION TO DISMISS DEFENDANT AND COUNTERCLAIM PLAINTIFF LINKEDIN CORP.'S COUNTERCLAIMS** |

# ORDER

The Court, having considered all papers submitted in favor of and opposed to hiQ's Renewed Motion to Dismiss (the "Motion"), and good cause appearing therefore, hereby orders as follows:

1. The Motion is GRANTED.

2. Defendant and Counterclaim Plaintiff LinkedIn's first and second counterclaims in *hiQ Labs, Inc. v. LinkedIn Corp.*, No. 3:17-cv-03301-EMC, filed November 11, 2020, (ECF No. 170), are ordered dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6). The clerk of court is ordered to dismiss this action.

**IT IS SO ORDERED.**

Dated: _____, 2022

By: _____
The Honorable Edward M. Chen
United States District Judge