1  Corey Worcester (*pro hac vice*)
   coreyworcester@quinnemanuel.com
2  Renita Sharma (*pro hac vice*)
   renitasharma@quinnemanuel.com
3  Elisabeth B. Miller (*pro hac vice*)
4  elisabethmiller@quinnemanuel.com
   Hope Skibitsky (*pro hac vice*)
5  hopeskibitsky@quinnemanuel.com
   Daily Guerrero (*pro hac vice*)
6  Dailyguerrero@quinnemanuel.com
7  Zane Muller (*pro hac vice*)
   zanemuller@quinnemanuel.com
8  QUINN EMANUEL URQUHART AND SULLIVAN, LLP
   51 Madison Avenue, 22nd Floor
9  New York, NY 10010
   Telephone:    (212) 849-7000
10
11 Terry L. Wit (SBN 233473)
   terrywit@quinnemanuel.com
12 QUINN EMANUEL URQUHART AND SULLIVAN, LLP
   50 California Street, 22nd Floor
13 San Francisco, CA 94111
   Telephone:    (415) 875-6331
14
15 *Attorneys for Plaintiff and
   Counterclaim Defendant
16 hiQ Labs, Inc.*

17                     UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19 | hiQ Labs, Inc.,                          | Case No. 3:17-cv-03301-EMC
20 |                                          |
   |       *Plaintiff and Counterclaim        | **PLAINTIFF AND COUNTERCLAIM
21 |       Defendant*,                        | DEFENDANT HIQ LABS, INC.'S
   |                                          | REQUEST FOR JUDICIAL NOTICE IN
22 |    vs.                                   | SUPPORT OF RENEWED MOTION TO
   |                                          | DISMISS DEFENDANT AND
23 | LinkedIn Corp.,                          | COUNTERCLAIM PLAINTIFF
   |                                          | LINKEDIN CORP.'S FIRST AND
24 |       *Defendant and Counterclaim        | SECOND COUNTERCLAIMS**
   |       Plaintiff.*                        |
25                                              The Hon. Edward M. Chen
                                                Date:     June 30, 2022
26                                              Time:     1:30 P.M.
                                                Location: Courtroom 5, 17th Floor
27                                                        450 Golden Gate Ave.
                                                          San Francisco, CA 94102
28

                                                                  Case No. 3:17-cv-03301-EMC
          HIQ'S REQUEST FOR JUDICIAL NOTICE ISO RENEWED MOTION TO DISMISS LINKEDIN'S
                                                                        COUNTERCLAIMS

**REQUEST FOR JUDICIAL NOTICE**

In its April 19, 2021 ruling on hiQ's motion to dismiss LinkedIn's counterclaims, the Court deferred ruling on LinkedIn's counterclaim under the Computer Fraud and Abuse Act, 18 U.S.C. § 1030 (the "CFAA") and the Comprehensive Computer Data and Access Fraud Act, Cal. Penal Code § 502(c) (the "CDAFA"), with permission for hiQ to "renew[] its motion to dismiss the CFAA and § 502 counterclaims once the Supreme Court issues its decision in *Van Buren* and/or this case." (ECF 199 at 17.) On April 18, 2022, the Ninth Circuit affirmed its earlier decision upholding the Court's grant of a preliminary injunction on the basis that *Van Buren* "reinforces our conclusion that the concept of 'without authorization' does not apply to public websites." *hiQ Labs, Inc. v. LinkedIn Corp.*, 31 F.4th 1180, 1199 (9th Cir. 2022) ("*hiQ II*").

Pursuant to Federal Rule of Evidence 201, Plaintiff hiQ, Labs, Inc. ("hiQ") respectfully requests that the Court take judicial notice of *hiQ II*. This decision is "generally known within the trial court's territorial jurisdiction" and is the proper subject of judicial notice. Fed. R. Civ. Pro. 201 (b)(2); *see also Dailey v. A&W Concentrate Co.*, 519 F. Supp. 3d 668, 670 (N.D. Cal. 2021) (holding a court may take judicial notice of existence of another court's opinion); *In re Qualcomm Antitrust Litig.*, 292 F. Supp. 3d 948, 964 (N.D. Cal. 2017) (holding that a court "may take judicial notice of court filings and other matters of public record.") (citation omitted). Because the decision is publicly available to the Court, hiQ will not attach it as an exhibit hereto, but can provide it at the Court's request.

Dated: May 20, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ *Corey Worcester*
Corey Worcester

*Attorneys for Plaintiff hiQ Labs*