ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
CATHERINE Y. LUI (SBN 239648)
clui@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

MARIA N. SOKOVA (SBN 323627)
msokova@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401

COREY WORCESTER (*pro hac vice*)
coreyworcester@quinnemanuel.com
RENITA SHARMA (*pro hac vice*)
renitasharma@quinnemanuel.com
HOPE SKIBITSKY (*pro hac vice*)
hopeskibitsky@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

TERRY L. WIT (SBN 233473)
terrywit@quinnemanuel.com
QUINN EMANUEL URQUHART
AND SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6331
Facsimile: (415) 875-6700

*Attorneys for Defendant LinkedIn Corporation*    *Attorneys for Plaintiff hiQ Labs, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>    Plaintiff,<br><br>    vs.<br><br>LinkedIn Corporation,<br><br>    Defendant.<br>―――――――――――――<br>LinkedIn Corporation<br><br>    Counterclaimant,<br>    vs.<br><br>hiQ Labs, Inc.<br><br>    Counterdefendant. | Case No. 17-cv-03301-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN RULE 16 DEADLINES**<br><br>Complaint Filed:   June 7, 2017<br>Trial Date:           February 27, 2023 |

1     Under Civil Local Rule 6-2 and Fed. R. Civ. P. 16, Defendant and Counterclaimant LinkedIn Corporation ("LinkedIn") and Plaintiff and Counterdefendant hiQ Labs, Inc. ("hiQ" and LinkedIn and hiQ collectively, the "Parties") stipulate to an extension for the opening expert report of LinkedIn's computer science expert, Prof. Doug Schmidt, to June 17, 2022, an extension of the rebuttal to said Expert Report to July 8, 2022, and the motion to compel deadline for issues arising in depositions occurring after May 20, 200 to June 14, 2022, and respectfully request an order granting the same.

    WHEREAS, the Parties served certain written discovery, including Rule 34 document requests, beginning in June 2021;

    WHEREAS, part of this production included hiQ's source code;

    WHEREAS, the parties' opening expert reports are due June 3, 2022 (Dkt. 233);

    WHEREAS, disputes arose between LinkedIn and hiQ regarding hiQ's source code production;

    WHEREAS in order to resolve the disputes, and without conceding LinkedIn's entitlement to any additional source code, hiQ agreed to produce additional source code for review on May 16, 2022, and the review began on such date;

    WHEREAS, LinkedIn's source-code reviewers and Prof. Schmidt do not have sufficient time to review code and incorporate findings into Prof. Schmidt's report before the June 3, 2022, expert disclosure deadline;

    WHEREAS, due to witness scheduling constraints, including accommodations for third party witnesses, the parties have stipulated and agreed that a small number of party depositions may take place after the current deposition cutoff but no later than May 31, 2022;

    WHEREAS the motion to compel deadline is currently set for May 25, 2022, which leaves insufficient time to confer about and bring a motion on any issue that arises during depositions that take place after May 20, 2022; and

    WHEREAS, the current case schedule was modified previously.  See Dkt. 236.  All other case deadlines other than those identified below, including the trial date, are not impacted by the present stipulation;

THEREFORE, it is hereby stipulated and agreed:

1. hiQ will make all source code it has agreed to produce to resolve the parties' disputes as to hiQ's production of source code available for review the weeks of May 16 and May 23;

2. LinkedIn's deadline for Prof. Schmidt's expert disclosure, including his opening report, shall be June 17, 2022.

3. To the extent LinkedIn's other experts or hiQ's experts seek to rely on or reference Prof. Schmidt's report, LinkedIn or hiQ, as the case may be, may serve supplemental or amended expert reports for such purpose by June 17, 2022.

4. To the extent hiQ seeks to serve a rebuttal to Prof. Schmidt's report, it shall be served no later than July 8, 2022.

5. The motion to compel deadline for issues arising in depositions that occur after May 20, 2022, is extended to June 14, 2022.

6. All other deadlines remain unchanged.

**SO STIPULATED.**

Dated: May 25, 2022					Orrick, Herrington & Sutcliffe LLP


								By:	  */s/  Nathan Shaffer*
									NATHAN SHAFFER
									Attorney for Defendant
									LinkedIn Corporation



Dated: May 25, 2022					Quinn Emanuel Urquhart & Sullivan LLP


								By:	  */s/  Hope Skibitsky*
									HOPE SKIBITSKY
									Attorney for Plaintiff
									hiQ Labs, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2022

_____
EDWARD M. CHEN
United States District Judge

**L.R. 5-1 SIGNATURE ATTESTATION**

As the ECF user whose user ID and password are utilized in the filing of this document, I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

*/s/  Nathan Shaffer*
Nathan Shaffer
