| | |
|---|---|
| 1 | ANNETTE L. HURST (SBN 148738) |
|   | ahurst@orrick.com |
| 2 | RUSSELL P. COHEN (SBN 213105) |
|   | rcohen@orrick.com |
| 3 | CATHERINE Y. LUI (SBN 239648) |
|   | clui@orrick.com |
| 4 | NATHAN SHAFFER (SBN 282015) |
|   | nshaffer@orrick.com |
| 5 | DANIEL JUSTICE (SBN 291907) |
|   | djustice@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 405 Howard Street |
| 7 | San Francisco, CA 94105-2669 |
|   | Telephone:  +1 415 773 5700 |
| 8 | Facsimile:  +1 415 773 5759 |

MARIA N. SOKOVA (SBN 323627)
msokova@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:  +1 650 614 7400
Facsimile:  +1 650 614 7401

Attorneys for Defendant LinkedIn Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc., | Case No. 17-cv-03301-EMC |
| Plaintiff, | **SHAFFER DECLARATION IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN RULE 16 DEADLINES** |
| vs. | |
| LinkedIn Corporation, | Complaint Filed: June 7, 2017 |
| Defendant. | Trial Date: February 27, 2023 |
| LinkedIn Corporation | |
| Counterclaimant, | |
| vs. | |
| hiQ Labs, Inc. | |
| Counterdefendants, | |

SHAFFER DECL.
17-CV-03301-EMC

I, Nathan Shaffer, declare as follows:

1.  I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and counsel of record for LinkedIn Corporation. I am familiar with the events, pleadings, and discovery in this action, and if called as a witness I could and would testify competently to the matters stated herein of my own personal knowledge. I submit this declaration in support of Parties' Stipulation and [Proposed] Order Extending Certain Rule 16 Deadlines.

2.  This action was largely stayed until ten days after the Supreme Court issued its order on LinkedIn's certiorari petition regarding the appeal from the preliminary injunction. *See* ECF No. 185. The Supreme Court issued a GVR order on June 14, 2021. ECF No. 201.

3.  LinkedIn and hiQ both served written discovery in June 2021, including LinkedIn's request for hiQ to produce "[c]omputer programs, in source code and executable form, used by hiQ to search for and retrieve data for use in its products."

4.  On April 28, 2022, LinkedIn asserted that hiQ's production of source code was incomplete. hiQ disputed whether any additional production of source code was required. The parties conferred and hiQ agreed to produce additional code, without hiQ agreeing that any such production was in fact required. Due to the date of production of the new code, LinkedIn's computer science expert, Prof. Doug Schmidt, will not have time to review the newly produced source code and incorporate his findings into his report by the current June 3, 2022, deadline for initial expert disclosures. *See* ECF No. 236 (Ord. Amending Case Sched.).

5.  Due to witness scheduling constraints, including accommodations for third-party witnesses, the parties have stipulated and agreed that a small number of party depositions may take place after the current deposition cutoff but no later than May 31, 2022. The parties have also agreed that a small number of third-party depositions may take place after May 31, 2022. The current motion to compel deadline is set for May 25, 2022, which does not leave sufficient time to confer about and bring a motion on any issue that arises in a deposition taken after May 20, 2022.

6.  To address the foregoing, the parties stipulated and agreed that the deadline for Prof. Schmidt's expert disclosure, including his expert report, shall be extended two weeks to June 17,

2022.  The parties further agreed that to the extent any other LinkedIn expert relies on or references Prof. Schmidt's opening report, they may file supplemental report solely for that purpose by June 17, 2022.  The parties also agreed that hiQ's rebuttal expert report to Prof. Schmidt's report shall be due no later than July 8, 2022.  Finally, the parties stipulated and agreed that the motion to compel deadline for issues arising in depositions that occur after May 20, 2022, shall be extended to June 14, 2022.

7. The parties sought and the Court granted an extension to discovery deadlines on February 24, 2022.  With the exception of the deadlines noted herein, the parties do not seek to change the existing schedule.  The extension of the deadlines requested in the current stipulated request will not impact any other current case deadlines.

Executed this 25th day of May, 2022, at Oakland, CA.

*/s/ Nathan Shaffer*
Nathan Shaffer