| | |
|---|---|
| ANNETTE L. HURST (SBN 148738)<br>ahurst@orrick.com<br>RUSSELL P. COHEN (SBN 213105)<br>rcohen@orrick.com<br>CATHERINE Y. LUI (SBN 239648)<br>clui@orrick.com<br>NATHAN SHAFFER (SBN 282015)<br>nshaffer@orrick.com<br>DANIEL JUSTICE (SBN 291907)<br>djustice@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>405 Howard Street<br>San Francisco, CA  94105-2669<br>Telephone:  +1 415 773 5700<br>Facsimile:  +1 415 773 5759<br><br>MARIA N. SOKOVA (SBN 323627)<br>msokova@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025-1015<br>Telephone:  +1 650 614 7400<br>Facsimile:  +1 650 614 7401<br><br>*Attorneys for Defendant LinkedIn Corporation* | COREY WORCESTER (*pro hac vice*)<br>coreyworcester@quinnemanuel.com<br>RENITA SHARMA (*pro hac vice*)<br>renitasharma@quinnemanuel.com<br>HOPE SKIBITSKY (*pro hac vice*)<br>hopeskibitsky@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone:    (212) 849-7000<br>Facsimile:    (212) 849-7100<br><br>TERRY L. WIT (SBN 233473)<br>terrywit@quinnemanuel.com<br>QUINN EMANUEL URQUHART<br>AND SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone:    (415) 875-6331<br>Facsimile:    (415) 875-6700<br><br>*Attorneys for Plaintiff hiQ Labs, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>            Plaintiff,<br><br>     vs.<br><br>LinkedIn Corporation,<br><br>            Defendant.<br><br>LinkedIn Corporation<br><br>            Counterclaimant,<br>     vs.<br><br>hiQ Labs, Inc.<br><br>            Counterdefendant. | Case No. 17-cv-03301-EMC<br><br>**STIPULATION AND [**~~PROPOSED~~**]<br>ORDER EXTENDING CERTAIN RULE<br>16 DEADLINES**<br><br>Complaint Filed:  June 7, 2017<br>Trial Date:          February 27, 2023 |

1    Under Civil Local Rule 6-2 and Fed. R. Civ. P. 16, Defendant and Counterclaimant
2    LinkedIn Corporation ("LinkedIn") and Plaintiff and Counterdefendant hiQ Labs, Inc. ("hiQ" and
3    LinkedIn and hiQ collectively, the "Parties") stipulate to an extension for the opening expert
4    report of LinkedIn's computer science expert, Prof. Doug Schmidt, to June 17, 2022, an extension
5    of the rebuttal to said Expert Report to July 8, 2022, and the motion to compel deadline for issues
6    arising in depositions occurring after May 20, 200 to June 14, 2022, and respectfully request an
7    order granting the same.
8    WHEREAS, the Parties served certain written discovery, including Rule 34 document
9    requests, beginning in June 2021;
10   WHEREAS, part of this production included hiQ's source code;
11   WHEREAS, the parties' opening expert reports are due June 3, 2022 (Dkt. 233);
12   WHEREAS, disputes arose between LinkedIn and hiQ regarding hiQ's source code
13   production;
14   WHEREAS in order to resolve the disputes, and without conceding LinkedIn's
15   entitlement to any additional source code, hiQ agreed to produce additional source code for
16   review on May 16, 2022, and the review began on such date;
17   WHEREAS, LinkedIn's source-code reviewers and Prof. Schmidt do not have sufficient
18   time to review code and incorporate findings into Prof. Schmidt's report before the June 3, 2022,
19   expert disclosure deadline;
20   WHEREAS, due to witness scheduling constraints, including accommodations for third
21   party witnesses, the parties have stipulated and agreed that a small number of party depositions
22   may take place after the current deposition cutoff but no later than May 31, 2022;
23   WHEREAS the motion to compel deadline is currently set for May 25, 2022, which
24   leaves insufficient time to confer about and bring a motion on any issue that arises during
25   depositions that take place after May 20, 2022; and
26   WHEREAS, the current case schedule was modified previously.  *See* Dkt. 236.  All other
27   case deadlines other than those identified below, including the trial date, are not impacted by the
28   present stipulation;

THEREFORE, it is hereby stipulated and agreed:

1. hiQ will make all source code it has agreed to produce to resolve the parties' disputes as to hiQ's production of source code available for review the weeks of May 16 and May 23;

2. LinkedIn's deadline for Prof. Schmidt's expert disclosure, including his opening report, shall be June 17, 2022.

3. To the extent LinkedIn's other experts or hiQ's experts seek to rely on or reference Prof. Schmidt's report, LinkedIn or hiQ, as the case may be, may serve supplemental or amended expert reports for such purpose by June 17, 2022.

4. To the extent hiQ seeks to serve a rebuttal to Prof. Schmidt's report, it shall be served no later than July 8, 2022.

5. The motion to compel deadline for issues arising in depositions that occur after May 20, 2022, is extended to June 14, 2022.

6. All other deadlines remain unchanged.

**SO STIPULATED.**

Dated: May 25, 2022                    Orrick, Herrington & Sutcliffe LLP

                                       By:   /s/  Nathan Shaffer
                                              NATHAN SHAFFER
                                              Attorney for Defendant
                                              LinkedIn Corporation


Dated: May 25, 2022                    Quinn Emanuel Urquhart & Sullivan LLP

                                       By:   /s/  Hope Skibitsky
                                              HOPE SKIBITSKY
                                              Attorney for Plaintiff
                                              hiQ Labs, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 25, 2022, ~~2022~~

_____
EDWARD M. CHEN
United States District Judge