| | |
|---|---|
| ANNETTE L. HURST (SBN 148738)<br>ahurst@orrick.com<br>RUSSELL P. COHEN (SBN 213105)<br>rcohen@orrick.com<br>CATHERINE Y. LUI (SBN 239648)<br>clui@orrick.com<br>NATHAN SHAFFER (SBN 282015)<br>nshaffer@orrick.com<br>DANIEL JUSTICE (SBN 291907)<br>djustice@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>405 Howard Street<br>San Francisco, CA  94105-2669<br>Telephone:    +1 415 773 5700<br>Facsimile:     +1 415 773 5759<br><br>MARIA N. SOKOVA (SBN 323627)<br>msokova@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025-1015<br>Telephone:    +1 650 614 7400<br>Facsimile:     +1 650 614 7401<br><br>*Attorneys for Defendant LinkedIn Corporation* | COREY WORCESTER (*pro hac vice*)<br>coreyworcester@quinnemanuel.com<br>RENITA SHARMA (*pro hac vice*)<br>renitasharma@quinnemanuel.com<br>HOPE SKIBITSKY (*pro hac vice*)<br>hopeskibitsky@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone:     (212) 849-7000<br>Facsimile:      (212) 849-7100<br><br>TERRY L. WIT (SBN 233473)<br>terrywit@quinnemanuel.com<br>QUINN EMANUEL URQUHART AND SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone:     (415) 875-6331<br>Facsimile:      (415) 875-6700<br><br>*Attorneys for Plaintiff hiQ Labs, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>           Plaintiff,<br><br>    vs.<br><br>LinkedIn Corporation,<br><br>           Defendant.<br>──────────────────────<br>LinkedIn Corporation<br><br>           Counterclaimant,<br>    vs.<br><br>hiQ Labs, Inc.<br><br>           Counterdefendant. | Case No. 17-cv-03301-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING ON HIQ'S MOTION TO DISMISS LINKEDIN'S COUNTERCLAIMS**<br><br>Complaint Filed:    June 7, 2017<br>Trial Date:            February 27, 2023 |

1    Under Civil Local Rule 6-2, Defendant and Counterclaimant LinkedIn Corporation ("LinkedIn") and Plaintiff and Counterdefendant hiQ Labs, Inc. ("hiQ" and LinkedIn and hiQ collectively, the "Parties") stipulate to a briefing schedule for hiQ's Renewed Motion to Dismiss LinkedIn's First and Second Counterclaims ("Motion to Dismiss") (ECF No. 273). The hearing set by the Court for July 7, 2022, (ECF No. 277.01), will not be changed based on the briefing schedule, as set forth below.

WHEREAS, hiQ previously filed a motion to dismiss on April 14, 2020 to LinkedIn's first and second counterclaims (ECF No. 137);

WHEREAS, the Court deferred ruling on the original motion to dismiss with permission to hiQ to renew its motion to dismiss as to the first and second counterclaims "once the Supreme Court issues its decision in *Van Buren* and/or this case" (ECF No. 199 at 17);

WHEREAS, on June 3, 2021, the Supreme Court issued its decision in *Van Buren v. United States,* 141 S. Ct. 1648, 210 L. Ed. 2d 26 (2021);

WHEREAS, on April 18, 2022, the Court of Appeals for the Ninth Circuit affirmed its earlier ruling upholding the preliminary injunction issued in this case, *see hiQ Labs, Inc. v. LinkedIn Corp.*, 31 F.4th 1180 (9th Cir. 2022);

WHEREAS, on May 20, 2022, hiQ filed its renewed Motion to Dismiss (ECF No. 274);

WHEREAS, LinkedIn's opposition to the Motion to Dismiss would be due on June 3 and hiQ's reply to its Motion to Dismiss would be due on June 10, 2022;

WHEREAS, the Court set the hearing for hiQ's Motion to Dismiss on July 7, 2022 (ECF No. 277.01);

WHEREAS, the Parties have been engaged in extensive fact discovery in this matter including conducting 24 depositions in the month of May 2022;

WHEREAS, the Parties engaged in conferral on source code inspections as reflected in the Parties' stipulation regarding the source code inspection, ECF No. 279, which the Court granted in ECF No. 280;

WHEREAS, the Parties have engaged in extensive third party discovery including LinkedIn serving more than 30 subpoenas to hiQ's former customers;

WHEREAS, on May 25, 2022, LinkedIn filed a motion to compel compliance with subpoena duces tecum against third party Go.Daddy.com, LLC in the District of Arizona;

WHEREAS, the Parties have agreed to conduct two third-party depositions that will occur in June and July 2022 due to witness scheduling issues, document conferrals, and allowing for the resolution of LinkedIn's motion to compel compliance against GoDaddy.com, LLC;

WHEREAS, the Parties will exchange affirmative expert reports on June 3, 2022 and responsive experts reports on June 24, 2022 except for those expert reports impacted by the source code issues as reflected in ECF No. 280.  The Parties have collectively retained at least nine expert witnesses;

WHEREAS, the Parties have conferred and have agreed that due to the intense fact and expert discovery schedules, the briefing should proceed as follows: (i) LinkedIn's Opposition to the Motion to Dismiss is due on June 9, 2022; and (ii) hiQ's Reply to the Motion to Dismiss is due on June 23, 2022;

WHEREAS, the stipulated briefing schedule will not impact the hearing on the Motion to Dismiss, which will remain on July 7, 2022;

WHEREAS, all other case deadlines other than those identified below, including the trial date, are not impacted by the present stipulation;

THEREFORE, it is hereby stipulated and agreed:

1. LinkedIn's opposition to hiQ's Motion to Dismiss is due on June 9, 2022;

2. hiQ's reply to its Motion to Dismiss is due on June 23, 2022;

3. The hearing for hiQ's Motion to Dismiss remains on July 7, 2022.

4. All other deadlines remain unchanged.

**SO STIPULATED.**

| | |
|---|---|
| Dated: May 27, 2022 | Orrick, Herrington & Sutcliffe LLP |
| | By: _/s/Catherine Y. Lui_<br>CATHERINE Y. LUI<br>Attorney for Defendant and Counterclaimant<br>LinkedIn Corporation |
| Dated: May 27, 2022 | Quinn Emanuel Urquhart & Sullivan LLP |
| | By: _/s/Renita Sharma_<br>RENITA SHARMA<br>Attorney for Plaintiff and Counterdefendant<br>hiQ Labs, Inc. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2022

EDWARD M. CHEN
United States District Judge

**L.R. 5-1 SIGNATURE ATTESTATION**

As the ECF user whose user ID and password are utilized in the filing of this document, I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

*/s/Catherine Y. Lui*
Catherine Y. Lui
