| | |
|---|---|
| 1 | ANNETTE L. HURST (SBN 148738) |
|   | ahurst@orrick.com |
| 2 | RUSSELL P. COHEN (SBN 213105) |
|   | rcohen@orrick.com |
| 3 | CATHERINE Y. LUI (SBN 239648) |
|   | clui@orrick.com |
| 4 | NATHAN SHAFFER (SBN 282015) |
|   | nshaffer@orrick.com |
| 5 | DANIEL JUSTICE (SBN 291907) |
|   | djustice@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 405 Howard Street |
| 7 | San Francisco, CA  94105-2669 |
|   | Telephone:    +1 415 773 5700 |
| 8 | Facsimile:    +1 415 773 5759 |
| 9 | MARIA N. SOKOVA (SBN 323627) |
|   | msokova@orrick.com |
| 10 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|    | 1000 Marsh Road |
| 11 | Menlo Park, CA  94025-1015 |
|    | Telephone:    +1 650 614 7400 |
| 12 | Facsimile:    +1 650 614 7401 |
| 13 | Attorneys for Defendant LinkedIn Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc., | Case No. 17-cv-03301-EMC |
| Plaintiff, | **LUI DECLARATION IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER BRIEFING ON HIQ'S MOTION TO DISMISS LINKEDIN'S COUNTERCLAIMS** |
| vs. | |
| LinkedIn Corporation, | |
| Defendant. | Complaint Filed:  June 7, 2017 |
|  | Trial Date:         February 27, 2023 |
| LinkedIn Corporation | |
| Counterclaimant, | |
| vs. | |
| hiQ Labs, Inc. | |
| Counterdefendants, | |

LUI DECL.
17-cv-03301-EMC

4163-8603-5768.2

I, Catherine Y. Lui, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and counsel of record for LinkedIn Corporation. I am familiar with the events, pleadings, and discovery in this action, and if called as a witness I could and would testify competently to the matters stated herein of my own personal knowledge. I submit this declaration in support of Parties' Stipulation and [Proposed] Order Regarding Briefing on hiQ's Motion to Dismiss LinkedIn's Counterclaims.

2. I have reviewed the record and pleadings in this litigation. hiQ previously filed a motion to dismiss to LinkedIn's first and second counterclaims on April 14, 2020. ECF No. 137. The Court deferred the ruling, giving hiQ permission to renew the motion to dismiss "once the Supreme Court issues its decision in *Van Buren* and/or this case". ECF No. 199 at 17.

3. On June 3, 2021, the Supreme Court issued its decision in *Van Buren v. United States,* 141 S. Ct. 1648, 210 L. Ed. 2d 26 (2021). On April 18, 2022, the Court of Appeals for the Ninth Circuit affirmed its earlier ruling upholding the preliminary injunction issued in this case, *see hiQ Labs, Inc. v. LinkedIn Corp.*, 31 F.4th 1180 (9th Cir. 2022).

4. On May 20, 2022, hiQ filed its renewed Motion to Dismiss. ECF No. 274. LinkedIn's opposition to the Motion to Dismiss would be due on June 3, 2022 and hiQ's reply brief would be due on June 10, 2022. The Court set the hearing date for hiQ's Motion to Dismiss on July 7, 2022. ECF No. 277.01.

5. The parties have been engaged in extensive fact discovery including conducting 24 depositions during the month of May 2022. In addition, the parties engaged in conferral on source code inspections, as reflected in ECF No. 279, which the Court granted in ECF No. 280.

6. The parties have also engaged in extensive third party discovery including LinkedIn serving more than 30 subpoenas on hiQ's former customers. On May 25, 2022, LinkedIn filed a motion to compel compliance against Go.Daddy.com, LLC in the District of Arizona. The parties have agreed to conduct two third-party depositions that will occur in June and July 22 due to witness scheduling issues, document conferrals, and allowing for the resolution of LinkedIn's motion to compel compliance against GoDaddy.com, LLC.

7. The parties will serve affirmative expert reports on June 3 and responsive expert reports on June 24, 2022 except for those experts impacted by EF No. 280. The parties have collectively retained at least nine expert witnesses based off of the parties' disclosures of expert witnesses pursuant to the Protective Order entered in this action.

8. Due to the intense fact and expert discovery schedule, the parties require additional time to brief the Motion to Dismiss. The parties have stipulated to the following briefing schedule for the Motion to Dismiss: (i) LinkedIn's Opposition to the Motion to Dismiss is due on June 9, 2022; and (ii) hiQ's Reply to the Motion to Dismiss is due on June 23, 2022. The briefing schedule would not impact the hearing date on hiQ's Motion to Dismiss, which would proceed on July 7, 2022, as the Court previously set pursuant to ECF No. 277.01.

9. There have been no previous briefing modifications for this Motion to Dismiss. The parties sought and the Court granted an extension to discovery deadlines on February 24, 2022. The parties also sought and the Court granted a limited extension as to certain expert issues related to the source code inspection as reflected in ECF Nos. 279 and 280. With the exception of the deadlines noted herein, the parties do not seek to change the existing schedule. The stipulated briefing schedule for the Motion to Dismiss will not impact any other deadlines in this matter including the trial date.

Executed this 27th day of May, 2022, at San Francisco, CA.

*/s/Catherine Y. Lui*
Catherine Y. Lui

- 2 -

LUI DECL.
17-cv-03301-EMC

4163-8603-5768.2