ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
CATHERINE Y. LUI (SBN 239648)
clui@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

MARIA N. SOKOVA (SBN 323627)
msokova@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401

*Attorneys for LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> LinkedIn Corporation, <br><br> Defendant. | Case No. 17-cv-03301-EMC <br><br> **LINKEDIN CORPORATION'S LOCAL RULE 79-5(f) ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| LinkedIn Corporation <br><br> Counterclaimant, <br> vs. <br><br> hiQ Labs, Inc. <br><br> Counterdefendant, | Complaint Filed: June 7, 2017 <br> Trial Date: February 27, 2023 |

1    Pursuant to Civil Local Rules 7-11 and 79-5(f) and the Stipulated Protective Order For
2    Litigation Involving Patents, Highly Sensitive Confidential Information, and/or Trade Secrets
3    (ECF No. 213) (the "Protective Order"), LinkedIn Corporation hereby moves to file under seal
4    portions of LinkedIn Corporation's Supplemental Brief In Support of Motion to Dissolve
5    Preliminary Injunction ("Supplemental Brief") that quote from or reflect information designated
6    by Plaintiff and Counterdefendant hiQ Labs, Inc., under the Protective Order in this case as well
7    as the confidential exhibits submitted in support of the Supplemental Brief, which are submitted
8    as exhibits to the Supplemental Declaration of Annette L. Hurst in Support of LinkedIn's Motion
9    to Dissolve ("Suppl. Hurst Decl").  In support of this request, LinkedIn submits the Declaration of
10   Nathan Shaffer, a copy of the Supplemental Brief with highlights indicating the information
11   subject to this request to seal, the confidential exhibits that should be filed under seal, as well as a
12   proposed order.
13       Specifically, LinkedIn seeks an order sealing the following information that was
14   designated by hiQ:

| Portion of Supplemental Brief to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|
| Highlighted portions of page 1 of the Supplemental Brief | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Highlighted portions of page 2 of the Supplemental Brief | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Highlighted portions of page 3 of the Supplemental Brief | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Highlighted portions of page 4 of the Supplemental Brief | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Highlighted portions of page 5 of the Supplemental Brief | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Highlighted portions of page 6 of the Supplemental Brief | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Highlighted portions of page 7 of the Supplemental Brief | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |

| Portion of Supplemental Brief to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|
| Highlighted portions of page 8 of the Supplemental Brief | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Highlighted portions of page 9 of the Supplemental Brief | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Highlighted portions of page 10 of the Supplemental Brief | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Highlighted portions of page 11 of the Supplemental Brief | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Exhibit 1 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Highlighted portions of Exhibit 2 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 3 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 4 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 5 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 6 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 7 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 8 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 9 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 11 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 12 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |

| Portion of Supplemental Brief to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|
| Exhibit 13 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 14 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 15 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 16 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 17 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 18 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 19 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 20 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 21 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 22 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Highlighted portions of Exhibit 23 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order.<br><br>The IP addresses on page 12 of the exhibit have been designated as protected material under the Court's prior order on 10/05/2021 and are redacted as duplicative of a prior under-seal filing. (*See* Dkt. No. 223) |
| Exhibit 25 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 26 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |

| Portion of Supplemental Brief to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|
| Exhibit 27 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 28 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 29 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 30 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 31 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 32 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 33 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 34 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 35 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 36 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 37 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 38 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 39 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 40 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 41 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |

| Portion of Supplemental Brief to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|
| Exhibit 42 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 43 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 44 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 45 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |

Dated: June 1, 2022                               Orrick, Herrington & Sutcliffe LLP


By:      */s/ Nathan Shaffer*
         NATHAN SHAFFER
         Attorneys for Defendant
         LinkedIn Corporation