```
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
CATHERINE Y. LUI (SBN 239648)
clui@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

MARIA N. SOKOVA (SBN 323627)
msokova@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:    +1 650 614 7400
Facsimile:    +1 650 614 7401
```

*Attorneys for LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>    Plaintiff,<br><br>    vs.<br><br>LinkedIn Corporation,<br><br>    Defendant. | Case No. 17-cv-03301-EMC<br><br>**DECLARATION OF NATHAN SHAFFER IN SUPPORT OF LINKEDIN CORPORATION'S LOCAL RULE 79-5 ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| LinkedIn Corporation,<br><br>    Counterclaimant,<br>    vs.<br><br>hiQ Labs, Inc.<br><br>    Counterdefendant, | Complaint Filed:   June 7, 2017<br>Trial Date:            February 27, 2023 |

I, Nathan Shaffer declare as follows:

1.     I am an attorney with the law firm of Orrick, Herrington & Sutcliffe, LLP, attorneys of record for Defendant LinkedIn Corporation. ("LinkedIn").  I have personal knowledge of the facts set forth below and if called as a witness I could and would competently testify to those facts.

2.     Pursuant to Civil Local Rule 79-5(f), I submit this declaration in support of LinkedIn Corporation's Local Rule 79-5(f) Administrative Motion To Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion").

3.     I have reviewed LinkedIn Corporation's Supplemental Brief In Support of Motion to Dissolve Preliminary Injunction ("Supplemental Brief") and the Supplemental Declaration of Annette L. Hurst in Support of the Motion to Dissolve Preliminary Injunction ("Suppl. Hurst Decl").

4.     Based on my review, the Supplemental Brief and Exhibits to the Hurst Declaration contain designated material as follows:

| Portion of Supplemental Brief to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|
| Highlighted portions of page 1 of the Supplemental Brief | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Highlighted portions of page 2 of the Supplemental Brief | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Highlighted portions of page 3 of the Supplemental Brief | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Highlighted portions of page 4 of the Supplemental Brief | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Highlighted portions of page 5 of the Supplemental Brief | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Highlighted portions of page 6 of the Supplemental Brief | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Highlighted portions of page 7 of the Supplemental Brief | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |

| Portion of Supplemental Brief to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|
| Highlighted portions of page 8 of the Supplemental Brief | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Highlighted portions of page 9 of the Supplemental Brief | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Highlighted portions of page 10 of the Supplemental Brief | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Highlighted portions of page 11 of the Supplemental Brief | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Exhibit 1 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Highlighted portions of Exhibit 2 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 3 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 4 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 5 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 6 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 7 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 8 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 9 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 11 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 12 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |

| Portion of Supplemental Brief to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|
| Exhibit 13 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 14 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 15 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 16 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 17 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 18 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 19 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 20 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 21 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 22 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Highlighted portions of Exhibit 23 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order.<br><br>The IP addresses on page 12 of the exhibit have been designated as protected material under the Court's prior order on 10/05/2021 and are redacted as duplicative of a prior under-seal filing. (*See* Dkt. No. 223) |
| Exhibit 25 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 26 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |

| Portion of Supplemental Brief to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|
| Exhibit 27 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 28 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 29 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 30 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 31 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 32 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 33 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 34 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 35 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 36 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 37 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 38 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 39 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 40 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 41 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |

| Portion of Supplemental Brief to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|
| Exhibit 42 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 43 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 44 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit 45 to Suppl. Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |

5. Further based on my review, the IP addresses on page 12 of Exhibit 23 have been designated as protected material under the Court's prior order on October 5, 2021, and are duplicative of a previous under seal filing. (Dkt. No. 223)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 1, 2022, in Oakland, California.



*/s/ Nathan Shaffer*
Nathan Shaffer