# EXHIBIT 8

# EXHIBIT FILED UNDER SEAL