# EXHIBIT 9

# EXHIBIT FILED UNDER SEAL