# EXHIBIT 16

# EXHIBIT FILED UNDER SEAL