# EXHIBIT 18

# EXHIBIT FILED UNDER SEAL