# EXHIBIT 19

# EXHIBIT FILED UNDER SEAL