# EXHIBIT 20

# EXHIBIT FILED UNDER SEAL