# EXHIBIT 21

# EXHIBIT FILED UNDER SEAL