EXHIBIT 22

EXHIBIT FILED UNDER SEAL