EXHIBIT 23

(REDACTED VERSION OF DOCUMENT FILED UNDER SEAL)

1  wwwwwCorey Worcester (*pro hac vice*)
   coreyworcester@quinnemanuel.com
2  Renita Sharma (*pro hac vice*)
   renitasharma@quinnemanuel.com
3  Hope Skibitsky (*pro hac vice*)
   hopeskibitsky@quinnemanuel.com
4  QUINN EMANUEL URQUHART AND SULLIVAN LLP
   51 Madison Avenue, 22nd Floor
5  New York, NY 10010
   Telephone:    (212) 849-7000
6
   Terry L. Wit (SBN 233473)
7  terrywit@quinnemanuel.com
   QUINN EMANUEL URQUHART AND SULLIVAN LLP
8  50 California Street, 22nd Floor
   San Francisco, CA 94111
9  Telephone:    (415) 875-6331
10
   Attorneys for Plaintiff hiQ Labs, Inc.
11

12              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
13

| | |
|---|---|
| hiQ LABS, INC., | Case No.:  17-CV-03301-EMC |
| Plaintiff, | **PLAINTIFF HIQ LABS, INC.'S RESPONSES TO LINKEDIN CORPORATION'S FIRST SET OF INTERROGATORIES** |
| vs. | |
| LINKEDIN CORPORATION, | |
| Defendant. | Judge:  Hon. Edward M. Chen |

**Exhibit 481**
**Weidick, M.**
5/23/22
*@ptus*

1    Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and this Court's Local

2    Civil Rules, Plaintiff hiQ Labs, Inc. ("hiQ"), by and through its undersigned counsel, hereby

3    provides the following objections and responses to Defendant LinkedIn Corporation's

4    ("LinkedIn's) First Set of Interrogatories dated June 29, 2021.

5    hiQ makes the responses herein solely for the purposes of this Action.  By responding to

6    each Interrogatory, hiQ does not waive objections to the admission of these responses into

7    evidence on the grounds of relevance, materiality, or any other proper grounds for objection.  hiQ

8    reserves all objections to the use of these responses to Interrogatories.  hiQ may impose all such

9    objections at the time of trial or as otherwise required by the applicable rules or order of the Court.

10   hiQ objects to the Interrogatories to the extent they seek information protected by the attorney-

11   client privilege, the attorney work product doctrine, and/or any other applicable privileges.

12   hiQ is willing to meet and confer with LinkedIn in relation to all Interrogatories, and hiQ's

13   responses and objections set forth herein are based upon information presently known to hiQ, at a

14   time when discovery is in the very early stages.  hiQ reserves the right to amend, supplement, or

15   withdraw its responses and objections to each Interrogatory, including to take into account

16   additional information that comes to light during the discovery process.

17   Each person or company marked with an asterisk ("*") must be protected as Confidential

18   in accordance with the Court's Protective Order for Litigation Involving Patents, Highly Sensitive

19   Confidential Information and/or Trade Secrets (Dkt. 213).   Each person or company marked with

20   two asterisks ("**") must be protected as Highly Confidential – Attorneys' Eyes Only in

21   accordance with the same.

22   **<u>OBJECTIONS AND RESPONSES TO INTERROGATORIES</u>**

23   **<u>INTERROGATORY NO. 1:</u>**

24   Separately, identify all persons to whom you have provided or intend to provide in the

25   future data from LinkedIn's website, computers, servers, or services, including, without limitation,

26   analyses, compilations, summaries, and reports that use, are derived from, rely upon, refer to, or

27   incorporate such data.

28

CONFIDENTIAL



CONFIDENTIAL

Case No. 17-CV-03301-EMC
RESPONSES TO FIRST SET OF INTERROGATORIES

CONFIDENTIAL



CONFIDENTIAL

**INTERROGATORY NO. 2:**

For each and every instance in which you disclosed hiQ's customers, including, without limitation, prospective customers, customer contracts, or customer business arrangements, to LinkedIn, state the date of the disclosure, the person(s) providing and receiving the information, and the contents of the disclosure.

**RESPONSE TO INTERROGATORY NO. 2:**

CONFIDENTIAL



RESPONSES TO FIRST SET OF INTERROGATORIES

CONFIDENTIAL



CONFIDENTIAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



CONFIDENTIAL



Case No. 17-CV-03301-EMC
RESPONSES TO FIRST SET OF INTERROGATORIES



CONFIDENTIAL

Case No. 17-CV-03301-EMC
RESPONSES TO FIRST SET OF INTERROGATORIES

CONFIDENTIAL

1 ████████████████████████████████████████████████████████

2 ████████████████████████████████████████████

3 ░░░░████████████████████

4 ░░░░████████████████████████████████████████████████

5 ████████████████████████████████████████████

6 ████████████████████████████████████████████████████████

7 ████████████████████████████████████████████████████

8 ████████████████████████████████████████████████████████

9 ████████████████████████████████████

10 **INTERROGATORY NO. 3:**

11        Describe in detail your means of access to LinkedIn's website by listing all IP addresses

12 and user agents that you have used—currently or have reason to believe you will use in the

13 future—to access LinkedIn's website, computers, or servers, whether directly or indirectly, and for

14 each such IP address and user agent stating how hiQ gained access to the IP address or user agent,

15 the time period for which the IP address or user agent was in use, the number of calls or requests

16 you made to LinkedIn's website, servers, or computers from each IP address or user agent, the

17 specific LinkedIn webpages accessed through each IP address or user agent, and the organization

18 or provider formally associated with each IP address or user agent at the time of your use.

19 **RESPONSE TO INTERROGATORY NO. 3:**

20 ░░░░████████████████████████████████████████████████

21 ████████████████████████████████████████████████████

22 ░░░░████████████████████████████████████████

23 ████████████████████████████████████████████████

24 ████████████████████████████████████████████████

25 ████████████████████████████████████████████████

26 ████████████████████████████████████████████████

27 ████████████████████████████████████████████████

28

CONFIDENTIAL



CONFIDENTIAL

1 ████████████████████████████████████████████

2 ████████████████████████████████████████████████

3 ████████████████████████████████████

4 **INTERROGATORY NO. 4:**

5     Describe every way you have accessed and extracted or have reason to believe you will

6 access and extract data from LinkedIn's website, computers, or servers, including for each way the

7 applicable time frame of use and every step used to access and extract data.

8 **RESPONSE TO INTERROGATORY NO. 4:**

9 ████████████████████████████████████████████████

10 ████████████████████████████████████████████

11 ████████████████████████████████████████████

12 ████████████████████████████████████████████

13 ████████████████████████████████████

14 ████████████████████████████████████████████

15 ██████████████████████████████████████

16 ████████████████████████████████████████

17 ████████████████████████████████████████████

18 ████████████████████

19 **INTERROGATORY NO. 5:**

20     Identify and describe each and every source of information that hiQ has ever used or

21 considered for its products, including the timeframe that each source was accessed, the IP

22 addresses or user agents hiQ used to access each source, the fields of data retrieved from each

23 source, and the products into which the source of information (or analyses derived from the source

24 of information) was incorporated.

25 **RESPONSE TO INTERROGATORY NO. 5:**

26 ████████████████████████████████████████████

27 ████████████████████████████████████████████████

28 ██████████████████

CONFIDENTIAL

Case No. 17-CV-03301-EMC
RESPONSES TO FIRST SET OF INTERROGATORIES

CONFIDENTIAL

1  **INTERROGATORY NO. 6:**

2          Describe in detail, including identifying all related documents or communications, why

3  hiQ believed that LinkedIn approved of its activities with respect to LinkedIn's website,

4  computers, servers, or data, including each and every instance in which you informed an employee

5  of LinkedIn of the sources and methods hiQ uses to obtain data.

6  **RESPONSE TO INTERROGATORY NO. 6:**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CONFIDENTIAL



Case No. 17-CV-03301-EMC
RESPONSES TO FIRST SET OF INTERROGATORIES

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

1 ████████████████████████████████████████████████

2 ████████████████████████████████████████████████████

3 ███████████████████████████████████████████████████████

4 ██████████████████████████████████████████

5    ████████████████████████████████████████████

6 ██████████████████████████████████

7    ███████████████████████████████████████████████████

8 ███████████████████████████████████████████

9 ████████████████████████████████████████████████████

10 ██████████████████████████████████████████████████

11 ███████████████████████████████████████████████

12 ████████████████████████████████████████████████████

13 █████████████████████████████████████████████████

14 ████████████████████████████████████████████████████

15 ███████████████████████████████████████████████

16 ████████████████████████████████████████████████████

17 ███████████████████████████████████

18    ███████████████████████████████████████████████

19 ██████████████████████████████████████████████

20 ██████████████████████████

21 **INTERROGATORY NO. 7:**

22        Describe in detail the "series of in-person meetings" held "in late 2016 and early 2017"

23 between hiQ's former CEO and "LinkedIn personnel," as described in paragraph 14 of the Mark

24 Weidick declaration dated June 22, 2017, by, for each meeting, identifying all persons who

25 attended the meeting, stating all topics discussed at the meeting, and stating the dates and locations

26 of the meeting.

27

28

CONFIDENTIAL

**RESPONSE TO INTERROGATORY NO. 7:**

CONFIDENTIAL



Case No. 17-CV-03301-EMC
RESPONSES TO FIRST SET OF INTERROGATORIES

CONFIDENTIAL

**INTERROGATORY NO. 8:**

Describe in detail all instances where any person stated or indicated that they would not do business with hiQ, including, without limitation, purchase hiQ's products, as a result of LinkedIn's actions by identifying such persons, stating the dates and contents of their statements or indications, and describing the circumstances under which such statements or indications were made.

CONFIDENTIAL

1  **RESPONSE TO INTERROGATORY NO. 8:**



CONFIDENTIAL

1    ███████████████████████████████████████

2    ████████████████████████████████████

3    ███████████████████████████████████████

4    ████████████████████████████████████████

5    ███████████████████████████████████████

6    ██████████████████████████████████████

7    ███████████████████████████

8    █████████████████████████████████████

9    ███████████████████████████████████████

10   ██████████████████████████████████████

11   ████████████████████████████████████

12   ████████████████████████████████████████

13   ███████████████████████████████████████

14   ██████████

15   **INTERROGATORY NO. 9:**

16       Identify all of hiQ's customers without limitation as to time.

17   **RESPONSE TO INTERROGATORY NO. 9:**

18   ████████████████████████████████████████

19   ████████████████████████████████████████

20

21   **INTERROGATORY NO. 10:**

22       Identify all of hiQ's prospective customers without limitation as to time.

23   **RESPONSE TO INTERROGATORY NO. 10:**

24   ██████████████████████████████████████

25   ██████████████████████████████████

26   █████████████████████████████████

27   ██████████████████████████████████████

28   ███████████████████

CONFIDENTIAL

**INTERROGATORY NO. 11:**

Identify all "potential strategic partners" as that term is used in paragraph 45 of hiQ's First Amended Complaint.

**RESPONSE TO INTERROGATORY NO. 11:**

**INTERROGATORY NO. 12:**

Describe every way hiQ contends that it competes with or is likely to compete with LinkedIn, including without limitation, identifying for each competitive LinkedIn product or service the nature of the competition with hiQ, the hiQ products or services implicated, and the time period associated with the competition or likely competition.

**RESPONSE TO INTERROGATORY NO. 12:**

CONFIDENTIAL



CONFIDENTIAL

1  ████████████████████████████████████████████████████████

2  ████████████████████  ████████████████████████████████████

3  ████████████████

4  **INTERROGATORY NO. 13:**

5      Identify each product or service offered by a third party that competes with, competed

6  with, or provides similar functionality to hiQ's Keeper product.

7  **RESPONSE TO INTERROGATORY NO. 13:**

8      ████████████████████████████████████████████████████

9  ████████████████████████████████████

10     ████████████████████████████████████████

11 ████████████████████████████████████████████████████████

12 ████████████████████████████████████████████████████████

13 ████████████████████████████████████████████████████████

14 ████████████████████████████████████████████████████████

15 ████████████████████████

16 **INTERROGATORY NO. 14:**

17     Identify each product or service offered by a third party that competes with, competed

18 with, or provides similar functionality to hiQ's Skill Mapper product.

19 **RESPONSE TO INTERROGATORY NO. 14:**

20     ████████████████████████████████████████████████████

21 ████████████████████████████████████

22     ████████████████████████████████████████

23 ████████████████████████████████████████████████████████

24 ████████████████████████████████████████████████████████

25 ████████████████████████████████████████████████████████

26 ████████████████████████████████

27 █  ██████████████████████████████

28 █  ████████████████████████

CONFIDENTIAL

1   **INTERROGATORY NO. 15:**

2       State all facts concerning the circumstances of any customer who canceled or reduced their

3   contracted services with hiQ from May 23, 2017, to August 14, 2017, including identification of

4   each such customer and the dates on which each customer canceled or reduced contracted

5   services.

6   **RESPONSE TO INTERROGATORY NO. 15:**

7   ███████████████████████████████████████████

8   ████████████████████████

9

10      Dated: July 29, 2021

11                                          QUINN EMANUEL URQUHART &
                                             SULLIVAN LLP

12

13                              By:  _/s/ Corey Worcester_____
                                     Corey Worcester
14                                   coreyworcester@quinnemanuel.com
                                     QUINN EMANUEL URQUHART
15                                   & SULLIVAN, LLP
                                     51 Madison Avenue, 22nd Floor
16                                   New York, NY 10010
                                     Telephone: (212) 849-7000
17                                   Facsimile:  (212) 849-7100

18                                   *Attorneys for Plaintiffs hiQ Labs Inc.*

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28