# EXHIBIT 24

# EXHIBIT MANUALLY FILED