# EXHIBIT 25

# EXHIBIT FILED UNDER SEAL