# EXHIBIT 26

# EXHIBIT FILED UNDER SEAL