# EXHIBIT 27

# EXHIBIT FILED UNDER SEAL