# EXHIBIT 28

# EXHIBIT FILED UNDER SEAL