# EXHIBIT 29

# EXHIBIT FILED UNDER SEAL