# EXHIBIT 30

# EXHIBIT FILED UNDER SEAL