EXHIBIT 31

EXHIBIT FILED UNDER SEAL