EXHIBIT 32

EXHIBIT FILED UNDER SEAL