EXHIBIT 33

EXHIBIT FILED UNDER SEAL