# EXHIBIT 34

# EXHIBIT FILED UNDER SEAL