# EXHIBIT 35

# EXHIBIT FILED UNDER SEAL