# EXHIBIT 36

# EXHIBIT FILED UNDER SEAL