EXHIBIT 37

EXHIBIT FILED UNDER SEAL