# EXHIBIT 38

# EXHIBIT FILED UNDER SEAL