# EXHIBIT 39

# EXHIBIT FILED UNDER SEAL