EXHIBIT 40

EXHIBIT FILED UNDER SEAL