EXHIBIT 42

EXHIBIT FILED UNDER SEAL