# EXHIBIT 43

# EXHIBIT FILED UNDER SEAL