EXHIBIT 44

EXHIBIT FILED UNDER SEAL