EXHIBIT 45

EXHIBIT FILED UNDER SEAL