EXHIBIT 46

## Contact

www.linkedin.com/in/boris-dev
(LinkedIn)

## Top Skills

Data Analysis
Django
Python

## Languages

Spanish

## Publications

Spatial Econometrics. Entry in Encyclopedia of Human Geography.

Sigma convergence in the presence of spatial effects

# Boris Dev

Product Engineer at Sight Machine
Berkeley

## Experience

**Sight Machine**
Senior Full Stack Engineer
October 2018 - Present (3 years 8 months)

Product backend

- Distributed workers monitoring
- SQL query engine for analytic APIs
- Local docker dev env

**hiQ Labs**
Software Developer
October 2015 - Present (6 years 8 months)
San Francisco Bay Area

- Moved data pipeline to a docker micro-service architecture
- Owned distributed web scraping
- Built a Splunk performance monitoring system
- Supported data science team's move to Spark
- Django REST API

**MapDecisions**
Software Developer
2014 - 2015 (1 year)

Built full stack SaaS for the public works departments to inspect street signs.

**Urban Mapping**
Developer
2011 - 2013 (2 years)

Built a Splunk performance monitoring and Jenkins CI system, Geospatial data wrangling, JavaScript Web Maps, AWS DevOps, Docs

**S.D.S.U**
Researcher
2005 - 2008 (3 years)

Spatial data analysis of social science problems

EXHIBIT 200
Deponent **B. Dev**
Date: 5-4-2022
Gina Carbone, CSR



## Education

Joint PHD geography program at San Diego State University and University of California, Santa Barbara

PhD, Geography · (2004 - 2009)