1  ANNETTE L. HURST (SBN 148738)
   ahurst@orrick.com
2  RUSSELL P. COHEN (SBN 213105)
   rcohen@orrick.com
3  CATHERINE Y. LUI (SBN 239648)
   clui@orrick.com
4  NATHAN SHAFFER (SBN 282015)
   nshaffer@orrick.com
5  DANIEL JUSTICE (SBN 291907)
   djustice@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
7  San Francisco, CA  94105-2669
   Telephone:   +1 415 773 5700
8  Facsimile:    +1 415 773 5759

9  MARIA N. SOKOVA (SBN 323627)
   msokova@orrick.com
10 ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
11 Menlo Park, CA  94025-1015
   Telephone:   +1 650 614 7400
12 Facsimile:    +1 650 614 7401

13 *Attorneys for LinkedIn Corporation*

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                         SAN FRANCISCO DIVISION

17

| hiQ Labs, Inc., | Case No. 17-cv-03301-EMC |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | Complaint Filed:   June 7, 2017 |
| LinkedIn Corporation, | Trial Date:            February 27, 2023 |
| Defendant. | |
| LinkedIn Corporation | |
| Counterclaimant, | |
| vs. | |
| hiQ Labs, Inc. | |
| Counterdefendant, | |

# **CERTIFICATE OF SERVICE**

This is to certify that on June 2, 2022, before 12:15 a.m., unredacted copies of under seal materials and materials filed manually with LinkedIn Corporation's Supplemental Brief In Support of Motion to Dissolve Preliminary Injunction and Supplemental Declaration of Annette L. Hurst in Support of Motion to Dissolve Preliminary Injunction was served on the following counsel via email:

| | |
|---|---|
| Corey Worcester (pro hac vice)<br>coreyworcester@quinnemanuel.com<br>Renita Sharma (pro hac vice)<br>renitasharma@quinnemanuel.com<br>Hope Skibitsky (pro hac vice)<br>hopeskibitsky@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br><br>Terry L. Wit (SBN 233473)<br>terrywit@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600 | Adam Bryan Wolfson<br>adamwolfson@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>865 S. Figueroa Street<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br><br>Zane Muller (pro hac vice)<br>zanemuller@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010<br>Telephone:  (212) 849-7000<br><br>Elisabeth B. Miller (pro hac vice)<br>elisabethmiller@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010<br>Telephone:  (212) 849-7097 |

*/s/ Nathan Shaffer*
Nathan Shaffer