ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
CATHERINE Y. LUI (SBN 239648)
clui@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1 415 773 5700
Facsimile:    +1 415 773 5759

MARIA N. SOKOVA (SBN 323627)
msokova@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:   +1 650 614 7400
Facsimile:    +1 650 614 7401

*Attorneys for LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>            Plaintiff,<br><br>    vs.<br><br>LinkedIn Corporation,<br><br>            Defendant. | Case No. 17-cv-03301-EMC<br><br>**NOTICE OF LODGING OF PHYSICAL EXIBIT TO THE SUPPLEMENTAL DECLARATION OF ANNETTE L. HURST IN SUPPORT OF LINKEDIN'S MOTION TO DISSOLVE PRELIMINARY INJUNCTION** |
| LinkedIn Corporation<br><br>            Counterclaimant,<br><br>    vs.<br><br>hiQ Labs, Inc.<br><br>            Counterdefendant, | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant and Counterclaim Plaintiff LinkedIn Corporation hereby lodges with the Court a copy of an electronic exhibit to the Supplemental Declaration of Annette L. Hurst in Support LinkedIn's Motion to Dissolve Preliminary Injunction (ECF 287-1).

If you are a participant on this case, this filing has been electronically served.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

1. **Exhibit 24** to the Supplemental Declaration of Annette L. Hurst in Support LinkedIn's Motion to Dissolve Preliminary Injunction. Exhibit 24 is a flash drive containing an electronic copy of a spreadsheet produced to LinkedIn by hiQ Labs, Inc. as Exhibit B to its responses to LinkedIn's First Set of Interrogatories, as described in the Supplemental Declaration of Annette L. Hurst. The Exhibit is a non-paper, physical exhibit that cannot be attached to the Supplemental Declaration of Annette L. Hurst due the size of the spreadsheet. The Exhibit was electronically served on counsel of record for hiQ on June 2, 2022 per ECF No. 288.

Dated: June 2, 2022

Orrick, Herrington & Sutcliffe LLP

By: _____*/s/ Nathan Shaffer*_____
NATHAN SHAFFER
Attorneys for Defendant
LinkedIn Corporation