ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
CATHERINE Y. LUI (SBN 239648)
clui@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

MARIA N. SOKOVA (SBN 323627)
msokova@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401

*Attorneys for LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LinkedIn Corporation,<br><br>　　　　　Defendant.<br><br>LinkedIn Corporation<br><br>　　　　　Counterclaimant,<br><br>　　vs.<br><br>hiQ Labs, Inc.<br><br>　　　　　Counterdefendant, | Case No. 17-cv-03301-EMC<br><br>**SUPPLEMENTAL DECLARATION OF ANNETTE L. HURST IN SUPPORT OF LINKEDIN'S MOTION TO DISSOLVE PRELIMINARY INJUNCTION**<br><br>Date: July 7, 2022<br>Time: 1:30 p.m.<br>Courtroom: 5 (Remote via Zoom)<br>Judge: Hon. Edward M. Chen<br><br>Complaint Filed: June 7, 2017<br>Trial Date: February 27, 2023 |

I, Annette L. Hurst, hereby declare as follows:

1. I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for LinkedIn Corporation in this action. I am a member of the California State Bar and am admitted to practice before this Court. I have personal knowledge of the facts stated in this declaration.

2. Attached hereto as **Exhibit 1 is** a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00705751.

3. Attached hereto as **Exhibit 2** is a true and correct copy of hiQ's First Supplemental Response to Interrogatory No. 16, served on May 11, 2022.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the transcript of deposition of Boris Dev taken on May 4, 2022.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the transcript of deposition of Andrew Kim taken on May 9, 2022.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00441860.

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of the transcript of deposition of Dan Miller taken on May 26, 2022.

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of the "rough" transcript of deposition of Mark Weidick taken on June 1, 2022. The final session of this deposition was postponed until today due to the prior illness of the witness, and LinkedIn only has a copy of the "rough" or non-final copy of the transcript. LinkedIn will supply a substitute exhibit with the corresponding excerpts from the final transcript once it is provided by the court reporter.

9. Attached hereto as **Exhibit 8** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00444291.

10. Attached hereto as **Exhibit 9** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00329112.

11. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts of the transcript

1  of deposition of Mark Weidick taken on March 18, 2022.

2        12.    Attached hereto as **Exhibit 11** is a true and correct copy of a document produced
3  by hiQ from its files, initial page Bates Number hiQ_00319806.

4        13.    Attached hereto as **Exhibit 12** is a true and correct copy of excerpts of the
5  transcript of deposition of Mark Weidick taken on May 23, 2022.

6        14.    Attached hereto as **Exhibit 13** is a true and correct copy of hiQ_00436300.

7        15.    Attached hereto as **Exhibit 14** is a true and correct copy of a document produced by
8  hiQ from its files, initial page Bates Number hiQ_00425485.

9        16.    Attached hereto as **Exhibit 15** is a true and correct copy of a document produced by
10 hiQ from its files, initial page Bates Number hiQ_00436499.

11       17.    Attached hereto as **Exhibit 16** is a true and correct copy of a document produced by
12 hiQ from its files, initial page Bates Number hiQ_00157568.

13       18.    Attached hereto as **Exhibit 17** is a true and correct copy of a document produced by
14 hiQ from its files, initial page Bates Number hiQ_00439030.

15       19.    Attached hereto as **Exhibit 18** is a true and correct copy of a document produced by
16 hiQ from its files, initial page Bates Number hiQ_00446078.

17       20.    Attached hereto as **Exhibit 19** is a true and correct copy of a document produced by
18 hiQ from its files, initial page Bates Number hiQ_00422856.

19       21.    Attached hereto as **Exhibit 20** is a true and correct copy of a document produced by
20 hiQ from its files, initial page Bates Number hiQ_00445225.

21       22.    Attached hereto as **Exhibit 21** is a true and correct copy of a document produced by
22 hiQ from its files, initial page Bates Number hiQ_00451937.

23       23.    Attached hereto as **Exhibit 22** is a true and correct copy of a document produced by
24 hiQ from its files, initial page Bates Number hiQ_00446298.

25       24.    hiQ served responses to LinkedIn's first set of Interrogatories on September 28,
26 2021, including Exhibit B to their interrogatory responses. Attached hereto as **Exhibit 23** is a true
27 and correct copy of hiQ's responses to LinkedIn's first set of Interrogatories, and **Exhibit 24** is
28 thumb drive containing a true and correct electronic copy of the spreadsheet served as Exhibit B to

1  hiQ's responses to LinkedIn's first set of Interrogatories.

2      25.    Attached hereto as **Exhibit 25** is a true and correct copy of a document produced
3  by hiQ from its files, initial page Bates Number hiQ_00450303.

4      26.    Attached hereto as **Exhibit 26** is a true and correct copy of a document produced
5  by hiQ from its files, initial page Bates Number hiQ_00442040.

6      27.    Attached hereto as **Exhibit 27** is a true and correct copy of a document produced
7  by hiQ from its files, initial page Bates Number hiQ_00641062.

8      28.    Attached hereto as **Exhibit 28** is a true and correct copy of a document produced
9  by hiQ from its files, initial page Bates Number hiQ_00183419.

10     29.    Attached hereto as **Exhibit 29** is a true and correct copy of a document produced
11 by hiQ from its files, initial page Bates Number hiQ_00308660.

12     30.    Attached hereto as **Exhibit 30** is a true and correct copy of a document produced
13 by hiQ from its files, initial page Bates Number hiQ_00576322.

14     31.    Attached hereto as **Exhibit 31** is a true and correct copy of a document produced by
15 hiQ from its files, initial page Bates Number hiQ_00437026.

16     32.    Attached hereto as **Exhibit 32** is a true and correct copy of a document produced by
17 hiQ from its files, initial page Bates Number hiQ_00437609.

18     33.    Attached hereto as **Exhibit 33** is a true and correct copy of a document produced by
19 hiQ from its files, initial page Bates Number hiQ_00439495.

20     34.    Attached hereto as **Exhibit 34** is a true and correct copy of a document produced by
21 hiQ from its files, initial page Bates Number hiQ_00442222.

22     35.    Attached hereto as **Exhibit 35** is a true and correct copy of a document produced by
23 hiQ from its files, initial page Bates Number hiQ_00437275.

24     36.    Attached hereto as **Exhibit 36** is a true and correct copy of a document produced by
25 hiQ from its files, initial page Bates Number hiQ_00200299.

26     37.    Attached hereto as **Exhibit 37** is a true and correct copy of a document produced
27 by hiQ from its files, initial page Bates Number hiQ_00439403.

28     38.    Attached hereto as **Exhibit 38** is a true and correct copy of a document produced by

1   hiQ from its files, initial page Bates Number hiQ_00141957.

2   39.  Attached hereto as **Exhibit 39** is a true and correct copy of excerpts of the transcript
3   of the deposition of Dan Miller taken on May 13, 2022.

4   40.  Attached hereto as **Exhibit 40** is a true and correct copy of a document produced by
5   hiQ from its files, initial page Bates Number hiQ_00221830.

6   41.  Attached hereto as **Exhibit 41** is a true and correct copy of a document produced by
7   hiQ from its files, initial page Bates Number hiQ_00390283.

8   42.  Attached hereto as **Exhibit 42** is a true and correct copy of a document produced
9   by hiQ from its files, initial page Bates Number hiQ_00445565.

10  43.  Attached hereto as **Exhibit 43** is a true and correct copy of a document produced
11  by hiQ from its files, initial page Bates Number hiQ_00443349.

12  44.  Attached hereto as **Exhibit 44** is a true and correct copy of a document produced
13  by hiQ from its files, initial page Bates Number hiQ_00083478.

14  45.  Attached hereto as **Exhibit 45** is a true and correct copy of excerpts of the
15  transcript of deposition of Rob DeSantis taken on May 17, 2022.

16  46.  Attached hereto as **Exhibit 46** is a true and correct copy of Deposition Exhibit
17  200, Boris Dev's LinkedIn Profile, marked at the deposition of Mr. Dev and authenticated in the
18  excerpts supplied in Exhibit 3.

19  47.  LinkedIn has retained a technical expert and source code reviewers who have been
20  reviewing hiQ's production of its Github source code repositories and its JIRA software
21  development management system.  I, along with my colleague Nathan Shaffer, have been
22  supervising the efforts of the source code reviewers.  They have regularly reported to Mr. Shaffer
23  and me regarding the nature of the materials produced by hiQ for inspection, and their efforts to
24  review them.

25  48.  After extensive meet and confer with hiQ, it recently belatedly produced an archive
26  of its JIRA system used by the company in the development of its products.  JIRA is a ticketing
27  and development tracking system for software development.  LinkedIn's reviewers repeatedly
28  attempted to inspect the JIRA archive, but were unable to readily do so because it was not available

in a reasonably accessible form.  After further negotiations with hiQ, they attempted to restore the archive by loading it to the cloud-based system on which it was originally housed.  After numerous communications with hiQ's representatives and the purveyor of the software underlying the JIRA system, our reviewers discovered and reported to Mr. Shaffer and me that hiQ's JIRA archive was no longer usable at all because it was archived using a version of the software that is no longer supported.  Based on their inspection and investigation and reports to us, I am informed and believe and thereupon state that the JIRA archive used by hiQ cannot be restored for use in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on June 1, 2022, at San Francisco, California.

*/s/ Annette L. Hurst*
Annette L. Hurst