# EXHIBIT 2

# (REDACTED VERSION OF DOCUMENT FILED UNDER SEAL)

Corey Worcester (*pro hac vice*)
coreyworcester@quinnemanuel.com
Renita Sharma (*pro hac vice*)
renitasharma@quinnemanuel.com
Hope Skibitsky (*pro hac vice*)
hopeskibitsky@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000

Terry L. Wit (SBN 233473)
terrywit@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:     (415) 875-6331

Attorneys for Plaintiff hiQ Labs, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| hiQ LABS, INC.,<br><br>　　　　　　Plaintiff,<br>　vs.<br>LINKEDIN CORPORATION,<br>　　　　　　Defendant. | Case No.:  17-CV-03301-EMC<br><br>**PLAINTIFF HIQ LABS, INC.'S FIRST SUPPLEMENTAL RESPONSES TO LINKEDIN CORPORATION'S SECOND SET OF INTERROGATORIES**<br><br>Judge:  Hon. Edward M. Chen |

1    Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and this Court's Local
2 Civil Rules, Plaintiff hiQ Labs, Inc. ("hiQ"), by and through its undersigned counsel, hereby
3 provides the following objections and supplemental responses to Defendant LinkedIn
4 Corporation's ("LinkedIn's") Second Set of Interrogatories dated March 1, 2022.
5    hiQ makes the responses herein solely for the purposes of this Action.  By responding to
6 each Interrogatory, hiQ does not waive objections to the admission of these responses into
7 evidence on the grounds of relevance, materiality, or any other proper grounds for objection.  hiQ
8 reserves all objections to the use of these responses to Interrogatories.  hiQ may impose all such
9 objections at the time of trial or as otherwise required by the applicable rules or order of the Court.
10 hiQ objects to the Interrogatories to the extent they seek information protected by the attorney-
11 client privilege, the attorney work product doctrine, and/or any other applicable privileges.
12    hiQ's responses and objections set forth herein are based upon information presently
13 known to hiQ.  hiQ reserves the right to amend, supplement, or withdraw its responses and
14 objections to each Interrogatory, including to take into account additional information that comes
15 to light during discovery.
16    Each person or company marked with an asterisk ("*") must be protected as Confidential
17 in accordance with the Court's Protective Order for Litigation Involving Patents, Highly Sensitive
18 Confidential Information and/or Trade Secrets (Dkt. 213).  Each person or company marked with
19 two asterisks ("**") must be protected as Highly Confidential – Attorneys' Eyes Only in
20 accordance with the same.

21    **OBJECTIONS AND RESPONSES TO INTERROGATORIES**
22 **INTERROGATORY NO. 16:**
23    For any request for production served by LinkedIn for which you are unable to comply
24 because one or more documents that once existed are no longer available to you, identify the
25 request for which you are unable to comply, describe the documents you are unable to produce,
26 and describe the circumstances through which the documents became unavailable to you.
27
28

CONFIDENTIAL

1  ████████████████████████████████████
2     █████████████████████████████████████████
3  ███████████████████████████████████████████
4  ███████████████████████████████████████████
5  ██████████████████████████████████████████
6  ███████████████████████████████████████████
7  ██████████████████████████████████████████
8  ██████████████████████████████████████████
9  █████████████████████████████████████████
10 ██████████████████████████████████████████
11 ██████████████████████████
12    ██████████████████████████████████████
13 ██████████████████████████████████████████
14 ███████████████████████████████████████████
15 ████████████████████████████████████████
16 ███████████████████████████
17    ███████████████████████████████████████
18 ███████████████████████████████████████████
19 ██████████████████████████████████
20    ██████████████████████████████████████
21 ████████████████████████████████████████
22 ███████████████████████████████████████████
23 ██████████████████████████████████████████
24 ██████████████████████████████████████████
25 ███████████████████████████████████████████
26 █████████████████████████████████████████
27 █████████████████████████████████████████
28 ███████████████████████████████████

CONFIDENTIAL

1  ████████████████████████████████████████████████████████
2  ████████████████████████████████████████████████████████
3  ████████████████████████████████████████████████████████
4  ████████████████████████████████████████████████████████
5  ████████████████████████████████████████████████████████
6  ██████████████████
7      ████████████████████████████████████████████████████
8  ████████████████████████████████████████████████████████
9  ████████████████████████████████████████████████████████
10 ████████████████████████████████████████████████████
11 ████████████████████████████████████████████████████████
12     ████████████████████████████████████████████████████
13 ████████████████████████████████████████████████████████
14 ████████████████████████████████████████████████████████
15 ████████████████████████████████████████████████████████
16 ████████████████████████████████████████████████████████
17 ████████████████████████████████████████████████████████
18 ████████████████████████████████████████████████████████
19 ████████████████████████████████████████████████████████
20 ████████████████████████████████████████████████████████
21 ████████████████████████████████████████████████████████
22 ████████████████████████████████████████████████████████
23 ████████████████████████████████████████████████████████
24 ███████████████████
25    █████████████████████████████████████████████████████
26 ████████████████████████████████████████████████████████
27 ████████████████████████████████████████████████████████
28

CONFIDENTIAL

1  █████████████████████████████████████████████████████████
2  ███████████
3      █████████████████████████████████████████████████
4  █████████████████████████████████████████████████████
5  ███████████████████████████████████████████████████████████
6  ███████████████████████████████████████████████████████████
7  ███████████████████████████████████

Dated: May 11, 2022					QUINN EMANUEL URQUHART & SULLIVAN LLP

							By:  */s/ Hope Skibitsky*
							Hope Skibitsky
							hopeskibitsky@quinnemanuel.com
							QUINN EMANUEL URQUHART
							& SULLIVAN, LLP
							51 Madison Avenue, 22nd Floor
							New York, NY 10010
							Telephone: (212) 849-7000
							Facsimile:  (212) 849-7100

### VERIFICATION OF HIQ LABS, INC.'S RESPONSES AND OBJECTIONS TO LINKEDIN CORPORATION'S SECOND SET OF INTERROGATORIES AND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO LINKEDIN CORPORATION'S INTERROGATORIES 16, 17, 18, 19, 21-25

I, Mark Weidick, hereby verify that the information provided in hiQ Labs, Inc.'s Responses and Objections to LinkedIn Corporation's Second Set of Interrogatories and hiQ Labs, Inc.'s Supplemental Responses and Objections to LinkedIn Corporation's Interrogatory Nos. 16, 17, 18, 19, and 21-25 is true and correct to the best of my knowledge, information, and belief.

Date: May 13, 2022

Mark Weidick