ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
CATHERINE Y. LUI (SBN 239648)
clui@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

MARIA N. SOKOVA (SBN 323627)
msokova@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:    +1 650 614 7400
Facsimile:    +1 650 614 7401

*Attorneys for LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>Plaintiff, vs.<br><br>LinkedIn Corporation,<br><br>Defendant.<br>_____<br>LinkedIn Corporation<br><br>Counterclaimant,<br>vs.<br><br>hiQ Labs, Inc.<br><br>Counterdefendant. | Case No. 17-cv-03301-EMC<br><br>**NOTICE OF ERRATA; LINKEDIN CORPORATION'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO DISSOLVE PRELIMINARY INJUNCTION**<br><br>Date:          July 7, 2022<br>Time:          1:30 p.m.<br>Courtroom:     5 (Remote via Zoom)<br>Judge:         Hon. Edward M. Chen<br><br>Complaint Filed:   June 7, 2017<br>Trial Date:        February 27, 2023 |

1    Defendant and Counterclaim Plaintiff LinkedIn Corporation submits this Notice of Errata

2  in connection with LinkedIn Corporation's Supplemental Brief in Support of Motion to Dissolve

3  Preliminary Injunction (Dkt. 285-3) and Redacted Supplemental Brief in Support of Motion to

4  Dissolve Preliminary Injunction (Dkt. 291).

5    The version of LinkedIn Corporation's Supplemental Brief in Support of Motion to

6  Dissolve Preliminary Injunction inadvertently contained certain incorrect exhibit numbers cited in

7  the brief; however, the concurrently filed Declaration of Annette Hurst, the cited exhibits, and

8  documents filed with its administrative motion to seal documents were all correct. The corrected

9  version of LinkedIn Corporation's Supplemental Brief in Support of Motion to Dissolve

10  Preliminary Injunction is being filed concurrently with this Notice of Errata.

11    Counsel for LinkedIn Corporation apologizes for any inconvenience this may have caused

12  the Court or the parties.

13  Dated: June 3, 2022                     Orrick, Herrington & Sutcliffe LLP

14

15                                          By:        /s/Catherine Y. Lui
                                                     CATHERINE Y. LUI
16                                                   Attorneys for Defendant
                                                     LinkedIn Corporation
17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF ERRATA; LINKEDIN'S SUPPL.
BRIEF ISO
MOTION TO DISSOLVE PRELIM INJUN.
17-CV-03301-EMC