ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
CATHERINE Y. LUI (SBN 239648)
clui@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:     +1 415 773 5759

MARIA N. SOKOVA (SBN 323627)
msokova@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:    +1 650 614 7400
Facsimile:     +1 650 614 7401

*Attorneys for Defendant LinkedIn Corporation*

COREY WORCESTER (*pro hac vice*)
coreyworcester@quinnemanuel.com
RENITA SHARMA (*pro hac vice*)
renitasharma@quinnemanuel.com
HOPE SKIBITSKY (*pro hac vice*)
hopeskibitsky@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:    (212) 849-7000
Facsimile:     (212) 849-7100

TERRY L. WIT (SBN 233473)
terrywit@quinnemanuel.com
QUINN EMANUEL URQUHART
AND SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:    (415) 875-6331
Facsimile:     (415) 875-6700

*Attorneys for Plaintiff hiQ Labs, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LinkedIn Corporation,<br><br>　　　　Defendant. | Case No. 17-cv-03301-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER MOVING MOTION HEARINGS FROM JULY 7, 2022, TO JULY 14, 2022 AND MOVING DEADLINE FOR HIQ LABS, INC. TO RESPOND TO LINKEDIN CORP.'S SUPPL. BRIEF ISO MOT. TO DISSOLVE PRELIM. INJ. FROM JUNE 8, 2022 TO JUNE 22, 2022**<br><br>Complaint Filed:　June 7, 2017<br>Trial Date:　　　February 27, 2023 |
| LinkedIn Corporation<br><br>　　　　Counterclaimant,<br>　vs.<br><br>hiQ Labs, Inc.<br><br>　　　　Counterdefendant. | |

1    Under Civil Local Rule 6-2, Defendant and Counterclaimant LinkedIn Corporation

2  ("LinkedIn") and Plaintiff and Counterdefendant hiQ Labs, Inc. ("hiQ" and LinkedIn and hiQ

3  collectively, the "Parties") stipulate to move and respectfully request an order (1) moving the two

4  motions set for hearing for July 7, 2022, to July 14, 2022 because of the unavailability of

5  LinkedIn's lead counsel on July 7 and (2) moving the deadline for hiQ's response to LinkedIn's

6  Supplemental Brief In Support of Motion to Dissolve Preliminary Injunction from June 8, 2022 to

7  June 22, 2022 because of the unavailability of hiQ's CEO from June 3, 2022 to June 17, 2022.

8    WHEREAS, the Court set the hearing for LinkedIn's Motion to Dissolve Preliminary

9  Injunction on July 7, 2022 (ECF No. 269-1);

10    WHEREAS, the Court set the hearing for hiQ's Motion to Dismiss for July 7, 2022 (ECF

11  No. 277);

12    WHEREAS, LinkedIn's lead counsel, Ms. Hurst, is presently scheduled to have surgery

13  on July 5, 2022 and will not be sufficiently recovered to attend even a remote hearing on July 7,

14  2022;

15    WHEREAS, LinkedIn approached hiQ to change the dates when they were first set, but

16  hiQ's counsel had a conflict in moving the hearing date to July 14;

17    WHEREAS, the scheduling conflict for hiQ's counsel has since resolved and counsel for

18  both parties are now available on July 14, 2022;

19    WHEREAS, moving the July 7, 2022, hearing date to July 14, 2022, will not impact the

20  briefing schedule set by the Court or any other case deadline;

21    WHEREAS, the Court set June 1, 2022, as the deadline for LinkedIn to file a

22  supplemental brief in support of its Motion to Dissolve Preliminary Injunction and June 8, 2022,

23  as the deadline for hiQ's response (ECF No. 269-1); and

24    WHEREAS, hiQ's CEO will be unavailable from June 3 to June 17, 2022, due to a

25  preplanned obligation, and the parties agreed to extend hiQ's time to respond to LinkedIn's

26  Supplemental Brief In Support of Motion to Dissolve Preliminary Injunction to June 22, 2022;

27    THEREFORE, it is hereby stipulated and agreed:

28    1.    The hearing date for LinkedIn's Motion to Dissolve Preliminary Injunction is reset

1    to July 14, 2022;

2         2.       The hearing date for hiQ's Motion to Dismiss is reset to July 14, 2022;

3         3.       All hearings in this case set for July 7, 2022, are vacated; and

4         4.       hiQ's response to LinkedIn's Supplemental Brief In Support of Motion to Dissolve

5    Preliminary Injunction shall be filed on or before June 22, 2022.

6    **SO STIPULATED.**

7

8    Dated: June 3, 2022                              Orrick, Herrington & Sutcliffe LLP

9

10                                                    By:   _____*/s/ Annette L. Hurst*_____
                                                           ANNETTE L. HURST
11                                                         Attorney for Defendant and
                                                                Counterclaimant
12                                                         LinkedIn Corporation

13

14

15   Dated: June 3, 2022                              Quinn Emanuel Urquhart & Sullivan LLP

16

17                                                    By:   _____*/s/Renita Sharma*_____
                                                           RENITA SHARMA
18                                                         Attorney for Plaintiff and
                                                                Counterdefendant
19                                                         hiQ Labs, Inc.

20

21   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22

23    Dated:                                         _____
                                                           EDWARD M. CHEN
24                                                         United States District Judge

25

26

27

28

- 2 -                              STIPULATION AND [PROPOSED] ORDER
                                                                       17-CV-03301-EMC

1

**L.R. 5-1 SIGNATURE ATTESTATION**

2       As the ECF user whose user ID and password are utilized in the filing of this document, I

3 attest that concurrence in the filing of the document has been obtained from each of the other

4 signatories.

5

6                                                         */s/Annette L. Hurst*

7                                                         Annette L. Hurst

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

              STIPULATION AND [PROPOSED] ORDER
17-CV-03301-EMC