ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
CATHERINE Y. LUI (SBN 239648)
clui@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone:  +1 415 773 5700
Facsimile:  +1 415 773 5759

MARIA N. SOKOVA (SBN 323627)
msokova@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:  +1 650 614 7400
Facsimile:  +1 650 614 7401

Attorneys for Defendant LinkedIn Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>              Plaintiff,<br><br>       vs.<br><br>LinkedIn Corporation,<br><br>              Defendant. | Case No. 17-cv-03301-EMC<br><br>**DECLARATION OF ANNETTE HURST** |
| LinkedIn Corporation<br><br>              Counterclaimant,<br>       vs.<br><br>hiQ Labs, Inc.<br><br>              Counterdefendants, | Complaint Filed:  June 7, 2017<br>Trial Date:           February 27, 2023 |

I, Annette L. Hurst, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and counsel of record for LinkedIn Corporation. I am familiar with the events, pleadings, and discovery in this action, and if called as a witness I could and would testify competently to the matters stated herein of my own personal knowledge. I submit this declaration in support of Parties' Stipulation and [Proposed] Order Moving Motion Hearings From July 7, 2022, To July 14, 2022 And Moving HiQ Labs, Inc.'s Deadline To Respond To LinkedIn Corp.'s Supplemental Brief In Support of Motion To Dissolve Preliminary Injunction From June 8, 2022 to June 22, 2022.

2. I am lead trial counsel for LinkedIn and intend to attend the hearing and argue at least one of LinkedIn's Motion to Dissolve Preliminary Injunction and hiQ's Motion to Dismiss, which are currently set for July 7, 2022. I suffered a serious knee injury last year and have been trying to schedule a surgery for months. I have already been forced to cancel a scheduled surgery once. On May 5, I scheduled the surgery for July 5. The immediate recovery period from this surgery is expected to be about one week and I would otherwise not be able to attend a hearing on July 7, even if remotely. If we are unable to reschedule the hearing date, I will have to cancel the surgery again.

3. When the Court first set the July 7th hearing date, I reached out to hiQ's counsel to see if they were amenable to moving the hearing to July 14th. At that time, hiQ's counsel were unavailable on July 14th and I did not think it appropriate as a matter of courtesy and civility to seek Court intervention without agreement. However, prior to cancelling my surgery I checked again with hiQ's counsel this week and hiQ's counsel informed me that the existing scheduling conflict has since resolved. hiQ is now available on July 14, 2022, and they agree to stipulate and request that both motions be reset for hearing on that date.

4. On June 2, 2022, counsel for hiQ requested an extension of time to file hiQ's response to LinkedIn's Supplemental Brief in Support of Motion to Dissolve Preliminary Injunction because, due to a preplanned obligation, hiQ's CEO will be unavailable from June 3 through June 17, 2022. LinkedIn agreed to stipulate to extend hiQ's response deadline to June 22, 2022.

- 1 -

HURST DECL.
17-CV-03301-EMC

5. The parties have not previously requested a modification for either motion hearing date or the Motion to Dissolve Preliminary Injunction briefing schedule. LinkedIn's Motion to Dissolve Preliminary Injunction was originally set for hearing on October 21, 2021, pursuant to the local rules, but the Court deferred ruling on the motion on October 5, 2021 (ECF No. 217). The Court reset the hearing on LinkedIn's motion for July 7, 2022, after receiving status updates from the parties (ECF No. 269-1) and set the current briefing schedule with LinkedIn's Supplemental Brief due on June 1 and hiQ's response due on June 8. hiQ's Motion to Dismiss was noticed for June 28, 2022, and the Court reset the hearing date for July 7, 2022 (ECF No. 277). The parties sought by stipulation and the Court ordered order an amended briefing schedule for hiQ's motion. (ECF No. 282). Since this case entered discovery following a stay for appellate proceedings, the parties have requested modifications to the discovery schedule and briefing schedule accommodations, *see* ECF Nos. 233, 279, 281, but have not requested an extension that impacted the trial date. The requested change of hearing date will not impact any date other than the hearings on the specific motions.

I swear under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 3rd day of June, 2022, at San Francisco, CA.

*/s/ Annette L. Hurst*
Annette L. Hurst