| | |
|---|---|
| 1 | ANNETTE L. HURST (SBN 148738) |
| | ahurst@orrick.com |
| 2 | RUSSELL P. COHEN (SBN 213105) |
| | rcohen@orrick.com |
| 3 | CATHERINE Y. LUI (SBN 239648) |
| | clui@orrick.com |
| 4 | NATHAN SHAFFER (SBN 282015) |
| | nshaffer@orrick.com |
| 5 | DANIEL JUSTICE (SBN 291907) |
| | djustice@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 405 Howard Street |
| 7 | San Francisco, CA 94105-2669 |
| | Telephone:   +1 415 773 5700 |
| 8 | Facsimile:   +1 415 773 5759 |
| 9 | MARIA N. SOKOVA (SBN 323627) |
| | msokova@orrick.com |
| 10 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 11 | Menlo Park, CA 94025-1015 |
| | Telephone:   +1 650 614 7400 |
| 12 | Facsimile:   +1 650 614 7401 |
| 13 | *Attorneys for LinkedIn Corporation* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 18 | hiQ Labs, Inc., | Case No. 17-cv-03301-EMC |
| 19 | Plaintiff, | [PROPOSED] ORDER GRANTING LINKEDIN CORPORATION'S LOCAL RULE 79-5 ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED |
| 20 | vs. | |
| 21 | LinkedIn Corporation, | |
| 22 | Defendant. | |
| 23 | | |
| 24 | | |
| 25 | LinkedIn Corporation | Complaint Filed:   June 7, 2017 |
| | | Trial Date:             February 27, 2023 |
| 26 | Counterclaimant, | |
| | vs. | |
| 27 | hiQ Labs, Inc. | |
| 28 | Counterdefendants, | |

Before the Court is LinkedIn Corporation's Local Rule 79-5(f) Administrative Motion To Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion"). The Administrative Motion seeks to seal portions of LinkedIn Corporation's Status Report Regarding LinkedIn's Motion to Dissolve Preliminary Injunction ("Status Report") because it identifies material designated by another party under a Court-granted protective order. Accordingly, LinkedIn may file such material under seal pursuant to Local Rule 79-5(f) and the Administrative Motion is **GRANTED.**

**IT IS HEREBY ORDERED** that counsel for LinkedIn may file under seal the following material designated by Plaintiff and Counterdefendant hiQ Labs under the Stipulated Protective Order For Litigation Involving Patents, Highly Sensitive Confidential Information, and/or Trade Secrets (ECF No. 213):

| Portion of the Status Report to be Filed Under Seal |
| --- |
| Highlighted portions of page 1 |
| Highlighted portions of page 2 |
| Highlighted portions of page 3 |

**IT IS SO ORDERED**

Dated:  June 3, 2022

_____
HON. EDWARD M. CHEN
United States District Judge