Corey Worcester (*pro hac vice*)
coreyworcester@quinnemanuel.com
Renita Sharma (*pro hac vice*)
renitasharma@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

Terry L. Wit (SBN 233473)
terrywit@quinnemanuel.com
Adam B. Wolfson (SBN 262125)
adamwolfson@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for Plaintiff hiQ Labs, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| hiQ Labs, Inc., | Case No. 3:17-CV-03301-EMC |
|---|---|
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF HIQ LABS, INC.'S REPLY IN SUPPORT OF MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER** |
| LinkedIn Corp., | |
| Defendant. | |

The Court has received Plaintiff hiQ Labs, Inc.'s Administrative Motion to Seal Portions of hiQ Labs, Inc.'s Reply In Support of Motion for Relief From Nondispositive Order on Discovery Dispute ("Reply"). Because the Reply contains material that is sealable pursuant to Local Rule 79-5, Plaintiff's Administrative Motion to File Under Seal is **GRANTED**.

**IT IS HEREBY ORDERED** that the following materials should be sealed and that

counsel for hiQ may file the following material designated by LinkedIn under the Stipulated Protective Order For Litigation Involving Patents, Highly Sensitive Confidential Information, and/or Trade Secrets (ECF No. 213):

| | |
|---|---|
| Reply, Page 1 | The footnote with quotes from depositions of witnesses whose depositions LinkedIn has provisionally designated "highly confidential". |
| Reply, Page 3 | The excerpt of the document which LinkedIn has identified as "highly confidential". |
| Reply, Page 3 | The footnote with quotes from the document which LinkedIn has identified as "highly confidential". |

Dated: June 3, 2022

_____
HON. EDWARD CHEN
UNITED STATES DISTRICT JUDGE