| | |
|---|---|
| ANNETTE L. HURST (SBN 148738)<br>ahurst@orrick.com<br>RUSSELL P. COHEN (SBN 213105)<br>rcohen@orrick.com<br>CATHERINE Y. LUI (SBN 239648)<br>clui@orrick.com<br>NATHAN SHAFFER (SBN 282015)<br>nshaffer@orrick.com<br>DANIEL JUSTICE (SBN 291907)<br>djustice@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: +1 415 773 5700<br>Facsimile: +1 415 773 5759<br><br>MARIA N. SOKOVA (SBN 323627)<br>msokova@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015<br>Telephone: +1 650 614 7400<br>Facsimile: +1 650 614 7401<br><br>*Attorneys for Defendant LinkedIn Corporation* | COREY WORCESTER (*pro hac vice*)<br>coreyworcester@quinnemanuel.com<br>RENITA SHARMA (*pro hac vice*)<br>renitasharma@quinnemanuel.com<br>HOPE SKIBITSKY (*pro hac vice*)<br>hopeskibitsky@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>TERRY L. WIT (SBN 233473)<br>terrywit@quinnemanuel.com<br>QUINN EMANUEL URQUHART<br>AND SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6331<br>Facsimile: (415) 875-6700<br><br>*Attorneys for Plaintiff hiQ Labs, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>    Plaintiff,<br><br>    vs.<br><br>LinkedIn Corporation,<br><br>    Defendant.<br><br>LinkedIn Corporation<br><br>    Counterclaimant,<br>    vs.<br><br>hiQ Labs, Inc.<br><br>    Counterdefendant. | Case No. 17-cv-03301-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER MOVING MOTION HEARINGS FROM JULY 7, 2022, TO JULY 14, 2022 AND MOVING DEADLINE FOR HIQ LABS, INC. TO RESPOND TO LINKEDIN CORP.'S SUPPL. BRIEF ISO MOT. TO DISSOLVE PRELIM. INJ. FROM JUNE 8, 2022 TO JUNE 22, 2022**<br><br>Complaint Filed:   June 7, 2017<br>Trial Date:   February 27, 2023 |

Under Civil Local Rule 6-2, Defendant and Counterclaimant LinkedIn Corporation ("LinkedIn") and Plaintiff and Counterdefendant hiQ Labs, Inc. ("hiQ" and LinkedIn and hiQ collectively, the "Parties") stipulate to move and respectfully request an order (1) moving the two motions set for hearing for July 7, 2022, to July 14, 2022 because of the unavailability of LinkedIn's lead counsel on July 7 and (2) moving the deadline for hiQ's response to LinkedIn's Supplemental Brief In Support of Motion to Dissolve Preliminary Injunction from June 8, 2022 to June 22, 2022 because of the unavailability of hiQ's CEO from June 3, 2022 to June 17, 2022.

WHEREAS, the Court set the hearing for LinkedIn's Motion to Dissolve Preliminary Injunction on July 7, 2022 (ECF No. 269-1);

WHEREAS, the Court set the hearing for hiQ's Motion to Dismiss for July 7, 2022 (ECF No. 277);

WHEREAS, LinkedIn's lead counsel, Ms. Hurst, is presently scheduled to have surgery on July 5, 2022 and will not be sufficiently recovered to attend even a remote hearing on July 7, 2022;

WHEREAS, LinkedIn approached hiQ to change the dates when they were first set, but hiQ's counsel had a conflict in moving the hearing date to July 14;

WHEREAS, the scheduling conflict for hiQ's counsel has since resolved and counsel for both parties are now available on July 14, 2022;

WHEREAS, moving the July 7, 2022, hearing date to July 14, 2022, will not impact the briefing schedule set by the Court or any other case deadline;

WHEREAS, the Court set June 1, 2022, as the deadline for LinkedIn to file a supplemental brief in support of its Motion to Dissolve Preliminary Injunction and June 8, 2022, as the deadline for hiQ's response (ECF No. 269-1); and

WHEREAS, hiQ's CEO will be unavailable from June 3 to June 17, 2022, due to a preplanned obligation, and the parties agreed to extend hiQ's time to respond to LinkedIn's Supplemental Brief In Support of Motion to Dissolve Preliminary Injunction to June 22, 2022;

THEREFORE, it is hereby stipulated and agreed:

1.    The hearing date for LinkedIn's Motion to Dissolve Preliminary Injunction is reset

to July 14, 2022;

2. The hearing date for hiQ's Motion to Dismiss is reset to July 14, 2022;

3. All hearings in this case set for July 7, 2022, are vacated; and

4. hiQ's response to LinkedIn's Supplemental Brief In Support of Motion to Dissolve Preliminary Injunction shall be filed on or before June 22, 2022.

**SO STIPULATED.**

Dated: June 3, 2022                     Orrick, Herrington & Sutcliffe LLP

By: _____/s/ Annette L. Hurst_____
ANNETTE L. HURST
Attorney for Defendant and
Counterclaimant
LinkedIn Corporation

Dated: June 3, 2022                     Quinn Emanuel Urquhart & Sullivan LLP

By: _____/s/Renita Sharma_____
RENITA SHARMA
Attorney for Plaintiff and
Counterdefendant
hiQ Labs, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 6, 2022

_____
EDWARD M. CHEN
United States District Judge