ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
SARAH K. MULLINS (SBN 324558)
sarahmullins@orrick.com
MARIA N. SOKOVA (SBN 323627)
msokova@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

*Attorneys for LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LinkedIn Corporation,<br><br>　　　　　Defendant. | Case No. 17-cv-03301-EMC<br><br>**[PROPOSED] ORDER GRANTING LINKEDIN'S MOTION FOR LEAVE TO AMEND COUNTERCLAIMS** |
| LinkedIn Corporation<br><br>　　　　　Counterclaimant,<br>　vs.<br><br>hiQ Labs, Inc.<br><br>　　　　　Counterdefendant, | |

LinkedIn Corporation ("LinkedIn") filed a Motion For Leave to Amend Counterclaims ("Motion") on June 9, 2022.  The Court, having considered the motion and the opposition, the papers and pleadings on file in this action, and the argument of the parties, hereby **GRANTS** LinkedIn's Motion.  LinkedIn is entitled to amend as of right in response to hiQ's recently renewed motion to dismiss.  But even if it weren't, the Court finds that good cause exists for permitting an amendment past the deadline.  The deadline for amending the pleadings was September 3, 2021, and the relevant evidence was not uncovered until discovery was conducted from February-May 2022.   Moreover, the facts revealed in discovery now alleged were actively concealed by hiQ in its pleadings and filings in support of its motion for preliminary injunction.  Justice requires that the new allegations be considered in connection with the renewed motion to dismiss LinkedIn's claims for violation of the Computer Fraud and Abuse Act and California Penal Code Section 502.  There has been no undue delay, and there will be no cognizable prejudice to hiQ from adding these allegations.

**IT IS SO ORDERED**.

Dated: _____

_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE