ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
SARAH K. MULLINS (SBN 324558)
sarahmullins@orrick.com
MARIA N. SOKOVA (SBN 323627)
msokova@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

*Attorneys for LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>   Plaintiff,<br><br> vs.<br><br>LinkedIn Corporation,<br><br>   Defendant. | Case No. 17-cv-03301-EMC<br><br>**DECLARATION OF ANNETTE L. HURST IN SUPPORT OF LINKEDIN'S MOTION FOR LEAVE TO AMEND COUNTERCLAIMS**<br><br>Date:  July 14, 2022<br>Time:  1:30 p.m.<br>Courtroom: 5 (Remote via Zoom)<br>Judge:  Hon. Edward M. Chen<br><br>Complaint Filed: June 7, 2017<br>Trial Date:  February 27, 2023 |
| LinkedIn Corporation<br><br>   Counterclaimant,<br> vs.<br><br>hiQ Labs, Inc.<br><br>   Counterdefendant, | |

I, Annette L. Hurst, hereby declare as follows:

1. I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for LinkedIn Corporation in this action. I am a member of the California State Bar and am admitted to practice before this Court. I have personal knowledge of the facts stated in this declaration.

2. Attached hereto as **Exhibit A** is a redline of LinkedIn Corp's Answer and [Proposed] Amended Counterclaims against the text of LinkedIn's original Answer and Counterclaims (ECF 170) with the proposed new allegations underlined. If leave to amend is granted, LinkedIn will file a clean and signed version as its new pleading.

3. Attached hereto as **Exhibit B** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00669508.

4. Attached hereto as **Exhibit C** is a true and correct copy of Deposition Exhibit No. 512, produced by hiQ from its files, initial page Bates Number hiQ_00191862, marked at the deposition of Genevieve Graves and authenticated in the excerpts supplied in Exhibit D.

5. Attached hereto as **Exhibit D** is a true and correct copy of excerpts of the transcript of the deposition of Genevieve Graves taken on May 25, 2022.

6. Attached hereto as **Exhibit E** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00080751.

7. Attached hereto as **Exhibit F** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00080577.

8. Attached hereto as **Exhibit G** is a true and correct copy of Deposition Exhibit No. 504, produced by hiQ from its files, initial page Bates Number hiQ_00310735, marked at the deposition of Genevieve Graves and authenticated in the excerpts supplied in Exhibit D.

9. Attached hereto as **Exhibit H** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00174125.

10. Attached hereto as **Exhibit I** is a true and correct copy of Deposition Exhibit No. 539, produced by hiQ from its files, initial page Bates Number hiQ_00359637, marked at the deposition of Daniel Miller and authenticated in the excerpts supplied in Exhibit II.

1  11. Attached hereto as **Exhibit J** is a true and correct copy of Deposition Exhibit No. 510, produced by hiQ from its files, initial page Bates Number hiQ_00143432, marked at the deposition of Genevieve Graves and authenticated in the excerpts supplied in Exhibit D.

12. Attached hereto as **Exhibit K** is a true and correct copy of Deposition Exhibit No. 503, produced by hiQ from its files, initial page Bates Number hiQ_00023356, marked at the deposition of Genevieve Graves and authenticated in the excerpts supplied in Exhibit D.

13. Attached hereto as **Exhibit L** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00727057.

14. Attached hereto as **Exhibit M** is a true and correct copy of Deposition Exhibit No. 513, produced by hiQ from its files, initial page Bates Number hiQ_00017849, marked at the deposition of Genevieve Graves and authenticated in the excerpts supplied in Exhibit D.

15. Attached hereto as **Exhibit N** is a true and correct copy of excerpts of the transcript of the deposition of Mark Weidick taken on June 1, 2022.

16. Attached hereto as **Exhibit O** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00189601.

17. Attached hereto as **Exhibit P** is a true and correct copy of Deposition Exhibit No. 220, produced by hiQ from its files, initial page Bates Number hiQ_00438019, marked at the deposition of Boris Dev and authenticated in the excerpts supplied in Exhibit W.

18. Attached hereto as **Exhibit Q** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00441923.

19. Attached hereto as **Exhibit R** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00641062.

20. Attached hereto as **Exhibit S** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00448499.

21. Attached hereto as **Exhibit T** is a true and correct copy of Deposition Exhibit No. 231, produced by hiQ from its files, initial page Bates Number hiQ_00200007, marked at the deposition of Boris Dev and authenticated in the excerpts supplied in Exhibit W.

22. Attached hereto as **Exhibit U** is a true and correct copy of Deposition Exhibit No.

230, produced by hiQ from its files, initial page Bates Number hiQ_00450651, marked at the deposition of Boris Dev and authenticated in the excerpts supplied in Exhibit W.

23. Attached hereto as **Exhibit V** is a true and correct copy of Deposition Exhibit No. 211, produced by hiQ from its files, initial page Bates Number hiQ_00084314, marked at the deposition of Boris Dev and authenticated in the excerpts supplied in Exhibit W.

24. Attached hereto as **Exhibit W** is a true and correct copy of excerpts of the transcript of the deposition of Boris Dev taken on May 04, 2022.

25. Attached hereto as **Exhibit X** is a true and correct copy of excerpts of the transcript of the deposition of Daniel Miller taken on May 13, 2022.

26. Attached hereto as **Exhibit Y** is a true and correct copy of Deposition Exhibit No. 323, produced by hiQ from its files, initial page Bates Number hiQ_00079054, marked at the deposition of Daniel Miller and authenticated in the excerpts supplied in Exhibit X.

27. Attached hereto as **Exhibit Z** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00254210.

28. Attached hereto as **Exhibit AA** is a true and correct copy of Deposition Exhibit No. 223, produced by hiQ from its files, initial page Bates Number hiQ_00457395, marked at the deposition of Boris Dev and authenticated in the excerpts supplied in Exhibit W.

29. Attached hereto as **Exhibit BB** is a true and correct copy of Deposition Exhibit No. 318, produced by hiQ from its files, initial page Bates Number hiQ_00365453, marked at the deposition of Daniel Miller and authenticated in the excerpts supplied in Exhibit X.

30. Attached hereto as **Exhibit CC** is a true and correct copy of Deposition Exhibit No. 564, produced by hiQ from its files, initial page Bates Number hiQ_00183419, marked at the deposition of Mark Weidick and authenticated in the excerpts supplied in Exhibit N.

31. Attached hereto as **Exhibit DD** is a true and correct copy of Deposition Exhibit No. 228, produced by hiQ from its files, initial page Bates Number hiQ_00192654, marked at the deposition of Boris Dev and authenticated in the excerpts supplied in Exhibit W.

32. Attached hereto as **Exhibit EE** is a true and correct copy of Deposition Exhibit No. 214, produced by hiQ from its files, initial page Bates Number hiQ_00443908, marked at the

deposition of Boris Dev and authenticated in the excerpts supplied in Exhibit W.

33. Attached hereto as **Exhibit FF** is a true and correct copy of Deposition Exhibit No. 206, produced by hiQ from its files, initial page Bates Number hiQ_00446733, marked at the deposition of Boris Dev and authenticated in the excerpts supplied in Exhibit W.

34. Attached hereto as **Exhibit GG** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00567910.

35. Attached hereto as **Exhibit HH** is a true and correct copy of Deposition Exhibit No. 331, produced by hiQ from its files, initial page Bates Number hiQ_00354518, marked at the deposition of Daniel Miller and authenticated in the excerpts supplied in Exhibit X.  Also attached hereto as Exhibit HH is a printout of the metadata associated with the document that was produced by hiQ showing the FileName of the document as "Reverse Engineering LinkedIn [].docx"

36. Attached hereto as **Exhibit II** is a true and correct copy of excerpts of the transcript of the deposition of Daniel Miller taken on May 26, 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on June 9, 2022, at San Francisco, California.

                                                      */s/ Annette L. Hurst*
                                                      Annette L. Hurst