1  ANNETTE L. HURST (SBN 148738)
   ahurst@orrick.com
2  RUSSELL P. COHEN (SBN 213105)
   rcohen@orrick.com
3  CATHERINE Y. LUI (SBN 239648)
   clui@orrick.com
4  NATHAN SHAFFER (SBN 282015)
   nshaffer@orrick.com
5  DANIEL JUSTICE (SBN 291907)
   djustice@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
7  San Francisco, CA  94105-2669
   Telephone:    +1 415 773 5700
8  Facsimile:    +1 415 773 5759

9  MARIA N. SOKOVA (SBN 323627)
   msokova@orrick.com
10 ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
11 Menlo Park, CA  94025-1015
   Telephone:    +1 650 614 7400
12 Facsimile:    +1 650 614 7401

13 *Attorneys for LinkedIn Corporation*

14                 UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                   SAN FRANCISCO DIVISION

17

18 hiQ Labs, Inc.,                          Case No. 17-cv-03301-EMC

19          Plaintiff,                       **LINKEDIN CORPORATION'S LOCAL
                                             RULE 79-5(f) ADMINISTRATIVE
20      vs.                                  MOTION TO CONSIDER WHETHER
                                             ANOTHER PARTY'S MATERIAL
21 LinkedIn Corporation,                     SHOULD BE SEALED**

22          Defendant.

23

24

25 LinkedIn Corporation                      Complaint Filed:    June 7, 2017
                                             Trial Date:         February 27, 2023
26          Counterclaimant,
      vs.
27
   hiQ Labs, Inc.
28
          Counterdefendant,

Pursuant to Civil Local Rules 7-11 and 79-5(f) and the Stipulated Protective Order For Litigation Involving Patents, Highly Sensitive Confidential Information, and/or Trade Secrets (ECF No. 213) (the "Protective Order"), LinkedIn Corporation hereby moves to file under seal portions of LinkedIn Corporation's Motion for Leave to Amend Counterclaims ("Motion") that quote from or reflect information designated by Plaintiff and Counterdefendant hiQ Labs, Inc. ("hiQ") under the Protective Order in this case, as well as the confidential exhibits submitted in support of the Motion, which are submitted as exhibits to the Declaration of Annette L. Hurst in Support of LinkedIn's Motion ("Hurst Decl").  In support of this request, LinkedIn submits the Declaration of Daniel Justice, a copy of the Motion with highlights indicating the information subject to this request to seal, the confidential exhibits that should be filed under seal, as well as a proposed order.

Specifically, LinkedIn seeks an order sealing the following information that was designated by hiQ:

| Portion of Supplemental Brief to be Sealed | Basis for Sealing Document or Portions Thereof |
| --- | --- |
| Highlighted portions of page 3 of the Motion | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Highlighted portions of page 4 of the Motion | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Highlighted portions of page 5 of the Motion | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Highlighted portions of page 6 of the Motion | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Highlighted portions of page 7 of the Motion | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Highlighted portions of page 8 of the Motion | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Highlighted portions of page 9 of the Motion | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |

| Portion of Supplemental Brief to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|
| Exhibit B to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit C to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit D to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit E to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit F to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit G to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit H to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit I to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit J to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit K to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit L to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit M to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit N to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit O to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit P to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |

| Portion of Supplemental Brief to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|
| Exhibit Q to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit R to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit S to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit T to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit U to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit V to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit W to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit X to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit Y to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit Z to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit AA to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit BB to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit CC to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit DD to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit EE to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Admin Motion To Seal
17-cv-03301-EMC

| Portion of Supplemental Brief to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|
| Exhibit FF to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit GG to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit HH to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit II to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |

Dated: June 9, 2022

Orrick, Herrington & Sutcliffe LLP

By: _____ */s/ Annette L. Hurst*

ANNETTE L. HURST
Attorneys for Defendant
LinkedIn Corporation