ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
CATHERINE Y. LUI (SBN 239648)
clui@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

MARIA N. SOKOVA (SBN 323627)
msokova@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:    +1 650 614 7400
Facsimile:    +1 650 614 7401

*Attorneys for LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>         Plaintiff,<br><br>    vs.<br><br>LinkedIn Corporation,<br><br>         Defendant. | Case No. 17-cv-03301-EMC<br><br>**DECLARATION OF DANIEL JUSTICE IN SUPPORT OF LINKEDIN CORPORATION'S LOCAL RULE 79-5 ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| LinkedIn Corporation<br><br>         Counterclaimant,<br>    vs.<br><br>hiQ Labs, Inc.<br><br>         Counterdefendant, | Complaint Filed:   June 7, 2017<br>Trial Date:            February 27, 2023 |

I, Daniel Justice declare as follows:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe, LLP, attorneys of record for Defendant LinkedIn Corporation. ("LinkedIn"). I have personal knowledge of the facts set forth below and if called as a witness I could and would competently testify to those facts.

2. Pursuant to Civil Local Rule 79-5(f), I submit this declaration in support of LinkedIn Corporation's Local Rule 79-5(f) Administrative Motion To Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion").

3. I have reviewed LinkedIn Corporation's Motion for Leave to Amend Counterclaims ("Motion") and the Declaration of Annette L. Hurst in Support of the Motion ("Hurst Decl").

4. Based on my review, the Motion and Exhibits to the Hurst Declaration contain designated material as follows:

| Portion of Supplemental Brief to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|
| Highlighted portions of page 3 of the Motion | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Highlighted portions of page 4 of the Motion | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Highlighted portions of page 5 of the Motion | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Highlighted portions of page 6 of the Motion | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Highlighted portions of page 7 of the Motion | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Highlighted portions of page 8 of the Motion | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Highlighted portions of page 9 of the Motion | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |

| Portion of Supplemental Brief to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|
| Exhibit B to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit C to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit D to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit E to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit F to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit G to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit H to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit I to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit J to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit K to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit L to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit M to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit N to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit O to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit P to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |

| Portion of Supplemental Brief to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|
| Exhibit Q to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit R to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit S to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit T to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit U to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit V to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit W to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit X to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit Y to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit Z to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit AA to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit BB to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit CC to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit DD to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit EE to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |

| Portion of Supplemental Brief to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|
| Exhibit FF to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit GG to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit HH to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| Exhibit II to Hurst Decl. | The exhibit reflects information hiQ has designated as protected material under the protective order. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 9, 2022, in San Francisco, California.

_____
Daniel Justice