1  ANNETTE L. HURST (SBN 148738)
   ahurst@orrick.com
2  RUSSELL P. COHEN (SBN 213105)
   rcohen@orrick.com
3  CATHERINE Y. LUI (SBN 239648)
   clui@orrick.com
4  NATHAN SHAFFER (SBN 282015)
   nshaffer@orrick.com
5  DANIEL JUSTICE (SBN 291907)
   djustice@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
7  San Francisco, CA 94105-2669
   Telephone:   +1 415 773 5700
8  Facsimile:   +1 415 773 5759

9  MARIA N. SOKOVA (SBN 323627)
   msokova@orrick.com
10 ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
11 Menlo Park, CA 94025-1015
   Telephone:   +1 650 614 7400
12 Facsimile:   +1 650 614 7401

13 *Attorneys for LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> LinkedIn Corporation, <br><br> Defendant. | Case No. 17-cv-03301-EMC <br><br> **[PROPOSED] ORDER GRANTING LINKEDIN CORPORATION'S LOCAL RULE 79-5 ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| LinkedIn Corporation <br><br> Counterclaimant, <br> vs. <br><br> hiQ Labs, Inc. <br><br> Counterdefendants, | Complaint Filed:  June 7, 2017 <br> Trial Date:          February 27, 2023 |

Before the Court is LinkedIn Corporation's Local Rule 79-5(f) Administrative Motion To Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion"). The Administrative Motion seeks to seal portions of LinkedIn Corporation's Motion for Leave to Amend Counterclaims ("Motion") and certain exhibits submitted with the Declaration of Annette L. Hurst in Support of LinkedIn's Motion to for Leave to Amend Counterclaims because they identify material designated by another party under a Court-granted protective order. Accordingly, LinkedIn may file such material under seal pursuant to Local Rule 79-5(f) and the Administrative Motion is **GRANTED.**

**IT IS HEREBY ORDERED** that counsel for LinkedIn may file under seal the following material designated by Plaintiff and Counterdefendant hiQ Labs under the Stipulated Protective Order For Litigation Involving Patents, Highly Sensitive Confidential Information, and/or Trade Secrets (ECF No. 213):

| Portion of the Supplemental Brief to be Filed Under Seal |
|---|
| Highlighted portions of page 3 of the Motion |
| Highlighted portions of page 4 of the Motion |
| Highlighted portions of page 5 of the Motion |
| Highlighted portions of page 6 of the Motion |
| Highlighted portions of page 7 of the Motion |
| Highlighted portions of page 8 of the Motion |
| Highlighted portions of page 9 of the Motion |
| Exhibit B to Hurst Decl. |
| Exhibit C to Hurst Decl. |
| Exhibit D to Hurst Decl. |
| Exhibit E to Hurst Decl. |
| Exhibit F to Hurst Decl. |
| Exhibit G to Hurst Decl. |
| Exhibit H to Hurst Decl. |
| Exhibit I to Hurst Decl. |
| Exhibit J to Hurst Decl. |
| Exhibit K to Hurst Decl. |
| Exhibit L to Hurst Decl. |
| Exhibit M to Hurst Decl. |

| |
|---|
| Exhibit N to Hurst Decl. |
| Exhibit O to Hurst Decl. |
| Exhibit P to Hurst Decl. |
| Exhibit Q to Hurst Decl. |
| Exhibit R to Hurst Decl. |
| Exhibit S to Hurst Decl. |
| Exhibit T to Hurst Decl. |
| Exhibit U to Hurst Decl. |
| Exhibit V to Hurst Decl. |
| Exhibit W to Hurst Decl. |
| Exhibit X to Hurst Decl. |
| Exhibit Y to Hurst Decl. |
| Exhibit Z to Hurst Decl. |
| Exhibit AA to Hurst Decl. |
| Exhibit BB to Hurst Decl. |
| Exhibit CC to Hurst Decl. |
| Exhibit DD to Hurst Decl. |
| Exhibit EE to Hurst Decl. |
| Exhibit FF to Hurst Decl. |
| Exhibit GG to Hurst Decl. |
| Exhibit HH to Hurst Decl. |
| Exhibit II to Hurst Decl. |

**IT IS SO ORDERED**

Dated:

HON. EDWARD M. CHEN
United States District Judge