ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
CATHERINE Y. LUI (SBN 239648)
clui@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1 415 773 5700
Facsimile:    +1 415 773 5759

MARIA N. SOKOVA (SBN 323627)
msokova@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:   +1 650 614 7400
Facsimile:    +1 650 614 7401

*Attorneys for LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LinkedIn Corporation,<br><br>　　　　　Defendant.<br><br>LinkedIn Corporation<br><br>　　　　　Counterclaimant,<br>　　vs.<br><br>hiQ Labs, Inc.<br><br>　　　　　Counterdefendant, | Case No. 17-cv-03301-EMC<br><br>**CERTIFICATE OF SERVICE**<br><br>Complaint Filed:　June 7, 2017<br>Trial Date:　　　　February 27, 2023 |

# CERTIFICATE OF SERVICE

This is to certify that on June 9, 2022, unredacted copies of under seal materials filed with LinkedIn Corporation's Motion for Leave to Amend Counterclaims and Declaration of Annette L. Hurst in Support of LinkedIn Corporation's Motion for Leave to Amend Counterclaims was served on the following counsel via email:

| | |
|---|---|
| Corey Worcester (pro hac vice)<br>coreyworcester@quinnemanuel.com<br>Renita Sharma (pro hac vice)<br>renitasharma@quinnemanuel.com<br>Hope Skibitsky (pro hac vice)<br>hopeskibitsky@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br><br>Terry L. Wit (SBN 233473)<br>terrywit@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600 | Adam Bryan Wolfson<br>adamwolfson@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>865 S. Figueroa Street<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br><br>Zane Muller (pro hac vice)<br>zanemuller@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br><br>Elisabeth B. Miller (pro hac vice)<br>elisabethmiller@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7097 |

                                                                      */s/ Linda Sowell*
                                                                        Linda Sowell