Corey Worcester (*pro hac vice*)
coreyworcester@quinnemanuel.com
Renita Sharma (*pro hac vice*)
renitasharma@quinnemanuel.com
Hope Skibitsky (*pro hac vice*)
hopeskibitsky@quinnemanuel.com
Elisabeth Miller (*pro hac vice*)
elisabethmiller@quinnemanuel.com
Zane Muller (*pro hac vice*)
zanemuller@quinnemanuel.com
Daily Guerrero (*pro hac vice*)
dailyguerrero@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000

Terry L. Wit (SBN 233473)
terrywit@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:     (415) 875-6331

*Attorneys for Plaintiff and Counterclaim Defendant hiQ Labs, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>　　*Plaintiff and Counterclaim Defendant*,<br><br>　　vs.<br><br>LinkedIn Corp.,<br><br>　　*Defendant and Counterclaim Plaintiff.* | Case No. 3:17-cv-03301-EMC<br><br>**DECLARATION OF ZANE MULLER IN SUPPORT OF HIQ LABS, INC.'S LOCAL RULE 79-5(f) ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

I, Zane Muller, declare as follows:

1. I am an attorney with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys of record for Plaintiff hiQ Labs, Inc. ("hiQ"). I have personal knowledge of the facts set forth below and if called as a witness I could and would competently testify to those facts.

2. Pursuant to Civil Local Rule 79-5(f), I submit this declaration in support of hiQ's Administrative Motion To Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion").

3. I have reviewed hiQ's Supplemental Opposition to LinkedIn's Motion To Dissolve the Preliminary Injunction ("Brief")  Based on my review, the Brief contains information designated by non-movant Defendant LinkedIn as Confidential or Highly Confidential in this action. To that end, hiQ has agreed to maintain this information in confidence pursuant to the parties' Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information, And/Or Trade Secrets (ECF No. 213 ("Protective Order")).

4. Based on my Review, the confidential material is as follows:

| Document to Be Sealed | Basis for Sealing |
|---|---|
| Muller Dec. Exhibit 1 | LinkedIn has designated this document confidential under the protective order. |
| Muller Dec. Exhibit 2 | LinkedIn has designated this document confidential under the protective order. |
| Muller Dec. Exhibit 3 | LinkedIn has designated this document highly confidential under the protective order. |
| Muller Dec. Exhibit 9 | LinkedIn has designated this document confidential under the protective order. |
| Muller Dec. Exhibit 10 | LinkedIn has provisionally designated this entire transcript as highly confidential under the protective order, pending de-designations of non-protected portions of the transcript. |
| Muller Dec. Exhibit 11 | LinkedIn has provisionally designated this entire transcript as highly confidential under the protective order, pending de-designations of non-protected portions of the transcript. |
| Muller Dec. Exhibit 12 | LinkedIn has designated portions of this transcript as highly confidential under the protective order. |
| Muller Dec. Exhibit 13 | LinkedIn has designated this document highly confidential under the protective order. |

| Highlighted Portions of the Brief, Page 1 | LinkedIn has designated the highlighted portions as confidential under the protective order. |
|---|---|
| Highlighted Portions of the Brief, Page 2 | LinkedIn has designated the highlighted portions as confidential under the protective order. |
| Highlighted Portions of the Brief, Page 3 | LinkedIn has designated each of the highlighted portions as confidential or highly confidential under the protective order. |
| Highlighted Portions of the Brief, Page 4 | LinkedIn has designated each of the highlighted portions as confidential under the protective order. |
| Highlighted Portions of the Brief, Page 6 | LinkedIn has designated each of the highlighted portions as confidential under the protective order. |
| Highlighted Portions of the Brief, Page 7 | LinkedIn has provisionally designated the highlighted portions as highly confidential under the protective order. |
| Highlighted Portions of the Brief, Page 8 | LinkedIn has provisionally designated the highlighted portions as confidential or highly confidential under the protective order. |
| Highlighted Portions of the Brief, Page 9 | LinkedIn has designated the highlighted portions as highly confidential under the protective order. |

5. hiQ's redactions conform to the requirements of the Protective Order.

6. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed June 22, 2022, at Brooklyn, New York.

By: /s/ Zane Muller
Zane Muller