Corey Worcester (*pro hac vice*)
coreyworcester@quinnemanuel.com
Renita Sharma (*pro hac vice*)
renitasharma@quinnemanuel.com
Hope Skibitsky (*pro hac vice*)
hopeskibitsky@quinnemanuel.com
Elisabeth Miller (*pro hac vice*)
elisabethmiller@quinnemanuel.com
Zane Muller (*pro hac vice*)
zanemuller@quinnemanuel.com
Daily Guerrero (*pro hac vice*)
dailyguerrero@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000

Terry L. Wit (SBN 233473)
terrywit@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:     (415) 875-6331

*Attorneys for Plaintiff and*
*Counterclaim Defendant*
*hiQ Labs, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc., | |
| *Plaintiff and Counterclaim Defendant*, | Case No. 3:17-cv-03301-EMC |
| vs. | **DECLARATION OF ZANE MULLER IN SUPPORT OF HIQ LABS, INC.'S SUPPLEMENTAL OPPOSITION TO LINKEDIN CORP.'S MOTION TO DISSOLVE THE PRELIMINARY INJUNCTION** |
| LinkedIn Corp., | |
| *Defendant and Counterclaim Plaintiff.* | |

I, Zane Muller, declare as follows:

1.     I am an attorney with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys of record for Plaintiff hiQ Labs, Inc. ("hiQ").  I have personal knowledge of the facts set forth below and if called as a witness I could and would competently testify to those facts.

2.     Attached hereto as Exhibit 1 is a true and correct copy of a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000042967.

3.     Attached hereto as Exhibit 2 is a true and correct copy of a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000042832.

4.     Attached hereto as Exhibit 3 is a true and correct copy of a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000059739.

5.     Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the 30(b)(6) Deposition of Mark Weidick, taken March 18, 2022.

6.     Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the Deposition of Andrew Kim, taken May 9, 2022.

7.     Attached hereto as Exhibit 6 is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00602534.

8.     Attached hereto as Exhibit 7 is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00641039.

9.     Exhibit 8 has been intentionally omitted.

10.     Attached hereto as Exhibit 9 is a true and correct copy of a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000040582.

11.     Attached hereto as Exhibit 10 is a true and correct copy of excerpts of the Deposition of Eric Owski, taken May 23, 2022.

12.     Attached hereto as Exhibit 11 is a true and correct copy of excerpts of the Deposition of Daniel Francis, taken May 25, 2022.

13.     Attached hereto as Exhibit 12 is a true and correct copy of excerpts of the 30(b)(6) Deposition of Jenelle Bray, taken May 18, 2022.

14. Attached hereto as Exhibit 13 is a true and correct copy of a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000012572

15. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed June 22, 2022, at Brooklyn, New York.


By:   */s/ Zane Muller*_____
         Zane Muller

MULLER DECL. ISO HIQ'S SUPPL. OPP. TO LINKEDIN'S MOT. TO DISSOLVE THE PRELIMINARY INJUNCTION