# Exhibit 6

| | |
|---|---|
| From: | Dan Miller |
| Sent: | Tue 4/11/2017 11:34 AM (GMT-07:00) |
| To: | Mark Weidick; Genevieve Graves; Andrew Kim |
| Cc: | |
| Bcc: | |
| Subject: | Fwd: Scraper Dashboard: 'production_scraper_dashboard' |
| Attachments: | production_scraper_dashboard-2017-04-11.pdf |

just FYI -- these guys are pulling rabbits out of a hat here, yeoman efforts that appear to be getting scraping back on its feet. Note how the trend lines in the top graphic go from 1.0 (all banned) to 0.85, 100% due to smarter scrape logic realized through hours of browsing by hand and methodically noting the results.

Kudos are in order for Boris, Cameron, Conner and Chris.

---------- Forwarded message ----------
From: <robot@hiqlabs.com>
Date: Tue, Apr 11, 2017 at 8:54 AM
Subject: Scraper Dashboard: 'production_scraper_dashboard'
To: silas.barta@hiqlabs.com, boris.dev@hiqlabs.com, dan.miller@hiqlabs.com, conner.swann@hiqlabs.com, cameron.cole@hiqlabs.com, gala.nicolaskaufman@hiqlabs.com, liz.brokken@hiqlabs.com, chris.lebailly@hiqlabs.com

A PDF was generated for production_scraper_dashboard

View dashboard

If you believe you've received this email in error, please see your Splunk administrator.

--
Dan Miller
CTO, hiQ Labs