# Exhibit 7

From: Levin, Jesse
Sent: Wed 4/26/2017 5:51 AM (GMT-07:00)
To: Mark Weidick
Cc: Neil Lustig; [redacted]; Gary Vaynerchuk; Rob DeSantis; ben patch
Bcc:
Subject: Re: Reading time 4 mins 39 sec

Thanks, helpful.

Yes, I have a few different folks in my network that are experts on scraping.

I have some cheap answers of experts based in Bangalore and a few more expensive options in New York and Quebec City.

I am talking with one of them today so let's connect tomorrow.

Sent from my iPhone

On Apr 26, 2017, at 8:18 AM, Mark Weidick <mark.weidick@hiqlabs.com> wrote:

> Jesse,
> The new TOS certainly describe a more open approach for the benefit of LI members, particularly around their public profiles. The reality across the past few weeks has been quite different.
>
> When I sent my board update, our ban rate (the number of times an attempt to scrape a public LI profile is denied) was about 98%. After making several changes to our approach, our ban rate dropped to about 80%, so we could scrape 2 out of 10 attempts. Over the weekend the ban rate moved to about 99%. We've been able to satisfy customer requirements, but it's inefficient and it's a daily cat and mouse game that we staff with a team of engineers and data scientists.
>
> We also noticed that LI seems to be scraping public data too. Their TOS explanation included the following pop-up message: "To make updating your LinkedIn profile as easy and quick as possible, we look for public data about your accomplishments and suggest it for you to add to your profile. You can opt out."
>
> Last point has to do with our internal expertise around scraping. My understanding is that our scraping team (referred to as Data Engineering) has little to no prior experience with scraping. With that in mind, I'm on a hunt for data scraping expertise. Are there experts in your networks we can talk to?
>
> Mark

This e-mail and/or its attachments are intended only for the use of the addressee(s) and may contain confidential and legally privileged information belonging to Gartner and/or its subsidiaries, including CEB. If you have received this e-mail in error, please notify the sender and immediately, destroy all copies of this email and its attachments. The publication, copying, in whole or in part, or use or dissemination in any other way of this e-mail and attachments by anyone other than the intended person(s) is prohibited.

On Tue, Apr 25, 2017 at 7:29 PM, Levin, Jesse <LevinJ@cebglobal.com> wrote:

Mark,

Do we have a point of view on the new terms of service released by LI this past week? The interpretation is that they are getting more open not more closed, which would be good news for us, I'd think.

Would welcome the team's perspective when convenient.

Regards,

Jesse

**From:** Neil Lustig [mailto:nlustig@sailthru.com]
**Sent:** Thursday, April 6, 2017 5:02 AM
**To:** Mark Weidick <mark.weidick@hiqlabs.com>
**Cc:** Levin, Jesse <LevinJ@cebglobal.com>; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮; Gary Vaynerchuk <gary@vaynermedia.com>; Rob DeSantis <rob@rdrmail.com>; ben patch <ben.patch@hiqlabs.com>
**Subject:** Re: Reading time 4 mins 39 sec

Mark,

Thanks for the clear and detailed update. The LinkedIn blocking sees like the most serious new matter. Is this affecting our existing customers, or for now have we found a way around it?

I look forward to the Board meeting.

**Neil Lustig | President and CEO**
nlustig@sailthru.com
917-453-3778



Click to learn more about Sailthru's
**Customer Retention Cloud**℠

   The Economist

Leading brands accelerate revenue with Sailthru — you can too.

On Thu, Apr 6, 2017 at 12:01 AM, Mark Weidick <mark.weidick@hiqlabs.com> wrote:

Neil, Jesse, ▆▆▆ Gary & Rob w/ cc to Ben Patch,

Coming out of my first 30 days in the job and in anticipation the May 15 board meeting I've provided a more assessment of the business - the good, the bad and the ugly. To be clear, I'm amped everyday by the magnitude of our opportunity.  All of our investors should feel the same optimism even with the challenges we face.  I tend to be a "focus on what needs to be done and we can celebrate later" kind of guy, but the team knows how optimistic I am about our future and that my point of view is (now) based on an insider's perspective.  I've seen the future and it's bright.

The summary falls into 4 broad categories that I see as most critical to our success:

* Data Collection

* Customers

* Product

* Resources: People & Money

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
hiQ_00641041

I start with the Path Forward so you know the key punchlines and then break down each broad category.  The opportunity at hiQ is huge and the obstacles are clear.  Feedback and questions welcome.

Mark

**PATH FORWARD**

- *Data Collection*

  o  Focused effort to find a modified data collection approach due to aggressive LinkedIn (LI) blocking efforts

  o  Longer term effort to diversify our data sources and collection process

  o  After understanding options, create value proposition for direct dialogue w/ LI

- *Customers*

  o  Q2 forecast at high confidence in part due to Q1 slips

  o  Laser focus on M&A use case; supported by professional marketing and use specific content

- *Product*

  o  M&A use case delivered via combination of existing assets (Keeper, Skill

  o  M&A product co-creation approach to meet 100% of target customer needs

  o  Skill Mapper v1.1 June release to address M&A/PE use case with tiered/company level view

- *Resources (People & Money)*

  o  Build pipeline of Marketing, Product & Engineering candidates (underway)

  o  Recast operating budget to reflect investment in M&A use case, product co-anticipated personnel changes

  o  Fundraising strategy & up-front work to support May 15 board discussion of alternatives, including inside round as last option

**DATA COLLECTION**

- 100% dependent on LI for our data

- o LI actively blocking scraping of PUBLIC data, which is all hiQ uses today
- o 60% coverage; need better coverage over time via internal HRIS & EU data
- o Need path to scrape LI better & faster (e.g. from 100K per day to 500K per day)

- Current Road Blocks
  - o Proxy service providers targeted by LI; hiQ uses a proxy service provider
  - o LI Terms of Service limit private/signed in data scraping
  - o No HRIS connectors to hiQ; sales actively selling this feature anyway (we'll build

- Legal Notes
  - o LinkedIn Aug 2016 complaint filed against 100+ defendants that scrape *private* data BUT to public scraping
    - Violation of Computer Fraud & Abuse
    - Breach of Contract, Trespass & Misappropriation
  - o Monster/TalentBin settles FCRA complaint for $1.5M (TalentBin defined as a "consumer reporting agency" based on data collection)

**CUSTOMERS**

- Sales results
  - o Q1 finishes @ $112K (slips include Chevron, PayPal, BNY Mellon & Nestle)
  - o Q2 forecast $547K with $499K upside

- Q2 narrowed focus on M&A Advisory/PE use case
  - o Justification: Clear "critical event" hiQ replaces existing process with higher margin/faster/better solution; follow-on opportunities with acquirer & target
  - o Piple line: ████████ Accenture, PwC, E&Y, ████
  - o Precedent to be de facto part of all M&A engagements: see IntraLink Virtual Data Rooms
  - o Downside: likelihood that M&A advisors are not reference-able

- M&A marketing campaign via Vayner Media

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                                     hiQ_00641043

- Objective - Drive awareness and in-bound interest from clearly defined target customer

- Timing - In market with full Vayner Media campaign by June 1

- Approach - LinkedIn + Facebook to M&A specific content (video, white paper) "Schedule a Meeting" call to action

- $200K total budget; $100K agency fee @ Vayner cost for creative (Thanks $100K for display ads, sponsored content, retargeting

- Expected Results - 100+ (5%) response = expression of interest or scheduled meeting from initial list of 2,200 M&A names

**PRODUCT**

- Skill Mapper launch April 7
    - Endorsements from beta users (eBay, BNY Mellon, ▮▮▮▮▮; use-ability research with eBay
    - Analyst briefings with Sierra Cedar 4/7, Forrester 4/14; looking for additional
    - Media outreach to WSJ, Forbes

- Keeper
    - Liberty Mutual in-house ROI analysis to support planned purchase (performed by Liberty) shows 3400% ROI: $6M savings on $175K investment

- Internal planning for M&A-centric product (Risk Mapper?)
    - Co-creation collaboration with ▮▮▮▮▮ others
    - Subject to renaming, feature changes and other caveats!

**RESOURCES (PEOPLE & MONEY)**

- *People*
    - Being Worked
        - Darren K - role definition post elevate more clear - to be discussed at meeting
        - Genevieve - Move to ½ time as of April 1; Mark POV that full and clean separation may be better for the business
        - Prakash - insufficient product leadership to meet our current needs
    - Departed Replaced

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY  hiQ_00641044

- George Lan, Director of People Analytics replaced by Mark David Scott
https://www.linkedin.com/in/mark-david-scott-ph-d-6b493915/

- Departed w/ No Plans to Replace for at least 1 quarter
  - Mateo Epstyn (sales)
  - Peter Kovacs (sales)

- Contractors turned off/to be turned off
  - Stu Gold ($3K/month) March 31
  - Jennifer Kaplan (~$7K/month) post Elevate
  - Campaign Stars ($7K/month) end of April
  - TTS lead generation ($7K/month) replaced Madison Logic ($65/lead) end April

- Key Roles to be addressed
  - Marketing leadership
  - Product leadership
  - Engineering leadership (Genevieve dependency)

- *Money*

  - Fundraising strategy set by end of April; natives restless

  - Timing influenced by Q1 sales results + confidence in Q2 forecast + Out of Cash Sept/Oct time frame

  - Alternatives:
    - Elevate conference as catalyst/meeting venue with prospective investors
    - Engage w/ previous interested investors + select new from our networks, including Corporate strategics (e.g. IBM)
    - Pro-rata capital call to be discussed at May 15 board meeting

This e-mail and/or its attachments are intended only for the use of the addressee(s) and may contain confidential and legally privileged information belonging to Gartner and/or its subsidiaries, including CEB. If you have received this e-mail in error, please notify the sender and immediately, destroy all copies of this email and its attachments. The publication, copying, in whole or in

part, or use or dissemination in any other way of this e-mail and attachments by anyone other than the intended person(s) is prohibited.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                hiQ_00641046