# EXHIBIT 8

# (DOCUMENT INTENTIONALLY OMITTED)