# EXHIBIT 11

# (DOCUMENT FILED UNDER SEAL)