# EXHIBIT 12

# (DOCUMENT FILED UNDER SEAL)