# EXHIBIT 13

# (DOCUMENT FILED UNDER SEAL)