From:     Nolette, Eric
Sent:     Tue 8/20/2019 2:29 PM (GMT-07:00)
To:       Mark Weidick
Cc:
Bcc:
Subject: RE: [EXT] Citadel + hiQ call notes


Thanks Mark – am out of the office today but will check tomorrow.

Best,
Eric

**From:** Mark Weidick <mark.weidick@hiqlabs.com>
**Sent:** Tuesday, August 20, 2019 12:17 PM
**To:** Nolette, Eric <Eric.Nolette@citadel.com>
**Subject:** Re: [EXT] Citadel + hiQ call notes

Hi Eric,
Just left you a voicemail - food for thought.
Mark

Sent from my iPhone

On Aug 8, 2019, at 2:45 PM, Nolette, Eric <Eric.Nolette@citadel.com> wrote:

> Mark – apologies for the delay.
>
> Thanks for the conversation a couple weeks ago. It was great to connect.
>
> We are going to put the data project on hold. Having no or limited point-in-time historical data makes it hard for us to properly back-test.
>
> Will certainly reach out if anything changes on our end.
>
> Best,
> Eric
>
> **From:** Mark Weidick <mark.weidick@hiqlabs.com>
> **Sent:** Tuesday, August 06, 2019 1:15 PM
> **To:** Nolette, Eric <Eric.Nolette@citadel.com>
> **Subject:** Re: [EXT] Citadel + hiQ call notes
>
> Hi Eric,
> Checking back with you.  Are you interested in doing something here?  Be glad to talk live.  I'm at 415.215.6925.
> Regards,
> Mark

CONFIDENTIAL                                                                                                                                                 hiQ_00422730

On Mon, Jul 15, 2019 at 6:18 AM Nolette, Eric <Eric.Nolette@citadel.com> wrote:

Mark – thanks for the time last week and summarizing our conversation.

Please let me regroup with the team and decide on next best steps.

Much appreciated.

Eric

**From:** Mark Weidick <mark.weidick@hiqlabs.com>
**Sent:** Friday, July 12, 2019 2:15 PM
**To:** Nolette, Eric <Eric.Nolette@citadel.com>
**Subject:** [EXT] Citadel + hiQ call notes

Hi Eric,

Below I've summarized our discussion to share with your colleagues as you sort through use cases, etc.  Be glad to discuss live if useful.  Our current capacity would allow for us to initiate an engagement with Citadel, but that condition is subject to change.  My recommendation is that Citadel identify a target population for us to begin collecting while you work through the use cases.  I'm certain we can make that an affordable starting point.

Regards,

Mark


===


* hiQ can collect LinkedIn member *public* profiles at scale and somewhat based target populations identified by Citadel (e.g. companies, geography)

CONFIDENTIAL
hiQ_00422731

\* hiQ's collection is done under a Northern California District Court directive that mandates LinkedIn remove any technical or legal impediments to hiQ's access to member public profiles.

\* This condition applies only to hiQ and will remain unless a separate court order reverses the decision.

\* hiQ can provide either/both 1) predictive analytics scores focused on retention risk at the individual level delivered to a Citadel prescribed location and agreed to file format 2) LinkedIn member public profile data for Citadel team to analyze, manipulate, etc.

\* hiQ can scrub the data to hash or redact fields as specified by Citadel prior to delivery to Citadel

\* The likelihood that hiQ has historical data of interest to Citadel (that can be provided to Citadel) is low.  It's more likely that hiQ would collect data based on Citadel's specific targets.

\* Historically, hiQ has collected data on a monthly basis.  This timing has been validated for our retention and skills mapping use cases.  We have some flexibility to adjust the pace of collection depending on quantity of data Citadel wants.

CONFIDENTIALITY AND SECURITY NOTICE

The contents of this message and any attachments may be confidential and proprietary. If you are not an intended recipient, please inform the sender of the transmission error and delete this message immediately without reading, distributing or copying the contents.

CONFIDENTIAL                                                                                                                              hiQ_00422732