| | |
|---|---|
| From: | Darren Kaplan |
| Sent: | Tue 9/10/2019 7:59 AM (GMT-07:00) |
| To: | Nathan Barnes (US - ADVS) |
| Cc: | Takashi Ueki (US - Advisory); Marc Suidan (US - Advisory); Orla Beggs (US - TAX); Leanne Sardiga (US - Advisory); Mark Weidick |
| Bcc: | |
| Subject: | Re: Connect with HiQ |
| Attachments: | The_Nature_of_MA.pdf; hiQ June sample data set .xlsx; hiQ Data Dictionary.pdf |

Nate + team
We have been providing M&A due diligence risk data analytics for over 3 years.  I look forward to learning about your ideal solution.
Docs for our call...

1) Legal risk - https://www.forbes.com/sites/emmawoollacott/2019/09/10/linkedin-data-scraping-ruled-legal/#9f7374d1b54b
2)Sample data report: attached xls file
3)Data Dictionary: Attached PDF
3)M&A whitepaper - attached PDF

Thank you,
Darren



Sender notified by
Mailtrack

On Tue, Sep 10, 2019 at 7:43 AM Nathan Barnes (US - ADVS) <nathan.a.barnes@pwc.com> wrote:
 Hi Darren

 Confirming for later today, yes we are still on. And for the group's benefit here is my proposed rough agenda, though obviously can take this wherever it makes sense.

 - Introductions over everyone on the call
 - High level intro to HiQ, the data, your services,  how it is leveraged historically, etc.
 - Demo of an M&A releaed use case
 - Q&A

 From our perspective an ideal outcome would be getting a better understanding of your offering, including the legal / risk aspects, and if and where there are potential use cases.

 Thanks

Nate

On Tue, Sep 10, 2019 at 8:48 AM Darren Kaplan <darren.kaplan@hiqlabs.com> wrote:

Confirming today... and lots to discuss. The courts ruled 3-0 in hiQ's favor yesterday. It was a big win for the open internet.

**Connect with HiQ**
Dial in: 866-285-7776
Code: 7988224#

| | |
|---|---|
| When | Tue Sep 10, 2019 10:30am – 11:15am Pacific Time - Los Angeles |
| Where | 866-285-7776,,,7988224# (map) |
| Who | • Nathan Barnes (US - ADVS) - organizer |
| | • takashi.b.ueki@pwc.com |
| | • orla.beggs@pwc.com |
| | • marc.suidan@pwc.com |
| | • Darren Kaplan |
| | • mark.weidick@hiqlabs.com |
| | • Leanne Sardiga (US - ADVS) |

--
**Nate Barnes**
PwC | Director, Deal Analytics
Chicago | +1 (801) 830 8399
PricewaterhouseCoopers LLP
pwc.com

_____ The information transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you received this in error, please contact the sender and delete the material from any computer. PricewaterhouseCoopers LLP is a Delaware limited liability partnership. This communication may come from PricewaterhouseCoopers LLP or one of its subsidiaries.

--
Darren Kaplan
co Founder
(c) 925 876 9281

www.hiqlabs.com

Watch the hiQ v Linkedin Appeal live on Youtube
https://youtu.be/tvLdJujOp8k

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                 hiQ_00587341