From:    Jonah Hanig
Sent:    Thu 12/05/2019 5:26 PM (GMT-08:00)
To:      Mark Weidick
Cc:
Bcc:
Subject: Re: hiQ Inquiry via YC Co-Founder


Hi Mark,

Sure, 11:30 is good for me. Talk then.

Best,
Jonah

Sent via Superhuman iOS


On Thu, Dec 5 2019 at 5:24 PM, <mark.weidick@hiqlabs.com> wrote:
Hi Jonah
Can we move our call back to 11:30? I had an earlier meeting shift on me.
Mark

Sent from my iPhone


On Dec 5, 2019, at 9:57 AM, Jonah Hanig <jonah@trustkaz.com> wrote:


Hi Mark,

Thanks for getting back to me. Speaking Friday sounds great — how about 11am?  I can send around a calendar invite if that works. Looking forward to chatting.

Best,
Jonah

Sent via Superhuman


On Thu, Dec 05, 2019 at 7:53 AM, Mark Weidick <mark.weidick@hiqlabs.com> wrote:
 Hi Jonah,
 Be glad to talk with you.  Best to reach me at 415.215.6925.  Friday is fairly open for me.
 Regards,
 Mark

CONFIDENTIAL

On Mon, Dec 2, 2019 at 8:58 PM Jonah Hanig <jonah@trustkaz.com> wrote:
Hi Mark,

I hope this email finds you well. My name is Jonah Hanig, and I'm the co-founder of Kaz, a Y Combinator backed company in the recruiting tech space.

I'm reaching out because my team is working on a tool that utilizes data from multiple sources, including LinkedIn for recruiting purposes. It would be great to speak about your experience, given your litigation with LinkedIn and your expertise in the HR tech space.

Are you available to speak on the phone sometime in the next week or two? I can imagine you're incredibly busy, so thank you in advance.

Best,
Jonah

Sent via Superhuman