From:       Collin West
Sent:       Fri 1/31/2020 2:30 PM (GMT-08:00)
To:         Mark Weidick
Cc:
Bcc:
Subject: Re: Fwd: People data enrichment


Thank you Mark - there's a chance this turns around sooner if we land a contract we're pushing for. Will keep you apprised and DEF want to do this together. Really enjoyed meeting you and getting to know your story. Talk soon!

**Collin West**
Co-founding Partner, Kauffman Fellows Fund
twitter | LinkedIn | Kauffman Fellows

Subscribe to the Kauffman Fellows Newsletter



On Fri, Jan 31, 2020 at 4:08 PM, Mark Weidick <mark.weidick@hiqlabs.com> wrote:
 Ouch!  It's a very interesting project and I hate u-turns on things like this.  Please reach out when appropriate!
 Regards,
 Mark

On Fri, Jan 31, 2020 at 11:06 AM Collin West <cwest@kfp.org> wrote:
 Hi Mark,
 Looks like we're going to need to put this on hold unfortunately so please don't do more work on this. Just talked to my finance team and it looks like we may be up for some scraping in about a year when budget replenishes. In the meantime, I'll keep you updated so we can perhaps work on this together then.

 Thank you!

 Best, Collin

 **Collin West**
 Co-founding Partner, Kauffman Fellows Fund
 twitter | LinkedIn | Kauffman Fellows

 Subscribe to the Kauffman Fellows Newsletter

CONFIDENTIAL                                                                                          hiQ_00423821

On Fri, Jan 31, 2020 at 10:56 AM, Mark Weidick <mark.weidick@hiqlabs.com> wrote:
 Hi Collin,
 I just finished a helpful call with Gopinath to understand the task.  I'm going to iterate with
 my data science crew to do the "test run" so that Gopinath can size up the usefulness of the
 output.  Meantime, I need to understand your budget for this work, maybe in terms of the
 initial ~400,000 profiles as well as the full data set.  I'm open to creative approaches here and
 be glad to talk live.
 Regards,
 Mark

 ---------- Forwarded message ---------
 From: **Gopinath Sundaramurthy** <gsundaramurthy@kfp.org>
 Date: Thu, Jan 30, 2020 at 12:19 PM
 Subject: Re: People data enrichment
 To: Mark Weidick <mark.weidick@hiqlabs.com>
 Cc: Collin West <cwest@kfp.org>


 Hey Mark,

 Finally got the list for you. Been a very busy week for us as we are releasing our next research
 report early next week. To help you better understand the research we do at the Kauffman
 Fellows Research Center, I have attached a 1-page summary of the upcoming report.
 Please do not distribute the infographics as the complete paper with the infographics is slated
 for release early next week. The comprehensive list of our previous reports can be found
 at kauffmanfellows.org/journal

 I have also attached two CSV files with the necessary data required for the evaluation run.
 - hiQ_ppl.csv - contains around 99 unique people from different backgrounds that we
 generally encounter in our research.
 - hiQ_org.csv - contains around the firms with ids that the people in the previous list have
 likely employed/invested at. This is to mainly help with the entity/firm name matching with
 our internal firm names

 Feel free to reach out if you have any questions. I am more than happy to jump on a call either
 today or tomorrow to discuss the next steps or the results. My no is 513-497-5146

 On Mon, Jan 27, 2020 at 9:59 AM Mark Weidick <mark.weidick@hiqlabs.com> wrote:
  Hi Gopinath,
  We may have an alternative for the "no LinkedIn URL" situation.  Best approach would be to
  send us the sample file and we'll come back to you with what's possible.
  Thanks,
  Mark

  On Fri, Jan 24, 2020 at 8:54 AM Gopinath Sundaramurthy <gsundaramurthy@kfp.org>
  wrote:

Hey Mark,

Nice meeting you. Sorry for the delay but this week was busier than expected and hence wasn't able to get you the required CSV. Yes, the CSV export from us will contain the complete LinkedIn URL for most profiles. Is there an alternative for people who do not have their LinkedIn profile?  eg their current firm's domain name or their company's name and address?

I am currently working on getting an evaluation sample and will try to send it to you early next week.

Thank you and looking forward to working with you

On Fri, Jan 24, 2020 at 12:00 AM Mark Weidick <mark.weidick@hiqlabs.com> wrote:
 Thanks Collin and no worries here.  Just to be clear, will the CSV contain LinkedIn URLs?
 Mark

 On Thu, Jan 23, 2020 at 9:18 AM Collin West <cwest@kfp.org> wrote:
  Hey! Sorry for the slow response. We were heads down on a release until yesterday,

  Gopi - Could you send Mark the information he needs above? Basically, we want to make sure that if he enriches our data with work histories that we'll be able to also match the companies. So we probably need to send a CSV of people and companies so they can see the columns we have and figure out how to do the matching.

  Best, Collin

  **Collin West**
  Co-founding Partner, Kauffman Fellows Fund
  twitter | LinkedIn | Kauffman Fellows

  Subscribe to the Kauffman Fellows Newsletter

  On Thu, Jan 23, 2020 at 9:11 AM, Mark Weidick <mark.weidick@hiqlabs.com> wrote:
   Hi Collin,
   Coming back to you to ask if something has changed or if you're still interested.  Be glad to talk live if helpful.
   Regards,
   Mark

   On Fri, Jan 17, 2020 at 10:57 AM Mark Weidick <mark.weidick@hiqlabs.com> wrote:
    Hi Collin,

hiQ_00423823

Glad we connected this morning.  I'll look for the flow chart from you to
facilitate discussion with my guys.  Please don't over engineer this - sketch what you
have, what you want in terms of output, etc. and we'll take it from there.
Regards,
Mark

On Fri, Jan 10, 2020 at 1:35 PM Collin West <cwest@kfp.org> wrote:
Hi Mark,

I'm reaching out to ask if you provide data enrichment for research purposes? We're a
non-profit that does a lot of research about startups around the globe. For example, I
wrote this earlier this year which got a lot of attention.

I'm looking for a data provider to collaborate with that offers the historical work
histories of a list of startup people. Not just where the startup person works today but
also where they have worked in the past with start and end dates. This would help me
do Diversity and Inclusion research on how startup people progress in their careers
over time.

Do you offer anything like this? Thank you!

Best, Collin


**Collin West**
Co-founding Partner, Kauffman Fellows Fund
twitter | LinkedIn | Kauffman Fellows

Subscribe to the Kauffman Fellows Newsletter




--
**Gopinath Sundaramurthy**
Twitter | LinkedIn | Kauffman Fellows
Subscribe to the Kauffman Fellows Newsletter




--
**Gopinath Sundaramurthy**
Twitter | LinkedIn | Kauffman Fellows
Subscribe to the Kauffman Fellows Newsletter

hiQ_00423824

CONFIDENTIAL

hiQ_00423825