From:     nsartor@mindthebridge.org
Sent:     Tue 8/18/2020 4:24 AM (GMT-07:00)
To:       mark.weidick@hiqlabs.com
Cc:
Bcc:
Subject: Introduction to corporation Snam <> hiQ Labs

Dear Mark,

I am reaching out to you on behalf of Snam, one of our major clients. We are scouting for scaleups like hiQ Labs, which developed software or platform that allow for gathering and mapping of employee profiles, knowledge and competences to improve engagement, training, knowledge sharing and internal mobility.

Snam is an Italian company that specializes in the construction and integrated management of natural gas infrastructures.. We suggested hiQ Labs profile to their Open Innovation department and we would need a bit more information before going forward.

I would love to have a first conversation, to make sure your solution falls within what Snam is looking for. In case of mutual fit, we would invite you for a 1-to-1 virtual meeting with them. This call will happen during the San Francisco Digital Scaleup Summit 2020 on Sep 29 to Oct 02.

Would you have time for a chat? Please drop me a line or **book 30' of my time!**

I look forward to hearing from you!

Thank you,
Best

_____
**Nicholas Sartor**
*Technology Scout - Innovation Specialist* | MindTheBridge.com



**Spain -** Carrer del Bruc, 149, 08037 *Barcelona, Spain*
**US -** 450 Townsend St, 1st Floor, 94107 *San Francisco, California*
+34632658181 | **Let's Connect on LinkedIn!**
Book 30' of my time!