From: **Mark Hulbert** <mark@neudata.co>
Date: Tue, May 17, 2022 at 3:20 AM
Subject: Neudata >> Introduction
To: <mark.weidick@hiqlabs.com>


Hi Mark - I hope you are well!

My colleague Don shared with me that following our webinar there is a possibility of Neudata working closer together with HiQ Labs.

It would be great to hop on a call this week to discuss the best way for us to work together, and strike while the iron is hot.

Have you got any availability this week?

Kind regards,

**Mark Hulbert**

*Business Development Executive*
1 Poultry, London, EC2R 8EJ
T:+44 20 4538 7688
mark@neudata.co