**From:** Pia Gabrielle Alfonso <messages-noreply@linkedin.com>
**Date:** June 10, 2022 at 9:38:31 AM GMT-5
**To:** Mark Weidick <markweidick@gmail.com>
**Subject: Access to LinkedIn Data**

Mark Weidick

Hi Mr. Weidick,

How are you? I am Pia Alfonso, a physician from the Philippines. I am currently working on a research project with Dr. Leo Celi from Harvard. We want to know "who comprise the social entrepreneurial community?" Are they mostly from ivy league schools? Male or female? What part of the US? Do they have the necessary experience and perspective to provide solutions to the social problems they are trying to address? The importance of diversity cannot be overlooked in society. We hope to use descriptive statistics and visualization to show the current state of diversity in this field.

While doing a quick search on LinkedIn data extraction, I read about the hiQ labs vs LinkedIn case. I'm glad that the ninth circuit reaffirmed that data scraping does not violate the CFAA. It is publicly available data that was compiled! I was wondering if it's possible to have access to the data you've extracted from LinkedIn? We are also trying to recruit data scientists from MIT who will help us extract data from other resources. Let me know what you think!

Warm regards,
Pia

Yes, interested… No thanks… Reply

View Pia Gabrielle's LinkedIn profile

Unsubscribe | Help

This email was intended for Mark Weidick (President & General Manager at SimpleLegal). Learn why we included this.

© 2022 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

