Corey Worcester (*pro hac vice*)
coreyworcester@quinnemanuel.com
Renita Sharma (*pro hac vice*)
renitasharma@quinnemanuel.com
Hope Skibitsky (*pro hac vice*)
hopeskibitsky@quinnemanuel.com
Elisabeth Miller (*pro hac vice*)
elisabethmiller@quinnemanuel.com
Zane Muller (*pro hac vice*)
zanemuller@quinnemanuel.com
Daily Guerrero (*pro hac vice*)
dailyguerrero@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000

Terry L. Wit (SBN 233473)
terrywit@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:     (415) 875-6331

*Attorneys for Plaintiff and Counterclaim Defendant hiQ Labs, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>    *Plaintiff and Counterclaim Defendant*,<br><br>    vs.<br><br>LinkedIn Corp.,<br><br>    *Defendant and Counterclaim Plaintiff.* | Case No. 3:17-cv-03301-EMC<br><br>**DECLARATION OF HOPE SKIBITSKY IN SUPPORT OF HIQ LABS, INC.'S LOCAL RULE 79-5 ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF HIQ'S SUPPLEMENTAL OPPOSITION TO LINKEDIN'S MOTION TO DISSOLVE THE PRELIMINARY INJUNCTION** |

I, Hope Skibitsky, declare as follows:

1. I am an attorney with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys of record for Plaintiff hiQ Labs, Inc. ("hiQ"). I have personal knowledge of the facts set forth below and if called as a witness I could and would competently testify to those facts.

2. Pursuant to Civil Local Rule 79-5(e), I submit this declaration in support of hiQ's Administrative Motion To File Portions of hiQ's Supplemental Opposition to LinkedIn's Motion to Dissolve the Preliminary Injunction ("Administrative Motion").

3. I have reviewed hiQ's Supplemental Opposition to LinkedIn's Motion To Dissolve the Preliminary Injunction ("Brief"), the Declaration of Zane Muller In Support Of hiQ Labs, Inc.'s Supplemental Opposition To LinkedIn's Motion To Dissolve the Preliminary Injunction ("Muller Dec."), and the Supplemental Declaration of Mark Weidick In Support of hiQ Labs Inc.'s Supplemental Opposition to LinkedIn's Motion To Dissolve the Preliminary Injunction (Suppl. Weidick Dec.).

4. Based on my review, Exhibit 7 to the Muller Decl. contains information relating to third-parties that hiQ has agreed to treat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" and/or "CONFIDENTIAL" pursuant to the parties' Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information, And/Or Trade Secrets (ECF No. 213 ("Protective Order")).

5. Accordingly, hiQ requests that Exhibit 7 to the Muller Dec. be filed in redacted form under seal. hiQ's redactions to Exhibit 7 are minimal and conform to the requirements of the Protective Order insofar as they are limited only to protect the confidential information that hiQ has a good-faith basis to believe it has an obligation to maintain in confidence.

6. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed June 22, 2022, at New York, New York.

By: /s/ Hope Skibitsky
Hope Skibitsky