Corey Worcester (*pro hac vice*)
coreyworcester@quinnemanuel.com
Renita Sharma (*pro hac vice*)
renitasharma@quinnemanuel.com
Hope Skibitsky (*pro hac vice*)
hopeskibitsky@quinnemanuel.com
Elisabeth Miller (*pro hac vice*)
elisabethmiller@quinnemanuel.com
Zane Muller (*pro hac vice*)
zanemuller@quinnemanuel.com
Daily Guerrero (*pro hac vice*)
dailyguerrero@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000

Terry L. Wit (SBN 233473)
terrywit@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:     (415) 875-6331

*Attorneys for Plaintiff and Counterclaim Defendant hiQ Labs, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>  *Plaintiff and Counterclaim Defendant*,<br><br>  vs.<br><br>LinkedIn Corp.,<br><br>  *Defendant and Counterclaim Plaintiff.* | Case No. 3:17-cv-03301-EMC<br><br>**[PROPOSED] ORDER GRANTING HIQ LABS, INC.'S LOCAL RULE 79-5 ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF HIQ'S SUPPLEMENTAL OPPOSITION TO LINKEDIN'S MOTION TO DISSOLVE THE PRELIMINARY INJUNCTION** |

Before the Court is hiQ Labs, Inc.'s Local Rule 79-5 Administrative Motion to File Under Seal Portions of hiQ's Supplemental Opposition to LinkedIn's Motion to Dissolve the Preliminary Injunction ("Administrative Motion"). The Administrative Motion seeks to seal portions of Exhibit 7 to the Muller Declaration filed in support of hiQ's Supplemental Opposition to LinkedIn's Motion to Dissolve the TRO in order to protect information that third-parties have requested be designated Confidential and/or Highly Confidential pursuant to the parties' Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information, And/Or Trade Secrets (ECF No. 213 ("Protective Order")). Accordingly, hiQ may file such material under seal and the Administrative Motion is **GRANTED.**

**IT IS HEREBY ORDERED** that counsel for hiQ may file Exhibit 7 to the Muller Declaration as indicated by the highlights attendant the Exhibit 7 attached to hiQ's Administrative Motion.

**IT IS SO ORDERED.**

DATED: _____

HON. EDWARD M. CHEN
United States District Judge