Corey Worcester (*pro hac vice*)
coreyworcester@quinnemanuel.com
Renita Sharma (*pro hac vice*)
renitasharma@quinnemanuel.com
Hope Skibitsky (*pro hac vice*)
hopeskibitsky@quinnemanuel.com
Elisabeth Miller (*pro hac vice*)
elisabethmiller@quinnemanuel.com
Zane Muller (*pro hac vice*)
zanemuller@quinnemanuel.com
Daily Guerrero (*pro hac vice*)
dailyguerrero@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000

Terry L. Wit (SBN 233473)
terrywit@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:     (415) 875-6331

*Attorneys for Plaintiff and Counterclaim Defendant hiQ Labs, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>    *Plaintiff and Counterclaim Defendant*,<br><br>    vs.<br><br>LinkedIn Corp.,<br><br>    *Defendant and Counterclaim Plaintiff.* | Case No. 3:17-cv-03301-EMC<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I am over the age of eighteen years and not a party to this action. My business address is Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Ave, 22nd Floor, New York, NY 10010. On June 22, 2022, I served unredacted copies of under seal materials filed with hiQ Labs, Inc.'s Supplemental Opposition to LinkedIn Corp.'s Motion to Dissolve the TRO by transmitting a true pdf copy of said documents by e-mail transmission from hopeskibitsky@quinnemanuel.com to counsel for LinkedIn Corp. at the e-mail addresses set forth below.

Annette L. Hurst
ahurst@orrick.com
Russell P. Cohen
rcohen@orrick.com
Nathan Shaffer
nshaffer@orrick.com
Catherine Lui
clui@orrick.com
Paul Rugani
prugani@orrick.com
Daniel Justice
djustice@orrick.com
Maria N. Sokova
msokova@orrick.com
Daniel Justice
danieljustice@orrick.com

I declare under penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed on June 22, 2022, at New York, New York.

                                          */s/ Hope Skibitsky*
                                          Hope Skibitsky