**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7471**

WRITER'S EMAIL ADDRESS
**coreyworcester@quinnemanuel.com**

June 23, 2022

**VIA ECF**

Hon. Edward M. Chen
United States District Judge
Northern District of California
San Francisco Courthouse
Courtroom 5, 17th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

Re:   *hiQ Labs, Inc. v. LinkedIn Corp.*, Case No. 3:17-cv-03301-EMC
      hiQ Labs, Inc.'s Renewed Motion to Dismiss

Dear Judge Chen,

I write on behalf of Plaintiff hiQ Labs, Inc. ("hiQ") in connection with the above-captioned matter.

On May 20, 2022, hiQ filed a Renewed Motion to Dismiss LinkedIn's first and second counterclaims as asserted in LinkedIn's November 1, 2020 Answer with Counterclaims. ECF No. 273. On June 9, 2022, LinkedIn filed both a Motion for Leave to Amend Counterclaims, ECF No. 303, and an Opposition to hiQ's Renewed Motion to Dismiss, ECF No. 301. hiQ does not oppose LinkedIn's Motion for Leave to Amend Counterclaims. As such, if the Court grants LinkedIn's Motion for Leave to Amend Counterclaims, hiQ anticipates that LinkedIn will soon file its Proposed Amended Counterclaims, rendering moot hiQ's Renewed Motion to Dismiss, ECF No. 273, which seeks to dismiss certain of LinkedIn's November 1, 2020 Counterclaims. Accordingly, if LinkedIn's Motion to Amend Counterclaims is granted, hiQ withdraws its Renewed Motion to Dismiss, ECF No. 273. If the Court denies LinkedIn's Motion to Amend Counterclaims, then hiQ respectfully requests a one-week extension, to June 30, to file its reply to LinkedIn's opposition.

hiQ further notes that under the operative Scheduling Order, ECF No. 236, dispositive motions are due on August 5, 2022. As such, in a few weeks, the Court would have occasion to consider, with the benefit of discovery put before it, the merits of the parties' positions with respect to LinkedIn's Proposed Amended Counterclaims. Accordingly, if the Court grants LinkedIn's Motion to Amend Counterclaims, and in the interests of efficiency and conserving party and judicial resources, hiQ does not intend to file an additional motion to dismiss.

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Corey Worcester*

Corey Worcester