
1  ANNETTE L. HURST (SBN 148738)
   ahurst@orrick.com
2  RUSSELL P. COHEN (SBN 213105)
   rcohen@orrick.com
3  CATHERINE Y. LUI (SBN 239648)
   clui@orrick.com
4  NATHAN SHAFFER (SBN 282015)
   nshaffer@orrick.com
5  DANIEL JUSTICE (SBN 291907)
   djustice@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
7  San Francisco, CA  94105-2669
   Telephone:   +1 415 773 5700
8  Facsimile:    +1 415 773 5759

9  MARIA N. SOKOVA (SBN 323627)
   msokova@orrick.com
10 ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
11 Menlo Park, CA  94025-1015
   Telephone:   +1 650 614 7400
12 Facsimile:    +1 650 614 7401

13 *Attorneys for LinkedIn Corporation*

14               UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16                   SAN FRANCISCO DIVISION

17

| | |
|---|---|
| hiQ Labs, Inc., | Case No. 17-cv-03301-EMC |
| Plaintiff, | **NOTICE OF CHANGE OF COUNSEL** |
| vs. | |
| LinkedIn Corporation, | Complaint Filed:  June 7, 2017<br>Trial Date:         February 27, 2023 |
| Defendant. | |
| LinkedIn Corporation | |
| Counterclaimant, | |
| vs. | |
| hiQ Labs, Inc. | |
| Counterdefendants, | |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Maria N. Sokova of the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick") hereby withdraws as counsel of record for Defendant/Counterclaimant LinkedIn Corporation ("LinkedIn") in the above-captioned litigation, and respectfully requests that her name be removed from all applicable service lists.  Orrick will continue to represent LinkedIn.

DATED: June 23, 2022

Respectfully Submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Maria N. Sokova*
MARIA N. SOKOVA

Attorneys for Defendant/Counterclaimant
LINKEDIN CORPORATION

- 1 -

NOTICE OF CHANGE OF COUNSEL
No. 17-CV-03301-EMC