ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
CATHERINE Y. LUI (SBN 239648)
clui@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

MARIA N. SOKOVA (SBN 323627)
msokova@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401

*Attorneys for LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>LinkedIn Corporation,<br><br>Defendant. | Case No. 17-cv-03301-EMC<br><br>~~[PROPOSED]~~ **ORDER GRANTING LINKEDIN CORPORATION'S LOCAL RULE 79-5 ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| LinkedIn Corporation<br><br>Counterclaimant,<br>vs.<br><br>hiQ Labs, Inc.<br><br>Counterdefendants, | Complaint Filed: June 7, 2017<br>Trial Date: February 27, 2023 |

Before the Court is LinkedIn Corporation's Local Rule 79-5(f) Administrative Motion To Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion"). The Administrative Motion seeks to seal portions of LinkedIn Corporation's Supplemental Brief In Support of Motion to Dissolve Preliminary Injunction ("Supplemental Brief") and certain exhibits submitted with the Supplemental Declaration of Annette L. Hurst in Support of Motion to Dissolve Preliminary Injunction because they identify material designated by another party under a Court-granted protective order. Accordingly, LinkedIn may file such material under seal pursuant to Local Rule 79-5(f) and the Administrative Motion is **GRANTED.**

**IT IS HEREBY ORDERED** that counsel for LinkedIn may file under seal the following material designated by Plaintiff and Counterdefendant hiQ Labs under the Stipulated Protective Order For Litigation Involving Patents, Highly Sensitive Confidential Information, and/or Trade Secrets (ECF No. 213):

| Portion of the Supplemental Brief to be Filed Under Seal |
|---|
| Highlighted portions of page 1 of the Supplemental Brief |
| Highlighted portions of page 2 of the Supplemental Brief |
| Highlighted portions of page 3 of the Supplemental Brief |
| Highlighted portions of page 4 of the Supplemental Brief |
| Highlighted portions of page 5 of the Supplemental Brief |
| Highlighted portions of page 6 of the Supplemental Brief |
| Highlighted portions of page 7 of the Supplemental Brief |
| Highlighted portions of page 8 of the Supplemental Brief |
| Highlighted portions of page 9 of the Supplemental Brief |
| Highlighted portions of page 10 of the Supplemental Brief |
| Highlighted portions of page 11 of the Supplemental Brief |
| Exhibit 1 to Suppl. Hurst Decl. |
| Highlighted portions of Exhibit 2 to Suppl. Hurst Decl. |
| Exhibit 3 to Suppl. Hurst Decl. |
| Exhibit 4 to Suppl. Hurst Decl. |
| Exhibit 5 to Suppl. Hurst Decl. |
| Exhibit 6 to Suppl. Hurst Decl. |
| Exhibit 7 to Suppl. Hurst Decl. |
| Exhibit 8 to Suppl. Hurst Decl. |

| Exhibit 9 to Suppl. Hurst Decl. |
|---|
| Exhibit 11 to Suppl. Hurst Decl. |
| Exhibit 12 to Suppl. Hurst Decl. |
| Exhibit 13 to Suppl. Hurst Decl. |
| Exhibit 14 to Suppl. Hurst Decl. |
| Exhibit 15 to Suppl. Hurst Decl. |
| Exhibit 16 to Suppl. Hurst Decl. |
| Exhibit 17 to Suppl. Hurst Decl. |
| Exhibit 18 to Suppl. Hurst Decl. |
| Exhibit 19 to Suppl. Hurst Decl. |
| Exhibit 20 to Suppl. Hurst Decl. |
| Exhibit 21 to Suppl. Hurst Decl. |
| Exhibit 22 to Suppl. Hurst Decl. |
| Highlighted portions of Exhibit 23 to Suppl. Hurst Decl. |
| Exhibit 25 to Suppl. Hurst Decl. |
| Exhibit 26 to Suppl. Hurst Decl. |
| Exhibit 27 to Suppl. Hurst Decl. |
| Exhibit 28 to Suppl. Hurst Decl. |
| Exhibit 29 to Suppl. Hurst Decl. |
| Exhibit 30 to Suppl. Hurst Decl. |
| Exhibit 31 to Suppl. Hurst Decl. |
| Exhibit 32 to Suppl. Hurst Decl. |
| Exhibit 33 to Suppl. Hurst Decl. |
| Exhibit 34 to Suppl. Hurst Decl. |
| Exhibit 35 to Suppl. Hurst Decl. |
| Exhibit 36 to Suppl. Hurst Decl. |
| Exhibit 37 to Suppl. Hurst Decl. |
| Exhibit 38 to Suppl. Hurst Decl. |
| Exhibit 39 to Suppl. Hurst Decl. |
| Exhibit 40 to Suppl. Hurst Decl. |
| Exhibit 41 to Suppl. Hurst Decl. |
| Exhibit 42 to Suppl. Hurst Decl. |
| Exhibit 43 to Suppl. Hurst Decl. |
| Exhibit 44 to Suppl. Hurst Decl. |
| Exhibit 45 to Suppl. Hurst Decl. |

**IT IS SO ORDERED**

Dated: June 27, 2022

HON. EDWARD M. CHEN
United States District Judge