Corey Worcester (*pro hac vice*)
coreyworcester@quinnemanuel.com
Renita Sharma (*pro hac vice*)
renitasharma@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:      (212) 849-7100

Terry L. Wit (SBN 233473)
terrywit@quinnemanuel.com
Adam B. Wolfson (SBN 262125)
adamwolfson@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for Plaintiff hiQ Labs, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>         Plaintiff,<br><br>vs.<br><br>LinkedIn Corp.,<br><br>         Defendant. | Case No. 3:17-CV-03301-EMC<br><br>[PROPOSED] ORDER GRANTING HIQ LABS, INC.'S LOCAL RULE 79-5(f) ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED |

The Court has received Plaintiff hiQ Labs, Inc.'s Administrative Motion to Seal Portions of hiQ Labs, Inc.'s Supplemental Brief in Opposition to Defendant LinkedIn Corporation's Motion to Dissolve the Preliminary Injunction ("Brief"). Because the Brief contains material that is sealable pursuant to Local Rule 79-5(f), Plaintiff's Administrative Motion to File Under Seal is **GRANTED**.

**IT IS HEREBY ORDERED** that the following materials should be sealed and that counsel for hiQ may file the following material designated by LinkedIn under the Stipulated

Protective Order For Litigation Involving Patents, Highly Sensitive Confidential Information, and/or Trade Secrets (ECF No. 213):

| Document to Be Sealed | Basis for Sealing |
|---|---|
| Muller Dec. Exhibit 1 | LinkedIn has designated this document confidential under the protective order. |
| Muller Dec. Exhibit 2 | LinkedIn has designated this document confidential under the protective order. |
| Muller Dec. Exhibit 3 | LinkedIn has designated this document highly confidential under the protective order. |
| Muller Dec. Exhibit 9 | LinkedIn has designated this document confidential under the protective order. |
| Muller Dec. Exhibit 10 | LinkedIn has provisionally designated this entire transcript as highly confidential under the protective order, pending de-designations of non-protected portions of the transcript. |
| Muller Dec. Exhibit 11 | LinkedIn has provisionally designated this entire transcript as highly confidential under the protective order, pending de-designations of non-protected portions of the transcript. |
| Muller Dec. Exhibit 12 | LinkedIn has designated portions of this transcript as highly confidential under the protective order. |
| Muller Dec. Exhibit 13 | LinkedIn has designated this document highly confidential under the protective order. |
| Highlighted Portions of the Brief, Page 1 | LinkedIn has designated the highlighted portions as confidential under the protective order. |
| Highlighted Portions of the Brief, Page 2 | LinkedIn has designated the highlighted portions as confidential under the protective order. |
| Highlighted Portions of the Brief, Page 3 | LinkedIn has designated each of the highlighted portions as confidential or highly confidential under the protective order. |
| Highlighted Portions of the Brief, Page 4 | LinkedIn has designated each of the highlighted portions as confidential under the protective order. |
| Highlighted Portions of the Brief, Page 6 | LinkedIn has designated each of the highlighted portions as confidential under the protective order. |
| Highlighted Portions of the Brief, Page 7 | LinkedIn has provisionally designated the highlighted portions as highly confidential under the protective order. |

| Highlighted Portions of the Brief, Page 8 | LinkedIn has provisionally designated the highlighted portions as confidential or highly confidential under the protective order. |
| --- | --- |
| Highlighted Portions of the Brief, Page 9 | LinkedIn has designated the highlighted portions as highly confidential under the protective order. |

Dated: June 27, 2022

_____
HON. EDWARD CHEN
UNITED STATES DISTRICT JUDGE

Case No. 3:17-cv-03301-EMC
[PROPOSED] ORDER GRANTING ADMIN. MOTION TO FILE UNDER SEAL PORTIONS OF PL.'S REPLY IN SUPPORT OF MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER

3