1  Corey Worcester (*pro hac vice*)
   coreyworcester@quinnemanuel.com
2  Renita Sharma (*pro hac vice*)
   renitasharma@quinnemanuel.com
3  Hope Skibitsky (*pro hac vice*)
   hopeskibitsky@quinnemanuel.com
4  Elisabeth Miller (*pro hac vice*)
5  elisabethmiller@quinnemanuel.com
   Zane Muller (*pro hac vice*)
6  zanemuller@quinnemanuel.com
7  Daily Guerrero (*pro hac vice*)
   dailyguerrero@quinnemanuel.com
8  QUINN EMANUEL URQUHART AND SULLIVAN LLP
   51 Madison Avenue, 22nd Floor
9  New York, NY 10010
   Telephone:   (212) 849-7000
10
11 Terry L. Wit (SBN 233473)
   terrywit@quinnemanuel.com
12 QUINN EMANUEL URQUHART AND SULLIVAN LLP
   50 California Street, 22nd Floor
13 San Francisco, CA 94111
   Telephone:   (415) 875-6331
14
15 *Attorneys for Plaintiff and
   Counterclaim Defendant
16 hiQ Labs, Inc.*

17

18                UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20  hiQ Labs, Inc.,

21       *Plaintiff and Counterclaim Defendant*,      Case No. 3:17-cv-03301-EMC

22                                                    [PROPOSED] ORDER GRANTING HIQ
                                                      LABS, INC.'S LOCAL RULE 79-5
23       vs.                                          ADMINISTRATIVE MOTION TO FILE
                                                      UNDER SEAL PORTIONS OF HIQ'S
24  LinkedIn Corp.,                                   SUPPLEMENTAL OPPOSITION TO
                                                      LINKEDIN'S MOTION TO DISSOLVE
25       *Defendant and Counterclaim Plaintiff.*      THE PRELIMINARY INJUNCTION

26

27

28

---

Case No. 3:17-cv-03301-EMC
[PROPOSED] ORDER GRANTING HIQ'S ADMIN. MOTION TO FILE UNDER SEAL PORTIONS OF HIQ'S
SUPPL. OPP. TO LINKEDIN'S MOT. TO DISSOLVE THE PRELIMINARY INJUNCTION

Before the Court is hiQ Labs, Inc.'s Local Rule 79-5 Administrative Motion to File Under Seal Portions of hiQ's Supplemental Opposition to LinkedIn's Motion to Dissolve the Preliminary Injunction ("Administrative Motion").  The Administrative Motion seeks to seal portions of Exhibit 7 to the Muller Declaration filed in support of hiQ's Supplemental Opposition to LinkedIn's Motion to Dissolve the TRO in order to protect information that third-parties have requested be designated Confidential and/or Highly Confidential pursuant to the parties' Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information, And/Or Trade Secrets (ECF No. 213 ("Protective Order")).  Accordingly, hiQ may file such material under seal and the Administrative Motion is **GRANTED.**

**IT IS HEREBY ORDERED** that counsel for hiQ may file Exhibit 7 to the Muller Declaration as indicated by the highlights attendant the Exhibit 7 attached to hiQ's Administrative Motion.

**IT IS SO ORDERED.**

DATED:  June 27, 2022

HON. EDWARD M. CHEN
United States District Judge