1  ANNETTE L. HURST (SBN 148738)
   ahurst@orrick.com
2  RUSSELL P. COHEN (SBN 213105)
   rcohen@orrick.com
3  CATHERINE Y. LUI (SBN 239648)
   clui@orrick.com
4  NATHAN SHAFFER (SBN 282015)
   nshaffer@orrick.com
5  DANIEL JUSTICE (SBN 291907)
   djustice@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
7  San Francisco, CA  94105-2669
   Telephone:   +1 415 773 5700
8  Facsimile:    +1 415 773 5759

9  MARIA N. SOKOVA (SBN 323627)
   msokova@orrick.com
10 ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
11 Menlo Park, CA  94025-1015
   Telephone:   +1 650 614 7400
12 Facsimile:    +1 650 614 7401

13 *Attorneys for LinkedIn Corporation*

14            UNITED STATES DISTRICT COURT

15          NORTHERN DISTRICT OF CALIFORNIA

16             SAN FRANCISCO DIVISION

17

18 hiQ Labs, Inc.,                          Case No. 17-cv-03301-EMC

19            Plaintiff,                     [PROPOSED] ORDER GRANTING
                                            LINKEDIN CORPORATION'S LOCAL
20      vs.                                 RULE 79-5 ADMINISTRATIVE
                                            MOTION TO CONSIDER WHETHER
21 LinkedIn Corporation,                    ANOTHER PARTY'S MATERIAL
                                            SHOULD BE SEALED
22            Defendant.

23

24

25 LinkedIn Corporation                     Complaint Filed:   June 7, 2017
                                            Trial Date:        February 27, 2023
26            Counterclaimant,
        vs.
27
   hiQ Labs, Inc.
28
            Counterdefendants,

Before the Court is LinkedIn Corporation's Local Rule 79-5(f) Administrative Motion To Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion").  The Administrative Motion seeks to seal portions of LinkedIn Corporation's Motion for Leave to Amend Counterclaims ("Motion") and certain exhibits submitted with the Declaration of Annette L. Hurst in Support of LinkedIn's Motion to for Leave to Amend Counterclaims because they identify material designated by another party under a Court-granted protective order. Accordingly, LinkedIn may file such material under seal pursuant to Local Rule 79-5(f) and the Administrative Motion is **GRANTED.**

**IT IS HEREBY ORDERED** that counsel for LinkedIn may file under seal the following material designated by Plaintiff and Counterdefendant hiQ Labs under the Stipulated Protective Order For Litigation Involving Patents, Highly Sensitive Confidential Information, and/or Trade Secrets (ECF No. 213):

| Portion of the Supplemental Brief to be Filed Under Seal |
|---|
| Highlighted portions of page 3 of the Motion |
| Highlighted portions of page 4 of the Motion |
| Highlighted portions of page 5 of the Motion |
| Highlighted portions of page 6 of the Motion |
| Highlighted portions of page 7 of the Motion |
| Highlighted portions of page 8 of the Motion |
| Highlighted portions of page 9 of the Motion |
| Exhibit B to Hurst Decl. |
| Exhibit C to Hurst Decl. |
| Exhibit D to Hurst Decl. |
| Exhibit E to Hurst Decl. |
| Exhibit F to Hurst Decl. |
| Exhibit G to Hurst Decl. |
| Exhibit H to Hurst Decl. |
| Exhibit I to Hurst Decl. |
| Exhibit J to Hurst Decl. |
| Exhibit K to Hurst Decl. |
| Exhibit L to Hurst Decl. |
| Exhibit M to Hurst Decl. |

[PROPOSED] ORDER GRANTING MOT. TO SEAL
17-cv-03301-EMC

| |
|---|
| Exhibit N to Hurst Decl. |
| Exhibit O to Hurst Decl. |
| Exhibit P to Hurst Decl. |
| Exhibit Q to Hurst Decl. |
| Exhibit R to Hurst Decl. |
| Exhibit S to Hurst Decl. |
| Exhibit T to Hurst Decl. |
| Exhibit U to Hurst Decl. |
| Exhibit V to Hurst Decl. |
| Exhibit W to Hurst Decl. |
| Exhibit X to Hurst Decl. |
| Exhibit Y to Hurst Decl. |
| Exhibit Z to Hurst Decl. |
| Exhibit AA to Hurst Decl. |
| Exhibit BB to Hurst Decl. |
| Exhibit CC to Hurst Decl. |
| Exhibit DD to Hurst Decl. |
| Exhibit EE to Hurst Decl. |
| Exhibit FF to Hurst Decl. |
| Exhibit GG to Hurst Decl. |
| Exhibit HH to Hurst Decl. |
| Exhibit II to Hurst Decl. |

**IT IS SO ORDERED**

Dated:  June 27, 2022

_____
HON. EDWARD M. CHEN
United States District Judge