UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIQ LABS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>LINKEDIN CORPORATION,<br><br>        Defendant. | Case No. 17-cv-03301-EMC<br><br>**ORDER GRANTING LINKEDIN'S UNOPPOSED MOTION FOR LEAVE TO AMEND COUNTERCLAIMS**<br><br>Docket Nos. 273, 303 |

LinkedIn Corporation ("LinkedIn") filed a Motion For Leave to Amend Counterclaims ("Motion") on June 9, 2022. (Docket No. 303.) hiQ Labs, Inc. ("hiQ") does not oppose the Motion. (Docket No. 312.) The Court, having considered the motion, and the papers and pleadings on file in this action, hereby **GRANTS** LinkedIn's Motion. LinkedIn shall file its amended counterclaims by July 1, 2022. hiQ's Motion to Dismiss the current counterclaims (Docket No. 273) is deemed moot.

The July 14, 2022 hearing on hiQ's Motion to Dismiss and LinkedIn's Motion for Leave to Amend Counterclaims is **VACATED**. This order disposes of Docket Nos. 273 and 303.

**IT IS SO ORDERED**.

Dated: June 29, 2022

_____
EDWARD M. CHEN
United States District Judge