UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIQ LABS, INC.,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>LINKEDIN CORPORATION,<br>　　　　　Defendant. | Case No. 3:17-cv-03301-EMC (DMR)<br><br>**NOTICE OF FURTHER SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER**<br><br>Re: Dkt. No. 323 |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Magistrate Judge Donna M. Ryu for settlement purposes. You are hereby notified that a further settlement conference is scheduled for **October 28, 2022 at 10:00 a.m.** in Oakland, by Videoconference only.

Parties shall comply with the requirements and procedures set forth in this court's Notice of Settlement Conference and Settlement Conference Order dated December 15, 2021. [*See* Docket No. 230.] The parties shall send updated confidential letters to Judge Ryu by October 24, 2022. The parties need not prepare updated exchanged settlement briefs.

**IT IS SO ORDERED.**

Dated: July 15, 2022

_____
DONNA M. RYU
United States Magistrate Judge