# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** July 15, 2022     **Time:** 9:00 - 9:24     **Judge:** EDWARD M. CHEN
24 Minutes

**Case No.**: 17-cv-03301-EMC     **Case Name:** hiQ Labs, Inc. v. Linkedin Corporation

**Attorney for Plaintiff:** Corey Worcester
**Attorney for Defendant:** Russell Cohen and Annette Hurst

**Deputy Clerk:** Vicky Ayala     **Court Reporter:** Belle Ball

## PROCEEDINGS

Motion to Vacate - held

## SUMMARY

Order to issue.