| | |
|---|---|
| ANNETTE L. HURST (SBN 148738)<br>ahurst@orrick.com<br>RUSSELL P. COHEN (SBN 213105)<br>rcohen@orrick.com<br>PAUL F. RUGANI (SBN 342647)<br>prugani@orrick.com<br>CATHERINE Y. LUI (SBN 239648)<br>clui@orrick.com<br>NATHAN SHAFFER (SBN 282015)<br>nshaffer@orrick.com<br>DANIEL JUSTICE (SBN 291907)<br>djustice@orrick.com<br>EMILY RENZELLI (*pro hac vice*)<br>erenzelli@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>405 Howard Street<br>San Francisco, CA  94105-2669<br>Telephone:     +1 415 773 5700<br>Facsimile:      +1 415 773 5759<br><br>*Attorneys for Defendant LinkedIn Corporation* | COREY WORCESTER (*pro hac vice*)<br>coreyworcester@quinnemanuel.com<br>RENITA SHARMA (*pro hac vice*)<br>renitasharma@quinnemanuel.com<br>HOPE SKIBITSKY (*pro hac vice*)<br>hopeskibitsky@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone:      (212) 849-7000<br>Facsimile:       (212) 849-7100<br><br>TERRY L. WIT (SBN 233473)<br>terrywit@quinnemanuel.com<br>QUINN EMANUEL URQUHART<br>AND SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone:      (415) 875-6331<br>Facsimile:       (415) 875-6700<br><br>*Attorneys for Plaintiff hiQ Labs, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>      Plaintiff,<br><br>  vs.<br><br>LinkedIn Corporation,<br><br>      Defendant.<br><hr>LinkedIn Corporation<br><br>      Counterclaimant,<br>  vs.<br><br>hiQ Labs, Inc.<br><br>      Counterdefendant. | Case No. 17-cv-03301-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER PURSUANT TO LOCAL RULE 7-11 SEEKING EXPANSION OF PAGE LIMITS RE MOTION FOR SUMMARY JUDGMENT**<br><br><br>Complaint Filed:   June 7, 2017<br>Trial Date:              February 27, 2023 |

Pursuant to Local Rule 7-11, Defendant and Counterclaimant LinkedIn Corporation ("LinkedIn") and Plaintiff and Counterdefendant hiQ Labs, Inc. ("hiQ") hereby stipulate and respectfully request an order modifying the page limitations set forth in Local Rules 7-2(b), 7-3(a), and 7-3(c) to permit opening and response memoranda concerning motions for summary judgment of no more than 30 pages and replies in support of such motions of no more than 20 pages.

WHEREAS, the Case Schedule sets the deadline for filing of dispositive motions as August 5, 2022 (ECF No. 236);

WHEREAS, LinkedIn intends to file a motion for summary judgment on numerous claims and defenses the scope of which have been preliminarily identified for hiQ;

WHEREAS, LinkedIn is advanced in its drafting process and believes the existing page limits will be insufficient to provide the Court with a fair presentation of all of the legal issues and necessary evidence;

WHEREAS, the parties have met and conferred, and subject to the Court's approval, believe an expansion of the page limitations to permit opening and response briefs of no more than 30 pages, and reply briefs of no more than 20 pages will be sufficient to address the issues;

THEREFORE, it is hereby stipulated and agreed:

1. Any opening memoranda of points and authorities in support of any motions for summary judgment may be but shall not exceed 30 pages in length;

2. Any memoranda of points and authorities in opposition to such motions for summary judgment may be but shall not exceed 30 pages in length;

3. Any reply memoranda of points and authorities in support of such motions for summary judgment may be but shall not exceed 20 pages in length.

//
//
//
//
//

**SO STIPULATED.**

Dated: July 29, 2022                              Orrick, Herrington & Sutcliffe LLP


By: _____/s/ *Annette L. Hurst*_____
ANNETTE L. HURST
Attorney for Defendant and
Counterclaimant
LinkedIn Corporation


Dated: July 29, 2022                              Quinn Emanuel Urquhart & Sullivan LLP


By: _____/s/ *Hope Skibitsky*_____
HOPE SKIBITSKY
Attorney for Plaintiff and
Counterdefendant
hiQ Labs, Inc.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____
EDWARD M. CHEN
United States District Judge

**L.R. 5-1 SIGNATURE ATTESTATION**

As the ECF user whose user ID and password are utilized in the filing of this document, I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

*/s/ Annette L. Hurst*
Annette L. Hurst
