Corey Worcester (*pro hac vice*)
coreyworcester@quinnemanuel.com
Renita Sharma (*pro hac vice*)
renitasharma@quinnemanuel.com
Elisabeth B. Miller (*pro hac vice*)
elisabethmiller@quinnemanuel.com
Hope Skibitsky (*pro hac vice*)
hopeskibitsky@quinnemanuel.com
Daily Guerrero (*pro hac vice*)
Dailyguerrero@quinnemanuel.com
Zane Muller (*pro hac vice*)
zanemuller@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000

Terry L. Wit (SBN 233473)
terrywit@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:     (415) 875-6331

*Attorneys for Plaintiff and Counterclaim Defendant hiQ Labs, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc., <br><br> *Plaintiff and Counterclaim Defendant*, <br><br> vs. <br><br> LinkedIn Corp., <br><br> *Defendant and Counterclaim Plaintiff.* | Case No. 3:17-cv-03301-EMC <br><br> **NOTICE OF PLAINTIFF AND COUNTERCLAIM DEFENDANT HIQ LABS, INC.'S MOTION FOR SUMMARY JUDGMENT ON LINKEDIN CORP.'S FIRST COUNTERCLAIM** <br><br> The Hon. Edward M. Chen <br><br> Date:       September 15, 2022 <br> Time:       1:30 P.M. <br> Location:   Courtroom 5, 17th Floor <br>             450 Golden Gate Ave. <br>             San Francisco, CA 94102 |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT on Thursday, September 15, 2022 at 1:30 p.m., or as soon thereafter as may be heard, before the Honorable Edward M. Chen in Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiff and Counterclaim Defendant hiQ Labs, Inc. ("hiQ") will and hereby does move this Court for an order granting summary judgment on the first counterclaim filed by Defendant and Counterclaim Plaintiff LinkedIn Corp. (ECF No. 320 (LinkedIn's Amended Answer and Counterclaims).)

This motion is made pursuant to Federal Rule of Civil Procedure 56 and is based upon the following Memorandum of Points and Authorities; the argument of counsel, if any; and any additional material as may be submitted to the Court before decision.  hiQ seeks an order dismissing granting summary judgment on LinkedIn's first counterclaims with prejudice because the claim is barred by the applicable statute of limitations.  As such, hiQ respectfully requests that the Court grant the motion to dismiss.

Dated: August 5, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:   */s/ Corey Worcester*
       Corey Worcester

*Attorneys for Plaintiff and Counterclaim Defendant hiQ Labs*