Corey Worcester (*pro hac vice*)
coreyworcester@quinnemanuel.com
Renita Sharma (*pro hac vice*)
renitasharma@quinnemanuel.com
Elisabeth B. Miller (*pro hac vice*)
elisabethmiller@quinnemanuel.com
Hope Skibitsky (*pro hac vice*)
hopeskibitsky@quinnemanuel.com
Daily Guerrero (*pro hac vice*)
Dailyguerrero@quinnemanuel.com
Zane Muller (*pro hac vice*)
zanemuller@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000

Terry L. Wit (SBN 233473)
terrywit@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:     (415) 875-6331

*Attorneys for Plaintiff and Counterclaim Defendant hiQ Labs, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>　　*Plaintiff and Counterclaim Defendant*,<br><br>　　vs.<br><br>LinkedIn Corp.,<br><br>　　*Defendant and Counterclaim Plaintiff*. | Case No. 3:17-cv-03301-EMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF AND COUNTERCLAIM DEFENDANT HIQ LABS, INC.'S MOTION FOR SUMMARY JUDGMENT OF LINKEDIN CORP.'S FIRST COUNTERCLAIM** |

**ORDER**

The Court, having considered all papers submitted in favor of and opposed to hiQ's Motion for Summary Judgment of LinkedIn's First Counterclaim (the "Motion"), and good cause appearing therefore, hereby orders as follows:

1. The Motion is <u>GRANTED</u>.

2. Defendant and Counterclaim Plaintiff LinkedIn's amended first counterclaim in *hiQ Labs, Inc. v. LinkedIn Corp.*, No. 3:17-cv-03301-EMC, filed June 29, 2022, (ECF No. 320), is ordered dismissed with prejudice pursuant to Federal Rule of Civil Procedure 56.  The clerk of court is ordered to dismiss this claim.

**IT IS SO ORDERED.**

Dated: _____, 2022

By: _____
The Honorable Edward M. Chen
United States District Judge