1 Corey Worcester (*pro hac vice*)
coreyworcester@quinnemanuel.com
2 Renita Sharma (*pro hac vice*)
renitasharma@quinnemanuel.com
3 Hope Skibitsky (*pro hac vice*)
hopeskibitsky@quinnemanuel.com
4 Elisabeth Miller (*pro hac vice*)
elisabethmiller@quinnemanuel.com
5 Zane Muller (*pro hac vice*)
zanemuller@quinnemanuel.com
6 Daily Guerrero (*pro hac vice*)
dailyguerrero@quinnemanuel.com
7
8 QUINN EMANUEL URQUHART AND SULLIVAN LLP
51 Madison Avenue, 22nd Floor
9 New York, NY 10010
Telephone:    (212) 849-7000
10
11 Terry L. Wit (SBN 233473)
terrywit@quinnemanuel.com
12 QUINN EMANUEL URQUHART AND SULLIVAN LLP
50 California Street, 22nd Floor
13 San Francisco, CA 94111
Telephone:    (415) 875-6331
14
15 *Attorneys for Plaintiff and Counterclaim Defendant hiQ Labs, Inc.*
16
17
18                              UNITED STATES DISTRICT COURT
19                            NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>    *Plaintiff and Counterclaim Defendant*,<br><br>    vs.<br><br>LinkedIn Corp.,<br><br>    *Defendant and Counterclaim Plaintiff.* | Case No. 3:17-cv-03301-EMC<br><br>**DECLARATION OF ZANE MULLER IN SUPPORT OF HIQ LABS, INC.'S MOTION FOR SUMMARY JUDGMENT ON LINKEDIN'S FIRST COUNTERCLAIM** |

I, Zane Muller, declare as follows:

1. I am an attorney with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys of record for Plaintiff hiQ Labs, Inc. ("hiQ"). I have personal knowledge of the facts set forth below and if called as a witness I could and would competently testify to those facts.

2. Attached hereto as Exhibit A is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00102004.

3. Attached hereto as Exhibit B is a true and correct copy of LinkedIn Corp.'s ("LinkedIn") Responses and Objections to hiQ's Second Set of Interrogatories.

4. Attached hereto as Exhibit C is a true and correct copy of a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000038999.

5. Attached hereto as Exhibit D is a true and correct copy of a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000039040.

6. Attached hereto as Exhibit E is a true and correct copy of a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000012281.

7. Attached hereto as Exhibit F is a true and correct copy of an excerpt from the transcript of the Deposition of Robert Rosin, taken May 23, 2022.

8. Attached hereto as Exhibit G is a true and correct copy of the LinkedIn profile of Lee Womer, retrieved on August 4, 2022 from https://www.linkedin.com/in/lwomer.

9. Attached hereto as Exhibit H is a true and correct copy of a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000012274.

10. Attached hereto as Exhibit I is a true and correct copy of an excerpt from the transcript of the Deposition of Lee Womer, taken May 11, 2022.

11. Attached hereto as Exhibit J is a true and correct copy of a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000067471.

12. Attached hereto as Exhibit K is a true and correct copy of a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000067901.

13. Attached hereto as Exhibit L is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00097102.

14. Attached hereto as Exhibit M is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00603901.

15. Attached hereto as Exhibit N is a true and correct copy of an excerpt from the transcript of the Deposition of Darren Kaplan, taken May 4, 2022.

16. Attached hereto as Exhibit O is a true and correct copy of a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000002224.

17. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed August 5, 2022, at Brooklyn, New York.

By: /s/ Zane Muller
Zane Muller