# Exhibit A

Produced in Native Format

CONFIDENTIAL



# INAUGURAL
# ELEVATION
# AWARDS

*Honoring Excellence in People Analytics*



# GURU (LIFETIME ACHIEVEMENT AWARD)

THE GURU AWARD RECOGNIZES AN INDIVIDUAL WHO HAS DEVOTED HIS OR HER CAREER TO PEOPLE ANALYTICS & HAS SUCCEEDED IN ELEVATING THE FIELD TO A NEW LEVEL.





**GURU**

# LASZLO BOCK





**Laszlo Bock**, Senior Advisor, *Google*
**Darren Kaplan**, CEO/Co-Founder, *hiQ Labs*



**Laszlo Bock**, Senior Advisor, *Google*



# AESOP AWARD

The Aesop award seeks to recognize organizations that have excelled in the area of data-driven story telling.





## AESOP AWARD WINNER



**DAVE SACHS**

CONFIDENTIAL | OCTOBER 2016





# BOOTSTRAP AWARD

The Bootstrap award recognizes the people analytics team that managed to achieve the most in spite of limited resources, manpower, & budget.





# BOOTSTRAP AWARD WINNERS



— TIE —

Scottrade®

**R.J. MILNOR**

**CRAIG STARBUCK**







**RJ Milnor,** Head of Talent Analytics, *Chevron*

**Craig Starbuck, PhD,** People Analytics,
Data Science, Organizational Effectiveness, *Scottrade*



# OUTLIER AWARD

The Outlier award recognizes the parts of the organization - like the CHRO, HR business partners, & Finance - that work together with people analytics teams to achieve great things.





## OUTLIER AWARD WINNER



## BEVERLY TARULLI



**Elena Drozdova**, Talent Management Lead Russia, *PepsiCo*
**Beverly Tarulli**, VP Human Capital Strategy & Workforce
Analytics*, PepsiCo*



# IMPACT AWARD

The Impact award recognizes the people analytics team that has engaged in work with a strong impact & a demonstrated return on investment for the parent company.

CONFIDENTIAL  |  OCTOBER 2016





IMPACT AWARD WINNER

**LORENZO CANLAS**





**Cindy Liang**, Product Analytics & Data Science, *LinkedIn*
**Rena Yi**, *Talent Analytics, LinkedIn*
**Lorenzo Canlas**, *Head of Talent Analytics, LinkedIn*



# PICASSO AWARD

The Picasso award recognizes creative technicians that have succeeded in building insightful, powerful, & compelling visualizations from HR data.





## PICASSO AWARD WINNER



## MATT BELKIN





**Matt Belkin**, Chief Analytics Officer, *Domo*



# LEMONADE AWARD

The Lemonade award recognizes the people analytics team that worked with difficult data (e.g., lemons) & managed to extract valuable insight (e.g., lemonade).





# LEMONADE AWARD WINNER



**SERGIO CORDIDO**





**Rodrigo Lenzi**, HRA Senior BI Analyst, *Nestl*é *USA*
**Michele Goldberg**, Director, People Insights & Innovation, *Nestl*é *USA*
**Sergio Cordido**, Manager HR Analytics, *Nestl*é S.A.
**Kate Walters**, Research Consultant, *Nestl*é USA



# ROOKIE AWARD

The Rookie award recognizes a relatively nascent & small people analytics team that has succeeded in achieving tremendous things.





## ROOKIE AWARD WINNER



### CRAIG STARBUCK





**Craig Starbuck, PhD,** People Analytics, Data Science, Organizational Effectiveness, *Scottrade*



**AESOP**
AWARD

Johnson Controls



**BOOTSTRAP**
AWARD

Chevron

— TIE —

Scottrade




**IMPACT**
AWARD

Linked in




**LEMONADE**
AWARD

Nestlé




**OUTLIER**
AWARD

PEPSICO




**PICASSO**
AWARD

DOMO




**ROOKIE**
AWARD

Scottrade



