# Exhibit D

# EXHIBIT FILED UNDER SEAL