# Exhibit E

# EXHIBIT FILED UNDER SEAL