# Exhibit F

# EXHIBIT FILED UNDER SEAL