# Exhibit G

 Lee Womer 



## Lee Womer

Vice President of Business Development at LinkedIn

San Francisco, California, United States · 500+ connections

**Join to connect**

 LinkedIn

 The University of Chicago - Booth School of Business

## About

Business Development professional with 20 years of experience focused on the consumer internet and enterprise software spaces. Grateful and excited to be helping LinkedIn pursue its vision of providing economic opportunity for every member of the global workforce. Past experience in corporate development, corporate strategy, investment banking and financial planning & analysis (FP&A).

Specialties: Internet, enterprise software, business development, product management, business operations, corporate strategy, corporate development, corporate finance, M&A, valuation

## Activity

 Lee Womer 



**Scott Feldman nailed it! It has been an amazing 10+ year run and it still feels like we are just getting started! Excited to continue our partnership...**

Liked by Lee Womer



**Not only is employee attrition way up, but the cost of losing an employee has also gone up during the pandemic. Relationships take longer to build...**

Liked by Lee Womer

 Lee Womer 

According to data from Appcast, Inc, an iCIMS partner, 92% of candidates click on a job but never complete an application. That is WAY too high and…

Liked by Lee Womer

Join now to see all activity

## Experience

 **LinkedIn**
9 years 8 months

### Vice President Of Business Development
Sep 2021 - Present · 9 months
San Francisco Bay Area

Head of Business Development for LinkedIn's SaaS-centric lines of business, LinkedIn Talent Solutions (Hiring, Learning & Employee Engagement products) and Sales Solutions. I lead a talented team that's responsible for driving product/partner strategy and negotiating/managing strategic partnerships, including product integrations, channel partnerships, and API licensing.

### Senior Director Business Development
Mar 2017 - Sep 2021 · 4 years 7 months
San Francisco Bay Area

-Launched and scaled new partner programs to thousands of customers representing >$1B in influenced annual LinkedIn revenue

 Lee Womer 

-Expanded BD Leadership scope from 1 to 3 lines of business that collectively represent >50% of LinkedIn revenue

### Director Of Business Development

Oct 2014 - Mar 2017 · 2 years 6 months

San Francisco Bay Area

Redefined key elements of LinkedIn's strategic partnership model, including:

-Developed and launched new product integrations with top tier Applicant Tracking System (ATS) partners
-Re-built co-seller channel partnership model with Recruitment Ad Agency (RAA) partners
-Program managed the relaunch of LinkedIn's developer program with 100k+ developers
-Developed strategy and gained approval to launch a Direct to Customer API licensing model
-Led or made significant...

Show more ⌄

### Senior Manager Corporate Development

Oct 2012 - Oct 2014 · 2 years 1 month

San Francisco Bay Area

Scaled LinkedIn's Corporate Development capabilities during a period in which the company more than tripled in size as measured by relevant financial metrics (Members, Revenue, Headcount, Market Cap, etc).

Led or contributed to Executive-level evaluations of strategic opportunities, partnerships and M&A transactions that include Bright, Pulse, Bizo and LinkedIn's China joint venture. My role on these and other transactions included the following responsibilities:

-Worked with...

Show more ⌄

 Lee Womer 

Jul 2009 - Sep 2012 · 3 years 3 months

San Francisco Bay Area and London, UK

Provided financial and strategic advisory on M&A, equity, and debt offerings for clients in the consumer Internet, software, mobile services and data center infrastructure sectors.

### Consultant

Compass Lexecon

Feb 2008 - Apr 2008 · 3 months

Chicago, Illinois, United States

### Microsoft Corp

6 years

#### Corporate Strategy - Online Services Division

Feb 2006 - Aug 2007 · 1 year 7 months

Greater Seattle Area

Evaluated strategic investment partnership & M&A opportunities for Microsoft's Search & Advertising businesses.

#### Financial Planning & Analysis - Online Services Division

Sep 2001 - Jan 2006 · 4 years 5 months

Greater Seattle Area

P&L forecasting/management & new business opportunity analysis for multiple business units within Microsoft's Online Services Division, including Search and Search advertising, MSN Premium subscription services, MSN Internet Access and Microsoft's online data center operations.

## Education

### The University of Chicago - Booth School of Business

Master of Business Administration (M.B.A.)

 Lee Womer 

Pennsylvania State University

Bachelor's Degree · Smeal College of Business

1997 - 2001

Activities and Societies: Business Manager, The Daily Collegian (campus newspaper), Men's Club Lacrosse

Graduated summa cum laude, 3.92 GPA
Selected as the Student Marshal for Smeal College of Business graduating class

## Licenses & Certifications

**Diversity, Inclusion, and Belonging for All**
LinkedIn
Issued Jul 2020

See credential

**Confronting Bias: Thriving Across Our Differences**
LinkedIn
Issued Jun 2020

See credential

**AI The LinkedIn Way: A Conversation with Deepak Agarwal**
LinkedIn
Issued Oct 2018

See credential

**Series 79**
FINRA (Financial Industry Regulatory Authority)
Issued Jan 2012 · Expires Oct 2014

## Groups

 Lee Womer 

**Friends of LinkedIn**

-

**Chicago Booth Alumni Club of the Bay Area**

-

**Penn State Collegian AIG Professional Network**

-

**BUSINESS IN CHINA**

-

**Finance Club**

-

Show 2 more groups

## Recommendations received

**Emilie Choi**

"Lee was one of the earliest members of my team and helped build the Corporate Development function at LinkedIn. Lee's deep expertise in Corporate Strategy and Finance combined with his raw smarts and ability to work across the org to get stuff done made him a "go to" choice to lead complex projects and deals. Lee has continued to work closely with my team after moving to Business Development and we've benefited greatly from the insight and strategic thinking he's contributed to some key initiatives. I love working with Lee and enthusiastically recommend him. He brings intelligence, hustle and a great sense of humor to all projects."

**Mike Widmann**

"I had the opportunity to work closely with Lee during my time as an analyst at Credit Suisse. His industry experience and financial expertise combine to make him an invaluable resource on deal teams. Even the most senior members of our team would

 Lee Womer 

business sense will allow him to succeed no matter what job he takes on. I learned a lot from Lee and would highly recommend him for any position he will apply to."

8 people have recommended Lee

Join now to view

More activity by Lee

**It was great to catch up with Erran Berger in person today for lunch after more than 2 years.**
Liked by Lee Womer

**Over the weekend I celebrated 5 years at LinkedIn. Each day of that five years has been inspiring. While the past has been transformational, it is…**
Liked by Lee Womer

 Lee Womer 

were discussing my career ambitions, and I remember feeling…

Liked by Lee Womer

I have such appreciation for the mothers in my life: from the ones who raised me, to the ones helping me raise my family now, to the ones I work with…

Liked by Lee Womer

## View Lee's full profile

See who you know in common

Get introduced

Contact Lee directly

Join to view full profile

## People also viewed

**Dean Gao**
Business Development and Partnerships at LinkedIn
San Francisco, CA

**Vikas V.**
Corporate Development at LinkedIn
United States

 Lee Womer 

San Francisco Bay Area

### Scott Roberts
VP and Head of Business Development
San Francisco, CA

### Raghu Hiremagalur
CTO at LinkedIn
San Francisco Bay Area

### Benjamin Orthlieb
VP and Head of Corp Dev @ LinkedIn
San Francisco, CA

### David Vambré
Business Development & Strategy
San Francisco Bay Area

### Jay Singh
Business Development and Product Partnerships at LinkedIn
San Francisco Bay Area

### Erran Berger
VP Engineering at LinkedIn
San Francisco Bay Area

### Blake Barnes
VP Product at LinkedIn
San Francisco, CA

Show more profiles

## Others named **Lee Womer**

**Lee Womer**
--
United States

1 other named Lee Womer is on LinkedIn

See others named **Lee Womer**

 Lee Womer 

Learning Enterprise Web Application Performance

Google Cloud Video Intelligence API by Example

ABAP for SAP Users

See all courses

# Lee's public profile badge
Include this LinkedIn profile on other websites

> **Lee Womer**
> Vice President of Business Development at LinkedIn
>
> Vice President Of Business Development at LinkedIn
>
> The University of Chicago - Booth School of Business
>
> View profile

View profile badges

© 2022

Accessibility

Privacy Policy

Copyright Policy

Guest Controls

Language

About

User Agreement

Cookie Policy

Brand Policy

Community Guidelines