# Exhibit H

# EXHIBIT FILED UNDER SEAL

# EXHIBIT FILED UNDER SEAL