# Exhibit J

# EXHIBIT FILED UNDER SEAL