# Exhibit K

# EXHIBIT FILED UNDER SEAL