# Exhibit L

# Delaware

PAGE  1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "ORGSTARS, INC.", CHANGING ITS NAME FROM "ORGSTARS, INC." TO "HI Q LABS, INC.", FILED IN THIS OFFICE ON THE TWENTY-THIRD DAY OF MAY, A.D. 2014, AT 7:30 O'CLOCK P.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.

5181004  8100

140706530

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 1406540

DATE: 05-28-14

CONFIDENTIAL

hiQ_00097102

State of Delaware
Secretary of State
Division of Corporations
Delivered 07:34 PM 05/23/2014
FILED 07:30 PM 05/23/2014
SRV 140706530 - 5181004 FILE

# CERTIFICATE OF AMENDMENT

## OF THE

## CERTIFICATE OF INCORPORATION OF

## ORGSTARS, INC.

### a Delaware corporation

OrgStars, Inc., a corporation organized and existing under and by virtue of the General Corporation Law of the State of Delaware (the "**Corporation**"), does hereby certify that:

1. The name of the Corporation is OrgStars, Inc. The date of filing of its original Certificate of Incorporation with the Secretary of State of the State of Delaware was July 9, 2012 under the name Pooldip Holdings Inc.

2. This Certificate of Amendment of the Certificate of Incorporation was duly adopted in accordance with Section 241 of the General Corporation Law of the State of Delaware, and has been duly approved by a majority of the members of the Corporation's Board of Directors.

3. The Corporation has not received any payment for any of its stock, and no shares of the Corporation's stock have been issued or are outstanding.

4. Article FIRST of the Certificate of Incorporation is hereby restated in its entirety to read in full as follows:

"FIRST: The name of this corporation shall be: Hi Q Labs, Inc."

IN WITNESS WHEREOF, the Corporation has duly caused this Certificate of Amendment of the Certificate of Incorporation to be signed by Darren Kaplan, a duly authorized officer of the Corporation, as of May 23, 2014.

OrgStars, Inc.
a Delaware corporation

/s/ Darren Kaplan
Darren Kaplan, President

6899644_2.docx

CONFIDENTIAL                                                                                     hiQ_00097103