# Exhibit M

Produced in Native Format

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
hiQ_00603901

# Positioning, Strategy and Product Roadmap

For discussion at
HiQ Offsite - Jan 2016



Manisha Gupta, VP Products

# We are here to draw alignment on:

1. hiQ Positioning

2. hiQ Strategy

3. L1-L3 Metrics

4. SWOT Analysis for the Solution we sell

5. Product Roadmap for March Elevate

6. Product Backlog for May and Oct Elevate

# hiQ Positioning

| Questions we need to answer | Final Answer | Possible Answers |
|---|---|---|
| To (customers) | | People analytics teams, HRBP, Executives |
| who are (target market) | | Fortune 500, Enterprise across all verticals |
| hiQ offers (point of difference) | | People analytics, People analytics solutions, retention analytics, HR solutions, though leadership |
| relative to (competition/ other frame of reference) | | HCM solutions, work day, Job rate |
| because (reasons to believe). | | We use external data, have deep science expertise, ease of use, rich functionality |

# hiQ Strategy



Global Leader in People Analytics

Fortune 500
All verticals

- Community
- Data Science
- Experience and Usability

1. Identify Product Market Fit and Product Positioning that puts HiQ in the "Must Have" Budget Allocation.
2. Define and Execute on a Balanced Product Portfolio – Strategic, Impact, Complexity.
3. Establish HiQ as a thought leader and Innovation Engine in People Analytics
4. Strengthen the Community through and beyond Elevate
5. Deal flow and Deal closure

- Elevate
- Product Roadmap features…
- Marketing
- etc

# L1-L3 Metrics

| L1 | Q1 | Q2 | Q3 | Q4 | FY | L2 | Q1 | Q2 | Q3 | Q4 | FY | L3 | Q1 | Q2 | Q3 | Q4 | FY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | Feed Only | | | | | | | | | | | |
| | | | | | | Dashboard | | | | | | | | | | | |
| | | | | | | Feed + Dashboard | | | | | | | | | | | |
| **Gross Margin** | | | | | | | | | | | | | | | | | |
| **# of Customers** | | | | | | Feed Only | | | | | | | | | | | |
| | | | | | | Dashboard | | | | | | | | | | | |
| | | | | | | Feed + Dashboard | | | | | | | | | | | |
| **# of New Customers** | | | | | | Feed Only | | | | | | # of Features | | | | | |
| | | | | | | Dashboard | | | | | | # of Features | | | | | |
| | | | | | | Feed + Dashboard | | | | | | | | | | | |
| | | | | | | Channel - Elevate | | | | | | | | | | | |
| | | | | | | Channel - Sales | | | | | | | | | | | |
| | | | | | | Channel - Referral | | | | | | | | | | | |

# SWOT Analysis
## Product, Platform and Overall Solution

- People Analytics Community
- Product : Retention predictions on External Data
- Customers
- Partners



- Clarity: Vision and direction
- Code base – lacks TDD;
- Wide Gap between what we have and what customers believe we do



- Co Create Products with McKinsey and CEB
- Expand Retention Product: Internal Data -> Insights -> Actions-> Impact
- Expand People Analytics to use cases beyond Retention
- Expand target customer base beyond People Analytics to HRBP, Execs, Managers



- Competition
- Run out of funds



# Product Roadmap

# Product Roadmap – March Elevate
## 70% Locked

| Theme | | Feature | Source | WOW | Rev | Dev Cost | Feasibility | Strategic | Priority | J F M A M J J A S O N D |
|---|---|---|---|---|---|---|---|---|---|---|
| Retention | Security | Tiered Access: Selective access to specific departments | Customers | YES | H | M | H | H | 1 | |
| | Security | I want to have an option for two-factor authentication | McKinsey | | H | M | H | H | 2 | |
| | Visualization | User can specify the high/ medium and low risk thresholds | Customers | | M | Live | H | M | 5 | |
| | Insights | Individual Attrition Score | Internal | | M | Live | H | M | 6 | |
| | Recommendation | Phase 1: Actions on HiQ Insights: Partner Content in Product | Customers | | H | M | M | H | 7 | |
| | Product Help | I want to understand how the composite variables are defined | Customers | | H | S | H | M | 10 | |
| Internal Mobility | Insights | SKill mapping within my organization / Skill to build a new business unit | Customers | YES | M | Live | H | H | 3 | |

- **Revenue Impact**: Measured by # of Customers - HUGE (>50) | High (>10) | Medium (3-5) | Low (<3)
- **Development Cost**: Small(<1 month) | Med (< 1 Qtr) | High (<6m) | Extra Large (>6 m)
- **Strategic Fit:** depends on Positioning
- **Feasibility of Success** – depends on our overall capacity to build, ship, market and sell

Details at   https://docs.google.com/spreadsheets/d/1uDaHHnoMGfrCU8WDXFZjosEi3X6OjyFElPI8rTceeXE/edit#gid=0

# Product Roadmap – May and Oct Elevate
## 20% Locked

| | Theme | Feature | Source | WOW | Rev | Dev Cost | Feasibility | Strategic | Priority | J F M A M J J A S O N D |
|---|---|---|---|---|---|---|---|---|---|---|
| **Retention** | Data - Structured | Incorporate Jobs Market Data | Internal | X | | H | M | H | 4 | |
| | Insights | Retention Risk vs Retention Impact (2 by 2 Analysis) | | YES | | | | H | 8 | |
| | Recommendations | Phase 2: I to know what actions I can take on these Predictions | Customers | | | | | H | 9 | |
| | Impact | Impact of hiQ Retention Investments for Clients | | | | | | H | 11 | |
| | Data - Structured | I want to understand how you are predicting the churn? | Customers | | | | | | | |
| | Data - Regional | India | Customers | | | | | | | |
| | Data - Structured | I want to view these predictions at the aggregate, rather than individual, level within the tool | Customers | | | | | | | |
| | Data - Regional | Phillipines | Customers | | | | | | | |
| | Insights | Attrition Walk for the year | Internal | | | | | | | |
| | Insights | BookMarklet - Real time widget for attribution score | | YES | | | | | | |
| | Insights | Private Equity Analysis - What % of employees are at Retention Risk for acquisition target company | Customers | | | | | | | |
| **Acquisition** | Insights | Finder for Amex | Customers | | | | | | | |

- **Revenue Impact**: Measured by # of Customers - HUGE (>50) | High (>10) | Medium (3-5) | Low (<3)
- **Development Cost**: Small(<1 month) | Med (< 1 Qtr) | High (<6m) | Extra Large (>6 m)
- **Strategic Fit:** depends on Positioning
- **Feasibility of Success** – depends on our overall capacity to build, ship, market and sell

Details at   https://docs.google.com/spreadsheets/d/1uDaHHnoMGfrCU8WDXFZjosEi3X6OjyFElPI8rTceeXE/edit#gid=0