# Exhibit O

# EXHIBIT FILED UNDER SEAL