# Exhibit P

# EXHIBIT FILED UNDER SEAL