ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
PAUL F. RUGANI (SBN 342647)
prugani@orrick.com
CATHERINE Y. LUI (SBN 239648)
clui@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
EMILY RENZELLI (Pro Hac Vice)
erenzelli@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

*Attorneys for Defendant/Counterclaimant
LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LinkedIn Corporation,<br><br>　　　　Defendant. | Case No. 17-cv-03301-EMC<br><br>**[PROPOSED] ORDER GRANTING LINKEDIN CORPORATION'S LOCAL RULE 79-5 ADMINISTRATIVE MOTION TO FILE DESIGNATED MATERIALS UNDER SEAL**<br><br>Complaint Filed:　June 7, 2017<br>Trial Date:　　　February 27, 2023 |
| LinkedIn Corporation,<br><br>　　　　Counterclaimant,<br>　vs.<br><br>hiQ Labs, Inc.,<br><br>　　　　Counterdefendant. | |

[PROPOSED] ORDER
17-cv-03301-EMC

1  Before the Court is LinkedIn Corporation's Local Rule 79-5 Administrative Motion to File Designated Materials Under Seal.  Having considered the Administrative Motion, the Declarations of Paul Rockwell and Daniel Justice in support thereof, the information sought to be sealed, the pleadings on file, and any other relevant materials, the motion is **GRANTED**.

**IT IS HEREBY ORDERED** that LinkedIn has shown that there are compelling reasons to file under seal the following materials designated by LinkedIn under the Stipulated Protective Order For Litigation Involving Patents, Highly Sensitive Confidential Information, and/or Trade Secrets (ECF No. 213), and counsel for LinkedIn may file the following under seal:

| Document | Text to Be Sealed |
| --- | --- |
| Exhibit N to the Declaration of Blake Lawit in Support of LinkedIn's Motion for Summary Judgment | Entire Exhibit N |
| Compendium Exhibit 19: Internal LinkedIn Third Party Scraping Presentation | CE 0957-987 |
| Compendium Exhibit 15:  Expert Report of Kevin Murphy | Red Boxed Portions of CE 0808, 810, 811, 831-833, 838, 839, 841, 879, 880 |
| Compendium Exhibit 10:  Expert Report of James Malackowski | Red Boxed Portions of CE 0443, 458, 463, 464, 480-482 |
| Compendium Exhibit 26: Deposition Transcript of Xiaofeng Wu | Red Boxed Portions of CE 1298-1302 |

**IT IS SO ORDERED.**

Dated:

HON. EDWARD M. CHEN
United States District Judge