ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
PAUL F. RUGANI (SBN 342647)
prugani@orrick.com
CATHERINE Y. LUI (SBN 239648)
clui@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
EMILY RENZELLI (*pro hac vice*)
erenzelli@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

*Attorneys for LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LinkedIn Corporation,<br><br>　　　　Defendant. | Case No. 17-cv-03301-EMC<br><br>**LINKEDIN CORPORATION'S LOCAL RULE 79-5(f) ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| LinkedIn Corporation<br><br>　　　　Counterclaimant,<br>　vs.<br><br>hiQ Labs, Inc.<br><br>　　　　Counterdefendant, | Complaint Filed:　June 7, 2017<br>Trial Date:　　　February 27, 2023 |

Pursuant to Civil Local Rules 7-11 and 79-5(f) and the Stipulated Protective Order For Litigation Involving Patents, Highly Sensitive Confidential Information, and/or Trade Secrets (ECF No. 213) (the "Protective Order"), LinkedIn Corporation ("LinkedIn") hereby moves to file under seal confidential portions of LinkedIn's Compendium of Evidence ("CE") Filed in Support of LinkedIn's August 5, 2022 Motions, LinkedIn's Motion for Summary Judgment, LinkedIn's Motion for Spoliation of Sanctions, LinkedIn's Daubert Motion Pursuant to Federal Rule of Evidence 403, 702 to Exclude Expert Testimony of Stephen McElfresh, and LinkedIn's Daubert Motion Pursuant to Federal Rule of Evidence 403, 702 to Exclude Damages Opinion of Benjamin Sacks (collectively "Motions") that quote from or reflect information designated by Plaintiff and Counterdefendant hiQ Labs, Inc. ("hiQ") under the Protective Order in this case. In support of this request, LinkedIn submits attached hereto, a copy of the Motions with highlights indicating the information subject to this request to seal, the confidential exhibits that should be filed under seal, as well as a proposed order.

Specifically, LinkedIn seeks an order sealing the following information that was designated by hiQ:

| Document | Text to Be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|---|
| Motion for Spoliation Sanctions | Highlighted portions of page 1 | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Motion for Spoliation Sanctions | Highlighted portions of page 3 | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Motion for Spoliation Sanctions | Highlighted portions of page 4 | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Motion for Spoliation Sanctions | Highlighted portions of page 5 | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Motion for Spoliation Sanctions | Highlighted portions of page 6 | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |

| Document | Text to Be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|---|
| Motion for Spoliation Sanctions | Highlighted portions of page 7 | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Motion for Spoliation Sanctions | Highlighted portions of page 8 | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Motion for Spoliation Sanctions | Highlighted portions of page 9 | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Motion for Spoliation Sanctions | Highlighted portions of page 10 | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Motion for Spoliation Sanctions | Highlighted portions of page 12 | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Motion for Spoliation Sanctions | Highlighted portions of page 13 | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Motion for Spoliation Sanctions | Highlighted portions of page 14 | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Motion for Spoliation Sanctions | Highlighted portions of page 15 | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Motion for Spoliation Sanctions | Highlighted portions of page 16 | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Motion for Spoliation Sanctions | Highlighted portions of page 19 | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Motion for Spoliation Sanctions | Highlighted portions of page 21 | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |

| Document | Text to Be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|---|
| Motion for Spoliation Sanctions | Highlighted portions of page 22 | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Motion for Spoliation Sanctions | Highlighted portions of page 23 | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Motion for Summary Judgment | Red boxed portions of page 6 | The red boxed portions reflect information hiQ has designated as protected material under the protective order. |
| Motion for Summary Judgment | Red boxed portions of page 7 | The red boxed portions reflect information hiQ has designated as protected material under the protective order. |
| Motion for Summary Judgment | Red boxed portions of page 8 | The red boxed portions reflect information hiQ has designated as protected material under the protective order. |
| Motion for Summary Judgment | Red boxed portions of page 18 | The red boxed portions reflect information hiQ has designated as protected material under the protective order. |
| Daubert Motion to Exclude Damages Opinions of Benjamin Sacks | Highlighted portions of page 1 | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Daubert Motion to Exclude Damages Opinions of Benjamin Sacks | Highlighted portions of page 2 | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Daubert Motion to Exclude Damages Opinions of Benjamin Sacks | Highlighted portions of page 3 | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Daubert Motion to Exclude Damages Opinions of Benjamin Sacks | Highlighted portions of page 4 | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Daubert Motion to Exclude Damages Opinions of Benjamin Sacks | Highlighted portions of page 5 | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |

| Document | Text to Be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|---|
| Daubert Motion to Exclude Damages Opinions of Benjamin Sacks | Highlighted portions of page 7 | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Daubert Motion to Exclude Damages Opinions of Benjamin Sacks | Highlighted portions of page 8 | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Daubert Motion to Exclude Damages Opinions of Benjamin Sacks | Highlighted portions of page 9 | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Daubert Motion to Exclude Damages Opinions of Benjamin Sacks | Highlighted portions of page 10 | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Daubert Motion to Exclude Damages Opinions of Benjamin Sacks | Highlighted portions of page 13 | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Daubert Motion to Exclude Damages Opinions of Benjamin Sacks | Highlighted portions of page 14 | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Daubert Motion to Exclude Damages Opinions of Benjamin Sacks | Highlighted portions of page 15 | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Daubert Motion to Exclude Damages Opinions of Benjamin Sacks | Highlighted portions of page 16 | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Daubert Motion to Exclude Damages Opinions of Benjamin Sacks | Highlighted portions of page 18 | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Daubert Motion to Exclude Damages Opinions of Benjamin Sacks | Highlighted portions of page 20 | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Daubert Motion to Exclude Damages Opinions of Benjamin Sacks | Highlighted portions of page 21 | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |

| Document | Text to Be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|---|
| Daubert Motion to Exclude Damages Opinions of Benjamin Sacks | Highlighted portions of page 22 | The highlighted portions reflect information hiQ has designated as protected material under the protective order. |
| Compendium of Evidence ("CE") Exhibit 2, CE0017-0048 (Dev Deposition Transcript Excerpt) | • 34:5-39:25<br>• 119:1-122:23<br>• 283:7-284:16 | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 2, CE0049-50 (Dev Exhibit 231) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 2, CE0051-52 (Dev Exhibit 237) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 3, CE0062-0063 (Francis Exhibit 1335) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 4, CE0077-0079 (Gagnon Exhibit 591) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 5, CE0081-0128 (Graves Deposition Transcript Excerpt) | • 208:5-7<br>• 208:22-25<br>• 226:21-24<br>• 231:17-25 | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 5, CE0129-0143 (Graves Exhibit 498) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 5, CE0144-0147 (Graves Exhibit 503) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 5, CE0148-0149 (Graves Exhibit 510) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 5, CE0150-0166 (Graves Exhibit 512) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |

| Document | Text to Be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|---|
| CE Exhibit 5, CE0167-0168 (Graves Exhibit 514) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 5, CE0169-0171 (Graves Exhibit 525) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 6, CE0180-282 (Hochberg Exhibit 1386) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 6, CE0283-0312 (Hochberg Exhibit 1386) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 7, CE0328 (Kaplan Exhibit 10) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 7, CE0329-360 (Kaplan Exhibit 17) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 9, CE0397-0424 (Kim Exhibit 246) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 10, CE0437-0542 (Malackowski Exhibit 1379) | CE0465-0468 | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 11, CE0584-605 (McElfresh Exhibit 650) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 12, CE0607-0636 (Medeiros Deposition Transcript Excerpt) | <ul><li>72:17-24</li><li>115:15-116:25</li><li>133:1-134:25</li></ul> | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 12, CE0637-0639 (Medeiros Exhibit 436) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |

| Document | Text to Be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|---|
| CE Exhibit 12, CE0662-0668 (Medeiros Exhibit 438) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 12, CE0669-0672 (Medeiros Exhibit 439) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 12, CE0673-0676 (Medeiros Exhibit 447) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 12, CE0688-0693 (Medeiros Exhibit 455) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 13, CE0729 (Miller Exhibit 322A) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 13, CE0730 (Miller Exhibit 322B) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 13, CE0731-0733 (Miller Exhibit 331) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 13, CE0734-0735 (Miller Exhibit 344) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 13, CE0736-0748 (Miller Exhibit 350A & 350B) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 14, CE0750-0769 (Miller May 26 Deposition Transcript Excerpt) | 332:25-333:4 | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 14, CE0770-0772 (Miller Exhibit 535) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |

| Document | Text to Be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|---|
| CE Exhibit 14, CE0773-0774 (Miller Exhibit 539) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 14, CE0775-0779 (Miller Exhibit 540) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 14, CE0780-0781 (Miller Exhibit 543) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 14, CE0782-0783 (Miller Exhibit 545) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 14, CE0784-0791 (Miller Exhibit 546) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 15, CE0800-0882 (Murphy Exhibit 603) | CE018-0819 | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 16, CE0886-0913 (Murphy Exhibit A) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 17, CE0927-0929 (Kaplan Exhibit 4) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 20, CE1072-1123 (Sacks Exhibit 599) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 20, CE1124 (Sacks Exhibit 608) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 20, CE1125 (Sacks Exhibit 609) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |

| Document | Text to Be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|---|
| CE Exhibit 20, CE1225A (Sacks Exhibit 610) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 21, CE1127-1134 (Song Deposition Excerpt Transcript) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 23, CE1146-1172 (Weidick May 23 Deposition Transcript Excerpt) | 52:22-25 | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 23, CE1173 (Weidick Exhibit 475) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 23, CE1174-1176 (Weidick Exhibit 480) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 23, CE1177-1178 (Weidick Exhibit 486) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 24, CE1180-1219 (Weidick June 1 Deposition Transcript Excerpt) | 400:7-13 | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 24, CE1220-1253 (Weidick Exhibit 489) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 24, CE 1254-1257 (Weidick Exhibit 556) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 24, CE 1258 (Weidick Exhibit 564) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 24, CE1259-1260 (Weidick Exhibit 566) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |

| Document | Text to Be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|---|
| CE Exhibit 26, CE1307-1310 (Wu Exhibit 1361) | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 29, CE1387-1393 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 30, CE1394-1397 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 31, CE1398-1416 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 32, CE1417-1418 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 33, CE1419-1422 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 34, CE1423-1438 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 35, CE1439-1452 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 36, CE1453-1458 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 37, CE1459-1460 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 38, CE1461-1464 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |

| Document | Text to Be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|---|
| CE Exhibit 39, CE1465-1481 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 40, CE1482-1512 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 41, CE1513-1517 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 42, CE1518-1533 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 43, CE1534-1535 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 44, CE1536-1549 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 45, CE1550-1557 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 46, CE1558-1570 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 47, CE1571-1585 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 48, CE1586-1592 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 49, CE1593-1595 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |

| Document | Text to Be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|---|
| CE Exhibit 50, CE1596-1597 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 51, CE1598-1599 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 52, CE1600-1603 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 53, CE1604-1606 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 54, CE1607-1609 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 55, CE1610-1611 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 56, CE1612-1614 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 57, CE1615-16116 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 58, CE1617-1620 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 59, 1621-1622 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 60, CE1623-1624 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |

| Document | Text to Be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|---|
| CE Exhibit 61, CE1625-1627 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 62, CE1628-1631 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 63, CE1632-1635 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 64, CE1636-1638 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 65, CE1639-1642 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 66, CE1643-1645 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 67, CE1646-1651 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 68, CE1652-1653 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 69, CE1654-1662 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 70, CE1663-1682 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 71, CE1683-1704 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |

| Document | Text to Be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|---|
| CE Exhibit 72, CE1705-1715 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 73, CE1716-1731 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 74, CE1732-1788 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 75, CE1789-1792 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 76, CE1793-1816 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 77, CE1817-1828 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 78, CE1829-1833 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 79, CE1834-1865 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 80, CE1866-1902 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 81, CE1903-1935 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 82, CE1936-1956 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |

| Document | Text to Be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|---|
| CE Exhibit 83, CE1957-1963 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 84, CE1964-2009 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 85, CE2010-2028 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 86, CE2029-2056 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 87, CE2057-2059 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 88, CE2060-2062 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 89, CE2063-2065 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 90, CE2066-2067 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 91, CE2068-2070 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 92, CE2071-2072 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 93, CE2073-2075 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |

| Document | Text to Be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|---|
| CE Exhibit 95, CE2082-2087 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |
| CE Exhibit 96, CE2088-2107 | Entire Document | The exhibit reflects information hiQ has designated as protected material under the protective order. |

Dated: August 5, 2022                                       Orrick, Herrington & Sutcliffe LLP


                                                    By:  _____*/s/ Annette Hurst*_____
                                                              ANNETTE HURST
                                                            Attorneys for Defendant
                                                              LinkedIn Corporation