1   ANNETTE L. HURST (SBN 148738)
    ahurst@orrick.com
2   RUSSELL P. COHEN (SBN 213105)
    rcohen@orrick.com
3   PAUL F. RUGANI (SBN 342647)
    prugani@orrick.com
4   CATHERINE Y. LUI (SBN 239648)
    clui@orrick.com
5   NATHAN SHAFFER (SBN 282015)
    nshaffer@orrick.com
6   DANIEL JUSTICE (SBN 291907)
    djustice@orrick.com
7   EMILY RENZELLI (*pro hac vice*)
    erenzelli@orrick.com
8   ORRICK, HERRINGTON & SUTCLIFFE LLP
    405 Howard Street
9   San Francisco, CA  94105-2669
    Telephone:   +1 415 773 5700
10  Facsimile:   +1 415 773 5759

11

12  *Attorneys for LinkedIn Corporation*

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15               SAN FRANCISCO DIVISION

16  hiQ Labs, Inc.,                          Case No. 17-cv-03301-EMC

17           Plaintiff,                       **DECLARATION OF BLAKE LAWIT IN**
                                              **SUPPORT OF LINKEDIN'S MOTION**
18       vs.                                  **FOR SUMMARY JUDGMENT**

19  LinkedIn Corporation,                     Date:         September 29, 2022
                                              Time:         1:30 p.m.
20           Defendant.                       Courtroom:    5 – 17th Floor (Zoom)
                                              Judge:        Hon. Edward M. Chen
21
                                              Complaint Filed:   June 7, 2017
22                                            Trial Date:        February 27, 2023

23  LinkedIn Corporation

24           Counterclaimant,

25       vs.

26  hiQ Labs, Inc.

27           Counterdefendant.

28
                                              DECL. OF BLAKE LAWIT  ISO
                                              LINKEDIN'S MOT. FOR SUMMARY
                                              JUDGMENT
                                              No. 17-cv-03301-EMC

DocuSign Envelope ID: 97438639-57CF-4A49-B963-0D2D5306A954

I, Blake Lawit, hereby declare as follows:

1.      I am an attorney admitted to practice in the State of California since December 2000, and I was a litigation partner at the San Francisco law firm of Howard Rice Nemerovski Canady Falk & Rabkin prior to joining LinkedIn in 2010.  I have worked at LinkedIn for about twelve years, and I currently hold the title of Senior Vice President and General Counsel.  I lead the teams responsible for legal affairs and public policy on a global basis, including regulatory, corporate, commercial, litigation, IP, employment, product, government relations, compliance, and privacy issues.  Approximately 170 lawyers and legal professionals currently report to me in this role.  I have ultimate supervision over all matters of legal enforcement by the company and have been directly involved in the hiQ matter.  I have personal knowledge of the facts stated in this declaration or they are known to me within the scope of my ordinary supervisory responsibilities within the company, and if called upon as a witness, I would and could competently testify to them.  I submit this declaration in support of LinkedIn's motion for summary judgment.

2.      Throughout my tenure with the company, LinkedIn's User Agreement has consistently prohibited scrapers from conducting their operations on LinkedIn's platform.  We use various provisions to address scrapers, including prohibiting the use of unauthorized automated means to request and obtain data as well as prohibiting unauthorized commercial use of the platform.

3.      I am including as attachments to this Declaration versions of LinkedIn's User Agreement that were in effect during what I understand to be the period of hiQ's operations.  There were three versions of the User Agreement that went into effect during 2014.  The first, effective March 19, 2014, is attached hereto as Exhibit A.  The second, effective March 26, 2014, is attached hereto as Exhibit B.  The third, effective October 23, 2014, is attached hereto as Exhibit C.  LinkedIn updated its User Agreement in 2017, and a true and correct copy of the June 7, 2017 User Agreement is attached hereto as Exhibit D.  LinkedIn updated its User Agreement effective May 8, 2018; a true and correct copy of that version is attached as Exhibit E.  LinkedIn

DECL. OF BLAKE LAWIT  ISO
LINKEDIN'S MOT. FOR SUMMARY
JUDGMENT
No. 17-cv-03301-EMC

DocuSign Envelope ID: 97438639-57CF-4A49-B963-0D2D5366A954

again updated its User Agreement effective January 6, 2020, and a true and correct copy of that version is attached hereto as Exhibit F. A further update to the User Agreement effective August 11, 2020, is attached as Exhibit G.

4. We made it explicit in each of these versions of LinkedIn's User Agreement that the prohibitions relevant to scrapers apply to all who make access requests, whether they are doing so logged-in as Members or logged-out as Visitors. I understand that a number of hiQ executives, employees, and agents published LinkedIn member profiles or otherwise registered for LinkedIn accounts. Since at least 2010, LinkedIn's membership signup process has always presented prospective members with a link to the User Agreement and required explicit consent to the terms of that agreement before account creation. An example of what this looks like on a desktop browser is displayed below:



We have consistently imposed similar requirements when members register for accounts through mobile applications or mobile websites as well. Any of the agents of hiQ who created a LinkedIn member profile or registered for an account would have been presented with the option to review and would have been required to assent to the terms of the User Agreement before creating such

profiles.

5.      LinkedIn's records reflect that hiQ has also maintained a Company Page on LinkedIn.  LinkedIn's records indicate that hiQ's Company Page was set up by hiQ's then-Chief Operating Officer Xander Oltmann on June 23, 2014.  A true and correct copy of LinkedIn's record of the creation of hiQ's Company Page is attached hereto as Exhibit H.  Mr. Oltmann is a LinkedIn member, and he agreed to the User Agreement.  As reflected in the May 23, 2017 cease-and-desist letter to hiQ (attached as an exhibit to Mr. Bajoria's declaration), hiQ's original Company Page was restricted in May 2017 when LinkedIn sent its cease-and-desist letter.  hiQ subsequently created a new Company Page on January 5, 2018.  A true and correct copy of the record reflecting that hiQ created a new Company Page in January 2018 is attached hereto as Exhibit I.  LinkedIn's records reflect that hiQ's new company page was created by a hiQ director named Christian Keane and it was not thereafter restricted.

6.      LinkedIn's records also reflect that hiQ purchased advertising to be run on LinkedIn's website.  True and correct copies of two invoices printed from LinkedIn's systems reflecting recurring advertising purchases in January 2016 are attached hereto as Exhibit J. In order to purchase advertising on LinkedIn's website, hiQ would have been presented with a link to and required to agree to LinkedIn's Ads Agreement as part of the ads placement process. Examples are shown in the below screenshots:

By clicking Launch campaign, you agree to the Linkedin Ads Agreement and Advertising Guidelines.

**Launch campaign**

By clicking "Agree & Create account", you agree to the Ads Agreement.

**Agree & Create account**

DECL. OF BLAKE LAWIT  ISO
LINKEDIN'S MOT. FOR SUMMARY
JUDGMENT
No. 17-cv-03301-EMC

1

2   A true and correct copy of the Ads Agreement in effect in January 2016 is attached hereto as

3   Exhibit K.  The Ads Agreement also expressly incorporates the User Agreement by reference and

4   links to it in the second paragraph.

5          7.     LinkedIn's records also reflect that a hiQ VP of Sales Darin Medeiros submitted a

6   purchase order for a license to LinkedIn's Sales Navigator Team product for 10-24 seats on

7   December 23, 2015.  A true and correct copy of the Order Form for that purchase is attached as

8   Exhibit L.  When he submitted the Order Form, Mr. Medeiros was required to agree to the

9   November 24, 2015 LinkedIn Subscription Agreement (or LSA) then in effect, a true and correct

10  copy of which is attached as Exhibit M.  The Subscription Agreement incorporates the LinkedIn

11  User Agreement, stating in Section 2.1 that the "terms of the User Agreement are incorporated

12  into this LSA. Customer will ensure that Customer Users comply with the User Agreement."

13         8.     I have been involved in LinkedIn's anti-scraping efforts since 2010.  When I

14  joined LinkedIn, I became responsible for LinkedIn's litigation including all pre-litigation

15  enforcement efforts.  Scrapers, as we use that term, are entities who use unauthorized automated

16  means to request and copy data from LinkedIn's servers.  The issue of scrapers came to my

17  attention soon after I joined LinkedIn as one of the significant platform abuse issues faced by the

18  company.  In 2012, I gave a presentation to the executives about the legal issues and the nature of

19  enforcement efforts that could be undertaken against scrapers.  Between 2010 and 2013, I

20  personally sent several cease-and-desist letters to scrapers, including to scrapers who were

21  engaged in guest profile scraping (called "logged out scraping" by hiQ).

22         9.     Sarah Wight, a LinkedIn attorney who reports to me and is currently VP of

23  Litigation, Competition, and Enforcement, took over leading the anti-abuse enforcement role in

24  March 2013.  Adam Botzenhart, a LinkedIn attorney who reported to Sarah Wight and who is

25  currently Senior Managing Counsel, took an anti-abuse enforcement role in May 2016 and held it

26  until 2021.  Michael Rodriguez, a LinkedIn attorney on Sarah Wight's team who is currently

27  Senior Lead Platform Litigation & Enforcement Counsel, took an anti-abuse enforcement role in

28

DECL. OF BLAKE LAWIT  ISO
LINKEDIN'S MOT. FOR SUMMARY
JUDGMENT
No. 17-cv-03301-EMC

2021 and holds that role today.  Other attorneys who are experienced litigators, such as Abhishek Bajoria who was an experienced intellectual property litigator, have also assisted with legal enforcement against scrapers and other types of site abusers.  At all times since I joined the company, only a lawyer in LinkedIn's Legal department has had the authority to decide whether it was appropriate for the company to make an assertion that its legal rights have been violated as a prelude to pursuing legal action.  Only a lawyer subject to the legal and ethical duties of an attorney has had the authority to decide whether it was appropriate for the company to pursue legal action against a suspected scraper or other type of site abuser.

10.     Business and technical employees provide our lawyers with information to assist the lawyers in reaching a conclusion as to whether legal action is warranted against a suspected scraper.  Business and technical employees may also provide input about prioritizing scrapers for investigation, or offer their views about whether there are business reasons either to pursue or not to pursue enforcement action against a scraper.  But the decision whether it is legally appropriate to do so—whether it is an available option for dealing with the conduct of a particular entity or person—has always rested with a lawyer.  The company has never and would not pursue any kind of legal enforcement against a scraper (or any other type of site abuser) unless there were adequate factual and legal grounds to do so in the judgment of an attorney who was subject to the legal and ethical requirements imposed upon attorneys in making such an evaluation.

11.     Over the years, LinkedIn's enforcement efforts against scrapers and other violators of LinkedIn's User Agreement typically have started with an enforcement notice to the recipient abuser.  That notice could take one of two forms:  either a "cease-and-desist letter" or a "TNS notice".  Cease-and-desist letters are formal assertions of rights drafted and signed by attorneys on behalf of LinkedIn after an individualized investigation.  TNS (Trust and Safety) notices are less formal and contained more qualified language that put a member on notice that they are or may be violating LinkedIn's User Agreement.  The templates for TNS notices are drafted in advance by attorneys and do not overtly threaten legal action, but they are nonetheless typically reviewed by an attorney before being sent, if not sent by the attorney themselves.

DECL. OF BLAKE LAWIT  ISO
LINKEDIN'S MOT. FOR SUMMARY
JUDGMENT
No. 17-cv-03301-EMC

12.     Attached as Exhibit N is a chart summarizing enforcement notices sent, either in the form of cease-and-desist letters or TNS notices, that we were able to locate and produce in discovery in this action.  I had this chart prepared at my request from the documents collected and provided by LinkedIn in discovery.  As reflected in the chart, through approximately mid-August 2021 when we collected the data for production, LinkedIn sent more than 200 notices to suspected violators between 2010 and 2021.  A summary by year of these notices is set forth below:

| Total Letters Located By Year | |
|---|---|
| 2010 | 1 |
| 2012 | 4 |
| 2013 | 5 |
| 2014 | 3 |
| 2015 | 14 |
| 2016 | 49 |
| 2017 | 32 |
| 2018 | 29 |
| 2019 | 38 |
| 2020 | 41 |
| 2021 | 7 |

13.     LinkedIn formed a group called Scraper Council in or about September 2013 as a cross-functional group of individuals from multiple LinkedIn teams who were representatives who had knowledge of or an interest in the issue of scraping abuse on LinkedIn. The group was formed in order to collaborate on various methods to prevent scraping abuse on the platform, ranging from technical measures, product features, business discussions, to legal enforcement efforts, while seeking to ensure that everyone involved in anti-scraping efforts was properly advised by LinkedIn's attorneys on this topic. The Scraper Council created a "scraper-council" email distribution list in October 2013, which continues to exist today and is made up of LinkedIn employees from multiple LinkedIn groups, including Legal, Product Trust, Trust Engineering, Trust and Safety, Data Science, and Business Development.  Over time, other employees learned of this distribution list and began using it to report instances of suspected scraping with greater frequency.  Scraper Council was generally responsible within LinkedIn for dealing with the issue

DECL. OF BLAKE LAWIT  ISO
LINKEDIN'S MOT. FOR SUMMARY
JUDGMENT
No. 17-cv-03301-EMC

of scraping abuse on the platform from a variety of perspectives, while each member of the group worked on the issue from different perspectives.

14.     In April 2015, I attended a meeting with executives regarding the subject of scraping abuse on the LinkedIn platform.  At that meeting the issue of scraping was discussed from a business, technical, and legal perspective, and was described as a priority for the company to address.  Soon thereafter, in or around November 2015, Ms. Wight developed a tracking tool maintained by the Legal Department called "Scraper Report Tracker," for use in collaborating with Trust & Safety in collecting and tracking reports and information regarding potential scrapers for legal investigation and action.  The following table summarizes the number of recorded reports to Scraper Council as reflected in the Scraper Report Tracker:

| Date | Number of Recorded Reports to Scraper Council |
|---|---|
| 2015 and Earlier | 146 |
| 2016 | 115 |
| 2017 | 130 |
| 2018 | 119 |
| 2019 | 143 |
| 2020 | 191 |
| 2021 | 199 |
| 2022 through May 1 | 119 |
| **Total** | **1,162** |

DECL. OF BLAKE LAWIT  ISO
LINKEDIN'S MOT. FOR SUMMARY
JUDGMENT
No. 17-cv-03301-EMC

DocuSign Envelope ID: 97438638-57CF-4A49-B963-0D2D5366A954

15.     As you can see by comparing this chart to the chart in Exhibit N, the number of recorded reports to Scraper Council substantially exceeds the number to whom notices were sent in each of the years from 2015 to 2021.  We did not have the resources to investigate every single report of potential abuse, nor did every report merit the sending of a notice after an investigation was done.

16.     After sending a notice, we had a number of tools—both legal and non-legal— available to us to try to address the conduct of a suspected scraper.  The vast majority of the notices sent by LinkedIn resulted in the scraper expressly agreeing to stop scraping LinkedIn or simply stopping the conduct that had led to us sending the notice.  Sometimes there were further discussions required.  In a very small number of instances there was a business-led outcome, such as a partnership deal where the recipient of the notice would stop scraping and instead only obtain data subject to LinkedIn's User Agreement and Privacy Policy, or an acquisition.   LinkedIn's acquisition of Connectifier involved such a situation.  Connectifier turned off its scrapers prior to the acquisition by LinkedIn and did not resume using them afterward.

17.     When sending a cease-and-desist letter, we hope that litigation will not be necessary but we always know that litigation is a possibility and, accordingly, make sure that we have a legal basis to proceed if the factual allegations prove to be true and we cannot reach an acceptable outcome with the scraper.  In some cases, we have concluded that litigation was necessary to address scraping abuse.  Accordingly, LinkedIn has sued multiple parties over the years to address scraping, including scraping of guest profiles (called "logged-out scraping" by hiQ).  A summary of such actions (apart from LinkedIn's Counterclaims filed against hiQ in this case) is set forth in the table below.  The second Doe lawsuit below involved multiple named defendants who were engaged in guest profile scraping.

DECL. OF BLAKE LAWIT  ISO
LINKEDIN'S MOT. FOR SUMMARY
JUDGMENT
No. 17-cv-03301-EMC

| Action | Outcome |
|---|---|
| LinkedIn Corp. v. Does 1 through 10, 14-cv-00068-BLF (N.D. Cal.) (filed 01/06/2014)<br><br>LinkedIn Corp v. Robocog Inc. D/B/A/ HiringSolved et. al. 14-cv-00068-BLF (N.D. Cal.) (Amended Complaint filed 03/27/2014) | Final Judgment on Consent permanently banning defendants from circumventing LinkedIn technological measures, accessing LinkedIn via automated means or without authorization, using or accessing LinkedIn for commercial purposes, or selling member profile data, among other things. |
| LinkedIn Corp. v. Does, 1 through 100, 16-cv-04463-LHK (N.D. Cal.) (filed 08/08/2016)<br><br>LinkedIn Corp. v. Raphael Azot and Dataspectre, 16-cv-04463-LHK (N.D. Cal.) (Amended Complaint filed 03/09/2017)<br><br>LinkedIn Corp v. Scraping Hub Limited, et. al., 16-cv-04463-LHK (N.D. Cal.) (Second Amended Complaint filed 06/07/2017) | Scraping Hub settled and agreed to not scrape LinkedIn and delete all data previously scraped.<br><br>Final Judgment on Consent against Dataspectre and Raphael Azot permanently banning defendants from circumventing LinkedIn technological measures, accessing LinkedIn via automated means, using or accessing LinkedIn for commercial purposes, or selling member profile data, among other things. |
| LinkedIn Corp v. Mantheos Pte. Ltd, 22-cv-00651 (N.D. Cal.) (filed 02/01/2022) | Final Judgment on Consent permanently banning defendants from circumventing LinkedIn technological measures, accessing LinkedIn via automated means or without authorization, using or accessing LinkedIn for commercial purposes, enrolling in Sales Navigator, or selling member profile data, among other things. |

18.     In drafting its cease-and-desist letters to suspected scrapers over the years, LinkedIn's legal team has followed the prevailing case law and industry practices amongst lawyers.  The standard draft language LinkedIn used as a starting point in its cease-and-desist letters was the result of such case law and practices, and each letter was then revised to include the relevant facts and legal assertions as indicated by the particular matter.  We updated our draft templates with respect to scraping in the wake of the Ninth Circuit's July 2016 decision in *Facebook v. Power Ventures*.  Following that decision, it became our practice to send cease-and-

DECL. OF BLAKE LAWIT  ISO
LINKEDIN'S MOT. FOR SUMMARY
JUDGMENT
No. 17-cv-03301-EMC

DocuSign Envelope ID: 97438639-57CF-4A49-B963-0D3DF306A9F4

desist letters expressly revoking authorization to access LinkedIn's servers and prohibiting use of technological circumvention measures in response to that revocation.

19.    I first became aware of hiQ after the May 23, 2017 cease-and-desist letter was sent to hiQ and before hiQ filed this lawsuit and asked for a standstill to negotiate.  At that time, I thoroughly reviewed the facts and circumstances that led to LinkedIn sending the May 23, 2017 cease-and-desist letter to hiQ (attached as an exhibit to Mr. Bajoria's declaration) in preparation for conducting negotiations with hiQ.  I concluded that LinkedIn was acting with factual and legal justification in making the assertions in the letter, that the letter was consistent with LinkedIn's processes and practices for legal enforcement against scrapers, which I had supervised over the years, that the letter was consistent with industry practice under *Facebook v. Power Ventures*, and that there were additional concerns about hiQ's conduct that were not fully expressed in the letter. I ultimately made the legal decision on behalf of the company in connection with such negotiations that it would not permanently withdraw the cease-and-desist letter and that it would continue to pursue its arguments against hiQ.  Attached hereto as Exhibit O is a further cease and desist letter sent by LinkedIn's outside counsel on June 24, 2017 after the initial standstill period had expired.  I authorized this letter to be sent after my additional thorough review described above, as well as LinkedIn's ongoing investigation of hiQ that occurred after sending the initial letter.  I also authorized the filing of LinkedIn's Counterclaims in this action.

20.    At the time of sending the cease-and-desist letter, LinkedIn restricted hiQ's Company Page.  LinkedIn did not, however, implement permanent account bans on officers at hiQ.  For example, LinkedIn did not disable or restrict the accounts of the officers who had interacted with LinkedIn on hiQ's behalf, such as Mr. Oltmann and Mr. Medeiros.  LinkedIn certainly intended to terminate the Company's access to engage in prohibited activities, and LinkedIn was prepared to take whatever actions it had at its disposal to enforce a complete termination of all employees' access if that were to become necessary in order to obtain compliance with the User Agreement.  Even in that circumstance, however, LinkedIn would have taken the view that the User Agreement continues to apply to each new access request made by

DECL. OF BLAKE LAWIT ISO
LINKEDIN'S MOT. FOR SUMMARY
JUDGMENT
No. 17-cv-03301-EMC

any person or entity as a "Visitor," whether or not they had a presently active account with

LinkedIn.  Otherwise, a scraper could simply avoid LinkedIn's User Agreement by never signing

up or even by getting banned from the site, despite the fact that they knew full well that their

actions were prohibited.  Thus, LinkedIn never terminated its contractual prohibitions as they

applied to hiQ.

I declare under penalty of perjury that the foregoing is true and correct and that this

declaration was hereby executed at Mountain View on July 25, 2022.


By:  _____

Blake Lawit

DECL. OF BLAKE LAWIT  ISO
LINKEDIN'S MOT. FOR SUMMARY
JUDGMENT
No. 17-cv-03301-EMC

# EXHIBIT A

Jobs     Interests                                          Premium Solutions       Upgrade

# User Agreement

Welcome, and thanks for using LinkedIn.com, SlideShare.net, Pulse and/or other LinkedIn services and apps! When you use our products and services, you're agreeing to our terms, so please take a few minutes to read over the User Agreement below.

Note: You are entering into a legally binding agreement.

## 1. Introduction

Last revised on March 19, 2014

We are a social network and online platform for professionals.

Our User Agreement has been updated; click here for a summary of the changes.

### 1.1. Purpose

The mission of LinkedIn is to connect the world's professionals to enable them to be more productive and successful. To achieve our mission, we make services available through our websites, mobile applications, and developer platforms, to help you, your connections, and millions of other professionals meet, exchange ideas, learn, make deals, find opportunities or employees, work, and make decisions in a network of trusted relationships and groups.

When you use LinkedIn's services and apps (including Slideshare and Pulse), you are entering into a legal agreement and you agree to all of these terms.

You also agree to our Privacy Policy, which covers how we collect, use, share, and store your personal information.

### 1.2. Scope and Intent

You agree that by registering on LinkedIn, SlideShare or Pulse or by using our websites, including our mobile applications, developer platforms, premium services, or any content or information provided as part of the LinkedIn services (collectively, including SlideShare and Pulse, "LinkedIn" or the "Services"), you are entering into a legally binding agreement with LinkedIn Corporation, 2029 Stierlin Court, Mountain View, California 94043, USA if you reside in the United States, and with LinkedIn Ireland, Gardner House, Wilton Plaza, Wilton Place, Dublin 2, Ireland, if you reside outside the United States (we", "us", "our," and "LinkedIn") based on the terms of this LinkedIn User Agreement and the LinkedIn Privacy Policy, which is hereby incorporated by reference (collectively referred to as the "Agreement"), whether as a registered member on LinkedIn.com, SlideShare.net and/or other Service, as applicable ("Member"), or unregistered user ("Visitor"). If you are using LinkedIn on behalf of a company or other legal entity, you are nevertheless individually bound by this Agreement even if your company has a separate agreement with us. If you do not agree with this Agreement, do NOT click "Join Now" and do not access, view, download or otherwise use any LinkedIn webpage, content, information or services. By clicking "Join Now", "Join LinkedIn", "Sign Up" (on SlideShare.net) or similar, or by using any Service, you acknowledge that you have read and understood the terms and conditions of this Agreement and that you agree to be bound by all of its provisions. Please note that the LinkedIn User Agreement and Privacy Policy are also collectively referred to as LinkedIn's "Terms of Service."

Back to Top ▲

## 2. Your Obligations

Some promises you make to us in this Agreement:

You will follow the law and LinkedIn's rules.

### 2.1. Applicable laws and this Agreement

You must comply with all applicable laws and this Agreement, as may be amended from time to time with or without advance notice, and the policies and processes explained in the following sections and related webpages:

- DOs and DON'Ts;
- Complaints Regarding Content Posted on the LinkedIn Website;
- LinkedIn's Privacy Policy; and
- Other specific rules for particular Services, such as Groups.

You still own what you own, but you

### 2.2. License and warranty for your submissions to LinkedIn

As between you and LinkedIn, you own the content and information you provide LinkedIn under

LINK_HIQ_000198364

grant us a license to the content and/or information you provide us.

this Agreement, and may request its deletion at any time, unless you have shared information or content with others and they have not deleted it, or it was copied or stored by other users. Additionally, you grant LinkedIn a nonexclusive, irrevocable, worldwide, perpetual, unlimited, assignable, sublicenseable, fully paid up and royalty-free right to us to copy, prepare derivative works of, improve, distribute, publish, remove, retain, add, process, analyze, use and commercialize, in any way now known or in the future discovered, any information you provide, directly or indirectly to LinkedIn, including, but not limited to, any user generated content, ideas, concepts, techniques and/or data to the services, you submit to LinkedIn, without any further consent, notice and/or compensation to you or to any third parties.

We will respect the choices you make about who gets to see your information and content.

Pursuant to this license, LinkedIn may grant other Members and/or Visitors access and share rights to your content and information in accordance with this Agreement, your settings and degree of connection with them. With respect to your SlideShare content, you may choose to make it available to Members and Visitors under the Creative Commons license of your choice.

You promise to only provide us information and content that you have the right to give us and you promise that your LinkedIn profile will be truthful.

Any content or information you submit to us is at your own risk of loss. By providing content or information to us, you represent and warrant that you are entitled to submit it and that it is not confidential and not in violation of any law, contractual restrictions or other third party rights (including any intellectual property rights).

It is your responsibility to keep your LinkedIn profile information accurate and updated.

You are eligible to enter into this contract and you are at least our "Minimum Age."

The information you provide is truthful.

### 2.3. Service Eligibility

To be eligible to use the Services, you must meet the following criteria and represent and warrant that you: (1) are the "Minimum Age" (defined below) or older; (2) are not currently restricted from the Services, or not otherwise prohibited from having a LinkedIn account, (3) are not a competitor of LinkedIn or are not using the Services for reasons that are in competition with LinkedIn; (4) will only maintain one LinkedIn account (and/or one SlideShare or Pulse account, if applicable) at any given time; (5) will use your real name and only provide accurate information to LinkedIn; (6) have full power and authority to enter into this Agreement and doing so will not violate any other agreement to which you are a party; (7) will not violate any rights of LinkedIn or third party, including intellectual property rights such as copyright or trademark rights; and (8) agree to provide at your cost all equipment, software, mobile access, and internet access necessary to use the Services.

"Minimum Age" means (a) 18 years old for the People's Republic of China, (b) 16 years old for the Netherlands, (c) 14 years old for the United States, Canada, Germany, Spain, Australia and South Korea, and (d) 13 years old for all other countries. However, if applicable law requires that you must be older than such ages in order for LinkedIn to lawfully provide the Services to you (including the collection, storage and use of your information in accordance with our privacy policy) then the Minimum Age would be such older age. The Services are not designed nor intended for use by children or anyone else under the age of 13.

You will keep your password a secret.

You will not share an account with anyone else.

You will not copy or transfer any part of the Services.

### 2.4. Your Membership

The profile you create on LinkedIn (including Slideshare) will become part of LinkedIn and except for the content and information that you license to us is owned by LinkedIn. However, between you and others, your account belongs to you. You agree to: (1) keep your password secure and confidential; (2) not permit others to use your account; (3) not use other's accounts; (4) not sell, trade, or transfer your LinkedIn account to another party; and (5) not charge anyone for access to any portion of LinkedIn, or any information therein. Further, you are responsible for anything that happens through your account until you close down your account or prove that your account security was compromised due to no fault of your own. To close your LinkedIn, Pulse or Slideshare account, respectively, please visit **LinkedIn's Help Center** (for LinkedIn or Pulse) or the applicable SlideShare settings.

You will pay us for any losses that you cause.

### 2.5. Indemnification

You agree to indemnify us and hold us harmless for all damages, losses and costs (including, but not limited to, reasonable attorneys' fees and costs) related to all third party claims, charges, and investigations, caused by (1) your failure to comply with this Agreement, including, without limitation, your submission of content that violates third party rights or applicable laws, (2) any content you submit to the Services, and (3) any activity in which you engage on or through LinkedIn.

You will honor your payment obligations and you are okay with us storing your payment information. Also, there may be fees and taxes that are added to our prices.

### 2.6. Payment

If you purchase any services that we offer for a fee, either on a one-time or subscription basis ("Premium Services"), you agree to LinkedIn storing your payment information. You also agree to pay the applicable fees for the Premium Services (including, without limitation, periodic fees for premium accounts) as they become due plus all related taxes, and to reimburse us for all collection costs and interest for any overdue amounts. Failure to pay may result in the termination

LINK_HIQ_000198365

We don't guarantee refunds.

of your subscription. Depending on where you transact with us, the type of payment method used and where your payment method was issued, your transaction with us may be subject to foreign exchange fees or differences in prices, including because of exchange rates. LinkedIn does not support all payment methods, currencies or locations for payment. If the payment method you use with us, such as a credit card, reaches its expiration date and you do not edit your payment method information or cancel your account or such Premium Service, you authorize us to continue billing that payment method and you remain responsible for any uncollected amounts. Your obligation to pay fees continues through the end of the subscription period during which you cancel your subscription. All applicable taxes are calculated based on the billing information you provide us at the time of purchase. You may cancel or suspend your Premium Services **here**. LinkedIn's refund policy is explained **here**. We do not guarantee refunds for lack of usage or dissatisfaction. You also acknowledge that LinkedIn's Premium Services are subject to this Agreement and any additional terms related to the provision of the Premium Service. Additionally, if you require a printed invoice for your transaction with us, you may access it through your LinkedIn account settings under "**Purchase History**" or, for SlideShare related invoices, request one by contacting our Customer Support.

| | |
|---|---|
| If you think you have to breach this Agreement, you will let us know beforehand. | **2.7. Notify us of acts contrary to the Agreement**<br>If you believe that you are entitled or obligated to act contrary to this Agreement under any mandatory law, you agree to provide us with detailed and substantiated explanation of your reasons in writing at least 30 days before you act contrary to this Agreement, to allow us to assess whether we may, at our sole discretion, provide an alternative remedy for the situation, though we are under no obligation to do so. |

You are okay with us providing you with important notices on our websites, mobile apps, or email.

The contact information you provide must be accurate or you may not receive important notices.

**2.8. Notifications and Service Messages**
For purposes of service messages and notices about the Services, LinkedIn may place a banner notice across its pages to alert you to certain changes such as modifications to this Agreement. Alternatively, notice may consist of an email from LinkedIn to an email address associated with your account, even if we have other contact information. You also agree that LinkedIn may communicate with you through your LinkedIn account or through other means including email, mobile number, telephone, or delivery services including the postal service about your LinkedIn account or services associated with LinkedIn. Please review your **LinkedIn.com** and SlideShare.net settings to control and limit what kind of messages you receive from us. You acknowledge and agree that we shall have no liability associated with or arising from your failure to do so maintain accurate contact or other information, including, but not limited to, your failure to receive critical information about the Services.

This Agreement applies to mobile applications as well. Also, you agree certain additional information can be shared with us.

**2.9. LinkedIn Applications**
LinkedIn may offer the Services through applications built using LinkedIn's platform ("LinkedIn Applications"). Examples of LinkedIn Applications include its smart phone applications (e.g. LinkedIn and Pulse for Android and iOS), and LinkedIn's "Share" buttons and other interactive plugins distributed on websites across the web. LinkedIn Applications are distinct from third party Platform Applications addressed in Section 4.2. If you use a LinkedIn Application or interact with a website that has deployed a plugin, you agree that information about you and your use of the Services, including, but not limited to, your device, your mobile carrier, your internet access provider, your physical location, or web pages containing LinkedIn plugins that load in your browser may be communicated to us. Further, by importing any of your LinkedIn data through the LinkedIn Application, you represent that you have authority to share the transferred data with your mobile carrier or other access provider. In the event you change or deactivate your mobile account, you must promptly update your LinkedIn account information to ensure that your messages are not sent to the person that acquires your old number and failure to do so is your responsibility. You acknowledge you are responsible for all charges and necessary permissions related to accessing LinkedIn through your mobile access provider. Therefore, you should check with your provider to find out if the Services are available and the terms for these services for your specific mobile devices. Finally, by using any downloadable application to enable your use of the Services, you are explicitly confirming your acceptance of the terms of the End User License Agreement associated with the application provided at download or installation, or as may be updated from time to time.

When you share information, others can see, copy and use that information.

**2.10. User-to-User Communication and Sharing (LinkedIn Groups, Answers, Updates, Company Pages, etc.)**
LinkedIn offers various forums such as LinkedIn Groups, Answers, and Network Updates, where you can post your observations and comments on designated topics. LinkedIn also enables sharing of information by allowing users to post updates, including links to news articles and other information such as job opportunities, product recommendations, and other content to their profile and other Services, such as SlideShare, LinkedIn Groups and LinkedIn Company Pages. LinkedIn members can create LinkedIn Groups and Company Pages for free, however, LinkedIn,

LINK_HIQ_000198366

In its sole discretion, may close or transfer LinkedIn Groups or Company Pages, or remove content from them or from anywhere on the Services if the content violates this Agreement or others' intellectual property rights. Please note that ideas you post and information you share may be seen and used by other Members or, if public, by Visitors (note also that all content you post on SlideShare is publicly visible unless you restrict it to a private audience as a premium subscriber), and LinkedIn cannot guarantee that other Members will or will not use the ideas and information that you share on LinkedIn, nor the manner of use. Therefore, if you have an idea or information that you would like to keep confidential or don't want others to use, or that is subject to third party rights that may be infringed by your sharing it, do not post it to any LinkedIn Group, into your Network Updates, or elsewhere on LinkedIn. LINKEDIN IS NOT RESPONSIBLE FOR ANOTHER'S MISUSE OR MISAPPROPRIATION OF ANY CONTENT OR INFORMATION YOU POST ON LINKEDIN.

| | |
|---|---|
| You are okay with us collecting, using, storing, and disclosing information about you in keeping with our Privacy Policy. | **2.11. Privacy**<br><br>You should carefully read our full Privacy Policy before using LinkedIn as it is hereby incorporated into this Agreement by reference, and governs our treatment of any information, including personally identifiable information you submit to us. Please note that certain information, statements, data, and content (such as photographs) which you may submit to LinkedIn, or groups you choose to join might, or are likely to, reveal your gender, ethnic origin, nationality, age, and/or other personal information about you. You acknowledge that your submission of any information, statements, data, and content to us is voluntary on your part and that LinkedIn may process such information, within the terms of the Privacy Policy. |
| You won't break export laws. | **2.12. Export Control**<br><br>Your use of LinkedIn services, including our software, is subject to export and re-export control laws and regulations, including the Export Administration Regulations ("EAR") maintained by the United States Department of Commerce and sanctions programs maintained by the Treasury Department's Office of Foreign Assets Control. You shall not — directly or indirectly — sell, export, re-export, transfer, divert, or otherwise dispose of any software or service to any end-user without obtaining the required authorizations from the appropriate government authorities. You also warrant that you are not prohibited from receiving US origin products, including services or software. |
| If you provide feedback to us, make sure you don't include confidential or infringing materials. You grant us rights to your feedback. | **2.13. Contributions to LinkedIn**<br><br>By submitting suggestions or other feedback regarding our Services ("Contributions") in any way to LinkedIn, you acknowledge and agree that: (a) your Contributions do not contain confidential or proprietary information; (b) LinkedIn is not under any obligation of confidentiality, express or implied, with respect to the Contributions; (c) LinkedIn shall be entitled to use or disclose (or choose not to use or disclose) such Contributions for any purpose, in any way, in any media worldwide; (d) LinkedIn may have something similar to the Contributions already under consideration or in development; (e) you irrevocably non-exclusively license to LinkedIn rights to exploit your Contributions; and (f) you are not entitled to any compensation or reimbursement of any kind from LinkedIn under any circumstances. |

Back to Top ▲

# 3. Your Rights

| | |
|---|---|
| If you follow this agreement, we grant you a limited right to use LinkedIn.<br><br>You will only access and use LinkedIn in the way this agreement allows you. | On the condition that you comply with all your obligations under this Agreement, including, but not limited to, the Do's and Don'ts listed in Section 10, we grant you a limited, revocable, nonexclusive, nonassignable, nonsublicenseable license and right to access the Services, through a generally available web browser, mobile device or LinkedIn authorized application (but not through scraping, spidering, crawling or other technology or software used to access data without the express written consent of LinkedIn or its Members), to view content and information and otherwise use the Services, to the extent intended and permitted by the functionality thereof, the Members' settings and your degree of connection with them, in accordance with this Agreement. Any other use of LinkedIn contrary to our mission and purpose (such as seeking to connect to someone you do not know or trust, or to use information gathered from LinkedIn commercially unless expressly authorized by LinkedIn) is strictly prohibited and a violation of this Agreement. We reserve all rights not expressly granted in this Agreement, including, without limitation, title, ownership, intellectual property rights, and all other rights and interest in LinkedIn and all related items, including any and all copies made of the LinkedIn websites. |

Back to Top ▲

LINK_HIQ_000198367

# 4. Our Rights & Obligations

We may change or discontinue Services, and in such case, we do not promise to keep showing or storing your information and content.

### 4.1. Services Availability

For as long as LinkedIn continues to offer the Services, LinkedIn shall provide and seek to update, improve and expand the Services. As a result, we allow you to access LinkedIn as it may exist and be available on any given day and we have no other obligations, except as expressly stated in this Agreement. We may modify, replace, refuse access to, suspend or discontinue LinkedIn, partially or entirely, or change and modify prices prospectively for all or part of the Services for you or for all our Members in our sole discretion. All of these changes shall be effective upon their posting on LinkedIn or by direct communication to you unless otherwise noted.

We may not keep showing the content or information you provide to us.

LinkedIn further reserves the right to withhold, remove or discard any content available as part of your account, with or without notice if deemed by LinkedIn to be contrary to this Agreement. For avoidance of doubt, LinkedIn has no obligation to store, maintain or provide you a copy of any content that you or other Members provide when using the Services. LinkedIn may be required by local laws to remove certain information or content and so that information or content may not be available on our Service in those countries.

Your access of other Members' and third parties' content and information posted on the Services is at your own risk.

### 4.2. Third Party Content, Sites and Developers

By using the Services, you may be exposed to other Members' or third party content or information that might be inaccurate, incomplete, delayed, misleading, illegal, offensive or otherwise harmful. Except for certain limited circumstances, such as where legally required, we generally do not review or filter such content. You agree and acknowledge that we are not responsible for other Members' or third party content or information or for any damage of any kind incurred as result of your reliance thereon.

Third parties may offer their own products and services through LinkedIn, and we are not responsible for these third-party activities.

LinkedIn may include links to third party web sites ("Third Party Sites") on our Services. LinkedIn also enables third party developers ("Platform Developers") to create applications ("Platform Applications") that provide features and functionality using data and developer tools made available by LinkedIn through its developer platform. You are responsible for evaluating whether you want to access or use a Third Party Site or Platform Application. You should review any applicable terms or privacy policy of a Third Party Site or Platform Application before using it or sharing any information with it, because you may give the third-party permission to use your information in ways we would not. LinkedIn is not responsible for and does not endorse any features, content, advertising, products or other materials on or available from Third Party Sites or Platform Applications. LinkedIn also does not screen, audit, or endorse Platform Applications. Accordingly, if you decide to use Third Party Sites or use Platform Applications, you do so at your own risk and agree that your use of any Platform Application is on an "as-is" basis without any warranty as to the Platform Developer's actions, and that this Agreement does not apply to your use of any Third Party Site or Developer Application. Please note: If you allow a Platform Application or Third Party Site to authenticate you or connect with your LinkedIn account, that application or website can access information on LinkedIn related to you and your connections. For additional information regarding Platform Developers and Platform Applications, please refer to LinkedIn's Privacy Policy.

You agree that we can use, store, and share information about you as permitted in our Privacy Policy.

### 4.3. Disclosure of User Information

You acknowledge, consent and agree that we may access, preserve, and disclose your registration and any other information you provide in accordance with the terms of the Privacy Policy if required to do so by law or in a good faith belief that such access preservation or disclosure is reasonably necessary in our opinion to: (1) comply with legal process, including, but not limited to, civil and criminal subpoenas, court orders or other compulsory disclosures; (2) enforce this Agreement; (3) respond to claims of a violation of the rights of third parties, whether or not the third party is a Member, individual, or government agency; (4) respond to customer service inquiries; or (5) protect the rights, property, or personal safety of LinkedIn, our Members or the public. Disclosures of Member information to third parties other than those required to provide customer support, administer this agreement, or comply with legal requirements are addressed in the Privacy Policy.

We have the right to limit the connections and interactions on the Services.

### 4.4. Connections and Interactions with other Members

You are solely responsible for your interactions with other Members. LinkedIn may limit the number of connections you may have to other Members and may, in certain circumstances, prohibit you from contacting other Users through use of the Services or otherwise limit your use of the Services. LinkedIn reserves the right, but has no obligation, to monitor disputes between you and other members and to restrict, suspend, or close your account if LinkedIn determines, in our sole discretion, that doing so is necessary to enforce this Agreement.

LINK_HIQ_000198368

We are providing you notice about our intellectual property rights.

**4.5. Intellectual Property Notices**

The Services include the copyrights and intellectual property rights of LinkedIn and except for the limited license granted to you in Section 3, LinkedIn reserves all of its intellectual property rights in the Services. LinkedIn, SlideShare, LinkedIn (stylized), the SlideShare and "in" logos and other LinkedIn trademarks, service marks, graphics, and logos used in connection with LinkedIn are trademarks or registered trademarks of LinkedIn or LinkedIn Affiliates in the U.S. and/or other countries. Other trademarks and logos used in connection with LinkedIn may be the trademarks of their respective owners. This Agreement does not grant you any right or license with respect to any such trademarks and logos.

Back to Top ▲

# 5. Disclaimer

We disclaim any legal liability for the quality, safety, or reliability of LinkedIn.

SOME COUNTRIES AND JURISDICTIONS DO NOT ALLOW THE DISCLAIMER OF IMPLIED TERMS IN CONTRACTS WITH CONSUMERS AND AS A RESULT THE CONTENTS OF THIS SECTION MAY NOT APPLY TO YOU. DO NOT RELY ON LINKEDIN OR ITS SUPPLIERS, ANY INFORMATION THEREIN, OR ITS CONTINUATION. WE PROVIDE THE PLATFORM FOR LINKEDIN AND ALL INFORMATION AND SERVICES ON AN "AS IS" AND "AS AVAILABLE" BASIS. LINKEDIN DOES NOT CONTROL OR VET USER GENERATED CONTENT FOR ACCURACY. WE DO NOT PROVIDE ANY EXPRESS WARRANTIES OR REPRESENTATIONS. TO THE FULLEST EXTENT PERMISSIBLE UNDER APPLICABLE LAW, LINKEDIN AND ITS SUPPLIERS DISCLAIM ANY AND ALL IMPLIED WARRANTIES AND REPRESENTATIONS, INCLUDING, WITHOUT LIMITATION, ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, ACCURACY OF DATA, AND NONINFRINGEMENT. IF YOU ARE DISSATISFIED OR HARMED BY LINKEDIN OR ANYTHING RELATED TO LINKEDIN, YOU MAY CLOSE YOUR LINKEDIN ACCOUNT AND TERMINATE THIS AGREEMENT IN ACCORDANCE WITH SECTION 7 ("TERMINATION") AND SUCH TERMINATION SHALL BE YOUR SOLE AND EXCLUSIVE REMEDY. LINKEDIN IS NOT RESPONSIBLE, AND MAKES NO REPRESENTATIONS OR WARRANTIES FOR THE DELIVERY OF ANY MESSAGES (SUCH AS INMAILS, POSTING OF ANSWERS OR TRANSMISSION OF ANY OTHER USER GENERATED CONTENT) SENT THROUGH LINKEDIN TO ANYONE. IN ADDITION, WE NEITHER WARRANT NOR REPRESENT THAT YOUR USE OF THE SERVICES WILL NOT INFRINGE THE RIGHTS OF THIRD PARTIES. ANY MATERIAL, SERVICE, OR TECHNOLOGY DESCRIBED OR USED ON OUR WEBSITES MAY BE SUBJECT TO INTELLECTUAL PROPERTY RIGHTS OWNED BY THIRD PARTIES WHO HAVE LICENSED SUCH MATERIAL, SERVICE, OR TECHNOLOGY TO US. LINKEDIN DOES NOT HAVE ANY OBLIGATION TO VERIFY THE IDENTITY OF THE PERSONS SUBSCRIBING TO ITS SERVICES, NOR DOES IT HAVE ANY OBLIGATION TO MONITOR THE USE OF ITS SERVICES BY OTHER USERS OF THE COMMUNITY; THEREFORE, LINKEDIN DISCLAIMS ALL LIABILITY FOR IDENTITY THEFT OR ANY OTHER MISUSE OF YOUR IDENTITY OR INFORMATION BY OTHERS. LINKEDIN DOES NOT GUARANTEE THAT THE SERVICES IT PROVIDES WILL FUNCTION WITHOUT INTERRUPTION OR ERRORS IN FUNCTIONING. IN PARTICULAR, THE OPERATION OF THE SERVICES MAY BE INTERRUPTED DUE TO MAINTENANCE, UPDATES, OR SYSTEM OR NETWORK FAILURES. LINKEDIN DISCLAIMS ALL LIABILITY FOR DAMAGES CAUSED BY ANY SUCH INTERRUPTION OR ERRORS IN FUNCTIONING. FURTHERMORE, LINKEDIN DISCLAIMS ALL LIABILITY FOR ANY MALFUNCTIONING, IMPOSSIBILITY OF ACCESS, OR POOR USE CONDITIONS OF THE LINKEDIN SITES DUE TO INAPPROPRIATE EQUIPMENT, DISTURBANCES RELATED TO INTERNET SERVICE PROVIDERS, TO THE SATURATION OF THE INTERNET NETWORK, AND FOR ANY OTHER REASON.

Back to Top ▲

# 6. Limitation of Liability

We are trying to limit any legal liability we may have to you.

LIMITATION OF LIABILITY. SOME COUNTRIES DO NOT ALLOW THE LIMITATION OR EXCLUSION OF LIABILITY IN CONTRACTS WITH CONSUMERS AND AS A RESULT THE CONTENTS OF THIS SECTION MAY NOT APPLY TO YOU. Neither LinkedIn nor any of our subsidiaries, affiliated companies, suppliers, employees, shareholders, or directors ("LinkedIn Affiliates") shall be cumulatively liable for (a) any damages in excess of five times the most recent monthly fee that you paid for a Premium Service, if any, or US $100, whichever amount is greater, or (b) any special, incidental, indirect, punitive or consequential damages or loss of use, profit, revenue or data to you or any third person arising from your use of the Services, any Platform Applications or any of the content or other materials on, accessed through or downloaded from LinkedIn. This limitation of liability is part of the basis of the bargain between the parties and

LINK_HIQ_000198369

without the terms and prices charged would be different. This limitation of liability shall:

- Apply regardless of whether (1) you base your claim on contract, tort, statute or any other legal theory, (2) we knew or should have known about the possibility of such damages, or (3) the limited remedies provided in this section fail of their essential purpose; and

- Not apply to any damage that LinkedIn may cause you intentionally or knowingly in violation of this Agreement or applicable law, or as otherwise mandated by applicable law that cannot be disclaimed in this Agreement.

- Not apply if you have entered into a separate agreement to purchase Premium Services with a separate Limitation of Liability provision that supersedes this section in relation to those Premium Services.

Back to Top ▲

# 7. Termination

We can each end this Agreement anytime we want.

### 7.1. Mutual rights of termination

You may terminate this Agreement, for any or no reason, at any time, with notice to LinkedIn pursuant to Section 9.3. This notice will be effective upon LinkedIn processing your notice. LinkedIn may terminate this Agreement and your account for any reason or no reason, at any time, with or without notice. This cancellation shall be effective immediately or as may be specified in the notice. For avoidance of doubt, only LinkedIn or the party paying for the services may terminate your access to any Premium Services. Termination of your LinkedIn account includes disabling your access to LinkedIn and may also bar you from any future use of LinkedIn.

### 7.2. Misuse of the Services

LinkedIn may restrict, suspend or terminate the account of any Member who abuses or misuses the Services. Misuse of the Services includes inviting other Members with whom you do not know to connect; abusing the LinkedIn messaging services; creating multiple or false profiles; using the Services commercially without LinkedIn's authorization, infringing any intellectual property rights, violating any of the Do's and Don'ts listed in Section 10, or any other behavior that LinkedIn, in its sole discretion, deems contrary to its purpose. In addition, and without limiting the foregoing, LinkedIn has adopted a policy of terminating accounts of Members who, in LinkedIn's sole discretion, are deemed to be repeat infringers under the United States Copyright Act.

### 7.3. Effect of Termination

Upon termination of your LinkedIn account, you lose access to the Services. The terms of this Agreement shall survive any termination, except Section 3 ("Your Rights") and Sections 4.1., 4.2., and 4.3. ("Our Rights and Obligations").

Back to Top ▲

# 8. Dispute Resolution

In the unlikely event we end up in a legal dispute, it will take place in California courts, applying California law.

### 8.1. Law and Forum for Legal Disputes

This Agreement or any claim, cause of action or dispute ("claim") arising out of or related to this Agreement shall be governed by the laws of the state of California regardless of your country of origin or where you access LinkedIn, and notwithstanding of any conflicts of law principles and the United Nations Convention for the International Sale of Goods. You and LinkedIn agree that all claims arising out of or related to this Agreement must be resolved exclusively by a state or federal court located in Santa Clara County, California, except as otherwise agreed by the parties or as described in the Arbitration Option paragraph below. You and LinkedIn agree to submit to the personal jurisdiction of the courts located within Santa Clara County, California for the purpose of litigating all such claims. Notwithstanding the above, you agree that LinkedIn shall still be allowed to apply for injunctive remedies (or an equivalent type of urgent legal relief) in any jurisdiction.

Each of us will have the right to choose arbitration.

### 8.2. Arbitration Option

For any claim (excluding claims for injunctive or other equitable relief) where the total amount of the award sought is less than $10,000, the party requesting relief may elect to resolve the dispute in a cost effective manner through binding non-appearance-based arbitration. In the event a party elects arbitration, they shall initiate such arbitration through an established alternative dispute

LINK_HIQ_000198370

resolution ("ADR") provider mutually agreed upon by the parties. The ADR provider and the parties must comply with the following rules: (a) the arbitration shall be conducted by telephone, online and/or be solely based on written submissions, the specific manner shall be chosen by the party initiating the arbitration; (b) the arbitration shall not involve any personal appearance by the parties or witnesses unless otherwise mutually agreed by the parties; and (c) any judgment on the award rendered by the arbitrator shall be final and may be entered in any court of competent jurisdiction.

Back to Top ▲

# 9. General Terms

Here are some important details about how to read the Agreement.

### 9.1. Severability

If any provision of this Agreement is found by a court of competent jurisdiction or arbitrator to be illegal, void, or unenforceable, the unenforceable provision will be modified so as to render it enforceable and effective to the maximum extent possible in order to effect the intention of the provision; if a court or arbitrator finds the modified provision invalid, illegal, void or unenforceable, the validity, legality and enforceability of the remaining provisions of this Agreement will not be affected in any way.

### 9.2. Language

Where LinkedIn has provided you with a translation of the English language version of this Agreement, the Privacy Policy, or any other documentation, you agree that the translation is provided for your convenience only and that the English language versions of this Agreement, the Privacy Policy, and any other documentation, including additional terms of service for Premium Services, will govern your relationship with LinkedIn.

### 9.3. Notices and Service of Process

In addition to Section 2.8. ("Notices and Service Messages"), we may notify you via postings on www.linkedin.com, www.slideshare.net or another LinkedIn site or app. You may contact us here. Or via mail or courier at: LinkedIn Corporation ATTN: Legal Department 2029 Stierlin Court Mountain View, CA 94043 USA Additionally, LinkedIn accepts service of process at this address. Any notices that you provide without compliance with this section shall have no legal effect.

### 9.4. Entire Agreement

You agree that this Agreement constitutes the entire, complete and exclusive agreement between you and LinkedIn regarding the Services and supersedes all prior agreements and understandings, whether written or oral, or whether established by custom, practice, policy or precedent, with respect to the subject matter of this Agreement. You also may be subject to additional terms and conditions that may apply when you use or purchase certain other LinkedIn services, third-party content or third party software.

### 9.5. Amendments to This Agreement

We reserve the right to modify, supplement, or replace the terms of this Agreement, effective prospectively upon posting at www.linkedin.com or notifying you otherwise. For example, we may present a banner on the Services when we have amended this Agreement or the Privacy Policy so that you may access and review the changes prior to your continued use of the Services. If you do not want to agree to changes to this Agreement, you can terminate this Agreement at any time per Section 7 (Termination).

### 9.6. No informal waivers, agreements or representations

Our failure to act with respect to a breach of this Agreement by you or others does not waive our right to act with respect to that breach or subsequent similar or other breaches. Except as expressly and specifically contemplated by the Agreement, no representations, statements, consents, waivers or other acts or omissions by any LinkedIn Affiliate shall be deemed legally binding on any LinkedIn Affiliate, unless documented in a physical writing hand signed by a duly appointed officer of LinkedIn.

You waive your rights to try to stop LinkedIn, but we don't waive our rights to ask a court to stop your actions.

### 9.7. No Injunctive Relief

In no event shall you seek or be entitled to rescission, injunctive or other equitable relief, or to enjoin or restrain the operation of the Services, exploitation of any advertising or other materials issued in connection therewith, or exploitation of the Services or any content or other material

LINK_HIQ_000198371

used or displayed through the Services.

### 9.8. Beneficiaries

Entities other than LinkedIn Corporation and LinkedIn Ireland, that LinkedIn Corporation owns a 50% or greater interest in ("Affiliate") are not parties, but intended third party beneficiaries of this Agreement, with a right to enforce this Agreement directly against you.

You can't assign your rights under this Agreement, but we can.

### 9.9. Assignment and Delegation

You may not assign or delegate any rights or obligations under the Agreement. Any purported assignment and delegation shall be ineffective. We may freely assign or delegate all rights and obligations under the Agreement, fully or partially without notice to you. We may also substitute, by way of unilateral novation, effective upon notice to you, LinkedIn Corporation for any third party that assumes our rights and obligations under this Agreement.

### 9.10. Potential Other Rights and Obligations

You may have rights or obligations under local law other than those enumerated here if you are located outside the United States.

Back to Top ▲

# 10. LinkedIn "DOs" and "DON'Ts."

As a condition to access LinkedIn, you agree to this User Agreement and to strictly observe the following DOs and DON'Ts:

Here's a list of some of the specific things we ask you to do and not do on LinkedIn. If you want a high-level summary of these, please check out our Professional Community Guidelines.

### 10.1. Do undertake the following:

1. Comply with all applicable laws, including, without limitation, privacy laws, intellectual property laws, export control laws, tax laws, and regulatory requirements;

2. Provide accurate information to us and update it as necessary;

3. Review and comply with our **Privacy Policy**;

4. Review and comply with notices sent by LinkedIn concerning the Services;

5. Use the Services in a professional manner; and

6. Use your real name on your profile.

### 10.2. Don't undertake the following:

1. Act dishonestly or unprofessionally by engaging in unprofessional behavior by posting inappropriate, inaccurate, or objectionable content to LinkedIn;

2. Publish inaccurate information in the designated fields on the profile form (e.g., do not include a link or an email address in the name field). Please also protect sensitive personal information such as your email address, phone number, street address, or other information that is confidential in nature;

3. Create a Member profile for anyone other than a natural person;

4. Harass, abuse or harm another person, including sending unwelcomed communications to others using LinkedIn;

5. Invite people you do not know to join your network;

6. Upload a profile image that is not your likeness or a head-shot photo;

7. Use or attempt to use another's account or create a false identity on LinkedIn;

8. Upload, post, email, InMail, transmit or otherwise make available or initiate any content that:
   a. Falsely states, impersonates or otherwise misrepresents your identity, including but not limited to the use of a pseudonym, or misrepresenting your current or previous positions and qualifications, or misrepresents your affiliations with a person or entity, past or present;

LINK_HIQ_000198372

b. Is unlawful, libelous, abusive, obscene, discriminatory or otherwise objectionable;

c. Adds to a content field content that is not intended for such field (e.g. submitting a telephone number in the "title" or any other field, or including telephone numbers, email addresses, street addresses or any personally identifiable information for which there is not a field provided by LinkedIn);

d. Includes information that you do not have the right to disclose or make available under any law or under contractual or fiduciary relationships (such as insider information, or proprietary and confidential information learned or disclosed as part of employment relationships or under nondisclosure agreements);

e. Infringes upon patents, trademarks, trade secrets, copyrights or other proprietary rights;

f. Includes any unsolicited or unauthorized advertising, promotional materials, "junk mail," "spam," "chain letters," "pyramid schemes," or any other form of solicitation. This prohibition includes but is not limited to (a) using LinkedIn invitations to send messages to people who don't know you or who are unlikely to recognize you as a known contact; (b) using LinkedIn to connect to people who don't know you and then sending unsolicited promotional messages to those direct connections without their permission; and (c) sending messages to distribution lists, newsgroup aliases, or group aliases;

g. Contains software viruses, worms, or any other computer code, files or programs that interrupt, destroy or limit the functionality of any computer software or hardware or telecommunications equipment of LinkedIn or any user of LinkedIn;

h. Forges headers or otherwise manipulate identifiers in order to disguise the origin of any communication transmitted through the Services; or

i. Even if it is legal where you are located, create profiles or provide content that promotes escort services or prostitution.

9. Participate, directly or indirectly, in the setting up or development of a network that seeks to implement practices that are similar to sales by network or the recruitment of independent home salespeople for the purposes of creating a pyramid scheme or other similar practices;

10. Duplicate, license, sublicense, publish, broadcast, transmit, distribute, perform, display, sell, rebrand, or otherwise transfer information found on LinkedIn (excluding content posted by you) except as permitted in this Agreement, LinkedIn's developer terms and policies, or as expressly authorized by LinkedIn;

11. Reverse engineer, decompile, disassemble, decipher or otherwise attempt to derive the source code for any underlying intellectual property used to provide the Services, or any part thereof;

12. Utilize or copy information, content or any data you view on or obtain from LinkedIn to provide any service that is competitive, in LinkedIn's sole discretion, with LinkedIn;

13. Imply or state, directly or indirectly, that you are affiliated with or endorsed by LinkedIn unless you have entered into a written agreement with LinkedIn (this includes, but is not limited to, representing yourself as an accredited LinkedIn trainer if you have not been certified by LinkedIn as such);

14. Adapt, modify or create derivative works based on LinkedIn or technology underlying the Services, or other Members' content, in whole or part, except as permitted under LinkedIn's developer program;

15. Rent, lease, loan, trade, sell/re-sell access to LinkedIn or any information therein, or the equivalent, in whole or part;

16. Sell, sponsor, or otherwise monetize a LinkedIn Group or any other service or functionality of LinkedIn, without the express written permission of LinkedIn;

17. Deep-link to our sites for any purpose, (i.e. creating or posting a link to a LinkedIn web page other than LinkedIn's home page) unless expressly authorized in writing by LinkedIn or for the purpose of promoting your profile or a Group on LinkedIn as set forth in the Brand Guidelines;

18. Remove any copyright, trademark or other proprietary rights notices contained in or on LinkedIn, including those of both LinkedIn and any of its licensors;

19. Remove, cover or otherwise obscure any form of advertisement included on LinkedIn;

20. Collect, use, copy, or transfer any information, including, but not limited to, personally identifiable information obtained from LinkedIn except as expressly permitted in this Agreement or as the owner of such information may expressly permit;

21. Share information of non- Members without their express consent;

LINK_HIQ_000198373

22. Infringe or use LinkedIn's brand, logos or trademarks, including, without limitation, using the word "LinkedIn" in any business name, email, or URL or including LinkedIn's trademarks and logos except as provided in the Brand Guidelines or as expressly permitted by LinkedIn;

23. Use manual or automated software, devices, scripts robots, other means or processes to access, "scrape," "crawl" or "spider" any web pages or other services contained in the site;

24. Use bots or other automated methods to access LinkedIn, add or download contacts, send or redirect messages, or perform other similar activities through LinkedIn, unless explicitly permitted by LinkedIn;

25. Access, via automated or manual means or processes, LinkedIn for purposes of monitoring LinkedIn's availability, performance or functionality for any competitive purpose;

26. Engage in "framing," "mirroring," or otherwise simulating the appearance or function of LinkedIn's website;

27. Attempt to or actually access LinkedIn by any means other than through the interfaces provided by LinkedIn such as its mobile application or by navigating to http://www.linkedin.com using a web browser. This prohibition includes accessing or attempting to access LinkedIn using any third-party service, including software-as-a-service platforms that aggregate access to multiple services, including LinkedIn;

28. Attempt to or actually override any security component included in or underlying LinkedIn;

29. Engage in any action that directly or indirectly interferes with the proper working of or places an unreasonable load on LinkedIn's infrastructure, including, but not limited to, sending unsolicited communications to other Members or LinkedIn personnel, attempting to gain unauthorized access to LinkedIn, or transmitting or activating computer viruses through or on LinkedIn; and/or

30. Interfere or disrupt or game LinkedIn or the Services, including, but not limited to, any servers or networks connected to LinkedIn, or LinkedIn's search algorithms.

31. Violate SlideShare's Community Guidelines or, if you're a commercial user of SlideShare, the SlideShare Commercial Terms of Service

Back to Top ▲

# 11. Complaints Regarding Content Posted on the LinkedIn Website

If you think someone has stolen or misused your intellectual property on LinkedIn, please check out our Copyright Policy.

We built LinkedIn to help you be a more successful professional, and to help professionals succeed. To achieving this purpose, we encourage our Members to share accurate information. We also respect the intellectual property rights of others. Accordingly, this Agreement requires that information posted by Members be accurate and not in violation of the intellectual property rights or other rights of third parties. To promote these objectives, LinkedIn provides a process for submission of complaints concerning content posted by our Members. Our policy and procedures can be found here: LinkedIn Copyright Policy. Claims regarding Copyright Infringement. Claims regarding content (other than copyright).

Back to Top ▲

### How To Contact Us

If you have questions or comments about this User Agreement, please contact us online or by physical mail at:

**For Members in the United States:**
LinkedIn Corporation
Attn: User Agreement Issues
2029 Stierlin Court
Mountain View, CA 94043
USA

**For Members outside the United States:**
LinkedIn Ireland
Attn: User Agreement Issues
Gardner House, Wilton Place,
Wilton Plaza, Dublin 2
Ireland

Back to Top ▲

LinkedIn Corporation, Mountain View, California, USA, and LinkedIn Ireland, Dublin, Ireland, March 19, 2014

Help Center    About    Press    Blog    Careers    Advertising    Talent Solutions    Tools    Mobile    Developers    Publishers    Language

Upgrade Your Account

Confidential

LinkedIn Corporation © 2014    User Agreement    Privacy Policy    Community Guidelines    Cookie Policy    Copyright Policy    Send Feedback

Confidential

LINK_HIQ_000198375

# EXHIBIT B

The Wayback Machine - https://web.archive.org/web/20140528074737/https://www.linkedin.com/legal/user-agreement

# User Agreement

Welcome, and thanks for using LinkedIn.com, SlideShare.net, Pulse and/or other LinkedIn services and apps! When you use our products and services, you're agreeing to our terms, so please take a few minutes to read over the User Agreement below.

Note: You are entering into a legally binding agreement.

## 1. Introduction

Last revised on March 26, 2014

We are a social network and online platform for professionals.

Our User Agreement has been updated; click here for a summary of the changes.

**1.1. Purpose**
The mission of LinkedIn is to connect the world's professionals to enable them to be more productive and successful. To achieve our mission, we make services available through our websites, mobile applications, and developer platforms, to help you, your connections, and millions of other professionals meet, exchange ideas, learn, make deals, find opportunities or employees, work, and make decisions in a network of trusted relationships and groups.

When you use LinkedIn's services and apps (including Slideshare and Pulse), you are entering into a legal agreement and you agree to all of these terms.

You also agree to our Privacy Policy, which covers how we collect, use, share, and store your personal information.

**1.2. Scope and Intent**
You agree that by registering on LinkedIn, SlideShare or Pulse or by using our websites, including our mobile applications, developer platforms, premium services, or any content or information provided as part of the LinkedIn services (collectively, including SlideShare and Pulse, "LinkedIn" or the "Services"), you are entering into a legally binding agreement with LinkedIn Corporation, 2029 Stierlin Court, Mountain View, California 94043, USA if you reside in the United States, and with LinkedIn Ireland, Gardner House, Wilton Plaza, Wilton Place, Dublin 2, Ireland, if you reside outside the United States ("we," "us," "our," and "LinkedIn") based on the terms of this LinkedIn User Agreement and the LinkedIn Privacy Policy, which is hereby incorporated by reference (collectively referred to as the "Agreement"), whether as a registered member on LinkedIn.com, SlideShare.net and/or other Service, as applicable ("Member"), or unregistered user ("Visitor"). If you are using LinkedIn on behalf of a company or other legal entity, you are nevertheless individually bound by this Agreement even if your company has a separate agreement with us. If you do not agree with this Agreement, do NOT click "Join Now" and do not access, view, download or otherwise use any LinkedIn webpage, content, information or services. By clicking "Join Now", "Join LinkedIn", "Sign Up" (on SlideShare.net) or similar, or by using any Service, you acknowledge that you have read and understood the terms and conditions of this Agreement and that you agree to be bound by all of its provisions. Please note that the LinkedIn User Agreement and Privacy Policy are also collectively referred to as LinkedIn's "Terms of Service."

Back to Top ▲

## 2. Your Obligations

Some promises you make to us in this Agreement:

You will follow the law and LinkedIn's rules.

**2.1. Applicable laws and this Agreement**
You must comply with all applicable laws and this Agreement, as may be amended from time to time with or without advance notice, and the policies and processes explained in the following sections and related webpages:

- DOs and DON'Ts;
- Complaints Regarding Content Posted on the LinkedIn Website;
- LinkedIn's Privacy Policy; and
- Other specific rules for particular Services, such as Groups.

You still own what you own, but you grant us a license to the content and/or information you provide us.

**2.2. License and warranty for your submissions to LinkedIn**
As between you and LinkedIn, you own the content and information you provide LinkedIn under this Agreement, and may request its deletion at any time, unless you have shared information or

LINK_HIQ_000198395

content with others and they have not deleted it, or it was copied or stored by other users. Additionally, you grant LinkedIn a nonexclusive, irrevocable, worldwide, perpetual, unlimited, assignable, sublicenseable, fully paid up and royalty-free right to us to copy, prepare derivative works of, improve, distribute, publish, remove, retain, add, process, analyze, use and commercialize, in any way now known or in the future discovered, any information you provide, directly or indirectly to LinkedIn, including, but not limited to, any user generated content, ideas, concepts, techniques and/or data to the services, you submit to LinkedIn, without any further consent, notice and/or compensation to you or to any third parties.

**We will respect the choices you make about who gets to see your information and content.**

Pursuant to this license, LinkedIn may grant other Members and/or Visitors access and share rights to your content and information in accordance with this Agreement, your settings and degree of connection with them. With respect to your SlideShare content, you may choose to make it available to Members and Visitors under the Creative Commons license of your choice.

**You promise to only provide us information and content that you have the right to give us and you promise that your LinkedIn profile will be truthful.**

Any content or information you submit to us is at your own risk of loss. By providing content or information to us, you represent and warrant that you are entitled to submit it and that it is not confidential and not in violation of any law, contractual restrictions or other third party rights (including any intellectual property rights).

It is your responsibility to keep your LinkedIn profile information accurate and updated.

**You are eligible to enter into this contract and you are at least our "Minimum Age."**

**The information you provide is truthful.**

### 2.3. Service Eligibility

To be eligible to use the Services, you must meet the following criteria and represent and warrant that you: (1) are the "Minimum Age" (defined below) or older; (2) are not currently restricted from the Services, or not otherwise prohibited from having a LinkedIn account, (3) are not a competitor of LinkedIn or are not using the Services for reasons that are in competition with LinkedIn; (4) will only maintain one LinkedIn account (and/or one SlideShare or Pulse account, if applicable) at any given time; (5) will use your real name and only provide accurate information to LinkedIn; (6) have full power and authority to enter into this Agreement and doing so will not violate any other agreement to which you are a party; (7) will not violate any rights of LinkedIn or third party, including intellectual property rights such as copyright or trademark rights; and (8) agree to provide at your cost all equipment, software, mobile access, and internet access necessary to use the Services.

"Minimum Age" means (a) 18 years old for the People's Republic of China, (b) 16 years old for the Netherlands, (c) 14 years old for the United States, Canada, Germany, Spain, Australia and South Korea, and (d) 13 years old for all other countries. However, if applicable law requires that you must be older than such ages in order for LinkedIn to lawfully provide the Services to you (including the collection, storage and use of your information in accordance with our privacy policy) then the Minimum Age would be such older age. The Services are not designed nor intended for use by children or anyone else under the age of 13.

**You will keep your password a secret.**

**You will not share an account with anyone else.**

**You will not copy or transfer any part of the Services.**

### 2.4. Your Membership

The profile you create on LinkedIn (including Slideshare) will become part of LinkedIn and except for the content and information that you license to us is owned by LinkedIn. However, between you and others, your account belongs to you. You agree to: (1) keep your password secure and confidential; (2) not permit others to use your account; (3) not use other's accounts; (4) not sell, trade, or transfer your LinkedIn account to another party; and (5) not charge anyone for access to any portion of LinkedIn, or any information therein. Further, you are responsible for anything that happens through your account until you close down your account or prove that your account security was compromised due to no fault of your own. To close your LinkedIn, Pulse or Slideshare account, respectively, please visit LinkedIn's Help Center (for LinkedIn or Pulse) or the applicable SlideShare settings.

**You will pay us for any losses that you cause.**

### 2.5. Indemnification

You agree to indemnify us and hold us harmless for all damages, losses and costs (including, but not limited to, reasonable attorneys' fees and costs) related to all third party claims, charges, and investigations, caused by (1) your failure to comply with this Agreement, including, without limitation, your submission of content that violates third party rights or applicable laws, (2) any content you submit to the Services, and (3) any activity in which you engage on or through LinkedIn.

**You will honor your payment obligations and you are okay with us storing your payment information. Also, there may be fees and taxes that are added to our prices.**

**We don't guarantee refunds.**

### 2.6. Payment

If you purchase any services that we offer for a fee, either on a one-time or subscription basis ("Premium Services"), you agree to LinkedIn storing your payment information. You also agree to pay the applicable fees for the Premium Services (including, without limitation, periodic fees for premium accounts) as they become due plus all related taxes, and to reimburse us for all collection costs and interest for any overdue amounts. Failure to pay may result in the termination of your subscription. Depending on where you transact with us, the type of payment method used and where your payment method was issued, your transaction with us may be subject to foreign exchange fees or differences in prices, including because of exchange rates. LinkedIn does not support all payment methods, currencies or locations for payment. If the payment method you use

LINK_HIQ_000198396

with us, such as a credit card, reaches its expiration date and you do not edit your payment method information or cancel your account or such Premium Service, you authorize us to continue billing that payment method and you remain responsible for any uncollected amounts. Your obligation to pay fees continues through the end of the subscription period during which you cancel your subscription. All applicable taxes are calculated based on the billing information you provide us at the time of purchase. You may cancel or suspend your Premium Services here. LinkedIn's refund policy is explained here. We do not guarantee refunds for lack of usage or dissatisfaction. You also acknowledge that LinkedIn's Premium Services are subject to this Agreement and any additional terms related to the provision of the Premium Services. Additionally, if you require a printed invoice for your transaction with us, you may access it through your LinkedIn account settings under "Purchase History" or, for SlideShare related invoices, request one by contacting our Customer Support.

| If you think you have to breach this Agreement, you will let us know beforehand. | **2.7. Notify us of acts contrary to the Agreement** <br> If you believe that you are entitled or obligated to act contrary to this Agreement under any mandatory law, you agree to provide us with detailed and substantiated explanation of your reasons in writing at least 30 days before you act contrary to this Agreement, to allow us to assess whether we may, at our sole discretion, provide an alternative remedy for the situation, though we are under no obligation to do so. |
|---|---|
| You are okay with us providing you with important notices on our websites, mobile apps, or email. <br><br> The contact information you provide must be accurate or you may not receive important notices. | **2.8. Notifications and Service Messages** <br> For purposes of service messages and notices about the Services, LinkedIn may place a banner notice across its pages to alert you to certain changes such as modifications to this Agreement. Alternatively, notice may consist of an email from LinkedIn to an email address associated with your account, even if we have other contact information. You also agree that LinkedIn may communicate with you through your LinkedIn account or through other means including email, mobile number, telephone, or delivery services including the postal service about your LinkedIn account or services associated with LinkedIn. Please review your LinkedIn.com and SlideShare.net settings to control and limit what kind of messages you receive from us. You acknowledge and agree that we shall have no liability associated with or arising from your failure to do so maintain accurate contact or other information, including, but not limited to, your failure to receive critical information about the Services. |
| This Agreement applies to mobile applications as well. Also, you agree certain additional information can be shared with us. | **2.9. LinkedIn Applications** <br> LinkedIn may offer the Services through applications built using LinkedIn's platform ("LinkedIn Applications"). Examples of LinkedIn Applications include its smart phone applications (e.g. LinkedIn and Pulse for Android and iOS), and LinkedIn's "Share" buttons and other interactive plugins distributed on websites across the web. LinkedIn Applications are distinct from third party Platform Applications addressed in Section 4.2. If you use a LinkedIn Application or interact with a website that has deployed a plugin, you agree that information about you and your use of the Services, including, but not limited to, your device, your mobile carrier, your internet access provider, your physical location, or web pages containing LinkedIn plugins that load in your browser may be communicated to us. Further, by importing any of your LinkedIn data through the LinkedIn Application, you represent that you have authority to share the transferred data with your mobile carrier or other access provider. In the event you change or deactivate your mobile account, you must promptly update your LinkedIn account information to ensure that your messages are not sent to the person that acquires your old number and failure to do so is your responsibility. You acknowledge you are responsible for all charges and necessary permissions related to accessing LinkedIn through your mobile access provider. Therefore, you should check with your provider to find out if the Services are available and the terms for these services for your specific mobile devices. Finally, by using any downloadable application to enable your use of the Services, you are explicitly confirming your acceptance of the terms of the End User License Agreement associated with the application provided at download or installation, or as may be updated from time to time. |
| When you share information, others can see, copy and use that information. | **2.10. User-to-User Communication and Sharing (LinkedIn Groups, Updates, Company Pages, etc.)** <br> LinkedIn offers various forums such as LinkedIn Groups and Network Updates, where you can post your observations and comments on designated topics. LinkedIn also enables sharing of information by allowing users to post updates, including links to news articles and other information such as job opportunities, product recommendations, and other content to their profile and other Services, such as SlideShare, LinkedIn Groups and LinkedIn Company Pages. LinkedIn members can create LinkedIn Groups and Company Pages for free, however, LinkedIn, in its sole discretion, may close or transfer LinkedIn Groups or Company Pages, or remove content from them or from anywhere on the Services if the content violates this Agreement or others' intellectual property rights. Please note that ideas you post and information you share may be seen and used by other Members or, if public, by Visitors (note also that all content you post on SlideShare is publicly visible unless you restrict it to a private audience as a premium subscriber), and LinkedIn cannot guarantee that other Members will or will not use the ideas and information that you share on LinkedIn, nor the manner of use. Therefore, if you have an idea or information that you would like to keep confidential or don't want others to use, or that is subject to |

Confidential

LINK_HIQ_000198397

third party rights that may be infringed by your sharing it, do not post it to any LinkedIn Group, into your Network Updates, or elsewhere on LinkedIn. LINKEDIN IS NOT RESPONSIBLE FOR ANOTHER'S MISUSE OR MISAPPROPRIATION OF ANY CONTENT OR INFORMATION YOU POST ON LINKEDIN.

| | |
|---|---|
| You are okay with us collecting, using, storing, and disclosing information about you in keeping with our Privacy Policy. | **2.11. Privacy**<br>You should carefully read our full Privacy Policy before using LinkedIn as it is hereby incorporated into this Agreement by reference, and governs our treatment of any information, including personally identifiable information you submit to us. Please note that certain information, statements, data, and content (such as photographs) which you may submit to LinkedIn, or groups you choose to join might, or are likely to, reveal your gender, ethnic origin, nationality, age, and/or other personal information about you. You acknowledge that your submission of any information, statements, data, and content to us is voluntary on your part and that LinkedIn may process such information, within the terms of the Privacy Policy. |
| You won't break export laws. | **2.12. Export Control**<br>Your use of LinkedIn services, including our software, is subject to export and re-export control laws and regulations, including the Export Administration Regulations ("EAR") maintained by the United States Department of Commerce and sanctions programs maintained by the Treasury Department's Office of Foreign Assets Control. You shall not — directly or indirectly — sell, export, re-export, transfer, divert, or otherwise dispose of any software or service to any end-user without obtaining the required authorizations from the appropriate government authorities. You also warrant that you are not prohibited from receiving US origin products, including services or software. |
| If you provide feedback to us, make sure you don't include confidential or infringing materials. You grant us rights to your feedback. | **2.13. Contributions to LinkedIn**<br>By submitting suggestions or other feedback regarding our Services ("Contributions") in any way to LinkedIn, you acknowledge and agree that: (a) your Contributions do not contain confidential or proprietary information; (b) LinkedIn is not under any obligation of confidentiality, express or implied, with respect to the Contributions; (c) LinkedIn shall be entitled to use or disclose (or choose not to use or disclose) such Contributions for any purpose, in any way, in any media worldwide; (d) LinkedIn may have something similar to the Contributions already under consideration or in development; (e) you irrevocably non-exclusively license to LinkedIn rights to exploit your Contributions; and (f) you are not entitled to any compensation or reimbursement of any kind from LinkedIn under any circumstances. |

Back to Top ▲

# 3. Your Rights

| | |
|---|---|
| If you follow this agreement, we grant you a limited right to use LinkedIn.<br><br>You will only access and use LinkedIn in the way this agreement allows you. | On the condition that you comply with all your obligations under this Agreement, including, but not limited to, the Do's and Don'ts listed in Section 10, we grant you a limited, revocable, nonexclusive, nonassignable, nonsublicenseable license and right to access the Services, through a generally available web browser, mobile device or LinkedIn authorized application (but not through scraping, spidering, crawling or other technology or software used to access data without the express written consent of LinkedIn or its Members), to view content and information and otherwise use the Services, to the extent intended and permitted by the functionality thereof, the Members' settings and your degree of connection with them, in accordance with this Agreement. Any other use of LinkedIn contrary to our mission and purpose (such as seeking to connect to someone you do not know or trust, or to use information gathered from LinkedIn commercially unless expressly authorized by LinkedIn) is strictly prohibited and a violation of this Agreement. We reserve all rights not expressly granted in this Agreement, including, without limitation, title, ownership, intellectual property rights, and all other rights and interest in LinkedIn and all related items, including any and all copies made of the LinkedIn websites. |

Back to Top ▲

# 4. Our Rights & Obligations

| | |
|---|---|
| We may change or discontinue Services, and in such case, we do not promise to keep showing or storing your information and content. | **4.1. Services Availability**<br>For as long as LinkedIn continues to offer the Services, LinkedIn shall provide and seek to update, improve and expand the Services. As a result, we allow you to access LinkedIn as it may exist and be available on any given day and we have no other obligations, except as expressly stated in this Agreement. We may modify, replace, refuse access to, suspend or discontinue LinkedIn, partially or entirely, or change and modify prices prospectively for all or part of the Services for you or for all our Members in our sole discretion. All of these changes shall be |

LINK_HIQ_000198398

effective upon their posting on LinkedIn or by direct communication to you unless otherwise noted.

**We may not keep showing the content or information you provide to us.**

LinkedIn further reserves the right to withhold, remove or discard any content available as part of your account, with or without notice if deemed by LinkedIn to be contrary to this Agreement. For avoidance of doubt, LinkedIn has no obligation to store, maintain or provide you a copy of any content that you or other Members provide when using the Services. LinkedIn may be required by local laws to remove certain information or content and so that information or content may not be available on our Service in those countries.

**Your access of other Members' and third parties' content and information posted on the Services is at your own risk.**

**4.2. Third Party Content, Sites and Developers**
By using the Services, you may be exposed to other Members' or third party content or information that might be inaccurate, incomplete, delayed, misleading, illegal, offensive or otherwise harmful. Except for certain limited circumstances, such as where legally required, we generally do not review or filter such content. You agree and acknowledge that we are not responsible for other Members' or third party content or information or for any damage of any kind incurred as result of your reliance thereon.

**Third parties may offer their own products and services through LinkedIn, and we are not responsible for these third-party activities.**

LinkedIn may include links to third party web sites ("Third Party Sites") on our Services. LinkedIn also enables third party developers ("Platform Developers") to create applications ("Platform Applications") that provide features and functionality using data and developer tools made available by LinkedIn through its developer platform. You are responsible for evaluating whether you want to access or use a Third Party Site or Platform Application. You should review any applicable terms or privacy policy of a Third Party Site or Platform Application before using it or sharing any information with it, because you may give the third-party permission to use your information in ways we would not. LinkedIn is not responsible for and does not endorse any features, content, advertising, products or other materials on or available from Third Party Sites or Platform Applications. LinkedIn also does not screen, audit, or endorse Platform Applications. Accordingly, if you decide to use Third Party Sites or use Platform Applications, you do so at your own risk and agree that your use of any Platform Application is on an "as-is" basis without any warranty as to the Platform Developer's actions, and that this Agreement does not apply to your use of any Third Party Site or Developer Application. Please note: If you allow a Platform Application or Third Party Site to authenticate you or connect with your LinkedIn account, that application or website can access information on LinkedIn related to you and your connections. For additional information regarding Platform Developers and Platform Applications, please refer to LinkedIn's Privacy Policy.

**You agree that we can use, store, and share information about you as permitted in our Privacy Policy.**

**4.3. Disclosure of User Information**
You acknowledge, consent and agree that we may access, preserve, and disclose your registration and any other information you provide in accordance with the terms of the Privacy Policy if required to do so by law or in a good faith belief that such access preservation or disclosure is reasonably necessary in our opinion to: (1) comply with legal process, including, but not limited to, civil and criminal subpoenas, court orders or other compulsory disclosures; (2) enforce this Agreement; (3) respond to claims of a violation of the rights of third parties, whether or not the third party is a Member, individual, or government agency; (4) respond to customer service inquiries; or (5) protect the rights, property, or personal safety of LinkedIn, our Members or the public. Disclosures of Member information to third parties other than those required to provide customer support, administer this agreement, or comply with legal requirements are addressed in the Privacy Policy.

**We have the right to limit the connections and interactions on the Services.**

**4.4. Connections and Interactions with other Members**
You are solely responsible for your interactions with other Members. LinkedIn may limit the number of connections you may have to other Members and may, in certain circumstances, prohibit you from contacting other Users through use of the Services or otherwise limit your use of the Services. LinkedIn reserves the right, but has no obligation, to monitor disputes between you and other members and to restrict, suspend, or close your account if LinkedIn determines, in our sole discretion, that doing so is necessary to enforce this Agreement.

**We are providing you notice about our intellectual property rights.**

**4.5. Intellectual Property Notices**
The Services include the copyrights and intellectual property rights of LinkedIn and except for the limited license granted to you in Section 3, LinkedIn reserves all of its intellectual property rights in the Services. LinkedIn, SlideShare, LinkedIn (stylized), the SlideShare and "in" logos and other LinkedIn trademarks, service marks, graphics, and logos used in connection with LinkedIn are trademarks or registered trademarks of LinkedIn or LinkedIn Affiliates in the U.S. and/or other countries. Other trademarks and logos used in connection with LinkedIn may be the trademarks of their respective owners. This Agreement does not grant you any right or license with respect to any such trademarks and logos.

Back to Top ▲

Confidential

## 5. Disclaimer

We disclaim any legal liability for the quality, safety, or reliability of LinkedIn.

SOME COUNTRIES AND JURISDICTIONS DO NOT ALLOW THE DISCLAIMER OF IMPLIED TERMS IN CONTRACTS WITH CONSUMERS AND AS A RESULT THE CONTENTS OF THIS SECTION MAY NOT APPLY TO YOU. DO NOT RELY ON LINKEDIN OR ITS SUPPLIERS, ANY INFORMATION THEREIN, OR ITS CONTINUATION. WE PROVIDE THE PLATFORM FOR LINKEDIN AND ALL INFORMATION AND SERVICES ON AN "AS IS" AND "AS AVAILABLE" BASIS. LINKEDIN DOES NOT CONTROL OR VET USER GENERATED CONTENT FOR ACCURACY. WE DO NOT PROVIDE ANY EXPRESS WARRANTIES OR REPRESENTATIONS. TO THE FULLEST EXTENT PERMISSIBLE UNDER APPLICABLE LAW, LINKEDIN AND ITS SUPPLIERS DISCLAIM ANY AND ALL IMPLIED WARRANTIES AND REPRESENTATIONS, INCLUDING, WITHOUT LIMITATION, ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, ACCURACY OF DATA, AND NONINFRINGEMENT. IF YOU ARE DISSATISFIED OR HARMED BY LINKEDIN OR ANYTHING RELATED TO LINKEDIN, YOU MAY CLOSE YOUR LINKEDIN ACCOUNT AND TERMINATE THIS AGREEMENT IN ACCORDANCE WITH SECTION 7 ("TERMINATION") AND SUCH TERMINATION SHALL BE YOUR SOLE AND EXCLUSIVE REMEDY. LINKEDIN IS NOT RESPONSIBLE, AND MAKES NO REPRESENTATIONS OR WARRANTIES FOR THE DELIVERY OF ANY MESSAGES (SUCH AS INMAILS, POSTING OF ANSWERS OR TRANSMISSION OF ANY OTHER USER GENERATED CONTENT) SENT THROUGH LINKEDIN TO ANYONE. IN ADDITION, WE NEITHER WARRANT NOR REPRESENT THAT YOUR USE OF THE SERVICES WILL NOT INFRINGE THE RIGHTS OF THIRD PARTIES. ANY MATERIAL, SERVICE, OR TECHNOLOGY DESCRIBED OR USED ON OUR WEBSITES MAY BE SUBJECT TO INTELLECTUAL PROPERTY RIGHTS OWNED BY THIRD PARTIES WHO HAVE LICENSED SUCH MATERIAL, SERVICE, OR TECHNOLOGY TO US. LINKEDIN DOES NOT HAVE ANY OBLIGATION TO VERIFY THE IDENTITY OF THE PERSONS SUBSCRIBING TO ITS SERVICES, NOR DOES IT HAVE ANY OBLIGATION TO MONITOR THE USE OF ITS SERVICES BY OTHER USERS OF THE COMMUNITY; THEREFORE, LINKEDIN DISCLAIMS ALL LIABILITY FOR IDENTITY THEFT OR ANY OTHER MISUSE OF YOUR IDENTITY OR INFORMATION BY OTHERS. LINKEDIN DOES NOT GUARANTEE THAT THE SERVICES IT PROVIDES WILL FUNCTION WITHOUT INTERRUPTION OR ERRORS IN FUNCTIONING. IN PARTICULAR, THE OPERATION OF THE SERVICES MAY BE INTERRUPTED DUE TO MAINTENANCE, UPDATES, OR SYSTEM OR NETWORK FAILURES. LINKEDIN DISCLAIMS ALL LIABILITY FOR DAMAGES CAUSED BY ANY SUCH INTERRUPTION OR ERRORS IN FUNCTIONING. FURTHERMORE, LINKEDIN DISCLAIMS ALL LIABILITY FOR ANY MALFUNCTIONING, IMPOSSIBILITY OF ACCESS, OR POOR USE CONDITIONS OF THE LINKEDIN SITES DUE TO INAPPROPRIATE EQUIPMENT, DISTURBANCES RELATED TO INTERNET SERVICE PROVIDERS, TO THE SATURATION OF THE INTERNET NETWORK, AND FOR ANY OTHER REASON.

Back to Top ▲

## 6. Limitation of Liability

We are trying to limit any legal liability we may have to you.

LIMITATION OF LIABILITY. SOME COUNTRIES DO NOT ALLOW THE LIMITATION OR EXCLUSION OF LIABILITY IN CONTRACTS WITH CONSUMERS AND AS A RESULT THE CONTENTS OF THIS SECTION MAY NOT APPLY TO YOU. Neither LinkedIn nor any of our subsidiaries, affiliated companies, suppliers, employees, shareholders, or directors ("LinkedIn Affiliates") shall be cumulatively liable for (a) any damages in excess of five times the most recent monthly fee that you paid for a Premium Service, if any, or US $100, whichever amount is greater, or (b) any special, incidental, indirect, punitive or consequential damages or loss of use, profit, revenue or data to you or any third person arising from your use of the Services, any Platform Applications or any of the content or other materials on, accessed through or downloaded from LinkedIn. This limitation of liability is part of the basis of the bargain between the parties and without it the terms and prices charged would be different. This limitation of liability shall:

- Apply regardless of whether (1) you base your claim on contract, tort, statute or any other legal theory, (2) we knew or should have known about the possibility of such damages, or (3) the limited remedies provided in this section fail of their essential purpose; and

- Not apply to any damage that LinkedIn may cause you intentionally or knowingly in violation of this Agreement or applicable law, or as otherwise mandated by applicable law that cannot be disclaimed in this Agreement.

- Not apply if you have entered into a separate agreement to purchase Premium Services with a separate Limitation of Liability provision that supersedes this section in relation to those Premium Services.

Back to Top ▲

## 7. Termination

LINK_HIQ_000198400

We can each end this Agreement anytime we want.

**7.1. Mutual rights of termination**

You may terminate this Agreement, for any or no reason, at any time, with notice to LinkedIn pursuant to Section 9.3. This notice will be effective upon LinkedIn processing your notice. LinkedIn may terminate this Agreement and your account for any reason or no reason, at any time, with or without notice. This cancellation shall be effective immediately or as may be specified in the notice. For avoidance of doubt, only LinkedIn or the party paying for the services may terminate your access to any Premium Services. Termination of your LinkedIn account includes disabling your access to LinkedIn and may also bar you from any future use of LinkedIn.

**7.2. Misuse of the Services**

LinkedIn may restrict, suspend or terminate the account of any Member who abuses or misuses the Services. Misuse of the Services includes inviting other Members with whom you do not know to connect; abusing the LinkedIn messaging services; creating multiple or false profiles; using the Services commercially without LinkedIn's authorization, infringing any intellectual property rights, violating any of the Do's and Don'ts listed in Section 10, or any other behavior that LinkedIn, in its sole discretion, deems contrary to its purpose. In addition, and without limiting the foregoing, LinkedIn has adopted a policy of terminating accounts of Members who, in LinkedIn's sole discretion, are deemed to be repeat infringers under the United States Copyright Act.

**7.3. Effect of Termination**

Upon termination of your LinkedIn account, you lose access to the Services. The terms of this Agreement shall survive any termination, except Section 3 ("Your Rights") and Sections 4.1., 4.2., and 4.3. ("Our Rights and Obligations").

Back to Top ▲

# 8. Dispute Resolution

In the unlikely event we end up in a legal dispute, it will take place in California courts, applying California law.

**8.1. Law and Forum for Legal Disputes**

This Agreement or any claim, cause of action or dispute ("claim") arising out of or related to this Agreement shall be governed by the laws of the state of California regardless of your country of origin or where you access LinkedIn, and notwithstanding of any conflicts of law principles and the United Nations Convention for the International Sale of Goods. You and LinkedIn agree that all claims arising out of or related to this Agreement must be resolved exclusively by a state or federal court located in Santa Clara County, California, except as otherwise agreed by the parties or as described in the Arbitration Option paragraph below. You and LinkedIn agree to submit to the personal jurisdiction of the courts located within Santa Clara County, California for the purpose of litigating all such claims. Notwithstanding the above, you agree that LinkedIn shall still be allowed to apply for injunctive remedies (or an equivalent type of urgent legal relief) in any jurisdiction.

Each of us will have the right to choose arbitration.

**8.2. Arbitration Option**

For any claim (excluding claims for injunctive or other equitable relief) where the total amount of the award sought is less than $10,000, the party requesting relief may elect to resolve the dispute in a cost effective manner through binding non-appearance-based arbitration. In the event a party elects arbitration, they shall initiate such arbitration through an established alternative dispute resolution ("ADR") provider mutually agreed upon by the parties. The ADR provider and the parties must comply with the following rules: (a) the arbitration shall be conducted by telephone, online and/or be solely based on written submissions, the specific manner shall be chosen by the party initiating the arbitration; (b) the arbitration shall not involve any personal appearance by the parties or witnesses unless otherwise mutually agreed by the parties; and (c) any judgment on the award rendered by the arbitrator shall be final and may be entered in any court of competent jurisdiction.

Back to Top ▲

# 9. General Terms

Here are some important details about how to read the Agreement.

**9.1. Severability**

If any provision of this Agreement is found by a court of competent jurisdiction or arbitrator to be illegal, void, or unenforceable, the unenforceable provision will be modified so as to render it enforceable and effective to the maximum extent possible in order to effect the intention of the provision; if a court or arbitrator finds the modified provision invalid, illegal, void or unenforceable, the validity, legality and enforceability of the remaining provisions of this Agreement will not be affected in any way.

LINK_HIQ_000198401

**9.2. Language**

Where LinkedIn has provided you with a translation of the English language version of this Agreement, the Privacy Policy, or any other documentation, you agree that the translation is provided for your convenience only and that the English language versions of this Agreement, the Privacy Policy, and any other documentation, including additional terms of service for Premium Services, will govern your relationship with LinkedIn.

**9.3. Notices and Service of Process**

In addition to Section 2.8. ("Notices and Service Messages"), we may notify you via postings on www.linkedin.com, www.slideshare.net or another LinkedIn site or app. You may contact us here. Or via mail or courier at: LinkedIn Corporation ATTN: Legal Department 2029 Stierlin Court Mountain View, CA 94043 USA Additionally, LinkedIn accepts service of process at this address. Any notices that you provide without compliance with this section shall have no legal effect.

**9.4. Entire Agreement**

You agree that this Agreement constitutes the entire, complete and exclusive agreement between you and LinkedIn regarding the Services and supersedes all prior agreements and understandings, whether written or oral, or whether established by custom, practice, policy or precedent, with respect to the subject matter of this Agreement. You also may be subject to additional terms and conditions that may apply when you use or purchase certain other LinkedIn services, third-party content or third party software.

**9.5. Amendments to This Agreement**

We reserve the right to modify, supplement, or replace the terms of this Agreement, effective prospectively upon posting at www.linkedin.com or notifying you otherwise. For example, we may present a banner on the Services when we have amended this Agreement or the Privacy Policy so that you may access and review the changes prior to your continued use of the Services. If you do not want to agree to changes to this Agreement, you can terminate this Agreement at any time per Section 7 (Termination).

**9.6. No informal waivers, agreements or representations**

Our failure to act with respect to a breach of this Agreement by you or others does not waive our right to act with respect to that breach or subsequent similar or other breaches. Except as expressly and specifically contemplated by the Agreement, no representations, statements, consents, waivers or other acts or omissions by any LinkedIn Affiliate shall be deemed legally binding on any LinkedIn Affiliate, unless documented in a physical writing hand signed by a duly appointed officer of LinkedIn.

You waive your rights to try to stop LinkedIn, but we don't waive our rights to ask a court to stop your actions.

**9.7. No Injunctive Relief**

In no event shall you seek or be entitled to rescission, injunctive or other equitable relief, or to enjoin or restrain the operation of the Services, exploitation of any advertising or other materials issued in connection therewith, or exploitation of the Services or any content or other material used or displayed through the Services.

**9.8. Beneficiaries**

Entities other than LinkedIn Corporation and LinkedIn Ireland, that LinkedIn Corporation owns a 50% or greater interest in ("Affiliate") are not parties, but intended third party beneficiaries of this Agreement, with a right to enforce this Agreement directly against you.

You can't assign your rights under this Agreement, but we can.

**9.9. Assignment and Delegation**

You may not assign or delegate any rights or obligations under the Agreement. Any purported assignment and delegation shall be ineffective. We may freely assign or delegate all rights and obligations under the Agreement, fully or partially without notice to you. We may also substitute, by way of unilateral novation, effective upon notice to you, LinkedIn Corporation for any third party that assumes our rights and obligations under this Agreement.

**9.10. Potential Other Rights and Obligations**

You may have rights or obligations under local law other than those enumerated here if you are located outside the United States.

Back to Top ▲

# 10. LinkedIn "DOs" and "DON'Ts."

As a condition to access LinkedIn, you agree to this User Agreement and to strictly observe the following DOs and DON'Ts:

Here's a list of some of the specific things we ask you to do and not do on LinkedIn. If you want a high-level summary of these, please check out our Professional Community Guidelines.

### 10.1. Do undertake the following:

1. Comply with all applicable laws, including, without limitation, privacy laws, intellectual property laws, export control laws, tax laws, and regulatory requirements;

2. Provide accurate information to us and update it as necessary;

3. Review and comply with our Privacy Policy;

4. Review and comply with notices sent by LinkedIn concerning the Services;

5. Use the Services in a professional manner; and

6. Use your real name on your profile.

### 10.2. Don't undertake the following:

1. Act dishonestly or unprofessionally by engaging in unprofessional behavior by posting inappropriate, inaccurate, or objectionable content to LinkedIn;

2. Publish inaccurate information in the designated fields on the profile form (e.g., do not include a link or an email address in the name field). Please also protect sensitive personal information such as your email address, phone number, street address, or other information that is confidential in nature;

3. Create a Member profile for anyone other than a natural person;

4. Harass, abuse or harm another person, including sending unwelcomed communications to others using LinkedIn;

5. Invite people you do not know to join your network;

6. Upload a profile image that is not your likeness or a head-shot photo;

7. Use or attempt to use another's account or create a false identity on LinkedIn;

8. Upload, post, email, InMail, transmit or otherwise make available or initiate any content that:

   a. Falsely states, impersonates or otherwise misrepresents your identity, including but not limited to the use of a pseudonym, or misrepresenting your current or previous positions and qualifications, or misrepresents your affiliations with a person or entity, past or present;

   b. Is unlawful, libelous, abusive, obscene, discriminatory or otherwise objectionable;

   c. Adds to a content field content that is not intended for such field (e.g. submitting a telephone number in the "title" or any other field, or including telephone numbers, email addresses, street addresses or any personally identifiable information for which there is not a field provided by LinkedIn);

   d. Includes information that you do not have the right to disclose or make available under any law or under contractual or fiduciary relationships (such as insider information, or proprietary and confidential information learned or disclosed as part of employment relationships or under nondisclosure agreements);

   e. Infringes upon patents, trademarks, trade secrets, copyrights or other proprietary rights;

   f. Includes any unsolicited or unauthorized advertising, promotional materials, "junk mail," "spam," "chain letters," "pyramid schemes," or any other form of solicitation. This prohibition includes but is not limited to (a) using LinkedIn invitations to send messages to people who don't know you or who are unlikely to recognize you as a known contact; (b) using LinkedIn to connect to people who don't know you and then sending unsolicited promotional messages to those direct connections without their permission; and (c) sending messages to distribution lists, newsgroup aliases, or group aliases;

   g. Contains software viruses, worms, or any other computer code, files or programs that interrupt, destroy or limit the functionality of any computer software or hardware or telecommunications equipment of LinkedIn or any user of LinkedIn;

   h. Forges headers or otherwise manipulate identifiers in order to disguise the origin of any communication transmitted through the Services; or

LINK_HIQ_000198403

      i. Even if it is legal where you are located, create profiles or provide content that promotes escort services or prostitution.

9. Participate, directly or indirectly, in the setting up or development of a network that seeks to implement practices that are similar to sales by network or the recruitment of independent home salespeople for the purposes of creating a pyramid scheme or other similar practices;

10. Duplicate, license, sublicense, publish, broadcast, transmit, distribute, perform, display, sell, rebrand, or otherwise transfer information found on LinkedIn (excluding content posted by you) except as permitted in this Agreement, LinkedIn's developer terms and policies, or as expressly authorized by LinkedIn;

11. Reverse engineer, decompile, disassemble, decipher or otherwise attempt to derive the source code for any underlying intellectual property used to provide the Services, or any part thereof;

12. Utilize or copy information, content or any data you view on or obtain from LinkedIn to provide any service that is competitive, in LinkedIn's sole discretion, with LinkedIn;

13. Imply or state, directly or indirectly, that you are affiliated with or endorsed by LinkedIn unless you have entered into a written agreement with LinkedIn (this includes, but is not limited to, representing yourself as an accredited LinkedIn trainer if you have not been certified by LinkedIn as such);

14. Adapt, modify or create derivative works based on LinkedIn or technology underlying the Services, or other Members' content, in whole or part, except as permitted under LinkedIn's developer program;

15. Rent, lease, loan, trade, sell/re-sell access to LinkedIn or any information therein, or the equivalent, in whole or part;

16. Sell, sponsor, or otherwise monetize a LinkedIn Group or any other service or functionality of LinkedIn, without the express written permission of LinkedIn;

17. Deep-link to our sites for any purpose, (i.e. creating or posting a link to a LinkedIn web page other than LinkedIn's home page) unless expressly authorized in writing by LinkedIn or for the purpose of promoting your profile or a Group on LinkedIn as set forth in the Brand Guidelines;

18. Remove any copyright, trademark or other proprietary rights notices contained in or on LinkedIn, including those of both LinkedIn and any of its licensors;

19. Remove, cover or otherwise obscure any form of advertisement included on LinkedIn;

20. Collect, use, copy, or transfer any information, including, but not limited to, personally identifiable information obtained from LinkedIn except as expressly permitted in this Agreement or as the owner of such information may expressly permit;

21. Share information of non- Members without their express consent;

22. Infringe or use LinkedIn's brand, logos or trademarks, including, without limitation, using the word "LinkedIn" in any business name, email, or URL or including LinkedIn's trademarks and logos except as provided in the Brand Guidelines or as expressly permitted by LinkedIn;

23. Use manual or automated software, devices, scripts robots, other means or processes to access, "scrape," "crawl" or "spider" any web pages or other services contained in the site;

24. Use bots or other automated methods to access LinkedIn, add or download contacts, send or redirect messages, or perform any other similar activities through LinkedIn, unless explicitly permitted by LinkedIn;

25. Access, via automated or manual means or processes, LinkedIn for purposes of monitoring LinkedIn's availability, performance or functionality for any competitive purpose;

26. Engage in "framing," "mirroring," or otherwise simulating the appearance or function of LinkedIn's website;

27. Attempt to or actually access LinkedIn by any means other than through the interfaces provided by LinkedIn such as its mobile application or by navigating to http://www.linkedin.com using a web browser. This prohibition includes accessing or attempting to access LinkedIn using any third-party service, including software-as-a-service platforms that aggregate access to multiple services, including LinkedIn;

28. Attempt to or actually override any security component included in or underlying LinkedIn;

29. Engage in any action that directly or indirectly interferes with the proper working of or places an unreasonable load on LinkedIn's infrastructure, including, but not limited to, sending unsolicited communications to other Members or LinkedIn personnel, attempting to gain unauthorized access to LinkedIn, or transmitting or activating computer viruses through or on LinkedIn; and/or

30. Interfere or disrupt or game LinkedIn or the Services, including, but not limited to, any servers or networks connected to LinkedIn, or LinkedIn's search algorithms.

LINK_HIQ_000198404

31. Violate SlideShare's Community Guidelines or, if you're a commercial user of SlideShare, the SlideShare Commercial Terms of Service

Back to Top ▲

# 11. Complaints Regarding Content Posted on the LinkedIn Website

If you think someone has stolen or misused your intellectual property on LinkedIn, please check out our Copyright Policy.

We built LinkedIn to help you be a more successful professional, and to help professionals succeed. To achieving this purpose, we encourage our Members to share accurate information. We also respect the intellectual property rights of others. Accordingly, this Agreement requires that information posted by Members be accurate and not in violation of the intellectual property rights or other rights of third parties. To promote these objectives, LinkedIn provides a process for submission of complaints concerning content posted by our Members. Our policy and procedures can be found here: LinkedIn Copyright Policy. Claims regarding Copyright Infringement. Claims regarding content (other than copyright).

Back to Top ▲

**How To Contact Us**

If you have questions or comments about this User Agreement, please contact us online or by physical mail at:

For Members in the United States:

LinkedIn Corporation
Attn: User Agreement Issues
2029 Stierlin Court
Mountain View, CA 94043
USA

For Members outside the United States:

LinkedIn Ireland
Attn: User Agreement Issues
Gardner House, Wilton Place,
Wilton Plaza, Dublin 2
Ireland

Back to Top ▲

LinkedIn Corporation, Mountain View, California, USA, and LinkedIn Ireland, Dublin, Ireland, March 26, 2014

Help Center | About | Press | Blog | Careers | Advertising | Talent Solutions | Small Business | Mobile | Developers | Publishers | Language | SlideShare
LinkedIn Updates | LinkedIn Influencers | LinkedIn Jobs | Jobs Directory | Pulse Directory | Company Directory | Groups Directory | Universities Directory
Title Directory

© 2014 | User Agreement | Privacy Policy | Community Guidelines | Cookie Policy | Copyright Policy

# EXHIBIT C

  

Exhibit 22
Kaplan, D.
05/05/22
*aptus*

SlideShare, a content sharing platform, and LinkedIn Pulse, a news reading application, are part of the LinkedIn family.

# User Agreement

Welcome, and thanks for using LinkedIn.com, SlideShare.net, Pulse and/or other LinkedIn services and apps! When you use our products and services, you're agreeing to our terms, so please take a few minutes to read over the User Agreement below.

Note: You are entering into a legally binding agreement.

## 1. Introduction

Last revised on October 23, 2014

We are a social network and online platform for professionals.

### 1.1. Purpose

Our mission is to connect the world's professionals to allow them to be more productive and successful. Our services are designed to promote economic opportunity for our members by enabling you and millions of other professionals to meet, exchange ideas, learn, and find opportunities or employees, work, and make decisions in a network of trusted relationships.

When you use our Services (including Slideshare and Pulse), you are entering into a legal agreement and you agree to all of these terms.

You also agree to our Privacy Policy, which covers how we collect, use, share, and store your personal information.

### 1.2. Agreement

You agree that by clicking "Join Now" "Join LinkedIn", "Sign Up" or similar, registering, accessing or using our services (including LinkedIn, SlideShare, Pulse, our related mobile apps, developer platforms, premium services, or any content or information provided as part of these services, collectively, "Services"), you are entering into a legally binding agreement (even if you are using our Services on behalf of a company). If you reside in the United States, your agreement is with LinkedIn Corporation and if you reside outside of the United States, your agreement is with LinkedIn Ireland (each, "LinkedIn" or "we").

This "Agreement" includes this User Agreement and the Privacy Policy, and other terms that will be displayed to you at the time you first use certain features (such as starting a "Group," downloading one of our software applications or purchasing advertisements or InMails™), as may be amended by LinkedIn from time to time. If you do not agree to this Agreement, do NOT click "Join Now" (or similar) and do not access or otherwise use any of our Services.

Registered users of our Services are "Members" and unregistered users are "Visitors". This Agreement applies to both.

Back to Top ▲

## 2. Obligations

Here are some promises you make to us in this Agreement:

You're eligible to enter into this Agreement and you are at least our "Minimum Age."

### 2.1. Service Eligibility

To use the Services, you agree that: (1) you must be the "Minimum Age" (defined below) or older; (2) you will only have one LinkedIn account (and/or one SlideShare or Pulse account, if applicable), which must be in your real name; and (3) you are not already restricted by LinkedIn from using the Services.

"Minimum Age" means (a) 18 years old for the People's Republic of China, (b) 16 years old for the Netherlands, (c) 14 years old for the United States, Canada, Germany, Spain, Australia and South Korea, and (d) 13 years old for all other countries. However, if law requires that you must be older in order for LinkedIn to lawfully provide the Services to you (including the collection, storage and

LINK_HIQ_000095502

use of your information) then the Minimum Age is such older age. The Services are not for use by anyone under the age of 13.

You'll keep your password a secret.

You will not share an account with anyone else and will follow our rules and the law.

## 2.2. Your Membership

As between you and others, your account belongs to you. You agree to: (1) try to choose a strong and secure password; (2) keep your password secure and confidential; (3) not transfer any part of your account (e.g., connections, groups) and (4) follow the law and the Dos and Don'ts below. You are responsible for anything that happens through your account unless you close it or report misuse.

Note that for Premium Services purchased by another party for you to use (e.g. Recruiter seat bought by your employer), the party paying for the Premium Service controls such an account (which is different from your personal account) and may terminate your access to it.

You'll honor your payment obligations and you are okay with us storing your payment information. Also, there may be fees and taxes that are added to our prices.

We don't guarantee refunds.

## 2.3 Payment

If you purchase any of our paid Services ("Premium Services"), you agree to pay us the applicable fees and taxes. Failure to pay these fees may result in the termination of your subscription. Also:

- Your purchase may be subject to foreign exchange fees or differences in prices based on location (e.g. exchange rates).
- You authorize us to store and continue billing your payment method (e.g. credit card) even after it has expired, to avoid interruptions in your service (e.g. subscriptions) and to facilitate easy payment for new services.
- You must pay us for applicable fees and taxes unless you cancel the Premium Service, in which case you agree to still pay these fees through the end of the applicable subscription period. Learn how to cancel or change your Premium Services and read about LinkedIn's refund policy.
- Taxes are calculated based on the billing information that you provide us at the time of purchase.

For LinkedIn, you can get a copy of your invoice through your account settings under "Purchase History" for SlideShare you can request your invoice through Customer Support.

You're okay with us using our websites, mobile apps, and email to provide you with important notices. This Agreement applies to mobile applications as well. Also, you agree certain additional information can be shared with us.

If the contact information you provide isn't up to date, you may miss out on these notices.

## 2.4. Notices and Service Messages

You agree that we may provide notices to you in the following ways: (1) a banner notice on the Service, or (2) an email sent to an address you provided, or (3) through other means including mobile number, telephone, or mail. You agree to keep your contact information up to date.

Please review your LinkedIn.com and Slideshare.net settings to control and limit what kind of messages you receive from us.

When you share information, others can see, copy and use that information.

## 2.5. Messages and Sharing

Our Services allow messaging and sharing of information in many ways, such as your profile, slide deck, links to news articles, job postings, InMails and blogs. Information and content that you share or post may be seen by other Members or, if public, by Visitors. Where we have made settings available, we will honor the choices you make about who can see content or information (e.g., sharing to a group instead of your network, changing the default setting for SlideShare content from public to a more restricted view, limiting your profile visibility, or not letting people know when you change your profile, make recommendations or follow companies). Note that other activities, such as applying for a job or sending an InMail, are by default private, only visible to the addressee(s).

We are not obligated to publish any information or content on our Service and can remove it in our sole discretion, with or without notice.

Back to Top ▲

# 3. Rights and Limits

LINK_HIQ_000095503

### 3.1. Your License to LinkedIn

As between you and LinkedIn, you own the content and information that you submit or post to the Services and you are only granting LinkedIn the following non-exclusive license: A worldwide, transferable and sublicensable right to use, copy, modify, distribute, publish, and process, information and content that you provide through our Services, without any further consent, notice and/or compensation to you or others. These rights are limited in the following ways:

You own all of the content, feedback, and personal information you provide to us, but you also grant us a non-exclusive license to it.

  a. You can end this license for specific content by deleting such content from the Services, or generally by closing your account, except (a) to the extent you shared it with others as part of the Service and they copied or stored it and (b) for the reasonable time it takes to remove from backup and other systems.

  b. We will not include your content in advertisements for the products and services of others (including sponsored content) to others without your separate consent. However, we have the right, without compensation to you or others, to serve ads near your content and information, and your comments on sponsored content may be visible as noted in the Privacy Policy.

  c. We will get your consent if we want to give others the right to publish your posts beyond the Service. However, other Members and/or Visitors may access and share your content and information, consistent with your settings and degree of connection with them.

  d. While we may edit and make formatting changes to your content (such as translating it, modifying the size, layout or file type or removing metadata), we will not modify the meaning of your expression.

  e. Because you own your content and information and we only have non-exclusive rights to it, you may choose to make it available to others, including under the terms of a Creative Commons license.

We'll honor the choices you make about who gets to see your information and content.

You promise to only provide information and content that you have the right to share, and that your LinkedIn profile will be truthful.

You agree that we may access, store and use any information that you provide in accordance with the terms of the Privacy Policy and your privacy settings.

By submitting suggestions or other feedback regarding our Services to LinkedIn, you agree that LinkedIn can use and share (but does not have to) such feedback for any purpose without compensation to you.

You agree to only provide content or information if that does not violate the law nor anyone's rights (e.g., without violating any intellectual property rights or breaching a contract). You also agree that your profile information will be truthful. LinkedIn may be required by law to remove certain information or content in certain countries.

We may change or discontinue any of our Services. We can't promise to store or keep showing any information and content you've posted.

### 3.2. Service Availability

We may change, suspend or end any Service, or change and modify prices prospectively in our discretion. To the extent allowed under law, these changes may be effective upon notice provided to you.

LinkedIn is not a storage service. You agree that we have no obligation to store, maintain or provide you a copy of any content or information that you or others provide, except to the extent required by applicable law and as noted in Section 3.1 of our Privacy Policy

When you see or use others' content and information posted on our Services, it's at your own risk.

Third parties may offer their own products and services through LinkedIn, and we aren't responsible for those third-party activities.

### 3.3. Other Content, Sites and apps

By using the Services, you may encounter content or information that might be inaccurate, incomplete, delayed, misleading, illegal, offensive or otherwise harmful. LinkedIn generally does not review content provided by our Members. You agree that we are not responsible for third parties' (including other Members') content or information or for any damages as result of your use of or reliance on it.

You are responsible for deciding if you want to access or use third party apps or sites that link from our Services. If you allow a third party app or site to authenticate you or connect with your LinkedIn account, that app or site can access information on LinkedIn related to you and your connections. Third party apps and sites have their own legal terms and privacy policies, and you may be giving others permission to use your information in ways we would not. Except to the limited extent it may be required by applicable law, LinkedIn is not responsible for these other sites and apps -- use these at your own risk. Please see Sections 2.6 and 2.7 of the Privacy Policy.

We have the right to limit how you connect and interact on our Services.

We're providing you notice about our intellectual property rights.

### 3.4. Limits

LinkedIn reserves the right to limit your use of the Services, including the number of your connections and your ability to contact other Members. LinkedIn reserves the right to restrict, suspend, or terminate your account if LinkedIn believes that you may be in breach of this Agreement or law or are misusing the Services (e.g. violating any Do and Don'ts).

LinkedIn reserves all of its intellectual property rights in the Services. For example, LinkedIn, SlideShare, LinkedIn (stylized), the SlideShare and "in" logos and other LinkedIn trademarks, service marks, graphics, and logos used in connection with LinkedIn are trademarks or registered trademarks of LinkedIn. Other trademarks and logos used in connection with the Services may be the trademarks of their respective owners.

Back to Top ▲

# 4. Disclaimer and Limit of Liability

This is our disclaimer of legal liability for the quality, safety, or reliability of our Services.

**4.1. No Warranty**
TO THE EXTENT ALLOWED UNDER LAW, LINKEDIN (AND THOSE THAT LINKEDIN WORKS WITH TO PROVIDE THE SERVICES) (A) DISCLAIM ALL IMPLIED WARRANTIES AND REPRESENTATIONS (E.G. WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY OF DATA, AND NONINFRINGEMENT); (B) DO NOT GUARANTEE THAT THE SERVICES WILL FUNCTION WITHOUT INTERRUPTION OR ERRORS, AND (C) PROVIDE THE SERVICE (INCLUDING CONTENT AND INFORMATION) ON AN "AS IS" AND "AS AVAILABLE" BASIS.

SOME LAWS DO NOT ALLOW CERTAIN DISCLAIMERS, SO SOME OR ALL OF THESE DISCLAIMERS MAY NOT APPLY TO YOU.

These are the limits of legal liability we may have to you.

**4.2. Exclusion of Liability**
TO THE EXTENT PERMITTED UNDER LAW (AND UNLESS LINKEDIN HAS ENTERED INTO A SEPARATE WRITTEN AGREEMENT THAT SUPERSEDES THIS AGREEMENT), LINKEDIN (AND THOSE THAT LINKEDIN WORKS WITH TO PROVIDE THE SERVICES) SHALL NOT BE LIABLE TO YOU OR OTHERS FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, OR ANY LOSS OF DATA, OPPORTUNITIES, REPUTATION, PROFITS OR REVENUES, RELATED TO THE SERVICES (E.G. OFFENSIVE OR DEFAMATORY STATEMENTS, DOWN TIME OR LOSS, USE OR CHANGES TO YOUR INFORMATION OR CONTENT).

IN NO EVENT SHALL THE LIABILITY OF LINKEDIN (AND THOSE THAT LINKEDIN WORKS WITH TO PROVIDE THE SERVICES) EXCEED, IN THE AGGREGATE FOR ALL CLAIMS, AN AMOUNT THAT IS THE LESSER OF (A) FIVE TIMES THE MOST RECENT MONTHLY OR YEARLY FEE THAT YOU PAID FOR A PREMIUM SERVICE, IF ANY, OR (B) US $1000.

THIS LIMITATION OF LIABILITY IS PART OF THE BASIS OF THE BARGAIN BETWEEN YOU AND LINKEDIN AND SHALL APPLY TO ALL CLAIMS OF LIABILITY (E.G. WARRANTY, TORT, NEGLIGENCE, CONTRACT, LAW) AND EVEN IF LINKEDIN HAS BEEN TOLD OF THE POSSIBILITY OF ANY SUCH DAMAGE, AND EVEN IF THESE REMEDIES FAIL THEIR ESSENTIAL PURPOSE.

SOME LAWS DO NOT ALLOW THE LIMITATION OR EXCLUSION OF LIABILITY, SO THESE LIMITS MAY NOT APPLY TO YOU.

Back to Top ▲

# 5. Termination

We can each end this Agreement anytime we want.

LinkedIn or You may terminate this Agreement at any time with notice to the other. On termination, you lose the right to access or use the Services. The following shall survive termination:

- Our rights to use and disclose your feedback;
- Members' and/or Visitors' rights to further re-share content and information you shared through the Service to the extent copied or re-shared prior to termination;
- Sections 4, 6 and 7 of this Agreement;
- Any amounts owed by either party prior to termination remain owed after termination.

You can visit our Help Center to learn how to close your LinkedIn account, close your Pulse account, or close your Slideshare account.

Back to Top ▲

LINK_HIQ_000095505

# 6. Dispute Resolution

In the unlikely event we end up in a legal dispute, it will take place in California courts, applying California law.

You agree that the laws of the State of California, U.S.A., excluding its conflict of laws rules, shall exclusively govern any dispute relating to this Agreement and/or the Services. We both agree that all of these claims can only be litigated in the federal or state courts of Santa Clara County, California, USA, and we each agree to personal jurisdiction in those courts.

Back to Top ▲

# 7. General Terms

Here are some important details about how to read the Agreement.

If a court with authority over this Agreement finds any part of it not enforceable, you and us agree that the court should modify the terms to make that part enforceable while still achieving its intent. If the court cannot do that, you and us agree to ask the court to remove that unenforceable part and still enforce the rest of this Agreement. To the extent allowed by law, the English version of this Agreement is binding and other translations are for convenience only. This Agreement (including additional terms that may be provided by us when you engage with a feature of the Services) is the only agreement between us regarding the Services and supersedes all prior agreements for the Services.

If we don't act to enforce a breach of this Agreement, that does not mean that LinkedIn has waived its right to enforce this Agreement. You may not assign or transfer this Agreement (or your membership or use of Services) to anyone without our consent. However, you agree that LinkedIn may assign this Agreement to its affiliates or a party that buys it without your consent. There are no third party beneficiaries to this Agreement.

We reserve the right to change the terms of this Agreement and will provide you notice if we do and we agree that changes cannot be retroactive. If you don't agree to these changes, you must stop using the Services.

You agree that the only way to provide us legal notice is at the addresses provided in Section 10.

Back to Top ▲

# 8. LinkedIn "DOs" and "DON'Ts."

**8.1. Dos. You agree that you will:**
- Comply with all applicable laws, including, without limitation, privacy laws, intellectual property laws, anti-spam laws, export control laws, tax laws, and regulatory requirements;
- Provide accurate information to us and keep it updated;
- Use your real name on your profile;
- Use the Services in a professional manner.

**8.2. Don'ts. You agree that you will not:**
- Act dishonestly or unprofessionally, including by posting inappropriate, inaccurate, or objectionable content;
- Add content that is not intended for, or inaccurate for, a designated field (e.g. submitting a telephone number in the "title" or any other field, or including telephone numbers, email addresses, street addresses or any personally identifiable information for which there is not a field provided by LinkedIn);
- Use an image that is not your likeness or a head-shot photo for your profile;
- Create a false identity on LinkedIn;
- Misrepresent your current or previous positions and qualifications;
- Misrepresent your affiliations with a person or entity, past or present;
- Misrepresent your identity, including but not limited to the use of a pseudonym;
- Create a Member profile for anyone other than yourself (a real person);
- Invite people you do not know to join your network;

LINK_HIQ_000095506

- Use or attempt to use another's account;
- Harass, abuse or harm another person;
- Send spam or other unwelcomed communications to others;
- Scrape or copy profiles and information of others through any means (including crawlers, browser plugins and add-ons, and any other technology or manual work);
- Act in an unlawful, libelous, abusive, obscene, discriminatory or otherwise objectionable manner;
- Disclose information that you do not have the right to disclose (such as confidential information of others (including your employer));
- Violate intellectual property rights of others, including patents, trademarks, trade secrets, copyrights or other proprietary rights;
- Violate the intellectual property or other rights of LinkedIn, including, without limitation, using the word "LinkedIn" or our logos in any business name, email, or URL except as provided in the Brand Guidelines;
- Use LinkedIn invitations to send messages to people who don't know you or who are unlikely to recognize you as a known contact;
- Post any unsolicited or unauthorized advertising, "junk mail," "spam," "chain letters," "pyramid schemes," or any other form of solicitation unauthorized by LinkedIn;
- Send messages to distribution lists, newsgroup aliases, or group aliases;
- Post anything that contains software viruses, worms, or any other harmful code;
- Manipulate identifiers in order to disguise the origin of any message or post transmitted through the Services;
- Create profiles or provide content that promotes escort services or prostitution.
- Creating or operate a pyramid scheme, fraud or other similar practice;
- Copy or use the information, content or data of others available on the Services (except as expressly authorized);
- Copy or use the information, content or data on LinkedIn in connection with a competitive service (as determined by LinkedIn);
- Copy, modify or create derivative works of LinkedIn, the Services or any related technology (except as expressly authorized by LinkedIn);
- Reverse engineer, decompile, disassemble, decipher or otherwise attempt to derive the source code for the Services or any related technology, or any part thereof;
- Imply or state that you are affiliated with or endorsed by LinkedIn without our express consent (e.g., representing yourself as an accredited LinkedIn trainer);
- Rent, lease, loan, trade, sell/re-sell access to the Services or related any information or data;
- Sell, sponsor, or otherwise monetize a LinkedIn Group or any other feature of the Services, without LinkedIn's consent;
- Deep-link to our Services for any purpose other than to promote your profile or a Group on LinkedIn (as set forth in the Brand Guidelines), without LinkedIn's consent;
- Remove any copyright, trademark or other proprietary rights notices contained in or on our Service;
- Remove, cover or obscure any advertisement included on the Services;
- Collect, use, copy, or transfer any information obtained from LinkedIn without the consent of LinkedIn;
- Share or disclose information of others without their express consent;
- Use manual or automated software, devices, scripts robots, other means or processes to access, "scrape," "crawl" or "spider" the Services or any related data or information;
- Use bots or other automated methods to access the Services, add or download contacts, send or redirect messages;
- Monitor the Services' availability, performance or functionality for any competitive purpose;
- Engage in "framing," "mirroring," or otherwise simulating the appearance or function of the Services;
- Access the Services except through the interfaces expressly provided by LinkedIn, such as its mobile applications, linkedin.com and slideshare.net;

LINK_HIQ_000095507

- Override any security feature of the Services;
- Interfere with the operation of, or place an unreasonable load on, the Services (e.g., spam, denial of service attack, viruses, gaming algorithms); and/or
- Violate SlideShare's Community Guidelines or, if you're a commercial user of SlideShare, the SlideShare Commercial Terms of Service.

Back to Top ▲

# 9. Complaints Regarding Content

We respect the intellectual property rights of others. We require that information posted by Members be accurate and not in violation of the intellectual property rights or other rights of third parties. We provide a policy and process for complaints concerning content posted by our Members.

Back to Top ▲

# 10. How To Contact Us

If you want to send us notices or service of process, please contact us:

ONLINE at:
https://help.linkedin.com/app/home

OR BY MAIL at:

**For Members in the United States:**

LinkedIn Corporation
Attn: Agreement Matters (Legal)
2029 Stierlin Court
Mountain View CA 94043
USA

**For Members outside the United States:**

LinkedIn Ireland
Attn: Agreement Matters (Legal)
Wilton Plaza,
Wilton Place, Dublin 2
Ireland

Back to Top ▲

LinkedIn Corporation, Mountain View, California, USA, and LinkedIn Ireland, Dublin, Ireland, October 23, 2014

Help Center | About | Careers | Advertising | Talent Solutions | Sales Solutions | Small Business | Mobile | Language | **Upgrade Your Account**

LinkedIn Corporation © 2016 | User Agreement | Privacy Policy | Ad Choices | Community Guidelines | Cookie Policy | Copyright Policy | Send Feedback

LINK_HIQ_000095508

# EXHIBIT D

in    Back to LinkedIn.com 

# User Agreement

*Effective on June 7, 2017*

Our User Agreement has been updated. Click here to see a summary of changes.

Our mission is to connect the world's professionals to allow them to be more productive and successful. Our services are designed to promote economic opportunity for our members by enabling you and millions of other professionals to meet, exchange ideas, learn, and find opportunities or employees, work, and make decisions in a network of trusted relationships.

▷ **View our User Agreement video**

Table of Contents:

1. Introduction

2. Obligations

3. Rights and Limits

4. Disclaimer and Limit of Liability

5. Termination

6. Dispute Resolution

7. General Terms

8. LinkedIn "Dos" and "Don'ts"

9. Complaints Regarding Content

10. How To Contact Us

# 1. Introduction

### 1.1 Contract

When you use our Services you agree to all of these terms. Your use of our Services is also subject to our Cookie Policy and our Privacy Policy, which covers how we collect, use, share, and store your personal information.

You agree that by clicking "Join Now", "Join LinkedIn", "Sign Up" or similar, registering, accessing or using our services (described below), **you are agreeing to enter into a legally binding contract** with LinkedIn (even if you are using our Services on behalf of a company). If you do not agree to this contract ("Contract" or "User Agreement"), do **not** click "Join Now" (or similar) and do not access or otherwise use any of our Services.

Your use of our Services is also subject to our Privacy Policy and Cookie Policy.

**Services**

Confidential     LINK_HIQ_000198341

This Contract applies to LinkedIn.com, LinkedIn-branded apps, Slideshare, LinkedIn Learning and other LinkedIn-related sites, apps, communications and other services that state that they are offered under this Contract ("Services"), including the offsite collection of data for those Services, such as our ads and the "Apply with LinkedIn" and "Share with LinkedIn" plugins. Registered users of our Services are "Members" and unregistered users are "Visitors". This Contract applies to both.

**LinkedIn**

You are entering into this Contract with LinkedIn (also referred to as "we" and "us"). If you reside in the United States, you are entering into this Contract with LinkedIn Corporation and your personal data provided to, or collected by or for, our Services is controlled by LinkedIn Corporation. If you reside outside the United States, you are entering into this Contract with LinkedIn Ireland U.C. and your personal data provided to, or collected by or for, our Services is controlled by LinkedIn Ireland U.C.

### 1.2 Members and Visitors

When you register and join the LinkedIn Service, you become a Member. If you have chosen not to register for our Services, you may access certain features as a visitor.

### 1.3 Change

We may modify this Contract, our Privacy Policy and our Cookies Policies from time to time. If we make material changes to it, we will provide you notice through our Services, or by other means, to provide you the opportunity to review the changes before they become effective. If you object to any changes, you may close your account. Your continued use of our Services after we publish or send a notice about our changes to these terms means that you are consenting to the updated terms.

## 2. Obligations

### 2.1 Service Eligibility

> Here are some promises you make to us in this Contract:

> You're eligible to enter into this Contract and you are at least our "Minimum Age."

The Services are not for use by anyone under the age of 16.

To use the Services, you agree that: (1) you must be the "Minimum Age" (described below) or older; (2) you will only have one LinkedIn account (and/or one SlideShare account, if applicable), which must be in your real name; and (3) you are not already restricted by LinkedIn from using the Services.

Members who were below this new Minimum Age when they started using the Services under a previous User Agreement may continue to use them, as they have already reached the new Minimum Age since then or will reach it in the near future.

"Minimum Age" means 16 years old. However, if law requires that you must be older in order for LinkedIn to lawfully provide the Services to you without parental consent (including using of your personal data) then the Minimum Age is such older age.

### 2.2 Your Account

> You'll keep your password a secret.

> You will not share an account with anyone else and will follow our rules and the law.

Members are account holders. You agree to: (1) try to choose a strong and secure password; (2) keep your password secure and confidential; (3) not transfer any part of your account (e.g., connections) and (4) follow the law and our list of Dos and Don'ts. You are responsible for anything that happens through your account unless you close it or report misuse.

As between you and others (including your employer), your account belongs to you. However, if the Services were purchased by another party for you to use (e.g. Recruiter seat bought by your employer), the party paying for such Service has the right to control access to and get reports on your use of such paid Service; however, they do not have rights to your personal account.

### 2.3 Payment

> You'll honor your payment obligations and you are okay with us storing your payment information. You understand that there may be fees and taxes that are added to our prices.

> We don't guarantee refunds.

If you buy any of our paid Services ("Premium Services"), you agree to pay us the applicable fees and taxes and to **additional terms** specific to the paid Services. Failure to pay these fees will result in the termination of your paid Services. Also, you agree that:

- Your purchase may be subject to foreign exchange fees or differences in prices based on location (e.g. exchange rates).

- We may store and continue billing your payment method (e.g. credit card) even after it has expired, to avoid interruptions in your Services and to use to pay other Services you may buy.

Confidential

LINK_HIQ_000198342

- If you purchase a subscription, your payment method automatically will be charged at the start of each subscription period for the fees and taxes applicable to that period. To avoid future charges, cancel before the renewal date. Learn how to **cancel or suspend** your Premium Services.

- All of your purchases of Services are subject to LinkedIn's refund policy.

- We may calculate taxes payable by you based on the billing information that you provide us at the time of purchase.

You can get a copy of your invoice through your LinkedIn account settings under "**Purchase History**".

## 2.4 Notices and Service Messages

You're okay with us providing notices to you through our websites, apps, and contact information your provided to us. If the contact information you provide is out of date, you may miss out on important notices.

You agree that we will provide notices to you in the following ways: (1) a notice within the Service, or (2) a message sent to the contact information you provided us (e.g., email, mobile number, physical address). You agree to keep your **contact information** up to date.

Please review your settings to **control and limit** the messages you receive from us.

## 2.5 Sharing

When you share information, others can see, copy and use that information.

Our Services allow messaging and sharing of information in many ways, such as your profile, slide deck, links to news articles, job postings, InMails and blogs. Information and content that you share or post may be seen by other Members or Visitors. Where we have made settings available, we will honor the choices you make about who can see content or information (e.g., message content to your addressees, sharing content only to LinkedIn connections, restricting your profile visibility from search engines, or opting not to notify others of your LinkedIn profile update). For job searching activities, we default to not notifying your connections network or the public. So if you apply for a job through our Service or opt to signal that you are interested in a job, our default is to share it only with the job poster.

We are not obligated to publish any information or content on our Service and can remove it in our sole discretion, with or without notice.

# 3. Rights and Limits

## 3.1. Your License to LinkedIn

You own all of the content, feedback, and personal information you provide to us, but you also grant us a non-exclusive license to it.

We'll honor the choices you make about who gets to see your information and content

You promise to only provide information and content that you have the right to share, and that your LinkedIn profile will be truthful.

As between you and LinkedIn, you own the content and information that you submit or post to the Services and you are only granting LinkedIn and our affiliates the following non-exclusive license: A worldwide, transferable and sublicensable right to use, copy, modify, distribute, publish, and process, information and content that you provide through our Services, without any further consent, notice and/or compensation to you or others. These rights are limited in the following ways:

1. You can end this license for specific content by deleting such content from the Services, or generally by closing your account, except (a) to the extent you shared it with others as part of the Service and they copied, re-shared it or stored it and (b) for the reasonable time it takes to remove from backup and other systems.

2. We will not include your content in advertisements for the products and services of third parties to others without your separate consent (including sponsored content). However, we have the right, without payment to you or others, to serve ads near your content and information, and your social actions on sponsored content and company pages may be visible, as noted in the Privacy Policy.

3. We will get your consent if we want to give third parties the right to publish your posts beyond the Service. However, other Members and/or Visitors may access and share your content and information, consistent with your choices.

4. While we may edit and make formatting changes to your content (such as translating it, modifying the size, layout or file type or removing metadata), we will not modify the meaning of your expression.

5. Because you own your content and information and we only have non-exclusive rights to it, you may choose to make it available to others, including under the terms of a **Creative Commons license**.

You agree that we may access, store and use any information that you provide in accordance with the terms of the Privacy Policy and your choices (including settings).

By submitting suggestions or other feedback regarding our Services to LinkedIn, you agree that LinkedIn can use and share (but does not have to) such feedback for any purpose without compensation to you.

You agree to only provide content or information that does not violate the law nor anyone's rights (including intellectual property rights). You also agree that your profile information will be truthful. LinkedIn may be required by law to remove certain information or content in certain countries.

## 3.2 Service Availability

Confidential

LINK_HIQ_000198343

We may change, suspend or end any Service, or change and modify prices prospectively in our discretion. To the extent allowed under law, these changes may be effective upon notice provided to you.

We may change or discontinue any of our Services. We don't promise to store or keep showing any information and content that you've posted.

LinkedIn is not a storage service. You agree that we have no obligation to store, maintain or provide you a copy of any content or information that you or others provide, except to the extent required by applicable law and as noted in our Privacy Policy.

### 3.3 Other Content, Sites and Apps

Your use of others' content and information posted on our Services, is at your own risk.

Others may offer their own products and services through LinkedIn, and we aren't responsible for those third-party activities.

By using the Services, you may encounter content or information that might be inaccurate, incomplete, delayed, misleading, illegal, offensive or otherwise harmful. LinkedIn generally does not review content provided by our Members or others. You agree that we are not responsible for others' (including other Members') content or information. We cannot always prevent this misuse of our services, and you agree that we are not responsible for any such misuse. You also acknowledge the risk that you or your organization may be mistakenly associated with content about others when we let connections and followers know you or your organization were mentioned in the news. You may opt out of this feature.

You are responsible for deciding if you want to access or use third party apps or sites that link from our Services. If you allow a third party app or site to authenticate you or connect with your LinkedIn account, that app or site can access information on LinkedIn related to you and your connections. Third party apps and sites have their own legal terms and privacy policies, and you may be giving others permission to use your information in ways we would not. Except to the limited extent it may be required by applicable law, LinkedIn is not responsible for these other sites and apps – use these at your own risk. Please see our Privacy Policy.

### 3.4 Limits

We have the right to limit how you connect and interact on our Services.

LinkedIn reserves the right to limit your use of the Services, including the number of your connections and your ability to contact other Members. LinkedIn reserves the right to restrict, suspend, or terminate your account if LinkedIn believes that you may be in breach of this Contract or law or are misusing the Services (e.g. violating any Do and Don'ts).

### 3.5 Intellectual Property Rights

We're providing you notice about our intellectual property rights.

LinkedIn reserves all of its intellectual property rights in the Services. Using the Services does not give you any ownership in our Services or the content or information made available through our Services. Trademarks and logos used in connection with the Services are be the trademarks of their respective owners. LinkedIn, SlideShare, and "in" logos and other LinkedIn trademarks, service marks, graphics, and logos used for our Services are trademarks or registered trademarks of LinkedIn.

## 4. Disclaimer and Limit of Liability

### 4.1 No Warranty

This is our disclaimer of legal liability for the quality, safety, or reliability of our Services.

TO THE EXTENT ALLOWED UNDER LAW, LINKEDIN AND ITS AFFILIATES (AND THOSE THAT LINKEDIN WORKS WITH TO PROVIDE THE SERVICES) (A) DISCLAIM ALL IMPLIED WARRANTIES AND REPRESENTATIONS (E.G. WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY OF DATA, AND NONINFRINGEMENT); (B) DO NOT GUARANTEE THAT THE SERVICES WILL FUNCTION WITHOUT INTERRUPTION OR ERRORS, AND (C) PROVIDE THE SERVICE (INCLUDING CONTENT AND INFORMATION) ON AN "AS IS" AND "AS AVAILABLE" BASIS.

SOME LAWS DO NOT ALLOW CERTAIN DISCLAIMERS, SO SOME OR ALL OF THESE DISCLAIMERS MAY NOT APPLY TO YOU.

### 4.2 Exclusion of Liability

These are the limits of legal liability we may have to you.

TO THE EXTENT PERMITTED UNDER LAW (AND UNLESS LINKEDIN HAS ENTERED INTO A SEPARATE WRITTEN AGREEMENT THAT OVERRIDES THIS CONTRACT), LINKEDIN AND ITS AFFILIATES (AND THOSE THAT LINKEDIN WORKS WITH TO PROVIDE THE SERVICES) SHALL NOT BE LIABLE TO YOU OR OTHERS FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, OR ANY LOSS OF DATA, OPPORTUNITIES, REPUTATION, PROFITS OR REVENUES, RELATED TO THE SERVICES (E.G. OFFENSIVE OR DEFAMATORY STATEMENTS, DOWN TIME OR LOSS, USE OF, OR CHANGES TO, YOUR INFORMATION OR CONTENT).

IN NO EVENT SHALL THE LIABILITY OF LINKEDIN AND ITS AFFILIATES (AND THOSE THAT LINKEDIN WORKS WITH TO PROVIDE THE SERVICES) EXCEED, IN THE AGGREGATE FOR ALL CLAIMS, AN AMOUNT THAT IS THE LESSER OF (A) FIVE TIMES THE MOST RECENT MONTHLY OR YEARLY FEE THAT YOU PAID FOR A PREMIUM SERVICE, IF ANY, OR (B)

Confidential    LINK_HIQ_000198344

US $1000.

THIS LIMITATION OF LIABILITY IS PART OF THE BASIS OF THE BARGAIN BETWEEN YOU AND LINKEDIN AND SHALL APPLY TO ALL CLAIMS OF LIABILITY (E.G. WARRANTY, TORT, NEGLIGENCE, CONTRACT, LAW) AND EVEN IF LINKEDIN OR ITS AFFILIATES HAS BEEN TOLD OF THE POSSIBILITY OF ANY SUCH DAMAGE, AND EVEN IF THESE REMEDIES FAIL THEIR ESSENTIAL PURPOSE.

SOME LAWS DO NOT ALLOW THE LIMITATION OR EXCLUSION OF LIABILITY, SO THESE LIMITS MAY NOT APPLY TO YOU.

## 5. Termination

We can each end this Contract anytime we want.

Both you and LinkedIn may terminate this Contract at any time with notice to the other. On termination, you lose the right to access or use the Services. The following shall survive termination:

- Our rights to use and disclose your feedback;

- Members and/or Visitors' rights to further re-share content and information you shared through the Service to the extent copied or re-shared prior to termination;

- Sections 4, 6 and 7 of this Contract;

- Any amounts owed by either party prior to termination remain owed after termination.

You can visit our **Help Center** to close your account.

## 6. Dispute Resolution

In the unlikely event we end up in a legal dispute, we agree to resolve it in California courts (using California law) or Dublin, Ireland courts (using Irish law).

**If you live in the European Union:** You agree that the laws of Ireland, excluding conflict of laws rules, shall exclusively govern any dispute relating to this Contract and/or the Services. We both agree that all of these claims can only be litigated in Dublin, Ireland, and we each agree to personal jurisdiction of the courts located in Dublin, Ireland.

**For all others, including those who live outside of the United States,** you agree that the laws of the State of California, U.S.A., excluding its conflict of laws rules, shall exclusively govern any dispute relating to this Contract and/or the Services. We both agree that all of these claims can only be litigated in the federal or state courts in Santa Clara County, California, USA, and we each agree to personal jurisdiction in those courts.

## 7. General Terms

Here are some important details about how to read the Contract.

If a court with authority over this Contract finds any part of it not enforceable, you and us agree that the court should modify the terms to make that part enforceable while still achieving its intent. If the court cannot do that, you and us agree to ask the court to remove that unenforceable part and still enforce the rest of this Contract. To the extent allowed by law, the English language version of this Contract is binding and other translations are for convenience only. This Contract (including additional terms that may be provided by us when you engage with a feature of the Services) is the only agreement between us regarding the Services and supersedes all prior agreements for the Services.

If we don't act to enforce a breach of this Contract, that does not mean that LinkedIn has waived its right to enforce this Contract. You may not assign or transfer this Contract (or your membership or use of Services) to anyone without our consent. However, you agree that LinkedIn may assign this Contract to its affiliates or a party that buys it without your consent. There are no third party beneficiaries to this Contract.

We reserve the right to change the terms of this Contract and will provide you notice if we do and we agree that changes cannot be retroactive. If you don't agree to these changes, you must stop using the Services.

You agree that the only way to provide us legal notice is at the addresses provided in Section 10.

## 8. LinkedIn "Dos" and "Don'ts"

**8.1. Dos**

**You agree that you will:**

a. Comply with all applicable laws, including, without limitation, privacy laws, intellectual property laws, anti-spam laws, export control laws, tax laws, and regulatory requirements;

b. Provide accurate information to us and keep it updated;

Confidential          LINK_HIQ_000198345

c. Use your real name on your profile;

d. Use the Services in a professional manner.

## 8.2. Don'ts

You agree that you will *not*:

a. Act in an unlawful or unprofessional manner in connection with our Services, including being dishonest, abusive or discriminatory;

b. Post inaccurate, defamatory obscene, shocking, hateful, threatening or otherwise inappropriate content or airing personal grievances or disputes;

c. Use an image that is not your likeness or a head-shot photo for your profile;

d. Create a false identity on LinkedIn. The occasional creation of clearly fictional profiles by LinkedIn or with its express permission in connection with a promotional campaign does not waive this obligation;

e. Misrepresent your identity (e.g. by using a pseudonym), your current or previous positions, qualifications or affiliations with a person or entity;

f. Create a Member profile for anyone other than yourself (a real person);

g. Invite people you do not know to join your network;

h. Use or attempt to use another's account;

i. Harass, abuse or harm another person;

j. Send or post any unsolicited or unauthorized advertising, "junk mail," "spam," "chain letters," "pyramid schemes," or any form of solicitation unauthorized by LinkedIn;

k. Develop, support or use software, devices, scripts, robots, or any other means or processes (including crawlers, browser plugins and add-ons, or any other technology or manual work) to scrape the Services or otherwise copy profiles and other data from the Services;

l. Bypass or circumvent any access controls or Service use limits (such as caps on keyword searches);

m. Copy, use, disclose or distribute any information obtained from the Services, whether directly or through third parties (such as search engines), without the consent of LinkedIn;

n. Solicit email addresses or other personal information from Members you don't know, without authorization.

o. Use, disclose or distribute any data obtained in violation of this policy;

p. Disclose information that you do not have the consent to disclose (such as confidential information of others (including your employer));

q. Violate the intellectual property rights of others, including copyrights, patents, trademarks, trade secrets, or other proprietary rights. For example, do not copy or distribute (except through the available sharing functionality) the posts or other content of others without their permission, which they may give by posting under a Creative Commons license;

r. Violate the intellectual property or other rights of LinkedIn, including, without limitation, (i) copying or distributing our learning videos or other materials or (ii) copying or distributing our technology, unless it is released under open source licenses; (iii) using the word "LinkedIn" or our logos in any business name, email, or URL except as provided in the Brand Guidelines;

s. Use LinkedIn invitations to send messages to people who don't know you or who are unlikely to recognize you as a known contact;

t. Post anything that contains software viruses, worms, or any other harmful code;

u. Manipulate identifiers in order to disguise the origin of any message or post transmitted through the Services.

v. Create profiles or provide content that promotes escort services or prostitution.

w. Create or operate a pyramid scheme, fraud or other similar practice;

x. Reverse engineer, decompile, disassemble, decipher or otherwise attempt to derive the source code for the Services or any related technology that is not open source;

y. Imply or state that you are affiliated with or endorsed by LinkedIn without our express consent (e.g., representing yourself as an accredited LinkedIn trainer);

z. Rent, lease, loan, trade, sell/re-sell access to the Services or related data;

aa. Sell, sponsor, or otherwise monetize any Service without LinkedIn's consent;

ab. Deep-link to our Services for any purpose other than to promote your profile or a Group on our Services, without LinkedIn's consent;

ac. Remove any copyright, trademark or other proprietary rights notices contained in or on our Service;

ad. Remove, cover or obscure any advertisement included on the Services;

ae. Use bots or other automated methods to access the Services, add or download contacts, send or redirect messages;

af. Monitor the Services' availability, performance or functionality for any competitive purpose;

Confidential

LINK_HIQ_000198346

ag. Engage in "framing," "mirroring," or otherwise simulating the appearance or function of the Services;

ah. Overlaying or otherwise modifying the Services or their appearance;

ai. Access the Services except through the interfaces expressly provided by LinkedIn, such as its mobile applications, linkedin.com and slideshare.net;

aj. Use a Service for tasks that it is not intended for;

ak. Override any security feature of the Services;

al. Interfere with the operation of, or place an unreasonable load on, the Services (e.g., spam, denial of service attack, viruses, gaming algorithms); and/or

am. Violate the **Professional Community Guidelines** or any additional terms concerning a specific Service that are provided when you sign up for or start using such Service.

# 9. Complaints Regarding Content

We respect the intellectual property rights of others. We require that information posted by Members be accurate and not in violation of the intellectual property rights or other rights of third parties. We provide a **policy and process** for complaints concerning content posted by our Members.

# 10. How To Contact Us

If you want to send us notices or service of process, please contact us:

ONLINE

OR BY MAIL

---

Help Center  |  About  |  Careers  |  Advertising  |  Talent Solutions  |  Sales Solutions  |  Small Business  |  Mobile  |  Language  |  **Upgrade Your Account**

LinkedIn Corporation © 2017  |  User Agreement  |  Privacy Policy  |  Ad Choices  |  Community Guidelines  |  Cookie Policy  |  Copyright Policy  |  Send Feedback

Confidential

LINK_HIQ_000198347

Confidential                                                                                                    LINK_HIQ_000198348

# EXHIBIT E



Back to LinkedIn.com

# User Agreement

*Effective on May 8, 2018*

Our User Agreement has been updated. Click here to see a **summary of changes**.

Our mission is to connect the world's professionals to allow them to be more productive and successful. Our services are designed to promote economic opportunity for our members by enabling you and millions of other professionals to meet, exchange ideas, learn, and find opportunities or employees, work, and make decisions in a network of trusted relationships.

▷ **More information about how we use your content is in our User Agreement video**

Table of Contents:

1. Introduction

2. Obligations

https://www.linkedin.com/legal/user-agreement

Confidential

LINK_HIQ_000198406

3. Rights and Limits

4. Disclaimer and Limit of Liability

5. Termination

6. Governing Law and Dispute Resolution

7. General Terms

8. LinkedIn "Dos and Don'ts"

9. Complaints Regarding Content

10. How To Contact Us

# 1. Introduction

### 1.1 Contract

When you use our Services you agree to all of these terms. Your use of our Services is also subject to our **Cookie Policy** and our **Privacy Policy**, which covers how we collect, use, share, and store your personal information.

You agree that by clicking "Join Now", "Join LinkedIn", "Sign Up" or similar, registering, accessing or using our services (described below), **you are agreeing to enter into a legally binding contract** with LinkedIn (even if you are using our Services on behalf of a company). If you do not agree to this contract ("Contract" or "User Agreement"), do **not** click "Join Now" (or similar) and do not access or otherwise use any of our Services. If you wish to terminate this contract, at any time you can do so by closing your account and no longer accessing or using our Services.

**Services**

Confidential     LINK_HIQ_000198407

Back to LinkedIn.com

This Contract applies to LinkedIn.com, LinkedIn-branded apps, Slideshare, LinkedIn Learning and other LinkedIn-related sites, apps, communications and other services that state that they are offered under this Contract ("Services"), including the offsite collection of data for those Services, such as our ads and the "Apply with LinkedIn" and "Share with LinkedIn" plugins. Registered users of our Services are "Members" and unregistered users are "Visitors". This Contract applies to both Members and Visitors.

**LinkedIn**
You are entering into this Contract with LinkedIn (also referred to as "we" and "us").

We use the term "Designated Countries" to refer to countries in the European Union (EU), European Economic Area (EEA), and Switzerland.

If you reside in the "Designated Countries", you are entering into this Contract with LinkedIn Ireland Unlimited Company ("LinkedIn Ireland") and LinkedIn Ireland will be the controller of your personal data provided to, or collected by or for, or processed in connection with our Services.

If you reside outside of the "Designated Countries", you are entering into this Contract with LinkedIn Corporation ("LinkedIn Corp.") and LinkedIn Corp. will be the controller of your personal data provided to, or collected by or for, or processed in connection with our Services.

> This Contract applies to Members and Visitors.

As a Visitor or Member of our Services, the collection, use and sharing of your personal data is subject to this Privacy Policy (which includes our **Cookie Policy** and other documents referenced in this Privacy Policy) and updates.

## 1.2 Members and Visitors

When you register and join the LinkedIn Service or become a registered user on SlideShare, you become a Member. If you have chosen not to register for our Services, you may access certain features as a "Visitor."

## 1.3 Change

> We may make changes to the Contract.

We may modify this Contract, our Privacy Policy and our Cookies Policies from time to time. If we make material changes to it, we will provide you notice through our Services, or by other means, to provide you the opportunity to review the changes before they become effective. We agree that changes cannot be retroactive. If you object to any changes, you may **close your account**. Your continued use of our Services after we publish or send a notice about our changes to these terms means that you are consenting to the updated terms.

Confidential

LINK_HIQ_000198408

# 2. Obligations

## 2.1 Service Eligibility

Here are some promises that you make to us in this Contract:

You're eligible to enter into this Contract and you are at least our "Minimum Age."

The Services are not for use by anyone under the age of 16.

To use the Services, you agree that: (1) you must be the "*Minimum Age*" (described below) or older; (2) you will only have one LinkedIn account (and/or one SlideShare account, if applicable), which must be in your real name; and (3) you are not already restricted by LinkedIn from using the Services. Creating an account with false information is a violation of our terms, including accounts registered on behalf of others or persons under the age of 16.

"Minimum Age" means 16 years old. However, if law requires that you must be older in order for LinkedIn to lawfully provide the Services to you without parental consent (including using of your personal data) then the Minimum Age is such older age.

## 2.2 Your Account

You will keep your password a secret.

You will not share an account with anyone else and will follow our rules and the law.

Members are account holders. You agree to: (1) try to choose a strong and secure password; (2) keep your password secure and confidential; (3) not transfer any part of your account (e.g., connections) and (4) follow the law and our list of Dos and Don'ts and **Professional Community Policies**. You are responsible for anything that happens through your account unless you close it or report misuse.

As between you and others (including your employer), your account belongs to you. However, if the Services were purchased by another party for you to use (e.g. Recruiter seat bought by your employer), the party paying for such Service has the right to control access to and get reports on your use of such paid Service; however, they do not have rights to your personal account.

## 2.3 Payment

Confidential      LINK_HIQ_000198409

You'll honor your payment obligations and you are okay with us storing your payment information. You understand that there may be fees and taxes that are added to our prices.

## We don't guarantee refunds.

If you buy any of our paid Services ("Premium Services"), you agree to pay us the applicable fees and taxes and to **additional terms** specific to the paid Services. Failure to pay these fees will result in the termination of your paid Services. Also, you agree that:

- Your purchase may be subject to foreign exchange fees or differences in prices based on location (e.g. exchange rates).

- We may store and continue billing your payment method (e.g. credit card) even after it has expired, to avoid interruptions in your Services and to use to pay other Services you may buy.

- If you purchase a subscription, your payment method automatically will be charged at the start of each subscription period for the fees and taxes applicable to that period. To avoid future charges, cancel before the renewal date. Learn how to **cancel or suspend** your Premium Services.

- All of your purchases of Services are subject to LinkedIn's refund policy.

- We may calculate taxes payable by you based on the billing information that you provide us at the time of purchase.

You can get a copy of your invoice through your LinkedIn account settings under "**Purchase History**".

## 2.4 Notices and Messages

You're okay with us providing notices and messages to you through our websites, apps, and contact information. If your contact information is out of date, you may miss out on important notices.

You agree that we will provide notices and messages to you in the following ways: (1) within the Service, or (2) sent to the contact information you provided us (e.g., email, mobile number, physical address). You agree to keep your **contact information** up to date.

Please review your settings to **control and limit** messages you receive from us.

## 2.5 Sharing

When you share information on our Services, others can see, copy and use that information.

https://www.linkedin.com/legal/user-agreement

5/14

Confidential

LINK_HIQ_000198410

Our Services allow messaging and sharing of information in many ways, such as your profile, slide decks, links to news articles, job postings, InMails and blogs. Information and content that you share or post may be seen by other Members, Visitors or others (including off of the Services). Where we have made settings available, we will honor the choices you make about who can see content or information (e.g., message content to your addressees, sharing content only to LinkedIn connections, restricting your profile visibility from search engines, or opting not to notify others of your LinkedIn profile update). For job searching activities, we default to not notifying your connections network or the public. So if you apply for a job through our Service or opt to signal that you are interested in a job, our default is to share it only with the job poster.

We are not obligated to publish any information or content on our Service and can remove it in our sole discretion, with or without notice.

# 3. Rights and Limits

## 3.1. Your License to LinkedIn

You own all of the content, feedback, and personal information you provide to us, but you also grant us a non-exclusive license to it.

We'll honor the choices you make about who gets to see your information and content, including how it can be used for ads.

As between you and LinkedIn, you own the content and information that you submit or post to the Services, and you are only granting LinkedIn and our _affiliates_ the following non-exclusive license:

A worldwide, transferable and sublicensable right to use, copy, modify, distribute, publish, and process, information and content that you provide through our Services and the services of others, without any further consent, notice and/or compensation to you or others. These rights are limited in the following ways:

1. You can end this license for specific content by deleting such content from the Services, or generally by closing your account, except (a) to the extent you shared it with others as part of the Service and they copied, re-shared it or stored it and (b) for the reasonable time it takes to remove from backup and other systems.

2. We will not include your content in advertisements for the products and services of third parties to others without your separate consent (including sponsored content). However, we have the right, without payment to you or others, to serve ads near your content and information, and your _social actions_ may be visible and included with ads, as noted in the Privacy Policy.

Confidential

LINK_HIQ_000198411

Back to LinkedIn.com

3. We will get your consent if we want to give others the right to publish your content beyond the Services. However, if you choose to share your post as "*public*", we will enable a feature that allows other Members to embed that public post onto third-party services, and we enable search engines to make that public content findable though their services. **Learn More**

4. While we may edit and make format changes to your content (such as translating it, modifying the size, layout or file type or removing metadata), we will not modify the meaning of your expression.

5. Because you own your content and information and we only have non-exclusive rights to it, you may choose to make it available to others, including under the terms of a **Creative Commons license**.

You and LinkedIn agree that if content includes personal data, it is subject to our Privacy Policy.

You and LinkedIn agree that we may access, store, process and use any information and personal data that you provide in accordance with the terms of the Privacy Policy and your choices (including settings).

By submitting suggestions or other feedback regarding our Services to LinkedIn, you agree that LinkedIn can use and share (but does not have to) such feedback for any purpose without compensation to you.

You promise to only provide information and content that you have the right to share, and that your LinkedIn profile will be truthful.

You agree to only provide content or information that does not violate the law nor anyone's rights (including intellectual property rights). You also agree that your profile information will be truthful. LinkedIn may be required by law to remove certain information or content in certain countries.

## 3.2 Service Availability

We may change, suspend or end any Service, or change and modify prices prospectively in our discretion. To the extent allowed under law, these changes may be effective upon notice provided to you.

We may change or discontinue any of our Services. We don't promise to store or keep showing any information and content that you've posted.

LinkedIn is not a storage service. You agree that we have no obligation to store, maintain or provide you a copy of any content or information that you or others provide, except to the extent required by applicable law and as noted in our Privacy Policy.

Confidential

LINK_HIQ_000198412

## 3.3 Other Content, Sites and Apps

Your use of others' content and information posted on our Services, is at your own risk.

Others may offer their own products and services through our Services, and we aren't responsible for those third-party activities.

By using the Services, you may encounter content or information that might be inaccurate, incomplete, delayed, misleading, illegal, offensive or otherwise harmful. LinkedIn generally does not review content provided by our Members or others. You agree that we are not responsible for others' (including other Members') content or information. We cannot always prevent this misuse of our Services, and you agree that we are not responsible for any such misuse. You also acknowledge the risk that you or your organization may be mistakenly associated with content about others when we let connections and followers know you or your organization were mentioned in the news. Members have **choices** about this **feature**.

You are responsible for deciding if you want to access or use third-party apps or sites that link from our Services. If you allow a third-party app or site to authenticate you or connect with your LinkedIn account, that app or site can access information on LinkedIn related to you and your connections. Third-party apps and sites have their own legal terms and privacy policies, and you may be giving others permission to use your information in ways we would not. Except to the limited extent it may be required by applicable law, LinkedIn is not responsible for these other sites and apps – use these at your own risk. Please see our **Privacy Policy**.

## 3.4 Limits

We have the right to limit how you connect and interact on our Services.

LinkedIn reserves the right to limit your use of the Services, including the number of your connections and your ability to contact other Members. LinkedIn reserves the right to restrict, suspend, or terminate your account if LinkedIn believes that you may be in breach of this Contract or law or are misusing the Services (e.g., violating any of the Dos and Don'ts or **Professional Community Policies**).

## 3.5 Intellectual Property Rights

We're providing you notice about our intellectual property rights.

LinkedIn reserves all of its intellectual property rights in the Services. Using the Services does not give you any ownership in our Services or the content or information made available through our Services. Trademarks and logos used in connection with the Services are the trademarks of their respective

Confidential

LINK_HIQ_000198413

owners. LinkedIn, SlideShare, and "in" logos and other LinkedIn trademarks, service marks, graphics, and logos used for our Services are trademarks or registered trademarks of LinkedIn.

Back to LinkedIn.com

## 3.6 Automated Processing

We use data and information about you to make relevant suggestions to you and others.

We will use the information and data that you provide and that we have about Members to make recommendations for connections, content and features that may be useful to you. For example, we use data and information about you to recommend jobs to you and you to recruiters. Keeping your profile accurate and up-to-date helps us to make these recommendations more accurate and relevant.

# 4. Disclaimer and Limit of Liability

## 4.1 No Warranty

This is our disclaimer of legal liability for the quality, safety, or reliability of our Services.

TO THE EXTENT ALLOWED UNDER LAW, LINKEDIN AND ITS AFFILIATES (AND THOSE THAT LINKEDIN WORKS WITH TO PROVIDE THE SERVICES) (A) DISCLAIM ALL IMPLIED WARRANTIES AND REPRESENTATIONS (E.G. WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY OF DATA, AND NONINFRINGEMENT); (B) DO NOT GUARANTEE THAT THE SERVICES WILL FUNCTION WITHOUT INTERRUPTION OR ERRORS, AND (C) PROVIDE THE SERVICE (INCLUDING CONTENT AND INFORMATION) ON AN "AS IS" AND "AS AVAILABLE" BASIS.

SOME LAWS DO NOT ALLOW CERTAIN DISCLAIMERS, SO SOME OR ALL OF THESE DISCLAIMERS MAY NOT APPLY TO YOU.

## 4.2 Exclusion of Liability

These are the limits of legal liability we may have to you.

TO THE EXTENT PERMITTED UNDER LAW (AND UNLESS LINKEDIN HAS ENTERED INTO A SEPARATE WRITTEN AGREEMENT THAT OVERRIDES THIS CONTRACT), LINKEDIN AND ITS AFFILIATES (AND THOSE THAT LINKEDIN WORKS WITH TO PROVIDE THE SERVICES) SHALL NOT BE LIABLE TO YOU OR OTHERS FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, OR ANY LOSS OF DATA, OPPORTUNITIES, REPUTATION,

Confidential    LINK_HIQ_000198414

PROFITS OR REVENUES, RELATED TO THE SERVICES (E.G. OFFENSIVE OR DEFAMATORY STATEMENTS, DOWN TIME OR LOSS, USE OF, OR CHANGES T

Back to LinkedIn.com

YOUR INFORMATION OR CONTENT).

IN NO EVENT SHALL THE LIABILITY OF LINKEDIN AND ITS AFFILIATES (AND THOSE THAT LINKEDIN WORKS WITH TO PROVIDE THE SERVICES) EXCEED, IN THE AGGREGATE FOR ALL CLAIMS, AN AMOUNT THAT IS THE LESSER OF (A) FIVE TIMES THE MOST RECENT MONTHLY OR YEARLY FEE THAT YOU PAID FOR A PREMIUM SERVICE, IF ANY, OR (B) US $1000.

THIS LIMITATION OF LIABILITY IS PART OF THE BASIS OF THE BARGAIN BETWEEN YOU AND LINKEDIN AND SHALL APPLY TO ALL CLAIMS OF LIABILITY (E.G. WARRANTY, TORT, NEGLIGENCE, CONTRACT, LAW) AND EVEN IF LINKEDIN OR ITS AFFILIATES HAS BEEN TOLD OF THE POSSIBILITY OF ANY SUCH DAMAGE, AND EVEN IF THESE REMEDIES FAIL THEIR ESSENTIAL PURPOSE.

SOME LAWS DO NOT ALLOW THE LIMITATION OR EXCLUSION OF LIABILITY, SO THESE LIMITS MAY NOT APPLY TO YOU.

# 5. Termination

We can each end this Contract anytime we want.

Both you and LinkedIn may terminate this Contract at any time with notice to the other. On termination, you lose the right to access or use the Services. The following shall survive termination:

- Our rights to use and disclose your feedback;

- Members and/or Visitors' rights to further re-share content and information you shared through the Service to the extent copied or re-shared prior to termination;

- Sections 4, 6, 7, and 8.2 of this Contract;

- Any amounts owed by either party prior to termination remain owed after termination.

You can visit our **Help Center** to close your account.

# 6. Governing Law and Dispute Resolution

Confidential

LINK_HIQ_000198415

In the unlikely event we end up in a legal dispute, LinkedIn and you agree to resolve it in California courts using California law, or Dublin, Ireland courts using Irish law.

**If you live in the _Designated Countries_**: You and LinkedIn Ireland agree that the laws of Ireland, excluding conflict of laws rules, shall exclusively govern any dispute relating to this Contract and/or the Services. You and LinkedIn Ireland agree that claims and disputes can be litigated only in Dublin, Ireland, and we each agree to personal jurisdiction of the courts located in Dublin, Ireland.

**For others outside of Designated Countries, including those who live outside of the United States**: You and LinkedIn agree that the laws of the State of California, U.S.A., excluding its conflict of laws rules, shall exclusively govern any dispute relating to this Contract and/or the Services. You and LinkedIn both agree that all claims and disputes can be litigated only in the federal or state courts in Santa Clara County, California, USA, and you and LinkedIn each agree to personal jurisdiction in those courts.

# 7. General Terms

Here are some important details about the Contract.

If a court with authority over this Contract finds any part of it unenforceable, you and we agree that the court should modify the terms to make that part enforceable while still achieving its intent. If the court cannot do that, you and we agree to ask the court to remove that unenforceable part and still enforce the rest of this Contract.

To the extent allowed by law, the English language version of this Contract is binding and other translations are for convenience only. This Contract (including additional terms that may be provided by us when you engage with a feature of the Services) is the only agreement between us regarding the Services and supersedes all prior agreements for the Services.

If we don't act to enforce a breach of this Contract, that does not mean that LinkedIn has waived its right to enforce this Contract. You may not assign or transfer this Contract (or your membership or use of Services) to anyone without our consent. However, you agree that LinkedIn may assign this Contract to its affiliates or a party that buys it without your consent. There are no third-party beneficiaries to this Contract.

You agree that the only way to provide us legal notice is at the addresses provided in Section 10.

# 8. LinkedIn "Dos and Don'ts"

## 8.1. Dos

Confidential

LINK_HIQ_000198416

LinkedIn is a community of professionals. This list of "Dos and Don'ts" along with our **Professional Community Policies** limit what you can and cannot do on our Services.

**You agree that you will:**

a. Comply with all applicable laws, including, without limitation, privacy laws, intellectual property laws, anti-spam laws, export control laws, tax laws, and regulatory requirements;

b. Provide accurate information to us and keep it updated;

c. Use your real name on your profile; and

d. Use the Services in a professional manner.

## 8.2. Don'ts

**You agree that you will *not*:**

a. Create a false identity on LinkedIn, misrepresent your identity, create a Member profile for anyone other than yourself (a real person), or use or attempt to use another's account;

b. Develop, support or use software, devices, scripts, robots, or any other means or processes (including crawlers, browser plugins and add-ons, or any other technology) to scrape the Services or otherwise copy profiles and other data from the Services;

c. Override any security feature or bypass or circumvent any access controls or use limits of the Service (such as caps on keyword searches or profile views);

d. Copy, use, disclose or distribute any information obtained from the Services, whether directly or through third parties (such as search engines), without the consent of LinkedIn;

e. Disclose information that you do not have the consent to disclose (such as confidential information of others (including your employer));

f. Violate the intellectual property rights of others, including copyrights, patents, trademarks, trade secrets, or other proprietary rights. For example, do not copy or distribute (except through the available sharing functionality) the posts or other content of others without their permission, which they may give by posting under a Creative Commons license;

g. Violate the intellectual property or other rights of LinkedIn, including, without limitation, (i) copying or distributing our learning videos or other materials or (ii) copying or distributing our technology, unless it is released under open source licenses; (iii) using the word "LinkedIn" or our logos

Confidential                                                                              LINK_HIQ_000198417

https://www.linkedin.com/legal/user-agreement

in any business name, email, or URL except as provided in the **Brand Guidelines**;

h. Post anything that contains software viruses, worms, or any other harmful code;

i. Reverse engineer, decompile, disassemble, decipher or otherwise attempt to derive the source code for the Services or any related technology that is not open source;

j. Imply or state that you are affiliated with or endorsed by LinkedIn without our express consent (e.g., representing yourself as an accredited LinkedIn trainer);

k. Rent, lease, loan, trade, sell/re-sell or otherwise monetize the Services or related data or access to the same, without LinkedIn's consent;

l. Deep-link to our Services for any purpose other than to promote your profile or a Group on our Services, without LinkedIn's consent;

m. Use bots or other automated methods to access the Services, add or download contacts, send or redirect messages;

n. Monitor the Services' availability, performance or functionality for any competitive purpose;

o. Engage in "framing," "mirroring," or otherwise simulating the appearance or function of the Services;

p. Overlay or otherwise modify the Services or their appearance (such as by inserting elements into the Services or removing, covering, or obscuring an advertisement included on the Services);

q. Interfere with the operation of, or place an unreasonable load on, the Services (e.g., spam, denial of service attack, viruses, gaming algorithms); and/or

r. Violate the **Professional Community Policies** or any additional terms concerning a specific Service that are provided when you sign up for or start using such Service.

# 9. Complaints Regarding Content

Contact information for complaint about content provided by our Members.

We respect the intellectual property rights of others. We require that information posted by Members be accurate and not in violation of the intellectual property rights or other rights of third parties. We provide a **policy and process** for complaints concerning content posted by our Members.

Confidential

LINK_HIQ_000198418

# 10. How To Contact Us

Our Contact information. Our **Help Center** also provides information about our Services.

If you want to send us notices or service of process, please contact us:

**ONLINE** OR BY **MAIL**

---

Help Center | About | Careers | Advertising | Talent Solutions | Sales Solutions | Small Business | Mobile |      ProFinder | **Upgrade Your Account**

**LinkedIn Corporation © 2018** | User Agreement | Privacy Policy | Ad Choices | Community Guidelines | Cookie Policy | Copyright Policy | Send Feedback

Confidential

LINK_HIQ_000198419

# EXHIBIT F

# User Agreement

*Effective on January 6, 2020*

Our mission is to connect the world's professionals to allow them to be more productive and successful. Our services are designed to promote economic opportunity for our members by enabling you and millions of other professionals to meet, exchange ideas, learn, and find opportunities or employees, work, and make decisions in a network of trusted relationships.

**▶ More information about how we use your content is in our User Agreement video**

Table of Contents:

1. Introduction

2. Obligations

3. Rights and Limits

4. Disclaimer and Limit of Liability

5. Termination

6. Governing Law and Dispute Resolution

7. General Terms

8. LinkedIn "Dos and Don'ts"

9. Complaints Regarding Content

LINK_HIQ_000198329

10. How To Contact Us

# 1. Introduction

## 1.1 Contract

When you use our Services you agree to all of these terms. Your use of our Services is also subject to our **Cookie Policy** and our **Privacy Policy**, which covers how we collect, use, share, and store your personal information.

You agree that by clicking "Join Now", "Join LinkedIn", "Sign Up" or similar, registering, accessing or using our services (described below), **you are agreeing to enter into a legally binding contract** with LinkedIn (even if you are using our Services on behalf of a company). If you do not agree to this contract ("Contract" or "User Agreement"), do **not** click "Join Now" (or similar) and do not access or otherwise use any of our Services. If you wish to terminate this contract, at any time you can do so by closing your account and no longer accessing or using our Services.

**Services**
This Contract applies to LinkedIn.com, LinkedIn-branded apps, Slideshare, LinkedIn Learning and other LinkedIn-related sites, apps, communications and other services that state that they are offered under this Contract ("Services"), including the offsite collection of data for those Services, such as our ads and the "Apply with LinkedIn" and "Share with LinkedIn" plugins. Registered users of our Services are "Members" and unregistered users are "Visitors".

**LinkedIn**
You are entering into this Contract with LinkedIn (also referred to as "we" and "us").

We use the term "Designated Countries" to refer to countries in the European Union (EU), European Economic Area (EEA), and Switzerland.

If you reside in the "Designated Countries", you are entering into this Contract with LinkedIn Ireland Unlimited Company ("LinkedIn Ireland") and LinkedIn Ireland will be the controller of your personal data provided to, or collected by or for, or processed in connection with our Services.

If you reside outside of the "Designated Countries", you are entering into this Contract with LinkedIn Corporation ("LinkedIn Corp.") and LinkedIn Corp. will be the controller of your personal data provided to, or collected by or for, or processed in connection with our Services.

This Contract applies to Members and Visitors.

As a Visitor or Member of our Services, the collection, use and sharing of your personal data is subject to this **Privacy Policy** (which includes our **Cookie Policy** and other documents referenced in this Privacy Policy) and updates.

LINK_HIQ_000198330

## 1.2 Members and Visitors

When you register and join the LinkedIn Service or become a registered user on SlideShare, you become a Member. If you have chosen not to register for our Services, you may access certain features as a "Visitor."

## 1.3 Change

We may make changes to the Contract.

We may modify this Contract, our Privacy Policy and our Cookies Policy from time to time. If we make material changes to it, we will provide you notice through our Services, or by other means, to provide you the opportunity to review the changes before they become effective. We agree that changes cannot be retroactive. If you object to any changes, you may **close your account**. Your continued use of our Services after we publish or send a notice about our changes to these terms means that you are consenting to the updated terms as of their effective date.

# 2. Obligations

## 2.1 Service Eligibility

Here are some promises that you make to us in this Contract:

You're eligible to enter into this Contract and you are at least our "Minimum Age."

The Services are not for use by anyone under the age of 16.

To use the Services, you agree that: (1) you must be the "Minimum Age" (described below) or older; (2) you will only have one LinkedIn account, which must be in your real name; and (3) you are not already restricted by LinkedIn from using the Services. Creating an account with false information is a violation of our terms, including accounts registered on behalf of others or persons under the age of 16.

"Minimum Age" means 16 years old. However, if law requires that you must be older in order for LinkedIn to lawfully provide the Services to you without parental consent (including using of your personal data) then the Minimum Age is such older age.

## 2.2 Your Account

You will keep your password a secret.

You will not share an account with anyone else and will follow our rules and the law.

Members are account holders. You agree to: (1) use a strong password and keep it confidential; (2) not transfer any part of your account (e.g., connections) and (3) follow the law and our list of Dos and Don'ts and **Professional Community Policies**. You are responsible for anything that happens through your account unless you close it or report misuse.

LINK_HIQ_000198331

As between you and others (including your employer), your account belongs to you. However, if the Services were purchased by another party for you to use (e.g. Recruiter seat bought by your employer), the party paying for such Service has the right to control access to and get reports on your use of such paid Service; however, they do not have rights to your personal account.

## 2.3 Payment

> You'll honor your payment obligations and you are okay with us storing your payment information. You understand that there may be fees and taxes that are added to our prices.
>
> Refunds are subject to our policy.

If you buy any of our paid Services ("Premium Services"), you agree to pay us the applicable fees and taxes and to **additional terms** specific to the paid Services. Failure to pay these fees will result in the termination of your paid Services. Also, you agree that:

- Your purchase may be subject to foreign exchange fees or differences in prices based on location (e.g. exchange rates).

- We may store and continue billing your payment method (e.g. credit card) even after it has expired, to avoid interruptions in your Services and to use to pay other Services you may buy.

- If you purchase a subscription, your payment method automatically will be charged at the start of each subscription period for the fees and taxes applicable to that period. To avoid future charges, cancel before the renewal date. Learn how to **cancel or suspend** your Premium Services.

- All of your purchases of Services are subject to LinkedIn's **refund policy**.

- We may calculate taxes payable by you based on the billing information that you provide us at the time of purchase.

You can get a copy of your invoice through your LinkedIn account settings under "**Purchase History**".

## 2.4 Notices and Messages

> You're okay with us providing notices and messages to you through our websites, apps, and contact information. If your contact information is out of date, you may miss out on important notices.

You agree that we will provide notices and messages to you in the following ways: (1) within the Service, or (2) sent to the contact information you provided us (e.g., email, mobile number, physical address). You agree to keep your **contact information** up to date.

Please review your settings to **control and limit** messages you receive from us.

## 2.5 Sharing

LINK_HIQ_000198332

> When you share information on our Services, others can see, copy and use that information.

Our Services allow messaging and sharing of information in many ways, such as your profile, articles, group posts, links to news articles, job postings, messages and InMails. Information and content that you share or post may be seen by other Members, Visitors or others (including off of the Services). Where we have made settings available, we will honor the choices you make about who can see content or information (e.g., message content to your addressees, sharing content only to LinkedIn connections, restricting your profile visibility from search engines, or opting not to notify others of your LinkedIn profile update). For job searching activities, we default to not notifying your connections network or the public. So, if you apply for a job through our Service or opt to signal that you are interested in a job, our default is to share it only with the job poster.

We are not obligated to publish any information or content on our Service and can remove it with or without notice.

# 3. Rights and Limits

## 3.1. Your License to LinkedIn

> You own all of the content, feedback and personal information you provide to us, but you also grant us a non-exclusive license to it.

> We'll honor the choices you make about who gets to see your information and content, including how it can be used for ads.

As between you and LinkedIn, you own the content and information that you submit or post to the Services, and you are only granting LinkedIn and our affiliates the following non-exclusive license:

A worldwide, transferable and sublicensable right to use, copy, modify, distribute, publish and process, information and content that you provide through our Services and the services of others, without any further consent, notice and/or compensation to you or others. These rights are limited in the following ways:

1. You can end this license for specific content by deleting such content from the Services, or generally by closing your account, except (a) to the extent you shared it with others as part of the Service and they copied, re-shared it or stored it and (b) for the reasonable time it takes to remove from backup and other systems.

2. We will not include your content in advertisements for the products and services of third parties to others without your separate consent (including sponsored content). However, we have the right, without payment to you or others, to serve ads near your content and information, and your social actions may be visible and included with ads, as noted in the Privacy Policy. If you use a Service feature, we may mention that with your name or photo to promote that feature within our Services, subject to your settings.

3. We will get your consent if we want to give others the right to publish your content beyond the Services. However, if you choose to share your post as "public", we will enable a feature that allows other Members to embed that public post onto third-party services, and we enable search engines to make that public content findable though their services. **Learn More**

LINK_HIQ_000198333

4. While we may edit and make format changes to your content (such as translating or transcribing it, modifying the size, layout or file type or removing metadata), we will not modify the meaning of your expression.

5. Because you own your content and information and we only have non-exclusive rights to it, you may choose to make it available to others, including under the terms of a **Creative Commons license**.

> You and LinkedIn agree that if content includes personal data, it is subject to our Privacy Policy.

You and LinkedIn agree that we may access, store, process and use any information and personal data that you provide in accordance with, the terms of the **Privacy Policy** and your choices (including settings).

By submitting suggestions or other feedback regarding our Services to LinkedIn, you agree that LinkedIn can use and share (but does not have to) such feedback for any purpose without compensation to you.

> You promise to only provide information and content that you have the right to share, and that your LinkedIn profile will be truthful.

You agree to only provide content or information that does not violate the law nor anyone's rights (including intellectual property rights). You also agree that your profile information will be truthful. LinkedIn may be required by law to remove certain information or content in certain countries.

## 3.2 Service Availability

> We may change or end any Service or modify our prices prospectively.

We may change, suspend or discontinue any of our Services. We may also modify our prices effective prospectively upon reasonable notice to the extent allowed under the law.

We don't promise to store or keep showing any information and content that you've posted. LinkedIn is not a storage service. You agree that we have no obligation to store, maintain or provide you a copy of any content or information that you or others provide, except to the extent required by applicable law and as noted in our Privacy Policy.

## 3.3 Other Content, Sites and Apps

> Your use of others' content and information posted on our Services, is at your own risk.

> Others may offer their own products and services through our Services, and we aren't responsible for those third-party activities.

By using the Services, you may encounter content or information that might be inaccurate, incomplete, delayed, misleading, illegal, offensive or otherwise harmful. LinkedIn generally does not review content provided by our Members or others. You agree that we are not responsible for others' (including other Members') content or information. We cannot always prevent this misuse of our Services, and you agree that we are not responsible

LINK_HIQ_000198334

for any such misuse. You also acknowledge the risk that you or your organization may be mistakenly associated with content about others when we let connections and followers know you or your organization were mentioned in the news. Members have **choices** about this **feature**.

LinkedIn may help connect Members offering their services (career coaching, accounting, etc.) with Members seeking services. LinkedIn does not perform nor employs individuals to perform these services. You must be at least 18 years of age to offer, perform or procure these services. You acknowledge that LinkedIn does not supervise, direct, control or monitor Members in the performance of these services and agree that (1) LinkedIn is not responsible for the offering, performance or procurement of these services, (2) LinkedIn does not endorse any particular Member's offered services, and (3) nothing shall create an employment, agency, or joint venture relationship between LinkedIn and any Member offering services. If you are a Member offering services, you represent and warrant that you have all the required licenses and will provide services consistent with our **Professional Community Policies**.

Similarly, LinkedIn may help you register for and/or attend events organized by Members and connect with other Members who are attendees at such events. You agree that (1) LinkedIn is not responsible for the conduct of any of the Members or other attendees at such events, (2) LinkedIn does not endorse any particular event listed on our Services, (3) LinkedIn does not review and/or vet any of these events, and (4) that you will adhere to these terms and conditions that apply to such events.

## 3.4 Limits

> We have the right to limit how you connect and interact on our Services.

LinkedIn reserves the right to limit your use of the Services, including the number of your connections and your ability to contact other Members. LinkedIn reserves the right to restrict, suspend, or terminate your account if you breach this Contract or the law or are misusing the Services (e.g., violating any of the Dos and Don'ts or **Professional Community Policies**).

## 3.5 Intellectual Property Rights

> We're providing you notice about our intellectual property rights.

LinkedIn reserves all of its intellectual property rights in the Services. Trademarks and logos used in connection with the Services are the trademarks of their respective owners. LinkedIn, and "in" logos and other LinkedIn trademarks, service marks, graphics and logos used for our Services are trademarks or registered trademarks of LinkedIn.

## 3.6 Automated Processing

> We use data and information about you to make relevant suggestions to you and others.

We use the information and data that you provide and that we have about Members to make recommendations for connections, content and features that may be useful to you. For example, we use data and information about you to recommend jobs to you and you to recruiters. Keeping your profile accurate and up to date helps us to make these recommendations more accurate and relevant.

LINK_HIQ_000198335

# 4. Disclaimer and Limit of Liability

## 4.1 No Warranty

This is our disclaimer of legal liability for the quality, safety, or reliability of our Services.

LINKEDIN AND ITS AFFILIATES MAKE NO REPRESENTATION OR WARRANTY ABOUT THE SERVICES, INCLUDING ANY REPRESENTATION THAT THE SERVICES WILL BE UNINTERRUPTED OR ERROR-FREE, AND PROVIDE THE SERVICES (INCLUDING CONTENT AND INFORMATION) ON AN "AS IS" AND "AS AVAILABLE" BASIS. TO THE FULLEST EXTENT PERMITTED UNDER APPLICABLE LAW, LINKEDIN AND ITS AFFILIATES DISCLAIM ANY IMPLIED OR STATUTORY WARRANTY, INCLUDING ANY IMPLIED WARRANTY OF TITLE, ACCURACY OF DATA, NON-INFRINGEMENT, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

## 4.2 Exclusion of Liability

These are the limits of legal liability we may have to you.

TO THE FULLEST EXTENT PERMITTED BY LAW (AND UNLESS LINKEDIN HAS ENTERED INTO A SEPARATE WRITTEN AGREEMENT THAT OVERRIDES THIS CONTRACT), LINKEDIN, INCLUDING ITS AFFILIATES, WILL NOT BE LIABLE IN CONNECTION WITH THIS CONTRACT FOR LOST PROFITS OR LOST BUSINESS OPPORTUNITIES, REPUTATION (E.G., OFFENSIVE OR DEFAMATORY STATEMENTS), LOSS OF DATA (E.G., DOWN TIME OR LOSS, USE OF, OR CHANGES TO, YOUR INFORMATION OR CONTENT) OR ANY INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL OR PUNITIVE DAMAGES.

LINKEDIN AND ITS AFFILIATES WILL NOT BE LIABLE TO YOU IN CONNECTION WITH THIS CONTRACT FOR ANY AMOUNT THAT EXCEEDS (A) THE TOTAL FEES PAID OR PAYABLE BY YOU TO LINKEDIN FOR THE SERVICES DURING THE TERM OF THIS CONTRACT, IF ANY, OR (B) US $1000.

## 4.3 Basis of the Bargain; Exclusions

The limitations of liability in this Section 4 are part of the basis of the bargain between you and LinkedIn and shall apply to all claims of liability (e.g., warranty, tort, negligence, contract and law) even if LinkedIn or its affiliates has been told of the possibility of any such damage, and even if these remedies fail their essential purpose.

These limitations of liability do not apply to liability for death or personal injury or for fraud, gross negligence or intentional misconduct, or in cases of negligence where a material obligation has been breached, a material obligation being such which forms a prerequisite to our delivery of services and on which you may reasonably rely, but only to the extent that the damages were directly caused by the breach and were foreseeable upon conclusion of this Contract and to the extent that they are typical in the context of this Contract.

LINK_HIQ_000198336

# 5. Termination

| We can each end this Contract, but some rights and obligations survive.

Both you and LinkedIn may terminate this Contract at any time with notice to the other. On termination, you lose the right to access or use the Services. The following shall survive termination:

- Our rights to use and disclose your feedback;

- Members and/or Visitors' rights to further re-share content and information you shared through the Services;

- Sections 4, 6, 7, and 8.2 of this Contract;

- Any amounts owed by either party prior to termination remain owed after termination.

You can visit our **Help Center** to close your account.

# 6. Governing Law and Dispute Resolution

| In the unlikely event we end up in a legal dispute, you and LinkedIn agree to resolve
| it in California courts using California law, or Dublin, Ireland courts using Irish law.

This section shall not deprive you of any mandatory consumer protections under the law of the country to which we direct Services to you, where you have your habitual residence. **If you live in the Designated Countries**: You and LinkedIn Ireland agree that the laws of Ireland, excluding conflict of laws rules, shall exclusively govern any dispute relating to this Contract and/or the Services. You and LinkedIn Ireland agree that claims and disputes can be litigated only in Dublin, Ireland, and we each agree to personal jurisdiction of the courts located in Dublin, Ireland.

**For others outside of Designated Countries, including those who live outside of the United States**: You and LinkedIn agree that the laws of the State of California, U.S.A., excluding its conflict of laws rules, shall exclusively govern any dispute relating to this Contract and/or the Services. You and LinkedIn both agree that all claims and disputes can be litigated only in the federal or state courts in Santa Clara County, California, USA, and you and LinkedIn each agree to personal jurisdiction in those courts.

# 7. General Terms

| Here are some important details about the Contract.

If a court with authority over this Contract finds any part of it unenforceable, you and we agree that the court should modify the terms to make that part enforceable while still achieving its intent. If the court cannot do that, you and we agree to ask the court to remove that unenforceable part and still enforce the rest of this Contract.

This Contract (including additional terms that may be provided by us when you engage with a feature of the Services) is the only agreement between us regarding the Services and supersedes all prior agreements for the Services.

If we don't act to enforce a breach of this Contract, that does not mean that LinkedIn has waived its right to enforce this Contract. You may not assign or transfer this Contract (or your membership or use of Services) to anyone without our consent. However, you agree that LinkedIn may assign this Contract to its affiliates or a party that buys it without your consent. There are no third-party beneficiaries to this Contract.

You agree that the only way to provide us legal notice is at the addresses provided in Section 10.

# 8. LinkedIn "Dos and Don'ts"

## 8.1. Dos

LinkedIn is a community of professionals. This list of "Dos and Don'ts" along with our **Professional Community Policies** limit what you can and cannot do on our Services.

**You agree that you will:**

a. Comply with all applicable laws, including, without limitation, privacy laws, intellectual property laws, anti-spam laws, export control laws, tax laws, and regulatory requirements;

b. Provide accurate information to us and keep it updated;

c. Use your real name on your profile; and

d. Use the Services in a professional manner.

## 8.2. Don'ts

**You agree that you will _not_:**

a. Create a false identity on LinkedIn, misrepresent your identity, create a Member profile for anyone other than yourself (a real person), or use or attempt to use another's account;

b. Develop, support or use software, devices, scripts, robots or any other means or processes (including crawlers, browser plugins and add-ons or any other technology) to scrape the Services or otherwise copy profiles and other data from the Services;

c. Override any security feature or bypass or circumvent any access controls or use limits of the Service (such as caps on keyword searches or profile views);

d. Copy, use, disclose or distribute any information obtained from the Services, whether directly or through third parties (such as search engines), without the consent of LinkedIn;

e. Disclose information that you do not have the consent to disclose (such as confidential information of others (including your employer));

LINK_HIQ_000198338

f. Violate the intellectual property rights of others, including copyrights, patents, trademarks, trade secrets or other proprietary rights. For example, do not copy or distribute (except through the available sharing functionality) the posts or other content of others without their permission, which they may give by posting under a Creative Commons license;

g. Violate the intellectual property or other rights of LinkedIn, including, without limitation, (i) copying or distributing our learning videos or other materials or (ii) copying or distributing our technology, unless it is released under open source licenses; (iii) using the word "LinkedIn" or our logos in any business name, email, or URL except as provided in the **Brand Guidelines**;

h. Post anything that contains software viruses, worms, or any other harmful code;

i. Reverse engineer, decompile, disassemble, decipher or otherwise attempt to derive the source code for the Services or any related technology that is not open source;

j. Imply or state that you are affiliated with or endorsed by LinkedIn without our express consent (e.g., representing yourself as an accredited LinkedIn trainer);

k. Rent, lease, loan, trade, sell/re-sell or otherwise monetize the Services or related data or access to the same, without LinkedIn's consent;

l. Deep-link to our Services for any purpose other than to promote your profile or a Group on our Services, without LinkedIn's consent;

m. Use bots or other automated methods to access the Services, add or download contacts, send or redirect messages;

n. Monitor the Services' availability, performance or functionality for any competitive purpose;

o. Engage in "framing," "mirroring," or otherwise simulating the appearance or function of the Services;

p. Overlay or otherwise modify the Services or their appearance (such as by inserting elements into the Services or removing, covering, or obscuring an advertisement included on the Services);

q. Interfere with the operation of, or place an unreasonable load on, the Services (e.g., spam, denial of service attack, viruses, gaming algorithms); and/or

r. Violate the **Professional Community Policies** or any additional terms concerning a specific Service that are provided when you sign up for or start using such Service, and the **Bing Maps terms** where applicable.

# 9. Complaints Regarding Content

Contact information for complaint about content provided by our Members.

We respect the intellectual property rights of others. We require that information posted by Members be accurate and not in violation of the intellectual property rights or other rights of third parties. We provide a **policy and process** for complaints concerning content posted by our Members.

Confidential

# 10. How To Contact Us

> Our Contact information. Our **Help Center** also provides information about our Services.

For general inquiries, you may contact us **online**. For legal notices or service of process, you may write us at these **addresses**.

Help Center | About | Careers | Advertising | Talent Solutions | Sales Solutions | Small Business | Mobile

Language | ProFinder | **Upgrade Your Account**

LinkedIn Corporation © 2020 | User Agreement | Privacy Policy | Ad Choices | Community Guidelines | Cookie Policy

Copyright Policy | Send Feedback

LINK_HIQ_000198340

# EXHIBIT G

# User Agreement

*Effective on August 11, 2020*

Our mission is to connect the world's professionals to allow them to be more productive and successful. Our services are designed to promote economic opportunity for our members by enabling you and millions of other professionals to meet, exchange ideas, learn, and find opportunities or employees, work, and make decisions in a network of trusted relationships.

**▶ More information about how we use your content is in our User Agreement video**

Table of Contents:

1. Introduction

2. Obligations

3. Rights and Limits

4. Disclaimer and Limit of Liability

5. Termination

6. Governing Law and Dispute Resolution

7. General Terms

8. LinkedIn "Dos and Don'ts"

9. Complaints Regarding Content

Confidential

LINK_HIQ_000198316

10. How To Contact Us

# 1. Introduction

## 1.1 Contract

When you use our Services you agree to all of these terms. Your use of our Services is also subject to our **Cookie Policy** and our **Privacy Policy**, which covers how we collect, use, share, and store your personal information.

You agree that by clicking "Join Now", "Join LinkedIn", "Sign Up" or similar, registering, accessing or using our services (described below), **you are agreeing to enter into a legally binding contract** with LinkedIn (even if you are using our Services on behalf of a company). If you do not agree to this contract ("Contract" or "User Agreement"), do **not** click "Join Now" (or similar) and do not access or otherwise use any of our Services. If you wish to terminate this contract, at any time you can do so by closing your account and no longer accessing or using our Services.

**Services**
This Contract applies to LinkedIn.com, LinkedIn-branded apps, LinkedIn Learning and other LinkedIn-related sites, apps, communications and other services that state that they are offered under this Contract ("Services"), including the offsite collection of data for those Services, such as our ads and the "Apply with LinkedIn" and "Share with LinkedIn" plugins. Registered users of our Services are "Members" and unregistered users are "Visitors".

**LinkedIn**
You are entering into this Contract with LinkedIn (also referred to as "we" and "us").

We use the term "Designated Countries" to refer to countries in the European Union (EU), European Economic Area (EEA), and Switzerland.

If you reside in the "Designated Countries", you are entering into this Contract with LinkedIn Ireland Unlimited Company ("LinkedIn Ireland") and LinkedIn Ireland will be the controller of your personal data provided to, or collected by or for, or processed in connection with our Services.

If you reside outside of the "Designated Countries", you are entering into this Contract with LinkedIn Corporation ("LinkedIn Corp.") and LinkedIn Corp. will be the controller of your personal data provided to, or collected by or for, or processed in connection with our Services.

This Contract applies to Members and Visitors.

As a Visitor or Member of our Services, the collection, use and sharing of your personal data is subject to this **Privacy Policy** (which includes our **Cookie Policy** and other documents referenced in this Privacy Policy) and updates.

 LINK_HIQ_000198317

## 1.2 Members and Visitors

When you register and join the LinkedIn Services, you become a Member. If you have chosen not to register for our Services, you may access certain features as a "Visitor."

## 1.3 Change

We may make changes to the Contract.

We may modify this Contract, our Privacy Policy and our Cookies Policy from time to time. If we make material changes to it, we will provide you notice through our Services, or by other means, to provide you the opportunity to review the changes before they become effective. We agree that changes cannot be retroactive. If you object to any changes, you may **close your account**. Your continued use of our Services after we publish or send a notice about our changes to these terms means that you are consenting to the updated terms as of their effective date.

# 2. Obligations

## 2.1 Service Eligibility

Here are some promises that you make to us in this Contract:

You're eligible to enter into this Contract and you are at least our "Minimum Age."

The Services are not for use by anyone under the age of 16.

To use the Services, you agree that: (1) you must be the "Minimum Age" (described below) or older; (2) you will only have one LinkedIn account, which must be in your real name; and (3) you are not already restricted by LinkedIn from using the Services. Creating an account with false information is a violation of our terms, including accounts registered on behalf of others or persons under the age of 16.

"Minimum Age" means 16 years old. However, if law requires that you must be older in order for LinkedIn to lawfully provide the Services to you without parental consent (including using of your personal data) then the Minimum Age is such older age.

## 2.2 Your Account

You will keep your password a secret.

You will not share an account with anyone else and will follow our rules and the law.

Members are account holders. You agree to: (1) use a strong password and keep it confidential; (2) not transfer any part of your account (e.g., connections) and (3) follow the law and our list of Dos and Don'ts and **Professional Community Policies**. You are responsible for anything that happens through your account unless you close it or report misuse.

LINK_HIQ_000198318

As between you and others (including your employer), your account belongs to you. However, if the Services were purchased by another party for you to use (e.g. Recruiter seat bought by your employer), the party paying for such Service has the right to control access to and get reports on your use of such paid Service; however, they do not have rights to your personal account.

## 2.3 Payment

You'll honor your payment obligations and you are okay with us storing your payment information. You understand that there may be fees and taxes that are added to our prices.

Refunds are subject to our policy.

If you buy any of our paid Services ("Premium Services"), you agree to pay us the applicable fees and taxes and to **additional terms** specific to the paid Services. Failure to pay these fees will result in the termination of your paid Services. Also, you agree that:

- Your purchase may be subject to foreign exchange fees or differences in prices based on location (e.g. exchange rates).

- We may store and continue billing your payment method (e.g. credit card) even after it has expired, to avoid interruptions in your Services and to use to pay other Services you may buy.

- If you purchase a subscription, your payment method automatically will be charged at the start of each subscription period for the fees and taxes applicable to that period. To avoid future charges, cancel before the renewal date. Learn how to **cancel or suspend** your Premium Services.

- All of your purchases of Services are subject to LinkedIn's **refund policy**.

- We may calculate taxes payable by you based on the billing information that you provide us at the time of purchase.

You can get a copy of your invoice through your LinkedIn account settings under "**Purchase History**".

## 2.4 Notices and Messages

You're okay with us providing notices and messages to you through our websites, apps, and contact information. If your contact information is out of date, you may miss out on important notices.

You agree that we will provide notices and messages to you in the following ways: (1) within the Service, or (2) sent to the contact information you provided us (e.g., email, mobile number, physical address). You agree to keep your **contact information** up to date.

Please review your settings to **control and limit** messages you receive from us.

## 2.5 Sharing

LINK_HIQ_000198319

When you share information on our Services, others can see, copy and use that information.

Our Services allow messaging and sharing of information in many ways, such as your profile, articles, group posts, links to news articles, job postings, messages and InMails. Information and content that you share or post may be seen by other Members, Visitors or others (including off of the Services). Where we have made settings available, we will honor the choices you make about who can see content or information (e.g., message content to your addressees, sharing content only to LinkedIn connections, restricting your profile visibility from search engines, or opting not to notify others of your LinkedIn profile update). For job searching activities, we default to not notifying your connections network or the public. So, if you apply for a job through our Service or opt to signal that you are interested in a job, our default is to share it only with the job poster.

We are not obligated to publish any information or content on our Service and can remove it with or without notice.

# 3. Rights and Limits

## 3.1. Your License to LinkedIn

You own all of the content, feedback and personal information you provide to us, but you also grant us a non-exclusive license to it.

We'll honor the choices you make about who gets to see your information and content, including how it can be used for ads.

As between you and LinkedIn, you own the content and information that you submit or post to the Services, and you are only granting LinkedIn and our affiliates the following non-exclusive license:

A worldwide, transferable and sublicensable right to use, copy, modify, distribute, publish and process, information and content that you provide through our Services and the services of others, without any further consent, notice and/or compensation to you or others. These rights are limited in the following ways:

1. You can end this license for specific content by deleting such content from the Services, or generally by closing your account, except (a) to the extent you shared it with others as part of the Service and they copied, re-shared it or stored it and (b) for the reasonable time it takes to remove from backup and other systems.

2. We will not include your content in advertisements for the products and services of third parties to others without your separate consent (including sponsored content). However, we have the right, without payment to you or others, to serve ads near your content and information, and your social actions may be visible and included with ads, as noted in the Privacy Policy. If you use a Service feature, we may mention that with your name or photo to promote that feature within our Services, subject to your settings.

3. We will get your consent if we want to give others the right to publish your content beyond the Services. However, if you choose to share your post as "public", we will enable a feature that allows other Members to embed that public post onto third-party services, and we enable search engines to make that public content findable though their services. **Learn More**

LINK_HIQ_000198320

4. While we may edit and make format changes to your content (such as translating or transcribing it, modifying the size, layout or file type or removing metadata), we will not modify the meaning of your expression.

5. Because you own your content and information and we only have non-exclusive rights to it, you may choose to make it available to others, including under the terms of a **Creative Commons license**.

You and LinkedIn agree that if content includes personal data, it is subject to our Privacy Policy.

You and LinkedIn agree that we may access, store, process and use any information and personal data that you provide in accordance with, the terms of the **Privacy Policy** and your choices (including settings).

By submitting suggestions or other feedback regarding our Services to LinkedIn, you agree that LinkedIn can use and share (but does not have to) such feedback for any purpose without compensation to you.

You promise to only provide information and content that you have the right to share, and that your LinkedIn profile will be truthful.

You agree to only provide content or information that does not violate the law nor anyone's rights (including intellectual property rights). You also agree that your profile information will be truthful. LinkedIn may be required by law to remove certain information or content in certain countries.

## 3.2 Service Availability

We may change or end any Service or modify our prices prospectively.

We may change, suspend or discontinue any of our Services. We may also modify our prices effective prospectively upon reasonable notice to the extent allowed under the law.

We don't promise to store or keep showing any information and content that you've posted. LinkedIn is not a storage service. You agree that we have no obligation to store, maintain or provide you a copy of any content or information that you or others provide, except to the extent required by applicable law and as noted in our Privacy Policy.

## 3.3 Other Content, Sites and Apps

Your use of others' content and information posted on our Services, is at your own risk.

Others may offer their own products and services through our Services, and we aren't responsible for those third-party activities.

By using the Services, you may encounter content or information that might be inaccurate, incomplete, delayed, misleading, illegal, offensive or otherwise harmful. LinkedIn generally does not review content provided by our Members or others. You agree that we are not responsible for others' (including other Members') content or information. We cannot always prevent this misuse of our Services, and you agree that we are not responsible

LINK_HIQ_000198321

for any such misuse. You also acknowledge the risk that you or your organization may be mistakenly associated with content about others when we let connections and followers know you or your organization were mentioned in the news. Members have **choices** about this **feature**.

LinkedIn may help connect Members offering their services (career coaching, accounting, etc.) with Members seeking services. LinkedIn does not perform nor employs individuals to perform these services. You must be at least 18 years of age to offer, perform or procure these services. You acknowledge that LinkedIn does not supervise, direct, control or monitor Members in the performance of these services and agree that (1) LinkedIn is not responsible for the offering, performance or procurement of these services, (2) LinkedIn does not endorse any particular Member's offered services, and (3) nothing shall create an employment, agency, or joint venture relationship between LinkedIn and any Member offering services. If you are a Member offering services, you represent and warrant that you have all the required licenses and will provide services consistent with our **Professional Community Policies**.

Similarly, LinkedIn may help you register for and/or attend events organized by Members and connect with other Members who are attendees at such events. You agree that (1) LinkedIn is not responsible for the conduct of any of the Members or other attendees at such events, (2) LinkedIn does not endorse any particular event listed on our Services, (3) LinkedIn does not review and/or vet any of these events, and (4) that you will adhere to these terms and conditions that apply to such events.

## 3.4 Limits

We have the right to limit how you connect and interact on our Services.

LinkedIn reserves the right to limit your use of the Services, including the number of your connections and your ability to contact other Members. LinkedIn reserves the right to restrict, suspend, or terminate your account if you breach this Contract or the law or are misusing the Services (e.g., violating any of the Dos and Don'ts or **Professional Community Policies**).

## 3.5 Intellectual Property Rights

We're providing you notice about our intellectual property rights.

LinkedIn reserves all of its intellectual property rights in the Services. Trademarks and logos used in connection with the Services are the trademarks of their respective owners. LinkedIn, and "in" logos and other LinkedIn trademarks, service marks, graphics and logos used for our Services are trademarks or registered trademarks of LinkedIn.

## 3.6 Automated Processing

We use data and information about you to make relevant suggestions to you and others.

We use the information and data that you provide and that we have about Members to make recommendations for connections, content and features that may be useful to you. For example, we use data and information about you to recommend jobs to you and you to recruiters. Keeping your profile accurate and up to date helps us to make these recommendations more accurate and relevant.

LINK_HIQ_000198322

# 4. Disclaimer and Limit of Liability

## 4.1 No Warranty

This is our disclaimer of legal liability for the quality, safety, or reliability of our Services.

LINKEDIN AND ITS AFFILIATES MAKE NO REPRESENTATION OR WARRANTY ABOUT THE SERVICES, INCLUDING ANY REPRESENTATION THAT THE SERVICES WILL BE UNINTERRUPTED OR ERROR-FREE, AND PROVIDE THE SERVICES (INCLUDING CONTENT AND INFORMATION) ON AN "AS IS" AND "AS AVAILABLE" BASIS. TO THE FULLEST EXTENT PERMITTED UNDER APPLICABLE LAW, LINKEDIN AND ITS AFFILIATES DISCLAIM ANY IMPLIED OR STATUTORY WARRANTY, INCLUDING ANY IMPLIED WARRANTY OF TITLE, ACCURACY OF DATA, NON-INFRINGEMENT, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

## 4.2 Exclusion of Liability

These are the limits of legal liability we may have to you.

TO THE FULLEST EXTENT PERMITTED BY LAW (AND UNLESS LINKEDIN HAS ENTERED INTO A SEPARATE WRITTEN AGREEMENT THAT OVERRIDES THIS CONTRACT), LINKEDIN, INCLUDING ITS AFFILIATES, WILL NOT BE LIABLE IN CONNECTION WITH THIS CONTRACT FOR LOST PROFITS OR LOST BUSINESS OPPORTUNITIES, REPUTATION (E.G., OFFENSIVE OR DEFAMATORY STATEMENTS), LOSS OF DATA (E.G., DOWN TIME OR LOSS, USE OF, OR CHANGES TO, YOUR INFORMATION OR CONTENT) OR ANY INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL OR PUNITIVE DAMAGES.

LINKEDIN AND ITS AFFILIATES WILL NOT BE LIABLE TO YOU IN CONNECTION WITH THIS CONTRACT FOR ANY AMOUNT THAT EXCEEDS (A) THE TOTAL FEES PAID OR PAYABLE BY YOU TO LINKEDIN FOR THE SERVICES DURING THE TERM OF THIS CONTRACT, IF ANY, OR (B) US $1000.

## 4.3 Basis of the Bargain; Exclusions

The limitations of liability in this Section 4 are part of the basis of the bargain between you and LinkedIn and shall apply to all claims of liability (e.g., warranty, tort, negligence, contract and law) even if LinkedIn or its affiliates has been told of the possibility of any such damage, and even if these remedies fail their essential purpose.

These limitations of liability do not apply to liability for death or personal injury or for fraud, gross negligence or intentional misconduct, or in cases of negligence where a material obligation has been breached, a material obligation being such which forms a prerequisite to our delivery of services and on which you may reasonably rely, but only to the extent that the damages were directly caused by the breach and were foreseeable upon conclusion of this Contract and to the extent that they are typical in the context of this Contract.

LINK_HIQ_000198323

# 5. Termination

We can each end this Contract, but some rights and obligations survive.

Both you and LinkedIn may terminate this Contract at any time with notice to the other. On termination, you lose the right to access or use the Services. The following shall survive termination:

- Our rights to use and disclose your feedback;

- Members and/or Visitors' rights to further re-share content and information you shared through the Services;

- Sections 4, 6, 7, and 8.2 of this Contract;

- Any amounts owed by either party prior to termination remain owed after termination.

You can visit our **Help Center** to close your account.

# 6. Governing Law and Dispute Resolution

In the unlikely event we end up in a legal dispute, you and LinkedIn agree to resolve it in California courts using California law, or Dublin, Ireland courts using Irish law.

This section shall not deprive you of any mandatory consumer protections under the law of the country to which we direct Services to you, where you have your habitual residence. **If you live in the Designated Countries**: You and LinkedIn Ireland agree that the laws of Ireland, excluding conflict of laws rules, shall exclusively govern any dispute relating to this Contract and/or the Services. You and LinkedIn Ireland agree that claims and disputes can be litigated only in Dublin, Ireland, and we each agree to personal jurisdiction of the courts located in Dublin, Ireland.

**For others outside of Designated Countries, including those who live outside of the United States**: You and LinkedIn agree that the laws of the State of California, U.S.A., excluding its conflict of laws rules, shall exclusively govern any dispute relating to this Contract and/or the Services. You and LinkedIn both agree that all claims and disputes can be litigated only in the federal or state courts in Santa Clara County, California, USA, and you and LinkedIn each agree to personal jurisdiction in those courts.

# 7. General Terms

Here are some important details about the Contract.

If a court with authority over this Contract finds any part of it unenforceable, you and we agree that the court should modify the terms to make that part enforceable while still achieving its intent. If the court cannot do that, you and we agree to ask the court to remove that unenforceable part and still enforce the rest of this Contract.

LINK_HIQ_000198324

This Contract (including additional terms that may be provided by us when you engage with a feature of the Services) is the only agreement between us regarding the Services and supersedes all prior agreements for the Services.

If we don't act to enforce a breach of this Contract, that does not mean that LinkedIn has waived its right to enforce this Contract. You may not assign or transfer this Contract (or your membership or use of Services) to anyone without our consent. However, you agree that LinkedIn may assign this Contract to its affiliates or a party that buys it without your consent. There are no third-party beneficiaries to this Contract.

You agree that the only way to provide us legal notice is at the addresses provided in Section 10.

# 8. LinkedIn "Dos and Don'ts"

## 8.1. Dos

LinkedIn is a community of professionals. This list of "Dos and Don'ts" along with our **Professional Community Policies** limit what you can and cannot do on our Services.

**You agree that you will:**

a. Comply with all applicable laws, including, without limitation, privacy laws, intellectual property laws, anti-spam laws, export control laws, tax laws, and regulatory requirements;

b. Provide accurate information to us and keep it updated;

c. Use your real name on your profile; and

d. Use the Services in a professional manner.

## 8.2. Don'ts

**You agree that you will *not*:**

a. Create a false identity on LinkedIn, misrepresent your identity, create a Member profile for anyone other than yourself (a real person), or use or attempt to use another's account;

b. Develop, support or use software, devices, scripts, robots or any other means or processes (including crawlers, browser plugins and add-ons or any other technology) to scrape the Services or otherwise copy profiles and other data from the Services;

c. Override any security feature or bypass or circumvent any access controls or use limits of the Service (such as caps on keyword searches or profile views);

d. Copy, use, disclose or distribute any information obtained from the Services, whether directly or through third parties (such as search engines), without the consent of LinkedIn;

e. Disclose information that you do not have the consent to disclose (such as confidential information of others (including your employer));

LINK_HIQ_000198325

f. Violate the intellectual property rights of others, including copyrights, patents, trademarks, trade secrets or other proprietary rights. For example, do not copy or distribute (except through the available sharing functionality) the posts or other content of others without their permission, which they may give by posting under a Creative Commons license;

g. Violate the intellectual property or other rights of LinkedIn, including, without limitation, (i) copying or distributing our learning videos or other materials or (ii) copying or distributing our technology, unless it is released under open source licenses; (iii) using the word "LinkedIn" or our logos in any business name, email, or URL except as provided in the **Brand Guidelines**;

h. Post anything that contains software viruses, worms, or any other harmful code;

i. Reverse engineer, decompile, disassemble, decipher or otherwise attempt to derive the source code for the Services or any related technology that is not open source;

j. Imply or state that you are affiliated with or endorsed by LinkedIn without our express consent (e.g., representing yourself as an accredited LinkedIn trainer);

k. Rent, lease, loan, trade, sell/re-sell or otherwise monetize the Services or related data or access to the same, without LinkedIn's consent;

l. Deep-link to our Services for any purpose other than to promote your profile or a Group on our Services, without LinkedIn's consent;

m. Use bots or other automated methods to access the Services, add or download contacts, send or redirect messages;

n. Monitor the Services' availability, performance or functionality for any competitive purpose;

o. Engage in "framing," "mirroring," or otherwise simulating the appearance or function of the Services;

p. Overlay or otherwise modify the Services or their appearance (such as by inserting elements into the Services or removing, covering, or obscuring an advertisement included on the Services);

q. Interfere with the operation of, or place an unreasonable load on, the Services (e.g., spam, denial of service attack, viruses, gaming algorithms); and/or

r. Violate the **Professional Community Policies** or any additional terms concerning a specific Service that are provided when you sign up for or start using such Service, and the **Bing Maps terms** where applicable.

# 9. Complaints Regarding Content

Contact information for complaint about content provided by our Members.

We respect the intellectual property rights of others. We require that information posted by Members be accurate and not in violation of the intellectual property rights or other rights of third parties. We provide a **policy and process** for complaints concerning content posted by our Members.

Confidential

# 10. How To Contact Us

Our Contact information. Our **Help Center** also provides information about our Services.

For general inquiries, you may contact us **online**. For legal notices or service of process, you may write us at these **addresses**.

---

Help Center | About | Careers | Advertising | Talent Solutions | Sales Solutions | Small Business | Mobile

Language | ProFinder | **Upgrade Your Account**

LinkedIn Corporation © 2020 | User Agreement | Privacy Policy | Ad Choices | Community Guidelines | Cookie Policy

Copyright Policy | Send Feedback

LINK_HIQ_000198327

# EXHIBIT H

 **Linked in** ® Logout · Logged in as : Tyler Seymour

> **If you or your team is using this page, please fill in the sheet at go/linkskillleocs**

| Home | Finders | Corp Accounts |
|---|---|---|

## Edit Basic Company Info

Basic Info | Company Profile | View in Inspector

---

Company created by Xander Oltmann
Company created on June 23, 2014, 3:59 PM

---

Company ID: 3773476

**Canonical Company Name (*):** `hiQ Labs`                    English ▼

**Universal Company Name:** `hiq-labs`

**Domains:** `_____`

**Alternative Names:** + Add another alternative name

**Company Ticker:** `_____`

**Stock exchange:** OTHER ▼

**Admins:**
```
11602737
155521096
53079976
21939143
1913764
```

**Parent Company:**

**Subsidiaries:** + Add another subsidiary

**Company Is Acquired:** ☐   Marking a company as acquired shows a link to the parent company when visitors visit this company's page

**Company Is Active:** ☐

**Company Is a School:** ☐

**Legacy School ID (optional):**   Make sure the legacy school is not already pointing to another company! New school is created if ID not supplied.     `_____`

**Oracle Contracting Entity:** `_____`

**Oracle Contract :**

**Premium Career:** Change

| Product | Contract Line Number | Granted Qty | Avail Qty | Start Date | End Date | Grant Date |
|---|---|---|---|---|---|---|

**Enable Analytics Page:** ☐

**Enable Status Update:** ☐

**Salesforce Id:** `_____`

[ Submit ]

**CS Note:**

---

## Recent Activity Log

| Event Time | CS ID | CS Note |
|---|---|---|
| Tue May 23 17:35:15 UTC 2017 | smccue | Restricted at Legal direction - Forward all appeals to Investigations |
| | | updating company {name:hiq-labs} |

---

# EXHIBIT I

**If you or your team is using this page, please fill in the sheet at go/linkskillleocs**

| Home | Finders | Corp Accounts |
|------|---------|---------------|

# Edit Basic Company Info

Basic Info | Company Profile | View in Inspector

Company created by Christian Keane
Company created on January 5, 2018, 7:06 PM

Company ID: 27190042

**Canonical Company Name (*):**  hiQ Labs                                     English ▾

**Universal Company Name:**  hiqlabs

**Domains:**

**Alternative Names:** + Add another alternative name

**Company Ticker:**

**Stock exchange:** OTHER ▾

**Admins:** 10111769

**Parent Company:**

**Subsidiaries:** + Add another subsidiary

**Company Is Acquired:** ☐
Marking a company as acquired shows a link to the parent company when visitors visit this company's page

**Company Is Active:** ☑

**Company Is a School:** ☐

**Legacy School ID (optional):** Make sure the legacy school is not already pointing to another company! New school is created if ID not supplied.

Oracle Contracting Entity:

Oracle Contract :

**Premium Career:** Change

| Product | Contract Line Number | Granted Qty | Avail Qty | Start Date | End Date | Grant Date |
|---------|---------------------|-------------|-----------|------------|----------|------------|

**Enable Analytics Page:** ☐

**Enable Status Update:** ☐

**Salesforce Id:**

[ Submit ]

**CS Note:**

# EXHIBIT J

LinkedIn Ads recurring charges                                          USD 204.1 (204.1 + 0.00 Sales Tax)          28 Jan, 2016
ID: 2530428014    ✅ FULFILLED    AMERICAN_EXPRESS

| Line ID | Description | Buyer/Owner | Product Code | Price (USD) | Start/End Dates |
|---|---|---|---|---|---|
| 40489206704 FULFILLED | LinkedIn Ads recurring charges | SponsoredA… 502596682 | adsRchargeServic… | 204.1 | 01/26/2016 — 01/27/2016 |

**Summary**

Owner

SponsoredAccount 502596682

Product

adsRchargeServiceWrapper

Product Id    1306

Price Id      1304

Unit Price    USD 0

Quantity      N/A

Total Price   USD 204.1

**Item Info**

service_priceId          1304

service_preCompl…        RCHARGE_PRE_COMP LETE

service_completeA…       RCHARGE_COMPLETE

service_productId        1306

service_is_from_rc…      true

service_eventId          408994304

Item Id                  79912884

[ ⌄ Issue Refund ]                     Refund History

**LinkedIn Ads recurring charges**                    USD 102.41 (102.41 + 0.00 Sales Tax)         29 Jan, 2016

ID: 2533312904   ✔ FULFILLED   **AMERICAN_EXPRESS**

| Line ID | Description | Buyer/Owner | Product Code | Price (USD) | Start/End Dates |
|---------|-------------|-------------|--------------|-------------|-----------------|
| 40605545504 FULFILLED | LinkedIn Ads recurring charges | SponsoredA… 502596682 | adsRchargeServic… | 102.41 | 01/28/2016 — 01/28/2016 |

**Summary**                          **Item Info**

Owner                                service_priceId             1304

SponsoredAccount 502596682           service_preCompl…           RCHARGE_PRE_COMP
                                                                 LETE
Product
                                     service_completeA…          RCHARGE_COMPLETE
adsRchargeServiceWrapper
                                     service_productId           1306
Product Id    1306
                                     service_is_from_rc…         true
Price Id      1304
                                     service_eventId             408994304
Unit Price    USD 0
                                     Item Id                     79912884
Quantity      N/A

Total Price   USD 102.41

⌄ Issue Refund          Refund History

LINK_HIQ_000205659

# EXHIBIT K

 

*Last revised on July 15, 2010*

# LinkedIn Ads Agreement

**Important! Please read:**

It is important that you read, understand, and agree to this entire document, as it creates a binding contract between you and LinkedIn ("LinkedIn" or "us" or "we"). These terms and conditions define and limit your rights and responsibilities in using LinkedIn Ads. We may revise these terms and conditions (the "Agreement") at any time by posting them to the site. You will be bound by such revisions and should therefore visit this page from time to time to review the current terms and conditions.

User Agreement:

In addition this Agreement, the standard LinkedIn User Agreement, and those documents which it references, including by not limited to the LinkedIn Privacy Policy and Copyright Policy, applies to your use of the LinkedIn Ads service. To the extent there is any conflict between this Agreement and any of the provisions in the standard LinkedIn User Agreement with respect to your use of the LinkedIn Ads service, this Agreement shall control but only to extent of such conflict.

Advertising Entity:

You may only advertise for yourself or your current employer or, if you are an advertising agency, for your client. You warrant and represent that you have the power and authority to enter into this Agreement and perform the obligations hereunder and that you are personally responsible for any charges incurred through your account. Use of any automated agents ("bots"), scripts or other devices or means to purchase advertising through LinkedIn Ads is prohibited without LinkedIn's express written permission in each instance. You may not resell or transfer access to LinkedIn Ads to any other party. Your account is for your express use only and not transferable or assignable to anyone else inside or outside your organization.

Content and Advertising Guidelines:

Use of LinkedIn Ads is subject to the LinkedIn Advertising Guidelines. Because we may revise the LinkedIn Advertising Guidelines at any time by posting them to the site, and you will be bound by such revisions, you should visit the page for the LinkedIn Advertising Guidelines from time to time to review the current version.

You agree not to use LinkedIn Ads service for any unlawful purpose, including, without limitation, advertising any product or service that would violate any federal, state, local or foreign laws, regulations, administrative or judicial order.

LinkedIn has the editorial discretion to reject or cease serving any advertisement for any reason at any time, regardless of whether or not such advertisement was previously accepted or served.

You represent and warrant that you have the right to permit LinkedIn to serve the advertisement, including, without limitation, any copyrighted material, trademarks, service marks, logos or slogans; and the use, transmission or display by LinkedIn of the advertisement as authorized herein will not violate the rights of any third parties.

Highly Confidential - Attorneys' Eyes Only

LINK_HIQ_000169244

Targeting:

LinkedIn Ads advertisements will be shown to LinkedIn members based on non-personally identifiable profile data of the viewing members. This profile data is either provided by the member or algorithmically determined by data provided by the member. LinkedIn does not verify the accuracy of member-generated content on the site and, as such, is not liable for any advertisement that was shown to members based on inaccurate profile data or data algorithmically generated.

Member profile data will never be provided to you through your use of LinkedIn Ads, and you agree that you will not attempt to acquire any such member profile data through any means. Members viewing your advertisement will remain anonymous to you.

Payment:

You agree to pay for all fees you incur in connection with each advertisement including any advertisements placed by you on behalf of your employer and regardless of the payment instrument used, and you hereby either: (i) grant LinkedIn the right to regularly charge the credit card you have provided in your account information as means of satisfying the fees you owe; or (ii) agree to pay invoices for the fees you owe net 30 from the date of invoice (to qualify for invoicing, you must spend at least $3,000 per month for two consecutive months and have an established credit history with LinkedIn). LinkedIn may terminate this invoicing ability unilaterally at its discretion.

Payment intervals will be determined by LinkedIn and posted in the Ads information section. Your fees will be owed in the currency indicated by us. Our measurements are the definitive measurements under these terms and conditions for calculating your fees, whether you have elected to pay by impressions (i.e., the number of times the advertisement is displayed to a member) or clicks (i.e., the number of times the advertisement is clicked on by a member). You also are responsible for paying (a) all taxes and government charges that we must levy on your fees for advertising, and (b) reasonable expenses and attorneys fees we incur collecting late amounts.

LinkedIn reserves the right to change which credit cards or invoiced customers it accepts in its sole discretion and (a) you may be required to modify your account to provide a then-acceptable credit card in order to maintain your Ads accounts and (b) your only recourse if you are not satisfied with the then-accepted payment options is to cancel your advertisements, provided that you will nevertheless be responsible for all fees incurred for when your ad ran prior to cancellation.

If LinkedIn charges you an initial one-time fee, it will be applied toward your Ads account and automatically applied toward your future advertising fees.

Amounts you pay pursuant to the Ads service are non-refundable.

LinkedIn reserves the unilateral right to remove any or all active ads if there is an amount owed under this Supplement that is past due by more than fifteen (15) days.

Cancellation:

You may cancel your advertisement at any time after its submission by accessing the online Ads service and following the cancellation instructions provided. LinkedIn will endeavor to cease serving your advertisement promptly following your cancellation. You shall be required to pay for those impressions and/or clicks, as applicable, which occur prior to discontinuation of your advertisement.

Removal of Advertisements by LinkedIn:

LinkedIn reserves the right to remove any advertisement at any time, with cause due to a violation of LinkedIn.com's User Agreement, LinkedIn's

Highly Confidential - Attorneys' Eyes Only

Advertising Guidelines, this Agreement, or any other agreement between you and LinkedIn. As a consequence of your violation of any of the aforementioned agreements, LinkedIn may, at its sole discretion, prohibit you from any further participation in the LinkedIn Ads service and any other service or program offered by LinkedIn, or suspend or remove your LinkedIn account. LinkedIn may undertake technical measures in furtherance of such prohibition.

LinkedIn shall also have the right to remove any advertisement at any time without cause as LinkedIn determines in its sole discretion. LinkedIn is not required to provide you with any explanation for its removal of any advertising and you agree that all of LinkedIn decisions relating to the placement and removal of advertising shall be final and binding.

In addition, your advertisements may be removed if LinkedIn, in its discretion, ceases offering the Ads program.

In the event of any removal of your advertising under this section, you will be responsible for paying for all ads that ran prior to time of removal or cessation.

No Guarantees:

LinkedIn does not guarantee the results or distribution of any advertisement in any manner. LinkedIn does not guarantee you any number of impressions (i.e., times your advertisement is viewed by a member) or clicks (i.e., times your advertisement is clicked on by a member) through LinkedIn Ads. LinkedIn provides no guarantee or warranty regarding the placement, delivery, timing, or performance of advertisements purchased through LinkedIn Ads. LinkedIn does not screen or attempt to verify the accuracy of any information on the LinkedIn.com site or in the member profiles, and, as such, does not guarantee the identity or personal information of the individuals who will view the advertisements you purchase through LinkedIn Ads.

Non-Exclusive:

This contract is not exclusive as to your business, products or services. LinkedIn retains the complete and unqualified right to solicit the business of and advertisements from persons and entities that may be in competition with your business, products or services, as well as to serve its own advertisements that may be in competition with your business, products or services. You acknowledge that LinkedIn and its affiliates may participate in ad placing auctions to promote its own services or otherwise communicate to its users.

Ownership:

All materials and information on or available through the LinkedIn Ads service, including, without limitation, content, are protected by copyrights, trademarks and other intellectual property rights owned and controlled by us or by other parties that have licensed or otherwise provided their material to LinkedIn (collectively, "LinkedIn Intellectual Property Rights"). You agree that any feedback you provide to us (including suggestions, comments, improvements, ideas, etc.), about the Ads service and its content shall be part of LinkedIn Intellectual Property Rights and you hereby assign to us all your rights in such feedback.

You may not add, delete, distort, or otherwise modify the LinkedIn Intellectual Property Rights, except with the express consent of LinkedIn. Any unauthorized attempt to modify any LinkedIn Intellectual Property Rights, to defeat or circumvent our security features, or to utilize the LinkedIn Ads service or any part of the LinkedIn Intellectual Property Rights for any purpose other than its intended purposes, is strictly prohibited. You agree that you do not have nor will you make any claim of interest in or ownership of any such LinkedIn Intellectual Property Rights. You are granting LinkedIn a non-exclusive, fully paid up and royalty-free right to use, reproduce, and distribute any content you create, including the content of your advertisement for use in connection with the LinkedIn Ads service. You are also, by creating an advertisement, granting LinkedIn a non-exclusive, fully paid up and royalty-free right to use, reproduce, and communicate the name and trademarks of your organization as an advertiser on LinkedIn.com, unless requested otherwise in writing to LinkedIn's customer service department. LinkedIn shall also have the non-exclusive, fully-paid up and royalty free, perpetual right to use any

LINK_HIQ_000169246

advertisements placed through the LinkedIn Ads service, and the name, trademarks and logos of any person or company on whose behalf a placement has been made, in connection with LinkedIn's promotion of the service.

Limitation of Liability:

**SOME COUNTRIES DO NOT ALLOW THE LIMITATION OR EXCLUSION OF LIABILITY IN CONTRACTS WITH CONSUMERS AND AS A RESULT THE CONTENTS OF THIS SECTION MAY NOT APPLY TO YOU.**

Neither LinkedIn corporation nor any of its subsidiaries, affiliated companies, employees, shareholders, or directors ("LinkedIn Affiliates") shall be liable for (1) any damages in excess of five times the most recent monthly fees that you paid for your Ads account, if any, or $100, whichever amount is greater, or (2) any special, incidental, indirect, punitive or consequential damages or loss of use, profit, revenue or data to you or any third person arising from your use of the Ads service or any content displayed through the Ads service even if LinkedIn is aware or has been advised of the possibility of such damages. The limitation of liability set forth in the preceding sentence shall:

1. apply regardless of whether you base your claim on contract, tort, statute or any other legal theory, we knew or should have known about the possibility of such damages, or the limited remedies provided herein fail of their essential purpose, and
2. not apply to any damage that LinkedIn Affiliates cause you intentionally and knowingly in violation of this Agreement or applicable law, or as otherwise mandated by applicable law that cannot be derogated from in this Agreement.

Indemnification:

Notwithstanding any review or approval of any advertisement by LinkedIn, you agree to indemnify LinkedIn and the LinkedIn Affiliates, and hold LinkedIn and the LinkedIn Affiliates harmless from any damages, losses and costs (including, but not limited to, reasonable attorneys' fees) related to third party claims, charges or investigations, caused by a) your failure to comply with this Agreement, including, without limitation, your submission of advertisements that violates third party rights or applicable laws, b) any advertisement you submit to LinkedIn or c) any activity in which you engage on or through the LinkedIn.

Disclaimer of Warranties

**SOME COUNTRIES AND JURISDICTIONS DO NOT ALLOW THE DISCLAIMER OF IMPLIED TERMS IN CONTRACTS WITH CONSUMERS AND AS A RESULT THE CONTENTS OF THIS SECTION MAY NOT APPLY TO YOU.**

DO NOT RELY ON LINKEDIN ADS, ANY INFORMATION THEREIN, OR ITS CONTINUATION. WE PROVIDE THE LINKEDIN ADS SERVICE ON AN "AS IS" AND "AS AVAILABLE" BASIS. WE DO NOT PROVIDE ANY EXPRESS WARRANTIES OR REPRESENTATIONS.

TO THE FULLEST EXTENT PERMISSIBLE UNDER APPLICABLE LAW, WE DISCLAIM ANY AND ALL IMPLIED WARRANTIES AND REPRESENTATIONS, INCLUDING, WITHOUT LIMITATION, ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NONINFRINGEMENT. IF YOU ARE DISSATISFIED OR HARMED BY LINKEDIN ADS OR ANYTHING RELATED THERETO YOU MAY CANCEL YOUR ADVERTISEMENT IN ACCORDANCE WITH THIS AGREEMENT AND SUCH CANCELLATION SHALL BE YOUR SOLE AND EXCLUSIVE REMEDY.

WE NEITHER WARRANT NOR REPRESENT THAT YOUR USE OF THE LINKEDIN ADS SERVICE WILL NOT INFRINGE THE RIGHTS OF THIRD PARTIES. ANY MATERIAL, SERVICE, OR TECHNOLOGY DESCRIBED OR USED AS PART OF THE LINKEDIN ADS SERVICE MAY BE SUBJECT TO INTELLECTUAL PROPERTY RIGHTS OWNED BY THIRD PARTIES WHO HAVE LICENSED TO US SUCH MATERIAL, SERVICE, OR TECHNOLOGY.

LINK_HIQ_000169247

LINKEDIN DOES NOT HAVE ANY OBLIGATION TO VERIFY THE VERACITY OR APPROPRIATENESS OF THE USERS OF LINKEDIN ADS OR THE ADVERTISEMENTS PLACED VIA THE LINKEDIN ADS SERVICE.

LINKEDIN DOES NOT GUARANTEE THAT THE LINKEDIN ADS SERVICE WILL FUNCTION WITHOUT INTERRUPTION OR ERRORS IN FUNCTIONING. IN PARTICULAR, THE SERVICE'S OPERATION MAY BE MOMENTARILY INTERRUPTED DUE TO MAINTENANCE, UPDATES, OR TECHNICAL IMPROVEMENTS. LINKEDIN DISCLAIMS ALL LIABILITY FOR DAMAGES CAUSED BY ANY SUCH INTERRUPTION OR ERRORS IN FUNCTIONING. FURTHERMORE, LINKEDIN DISCLAIMS ALL LIABILITY FOR ANY MISFUNCTIONING, IMPOSSIBILITY OF ACCESS, OR POOR USE CONDITIONS OF THE LINKEDIN SITE OR ADS SERVICE DUE TO INAPPROPRIATE EQUIPMENT, DISTURBANCES LINKED TO THE INTERNET SERVICE PROVIDER, TO THE SATURATION OF THE INTERNET NETWORK, AND FOR ANY OTHER REASON UNRELATED TO LINKEDIN. UNDER NO CIRCUMSTANCES WILL LINKEDIN BE LIABLE FOR ANY DAMAGES TO YOU, YOUR COMPUTER EQUIPMENT OR OTHER PROPERTY ON ACCOUNT OF YOUR ACCESS TO OR USE OF THE LINKEDIN ADS SERVICE.

Non-Waiver; Sever-ability:

If any provision is found to be illegal, invalid, or unenforceable, such provision shall be modified to the minimum extent necessary to make such provision valid and enforceable, and the remainder of this Agreement shall remain in full force and effect. No waiver of rights under this Agreement by either party shall constitute a subsequent waiver of this or any other right under this Agreement. No waiver of any provision of this Agreement shall be effective unless it is in writing and signed by an authorized representative of LinkedIn. The remedies of LinkedIn under this Agreement shall be cumulative and not alternative, and the election of one remedy for a breach shall not preclude pursuit of other remedies. You hereby waive the right to seek specific performance or injunctive relief hereunder.

Force Majeure:

Notwithstanding anything to the contrary herein, LinkedIn shall not be liable to you if it is not able to post the advertisement or LinkedIn is rendered unable to timely perform any of its obligations hereunder for any reason, including, without limitation, strikes, boycotts, war, terrorism, Acts of God, labor troubles, riots, and restraints of public authority.

Copyright and Content Complaints:

We respect the intellectual property of others, and we ask our users to do the same, including your use of the Ads service. Regarding copyright infringement complaints, see our policies and procedures for Complaints regarding Copyright Infringement. With respect to content-related complaints, see our policies and procedures for Complaints Regarding Content.

Interpretation:

You agree that LinkedIn has sole discretion in determining the interpretation of the meaning of this Agreement, and those documents it incorporates by reference, including determining your compliance with such.

Jurisdiction:

This Agreement shall be governed by and construed in accordance with the laws of the State of California, including all matters of construction, validity, performance and enforcement. The parties agree that Santa Clara County, in the State of California, shall be the sole forum for any action brought against the other party. The parties waive trial by jury in any action, proceeding or counterclaim brought in respect of any matter whatsoever arising out of or in any way connected with this Agreement or your use of the Ads service.

Highly Confidential - Attorneys' Eyes Only

LINK_HIQ_000169248

Miscellaneous:

No agency, partnership, joint venture, or employment relationship is created between you and LinkedIn by this Agreement or any advertisement transaction, and neither party shall have the authority to bind the other in any way. This constitutes the entire agreement by and between you and LinkedIn with respect to the subject matter hereof and supersedes all prior agreements, understandings, representations or negotiations, whether written or oral, or whether established by custom, practice, policy or precedent, with respect to the subject matter of this Agreement. The section headings in this Agreement are for convenience only and have no legal or contractual effect.

Close this window
Copyright © 2015, LinkedIn Corporation

Highly Confidential - Attorneys' Eyes Only

LINK_HIQ_000169249

# EXHIBIT L



Exhibit 436
Medeiros, D.
05/20/22
@ptus

From:          Nicholas A Berman via DocuSign
Sent:          Wed 12/23/2015 1:53 PM (GMT-08:00)
To:            Darin Medeiros
Cc:
Bcc:
Subject:       Completed: Order form for hiQ Labs, Inc.-LSS
Attachments: Order Form for hiQ Labs, Inc.-LSS.pdf

## Your document has been completed

Darin Medeiros,

All parties have completed the envelope 'Order form for hiQ Labs, Inc.-LSS'.

To view, download or print the completed document click the "View" link below.

<u>View</u>

This message was sent on behalf of Nicholas A Berman by the DocuSign Online Signing Service. If you would like to contact the sender, you can send email to nberman@linkedin.com.

If you would like to create a free account, or access your existing account, <u>Click here</u>.

**DocuSign.** The fastest way to get a signature.®

——

This is not a promotional announcement. This message was sent on behalf of Nicholas A Berman by the DocuSign Online Signing Service. If you'd rather not receive promotional email updates from DocuSign, you can unsubscribe from our mailing list by clicking **Unsubscribe**

DocuSign Envelope ID: 10820C19-7947-4141-882F-E8936BD9FD66

LinkedIn
2029 Stierlin Ct.
Mountain View, CA 94043
Phone: 650.687.3600
Fax: 1.650.429.2122



Offer valid through: December 31, 2015

Proposed by:
Nicholas Berman
nberman@linkedin.com
(415) 500-9195

**CONTRACT CONTACT:** Darin Medeiros

## ORDER FORM for hiQ Labs, Inc.

| BILL TO: | | | | ORDER INFORMATION | |
|---|---|---|---|---|---|
| Contact: | Darin Medeiros | | | Contract #: | CS2003870-15 |
| | 625 Market St. | | | Billing Period: | Quarterly |
| Address: | | | | Billing Method: | Invoice |
| City/State/Zip: | San Francisco | CA | 94105 | Billing Instructions: | |
| Country: | United States | | | For Internal Only: | |
| Email: | darin.medeiros@hiqlabs.com | | | Master Agreement (LSA): | |
| Phone: | 650-678-0547 | | | Type: | New Business |
| | | | | Sales Rep Region: | |
| **SHIP TO:** | | | | Agency Name: | |
| hiQ Labs, Inc. | | | | Currency: | USD |
| 625 Market St. | | | | Sign Date: | |
| San Francisco, CA 94105 | | | | Close Date: | |
| United States | | | | Customer Requested Start Date*: | January 25, 2016 |

Contract End Date**:
*"The start date of the services on this Order Form will be the later of the Customer Requested Start Date or the date that the Order Form is fully executed.
Renewals Only: Customer may select a later Start Date; however, this will cause a gap in service"

| Product Order Description | Qty | Term (Months) | Notes | Sales Price | Total |
|---|---|---|---|---|---|
| Product Name: Discount<br>Product SKU: DISCOUNT<br>Product Description: Please note: This is a one-time discount applied to this specific order. Future orders will not carry this discount amount. | 1 | 24 | | ($1,140.00) | ($1,140.00) |
| Product Name: Sales Navigator Team (10-24 Seats)<br>Product SKU: SNTX002-1407<br>Product Description: Sales insights and customized recommendations from the world's largest professional network. Includes TeamLink, 30 InMail messages per month, extended network access, usage reporting, and other premium features. (Annual Subscription) | 10 | 24 | | $2,280.00 | $22,800.00 |

| | | |
|---|---|---|
| | SUB TOTAL | $21,660.00 |
| | ESTIMATED TAX* | $0.00 |
| | ESTIMATED ORDER TOTAL | $21,660.00 |

**PURCHASE ORDER INFORMATION**

Is a Purchase Order required for the purchase or payment of the products on this order form? **No**
Please Enter (Yes or No):

If yes, please enter PO Number:

**PAYMENT OPTIONS**
- USA Customers: Check, Credit Card, or Bank Wire Transfer
- Non-US Customers: Credit Card or Bank Wire Transfer only

**TAX INFORMATION**

Check here if your company is tax exempt:
Please attach any/all exemption certifications or email documentation to taxinquiry@linkedin.com.

Your order will be taxed using the applicable tax rate for your shipping address. The tax listed on your order form is only an estimate and is calculated on the net price. Your invoice will reflect the final total taxes in effect at the time of invoicing and may differ from the amount listed on this order form.

Applicable VAT taxes will be added to orders if a VAT registration number is not provided. LinkedIn reserves the right to charge any applicable unbilled VAT if you provide a VAT registration number that is determined to be invalid. Once you submit your VAT registration number, you will generally not be charged VAT on the invoice.
With this exemption, you may be responsible for self-assessing any VAT due under the reverse charge procedure on your company's VAT return. If your country of domicile is Ireland, South Africa, or Switzerland, applicable Irish VAT will be charged on all orders.

*For Non-US based orders ONLY: If required, please provide either your VAT #:        or your Irish 133

CONFIDENTIAL

hiQ_00352029

DocuSign Envelope ID: 10820C19-7947-4141-882F-E8936BD9F066

|  | VAT#: |
|  | *If this doesn't apply, please type N/A. |

### TERMS

• This Order Form has been pre-signed by LinkedIn in anticipation of acceptance and signature by Customer. Any hand-written or other changes to this Order Form without LinkedIn's prior written approval will not be binding against LinkedIn
• Services provided under this Order Form will terminate on the expiration date of the Term or the date terminated by either party as provided in the LinkedIn Subscription Agreement. Order forms with contiguous dates will ensure no gap in service.
• Please allow up to 3 business days for account provisioning.
• Add-on Products Orders must end coterminous with the originating contract.
• Future incremented Add-On or Renewal orders will be at list price at time of purchase.
• LinkedIn may adjust the dates of the Term, without increasing the Total Price, based on the date LinkedIn activates the products above. Any adjustments will be made internally.
• During the term of this Order Form, Customer will receive the applicable services set out in https://lnkd.in/sales-solutions-services. No refund or credit will be provided if services are not used during the term.
• Services provided under this Order Form are provided pursuant to LinkedIn's terms and conditions set forth at: http://business.linkedin.com/lcso , the terms of which are incorporated into this Order Form.
• If Customer is charging for the Services purchased under this Order Form, LinkedIn will charge Customer's credit card upon receipt of the credit card information.
• If and to the extent Customer provides to LinkedIn any personal data of European Union residents in connection with its use of the Services (not including data provided by members to LinkedIn), LinkedIn Corporation and Customer will comply with standard contractual clauses as set forth at https://business.linkedin.com/c/15/10/eu-scc, which are incorporated by reference into the LinkedIn Subscription Agreement.

| CUSTOMER (or APPROVING AGENT): | | LINKEDIN CORPORATION | |
|---|---|---|---|
| Signature: | *Dariu Medeiros* | Signature: | *E. Baruah* |
| Name: | Darin Medeiros | Name: | Elena Baruah |
| Title: | VP, Sales | Title: | Revenue Operations Manager |
| Date: | 23 December 2015 | Date: | December 23, 2015 |

Except as otherwise provided in the LSA, this is a non-cancelable and non-refundable purchase. I hereby represent that I am an authorized signatory and have read and agreed to the terms of this Order Form.

CONFIDENTIAL

hiQ_00352030

# EXHIBIT M



### LINKEDIN SUBSCRIPTION AGREEMENT

This LinkedIn Subscription Agreement, including its exhibits ("**LSA**"), governs any ordering document executed by the customer identified in that ordering document ("**Customer**") and the LinkedIn company identified in that ordering document ("**LinkedIn**"). This LSA, the applicable ordering document, and any other incorporated terms, comprise the complete understanding between the parties on the subject matter ("**Agreement**").

1. **ORDERING AND THE PROVISION OF SERVICES**

1.1 **Services.** Customer may access and use the LinkedIn subscription services offered via LinkedIn's websites to the extent and for the term stated in the ordering document ("**Services**").

1.2 **Affiliates.** Customer may allow its Affiliates to access and use the Services only if Customer is fully liable for its Affiliates' use of the Services and compliance with the Agreement. "**Affiliate**" means an entity that controls, is controlled by, or is under common control with, a party. Customer may allow its Affiliates to purchase Services under the terms of this LSA only if Customer informs LinkedIn in writing of the specific Affiliate authorized to make a purchase ("**Authorized Affiliate**"). If an Authorized Affiliate executes an ordering document under the terms of this LSA, that Authorized Affiliate will be (a) deemed a "Customer" for that purchase only; and (b) jointly and severally liable with Customer for its use of the Services and compliance with the Agreement.

1.3 **Payment.** Customer will pay the fees for the Services stated in the ordering document within 30 calendar days after receipt of LinkedIn's invoice, unless otherwise stated in the ordering document, subject to approved line of credit. For Services that require payment by credit card, LinkedIn will charge Customer's credit card upon receipt of the credit card information and also upon renewals. Customer's purchases are non-cancelable and payment for Services is non-refundable, except as otherwise stated in this LSA. Customer will maintain complete and accurate billing and contact information with LinkedIn.

1.4 **Taxes.** Customer will pay or reimburse LinkedIn for all federal, state, and local taxes, including sales, use, gross receipts, VAT, GST, or similar transaction taxes imposed on Customer's purchase of Services, unless Customer provides LinkedIn with a valid tax exemption certificate. All taxes payable by Customer will be separately stated and exclusive of the fees. Customer will have no liability for taxes that are statutorily imposed on LinkedIn including taxes or fees measured by LinkedIn's net or gross income.

2. **RESPONSIBILITIES**

2.1 **Use of the Services.** Customer will use the Services solely for its intended purpose, as described in Exhibit A. Only Customer-designated employees and contractors are authorized to use the Services ("**Customer User**"). A Customer User must also be a Member. A "**Member**" is an individual who signs-up to use LinkedIn's services under LinkedIn's user agreement, currently available at https://www.linkedin.com/legal/user-agreement, as amended by LinkedIn from time to time ("**User Agreement**"). The terms of the User Agreement are incorporated into this LSA. Customer will ensure that Customer Users comply with the User Agreement. Customer will use the Services solely for Customer's internal use and will not provide access to the Services to any third party, except as otherwise permitted in the Agreement. Customer will notify LinkedIn immediately upon learning of any unauthorized use of the Services or any other breach of security relating to the Services. Customer may use content, data and other information about Members that Customer collects in connection with its use of the Services only as needed for use of the Services and as expressly permitted in this LSA. Customer will provide LinkedIn with the information necessary for LinkedIn to provide the Services.

LinkedIn Confidential and Proprietary
Last Updated: November 24 2015 v.3

Confidential

LINK_HIQ_000198527

**2.2** **Handling of Personal Data.** If Customer uploads or otherwise provides LinkedIn with Personal Data (defined below) in connection with its use of the Services ("**Customer Personal Data**"), then LinkedIn, in providing the Services, processes Customer Personal Data on behalf of Customer. Customer is the controller of Customer Personal Data and LinkedIn will process Customer Personal Data (i) in accordance with applicable Data Protection Laws (defined in section 2.3); (ii) in compliance with the written instructions received from Customer including, as applicable, sub-processing as necessary; and (iii) only for the purpose of providing, supporting and improving the Services, using appropriate technical and organizational security measures. "**Personal Data**" means information about an individual that (a) can be used to identify, contact or locate a specific individual; (b) can be combined with other information that is linked to a specific individual to identify, contact or locate a specific individual; or (c) is defined as "personal data" or "personal information" by applicable laws or regulations relating to the collection, use, storage or disclosure of information about an identifiable individual.

**2.3** **Compliance with Laws**. The parties will comply with all applicable international, federal, state, provincial and local laws relating to (a) corruption practice, bribery, and acts contrary to the public administration including the US Foreign Corrupt Practices Act of 1977, 15 U.S.C. § 78dd-1, et seq.; (b) discrimination against employees or job applicants based on race, color, religion, sex, national origin, veteran status or disability; and (c) the privacy, confidentiality, security and protection of Personal Data including the EU Data Protection Directive 95/46/EC as amended and as implemented in the various European Economic Area countries or any similar and applicable legislation enacted outside of the European Economic Area and security breach notification laws ("**Data Protection Laws**"). LinkedIn complies with the U.S.-Swiss Safe Harbor Framework as set forth by the U.S. Department of Commerce regarding the collection, use, and retention of Personal Data from Switzerland. With respect to any Customer Personal Data (excluding, for clarity, any Personal Data provided by Members to LinkedIn) of European Union residents, LinkedIn Corporation (as data importer) and Customer (as data exporter) will comply with the applicable standard contractual clauses located at: https://business.linkedin.com/c/15/10/eu-scc.

**3.** **CONFIDENTIAL INFORMATION**

**3.1** **Definition**. "**Confidential Information**" means any information disclosed under the Agreement that (a) if tangible, is clearly marked as "Confidential" or with a similar designation; (b) if intangible, is identified as "Confidential" by discloser at time of disclosure and confirmed in writing to recipient as being Confidential Information; or (c) from the relevant circumstances should reasonably be known by recipient to be confidential (e.g. pricing, non-public Personal Data, etc.).

**3.2** **Exclusions.** Confidential Information does not include any portion of the information that recipient can prove (a) was rightfully known to recipient before receipt from discloser; (b) was generally known to the public on the Effective Date; (c) becomes generally known to the public after the Effective Date, through no fault of recipient; (d) was received by recipient from a third party without any confidentiality obligation; or (e) was independently developed by recipient without breach of this section 3.

**3.3** **Limited Use and Non-Disclosure**. Recipient will (a) use Confidential Information solely to fulfill its obligations under the Agreement; (b) protect Confidential Information using the same degree of care it uses to protect its own confidential information of a like nature, but in no event less than a reasonable degree of care; (c) not disclose Confidential Information to any third party except (1) to Affiliates or employees, consultants, and agents who (i) have a need to know it in order to carry out their obligations under the Agreement, and (ii) are under written confidentiality and non-use obligations at least as restrictive as those stated in this LSA or (2) as required by law; and (d) not modify, reverse engineer, decompile, create other works from, or disassemble any Confidential Information, to the extent applicable, unless authorized in writing by discloser.

**4.** **INTELLECTUAL PROPERTY RIGHTS AND OWNERSHIP.** No right, title or interest in any intellectual property right transfers to the other party, except for the limited rights stated in the Agreement. Customer is not obligated to provide LinkedIn or its Affiliates with any suggestions, enhancement requests, or other feedback about the Services or related technology. However, if Customer does provide any feedback to LinkedIn, LinkedIn may use and modify it without any restriction or payment.

2

LinkedIn Confidential and Proprietary
Last Updated: November 24 2015 v.3

**5.    TERM AND TERMINATION**

**5.1    Term.** This LSA is effective on the date the first ordering document is executed by Customer and LinkedIn ("**Effective Date**") and remains in effect until terminated.

**5.2    Termination and Suspension**. Either party may terminate this LSA or an ordering document if the other party materially breaches the Agreement and fails to cure the breach within 30 days after receiving notice of the breach. LinkedIn may immediately terminate this LSA or an ordering document if Customer is in breach of section 2.3. LinkedIn may suspend Customer's access to the Services if Customer is in breach of the Agreement and the suspension will continue for as long as reasonably necessary for Customer to remedy the breach. If all ordering documents under this LSA have expired or been terminated, then either party may terminate this LSA for convenience by providing written notice to the other party.

**5.3    Effect of Termination.** Termination of this LSA or an ordering document will not relieve Customer from its obligation to pay LinkedIn any fees stated in an ordering document. If Customer terminates this LSA or an ordering document because of LinkedIn's uncured material breach, LinkedIn will refund a pro-rata share of any pre-paid fees under the applicable ordering document. Customer will notify Customer Users that their access to the applicable Services has terminated and LinkedIn may remove or discard all content that Customer uploaded or otherwise made available to LinkedIn in accordance with LinkedIn's policies. Termination of an ordering document does not terminate this LSA; however, termination of this LSA will result in the immediate termination of all ordering documents. The provisions of this LSA that by their nature extend beyond the termination of this LSA will survive termination of this LSA.

**6.    NO WARRANTY.** The Services are provided "as is". LinkedIn makes no representation or warranty about the Services including any representation that the Services will be uninterrupted or error-free. To the fullest extent permitted under applicable law, LinkedIn disclaims any implied or statutory warranty, including any implied warranty of title, non-infringement, merchantability or fitness for a particular purpose.

**7.    THIRD-PARTY INDEMNIFICATION**

**7.1    Indemnification**. LinkedIn will defend and indemnify Customer, its Affiliates, and their respective directors, officers and employees from and against all third party claims to the extent resulting from or alleged to have resulted from (a) the Services' infringement of a third party's intellectual property right; or (b) LinkedIn's material breach of the Agreement. Customer will defend and indemnify LinkedIn, its Affiliates, and their respective directors, officers and employees from and against all third party claims to the extent resulting from or alleged to have resulted from (y) the infringement of a third party's intellectual property right by any content, data or other information uploaded into LinkedIn's system or otherwise provided by Customer; or (z) Customer's material breach of the Agreement.

**7.2    Indemnification Procedures.** Each party will notify the other in writing of any third party claim. The indemnifying party will (a) control the defense of the claim; and (b) obtain the other party's prior written approval of the indemnifying party's settlement or compromise of a claim. The indemnified party will (y) not unreasonably withhold or delay its approval of the request for settlement or compromise; and  (z) assist and cooperate in the defense as reasonably requested by the indemnifying party at the indemnifying party's expense.

**8.    LIMITATION OF LIABILITY**

**8.1    Damages Waiver.** To the fullest extent permitted by law, neither party, including its respective Affiliates, will be liable to the other in connection with the Agreement for lost profits or lost business opportunities, loss of data, or any indirect, incidental, consequential, special or punitive damages.

**8.2    Liability Cap.** Neither party, including its respective Affiliates, will be liable to the other in connection with the Agreement for an amount that exceeds the total fees paid or payable to LinkedIn during the 12-month period before the event giving rise to the liability. Subject to section 8.3 (b), LinkedIn will not be liable for any unauthorized third party access to Customer's content, data, programs, information, network, or systems.

3

**8.3    Exclusions**. The limitations of liability stated in sections 8.1 and 8.2, do not apply to a party's (a) confidentiality or indemnification obligations; (b) liability for fraud, gross negligence or intentional misconduct; (c) liability for death or personal injury; or (d) violation of the other party's intellectual property.

**9.      DISPUTE RESOLUTION.** If an issue arises under the Agreement (including non-contractual disputes or claims) and the applicable ordering document was signed by a LinkedIn entity in North America or South America, then the Agreement is governed by the laws of the State of California, and any action or proceeding (including those arising from non-contractual disputes or claims) related to the Agreement will be brought in a federal court in the Northern District of California. If an issue arises under the Agreement (including non-contractual disputes or claims) and the applicable ordering document was signed by a LinkedIn entity in any country other than North America and South America, then the Agreement is governed by the laws of Ireland, and any action or proceeding (including those arising from non-contractual disputes or claims) related to the Agreement will be brought in Dublin, Ireland. Each party irrevocably submits to the jurisdiction and venue of the applicable courts. The prevailing party in any litigation may seek to recover its legal fees and costs.

**10.    MISCELLANEOUS.** If a conflict exists between any of the terms in the Agreement, then the LSA will govern, followed by the ordering document, and then the User Agreement. If a conflict exists between any of the general terms in the LSA and the relevant exhibits, then the exhibits will prevail to the extent of that inconsistency. Neither party relies on any undertaking, promise, assurance, statement, representation, warranty or understanding (whether in writing or not) of any person (whether party to the Agreement or not) relating to the subject matter of the Agreement, other than as stated in the Agreement. The parties will provide notices in writing and deliver them by commercial overnight courier to the address of the other party stated on the ordering document, unless otherwise stated in the Agreement. Notices are effective on the date of delivery as indicated in the records of the courier. The Agreement does not create a partnership, agency relationship, or joint venture between the parties. Neither party has the power or authority to bind the other or to create any obligation or responsibility on behalf of the other. Under no circumstances will any employee of one party be deemed to be the employee of the other. Neither party will assign this LSA or an ordering document in whole or in part without the other party's prior written consent (which consent will not be unreasonably denied, delayed or conditioned), except an assignment to an Affiliate or a successor that is not a competitor of the non-assigning party, made in connection with a merger or sale of all or substantially all of a party's assets or stock. Any attempted assignment in violation of the foregoing restriction will be void. Customer will provide LinkedIn written notification if Customer is purchasing Services through a LinkedIn approved agency. If Customer is an agency binding a client under this LSA, Customer (a) represents and warrants that it has the authority to bind the client to the terms stated in this LSA; (b) will notify LinkedIn in writing of the name and address of its client that will access and use the Services; and (c) remains jointly and severally liable for all obligations of Customer under the Agreement. If the Agreement is translated into a language other than English, the translation is for convenience only, and the English language version will govern. LinkedIn may remotely monitor Customer's use of the Services to ensure compliance with the Agreement. If any provision of the Agreement is unenforceable, that provision will be modified to render it enforceable to the extent possible to affect the parties' intention and the remaining provisions will not be affected. The parties may amend the Agreement only in a written amendment signed by both parties, except for the User Agreement, which may be modified in accordance with its terms. If this LSA or an ordering document will be executed then it can be executed electronically and in counterparts, each of which is deemed to be an original and all of which taken together comprise a single document.  Each party represents and warrants to the other that the individual binding a party under this LSA or an ordering document is authorized to do so.

LinkedIn Confidential and Proprietary
Last Updated: November 24 2015 v.3

Confidential                                                              LINK_HIQ_000198530

**Exhibit A**
**Service-Specific Terms**

The following Service-specific terms are in addition to the terms stated above. Service-specific terms apply to Customer to the extent the specific Service is included in an ordering document. LinkedIn may, in its sole discretion, change, modify, upgrade or discontinue any aspect or feature of a Service in whole or in part.

1.   **BY SERVICE**

A.   **Sales Navigator Service.** Customer may use the Sales Navigator Service only to generate sales leads.

B.   **Recruiter Service.** Customer will use the Recruiter Service and information about LinkedIn Members only to recruit individuals to become employees and consultants of Customer or its Affiliates, or, if Customer is an approved agency, only to recruit individuals to become employees and consultants of its clients. An agency is classified as a recruitment process outsourcer for a particular client of agency, if agency's Customer User uses that client's name, brand, or logo on Customer User's Member profile, profile summary, current employer description, or in messaging in the LinkedIn environment ("**RPO**"). Agency will inform LinkedIn of its RPO classification with a particular client and the name of that client (a) before purchasing any Recruiter Service, and (b) upon a change in classification. An RPO must use Recruiter-Corporate seats to support a client. An RPO must not use Recruiter Professional seats to support a client. If the Customer User is using its client's name, brand, or logo as described above, in conjunction with the RPO's name, brand or logo, its purchase of Recruiter-Corporate is governed by the master subscription agreement between LinkedIn and the RPO. If the Customer User is using its client's name, brand, or logo as described above, in place of the RPO's brand or logo, then its purchase of Recruiter-Corporate seats is governed by the master subscription agreement between LinkedIn and that client. Upon any termination, Customer is responsible for downloading any content, data or other information Customer Users uploaded to LinkedIn's system or otherwise provided to LinkedIn. Customer's breach of this section 1B is deemed a material breach of the LSA.

C.   **Referral Service.** Customer will use the Referral Service and information about Members only to recruit individuals to become employees and consultants of Customer or its Affiliates. The Referral Service must integrate with Customer's applicant tracking system ("**ATS**"). The Referral Service will only operate with certain third party ATSs, as specified in the ordering document.  Integration of any ATS to the Referral Service is Customer's sole responsibility. LinkedIn disclaims all liability resulting from or related to any ATS.

D.   **Lynda.com and Video2brain Content Services.** Customer will state the name of its single designated administrator in the ordering document and that administrator will have access to the reporting and management tools available. Displaying or publicly performing lynda.com or video2brain content in a public setting (including a conference room or classroom) without LinkedIn's prior written consent constitutes an unauthorized use of the content and an infringement of LinkedIn's intellectual property rights. Customer will comply with the lynda.com Privacy Policy located at http://www.lynda.com/aboutus/otl-privacy.aspx and the video2brain Privacy Policy located at https://www.video2brain.com/de/datenschutzerklaerung, as applicable. Updates to the Privacy Policies are effective immediately upon posting to the respective website. If Customer is a school with children in any grade between kindergarten and twelfth grade or a school district, Customer represents and warrants that it will not allow a child under the age of 13 to access the lynda.com Service unless Customer has obtained written permission from the child's parent or legal guardian. Customer will promptly provide documentation of the permission upon LinkedIn's request.

E.   **Elevate Service.** Customer will maintain a social media policy and ensure that its personnel comply with the policy. Only Customer's designated curator(s) is/are authorized to post content to the Elevate Service. Customer Users who are not curators may only read and forward content. Customer will ensure that it owns or has the necessary licenses, rights, consents, and permissions to the content it posts to the Elevate Service.

LinkedIn Confidential and Proprietary
Last Updated: November 24 2015 v.3

Confidential                                                                                     LINK_HIQ_000198531

2. **ADDITIONAL REQUIREMENTS.** For Sales Navigator, Recruiter, or Referral Services, Customer (a) will designate in writing one Customer User for each seat it purchases; (b) will promptly provide to and maintain with LinkedIn accurate contact information for each Customer User; and (c) will not, and will not permit a Customer User to, share a Customer User's access to the Services with any other individual. In the event a Customer User ceases employment, takes any type of leave or vacation, or transfers work function, Customer may transfer the Customer User's seat to a different Customer User. LinkedIn reserves the right to limit the number of transfers of each seat.

LinkedIn Confidential and Proprietary
Last Updated: November 24 2015 v.3

Confidential

LINK_HIQ_000198532

# Exhibit N

# (Filed Under Seal)

# EXHIBIT O

# MUNGER, TOLLES & OLSON LLP

560 MISSION STREET

SAN FRANCISCO, CALIFORNIA 94105-3089

TELEPHONE (415) 512-4000

FACSIMILE (415) 512-4077

350 SOUTH GRAND AVENUE

FIFTIETH FLOOR

LOS ANGELES, CALIFORNIA 90071-3426

TELEPHONE (213) 683-9100

FACSIMILE (213) 687-3702

1155 F STREET N.W.

SEVENTH FLOOR

WASHINGTON, D.C. 20004-1361

TELEPHONE (202) 220-1100

FACSIMILE (202) 220-2300

June 24, 2017

Writer's Direct Contact
(415) 512-4011
(415) 644-6911 FAX
jonathan.blavin@mto.com

**VIA ELECTRONIC MAIL ONLY**

Deepak Gupta, Esq.
Farella, Braun + Martel, LLP
Russ Building
325 Montgomery Street
San Francisco, CA 94104
dgupta@fbm.com

Re:   Reinstatement of Demand to Immediately Cease and Desist hiQ's Unauthorized
Data Scraping and Other Violations of the Law and LinkedIn's User Agreement

Dear Mr. Gupta:

I represent LinkedIn Corporation ("LinkedIn") in connection with the lawsuit that your client hiQ Labs, Inc. ("hiQ") has filed against it in the Northern District of California (No. 17 Civ. 3301) and am familiar with the correspondence history between you and LinkedIn.

LinkedIn hereby reinstates the demands in its letter dated May 23, 2017 to hiQ. hiQ's access and scraping of member profile data on the LinkedIn website through software and other automated processes, as outlined in greater detail in the May 23 letter, violate the LinkedIn User Agreement, to which hiQ was on notice of and is bound, as well as the Computer Fraud and Abuse Act (18 U.S.C. §§ 1030 et seq.), California Penal Code § 502, and the Digital Millennium Copyright Act (17 U.S.C. §§ 1201 et seq.), and constitute unlawful acts of common law trespass and misappropriation. To be clear, any prior, present, or future access of LinkedIn's website and servers by hiQ is without authorization from LinkedIn. *See Facebook, Inc. v. Power Ventures,*

CONFIDENTIAL   hiQ_00715939

MUNGER, TOLLES & OLSON LLP

Deepak Gupta, Esq.
June 24, 2017
Page 2

*Inc.*, 844 F.3d 1058, 1067 (9th Cir. 2016) (a "defendant can run afoul of the CFAA when he or she has no permission to access a computer or when such permission has been revoked explicitly."). LinkedIn has taken additional technical measures to prevent further access by hiQ to its website and servers, including blocking IP addresses known to be used in connection with hiQ's services.

Accordingly, LinkedIn reiterates its demand that hiQ immediately:

1. Cease and desist accessing or attempting to access or use LinkedIn's website, computers, computer systems, computer network, computer programs, and data stored therein (whether directly or through third parties);

2. Destroy all data, documents, and other items, electronic or otherwise, in their possession, custody, or control, that were copied, extracted or otherwise derived from LinkedIn's website (whether directly, indirectly, via members, or from other third parties); and

3. Cease and forever desist from any conduct inducing members to violating LinkedIn's User Agreement and Privacy Policy, including but not limited to offering software or services the use of which by members violates LinkedIn's User Agreement and Privacy Policy.

This letter is not a recitation of all of the facts pertaining to this matter and LinkedIn expressly reserves all rights and remedies.

Regards,

*/s/ Jonathan H. Blavin*

Jonathan H. Blavin

CONFIDENTIAL

hiQ_00715940