# DECLARATION FILED UNDER SEAL