ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
PAUL F. RUGANI (SBN 342647)
prugani@orrick.com
CATHERINE Y. LUI (SBN 239648)
clui@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
EMILY RENZELLI (*pro hac vice*)
erenzelli@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

*Attorneys for LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>          Plaintiff,<br><br>     vs.<br><br>LinkedIn Corporation,<br><br>          Defendant. | Case No. 17-cv-03301-EMC<br><br>**DECLARATION OF DANIEL JUSTICE IN SUPPORT OF LINKEDIN CORPORATION'S AUGUST 5TH, 2022 MOTIONS**<br><br>Date:          September 29, 2022<br>Time:          1:30 p.m.<br>Courtroom:  5 – 17th Floor (Zoom)<br>Judge:        Hon. Edward M. Chen<br><br>Complaint Filed:   June 7, 2017<br>Trial Date:          February 27, 2023 |
| LinkedIn Corporation<br><br>          Counterclaimant,<br>     vs.<br><br>hiQ Labs, Inc.<br><br>          Counterdefendant, | |

I, Daniel Justice, hereby declare as follows:

1.      I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for LinkedIn Corporation in this action.  I am a member of the California State Bar and am admitted to practice before this Court.  I have personal knowledge of the facts stated in this declaration, and if called as a witness I could and would testify competently thereto.

2.      Exhibit N to the Declaration of Blake Lawit In Support Of LinkedIn's Motion For Summary Judgment contains a list of entities that have received abuse enforcement notices from LinkedIn over a several year period of time.  LinkedIn seeks sealing of Exhibit N because, I am informed and believe and thereupon state, a number of these entities have entered into confidential settlements with LinkedIn, and other entities are subject to continuing investigation.  Disclosure of these names could be inconsistent with the terms of such settlement agreements, make it more difficult for it to enter into such agreements, and interfere with LinkedIn's ability to conduct investigations.

3.      Attached to the Compendium of Evidence as **Exhibit 1** is a true and correct copy of excerpts of the transcript of the deposition of Jenelle Bray taken on May 18, 2022.

4.      Attached to the Compendium of Evidence as **Exhibit 2** is a true and correct copy of excerpts of the transcript of the deposition of Boris Dev taken on May 4, 2022, as well as true and correct copies of Deposition Exhibit Nos. 231 & 237.

5.      Attached to the Compendium of Evidence as **Exhibit 3** is a true and correct copy of excerpts of the transcript of the deposition of Daniel Francis taken on May 25, 2022, as well as a true and correct copy of Deposition Exhibit No. 1335.

6.      Attached to the Compendium of Evidence as **Exhibit 4** is a true and correct copy of excerpts of the transcript of the deposition of McKinsey & Co. by and through Rule 30(b)(6) designee Christopher Gagnon taken on June 27, 2022, as well as a true and correct copy of Deposition Exhibit No. 591.

7.      Attached to the Compendium of Evidence as **Exhibit 5** is a true and correct copy of excerpts of the transcript of the deposition of Genevieve Graves taken on May 25, 2022, as well as true and correct copies of Deposition Exhibit Nos. 498, 503, 510, 512, 514, & 525.

8.      Attached to the Compendium of Evidence as **Exhibit 6** is a true and correct copy of excerpts of the transcript of the deposition of Yael Hochberg, Ph.D. taken on July 29, 2022, as well as true and correct copies of Deposition Exhibit Nos. 1385 & 1386.  Appendix C, titled "Materials Considered," has been removed from Deposition Exhibit No. 1385 in order to avoid burdening the Court with unnecessary pages, but can be provided to the Court upon request.

9.      Attached to the Compendium of Evidence as **Exhibit 7** is a true and correct copy of excerpts of the transcript of the deposition of Darren Kaplan taken on May 04, 2022, as well as true and correct copies of Deposition Exhibit Nos. 10 & 17.

10.     Attached to the Compendium of Evidence as **Exhibit 8** is a true and correct copy of excerpts of the transcript of the deposition of Darren Kaplan taken on May 05, 2022.

11.     Attached to the Compendium of Evidence as **Exhibit 9** is a true and correct copy of excerpts of the transcript of the deposition of Andrew Kim taken on May 09, 2022, as well as a true and correct copy of Deposition Exhibit No. 246.

12.     Attached to the Compendium of Evidence as **Exhibit 10** is a true and correct copy of excerpts of the transcript of the deposition of James E. Malackowsi taken on July 28, 2022, as well as a true and correct copy of Deposition Exhibit No. 1379.  Certain appendices have been removed from the exhibit in order to avoid burdening the Court with unnecessary pages, but can be provided to the Court upon request.

13.     Attached to the Compendium of Evidence as **Exhibit 11** is a true and correct copy of excerpts of the transcript of the deposition of Stephen B. McElfresh taken on July 20, 2022, as well as a true and correct copy of Deposition Exhibit No. 650.

14.     Attached to the Compendium of Evidence as **Exhibit 12** is a true and correct copy of excerpts of the transcript of the deposition of Darin Medeiros taken on May 20, 2022, as well as true and correct copies of Deposition Exhibit Nos. 436-439, 443, 447, & 455.

15.     Attached to the Compendium of Evidence as **Exhibit 13** is a true and correct copy of excerpts of the transcript of the deposition of Daniel Miller taken on May 13, 2022, as well as true and correct copies of Deposition Exhibit Nos. 322A, 322B, 331, 344, 350A, & 350B.

16.     Attached to the Compendium of Evidence as **Exhibit 14** is a true and correct copy of excerpts of the transcript of the deposition of Daniel Miller taken on May 26, 2022, as well as true and correct copies of Deposition Exhibit Nos. 535, 539, 540, 543, 545, 546.

17.     Attached to the Compendium of Evidence as **Exhibit 15** is a true and correct copy of excerpts of the transcript of the deposition of Kevin Murphy taken on July 19, 2022, as well as a true and correct copy of Deposition Exhibit No. 603.  Appendix B, "List of Materials Relied Upon," has been removed from the exhibit in order to avoid burdening the Court with unnecessary pages, but can be provided to the Court upon request.

18.     Attached to the Compendium of Evidence as **Exhibit 16** is a true and correct copy of the Declaration of Kevin Murphy ISO LinkedIn's Motion for Summary Judgment and Daubert Motion to Exclude Expert Testimony of Stephen McElfresh, and Exhibit A, the Rebuttal Expert Report of Kevin M. Murphy.

19.     Attached to the Compendium of Evidence as **Exhibit 17** is a true and correct copy of excerpts of the transcript of the deposition of Alexander Oltmann taken on May 13, 2022, as well as a true and correct copy of Deposition Exhibit No. 4.

20.     Attached to the Compendium of Evidence as **Exhibit 18** is a true and correct copy of excerpts of the transcript of the deposition of Dan Reid taken on May 19, 2022.

21.     Attached to the Compendium of Evidence as **Exhibit 19** is a true and correct copy of excerpts of the transcript of the deposition of Paul Rockwell taken on May 19, 2022, as well as a true and correct copy of Deposition Exhibit No. 1233-A.

22.     Attached to the Compendium of Evidence as **Exhibit 20** is a true and correct copy of excerpts of the transcript of the deposition of Benjamin Sacks taken on July 08, 2022, as well as true and correct copies of Deposition Exhibit Nos. 599, 608-609, and an excerpt of Deposition Exhibit 610.  Appendices A and B have been removed from Deposition Exhibit No. 599 in order to avoid burdening the Court with unnecessary pages, but can be provided to the Court upon request.

23.     Attached to the Compendium of Evidence as **Exhibit 21** is a true and correct copy of excerpts of the transcript of the deposition of Minjae Song taken on July 27, 2022.

1
2
24.      Attached to the Compendium of Evidence as **Exhibit 22** is a true and correct copy of excerpts of the transcript of the deposition of Mark Weidick taken on March 18, 2022.

3
4
5
25.      Attached to the Compendium of Evidence as **Exhibit 23** is a true and correct copy of excerpts of the transcript of the deposition of Mark Weidick taken on May 23, 2022, as well as true and correct copies of Deposition Exhibit Nos. 475, 480, & 486.

6
7
8
26.      Attached to the Compendium of Evidence as **Exhibit 24** is a true and correct copy of excerpts of the transcript of the deposition of Mark Weidick taken on June 01, 2022, as well as true and correct copies of Deposition Exhibit Nos. 489, 556, 564, & 566.

9
10
11
27.      Attached to the Compendium of Evidence as **Exhibit 25** is a true and correct copy of excerpts of the transcript of the deposition of Lee Womer taken on May 11, 2022, as well as a true and correct copy of Deposition Exhibit No. 294.

12
13
14
28.      Attached to the Compendium of Evidence as **Exhibit 26** is a true and correct copy of excerpts of the transcript of the deposition of Xiaofeng Wu taken on July 25, 2022, as well as a true and correct copy of Deposition Exhibit No. 1361.

15
16
17
18
29.      Attached to the Compendium of Evidence as **Exhibit 27** is a true and correct copy of the Declaration of Paul Rockwell ISO LinkedIn's Opposition to Plaintiff's Motion for Temporary Restraining Order, *hiQ Labs, Inc. v. LinkedIn Corporation*, No. 17-cv-03301-EMC (N.D. Cal. June 26, 2017) (ECF No. 29).

19
20
21
22
30.      Attached to the Compendium of Evidence as **Exhibit 28** is a true and correct copy of the Declaration of Paul Rockwell ISO LinkedIn's Motion to Dissolve Preliminary Injunction and Request for Indicative Ruling Pursuant to FRCP 62.1, *hiQ Labs, Inc. v. LinkedIn Corporation*, No. 17-cv-03301-EMC (N.D. Cal. Sept. 10, 2021) (ECF No. 216.13).

23
24
25
31.      Attached to the Compendium of Evidence as **Exhibit 29** is a true and correct copy of hiQ's Second Supplemental Responses to LinkedIn's Second Set of Interrogatories, Response to Interrogatory No. 16, served on August 03, 2022.

26
27
32.      Attached to the Compendium of Evidence as **Exhibit 30** is a true and correct copy of a letter correspondence from counsel for LinkedIn to counsel for hiQ, dated April 28, 2022.

28

1    33.    Attached to the Compendium of Evidence as **Exhibit 31** is a true and correct copy

2   of email correspondence between counsel for LinkedIn and counsel for hiQ between April 28, 2022,

3   and June 3, 2022.

4    34.    Attached to the Compendium of Evidence as **Exhibit 32** is a true and correct copy

5   of email correspondence from counsel for hiQ to counsel for LinkedIn, dated June 13, 2022.

6    35.    Attached to the Compendium of Evidence as **Exhibit 33** is a true and correct copy

7   of a document produced by hiQ from its files, initial page Bates Number hiQ_00003890.

8    36.    Attached to the Compendium of Evidence as **Exhibit 34** is a true and correct copy

9   of a document produced by hiQ from its files, initial page Bates Number hiQ_00004324.  This

10  document was produced by hiQ in Excel format, but has been converted to PDF for submission to

11  the Court.  The contents of the document were not altered.

12   37.    Attached to the Compendium of Evidence as **Exhibit 35** is a true and correct copy

13  of a document produced by hiQ from its files, initial page Bates Number hiQ_00028241.

14   38.    Attached to the Compendium of Evidence as **Exhibit 36** is a true and correct copy

15  of a document produced by hiQ from its files, initial page Bates Number hiQ_00080487.

16   39.    Attached to the Compendium of Evidence as **Exhibit 37** is a true and correct copy

17  of a document produced by hiQ from its files, initial page Bates Number hiQ_00080559.

18   40.    Attached to the Compendium of Evidence as **Exhibit 38** is a true and correct copy

19  of a document produced by hiQ from its files, initial page Bates Number hiQ_00087989.

20   41.    Attached to the Compendium of Evidence as **Exhibit 39** is a true and correct copy

21  of a document produced by hiQ from its files, initial page Bates Number hiQ_00103925.

22   42.    Attached to the Compendium of Evidence as **Exhibit 40** is a true and correct copy

23  of a document produced by hiQ from its files, initial page Bates Number hiQ_00149369.

24   43.    Attached to the Compendium of Evidence as **Exhibit 41** is a true and correct copy

25  of a document produced by hiQ from its files, initial page Bates Number hiQ_00174125.

26   44.    Attached to the Compendium of Evidence as **Exhibit 42** is a true and correct copy

27  of a document produced by hiQ from its files, initial page Bates Number hiQ_00179991.

28

45.    Attached to the Compendium of Evidence as **Exhibit 43** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00193748.

46.    Attached to the Compendium of Evidence as **Exhibit 44** is a true and correct copy of an email and attachment produced by hiQ from its files, initial page Bates Numbers hiQ_00211880 & hiQ_00211881.

47.    Attached to the Compendium of Evidence as **Exhibit 45** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00225254.  This document was produced by hiQ in PowerPoint format, but has been converted to PDF for submission to the Court.  The contents of the document were not altered.

48.    Attached to the Compendium of Evidence as **Exhibit 46** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00251922.

49.    Attached to the Compendium of Evidence as **Exhibit 47** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00316522.  This document was produced by hiQ in Excel format, but has been converted to PDF for submission to the Court.  The contents of the document were not altered.

50.    Attached to the Compendium of Evidence as **Exhibit 48** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00318142.

51.    Attached to the Compendium of Evidence as **Exhibit 49** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00332055.

52.    Attached to the Compendium of Evidence as **Exhibit 50** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00355253.

53.    Attached to the Compendium of Evidence as **Exhibit 51** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00358094.

54.    Attached to the Compendium of Evidence as **Exhibit 52** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00369157.

55.    Attached to the Compendium of Evidence as **Exhibit 53** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00390283.

56.     Attached to the Compendium of Evidence as **Exhibit 54** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00429401.

57.     Attached to the Compendium of Evidence as **Exhibit 55** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00436623.

58.     Attached to the Compendium of Evidence as **Exhibit 56** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00437584.

59.     Attached to the Compendium of Evidence as **Exhibit 57** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00437609.

60.     Attached to the Compendium of Evidence as **Exhibit 58** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00438613.

61.     Attached to the Compendium of Evidence as **Exhibit 59** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00439403.

62.     Attached to the Compendium of Evidence as **Exhibit 60** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00439495.

63.     Attached to the Compendium of Evidence as **Exhibit 61** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00442040.

64.     Attached to the Compendium of Evidence as **Exhibit 62** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00447111.

65.     Attached to the Compendium of Evidence as **Exhibit 63** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00447584.

66.     Attached to the Compendium of Evidence as **Exhibit 64** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00449462.

67.     Attached to the Compendium of Evidence as **Exhibit 65** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00451103.

68.     Attached to the Compendium of Evidence as **Exhibit 66** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00457966.

69.     Attached to the Compendium of Evidence as **Exhibit 67** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00463750.

70.     Attached to the Compendium of Evidence as **Exhibit 68** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00466086.

71.     Attached to the Compendium of Evidence as **Exhibit 69** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00466148.

72.     Attached to the Compendium of Evidence as **Exhibit 70** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00466407.

73.     Attached to the Compendium of Evidence as **Exhibit 71** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00467036.

74.     Attached to the Compendium of Evidence as **Exhibit 72** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00469682.

75.     Attached to the Compendium of Evidence as **Exhibit 73** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00473572.

76.     Attached to the Compendium of Evidence as **Exhibit 74** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00521357.

77.     Attached to the Compendium of Evidence as **Exhibit 75** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00521671.

78.     Attached to the Compendium of Evidence as **Exhibit 76** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00521783.

79.     Attached to the Compendium of Evidence as **Exhibit 77** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00536554.

80.     Attached to the Compendium of Evidence as **Exhibit 78** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00542110.

81.     Attached to the Compendium of Evidence as **Exhibit 79** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00542226.

82.     Attached to the Compendium of Evidence as **Exhibit 80** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00555778.

83.     Attached to the Compendium of Evidence as **Exhibit 81** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00568929.

84.     Attached to the Compendium of Evidence as **Exhibit 82** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00580069.

85.     Attached to the Compendium of Evidence as **Exhibit 83** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00621582.  This document was produced by hiQ in Excel format, but has been converted to PDF for submission to the Court.  The contents of the document were not altered.

86.     Attached to the Compendium of Evidence as **Exhibit 84** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00642063.

87.     Attached to the Compendium of Evidence as **Exhibit 85** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00642108.

88.     Attached to the Compendium of Evidence as **Exhibit 86** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00656809.

89.     Attached to the Compendium of Evidence as **Exhibit 87** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00679076.

90.     Attached to the Compendium of Evidence as **Exhibit 88** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00683817.

91.     Attached to the Compendium of Evidence as **Exhibit 89** is a true and correct copy of an excerpt of a document produced by hiQ from its files, initial page Bates Number hiQ_00723764.  The Bates-stamped version of this document originally produced by hiQ was illegible, and so hiQ made a supplemental production of a native copy.  The original produced page bearing Bates Number hiQ_00723776, as well as the native copy of that page produced by hiQ, are excerpted and attached to the Compendium of Evidence.  The contents of the excerpt were not altered.

92.     Attached to the Compendium of Evidence as **Exhibit 90** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00727057.

93.     Attached to the Compendium of Evidence as **Exhibit 91** is a true and correct copy of a screenshot of a video file produced by hiQ from its files, initial page Bates Number hiQ_00727061.  The video file produced by hiQ was paused at the 14 minute 31 second mark and

a screenshot was captured and printed to PDF for submission to the Court.  A copy of the video file can be provided to the Court upon request.

94.     Attached to the Compendium of Evidence as **Exhibit 92** is a true and correct copy of an excerpt of a document produced by hiQ from its files, initial page Bates Number hiQ_00734930. This document was produced by hiQ in Excel format, but an excerpt has been converted to PDF for submission to the Court.  The contents of the excerpt were not altered.

95.     Attached to the Compendium of Evidence as **Exhibit 93** is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00734977.

96.     Attached to the Compendium of Evidence as **Exhibit 94** is a true and correct copy of hiQ Labs, Inc.'s Response to LinkedIn's Cease and Desist Letter, *hiQ Labs, Inc. v. LinkedIn Corporation*, No. 17-cv-03301-EMC (N.D. Cal. June 7, 2017) (ECF No. 4-11), dated May 31, 2017.

97.     Attached to the Compendium of Evidence as **Exhibit 95** is a true and correct copy of hiQ's First Supplemental Responses to LinkedIn's Second Set of Interrogatories, Response to Interrogatory No. 16, served on May 11, 2022.

98.     Attached to the Compendium of Evidence as **Exhibit 96** is a true and correct copy of Plaintiff hiQ Labs, Inc.'s Supplemental Responses and Objections to LinkedIn Corporation's Second Set of Interrogatories, Responses to Interrogatory Nos. 22 and 25, served on May 13, 2022. Uncited interrogatory responses have been omitted.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on August 5, 2022, at San Francisco, California.

_____
Daniel Justice

JUSTICE DECL. ISO LINKEDIN'S
AUGUST 5TH, 2022 MOTIONS
17-cv-03301-EMC