| | |
|---|---|
| 1 | ANNETTE L. HURST (SBN 148738) |
|   | ahurst@orrick.com |
| 2 | RUSSELL P. COHEN (SBN 213105) |
|   | rcohen@orrick.com |
| 3 | PAUL F. RUGANI (SBN 342647) |
|   | prugani@orrick.com |
| 4 | CATHERINE Y. LUI (SBN 239648) |
|   | clui@orrick.com |
| 5 | NATHAN SHAFFER (SBN 282015) |
|   | nshaffer@orrick.com |
| 6 | DANIEL JUSTICE (SBN 291907) |
|   | djustice@orrick.com |
| 7 | EMILY RENZELLI (Pro Hac Vice) |
|   | erenzelli@orrick.com |
| 8 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 405 Howard Street |
| 9 | San Francisco, CA  94105-2669 |
|   | Telephone:   +1 415 773 5700 |
| 10 | Facsimile:    +1 415 773 5759 |

*Attorneys for Defendant/Counterclaimant LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| hiQ Labs, Inc., | Case No. 17-cv-03301-EMC |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| LinkedIn Corporation, | Date:          September 29, 2022 |
| | Time:          1:30 p.m. |
| Defendant. | Courtroom:  5 – 17th Floor (Zoom) |
| | Judge:          Hon. Edward M. Chen |
| LinkedIn Corporation, | Complaint Filed:   June 7, 2017 |
| Counterclaimant, | Trial Date:             February 27, 2023 |
| vs. | |
| hiQ Labs, Inc., | |
| Counter-Defendant. | |

CERTIFICATE OF SERVICE
17-cv-03301-EMC

# CERTIFICATE OF SERVICE

I am over the age of eighteen years and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 2050 Main Street, Suite 1100, Irvine, CA 92614.

On August 5, 2022, I served unredacted versions of the foregoing documents filed under seal, described as:

1) LINKEDIN'S MOTION FOR SUMMARY JUDGMENT;
2) LINKEDIN'S *DAUBERT* MOTION TO EXCLUDE DAMAGES OPINIONS OF BENJAMIN SACKS;
3) LINKEDIN CORPORATION'S MOTION FOR SPOLIATION SANCTIONS;
4) DECLARATION OF DOUGLAS SCHMIDT IN SUPPORT OF LINKEDIN'S MOTION FOR SPOLIATION SANCTIONS;
5) EXHIBIT N TO DECLARATION OF BLAKE LAWIT IN SUPPORT OF LINKEDIN'S MOTION FOR SUMMARY JUDGMENT;
6) COMPENDIUM EXHIBITS 10;
7) COMPENDIUM EXHIBITS 15;
8) COMPENDIUM EXHIBITS 19;
9) COMPENDIUM EXHIBIT 2-7;
10) COMPENDIUM EXHIBIT 26;
11) COMPENDIUM EXHIBIT 9-10;
12) COMPENDIUN EXHIBITS 11-19;
13) COMPENDIUM EXHIBITS 20-44;
14) COMPENDIUM EXHIBIT 45-79;
15) COMPENDIUM EXHIBITS 80-96.

upon the interested parties in this action as follows:

☐   (BY MAIL) I caused copies of the foregoing document(s) to be placed in a sealed envelope addressed as set forth below. Each such envelope was placed for collection and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Irvine, California, in the ordinary course of business.

☒   (BY EMAIL) By transmitting a true pdf copy of the foregoing document(s) by e-mail transmission from lsowell@orrick.com to the interested parties at the e-mail address(es) set forth below. Said transmission(s) were completed on the aforesaid date, and there were no errors reported in the transmission process.

☐   (BY OVERNIGHT DELIVERY) I caused to be deposited in a box or other facility regularly maintained by Federal Express, a true copy of the foregoing document(s) in a sealed envelope or package designated by Federal Express, addressed as set forth below, with fees for overnight delivery paid or provided for.

| | | |
|---|---|---|
| 1 | Corey Worcester (*pro hac vice*)<br>coreyworcester@quinnemanuel.com<br>Renita Sharma (*pro hac vice*)<br>renitasharma@quinnemanuel.com<br>Hope Skibitsky (*pro hac vice*)<br>hopeskibitsky@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br><br>Terry L. Wit (SBN 233473)<br>terrywit@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br><br>Adam Bryan Wolfson<br>adamwolfson@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>865 S. Figueroa Street<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br><br>Zane Muller (p*ro hac vice*)<br>zanemuller@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010<br>Telephone:  (212) 849-7000<br><br>Elisabeth B. Miller (p*ro hac vice*)<br>elisabethmiller@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010<br>Telephone:  (212) 849-7097 | *Counsel for Plaintiff<br>hiQ Labs, Inc.* |

    I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

    Executed on August 5, 2022, at San Francisco, California.

*Linda Sowell*
_____
Linda Sowell