```
 1  ANNETTE L. HURST (SBN 148738)
    ahurst@orrick.com
 2  RUSSELL P. COHEN (SBN 213105)
    rcohen@orrick.com
 3  PAUL F. RUGANI (SBN 342647)
    prugani@orrick.com
 4  CATHERINE Y. LUI (SBN 239648)
    clui@orrick.com
 5  NATHAN SHAFFER (SBN 282015)
    nshaffer@orrick.com
 6  DANIEL JUSTICE (SBN 291907)
    djustice@orrick.com
 7  Emily Renzelli (pro hac vice)
    erenzelli@orrick.com
 8  ORRICK, HERRINGTON & SUTCLIFFE LLP
    405 Howard Street
 9  San Francisco, CA  94105-2669
    Telephone:    +1 415 773 5700
10  Facsimile:    +1 415 773 5759
```

*Attorneys for LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> LinkedIn Corporation, <br><br> Defendant. <br><br> LinkedIn Corporation <br><br> Counterclaimant, <br> vs. <br><br> hiQ Labs, Inc. <br><br> Counterdefendant. | Case No. 17-cv-03301-EMC <br><br> **NOTICE OF ERRATA; LINKEDIN CORPORATION'S COMPENDIUM OF EVIDENCE (VOL. 4) EXS. 20-44** <br><br> Date:             July 7, 2022 <br> Time:            1:30 p.m. <br> Courtroom:   5 (Remote via Zoom) <br> Judge:          Hon. Edward M. Chen <br><br> Complaint Filed:   June 7, 2017 <br> Trial Date:             February 27, 2023 |

1  Defendant and Counterclaim Plaintiff LinkedIn Corporation submits this Notice of Errata in connection with LinkedIn Corporation's "Compendium of Evidence (Vol. 4) Exs. 20-44" (ECF No. 340-4), which was filed in support of LinkedIn Corporation's August 5th, 2022 Motions (ECF Nos. 336-339).  The version of ECF No. 340-4 contained an error.  The corrected version of ECF No. 340-4 is being filed concurrently with this Notice of Errata.

Dated: June 8, 2022                             Orrick, Herrington & Sutcliffe LLP


                                                By: _____*/s/ Daniel Justice*_____
                                                        DANIEL JUSTICE
                                                        Attorneys for Defendant
                                                        LinkedIn Corporation