Corey Worcester (*pro hac vice*)
coreyworcester@quinnemanuel.com
Renita Sharma (*pro hac vice*)
renitasharma@quinnemanuel.com
Hope Skibitsky (*pro hac vice*)
hopeskibitsky@quinnemanuel.com
Elisabeth Miller (*pro hac vice*)
elisabethmiller@quinnemanuel.com
Zane Muller (*pro hac vice*)
zanemuller@quinnemanuel.com
Daily Guerrero (*pro hac vice*)
dailyguerrero@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000

Terry L. Wit (SBN 233473)
terrywit@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:     (415) 875-6331

*Attorneys for Plaintiff and
Counterclaim Defendant
hiQ Labs, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc., <br><br> *Plaintiff and Counterclaim Defendant*, <br><br> vs. <br><br> LinkedIn Corp., <br><br> *Defendant and Counterclaim Plaintiff*. | Case No. 3:17-cv-03301-EMC <br><br> **DECLARATION OF ZANE MULLER IN SUPPORT OF HIQ LABS, INC.'S LOCAL RULE 79-5 ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF HIQ'S MOTION FOR SUMMARY JUDGMENT ON LINKEDIN'S FIRST COUNTERCLAIM** |

Case No. 3:17-cv-03301-EMC

MULLER DECL. ISO ADMIN. MOTION TO FILE UNDER SEAL PORTIONS OF MOTION FOR SUMMARY JUDGMENT ON LINKEDIN'S FIRST COUNTERCLAIM

I, Zane Muller, declare as follows:

1.     I am an attorney with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys of record for Plaintiff hiQ Labs, Inc. ("hiQ").  I have personal knowledge of the facts set forth below and if called as a witness I could and would competently testify to those facts.

2.     Pursuant to Civil Local Rule 79-5(e), I submit this declaration in support of hiQ's Administrative Motion To File Portions of hiQ's Motion for Summary Judgment on LinkedIn Corp.'s ("LinkedIn") First Counterclaim. ("Brief").

3.     I have reviewed the Brief.  Based on my review, the Brief contains information designated by non-movant Defendant LinkedIn as Confidential or Highly Confidential in this action. To that end, hiQ has agreed to maintain this information in confidence pursuant to the parties' Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information, And/Or Trade Secrets (ECF No. 213 ("Protective Order")).

4.     hiQ's redactions conform the requirements of the protective order.

5.     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed August 5, 2022, at Brooklyn, New York.


By:     */s/ Zane Muller*_____
          Zane Muller

MULLER DECL. ISO ADMIN. MOTION TO FILE UNDER SEAL PORTIONS OF HIQ'S MOTION FOR
SUMMARY JUDGMENT ON LINKEDIN'S FIRST COUNTERCLAIM