1  Corey Worcester (*pro hac vice*)
   coreyworcester@quinnemanuel.com
2  Renita Sharma (*pro hac vice*)
   renitasharma@quinnemanuel.com
3  QUINN EMANUEL URQUHART AND SULLIVAN LLP
   51 Madison Avenue, 22nd Floor
4  New York, NY 10010
   Telephone:   (212) 849-7000
5  Facsimile:   (212) 849-7100

6  Terry L. Wit (SBN 233473)
   terrywit@quinnemanuel.com
7  Adam B. Wolfson (SBN 262125)
   adamwolfson@quinnemanuel.com
8  QUINN EMANUEL URQUHART AND SULLIVAN LLP
   50 California Street, 22nd Floor
9  San Francisco, CA 94111
   Telephone:   (415) 875-6600
10 Facsimile:   (415) 875-6700

11 Attorneys for Plaintiff hiQ Labs, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> LinkedIn Corp., <br><br> Defendant. | Case No. 3:17-CV-03301-EMC <br><br> **[PROPOSED] ORDER GRANTING MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

The Court has received Plaintiff hiQ Labs, Inc.'s Administrative Motion to Consider Whether LinkedIn's Material Should Be Sealed. Material which LinkedIn Corp. ("LinkedIn) has designated Confidential or Highly Confidential appears in hiQ Labs, Inc.'s Motion for Summary Judgment on LinkedIn Corp.'s First Counterclaim ("Brief"). Because the Brief contains material that is sealable pursuant to Local Rule 79-5, Plaintiff's Administrative Motion to File Under Seal is **GRANTED**.

**IT IS HEREBY ORDERED** that the following materials should be sealed and that counsel for hiQ may file the following material designated by LinkedIn under the Stipulated

Case No. 3:17-cv-03301-EMC

[PROPOSED] ORDER GRANTING ADMIN. MOTION TO FILE UNDER SEAL PORTIONS OF HIQ'S MOTION FOR SUMMARY JUDGMENT ON LINKEDIN'S FIRST COUNTERCLAIM

Protective Order For Litigation Involving Patents, Highly Sensitive Confidential Information, and/or Trade Secrets (ECF No. 213):

| | |
|---|---|
| Muller Dec. Ex. B | LinkedIn has designated this document confidential under the protective order. |
| Muller Dec. Ex. C | LinkedIn has designated this document confidential under the protective order. |
| Muller Dec. Ex. D | LinkedIn has designated this document confidential under the protective order. |
| Muller Dec. Ex. E | LinkedIn has designated this document highly confidential under the protective order. |
| Muller Dec. Ex. F | LinkedIn has designated this transcript confidential under the protective order. |
| Muller Dec. Ex. H | LinkedIn has designated this document confidential under the protective order. |
| Muller Dec. Ex. I | LinkedIn has designated this transcript confidential under the protective order. |
| Muller Dec. Ex. J | LinkedIn has designated this document highly confidential under the protective order. |
| Muller Dec. Ex. K | LinkedIn has designated this document highly confidential under the protective order. |
| Muller Dec. Ex. O | LinkedIn has designated this document confidential under the protective order. |
| Muller Dec. Ex. P | LinkedIn has designated this transcript confidential under the protective order. |
| Highlighted portions of the Brief, p. 1 | LinkedIn has designated the highlighted portions as confidential under the protective order. |
| Highlighted portions of the Brief, p. 2 | LinkedIn has designated the highlighted portions as confidential under the protective order. |
| Highlighted portions of the Brief, p. 3 | LinkedIn has designated the highlighted portions as confidential under the protective order. |
| Screenshot and highlighted portions of the Brief, p. 4 | LinkedIn has designated the document and highlighted portions as confidential under the protective order. |
| Screenshot and highlighted portions of the Brief, p. 5 | LinkedIn has designated the document and highlighted portions as confidential under the protective order. |
| Screenshot and highlighted portions of the Brief, p. 6 | LinkedIn has designated the document and highlighted portions as confidential or highly confidential under the protective order. |
| Screenshot and highlighted portions of the Brief, p. 7 | LinkedIn has designated the document and highlighted portions as confidential under the protective order. |

| | |
|---|---|
| Screenshot and highlighted portions of the Brief, p. 8 | LinkedIn has designated the document and highlighted portions as confidential under the protective order. |
| Screenshot and highlighted portions of the Brief, p. 9 | LinkedIn has designated the document and highlighted portions as confidential under the protective order. |
| Highlighted portions of the Brief, p. 10 | LinkedIn has designated the highlighted portions as confidential under the protective order. |
| Highlighted portions of the Brief, p. 11 | LinkedIn has designated the highlighted portions as confidential under the protective order. |

Dated:

_____
HON. EDWARD CHEN
UNITED STATES DISTRICT JUDGE