ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
PAUL F. RUGANI (SBN 342647)
prugani@orrick.com
CATHERINE Y. LUI (SBN 239648)
clui@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
Emily Renzelli (*pro hac vice*)
erenzelli@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

*Attorneys for LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LinkedIn Corporation,<br><br>　　　　　Defendant. | Case No. 17-cv-03301-EMC<br><br>**NOTICE OF WITHDRAWAL OF REQUEST TO SEAL ECF NO. 340-4**<br><br>Complaint Filed:　June 7, 2017<br>Trial Date:　　　February 27, 2023 |
| LinkedIn Corporation<br><br>　　　　　Counterclaimant,<br>　vs.<br><br>hiQ Labs, Inc.<br><br>　　　　　Counterdefendant. | |

1   Defendant and Counterclaim Plaintiff LinkedIn Corporation ("LinkedIn") submits this
2   notice advising that LinkedIn Corporation's "Compendium of Evidence (Vol. 4) Exs. 20-44"
3   (ECF No. 340-4) no longer needs to be sealed.  Counsel for LinkedIn has determined that the
4   version of ECF No. 340-4 does not contain sensitive information that requires that it be sealed,
5   and respectfully requests that the provisional seal be lifted.

Dated: August 10, 2022                                 Orrick, Herrington & Sutcliffe LLP


By: _____*/s/ Annette L. Hurst*_____
ANNETTE L. HURST
Attorneys for Defendant
LinkedIn Corporation