1  Corey Worcester (*pro hac vice*)
   coreyworcester@quinnemanuel.com
2  Renita Sharma (*pro hac vice*)
   renitasharma@quinnemanuel.com
3  Hope Skibitsky (*pro hac vice*)
   hopeskibitsky@quinnemanuel.com
4  Elisabeth Miller (*pro hac vice*)
5  elisabethmiller@quinnemanuel.com
   Zane Muller (*pro hac vice*)
6  zanemuller@quinnemanuel.com
7  Daily Guerrero (*pro hac vice*)
   dailyguerrero@quinnemanuel.com
8  QUINN EMANUEL URQUHART AND SULLIVAN LLP
   51 Madison Avenue, 22nd Floor
9  New York, NY 10010
   Telephone:     (212) 849-7000
10
11 Terry L. Wit (SBN 233473)
   terrywit@quinnemanuel.com
12 QUINN EMANUEL URQUHART AND SULLIVAN LLP
   50 California Street, 22nd Floor
13 San Francisco, CA 94111
   Telephone:     (415) 875-6331
14
15 *Attorneys for Plaintiff and
   Counterclaim Defendant
16 hiQ Labs, Inc.*

17

18              UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA

20 hiQ Labs, Inc.,

21        *Plaintiff and Counterclaim
          Defendant*,                          Case No. 3:17-cv-03301-EMC
22
                                               **DECLARATION OF ZANE MULLER IN
23     vs.                                     SUPPORT OF HIQ'S STATEMENT ON
                                               LINKEDIN'S MOTION TO CONSIDER
24 LinkedIn Corp.,                             WHETHER ANOTHER PARTY'S
                                               MATERIALS SHOULD BE SEALED**
25        *Defendant and Counterclaim
          Plaintiff.*
26

27

28

Case No. 3:17-cv-03301-EMC
MULLER DECL. ISO HIQ'S STATEMENT ON LINKEDIN'S MOTION TO CONSIDER WHETHER HIQ'S MATERIALS SHOULD BE SEALED

I, Zane Muller, declare as follows:

1. I am an attorney with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys of record for Plaintiff hiQ Labs, Inc. ("hiQ"). I have personal knowledge of the facts set forth below and if called as a witness I could and would competently testify to those facts.

2. Pursuant to Civil Local Rules 79-5(f) and 79(c), I submit this declaration in support of hiQ's Statement on LinkedIn's Motion to Consider Whether Another Party's Materials Should be Sealed (the "Motion"). LinkedIn's Motion pertains to material contained in LinkedIn's Motion for Summary Judgment (EF 336), Motion for Spoliation Sanctions (ECF 337), Motion to Exclude the Expert Testimony of Stephen McElfresh (ECF 338), Motion to Exclude the Damages Opinion of Benjamin Sacks (ECF 339), and the Compendium of Exhibits (ECF 340) filed therewith (collectively, the "Filings").

3. I have reviewed the Filings. Based on my review, the Filings contain information designated by hiQ as Confidential or Highly Confidential in this action. hiQ made those designations pursuant to the parties' Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information, And/Or Trade Secrets (ECF No. 213 ("Protective Order")) and those designations conform to that Order.

4. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed August 12, 2022, at Brooklyn, New York.

By:    /s/ Zane Muller
       Zane Muller