ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
PAUL F. RUGANI (SBN 342647)
prugani@orrick.com
CATHERINE Y. LUI (SBN 239648)
clui@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
EMILY RENZELLI (Pro Hac Vice)
erenzelli@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1 415 773 5700
Facsimile:    +1 415 773 5759

*Attorneys for Defendant/Counterclaimant
LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>            Plaintiff,<br><br>    vs.<br><br>LinkedIn Corporation,<br><br>            Defendant. | Case No. 17-cv-03301-EMC<br><br>**[PROPOSED] ORDER SEALING CERTAIN MATERIALS**<br><br><br>Complaint Filed:   June 7, 2017<br>Trial Date:           February 27, 2023 |
| LinkedIn Corporation,<br><br>            Counterclaimant,<br>    vs.<br><br>hiQ Labs, Inc.,<br><br>            Counterdefendant. | |

[PROPOSED] ORDER
17-CV-03301-EMC

Before the Court is LinkedIn Corporation's Local Rule 79-5(f)(3) Statement to Seal Certain Materials ("Statement") seeking to seal certain information that hiQ filed in support of its Motion for Summary Judgment, ECF No. 331.  Having considered LinkedIn's Statement, the information sought to be sealed, the pleadings on file, and any other relevant materials, the motion is **GRANTED**.

**IT IS HEREBY ORDERED** that LinkedIn has shown that there are compelling reasons to file under seal the following information designated by LinkedIn under the Stipulated Protective Order For Litigation Involving Patents, Highly Sensitive Confidential Information, and/or Trade Secrets (ECF No. 213) as Mr. Rosin could be exposed to potential harm such as invasion of privacy and increased identity theft if his personal email address is publicly revealed. Accordingly, counsel for LinkedIn may file the following under seal:

| Document | Text to Be Sealed |
| --- | --- |
| Exhibit E filed in Support of hiQ's Motion for Summary Judgment, ECF No. 333, amended by ECF No. 345. | Personal email address of Bob Rosin only |
| Exhibit H filed in Support of hiQ's Motion for Summary Judgment, ECF No. 333, amended by ECF No. 345. | Personal email address of Bob Rosin only on page 1 of the exhibit |

**IT IS SO ORDERED.**

Dated: _____

HON. EDWARD M. CHEN
United States District Judge