ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
PAUL F. RUGANI (SBN 342647)
prugani@orrick.com
CATHERINE Y. LUI (SBN 239648)
clui@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
EMILY RENZELLI (*pro hac vice*)
erenzelli@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

*Attorneys for Defendant LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>        Plaintiff,<br><br>vs.<br><br>LinkedIn Corporation,<br><br>        Defendant. | Case No. 17-cv-03301-EMC<br><br>**[PROPOSED]** **ORDER GRANTING LINKEDIN CORPORATION'S LOCAL RULE 79-5(f) ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PATY'S MATERIAL SHOULD BE SEALED** |
| LinkedIn Corporation<br><br>        Counterclaimant,<br><br>vs.<br><br>hiQ Labs, Inc.<br><br>        Counterdefendants, | Complaint Filed:   June 7, 2017<br>Trial Date:       February 27, 2023 |

1    Before the Court is LinkedIn Corporation's ("LinkedIn") Local Rule 79-5(f)

2  Administrative Motion To Consider Whether Another Party's Material Should Be Sealed

3  ("Administrative Motion").  The Administrative Motion seeks to seal portions of LinkedIn's

4  Compendium of Evidence ("CE") Filed in Support of LinkedIn's August 5, 2022 Motions,

5  LinkedIn's Motion for Summary Judgment, LinkedIn's Motion for Spoliation Sanctions,

6  LinkedIn's Daubert Motion Pursuant to Federal Rule of Evidence 403, 702 to Exclude Expert

7  Testimony of Stephen McElfresh, and LinkedIn's Daubert Motion Pursuant to Federal Rule of

8  Evidence 403, 702 to Exclude Damages Opinion of Benjamin Sacks because they identify

9  material designated by another party under a Court-granted protective order.  Accordingly,

10  LinkedIn may file such material under seal pursuant to Local Rule 79-5(f) and the Administrative

11  Motion is **GRANTED.**

12    **IT IS HEREBY ORDERED** that the following materials should be sealed and that

13  counsel for LinkedIn may file under seal the following material designated by Plaintiff and

14  Counterdefendant hiQ Labs under the Stipulated Protective Order for Litigation Involving

15  Patents, Highly Sensitive Confidential Information, and/or Trade Secrets (ECF No. 213):

| Document | Text to Be Sealed |
|---|---|
| Motion for Spoliation Sanctions | Highlighted portions of page 1 |
| Motion for Spoliation Sanctions | Highlighted portions of page 3 |
| Motion for Spoliation Sanctions | Highlighted portions of page 4 |
| Motion for Spoliation Sanctions | Highlighted portions of page 5 |
| Motion for Spoliation Sanctions | Highlighted portions of page 6 |
| Motion for Spoliation Sanctions | Highlighted portions of page 7 |
| Motion for Spoliation Sanctions | Highlighted portions of page 8 |
| Motion for Spoliation Sanctions | Highlighted portions of page 9 |
| Motion for Spoliation Sanctions | Highlighted portions of page 10 |
| Motion for Spoliation Sanctions | Highlighted portions of page 12 |
| Motion for Spoliation Sanctions | Highlighted portions of page 13 |
| Motion for Spoliation Sanctions | Highlighted portions of page 14 |
| Motion for Spoliation Sanctions | Highlighted portions of page 15 |
| Motion for Spoliation Sanctions | Highlighted portions of page 16 |
| Motion for Spoliation Sanctions | Highlighted portions of page 19 |
| Motion for Spoliation Sanctions | Highlighted portions of page 21 |
| Motion for Spoliation Sanctions | Highlighted portions of page 22 |
| Motion for Spoliation Sanctions | Highlighted portions of page 23 |
| Motion for Summary Judgment | Red boxed portions of page 6 |
| Motion for Summary Judgment | Red boxed portions of page 7 |
| Motion for Summary Judgment | Red boxed portions of page 8 |
| Motion for Summary Judgment | Red boxed portions of page 18 |
| Daubert Motion to Exclude Damages Opinions of Benjamin Sacks | Highlighted portions of page 1 |

| | |
|---|---|
| Daubert Motion to Exclude Damages Opinions of Benjamin Sacks | Highlighted portions of page 2 |
| Daubert Motion to Exclude Damages Opinions of Benjamin Sacks | Highlighted portions of page 3 |
| Daubert Motion to Exclude Damages Opinions of Benjamin Sacks | Highlighted portions of page 4 |
| Daubert Motion to Exclude Damages Opinions of Benjamin Sacks | Highlighted portions of page 5 |
| Daubert Motion to Exclude Damages Opinions of Benjamin Sacks | Highlighted portions of page 7 |
| Daubert Motion to Exclude Damages Opinions of Benjamin Sacks | Highlighted portions of page 8 |
| Daubert Motion to Exclude Damages Opinions of Benjamin Sacks | Highlighted portions of page 9 |
| Daubert Motion to Exclude Damages Opinions of Benjamin Sacks | Highlighted portions of page 10 |
| Daubert Motion to Exclude Damages Opinions of Benjamin Sacks | Highlighted portions of page 13 |
| Daubert Motion to Exclude Damages Opinions of Benjamin Sacks | Highlighted portions of page 14 |
| Daubert Motion to Exclude Damages Opinions of Benjamin Sacks | Highlighted portions of page 15 |
| Daubert Motion to Exclude Damages Opinions of Benjamin Sacks | Highlighted portions of page 16 |
| Daubert Motion to Exclude Damages Opinions of Benjamin Sacks | Highlighted portions of page 18 |
| Daubert Motion to Exclude Damages Opinions of Benjamin Sacks | Highlighted portions of page 20 |
| Daubert Motion to Exclude Damages Opinions of Benjamin Sacks | Highlighted portions of page 21 |
| Daubert Motion to Exclude Damages Opinions of Benjamin Sacks | Highlighted portions of page 22 |

| | |
|---|---|
| CE Exhibit 2, CE0017-0048 (Dev Deposition Transcript Excerpt) | • 34:5-39:25<br>• 119:1-122:23<br>• 283:7-284:16 |
| CE Exhibit 2, CE0049-50 (Dev Exhibit 231) | Entire Document |
| CE Exhibit 2, CE0051-52 (Dev Exhibit 237) | Entire Document |
| CE Exhibit 3, CE0062-0063 (Francis Exhibit 1335) | Entire Document |
| CE Exhibit 4, CE0077-0079 (Gagnon Exhibit 591) | Entire Document |
| CE Exhibit 5, CE0081-0128 (Graves Deposition Transcript Excerpt) | • 208:5-7<br>• 208:22-25<br>• 226:21-24<br>• 231:17-25 |
| CE Exhibit 5, CE0129-0143 (Graves Exhibit 498) | Entire Document |
| CE Exhibit 5, CE0144-0147 (Graves Exhibit 503) | Entire Document |
| CE Exhibit 5, CE0148-0149 (Graves Exhibit 510) | Entire Document |
| CE Exhibit 5, CE0150-0166 (Graves Exhibit 512) | Entire Document |
| CE Exhibit 5, CE0167-0168 (Graves Exhibit 514) | Entire Document |
| CE Exhibit 5, CE0169-0171 (Graves Exhibit 525) | Entire Document |
| CE Exhibit 6, CE0180-282 (Hochberg Exhibit 1386) | Entire Document |
| CE Exhibit 6, CE0283-0312 (Hochberg Exhibit 1386) | Entire Document |
| CE Exhibit 7, CE0328 (Kaplan Exhibit 10) | Entire Document |
| CE Exhibit 9, CE0397-0424 (Kim Exhibit 246) | Entire Document |
| CE Exhibit 10, CE0437-0542 (Malackowski Exhibit 1379) | CE0465-0468 |

| CE Exhibit 11, CE0584-605 (McElfresh Exhibit 650) | Entire Document |
|---|---|
| CE Exhibit 12, CE0607-0636 (Medeiros Deposition Transcript Excerpt) | • 72:17-24<br>• 115:15-116:25<br>• 133:1-134:25 |
| CE Exhibit 12, CE0637-0639 (Medeiros Exhibit 436) | Entire Document |
| CE Exhibit 12, CE0662-0668 (Medeiros Exhibit 438) | Entire Document |
| CE Exhibit 12, CE0669-0672 (Medeiros Exhibit 439) | Entire Document |
| CE Exhibit 12, CE0673-0676 (Medeiros Exhibit 447) | Entire Document |
| CE Exhibit 12, CE0688-0693 (Medeiros Exhibit 455) | Entire Document |
| CE Exhibit 13, CE0729 (Miller Exhibit 322A) | Entire Document |
| CE Exhibit 13, CE0730 (Miller Exhibit 322B) | Entire Document |
| CE Exhibit 13, CE0731-0733 (Miller Exhibit 331) | Entire Document |
| CE Exhibit 13, CE0734-0735 (Miller Exhibit 344) | Entire Document |
| CE Exhibit 13, CE0736-0748 (Miller Exhibit 350A & 350B) | Entire Document |
| CE Exhibit 14, CE0750-0769 (Miller May 26 Deposition Transcript Excerpt) | 332:25-333:4 |
| CE Exhibit 14, CE0770-0772 (Miller Exhibit 535) | Entire Document |
| CE Exhibit 14, CE0773-0774 (Miller Exhibit 539) | Entire Document |
| CE Exhibit 14, CE0775-0779 (Miller Exhibit 540) | Entire Document |
| CE Exhibit 14, CE0780-0781 (Miller Exhibit 543) | Entire Document |

| CE Exhibit 14, CE0782-0783 (Miller Exhibit 545) | Entire Document |
|---|---|
| CE Exhibit 14, CE0784-0791 (Miller Exhibit 546) | Entire Document |
| CE Exhibit 15, CE0800-0882 (Murphy Exhibit 603) | CE018-0819 |
| CE Exhibit 16, CE0886-0913 (Murphy Exhibit A) | Entire Document |
| CE Exhibit 17, CE0927-0929 (Kaplan Exhibit 4) | Entire Document |
| CE Exhibit 20, CE1072-1123 (Sacks Exhibit 599) | Entire Document |
| CE Exhibit 20, CE1124 (Sacks Exhibit 608) | Entire Document |
| CE Exhibit 20, CE1125 (Sacks Exhibit 609) | Entire Document |
| CE Exhibit 20, CE1225A (Sacks Exhibit 610) | Entire Document |
| CE Exhibit 21, CE1127-1134 (Song Deposition Excerpt Transcript) | Entire Document |
| CE Exhibit 23, CE1146-1172 (Weidick May 23 Deposition Transcript Excerpt) | 52:22-25 |
| CE Exhibit 23, CE1173 (Weidick Exhibit 475) | Entire Document |
| CE Exhibit 23, CE1174-1176 (Weidick Exhibit 480) | Entire Document |
| CE Exhibit 23, CE1177-1178 (Weidick Exhibit 486) | Entire Document |
| CE Exhibit 24, CE1180-1219 (Weidick June 1 Deposition Transcript Excerpt) | 400:7-13 |
| CE Exhibit 24, CE1220-1253 (Weidick Exhibit 489) | Entire Document |
| CE Exhibit 24, CE 1254-1257 (Weidick Exhibit 556) | Entire Document |

| CE Exhibit 24, CE 1258 (Weidick Exhibit 564) | Entire Document |
|---|---|
| CE Exhibit 24, CE1259-1260 (Weidick Exhibit 566) | Entire Document |
| CE Exhibit 26, CE1307-1310 (Wu Exhibit 1361) | Entire Document |
| CE Exhibit 29, CE1387-1393 | Entire Document |
| CE Exhibit 30, CE1394-1397 | Entire Document |
| CE Exhibit 31, CE1398-1416 | Entire Document |
| CE Exhibit 32, CE1417-1418 | Entire Document |
| CE Exhibit 33, CE1419-1422 | Entire Document |
| CE Exhibit 34, CE1423-1438 | Entire Document |
| CE Exhibit 35, CE1439-1452 | Entire Document |
| CE Exhibit 36, CE1453-1458 | Entire Document |
| CE Exhibit 37, CE1459-1460 | Entire Document |
| CE Exhibit 38, CE1461-1464 | Entire Document |
| CE Exhibit 39, CE1465-1481 | Entire Document |
| CE Exhibit 40, CE1482-1512 | Entire Document |
| CE Exhibit 41, CE1513-1517 | Entire Document |
| CE Exhibit 42, CE1518-1533 | Entire Document |
| CE Exhibit 43, CE1534-1535 | Entire Document |
| CE Exhibit 44, CE1536-1549 | Entire Document |
| CE Exhibit 45, CE1550-1557 | Entire Document |
| CE Exhibit 46, CE1558-1570 | Entire Document |
| CE Exhibit 47, CE1571-1585 | Entire Document |
| CE Exhibit 48, CE1586-1592 | Entire Document |

| CE Exhibit 49, CE1593-1595 | Entire Document |
|---|---|
| CE Exhibit 50, CE1596-1597 | Entire Document |
| CE Exhibit 51, CE1598-1599 | Entire Document |
| CE Exhibit 52, CE1600-1603 | Entire Document |
| CE Exhibit 53, CE1604-1606 | Entire Document |
| CE Exhibit 54, CE1607-1609 | Entire Document |
| CE Exhibit 55, CE1610-1611 | Entire Document |
| CE Exhibit 56, CE1612-1614 | Entire Document |
| CE Exhibit 57, CE1615-16116 | Entire Document |
| CE Exhibit 58, CE1617-1620 | Entire Document |
| CE Exhibit 59, 1621-1622 | Entire Document |
| CE Exhibit 60, CE1623-1624 | Entire Document |
| CE Exhibit 61, CE1625-1627 | Entire Document |
| CE Exhibit 62, CE1628-1631 | Entire Document |
| CE Exhibit 63, CE1632-1635 | Entire Document |
| CE Exhibit 64, CE1636-1638 | Entire Document |
| CE Exhibit 65, CE1639-1642 | Entire Document |
| CE Exhibit 66, CE1643-1645 | Entire Document |
| CE Exhibit 67, CE1646-1651 | Entire Document |
| CE Exhibit 68, CE1652-1653 | Entire Document |
| CE Exhibit 69, CE1654-1662 | Entire Document |
| CE Exhibit 70, CE1663-1682 | Entire Document |
| CE Exhibit 71, CE1683-1704 | Entire Document |
| CE Exhibit 72, CE1705-1715 | Entire Document |
| CE Exhibit 73, CE1716-1731 | Entire Document |

| CE Exhibit 74, CE1732-1788 | Entire Document |
|---|---|
| CE Exhibit 75, CE1789-1792 | Entire Document |
| CE Exhibit 76, CE1793-1816 | Entire Document |
| CE Exhibit 77, CE1817-1828 | Entire Document |
| CE Exhibit 78, CE1829-1833 | Entire Document |
| CE Exhibit 79, CE1834-1865 | Entire Document |
| CE Exhibit 80, CE1866-1902 | Entire Document |
| CE Exhibit 81, CE1903-1935 | Entire Document |
| CE Exhibit 82, CE1936-1956 | Entire Document |
| CE Exhibit 83, CE1957-1963 | Entire Document |
| CE Exhibit 84, CE1964-2009 | Entire Document |
| CE Exhibit 85, CE2010-2028 | Entire Document |
| CE Exhibit 86, CE2029-2056 | Entire Document |
| CE Exhibit 87, CE2057-2059 | Entire Document |
| CE Exhibit 88, CE2060-2062 | Entire Document |
| CE Exhibit 89, CE2063-2065 | Entire Document |
| CE Exhibit 90, CE2066-2067 | Entire Document |
| CE Exhibit 91, CE2068-2070 | Entire Document |
| CE Exhibit 92, CE2071-2072 | Entire Document |
| CE Exhibit 93, CE2073-2075 | Entire Document |
| CE Exhibit 95, CE2082-2087 | Entire Document |
| CE Exhibit 96, CE2088-2107 | Entire Document |

**IT IS SO ORDERED**

 Dated:  August 11, 2022

_____

HON. EDWARD M. CHEN
United States District Judge