COREY WORCESTER (*pro hac vice*)
coreyworcester@quinnemanuel.com
RENITA SHARMA (*pro hac vice*)
renitasharma@quinnemanuel.com
ELISABETH MILLER (*pro hac vice*)
elisabethmiller@quinnemanuel.com
HOPE SKIBITSKY (*pro hac vice*)
hopeskibitsky@quinnemanuel.com
ZANE MULLER (*pro hac vice*)
zanemuller@quinnemauel.com
DAILY GUERRERO (*pro hac vice*)
dailyguerrero@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:     (212) 849-7100

TERRY L. WIT (SBN 233473)
terrywit@quinnemanuel.com
QUINN EMANUEL URQUHART
AND SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

*Attorneys for Plaintiff and
Counterdefendant hiQ Labs, Inc.*

ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
PAUL F. RUGANI (SBN 342647)
prugani@orrick.com
CATHERINE Y. LUI (SBN 239648)
clui@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
EMILY RENZELLI (Pro Hac Vice)
erenzelli@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

*Attorneys for Defendant and Counterclaimant
LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br>　　　　Plaintiff,<br>　vs.<br>LinkedIn Corporation,<br>　　　　Defendant. | Case No. 17-cv-03301-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR BRIEFING ON MOTION FOR SANCTIONS AND HIQ'S MOTION FOR SUMMARY JUDGMENT** |
| LinkedIn Corporation<br>　　　　Counterclaimant,<br>　vs.<br>hiQ Labs, Inc.<br>　　　　Counterdefendant, | Complaint Filed:　June 7, 2017<br>Trial Date:　　　February 27, 2023 |

1  The Parties to the above-captioned matter hereby stipulate as follows:

2      1.    On August 5, 2022, LinkedIn filed a Motion for Sanctions noticing hiQ's opposition to be due by August 19, 2022, LinkedIn's reply due by August 26, 2022, and a hearing on September 29, 2022 at 1:30 p.m.  ECF No. 337.

    2.    On August 5, 2022, hiQ filed a Motion for Summary Judgment noticing LinkedIn's opposition due on August 19, 2022 and hiQ's reply due by August 26, 2022 with a hearing for September 15, 2022 at 1:30 p.m.  ECF No. 331. On August 12, 2022, the Court set the hearing for hiQ's Motion for Summary Judgment for September 29, 2022 at 1:30 p.m.  ECF No. 351.

    3.    The operative Scheduling Order orders that oppositions to Dispositive and Daubert Motions are due on August 31, 2022, replies in further support of Dispositive and Daubert Motions are due on September 12, 2022, and a hearing on Dispositive and Daubert Motions will be held on September 30, 2022.[1]  ECF No. 236.

    4.    The briefing deadlines for hiQ's Motion for Summary Judgment shall comply with the deadlines set forth in the operative Scheduling Order.  ECF No. 236.

    5.    The operative Scheduling Order does not include a timeline for briefing on any Motion for Sanctions.

    6.    The briefing for LinkedIn's Motion for Sanctions shall follow the following schedule:   hiQ shall oppose LinkedIn's Motion for Sanctions by September 2, 2022.

    7.    LinkedIn shall file any reply in further support of its Motion for Sanctions by September 15, 2022.

    8.    The Court will hear argument on LinkedIn's Motion for Sanctions on September 29, 2022 at 1:30 p.m., the date scheduled for the hearing on the pending Dispositive and Daubert Motions and as noticed by LinkedIn in its Motion for Sanctions.  *See* ECF No. 236.

**SO STIPULATED.**

---

[1] While ECF No. 236 orders September 30, 2022 as the hearing date for Dispositive and Daubert Motions, September 30 is a Friday and the Court's civil law and motion calendar is on Thursday.

1 | Dated: August 15, 2022    Orrick, Herrington & Sutcliffe LLP

By: _____/s/ Annette L. Hurst_____
ANNETTE L. HURST
Attorney for Defendant
LinkedIn Corporation

Dated: August 15, 2022    Quinn Emanuel Urquhart & Sullivan LLP

By: _____/s/ Hope Skibitsky_____
HOPE SKIBITSKY
Attorney for Plaintiff
hiQ Labs, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2021

_____
EDWARD M. CHEN
United States District Judge

## L.R. 5-1 SIGNATURE ATTESTATION

As the ECF user whose user ID and password are utilized in the filing of this document, I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Hope Skibitsky*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　NAME