UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIQ LABS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>LINKEDIN CORPORATION,<br><br>    Defendant. | Case No. 17-cv-03301-EMC<br><br>**ORDER SEALING CERTAIN MATERIALS**<br><br>Docket Nos. 333, 345 |

Before the Court is LinkedIn Corporation's Local Rule 79-5(f)(3) Statement to Seal Certain Materials ("Statement") seeking to seal certain information that hiQ filed in support of its Motion for Summary Judgment (Docket No. 331). Having considered LinkedIn's Statement, the information sought to be sealed, the pleadings on file, and any other relevant materials, hiQ's Motion to Consider Whether Another Party's Material Should be Sealed (Docket No. 333, amended by Docket No. 345) is **GRANTED IN PART** as to the following material:

| Document | Text to Be Sealed |
|---|---|
| Exhibit E filed in Support of hiQ's Motion for Summary Judgment, ECF No. 333, amended by ECF No. 345. | Personal email address of Bob Rosin only |
| Exhibit H filed in Support of hiQ's Motion for Summary Judgment, ECF No. 333, amended by ECF No. 345. | Personal email address of Bob Rosin only on page 1 of the exhibit |

Parties are directed to publicly file the remaining information that was previously filed under seal.

    **IT IS SO ORDERED**.

Dated: August 17, 2022

                                                          EDWARD M. CHEN<br>                                                          United States District Judge