# Exhibit C

| | |
|---|---|
| **Message** | |
| **From:** | William Gaker [wgaker@linkedin.com] |
| **Sent:** | 10/8/2014 11:20:35 AM |
| **To:** | Daniel Maurath [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e50e586f9c6d4528883977723ec44bc2-Daniel Maur]; Lorenzo Canlas [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5fb700195d094089a60556afbdc6e0e6-Lorenzo Can]; Talent Analytics [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3a33d5eb7146411ba8d51959846a874a-Talent_Anal] |
| **Subject:** | RE: FYI Local HR Analytics conference at HiQ Labs |

It might be good for someone (or at least alert someone who handles how our data gets used) to go to make sure this vendor isn't accessing our data without our permission.

---

Will Gaker
Talent Analytics – Biz Ops



(415) 845-4968
wgaker@linkedin.com
linkedin.com/williamgaker

---

**From:** Daniel Maurath
**Sent:** Wednesday, October 08, 2014 11:19 AM
**To:** Lorenzo Canlas; William Gaker; Talent Analytics
**Subject:** Re: FYI Local HR Analytics conference at HiQ Labs

Will, I think that's what is too. I was hesitant to request attendance or enter any info, assuming it was for marketing purposes.

Lorenzo, I don't think I'll attend. It may be useful for networking, but I would rather focus conferences where I can learn something new.

Daniel

---

**From:** Lorenzo Canlas <lcanlas@linkedin.com>
**Date:** Wednesday, October 8, 2014 at 11:14 AM
**To:** William Gaker <wgaker@linkedin.com>, Daniel Maurath <dmaurath@linkedin.com>, Talent Analytics <Talent_Analytics@linkedin.com>
**Subject:** RE: FYI Local HR Analytics conference at HiQ Labs

Will and I are already traveling to conferences the week of Oct 20 so I probably won't go to this.

If you have some contacts attending and the cost is reasonable you may be able to go but I would be thoughtful about what you want to attend. We get to invited to a lot of conferences and they decrease in value after about 1 maybe 2/year.

---

**From:** William Gaker
**Sent:** Wednesday October 08 2014 11:13 AM

**To:** Daniel Maurath; Talent Analytics
**Subject:** RE: FYI Local HR Analytics conference at HiQ Labs

This looks like a sales conference for a company presenting a new product. I would love to see what data they are using. It sounds like they might be scraping our site to see who has updated profiles and using that as a signal to predict turnover.

---

**Will Gaker**
Talent Analytics – Biz Ops



(415) 845-4968
wgaker@linkedin.com
linkedin.com/williamgaker

---

**From:** Daniel Maurath
**Sent:** Wednesday, October 08, 2014 11:10 AM
**To:** Talent Analytics
**Subject:** FYI Local HR Analytics conference at HiQ Labs

Has anyone heard of Hi Q Labs? They're hosting an upcoming HR analytics conference but unsure how valuable it would be.

http://www.hiqlabs.com/corporatecouncil#agenda

Confidential