# Exhibit D

Message

**From:** Daniel Maurath [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E50E586F9C6D4528883977723EC44BC2-DANIEL MAUR]
**Sent:** 10/8/2014 11:20:51 AM
**To:** Joseph Baribeau [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=46125ed762924e4191a08d399fa4d1a7-Joseph Bari]
**Subject:** Re: FYI Local HR Analytics conference at HiQ Labs
**Attachments:** image001.png

Joe,

I can request to attend and at least find out more info.

Daniel

---

**From:** Joseph Baribeau <jbaribeau@linkedin.com>
**Date:** Wednesday, October 8, 2014 at 11:18 AM
**To:** William Gaker <wgaker@linkedin.com>, Lorenzo Canlas <lcanlas@linkedin.com>, Daniel Maurath <dmaurath@linkedin.com>, Talent Analytics <Talent_Analytics@linkedin.com>
**Subject:** RE: FYI Local HR Analytics conference at HiQ Labs

It is next week in "Silicon Valley" and the agenda looks to be 1Ž2 day.

Seems like someone should go. Anyone want to "request to attend" to get more info to figure out if there is a cost or not?

---

**From:** William Gaker
**Sent:** Wednesday, October 08, 2014 11:16 AM
**To:** Lorenzo Canlas; Daniel Maurath; Talent Analytics
**Subject:** RE: FYI Local HR Analytics conference at HiQ Labs

I actually cancelled the conference I am going to because I need to be in OH for my mom's wedding.

Other conferences that look interesting are the Wharton People Analytics conference.

---

**Will Gaker**
Talent Analytics – Biz Ops



(415) 845-4968
wgaker@linkedin.com
linkedin.com/williamgaker

---

**From:** Lorenzo Canlas
**Sent:** Wednesday, October 08, 2014 11:15 AM
**To:** William Gaker; Daniel Maurath; Talent Analytics
**Subject:** RE: FYI Local HR Analytics conference at HiQ Labs

Will and I are already traveling to conferences the week of Oct 20 so I probably won't go to this.

Confidential  LINK_HIQ_000039040

If you have some contacts attending and the cost is reasonable you may be able to go but I would be thoughtful about what you want to attend. We get to invited to a lot of conferences and they decrease in value after about 1 maybe 2/year.

---

**From:** William Gaker
**Sent:** Wednesday October 08 2014 11:13 AM
**To:** Daniel Maurath; Talent Analytics
**Subject:** RE: FYI Local HR Analytics conference at HiQ Labs

This looks like a sales conference for a company presenting a new product. I would love to see what data they are using. It sounds like they might be scraping our site to see who has updated profiles and using that as a signal to predict turnover.

---

**Will Gaker**
Talent Analytics – Biz Ops

**Linked** in

(415) 845-4968
wgaker@linkedin.com
linkedin.com/williamgaker

---

**From:** Daniel Maurath
**Sent:** Wednesday, October 08, 2014 11:10 AM
**To:** Talent Analytics
**Subject:** FYI Local HR Analytics conference at HiQ Labs

Has anyone heard of Hi Q Labs? They're hosting an upcoming HR analytics conference but unsure how valuable it would be.

http://www.hiqlabs.com/corporatecouncil#agenda

Confidential

LINK_HIQ_000039041