# Exhibit E

Message

| | |
|---|---|
| **From:** | Bob Rosin [██████████████] |
| **Sent:** | 12/15/2014 9:06:30 PM |
| **To:** | Bob Rosin [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4e0798c65da94b4da5311f02c7c5f4be-Bob Rosin] |
| **Subject:** | Fwd: Happy Holidays! |

Begin forwarded message:

**From:** Robin Vasan <rvasan@mayfield.com>
**To:** "█████████████" <█████████████████>
**Subject: Happy Holidays!**
**Date:** December 15, 2014 at 2:11:59 PM PST

Bob,

I wanted to touch base since we are either working on or looking at companies that want to integrate more with LinkedIn.

One company we are not involved in, but recently met, is called HiQ Labs. https://www.hiqlabs.com/ They are helping HR departments inside of companies look at public data (including LinkedIn) to try to predict which employees might be at risk to leave. We found it interesting, but weren't sure that LinkedIn would look favorably at a company that is analyzing profiles (combined with various other data sources). It would be great to get a sense on how LinkedIn figures out which partners to allow and work closely with or not.

Another one that we are involved with is EasilyDo (www.easilydo.com) and they are seeing strong traction with their smart assistant solution. Today they have some lightweight/API integration with LinkedIn, but would be interested to have a deeper relationship.

Anyway, it would be great to catch up and hear where you see opportunities.

All the best,

Robin

*Mayfield*

**Robin Vasan** – *Managing Director*
rvasan@mayfield.com | mayfield.com
2484 Sand Hill Road | Menlo Park, CA 94025
(w) 650.854.5560 | (d) 650.233.5752

Highly Confidential - Attorneys' Eyes Only