# Exhibit F

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

```
                UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA


    hiQ LABS, INC.,                  )
                                     )
           Plaintiff,                )
                                     )
       vs.                           )Case No.
                                     )17-CV-03301-EMC
    LINKEDIN CORPORATION,            )
                                     )
           Defendant.                )
                                     )




      *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***


                 REMOTE VIDEO DEPOSITION OF
                        ROBERT ROSIN




    DATE TAKEN:  May 23, 2022

    REPORTED BY:  RENEE HARRIS, CSR 14168, CCR, RPR
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 2

```
 1         UNITED STATES DISTRICT COURT
 2         NORTHERN DISTRICT OF CALIFORNIA
 3
 4
 5   hiQ LABS, INC.,          )
                              )
 6        Plaintiff,          )
                              )
 7   vs.              )Case No.
                      )17-CV-03301-EMC
 8   LINKEDIN CORPORATION,    )
                              )
 9        Defendant.          )
                              )
10
11
12
13
14
15   *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***
16
17
18
19
20        Remote Video Deposition of ROBERT ROSIN,
21   taken remotely via Zoom Conference Video,
22   commencing at 9:00 a.m., PDT, Monday, May 23,
23   2022, before Renee Harris, CSR No. 14168,
24   Registered Professional Reporter.
25
```

Page 3

```
 1   APPEARANCES OF COUNSEL:
 2   For PLAINTIFF AND COUNTER-DEFENDANT HIQ LABS,
 3   INC.:
 4      QUINN EMANUEL URQUHART AND SULLIVAN LLP
 5         BY: HOPE SKIBITSKY, ESQ.
 6         51 Madison Avenue, 22nd Floor
 7         New York, New York 10010
 8         (212) 849-7000
 9         hopeskibitsky@quinnemanuel.com
10
11   For DEFENDANT LINKEDIN CORPORATION:
12      ORRICK, HERRINGTON & SUTCLIFFE LLP
13         BY:  RUSS COHEN, ESQ.
14              DANIEL JUSTICE, ESQ.
15         405 Howard Street
16         San Francisco, California 94105
17         (415) 773-5700
18         rcohen@orrick.com
19         djustice@orrick.com
20
21   Also Present:
22      Sarah Wight, LinkedIn
23      Brandon Miller, Videographer
24      Rob Benimoff, Technician
25
```

Page 4

```
 1                    INDEX
 2   EXAMINATION BY:                    PAGE
 3   MS. SKIBITSKY                      8
 4
 5
 6
 7
 8
 9             EXHIBITS
10   EXHIBIT NO.    DESCRIPTION             PAGE
11   Exhibit 1012   LinkedIn profile, Bob Rosin    30
12   Exhibit 1013   Bates LINK_HIQ_000012172       44
13   Exhibit 1014   Bates LINK_HIQ_000181475       73
14   Exhibit 1015   Bates LINK_HIQ_000168637       90
15   Exhibit 1016   Bates LINK_HIQ_000179644       131
16   Exhibit 1017   Bates LINK_HIQ_000072378       145
17   Exhibit 1018   Bates LINK_HIQ_000027912 - 914 154
18   Exhibit 1019   Bates LINK_HIQ_000027915 - 930 156
19   Exhibit 1020   Bates LINK_HIQ_000012572       160
20   Exhibit 1021   Bates LINK_HIQ_000012888       203
21
22
23
24
25
```

Page 5

```
 1         PREVIOUSLY MARKED EXHIBITS
 2
 3   LEE WOMER
 4   Exhibit 285    Bates LINK_HIQ_000073013
 5   Exhibit 286    Bates LINK_HIQ_000012580
 6   Exhibit 287    Bates LINK_HIQ_00072010
 7   Exhibit 289    Bates LINK_HIQ_000073067
 8   Exhibit 292    Bates LINK_HIQ_000012438
 9
10   PAUL ROCKWELL
11   Exhibit 1227   Bates LINK_HIQ_000012585
12   Exhibit 1228   Bates LINK_HIQ_000012159
13   Exhibit 1234   Bates LINK_HIQ_000173660
14
15   SCOTT ROBERTS
16   Exhibit 104    Bates LlNK_HIQ_000169079
17
18
19
20
21
22
23
24
25
```

Page 126

1  I don't -- I don't know.  I'm not following what
2  you're trying to get at.
3      Q.  Looking back at exhibit -- I believe it's
4  marked as 1000 -- I'm sorry.  Looking back at
5  Exhibit 285, which is the e-mail from Mr. Vasan.
6      A.  Yeah.
7      Q.  Okay.  As of December 15th, 2014, were
8  you aware as the VP of global business development
9  for LinkedIn that LinkedIn considered third-party
10 scraping of LinkedIn.com to be potentially
11 problematic?
12         MR. COHEN:  Objection.  Asked and
13     answered.
14         THE WITNESS:  Yeah, I feel like we've
15     covered that.
16 BY MS. SKIBITSKY:
17     Q.  Is your testimony that as of December
18 15th, 2014, you as the VP of global business
19 development were not aware that LinkedIn
20 considered third-party scraping of LinkedIn.com to
21 be problematic?
22     A.  No, I --
23         MR. COHEN:  Objection to form.
24         Go ahead.
25         THE WITNESS:  No, I don't know.  I don't

Page 127

1   exactly know in December of 2014 what my
2   understanding was of the issue.
3  BY MS. SKIBITSKY:
4      Q.  Do you know whether in December of 2014
5  you thought there was an issue with regard to
6  scraping of LinkedIn.com?
7         MR. COHEN:  Objection to form.
8         THE WITNESS:  Like I said, I don't -- I
9     just said I don't know.
10 BY MS. SKIBITSKY:
11     Q.  And in Mr. Vasan's e-mail, he writes to
12 you that, "Speaking of hiQ, we found it
13 interesting but weren't sure that LinkedIn would
14 look favorably at a company that is analyzing
15 profiles combined with various other data
16 sources."
17        Do you see that?
18     A.  Mm-hmm.  Yes.
19     Q.  And you never investigated what it was
20 that hiQ was doing when Mr. Vasan said that it was
21 "analyzing profiles"?
22     A.  No.  I forwarded it to Lee because he was
23 one who was responsible for this kind of stuff.
24 So you can see my note, asking Lee if he looked at
25 these.

Page 128

1      Q.  And when you say "he was the one
2  responsible for this kind of stuff," what kind of
3  stuff is it that Mr. Womer was responsible for?
4      A.  He was on the BD team.  He would know
5  about if we had partnerships with any of these
6  companies that were in the -- in these spaces
7  related to, you know, HR stuff, for example, his
8  area.
9      Q.  And Mr. -- and you write to Mr. Womer,
10 "Hi, Lee, please see the note below from a friend
11 at Mayfield.  Have you looked at either of these
12 companies?"
13        Do you see that?
14     A.  Yes.
15     Q.  Mr. Womer then responds.  And in the
16 second paragraph, he says, "I've not met hiQ but
17 look similar to some other companies that have
18 reached out.  Skeptical that it's a members' first
19 use case.  The others were decidedly not but I'd
20 be interested in meeting them.  Do you want to
21 intro me."
22        Do you see that?
23     A.  Mm-hmm.
24     Q.  Did you ever introduce Mr. Womer to hiQ?
25     A.  I don't know.  I don't recall.

Page 129

1      Q.  Did you ever introduce Mr. Womer to
2  Mr. Vasan?
3      A.  I don't recall.
4      Q.  And did you ever ask Mr. Vasan what he
5  meant when he said he "wasn't sure that LinkedIn
6  would look favorably at a company that was
7  analyzing profiles"?
8      A.  I don't know if I -- I doubt it.  We got
9  e-mails like this all the time.
10     Q.  You get e-mails like this all the time?
11     A.  We would know lots of people who would
12 ask us about companies, and then I would make sure
13 that I routed that to whoever the appropriate
14 person was to look at that area.
15        So to answer your question, no, I
16 don't -- I don't know if I got back to him or if I
17 asked him anything specific about hiQ.
18     Q.  Did you get e-mails all the time of
19 people saying, "I'm not sure whether LinkedIn
20 would look favorably at a company that is
21 analyzing profiles"?
22     A.  No, not that specifically.
23        Just regarding people who, maybe they are
24 an investor, they are looking at some companies;
25 they want to know if we want to partner with them,

33 (Pages 126 - 129)