# Exhibit H

| | |
|---|---|
| **Message** | |
| From: | Bob Rosin [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4E0798C65DA94B4DA5311F02C7C5F4BE-BOB ROSIN] |
| Sent: | 12/15/2014 9:16:44 PM |
| To: | Lee Womer [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2abbad0e3a174deea3567e91dabb1c8f-Lee Womer] |
| Subject: | Re: Happy Holidays! |
| Attachments: | image001.jpg |

Excellent, thanks

---

**From:** Lee Womer <lwomer@linkedin.com>
**Date:** Monday, December 15, 2014 at 9:15 PM
**To:** Bob Rosin <brosin@linkedin.com>
**Subject:** RE: Happy Holidays!

Easilydo has been trying to get on my calendar for a few days (have a meeting on the calendar tomorrow that I have to move because of the planning debrief we set up). They seem a bit similar to Refresh so not sure if we'd support.

I've not met HiQ but looks similar to some other companies that have reached out. Skeptical that it's a members' first use case (the others were decidedly not), but I'd be interested in meeting them. Do you want to intro me?

Best,
Lee

---

**From:** Bob Rosin
**Sent:** Monday, December 15, 2014 9:11 PM
**To:** Lee Womer
**Subject:** FW: Happy Holidays!

Hi Lee,

Please see the below note from a friend at Mayfield. Have you looked at either of these companies?

Bob

---

**From:** Bob Rosin
**Date:** Monday, December 15, 2014 at 9:06 PM
**To:** Bob Rosin <brosin@linkedin.com>
**Subject:** Fwd: Happy Holidays!

Begin forwarded message:

**From:** Robin Vasan <rvasan@mayfield.com>
**To:**
**Subject:** Happy Holidays!
**Date:** December 15, 2014 at 2:11:59 PM PST

Bob,

**Exhibit 285**
Womer

Confidential        LINK_HIQ_000073013

I wanted to touch base since we are either working on or looking at companies that want to integrate more with LinkedIn.

One company we are not involved in, but recently met, is called HiQ Labs. https://www.hiqlabs.com/ They are helping HR departments inside of companies look at public data (including LinkedIn) to try to predict which employees might be at risk to leave. We found it interesting, but weren't sure that LinkedIn would look favorably at a company that is analyzing profiles (combined with various other data sources). It would be great to get a sense on how LinkedIn figures out which partners to allow and work closely with or not.

Another one that we are involved with is EasilyDo (www.easilydo.com) and they are seeing strong traction with their smart assistant solution. Today they have some lightweight/API integration with LinkedIn, but would be interested to have a deeper relationship.

Anyway, it would be great to catch up and hear where you see opportunities.

All the best,

Robin

*Robin Vasan* – *Managing Director*
rvasan@mayfield.com | mayfield.com
2484 Sand Hill Road | Menlo Park, CA 94025
(w) 650.854.5560 | (d) 650.233.5752