# Exhibit J

Message

| | |
|---|---|
| **From:** | Lorenzo Canlas [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5FB700195D094089A60556AFBDC6E0E6-LORENZO CAN] |
| **Sent:** | 10/7/2015 11:05:26 AM |
| **To:** | Adam Weinstein [aweinstein@linkedin.com]; Boyu Zhang [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5b2cdd7e16da4d19b4faab9500a6e3c7-Boyu Zhang_] |
| **Subject:** | Anti scraping |

Hey guys what is the process for investigating companies who we think are scraping the site?

We were at a conference yesterday with HiQ labs who is using internal (HRIS, survey) data and external (Linkedin and other data) to predict attrition.

Is there a way for us to understand how and if they are using our data and understanding if we are enabling and supporting it?

Highly Confidential - Attorneys' Eyes Only    LINK_HIQ_000067471