# Exhibit K

| | |
|---|---|
| **Message** | |
| From: | Lorenzo Canlas [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5FB700195D094089A60556AFBDC6E0E6-LORENZO CAN] |
| Sent: | 6/29/2016 2:31:22 PM |
| To: | Mads Johnsen [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2ddd944bd6984f79b2eb0de6c525f140-Mads Johnse]; Sanjeev Kapur [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2e3d83e70d2a4c8ea293b5225a1a9435-Sanjeev Kap]; Alok Paranjpye [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8e2a1b8428644597920f4e6b534d3cd7-Alok Paranj] |
| Subject: | FYI HCM follow up |

Hey guys thanks for listening to my unstructured brain dump today on talent analytics.

A couple things I thought of:

1) Workforce analytics:
- Eric Owski, Mike Jennings, and Kate Garvey are working on a project to define how we can offer workforce analytics using LinkedIn data. They are doing customer interviews so you might want to connect with them to see if they learned anything helpful.
- This is a document I wrote with ideas of how LinkedIn can use our existing data to offer Workforce Analytics

2) HCM
- Jarlath Doherty is our head of HR operations and HRIT. His team owns workday, the HRDWH, and all the reporting that we are handing over. He also ran talent analytics at Yahoo before he came here. Might be worth talking to about what he thinks HCM is and what our opportunity

3) Companies that I think are interesting to look at
Visier - cloud based HCM reporting. This is table stakes for any company and everyone needs it. It would also provide access to data that we can use to benchmark across companies
Glint - I think these guys are the best of breed for employee voice surveys + analytics
Delve Analytics (formerly Volumetrics) - owned by Microsoft doing some super cool stuff on org network analysis
HiQ - they do a bunch a scraping (possibly including linkedin) to predict retention
Kanjoya - we have worked with them on text analytics (similar to voices) of our employee voice survey results. salesforce and twitter also use them
- Predictive job assessments - there are a bunch of companies that have developed psychological tests that predict who is a good sales person or call center agent. One of them is called talent analytics but there are lots of them and I have no idea who is the best. I would love to do this at some point for our sales people. I'm sure it would be more predictive of success than our current interviewing processes

Hope this helps and happy to talk again after you guys have evolved your thinking.

Lorenzo