HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---------------------------------------------------x

hiQ LABS, INC.,

        Plaintiff,

vs.                                    Case No.

                                                  3:17-cv-03301-EMC

LINKEDIN CORPORATION,

        Defendant.

---------------------------------------------------x

AND RELATED CROSS-ACTION.

---------------------------------------------------x

*HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY*

REMOTE 30(b)(6) VIDEOTAPED DEPOSITION BY ZOOM OF

LINKEDIN CORPORATION

CORPORATE DESIGNEE: MICHAEL JENNINGS

Thursday, May 26, 2022

Reported By: Lynne Ledanois, CSR 6811

Page 62

 1  people within your workforce have certain skills and
 2  that is one of the modules and questions that
 3  existed within Talent Insights, one of many.
 4         Then if I -- I mean, I believe that there
 5  was also hiQ trying to provide insights about which
 6  individual employees were at risk of leaving.  That
 7  would be an example of something that was definitely
 8  not in a use case that we were going to be going
 9  forward trying to solve.
10         And to clarify, based on like private
11  actions and things like that.
12  BY MS. SKIBITSKY:
13     Q   You do believe that hiQ offered
14  information on how many people within company
15  workforces have certain skills; agree?
16     A   It's been a long time since I looked at the
17  hiQ product offering.  That sounds -- I think that
18  that was part of it.
19         Definitely I know there were insights
20  about skills in workforce.  I don't recall all the
21  details of exactly what it was.
22     Q   LinkedIn -- the LinkedIn Talent Insights,
23  as of April 2017, was likewise going to offer
24  insights about skills and workforce; correct?
25     A   LinkedIn had been -- and the insights team

Page 63

 1  had been providing insights about skills and workforce
 2  for years in advance of that.
 3         And again, they became among the set that
 4  customers reacted positively to.  We reiterated from
 5  that like pre-2014 on, 2014, 2015 and 2016 and
 6  certainly felt confident we had some insights that
 7  were valuable because we had been providing them and
 8  customers had been saying they're been valuable and
 9  we had been iterating based on whether there's gaps
10  and how they can be improved.
11         So certainly by, I believe, probably April
12  2017, we had a lot of conviction that this was a
13  valuable insight and we should build into, the
14  LinkedIn Talent Insights product.
15     Q   You said: Certainly by April 2017, we had
16  a lot of conviction that this was a valuable insight
17  that we should build into the LinkedIn Talent
18  Insights Product.
19         What is the "this" you are referring to?
20     A   A large set of the insights that we'd been
21  providing and been getting this positive feedback and
22  verification that it was useful.
23         But specifically I was talking about
24  work -- insights about your own workforce and their
25  skills because that was what we were talking about

Page 64

 1  before.
 2         But a lot of the talent pool related
 3  insights and other things following that similar
 4  journey of providing it back awhile ago,
 5  iterating -- you know, cutting out things that
 6  aren't useful and improving it based on feedback and
 7  then, you know, by that point, having a lot of
 8  conviction that we had good fit with the solution
 9  and what the actual need was from a customer.
10     Q   You understood that in April 2017, hiQ had
11  an offering that was going to be providing insights
12  about companies' own workforce and their skills;
13  correct?
14     A   I don't know what dates I became aware of
15  hiQ and at what level when -- what level I learned
16  about different parts and what depth.
17         I mentioned there was an initial point and
18  over time I may have learned more.  So I don't know
19  exactly what I knew in April of 2017.
20         But I at some point knew that the hiQ
21  offering had some element of skills about a
22  company's workforce.
23     Q   When is the first time you recall hearing
24  or learning about hiQ?
25     A   I don't remember.

Page 65

 1     Q   Do you recall having discussions with
 2  Lorenzo Canlas about hiQ?
 3         MR. RUGANI:  Objection, form.
 4         THE WITNESS:  I remember conversation with
 5  conversations -- I remember that there were
 6  conversations Lorenzo and I and maybe others, I
 7  don't know like were involved with, where hiQ was
 8  mentioned.
 9         If I remember, hiQ was -- had recognized
10  Lorenzo for some of his work in people analytics.
11  But I don't recall the specific conversations or
12  content.
13  BY MS. SKIBITSKY:
14     Q   Do you recall the conversations or content
15  of conversations with Mr. Canlas in any sort of
16  generality?
17     A   I remember learning that hiQ was rewarded --
18  was recognizing in some way Lorenzo for some of his
19  work in people analytics.  And I recall Lorenzo at
20  different points -- well, I don't -- maybe sharing
21  information about hiQ, but I don't know -- I can't say
22  for certain.
23         Sorry, I do recall -- I think there was
24  some communication with Lorenzo in advance of
25  actually deciding to attend the hiQ conference.  I

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 66

1  can't remember if it was -- how it initiated.  But
2  we attended it together and I think there's some
3  communication about that before.
4      Q   Do you recall attending the hiQ Elevate
5  Conference in April of 2017?
6      A   I don't recall the specific dates.  April
7  2017 sounds like it would be reasonable.  And I have,
8  yes, some memory -- yeah, I remember attending the hiQ
9  conference.
10     Q   Why did you decide to attend the hiQ
11 Elevate Conference in April of 2017?
12     A   I don't remember -- I can't be certain what
13 was with that process at that point in time.  I could
14 only speculate.  It's difficult for me to know exactly
15 what my state of mind was right at that point.
16     Q   What was Mr. Canlas's role at LinkedIn at
17 the time that you and he attended the hiQ Elevate
18 Conference?
19     A   To the best of my recollection, he was
20 leading one of our -- or maybe our only internal
21 talent analytics, people analytics function.
22         It supported a function that existed at a
23 lot of other companies and that function generally
24 is trying to help the HR department and workforce
25 teams and talents acquisition teams make better

Page 67

1  decisions using data about employee engagement or
2  employee retention or attracting employees or
3  developing employees, the broader use of data and
4  insights to make better decision about your own
5  workforce.
6          I think he was leading one of the teams,
7  perhaps our only team at that point.  I'm not sure.
8  Doing that for LinkedIn.
9      Q   What was your relationship with Mr. Canlas
10 at LinkedIn?
11         MR. RUGANI:  Objection to form.
12         THE WITNESS:  Coworkers.
13 BY MS. SKIBITSKY:
14     Q   When did you first meet Mr. Canlas?
15     A   I don't remember when we first met.
16         MS. SKIBITSKY:  Should we take a break,
17 15 minutes or so?
18         MR. RUGANI:  Sure.
19         MS. SKIBITSKY:  Okay.
20         THE VIDEOGRAPHER:  This marks the end of
21 Media Number 2.  Going off the record at 11:22 a.m.
22         (Recess taken.)
23         THE VIDEOGRAPHER:  This marks the
24 beginning of Media Number 3.  Going back on the
25 record at 11:37 a.m.

Page 68

1  BY MS. SKIBITSKY:
2      Q   Mr. Jennings, as an employee of
3  LinkedIn -- strike that.
4          As insights program manager or senior
5  insights program manager at LinkedIn, would you have
6  occasion to interact with the talent analytics group
7  at LinkedIn?
8      A   There would be potentially reasons to
9  interact with them.
10     Q   What would those reasons to interact with
11 them be?
12     A   One might be that they are the function --
13 there is that function again that exists -- this
14 talent analytics product exists in a lot of different
15 organizations, including the customers.
16         When it comes to understanding users and
17 customers, in addition to talking to folks at other
18 companies, we often, for most product development,
19 will talk to that function internally at LinkedIn
20 to -- you know, looking at them as a customer and a
21 potential user of whatever might be being created.
22         MS. SKIBITSKY:  Can we look at Tab 3,
23 please?
24         MR. RUGANI:  See where it says
25 Exhibit 1022, there is a little left arrow right

Page 69

1  there.  Use that to get back.
2          VERITEXT CONCIERGE:  Counsel, was this
3  previously marked?
4          MS. SKIBITSKY:  It was not.  So this
5  should be Exhibit 1023.
6          (Exhibit 1023 was marked for identification
7  by the court reporter.)
8          VERITEXT CONCIERGE:  Got it.  You said
9  Tab 3?
10         MS. SKIBITSKY:  Yes, thank you.
11         VERITEXT CONCIERGE:  You're welcome.
12         Exhibit 1023 has been introduced.
13 BY MS. SKIBITSKY:
14     Q   Mr. Jennings, do you have Exhibit 1023 in
15 front of you?
16     A   Yes.
17     Q   Is this an email from Lorenzo Canlas to
18 Eric Owski, Arthur Switalski, Daniel Francis and
19 you, Mr. Jennings?
20     A   Yes, it appears to be.
21     Q   And do you see the date as 2/15/2017?
22     A   Yes.
23     Q   And the subject line is "FYI hiQ elevate
24 April 18."
25         Do you see that?

18 (Pages 66 - 69)