UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIQ LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LINKEDIN CORPORATION, <br><br> Defendant. | Case No. 17-cv-03301-EMC <br><br> **ORDER UNSEALING ORDER GRANTING DEFENDANT'S MOTION TO DISSOLVE PRELIMINARY INJUNCTION** <br><br> Docket No. 329 |

The parties have advised that they have no proposed redactions for the order at Docket No. 329. This order unseals and makes public the Order Granting Defendant's Motion to Dissolve Preliminary Injunction, Docket No. 329, originally filed under seal on August 1, 2022.

**IT IS SO ORDERED**.

Dated: August 19, 2022

_____
EDWARD M. CHEN
United States District Judge