ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
PAUL F. RUGANI (SBN 342647)
prugani@orrick.com
CATHERINE Y. LUI (SBN 239648)
clui@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
EMILY RENZELLI (*pro hac vice*)
erenzelli@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

*Attorneys for LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LinkedIn Corporation,<br><br>　　　　　Defendant. | Case No. 17-cv-03301-EMC<br><br>**DECLARATION OF DANIEL MAURATH IN SUPPORT OF LINKEDIN'S OPPOSITION TO HIQ'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　　　　Sept. 29, 2022<br>Time:　　　　1:30 p.m.<br>Courtroom:　5 – 17th Floor (Zoom)<br>Judge:　　　Hon. Edward M. Chen<br><br>Complaint Filed:　June 7, 2017<br>Trial Date:　　　February 27, 2023 |
| LinkedIn Corporation<br><br>　　　　　Counterclaimant,<br>　vs.<br><br>hiQ Labs, Inc.<br><br>　　　　　Counterdefendants, | |

DECL. OF DANIEL MAURATH ISO
OPP. TO HIQ'S MSJ
NO. 17-CV-03301-EMC

I, Daniel Maurath, hereby declare as follows:

1. I have personal knowledge of the facts stated in this declaration and, if called upon as a witness, I would and could competently testify thereto. I submit this declaration in support of LinkedIn's opposition to hiQ's motion for summary judgment.

2. I joined LinkedIn in September 2014 as an Analyst for LinkedIn's Talent Analytics team, which supported LinkedIn's Human Resources team. In April 2016, I became a consultant on LinkedIn's People Analytics team, and I was promoted to a Senior Consultant role in October 2018. In October 2020 I was promoted to my current position at LinkedIn, which is Manager of the People Analytics team.

3. In October 2014, as an analyst for LinkedIn's Talent Analytics team, my job at LinkedIn was to support the Human Resources organization's talent acquisition efforts, using data-driven analysis and insights. My work supported only LinkedIn's own hiring and retention efforts, and I did not support or work on LinkedIn's external facing products. The only context in which I evaluated third-party products or technology was to consider whether they might be useful to LinkedIn's own internal HR efforts. I had no responsibility at that time or any other time during my employment at LinkedIn for issues related to abuse of the LinkedIn platform by third parties. I am not and have never been responsible for addressing potential unauthorized web scraping or other types of abuse that may occur on the LinkedIn platform.

4. In 2014, I regularly searched for conferences related to data analytics, and I learned about an industry conference sponsored by hiQ Labs through my general searching. On October 8, 2014—just a few weeks after I had joined LinkedIn as a new employee—I sent an email to other members of the Talent Analytics team with a link to hiQ's conference website. A true and correct copy of the email chain that I initiated with my email is attached hereto as Exhibit A. At the time and as reflected in the email thread in Exhibit A, I did not think I would learn anything useful or new at the hiQ conference as it appeared to be geared primarily to promotion of hiQ's product. I did not attend the conference in 2014 or any other hiQ conference.

5. I did not know whether hiQ was scraping data from LinkedIn in October 2014. It was not until I heard about litigation between hiQ and LinkedIn in 2017 that I learned hiQ was

1  scraping data from LinkedIn.  I did not report hiQ to LinkedIn's legal department or anyone else
2  responsible for addressing scraping on LinkedIn's platform, and I don't believe anyone else on
3  the e-mail thread made such a report at that time.  Certainly no one on the email thread advised
4  me that they had made such a report, nor did I receive any contact in that time frame from a
5  lawyer or anyone else asking about hiQ and potential scraping.
6      I declare under penalty of perjury under the laws of the United States that the foregoing is
7  true and correct.  Executed on August 29th, 2022, at Portland, Maine.

*Daniel Maurath*

Daniel Maurath

# EXHIBIT A

| | |
|---|---|
| Message | |
| From: | Peter Rigano [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=613335B0AF85495DACE6E6740E34A25D-PETER RIGAN] |
| Sent: | 10/8/2014 11:50:32 AM |
| To: | William Gaker [wgaker@linkedin.com]; Daniel Maurath [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e50e586f9c6d4528883977723ec44bc2-Daniel Maur]; Lorenzo Canlas [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5fb700195d094089a60556afbdc6e0e6-Lorenzo Can]; Talent Analytics [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3a33d5eb7146411ba8d51959846a874a-Talent_Anal] |
| Subject: | RE: FYI Local HR Analytics conference at HiQ Labs |

If our main interest in the company/conference is assessing their usage of LI data, I'd suggest we hand off to legal and let them investigate further.

-Peter

---

**From:** William Gaker
**Sent:** Wednesday, October 08, 2014 11:21 AM
**To:** Daniel Maurath; Lorenzo Canlas; Talent Analytics
**Subject:** RE: FYI Local HR Analytics conference at HiQ Labs

It might be good for someone (or at least alert someone who handles how our data gets used) to go to make sure this vendor isn't accessing our data without our permission.

---

Will Gaker
Talent Analytics – Biz Ops



(415) 845-4968
wgaker@linkedin.com
linkedin.com/williamgaker

---

**From:** Daniel Maurath
**Sent:** Wednesday, October 08, 2014 11:19 AM
**To:** Lorenzo Canlas; William Gaker; Talent Analytics
**Subject:** Re: FYI Local HR Analytics conference at HiQ Labs

Will, I think that's what is too. I was hesitant to request attendance or enter any info, assuming it was for marketing purposes.

Lorenzo, I don't think I'll attend. It may be useful for networking, but I would rather focus conferences where I can learn something new.

Daniel

**From:** Lorenzo Canlas <lcanlas@linkedin.com>
**Date:** Wednesday, October 8, 2014 at 11:14 AM
**To:** William Gaker <wgaker@linkedin.com>, Daniel Maurath <dmaurath@linkedin.com>, Talent Analytics

<Talent_Analytics@linkedin.com>
**Subject:** RE: FYI Local HR Analytics conference at HiQ Labs

Will and I are already traveling to conferences the week of Oct 20 so I probably won't go to this.

If you have some contacts attending and the cost is reasonable you may be able to go but I would be thoughtful about what you want to attend. We get to invited to a lot of conferences and they decrease in value after about 1 maybe 2/year.

---

**From:** William Gaker
**Sent:** Wednesday October 08 2014 11:13 AM
**To:** Daniel Maurath; Talent Analytics
**Subject:** RE: FYI Local HR Analytics conference at HiQ Labs

This looks like a sales conference for a company presenting a new product. I would love to see what data they are using. It sounds like they might be scraping our site to see who has updated profiles and using that as a signal to predict turnover.

---

**Will Gaker**
Talent Analytics – Biz Ops



(415) 845-4968
wgaker@linkedin.com
linkedin.com/williamgaker

---

**From:** Daniel Maurath
**Sent:** Wednesday, October 08, 2014 11:10 AM
**To:** Talent Analytics
**Subject:** FYI Local HR Analytics conference at HiQ Labs

Has anyone heard of Hi Q Labs? They're hosting an upcoming HR analytics conference but unsure how valuable it would be.

http://www.hiqlabs.com/corporatecouncil#agenda