1  ANNETTE L. HURST (SBN 148738)
   ahurst@orrick.com
2  RUSSELL P. COHEN (SBN 213105)
   rcohen@orrick.com
3  PAUL F. RUGANI (SBN 342647)
   prugani@orrick.com
4  CATHERINE Y. LUI (SBN 239648)
   clui@orrick.com
5  NATHAN SHAFFER (SBN 282015)
   nshaffer@orrick.com
6  DANIEL JUSTICE (SBN 291907)
   djustice@orrick.com
7  EMILY RENZELLI (Pro Hac Vice)
   erenzelli@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
9  San Francisco, CA  94105-2669
   Telephone:   +1 415 773 5700
10 Facsimile:   +1 415 773 5759

11 *Attorneys for Defendant/Counterclaimant*
   *LinkedIn Corporation*

12

## UNITED STATES DISTRICT COURT

13

## NORTHERN DISTRICT OF CALIFORNIA

14

## SAN FRANCISCO DIVISION

15

16

| hiQ Labs, Inc., | Case No. 17-cv-03301-EMC |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING LINKEDIN CORPORATION'S LOCAL RULE 79-5 ADMINISTRATIVE MOTION TO FILE DESIGNATED MATERIALS UNDER SEAL** |
| vs. | |
| LinkedIn Corporation, | |
| Defendant. | |
| | Complaint Filed:   June 7, 2017 |
| | Trial Date:           February 27, 2023 |
| LinkedIn Corporation, | |
| Counterclaimant, | |
| vs. | |
| hiQ Labs, Inc., | |
| Counterdefendant. | |

Before the Court is LinkedIn Corporation's Local Rule 79-5 Administrative Motion to File Designated Materials Under Seal.  Having considered the Administrative Motion, the Declaration of Paul Rockwell in support thereof, the information sought to be sealed, the pleadings on file, and any other relevant materials, the motion is **GRANTED**.

**IT IS HEREBY ORDERED** that LinkedIn has shown that there are compelling reasons to file under seal the following materials designated by LinkedIn under the Stipulated Protective Order For Litigation Involving Patents, Highly Sensitive Confidential Information, and/or Trade Secrets (ECF No. 213), and counsel for LinkedIn may file the following under seal:

| Document | Text to Be Sealed |
|---|---|
| Deposition Exhibit 1378 (part of Justice Declaration Exhibit 1) | The tables of detailed information regarding LinkedIn's Sentinel Plugin that appear below the flow chart on page 1 and continue to the end of Deposition Exhibit 1378, as indicated by the red outline boxes. |

**IT IS SO ORDERED.**

Dated: _____

_____
HON. EDWARD M. CHEN
United States District Judge

[PROPOSED] ORDER
17-cv-03301-EMC