ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
PAUL F. RUGANI (SBN 342647)
prugani@orrick.com
CATHERINE Y. LUI (SBN 239648)
clui@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
EMILY RENZELLI (*pro hac vice*)
erenzelli@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

*Attorneys for LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>       Plaintiff,<br><br>   vs.<br><br>LinkedIn Corporation,<br><br>       Defendant. | Case No. 17-cv-03301-EMC<br><br>**LINKEDIN CORPORATION'S LOCAL RULE 79-5(f) ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| LinkedIn Corporation<br><br>       Counterclaimant,<br>   vs.<br><br>hiQ Labs, Inc.<br><br>       Counterdefendant, | Complaint Filed:  June 7, 2017<br>Trial Date:         February 27, 2023 |

1   Pursuant to Civil Local Rules 7-11 and 79-5(f) and the Stipulated Protective Order For
2   Litigation Involving Patents, Highly Sensitive Confidential Information, and/or Trade Secrets
3   (ECF No. 213) (the "Protective Order"), LinkedIn Corporation ("LinkedIn") hereby moves to file
4   under seal confidential portions of LinkedIn's Opposition to hiQ's Motion for Summary
5   Judgement and the Declaration of Daniel Justice in Support of the Opposition to hiQ's Motion for
6   Summary Judgement, including the exhibits thereto, that quote from or reflect information
7   designated by Plaintiff and Counterdefendant hiQ Labs, Inc. ("hiQ") under the Protective Order
8   in this case.  In support of this request, LinkedIn submits attached hereto, a copy of the relevant
9   materials with highlights indicating the information subject to this request to seal, the confidential
10  exhibits that should be filed under seal, and a a proposed order.

    Specifically, LinkedIn seeks an order sealing the following information that was
    designated by hiQ:

| Document | Text to Be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|---|
| Declaration of Daniel Justice Exhibit 2 (Dev Deposition Transcript Excerpt) | • 89:1-25<br>• 91:1-92:25<br>• 209:1-210:25<br>• 271:6-272:25 | The exhibit reflects information hiQ has designated as "Protected Material" under the Protective Order. |
| Declaration of Daniel Justice Exhibit 2 (Deposition Exhibit 225) | Entirety of Deposition Exhibit 225 | The exhibit reflects information hiQ has designated as "Protected Material" under the Protective Order. |
| Declaration of Daniel Justice Exhibit 2 (Deposition Exhibit 232) | Entirety of Deposition Exhibit 232 | The exhibit reflects information hiQ has designated as "Protected Material" under the Protective Order. |
| Declaration of Daniel Justice Exhibit 2 (Deposition Exhibit 234) | Entirety of Deposition Exhibit 234 | The exhibit reflects information hiQ has designated as "Protected Material" under the Protective Order. |
| Declaration of Daniel Justice Exhibit 3 (Graves Deposition Transcript Excerpt) | 231:17-25 | The exhibit reflects information hiQ has designated as "Protected Material" under the Protective Order. |

| Document | Text to Be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|---|
| Declaration of Daniel Justice Exhibit 3 (Deposition Exhibit 511) | Entirety of Deposition Exhibit 511 | The exhibit reflects information hiQ has designated as "Protected Material" under the Protective Order. |
| Declaration of Daniel Justice Exhibit 4 (Deposition Exhibit 462) | Entirety of Deposition Exhibit 462 | The exhibit reflects information hiQ has designated as "Protected Material" under the Protective Order. |
| Declaration of Daniel Justice Exhibit 4 (Deposition Exhibit 467) | Entirety of Deposition Exhibit 467 | The exhibit reflects information hiQ has designated as "Protected Material" under the Protective Order. |
| Declaration of Daniel Justice Exhibit 4 (Deposition Exhibit 470) | Entirety of Deposition Exhibit 470 | The exhibit reflects information hiQ has designated as "Protected Material" under the Protective Order. |
| Declaration of Daniel Justice Exhibit 5 (Miller May 13 Deposition Transcript Excerpt) | • 49:4-50:25<br>• 156:6-25 | The exhibit reflects information hiQ has designated as "Protected Material" under the Protective Order. |
| Declaration of Daniel Justice Exhibit 5 (Deposition Exhibit 300) | Entirety of Deposition Exhibit 300 | The exhibit reflects information hiQ has designated as "Protected Material" under the Protective Order. |
| Declaration of Daniel Justice Exhibit 5 (Deposition Exhibit 306) | Entirety of Deposition Exhibit 306 | The exhibit reflects information hiQ has designated as "Protected Material" under the Protective Order. |
| Declaration of Daniel Justice Exhibit 5 (Deposition Exhibit 310) | Entirety of Deposition Exhibit 310 | The exhibit reflects information hiQ has designated as "Protected Material" under the Protective Order. |
| Declaration of Daniel Justice Exhibit 12 | Entire Document | The exhibit reflects information hiQ has designated as "Protected Material" under the Protective Order. |
| Declaration of Daniel Justice Exhibit 13 | Entire Document | The exhibit reflects information hiQ has designated as "Protected Material" under the Protective Order. |
| Declaration of Daniel Justice Exhibit 14 | Entire Document | The exhibit reflects information hiQ has designated as "Protected Material" under the Protective Order. |

| Document | Text to Be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|---|
| Declaration of Daniel Justice Exhibit 15 | Entire Document | The exhibit reflects information hiQ has designated as "Protected Material" under the Protective Order. |
| Declaration of Daniel Justice Exhibit 16 | Entire Document | The exhibit reflects information hiQ has designated as "Protected Material" under the Protective Order. |
| Declaration of Daniel Justice Exhibit 17 | Entire Document | The exhibit reflects information hiQ has designated as "Protected Material" under the Protective Order. |
| Declaration of Daniel Justice Exhibit 18 | Entire Document | The exhibit reflects information hiQ has designated as "Protected Material" under the Protective Order. |
| Declaration of Daniel Justice Exhibit 19 | Entire Document | The exhibit reflects information hiQ has designated as "Protected Material" under the Protective Order. |
| Declaration of Daniel Justice Exhibit 20 | Entire Document | The exhibit reflects information hiQ has designated as "Protected Material" under the Protective Order. |
| Declaration of Daniel Justice Exhibit 21 | Entire Document | The exhibit reflects information hiQ has designated as "Protected Material" under the Protective Order. |
| Declaration of Daniel Justice Exhibit 22 | Entire Document | The exhibit reflects information hiQ has designated as "Protected Material" under the Protective Order. |
| Declaration of Daniel Justice Exhibit 23 | Entire Document | The exhibit reflects information hiQ has designated as "Protected Material" under the Protective Order. |
| Declaration of Daniel Justice Exhibit 24 | Entire Document | The exhibit reflects information hiQ has designated as "Protected Material" under the Protective Order. |
| Declaration of Daniel Justice Exhibit 25 | Entire Document | The exhibit reflects information hiQ has designated as "Protected Material" under the Protective Order. |

| Document | Text to Be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|---|
| Declaration of Daniel Justice Exhibit 26 | Entire Document | The exhibit reflects information hiQ has designated as "Protected Material" under the Protective Order. |
| Declaration of Daniel Justice Exhibit 27 | Entire Document | The exhibit reflects information hiQ has designated as "Protected Material" under the Protective Order. |
| LinkedIn's Opposition to hiQ's Motion for Summary Judgement | Red boxed portions of pages 5-10, 16-17, 20. | The red boxed portions reflect information hiQ has designated as "Protected Material" under the Protective Order. |

Dated: August 31, 2022                              Orrick, Herrington & Sutcliffe LLP


                                          By:      /s/ *Daniel Justice*
                                                 DANIEL JUSTICE
                                                Attorneys for Defendant
                                                 LinkedIn Corporation