1  ANNETTE L. HURST (SBN 148738)
   ahurst@orrick.com
2  RUSSELL P. COHEN (SBN 213105)
   rcohen@orrick.com
3  PAUL F. RUGANI (SBN 342647)
   prugani@orrick.com
4  CATHERINE Y. LUI (SBN 239648)
   clui@orrick.com
5  NATHAN SHAFFER (SBN 282015)
   nshaffer@orrick.com
6  DANIEL JUSTICE (SBN 291907)
   djustice@orrick.com
7  EMILY RENZELLI (*pro hac vice*)
   erenzelli@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
9  405 Howard Street
   San Francisco, CA  94105-2669
10 Telephone:   +1 415 773 5700
   Facsimile:   +1 415 773 5759

*Attorneys for Defendant LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>       Plaintiff,<br><br>   vs.<br><br>LinkedIn Corporation,<br><br>       Defendant. | Case No. 17-cv-03301-EMC<br><br>**[PROPOSED] ORDER GRANTING LINKEDIN CORPORATION'S LOCAL RULE 79-5(f) ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PATY'S MATERIAL SHOULD BE SEALED** |
| LinkedIn Corporation<br><br>       Counterclaimant,<br><br>   vs.<br><br>hiQ Labs, Inc.<br><br>       Counterdefendants, | Complaint Filed:   June 7, 2017<br>Trial Date:           February 27, 2023 |

Before the Court is LinkedIn Corporation's ("LinkedIn") Local Rule 79-5(f) Administrative Motion To Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion").  The Administrative Motion seeks to seal portions of LinkedIn's Opposition to hiQ's Motion for Summary Judgment and the Declaration of Daniel Justice in Support of the Opposition to hiQ's Motion for Summary Judgment, including the exhibits thereto, because they contain material designated by another party under a Court-granted protective order.  Accordingly, LinkedIn may provisionally file such material under seal pursuant to Local Rule 79-5(f) pending hiQ's submission of materials required by Local Rule 79-5(c), and the Administrative Motion is **GRANTED.**

**IT IS HEREBY ORDERED** that LinkedIn may file the following materials provisionally under seal pending hiQ's submission of the materials required by Local Rule 79-5(c).

| Document | Text to Be Sealed |
|---|---|
| Declaration of Daniel Justice Exhibit 2 (Dev Deposition Transcript Excerpt) | - 89:1-25<br>- 91:1-92:25<br>- 209:1-210:25<br>- 271:6-272:25 |
| Declaration of Daniel Justice Exhibit 2 (Deposition Exhibit 225) | Entirety of Deposition Exhibit 225 |
| Declaration of Daniel Justice Exhibit 2 (Deposition Exhibit 232) | Entirety of Deposition Exhibit 232 |
| Declaration of Daniel Justice Exhibit 2 (Deposition Exhibit 234) | Entirety of Deposition Exhibit 234 |
| Declaration of Daniel Justice Exhibit 3 (Graves Deposition Transcript Excerpt) | 231:17-25 |
| Declaration of Daniel Justice Exhibit 3 (Deposition Exhibit 511) | Entirety of Deposition Exhibit 511 |
| Declaration of Daniel Justice Exhibit 4 (Deposition Exhibit 462) | Entirety of Deposition Exhibit 462 |
| Declaration of Daniel Justice Exhibit 4 (Deposition Exhibit 467) | Entirety of Deposition Exhibit 467 |

| Document | Text to Be Sealed |
|---|---|
| Declaration of Daniel Justice Exhibit 4 (Deposition Exhibit 470) | Entirety of Deposition Exhibit 470 |
| Declaration of Daniel Justice Exhibit 5 (Miller May 13 Deposition Transcript Excerpt) | • 49:4-50:25<br>• 156:6-25 |
| Declaration of Daniel Justice Exhibit 5 (Deposition Exhibit 300) | Entirety of Deposition Exhibit 300 |
| Declaration of Daniel Justice Exhibit 5 (Deposition Exhibit 306) | Entirety of Deposition Exhibit 306 |
| Declaration of Daniel Justice Exhibit 5 (Deposition Exhibit 310) | Entirety of Deposition Exhibit 310 |
| Declaration of Daniel Justice Exhibit 12 | Entire Document |
| Declaration of Daniel Justice Exhibit 13 | Entire Document |
| Declaration of Daniel Justice Exhibit 14 | Entire Document |
| Declaration of Daniel Justice Exhibit 15 | Entire Document |
| Declaration of Daniel Justice Exhibit 16 | Entire Document |
| Declaration of Daniel Justice Exhibit 17 | Entire Document |
| Declaration of Daniel Justice Exhibit 18 | Entire Document |
| Declaration of Daniel Justice Exhibit 19 | Entire Document |
| Declaration of Daniel Justice Exhibit 20 | Entire Document |
| Declaration of Daniel Justice Exhibit 21 | Entire Document |
| Declaration of Daniel Justice Exhibit 22 | Entire Document |

| Document | Text to Be Sealed |
|---|---|
| Declaration of Daniel Justice Exhibit 23 | Entire Document |
| Declaration of Daniel Justice Exhibit 24 | Entire Document |
| Declaration of Daniel Justice Exhibit 25 | Entire Document |
| Declaration of Daniel Justice Exhibit 26 | Entire Document |
| Declaration of Daniel Justice Exhibit 27 | Entire Document |
| LinkedIn's Opposition to hiQ's Motion for Summary Judgement | Red boxed portions of pages 5-10, 16-17, 20. |

**IT IS SO ORDERED**

Dated: _____

HON. EDWARD M. CHEN
United States District Judge