Corey Worcester (*pro hac vice*)
coreyworcester@quinnemanuel.com
Renita Sharma (*pro hac vice*)
renitasharma@quinnemanuel.com
Hope Skibitsky (*pro hac vice*)
hopeskibitsky@quinnemanuel.com
Elisabeth Miller (*pro hac vice*)
elisabethmiller@quinnemanuel.com
Zane Muller (*pro hac vice*)
zanemuller@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000

Terry L. Wit (SBN 233473)
terrywit@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:     (415) 875-6331

*Attorneys for Plaintiff and*
*Counterclaim Defendant*
*hiQ Labs, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>      *Plaintiff and Counterclaim Defendant*,<br><br>vs.<br><br>LinkedIn Corp.,<br><br>      *Defendant and Counterclaim Plaintiff.* | Case No. 3:17-cv-03301-EMC<br><br>**DECLARATION OF ZANE MULLER IN OPPOSITION TO LINKEDIN'S AUGUST 5, 2022 MOTIONS** |

I, Zane Muller, declare as follows:

1. I am an attorney with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys of record for Plaintiff hiQ Labs, Inc. ("hiQ"). I have personal knowledge of the facts set forth below and if called as a witness I could and would competently testify to those facts.

2. Attached to the Compendium of Exhibits as Exhibit 1 is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00080186.

3. Attached to the Compendium of Exhibits as Exhibit 2 is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00175141.

4. Attached to the Compendium of Exhibits as Exhibit 3 is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00220250.

5. Attached to the Compendium of Exhibits as Exhibit 4 is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00220268.

6. Attached to the Compendium of Exhibits as Exhibit 5 is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00220284.

7. Attached to the Compendium of Exhibits as Exhibit 6 is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00238042.

8. Attached to the Compendium of Exhibits as Exhibit 7 is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00238098.

9. Attached to the Compendium of Exhibits as Exhibit 8 is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00332748.

10. Attached to the Compendium of Exhibits as Exhibit 9 is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00428445.

11. Attached to the Compendium of Exhibits as Exhibit 10 is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00466677.

12. Attached to the Compendium of Exhibits as Exhibit 11 is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00467659.

13. Attached to the Compendium of Exhibits as Exhibit 12 is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00467709.

14.     Attached to the Compendium of Exhibits as Exhibit 13 is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00542665.

15.     Attached to the Compendium of Exhibits as Exhibit 14 is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00579668.

16.     Attached to the Compendium of Exhibits as Exhibit 15 is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00673338.

17.     Attached to the Compendium of Exhibits as Exhibit 16 is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00678074.

18.     Attached to the Compendium of Exhibits as Exhibit 17 is a true and correct copy of a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000002224.

19.     Attached to the Compendium of Exhibits as Exhibit 18 is a true and correct copy of a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000012159.

20.     Attached to the Compendium of Exhibits as Exhibit 19 is a true and correct copy of a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000012172.

21.      Attached to the Compendium of Exhibits as Exhibit 20 is a true and correct copy of a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000012274.

22.     Attached to the Compendium of Exhibits as Exhibit 21 is a true and correct copy of a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000012438.

23.     Attached to the Compendium of Exhibits as Exhibit 22 is a true and correct copy of a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000012572.

24.     Attached to the Compendium of Exhibits as Exhibit 23 is a true and correct copy of a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000012580.

25.     Attached to the Compendium of Exhibits as Exhibit 24 is a true and correct copy of a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000012888.

26.     Attached to the Compendium of Exhibits as Exhibit 25 is a true and correct copy of a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000027438.

27.     Attached to the Compendium of Exhibits as Exhibit 26 is a true and correct copy of a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000030615.

1    28.    Attached to the Compendium of Exhibits as Exhibit 27 is a true and correct copy of

2    a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000042832.

3    29.    Attached to the Compendium of Exhibits as Exhibit 28 is a true and correct copy of

4    a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000042850.

5    30.    Attached to the Compendium of Exhibits as Exhibit 29 is a true and correct copy of

6    a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000042967.

7    31.    Attached to the Compendium of Exhibits as Exhibit 30 is a true and correct copy of

8    a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000052097.

9    32.    Attached to the Compendium of Exhibits as Exhibit 31 is a true and correct copy of

10   a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000059737.

11   33.    Attached to the Compendium of Exhibits as Exhibit 32 is a true and correct copy of

12   a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000059739.

13   34.    Attached to the Compendium of Exhibits as Exhibit 33 is a true and correct copy of

14   a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000059745.

15   35.    Attached to the Compendium of Exhibits as Exhibit 34 is a true and correct copy of

16   a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000059771.

17   36.    Attached to the Compendium of Exhibits as Exhibit 35 is a true and correct copy of

18   a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000065303.

19   37.    Attached to the Compendium of Exhibits as Exhibit 36 is a true and correct copy of

20   a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000067542.

21   38.    Attached to the Compendium of Exhibits as Exhibit 37 is a true and correct copy of

22   a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000069325.

23   39.    Attached to the Compendium of Exhibits as Exhibit 38 is a true and correct copy of

24   a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000070786.

25   40.    Attached to the Compendium of Exhibits as Exhibit 39 is a true and correct copy of

26   a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000070800.

27   41.    Attached to the Compendium of Exhibits as Exhibit 40 is a true and correct copy of

28   a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000070831.

1    42.    Attached to the Compendium of Exhibits as Exhibit 41 is a true and correct copy of

2 a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000072010.

3    43.    Attached to the Compendium of Exhibits as Exhibit 42 is a true and correct copy of

4 a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000072012.

5    44.    Attached to the Compendium of Exhibits as Exhibit 43 is a true and correct copy of

6 a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000072090.

7    45.    Attached to the Compendium of Exhibits as Exhibit 44 is a true and correct copy of

8 a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000072095.

9    46.    Attached to the Compendium of Exhibits as Exhibit 45 is a true and correct copy of

10 a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000073013.

11    47.    Attached to the Compendium of Exhibits as Exhibit 46 is a true and correct copy of

12 a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000095502.

13    48.    Attached to the Compendium of Exhibits as Exhibit 47 is a true and correct copy of

14 a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000173660.

15    49.    Attached to the Compendium of Exhibits as Exhibit 48 is a true and correct copy of

16 a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000183741.

17    50.    Attached to the Compendium of Exhibits as Exhibit 49 is a true and correct copy of

18 a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000184276.

19    51.    Attached to the Compendium of Exhibits as Exhibit 50 is a true and correct copy of

20 a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000184280.

21    52.    Attached to the Compendium of Exhibits as Exhibit 51 is a true and correct copy of

22 a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000198195.

23    53.    Attached to the Compendium of Exhibits as Exhibit 52 is a true and correct copy of

24 a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000198255.

25    54.    Attached to the Compendium of Exhibits as Exhibit 53 is a true and correct copy of

26 a document produced by hiQ from its files, initial page Bates Number hiQ_00603901.

27    55.    Attached to the Compendium of Exhibits as Exhibit 54 is a true and correct copy of

28 a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000038999.

56.     Attached to the Compendium of Exhibits as Exhibit 55 is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00102004.

57.     Attached to the Compendium of Exhibits as Exhibit 56 is a true and correct copy of a document produced by LinkedIn from its files, at the deposition of Daniel Reid, marked as Deposition Exhibit 1001.

58.     Attached to the Compendium of Exhibits as Exhibit 57 is a true and correct copy of a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000084713.

59.     Attached to the Compendium of Exhibits as Exhibit 58 is a true and correct copy of a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000084959.

60.     Attached to the Compendium of Exhibits as Exhibit 59 is a true and correct copy of a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000068227.

61.     Attached to the Compendium of Exhibits as Exhibit 60 is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00546034.

62.     Attached to the Compendium of Exhibits as Exhibit 61 is a true and correct copy of the expert report of Douglas C. Schmidt.

63.     Attached to the Compendium of Exhibits as Exhibit 62 is a true and correct copy of hiQ Labs, Inc.'s Responses to LinkedIn Corporation's First Set of Interrogatories.

64.     Attached to the Compendium of Exhibits as Exhibit 63 is a true and correct copy of hiQ Labs, Inc.'s Supplemental Responses to LinkedIn Corporation's Second Set of Interrogatories.

65.     Attached to the Compendium of Exhibits as Exhibit 64 is a true and correct copy of a press release titled "hiQ Labs People Analytics Solution Wins HR Tech Product of the Year."

66.     Attached to the Compendium of Exhibits as Exhibit 65 is a true and correct copy of a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000088586.

67.     Attached to the Compendium of Exhibits as Exhibit 66 is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00003612.

68.     Attached to the Compendium of Exhibits as Exhibit 67 is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00003722.

MULLER DECL. IN OPP. TO LINKEDIN'S AUG. 5, 2022 MOTIONS

69.     Attached to the Compendium of Exhibits as Exhibit 68 is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00003783.

70.     Attached to the Compendium of Exhibits as Exhibit 69 is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00003841.

71.     Attached to the Compendium of Exhibits as Exhibit 70 is a true and correct copy of excerpts of the May 18, 2022 deposition of Jenelle Bray.

72.     Attached to the Compendium of Exhibits as Exhibit 71 is a true and correct copy of excerpts of the July 27, 2022 deposition of Jenelle Bray.

73.     Attached to the Compendium of Exhibits as Exhibit 72 is a true and correct copy of excerpts of the deposition of Andrew Carges.

74.     Attached to the Compendium of Exhibits as Exhibit 73 is a true and correct copy of excerpts of the deposition of Christopher Gagnon.

75.     Attached to the Compendium of Exhibits as Exhibit 74 is a true and correct copy of excerpts of the deposition of Genevieve Graves.

76.     Attached to the Compendium of Exhibits as Exhibit 75 is a true and correct copy of excerpts of the deposition of Michael Jennings.

77.     Attached to the Compendium of Exhibits as Exhibit 76 is a true and correct copy of excerpts of the deposition of Darren Kaplan.

78.     Attached to the Compendium of Exhibits as Exhibit 77 is a true and correct copy of excerpts of the May 20, 2022 deposition of Blake Lawit.

79.     Attached to the Compendium of Exhibits as Exhibit 78 is a true and correct copy of excerpts of the deposition of Darin Medeiros.

80.     Attached to the Compendium of Exhibits as Exhibit 79 is a true and correct copy of excerpts of the deposition of Daniel Miller.

81.     Attached to the Compendium of Exhibits as Exhibit 80 is a true and correct copy of excerpts of the deposition of Eric Owski.

82.     Attached to the Compendium of Exhibits as Exhibit 81 is a true and correct copy of excerpts of the deposition of Dan Reid.

83.     Attached to the Compendium of Exhibits as Exhibit 82 is a true and correct copy of excerpts of the deposition of Robert Rosin.

84.     Attached to the Compendium of Exhibits as Exhibit 83 is a true and correct copy of excerpts of the May 23, 2022 deposition of Mark Weidick.

85.     Attached to the Compendium of Exhibits as Exhibit 84 is a true and correct copy of excerpts of the June 1, 2022 deposition of Mark Weidick.

86.     Attached to the Compendium of Exhibits as Exhibit 85 is a true and correct copy of excerpts of the deposition of Lee Womer.

87.     Attached to the Compendium of Exhibits as Exhibit 86 is a true and correct copy of the expert report of Stephen B. McElfresh.

88.     Attached to the Compendium of Exhibits as Exhibit 87 is a true and correct copy of excerpts of the deposition of Stephen B. McElfresh.

89.     Attached to the Compendium of Exhibits as Exhibit 88 is a true and correct copy of the second amended expert report of Benjamin Sacks.

90.     Attached to the Compendium of Exhibits as Exhibit 89 is a true and correct copy of the rebuttal expert report of Benjamin Sacks.

91.     Attached to the Compendium of Exhibits as Exhibit 90 is a true and correct copy of excerpts of the deposition of Benjamin Sacks.

92.     Attached to the Compendium of Exhibits as Exhibit 91 is a true and correct copy of a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000206273.

93.     Attached to the Compendium of Exhibits as Exhibit 92 is a true and correct copy of excerpts of Abdi, "Least Squares," Encyclopedia for Research Methods for the Social Sciences.

94.     Attached to the Compendium of Exhibits as Exhibit 93 is a true and correct copy of excerpts of Baker & Ruback, "Estimating Industry Multiples."

95.     Attached to the Compendium of Exhibits as Exhibit 94 is a true and correct copy of excerpts of Duffie, "Dynamic Asset Pricing Theory."

96.     Attached to the Compendium of Exhibits as Exhibit 95 is a true and correct copy of excerpts of Liu et al, "Equity Valuation Using Multiples," Journal of Accounting Research 40.

97.    Attached to the Compendium of Exhibits as Exhibit 96 is a true and correct copy of excerpts of Metrick & Yasuda, "Venture Capital and the Finance of Innovation" (3rd Ed.).

98.    Attached to the Compendium of Exhibits as Exhibit 97 is a true and correct copy of excerpts of Wooldridge, "Introductory Econometrics: A Modern Approach" (5th Ed.).

99.    Attached to the Compendium of Exhibits as Exhibit 98 is a true and correct copy of LinkedIn's Supplemental Response to Interrogatory No. 8.

100.    Attached to the Compendium of Exhibits as Exhibit 99 is a true and correct copy of excerpts of the Aug. 26, 2022 deposition of Blake Lawit.

101.    Attached to the Compendium of Exhibits as Exhibit 100 is a true and correct copy of the rebuttal expert report of Yael Hochberg, Ph.D.

102.    Attached to the Compendium of Exhibits as Exhibit 101 is a true and correct copy of excerpts of the deposition of Daniel Francis.

103.    Attached to the Compendium of Exhibits as Exhibit 102 is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00188701.

104.    Attached to the Compendium of Exhibits as Exhibit 103 is a true and correct copy of a document titled "Save a Profile as a PDF," accessed at https://www.linkedin.com/help/linkedin/answer/a541960/save-a-profile-as-a-pdf?lang=en.

105.    Attached to the Compendium of Exhibits as Exhibit 104 is a true and correct copy of a document produced by LinkedIn from its files, initial page Bates Number LINK_HIQ_000091373.

106.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed August 31, 2022, at Brooklyn, New York.

By:   */s/ Zane Muller*
      Zane Muller