Corey Worcester (*pro hac vice*)
coreyworcester@quinnemanuel.com
Renita Sharma (*pro hac vice*)
renitasharma@quinnemanuel.com
Hope Skibitsky (*pro hac vice*)
hopeskibitsky@quinnemanuel.com
Elisabeth Miller (*pro hac vice*)
elisabethmiller@quinnemanuel.com
Zane Muller (*pro hac vice*)
zanemuller@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000

Terry L. Wit (SBN 233473)
terrywit@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:     (415) 875-6331

*Attorneys for Plaintiff and Counterclaim Defendant hiQ Labs, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>　　*Plaintiff and Counterclaim Defendant,*<br><br>　　vs.<br><br>LinkedIn Corp.,<br><br>　　*Defendant and Counterclaim Plaintiff.* | Case No. 3:17-cv-03301-EMC<br><br>**COMPENDIUM OF EXHIBITS IN OPPOSITION TO LINKEDIN'S AUGUST 5, 2022 MOTIONS** |

| Compendium Exhibit No. | Vol. No. | Document | Date |
|---|---|---|---|
| 1 | 1 | Email from hiQ Labs to Cole (hiQ_00080186) | Sept. 22, 2016 |
| 2 | 2 | hiQ Elevate Presentation (hiQ_00175141) | April 18, 2017 |
| 3 | 3 | hiQ Elevate Agenda (hiQ_00220250) | March 1, 2016 |
| 4 | 4 | hiQ Elevate Agenda (hiQ_00220268) | May 17, 2016 |
| 5 | 5 | hiQ Elevate Agenda (hiQ_00220284) | Oct. 26, 2016 |
| 6 | 6 | Payroll Register YTD (hiQ_00238042) | Aug. 4, 2020 |
| 7 | 6 | Payroll Register YTD (hiQ_00238098) | Aug. 4, 2020 |
| 8 | 6 | Email from Ryan to Medeiros et al (hiQ_00332748) | Aug. 1, 2017 |
| 9 | 6 | Email from Weidick to Barker et al (hiQ_00428445) | June 27, 2017 |
| 10 | 7 | hiQ Elevate Presentation (hiQ_00466677) | Oct. 2016 |
| 11 | 8 | LeBailly Exit Interview (hiQ_00467659) | Oct. 6, 2017 |
| 12 | 8 | Smuga-Otto Exit Interview (hiQ_00467709) | Sept. 15, 2017 |
| 13 | 8 | Email from Pasto to Scott et al (hiQ_00542665) | Sept. 18, 2018 |
| 14 | 8 | hiQ Elevate Agenda (hiQ_00579668) | Oct. 6, 2015 |
| 15 | 9 | hiQ Elevate Agenda (hiQ_00673338) | April 18, 2017 |
| 16 | 9 | Teusch Exit Interview (hiQ_00678074) | July 28, 2017 |
| 17 | 9 | Letter from LinkedIn to hiQ (LINK_HIQ_000002224) | May 23, 2017 |
| 18 | 9 | Email from Roberts to Weiner et al (LINK_HIQ_000012159) | Feb. 13, 2014 |
| 19 | 9 | Email from Weedn to Trachtenberg et al (LINK_HIQ_000012172) | Sept. 23, 2014 |
| 20 | 9 | Email from Darwin to Rosin et al (LINK_HIQ_000012274) | Dec. 23, 2014 |
| 21 | 9 | Email from Tapias to Marmer et al (LINK_HIQ_000012438) | June 8, 2015 |
| 22 | 9 | Email from Rosin to Choi (LINK_HIQ_000012572) | Jan. 12, 2015 |
| 23 | 9 | Email from Rosin to Womer et al (LINK_HIQ_000012580) | Nov. 11, 2014 |

| Compendium Exhibit No. | Vol. No. | Document | Date |
|---|---|---|---|
| 24 | 9 | Email from Rosin to Gupta (LINK_HIQ_000012888) | Jan. 24. 2017 |
| 25 | 9 | Email from Roberts to Weiner et al (LINK_HIQ_000027438) | Oct. 8, 2018 |
| 26 | 9 | Email from Colombo to Funnell et al (LINK_HIQ_000030615) | June 5, 2017 |
| 27 | 9 | Email from Jennings to Francis et al (LINK_HIQ_000042832) | April 4, 2017 |
| 28 | 9 | Email from Canlas to Francis (LINK_HIQ_000042850) | March 28, 2017 |
| 29 | 9 | Email from Owski to Garvey et al (LINK_HIQ_000042967) | April 20, 2017 |
| 30 | 9 | Email from Canlas to Owski et al (LINK_HIQ_000052097) | Feb. 15, 2017 |
| 31 | 9 | Email from Francis to Jennings (LINK_HIQ_000059737) | March 9, 2017 |
| 32 | 9 | Email from Francis to Switalski et al (LINK_HIQ_000059739) | April 7, 2017 |
| 33 | 9 | Email from Francis to Switalski et al (LINK_HIQ_000059745) | April 6, 2017 |
| 34 | 9 | Email from Francis to Lwanga (LINK_HIQ_000059771) | April 18, 2017 |
| 35 | 9 | Email from Givens to Yi et al (LINK_HIQ_000065303) | Oct. 5, 2015 |
| 36 | 9 | Email from Canlas to Cheng et al (LINK_HIQ_000067542) | Jan. 13, 2016 |
| 37 | 9 | Email from Kaplan to Canlas (LINK_HIQ_000069325) | Oct. 6, 2016 |
| 38 | 9 | Email from Scott to Jersin et al (LINK_HIQ_000070786) | March 11, 2016 |
| 39 | 9 | Email from Juric to Rosin (LINK_HIQ_000070800) | March 11, 2016 |
| 40 | 9 | Email from Weiner to Rosin et al (LINK_HIQ_000070831) | March 29, 2016 |
| 41 | 9 | Email from Womer to Orthlieb et al (LINK_HIQ_000072010) | Jan. 17, 2015 |
| 42 | 9 | Open Developer API Platform Transition Presentation (LINK_HIQ_000072012) | Jan. 16, 2015 |
| 43 | 9 | Email from Womer to Rosin et al (LINK_HIQ_000072090) | Dec. 19, 2014 |
| 44 | 9 | Content Players' API Access Presentation (LINK_HIQ_000072095) | Dec. 16, 2014 |
| 45 | 9 | Email from Rosin to Womer (LINK_HIQ_000073013) | Dec. 15, 2014 |
| 46 | 10 | LinkedIn User Agreement (LINK_HIQ_000095502) | Oct. 23, 2014 |

| Compendium Exhibit No. | Vol. No. | Document | Date |
|---|---|---|---|
| 47 | 11 | Email from Roberts to Frank et al (LINK_HIQ_000173660) | March 29, 2017 |
| 48 | 11 | Email from Jennings to Hastings et al (LINK_HIQ_000183741) | April 21, 2017 |
| 49 | 11 | hiQ Elevate Conference Notes (LINK_HIQ_000184276) | April 20, 2017 |
| 50 | 11 | Email from Owski to Handa et al (LINK_HIQ_000184280) | April 21, 2017 |
| 51 | 11 | LinkedIn Privacy Policy (LINK_HIQ_000198195) | May 8, 2018 |
| 52 | 11 | LinkedIn Privacy Policy (LINK_HIQ_000198255) | Aug. 11, 2020 |
| 53 | 11 | Jan. 2016 Product Roadmap (hiQ_00603901) | January 2016 |
| 54 | 11 | Email from Gaker to Maurath et al (LINK_HIQ_000038999) | October 8, 2014 |
| 55 | 11 | Reid Dep. Ex. 1001 (LinkedIn-produced document listing "LinkedIn Attendees at hiQ's Elevate Conferences"). | May 19, 2022 |
| 56 | 11 | hiQ Elevation Awards Presentation (hiQ_00102004) | March 1, 2016 |
| 57 | 11 | LTS 18 Month Product Plan (LINK_HIQ_000084713) | June 2015 |
| 58 | 11 | Email from Owski to Hutter et al (LINK_HIQ_000084959) | May 9, 2016 |
| 59 | 11 | Email from Canlas to Talent Analytics (LINK_HIQ_000068227) | October 27, 2016 |
| 60 | 11 | George Lan presentation from March 2016 Elevate deck (hiQ_00546034) | March 1, 2016 |
| 61 | 11 | Expert Report of Douglas C. Schmidt | June 16, 2022 |
| 62 | 11 | hiQ's Responses to LinkedIn's First Set of Interrogatories | July 29, 2021 |
| 63 | 11 | hiQ's Supplemental Responses to LinkedIn's Second Interrogatories | May 13, 2022 |
| 64 | 11 | Press release titled "hiQ Labs People Analytics Solution Wins HR Tech Product of the Year" | Sept. 21, 2016 |
| 65 | 11 | Email from Owski to Hastings et al (LINK_HIQ_000088586) | Nov. 21, 2016 |
| 66 | 11 | hiQ Invoices (hiQ_00003612) | n/a |
| 67 | 11 | hiQ Invoices (hiQ_00003722) | n/a |
| 68 | 11 | hiQ Invoices (hiQ_00003783) | n/a |
| 69 | 11 | hiQ Invoices (hiQ_00003841) | n/a |
| 70 | 11 | Excerpts of the deposition of Jenelle Bray | May 18, 2022 |
| 71 | 11 | Excerpts of the deposition of Jenelle Bray | July 27, |

| Compendium Exhibit No. | Vol. No. | Document | Date |
|---|---|---|---|
| | | | 2022 |
| 72 | 11 | Excerpts of the deposition of Andrew Carges | Aug. 2, 2022 |
| 73 | 11 | Excerpts of the deposition of Christopher Gagnon | June 27, 2022 |
| 74 | 11 | Excerpts of the deposition of Genevieve Graves | May 25, 2022 |
| 75 | 11 | Excerpts of the deposition of Michael Jennings | May 26, 2022 |
| 76 | 11 | Excerpts of the deposition of Darren Kaplan | May 4, 2022 |
| 77 | 11 | Excerpts of the deposition of Blake Lawit | May 20, 2022 |
| 78 | 11 | Excerpts of the deposition of Darin Medeiros | May 20, 2022 |
| 79 | 11 | Excerpts of the deposition of Daniel Miller | May 13, 2022 |
| 80 | 11 | Excerpts of the deposition of Eric Owski | May 23, 2022 |
| 81 | 11 | Excerpts of the deposition of Dan Reid | May 19. 2022 |
| 82 | 11 | Excerpts of the deposition of Bob Rosin | May 23, 2022 |
| 83 | 11 | Excerpts of the deposition of Mark Weidick | May 25, 2022 |
| 84 | 11 | Excerpts of the deposition of Mark Weidick | June 1, 2022 |
| 85 | 11 | Excerpts of the deposition of Lee Womer | May 11, 2022 |
| 86 | 11 | Expert Report of Stephen B. McElfresh | June 7, 2022 |
| 87 | 11 | Excerpts of the deposition of Stephen B. McElfresh | July 20, 2022 |
| 88 | 11 | Second Amended Expert Report of Benjamin Sacks | Aug. 30, 2022 |
| 89 | 11 | Rebuttal Expert Report of Benjamin Sacks | June 30, 2022 |
| 90 | 12 | Excerpts of the deposition of Benjamin Sacks | July 8, 2022 |
| 91 | 12 | Email from Rigano to Gaker et al (LINK_HIQ_000206273) | Oct. 8, 2014 |
| 92 | 12 | Excerpts of Abdi, "Least Squares," Encyclopedia for Research Methods for the Social Sciences | 2003 |
| 93 | 12 | Excerpts of Baker & Ruback, "Estimating Industry Multiples" | 1999 |
| 94 | 12 | Excerpts of Duffie, Dynamic Asset Pricing Theory | 2010 |

| Compendium Exhibit No. | Vol. No. | Document | Date |
|---|---|---|---|
| 95 | 12 | Excerpts of Liu et al, Equity Valuation Using Multiples, Journal of Accounting Research 40 | 2002 |
| 96 | 12 | Excerpts of Metrick & Yasuda, Venture Capital and the Finance of Innovation (3rd Ed.) | 2021 |
| 97 | 12 | Excerpts of Wooldridge, Introductory Econometrics: A Modern Approach (5th Ed.) | 2015 |
| 98 | 12 | LinkedIn's Supplemental Response to Interrogatory No. 8 | Aug. 15, 2022 |
| 99 | 12 | Excerpts of the deposition of Blake Lawit | Aug. 26, 2022 |
| 100 | 12 | Rebuttal Expert Report of Yael Hochberg, Ph.D. | June 30, 2022 |
| 101 | 12 | Excerpts of the deposition of Daniel Francis | May 24, 2022 |
| 102 | 12 | Keeper Instructions (hiQ_00188701) | n/a |
| 103 | 12 | "Save a Profile as a PDF," accessed at https://www.linkedin.com/help/linkedin/answer/a541960/save-a-profile-as-a-pdf?lang=en | n/a |
| 104 | 12 | Text File (LINK_HIQ_000091373) | n/a |