# Exhibit 1

From:    hiQ Labs
Sent:    Thu 9/22/2016 1:00 PM (GMT-07:00)
To:      cameron.cole@hiqlabs.com
Cc:
Bcc:
Subject: hiQ Wins the Gold... | Newsletter

Stay tuned to the most recent developments in the HR space with hiQ Labs, the global standard in peoples analytics.

Is this email not displaying correctly?
View it in your browser.

## hiQ Wins the Gold!

## Experience Elevate!

## Submit to Win!

We are proud to announce that we were selected for the "Human Resources Executive's Top Product of 2016." hiQ was acknowledged by the leaders at HR tech for "taking a critical issue — retention of key talent — and providing an analytically-based leading indicator of voluntary turnover." hiQ Labs will accept this momentous award in front of industry champions and thought leaders at the HR Technology Conference and Expo on October 5, 2016.

Join us at *hiQ Elevate* on October 26th in Santa Clara, CA. Don't miss the industry's must attend People Analytics conference. Sponsored by Domo and Littler Mendelson, *hiQ Elevate* will address how data can help you solve critical business problems using emerging methods in data analytics. Following the conference is the *Inaugural Elevation Awards* recognizing excellence in People Analytics. We invite you to request to attend today. Space is limited.

Deadline Approaching! Proud of your accomplishments in People Analytics? Submit to win an *Elevation Award*. hiQ Labs' *Inaugural Elevation Awards* will reward members of the *hiQ Elevate* community for their successes using data to drive people decisions, benefiting their organizations and their employees. Apply to win in one of the seven categories. Act soon because the deadline for submissions is September 28th. Click here to learn more.

## And Don't Miss:

- The hiQ People Analytics Podcast is live! Catch up on our eight episodes featuring HR industry luminaries, thought leaders, CHROs and data scientists who share insights, stories, best practices and much more. Available here as well as: iTunes, Stitcher, iHeart Radio and TuneIn Radio
- Don't miss us at General Assembly, presenting **Utilizing Artificial Intelligence and Data Analytics in Your Learning Strategy.** Information about registration can be found here.

CONFIDENTIAL

Follow us on Twitter | Connect on LinkedIn | Friend us on Facebook

*Copyright © 2016 hiQ Labs. All rights reserved.*

**Our mailing address is:**
hiQ Labs, Inc.
268 Bush St #4214
San Francisco, CA 94104

unsubscribe from all emails | update subscription preferences



CONFIDENTIAL
hiQ_00080188