# Exhibit 2



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



*hiQ welcomes*

# Mark Weidick

*Silicon Valley entrepreneur.*
*Hollywood wanna-be.*
*Wood fired pizza maker.*
*Lakers, Rams & Reds fan.*

@markweidick



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175143



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# If you knew people . . .



▶ With needed skills & experience,

   *but*

▶ Under-utilized or unknown

▶ Critical to the business

   *but*

▶ High retention risk

## ... Would you act?

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175145



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

*Thank you!*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175148



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175150



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175153



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175154



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175155



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# HR TECHNOLOGY TRENDS & VENTURE CAPITAL





**Kevin Diestel**
*Principal*

SAPPHIRE VENTURES

**Darren Kaplan**
*Co-Founder*



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175159



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175160



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175161



# HR 3.0

Data + Information + Analytics = Results

Cathy Donahoe

Vice President, Human Resources

Domo

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175162



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175163



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175164



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175165



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175166



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175167



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



Analytics

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175169



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175171



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



Domo Live via Mobile here

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175174





HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175177



McKinsey&Company

# Bringing People Analytics to M&A

HIQ ELEVATE

April 2017

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175178

## A few things we already know…



The average company loses **20-30%** of its employee base yearly[1]

**Employee engagement** is at a worldwide low of **13%**[2]

**65%** of top leaders think they have **insufficient** talent on their teams[3]

1 Declining Employee Loyalty: a casualty of the workplace, 2012, Forbes Knowledge @ Wharton
2 Randall Beck, Jim Harter, Ph.D., "Companies Are Missing Opportunites for Growth and Revenue," Gallup, April 28, 2015
3 McKinsey Human Capital analysis, 2014

39

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## Let's think about this in the context of Private Equity and M&A



**In 2011 We Looked At**

80 investments backward
100 investments forward

| 2.2 Years | Average time to CEO replacement |
| 80% Success | Investments that hit first year financial targets, return 2.5X or greater |



| 44% | Success rate of CEO from start to finish |
| 56% | Failure rate of CEOs |

**We built our perspective on what matters based on what the leaders of the 22 most successful investments did and didn't do**

40

hiQ_00175180

## What do we know are parts of the answer?



1. Mobilizing to drive VALUE is job #1, alignment comes later

2. Organizational HEALTH (how you run the place) drives long-term performance

3. Design your org for AGILITY by being both fast and stable

4. Data and analytics improves TALENT and levels of individual success

5. Matching LEADERSHIP to situation is better than broad leadership models

6. CHANGE needs to be faster to impact than ever before

7. Stay ahead by getting ready for the DIGITAL revolution



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## Driving deal value means bending the curve – quickly



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175182

Every acquisition has an investment thesis – each with critical talent questions to answer



What are the key elements of the investment thesis?

How much is at stake for each?

What are the big actions to take to deliver on them?

What talent is needed to deliver to drive those actions?

43

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175183

## There is too much data out there to rely on intuition to answer these questions

### HR data



- Performance ratings
- Compensation
- Demographics
- Training & dev.

### Other internal data



- Productivity
- Work-life balance (absences, travel)
- Work experience
- Mentoring and coaching

### Surveys



- Employee Engagement
- Organizational Health
- Change readiness
- Values

### External data



- Social media
- Professional networking
- Public data sources

## Advanced analytics

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



An obligation

If information this critical to the investment thesis is knowable, then we have an obligation to know it.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175185

# Knowing where the talent risk sits matters



EXAMPLE: FINDING TURNOVER RISK DURING DUE DILIGENCE

FOR EVERY ACQUISITION,
ALWAYS ASK:



 **Turnover risk**
- Which roles are most at risk and create the most value?
- Where will turnover most inhibit speed to value creation?

 **Skills & capabil-ities**
- Do I have the skills needed to deliver on the investment thesis?
- How does the target stack up against competitors? Best-in-class players?
- If there are gaps – where can I source? Are there opportunities to upskill?

46

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175186



Let's take a step back...

Does this logic only apply to an M&A context?

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175187

Can HR take this same approach outside of M&A? Yes.



What are the key elements of the investment thesis?

How much is at stake for each?

What are the big actions to take to deliver on them?

What talent is needed to deliver to drive those actions?

48

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175188

The CHRO has the opportunity (obligation?) to be the hero of this story



49

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# The CHRO's role in the 'G3'



CEO

CHRO          CFO

PREDICTING OUTCOMES | DIAGNOSING PROBLEMS | PRESCRIBING ACTIONS | REDRAWING PROCESSES



Driving growth & performance through the better application of talent to value



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175190



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175191



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# hiQ™ SKILL MAPPER UNVEIL







**Genevieve Graves, PhD**
*Co-Founder / Chief Science
& Product Officer*

**Chris LeBailly**
*Director of Data Science*

**Amelia Barker**
*Director of Customer Success*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175193



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

80% of LinkedIn Users update their data at a
minimum of Quarterly

25% of employees update their Internal Talent data
(and usually only when asked)

35% of Americans believe in UFO's



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

There is more data about your employees outside the walls of your organization then inside it…



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# How it works today



#hiqelevate

hi Q

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



What your employees are doing today

hiQ_00175199

# What you can do today



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175202



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175204



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175205



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175206

MARKETING STRATEGY

MARKETING COMMUNICATIONS

ONLINE MARKETING

ADVERTISING SALES

MARKETING

Skill Set Name:
General Marketing

SOCIAL MEDIA MARKETING

DIGITAL MEDIA SEO SOCIAL MEDIA

EVENT PLANNING

SOCIAL NETWORKING

ONLINE ADVERTISING

EMAIL MARKETING

DIGITAL MARKETING

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## PROFILE



**Name:** James Switzer

**Title:** Sales Operations Manager

**Location:** Minneapolis, MN

**Education:** Bachelors

**Time at Company:** 1y 9m

**Time in Role:** 1y 9m

## TOP SKILLS

Disruptive Technologies
Key Account Development
Account Management    Social Media
Solution Selling
Sales Management   Business Development
Building Relationships   Customer Retention
Digital Marketing   Sales   Cold Calling   Complex Sales
Sales Process   B2B
Online Advertising
Salesforce.com   Crowdsourcing
Strategy



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175208



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175209



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175210



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## PROFILE



**Name:** Alfonso Egersdorf
**Title:** Outside Sales Representative
**Location:** Palo Alto, CA
**Education:** Bachelors
**Time at Company:** 4Y
**Time in Role:** 1Y 4M

## TOP SKILLS

Social Networking  Marketing Strategy
Strategy  Budgets  Direct Sales
E-commerce
Digital Marketing  Lead Generation
SEO
New Business Development
Sales  Training  Advertising
Direct Marketing  Marketing  SaaS
Web Analytics  Strategic Partnerships
Social Media Marketing  Online Advertising

#hiqelevate

hi elevate

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



hiQ_00175213



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY







HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175217



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175218



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175219

hiQ   Skill Mapper   |   Skill Landscape   People Browser   Talent Finder   Directory   **Explore Related**   Mapper

Searching by titles: ( Sales X )   Add titles to search

**Showing Top 10 Results**

| PEOPLE | JOB TITLES | SKILLS |
|---|---|---|
| **Justin Caraballo**<br>Outside Sales Representative (New York, NY) | SALES | SALES |
| **Louis Bertolami**<br>Sales Development Manager (Salt Lake City, UT) | SALES CONSULTANT | CUSTOMER SERVICE |
| **Jimmy Babin**<br>Export Manager (-) | SALES EXECUTIVE | MARKETING |
| **George Bolden**<br>Export Manager (San Francisco, CA) | ACCOUNT REPRESENTATIVE | ACCOUNT MANAGEMENT |
| **William Twichell**<br>Sales Operations Manager (-) | SALES MANAGER | BUSINESS DEVELOPMENT |
| **Christopher Green**<br>Export Manager (-) | SALES REPRESENTATIVE | NEW BUSINESS DEVELOPMENT |
| **Raymond Harloff**<br>Sales Operations Manager (San Jose, CA) | TERRITORY SALES MANAGER | SALES MANAGEMENT |
| **Robert Dean**<br>Export Manager (Salt Lake City, UT) | TERRITORY MANAGER | STRATEGIC PLANNING |
| **Maynard Cheung**<br>Sales Operations Manager (Indianapolis, IN) | REGIONAL MANAGER | TEAM BUILDING |

#hiqelevate

hi elevate

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175220



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175222



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175223



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175224



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175225

THE TRANSFER
OF
KNOWLEDGE
HAS ALWAYS
BEEN
INTENSELY
PERSONAL



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175226



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175228



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# HOW IS THIS UNLIKE WHAT CAME BEFORE?



- Stuck on "broadcast"

- Unlikely to engage the learner consistently

- Unlikely to be the optimal delivery for any given student

- Written to the lowest common denominator

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175230

# CAN WE MITIGATE THE SHORTCOMINGS WITHOUT GIVING UP BENEFITS?

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175231



ar·ti·fi·cial in·tel·li·gence

ˌärdəˈfiSHəl inˈteləjəns/

*noun*

The theory and development of computer systems able to perform tasks that normally require human intelligence

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175232

# ZOOMI
# SUMMARY

Zoomi is a learning analytics SaaS company that uses proprietary Artificial Intelligence (AI) to:

 **PREDICT LEARNING AND PERFORMANCE**

 **OPTIMIZE LEARNING CONTENT AND LINKAGE TO BUSINESS OUTCOMES**

 **PROVIDE DEEP PERSONALIZED LEARNING (INDIVIDUAL AND SOCIAL)**

Zoomi's AI-informed analytics allow customers to:

 **INCREASE KNOWLEDGE TRANSFER BY 50% OR MORE**

 **DECREASE TIME TO PROFICIENCY MORE THAN 40%**

 **INCREASE ENGAGEMENT BY 45%**

 **IMPROVE BUSINESS OUTCOMES 60%**

©2017 ZOOMI, INC. ALL RIGHTS RESERVED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175233

# PREDICTION AND OPTIMIZATION

 Big data approach, content and LMS agnostic

 Uses proprietary artificial intelligence to analyze cognitive, motivational, behavioral and performance data

 Produces AI-informed learning analytics including diagnostic, predictive, and prescriptive analytics

 Assesses and provides insights into knowledge transfer or efficacy of learning

 Assesses and provides insights into engagement

 Synchronizes learning with business /personal outcomes



©2017 ZOOMI, INC. ALL RIGHTS RESERVED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175234

# PERSONALIZED LEARNING INDIVIDUAL & SOCIAL

Real-time, automated, AI-based personalization of content for a truly individualized learning experience.



Holistic improves average engagement by more than 70% versus one-size-fits-all, whereas Assessment-only has shown negligible improvement over one-size-fits-all on similar metrics (SRI Education, 2016)



"No-Touch" / "Plug-and-Play" Personalization Engine



AI-based engine: Applies pattern mining, natural language processing, classification, and other AI-techniques to all of the fine-granular data collected, from clickstream measurements to social learning networks



Holistic Personalization: Behavioral, Cognitive, Affective, and Assessment based, as opposed to the standard "Assessment-only" basis



Engine's decisions change dynamically based on reinforcement learning, comparing current path to what has worked well for past, similar learners

©2017 ZOOMI, INC. ALL RIGHTS RESERVED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175235

# BUILT ON LEADING EDGE RESEARCH THAT ANALYZES SEVERAL DIMENSIONS







Zoomi's technology reveals each individual's specific learning strategies. Learners are active participants who have the ability to control aspects of their cognition, engagement, and behavior. Each of us uses a distinct learning strategy when we seek to gain knowledge.

It allows Zoomi to predict efficacy with over 85% accuracy, to affect efficacy, and to optimize social setting to impact business and personal outcomes.



©2017 ZOOMI, INC. ALL RIGHTS RESERVED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175236

# PRODUCT OVERVIEW





**ZOOMI PLAYER**

Delivers an integrated learning experience through a user configurable interface. Collects real-time fine granular behavioral data to feed the Dashboard and Engine.

**ZOOMI DASHBOARD**

The industry's most powerful and intuitive analytics visualization tool. Provides granular insight to the instructor/manager on efficacy of the material and progress of each student.

**PERSONALIZATION ENGINE**

An AI-based data analysis engine, powered by >200 proprietary algorithms. It discovers cognitive, behavioral and affective preferences for each learner, which describe, diagnose, predict and prescribe learner outcomes.

©2017 ZOOMI, INC. ALL RIGHTS RESERVED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175237

# BUSINESS PROBLEMS ZOOMI SOLVES IN THE E–LEARNING SPACE

| | |
|---|---|
| LACK OF ANALYTICS INTO TRAINING CONTENT EFFICACY AND ENGAGEMENT | • Approximately S350B is spent each year on training by corporations globally and corporate learning is the #3 priority only after culture and leadership<br><br>• However, there are little to no metrics other than descriptive analytics currently available.<br><br>• No one is using AI in the learning space |
| RELIANCE ON "ONE SIZE FITS ALL" TRAINING DELIVERY | • Most e–learning content is currently being delivered in one-size fits all format.<br><br>• Real-time personalization of content is critical to speeding on-boarding, knowledge transfer, and efficacy improvements which lead to increases in productivity. |
| NO ACCURATE MEASURE OF ROI AND LINK TO BUSINESS OUTCOMES | • Return on training investment is a major pain point for corporations as there is a lack of visibility into actual knowledge transfer and which training is driving which outcomes. |

©2017 ZOOMI, INC. ALL RIGHTS RESERVED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175238

# LEARNING ANALYTICS ->
# BUSINESS INTELLEGENCE



©2017 ZOOMI, INC. ALL RIGHTS RESERVED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175239

# SUMMARY OF CAPABILITIES

| TECHNOLOGY | FEATURES | OUTCOMES | TARGETS |
|---|---|---|---|
| Big Data | • 250 proprietary algorithms<br>• Predictive and prescriptive capability | • Closed loop feedback<br>• Improved ROI<br>• Enhanced Revenue, Reduced Cost and Risk | • Content creators<br>• Content consumers<br>• Organizational performance |
| Personalization | • Proprietary recommendation engine<br>• Automatically identified learning directions | • Tailored Pedagogy<br>• Cost savings | • Improved user experience<br>• Organizational performance |
| Web & Mobile | • Multi-OS support | • Natively mobile<br>• Ubiquitous access to data and content | • Improved user experience<br>• Scalable<br>• Cost contained |
| Integration | • Robust API<br>• SWS | • Easy integration into existing infrastructure<br>• Data Lake | • Safe deployment of existing corporate assets |
| Social | • Learning communities<br>• Optimized learning network | • Improved outcomes<br>• Team cohesion<br>• Identify key influencers | • Improved learner experience<br>• Improved organizational performance |

©2017 ZOOMI, INC. ALL RIGHTS RESERVED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175240

# DATA ANALYTICS PROGRESSION



©2017 ZOOMI, INC. ALL RIGHTS RESERVED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175241



©2017 ZOOMI, INC. ALL RIGHTS RESERVED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# USING DATA TO UNDERSTAND TALENT



**Andrew Carges**
*VP of Human Resources -
Talent, Technology & Insights*





**Katie Meger, PhD**
*Data Scientist, People Analytics*





**Amelia Barker**
*Director of Customer Success*



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175245

# THE IMPACT OF COGNITIVE HR WITHIN THE TALENT BUSINESS



### David Green
*Global Director,*
*People Analytics Solutions*





### Michael Housman, PhD
*Workforce Scientist in Residence*



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



Genevieve Graves, PhD
Co-Founder / Chief Science & Product Officer
hiQ Labs

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175247



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175249



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00175250



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY