# Exhibit 3



# hi elevate

MARCH 1, 2016 | SANTA CLARA MARRIOTT



hiqlabs.com

CONFIDENTIAL



## WELCOME



Congratulations on being here. You are at the forefront of something big. The People Analytics movement is gaining momentum and you are at the epicenter of the trend.

On behalf of the employees and board of directors of hiQ Labs, it gives me great pleasure to welcome you to hiQ Elevate. Our goal is to make hiQ Elevate the strongest community of smart and progressive HR analytics people in the world. That includes you. We value your input, your questions, your commitment to figuring out how to transform HR into a more data-driven and data-savvy function.

We started hiQ Labs with the belief that data and science would help elevate the HR function. And today, we know that is true. From small companies to the most well-known global brands, HR teams are increasingly looking to predictive modeling and sophisticated analytics to improve employee retention and engagement.

We hope you have plenty of opportunities to learn today, not just from the speakers, but from the person sitting next to you: the data scientist, the talent analyst, the workforce scientist and the CHRO, who represent some of the brightest minds in HR today.

If you've been here before, you know the collective commitment and passion surrounding this event. If this is your first time at hiQ Elevate, we welcome you with open arms. The strength of the people teams assembled in this room represents the future of people analytics.

I hope you will use this event to build new friendships, exchange best practices and spark new ideas. Together, we are building a powerful community. Together, we are adding value to your organization.

**DARREN KAPLAN**
*CEO/Co-Founder, hiQ Labs*



# AGENDA

| | |
|---|---|
| 7:30 — 8:30 AM | Breakfast & Registration |
| 8:30 — 8:45 AM | Welcome Remarks |
| | Darren Kaplan *hiQ Labs* |
| 8:45 — 10:15 AM | hiQ Elevate Presentations |
| | Auguste Goldman *GoDaddy* |
| | Burke Powers *PayPal* |
| | Ramesh Karpagavinayagam *Capital One* |
| 10:15 — 10:30 AM | Break |
| 10:30 — 11:15 AM | hiQ Labs Product & Science Updates |
| | Genevieve Graves, PhD *hiQ Labs* |
| | Manisha Gupta *hiQ Labs* |
| | Chris LeBailly *hiQ Labs* |
| 11:15 — 12:00 PM | People Analytics for Diversity Panel Discussion |
| | Susan Biancani, PhD *Airbnb* |
| | Genetha Gray, PhD *Intel* |
| | Jacob Zuniga *Kaiser Permanente* |
| | *Moderator:* Michael Housman, PhD *hiQ Labs* |
| 12:00 — 1:30 PM | Networking Lunch |
| 1:30 — 2:15 PM | Breakout Sessions |
| 2:15 — 2:30 PM | Break |
| 2:30 — 3:15 PM | Breakout Sessions |
| 3:15 — 3:30 PM | Break |
| 3:30 — 3:50 PM | Realizing Economic Value from Predictive Analytics |
| | Ryan Hammond, PhD *hiQ Labs* |
| 3:50 — 4:20 PM | Keynote Speaker |
| | John Sumser *HRExaminer* |
| 4:20 — 4:30 PM | Closing Remarks |
| 4:30 — 6:00 PM | Networking Cocktail Reception |

CONFIDENTIAL

hiQ_00220252



## BREAKOUTS

### 1:30 – 2:15 PM

### HUMANIZING YOUR DATA

Implementing the Model is the Key to Analytics Success

For analytics to create shareholder value, it is imperative for decisions to be made, implemented and tracked, based on the output of sophisticated analytics models. This requires more than just having best in class analytics. What is that? What could be the way to gain that level of influence for our work to make a meaningful impact? Mayank Jain will discuss how they designed business impact into their analytic efforts through multiple examples.

Mayank Jain *Visa*

### DATA SCIENCE FOR HR

Insights to Impact: Driving Predictive Analytics Through the Organization

Producing cutting-edge analytics is only half the battle in transforming HR into a data-driven organization. The challenge can be even more difficult when it comes to introducing predictive analytics instead of backward looking metrics and analysis. This session will focus on a pragmatic plan for bringing predictive analytics out of the spreadsheet and into the day-to-day decisions of HR Business Partners and the leaders they support. Using predictive attrition as the example, hiQ's people analytics experts will lay out concrete programs for rolling out predictions in a way that accomplishes multiple objectives including:

- Rigorously Demonstrating Impact and ROI
- Addressing Common Concerns in Acting on Predictions
- Creating Internal Analytics Champions
- Gathering New Strategic Insights

George Lan *hiQ Labs*

### DATA INTEGRATION

Driving Attrition Prediction Using HRIS and External Data

hiQ Labs is partnering with Workday to bring customers the best in attrition prediction & analytics. The labor market is changing and protecting your human capital requires bringing together data and insight from both your HRIS and the external web. If your organization is using Workday, come find out how hiQ can leverage your Workday data though Workday's API to give you the best, more actionable attrition prediction based on signals from your HRIS data and the external web.

Greg Thompson *Workday* | Andrew Kim *hiQ Labs*

CONFIDENTIAL



## BREAKOUTS

**4:30 – 5:15 PM**

### HUMANIZING YOUR DATA

Analytics for Diversity and Inclusion

Building on the morning's main stage panel on diversity and inclusion, this breakout session lead by Mckinsey's People Insights team will focus on concrete case studies in using cutting-edge analytics in delivering deep and lasting organizational transformation. Whether it is recruiting, retention, culture or engagement they all provide distinct opportunities and challenges in bringing the power of analytics to bear on creating inclusive workforces and leveraging diversity for maximum impact. A critical agenda item for many top management teams this session will take an executive's eye view in how to use the full analytic suite to successfully tackle these organizational goals.

Alexander DiLeonardo *McKinsey & Company*

### DATA SCIENCE FOR HR

Data Enhancement not Data Governance:
Creating Usable Data from Distributed Sources

It's difficult to get a large organization to agree to a standard data architecture. It is another trick entirely to do so across organizations. ADP has been collecting HR data for 60 years across thousands of clients who each label and measure things in their own way. Join ADP's Chief Data Scientist, Marc Rind as he explains ADP's approach to the Enhancement of Data through "user-sourcing" methods, while not imposing a Governed 'Standard' across all of it's cloud based HCM solutions.

Marc Rind *ADP*

### DATA INTEGRATION

Innovations in Integrating Survey and External Data

The frontier of HR analytics is combining employee data sources in new and more powerful ways. CEB and hiQ will present two different ways to combine CEBs engagement or pulse surveying capabilities with hiQ's external data and science to produce better predictions and strategic insight. This session is particularly suited to companies looking to get involved in people analytics innovation through being active innovation partners.

Neeraj Pradhan *CEB* | George Lan *hiQ Labs*



## PRESENTERS



### JOHN SUMSER
*Principal Analyst, HRExaminer*

John Sumser is the leading independent analyst of the HRTech Industry. For over two decades he has been shaping the thought and direction of the industry from a variety of viewpoints. As the editor of the HRExaminer, he publishes content about the edge of HR concepts. He also hosts three weekly radio shows about the state of the industry. A coder and engineer by trade, he brings the voice of simplicity to the evolving edges of the space. John is always at the forefront of emerging ideas. These days, his work focuses on corporate culture, the risks and implications of continuous measurement and the ways that people actually use HRTech.



### AUGUSTE GOLDMAN
*Chief People Officer, GoDaddy*

Auguste leads GoDaddy's People Operations group, where he leads the charge to hire and develop the greatest team of talented individuals on the planet. Having previously led technology teams as GoDaddy's CIO (including Product Development, IT Operations, Information Security and R&D) Auguste brings a perspective and skillset to human resources that is unique in the industry. Prior to 2010, Auguste served as Managing Director of Integralis Security Services in Stockholm, Sweden and Head of Global IT Operations of Linde AG, the world's largest natural gas company based in Munich, Germany.



## PRESENTERS



**BURKE POWERS**
*Sr. Director, People Data, Reporting & Analytics, PayPal*

Burke is the Sr. Director for People Data, Reporting & Analytics for PayPal. He has 15 years of experience using analytics and reporting to create transformational insight for corporations that spanned all silos and then lead the organizational change the insights drove. He has a track record of helping to define innovative business strategies, design information systems, redesign business processes, and execute complex business transformation programs. These programs have included customer retention, prospect identification and new customer acquisition, cross/up-sell, inventory optimization, pricing optimization, CRM, brand management, and analytical transformation among others. Burke is an expert in state of the art predictive modeling and text analytics to provide rich insight and strategic advantage.



**RAMESH KARPAGAVINAYAGAM**
*Head of HR Analytics, Capital One*

Ramesh is the Head of Capital One Retail & Direct Bank's HR Analytics where he is responsible for aligning the business strategy with the human capital strategy by providing a scientific view of the associate life cycle at Capital One and identifying appropriate levers for improving associate engagement, productivity and retention. Ramesh joined Capital One in 2011, and has held several leadership positions within the company. Prior to joining Capital One, Ramesh worked at M&T Bank and Cisco Systems. Ramesh received his MBA from the Tuck School of Business at Dartmouth College and his MS in Computer Science from SUNY, Stony Brook.

CONFIDENTIAL

hiQ_00220256



## PANELISTS



### SUSAN BIANCANI, PHD
*Data Scientist - Talent Analytics, Airbnb*

Susan is Airbnb's Data Scientist dedicated to people & culture. She supports their Talent and Recruiting teams, helping to develop metrics and conducting in-depth research into how their organization, employees, and culture can grow by design. Susan has a PhD in Organization Studies (essentially, organizational sociology) from Stanford University School of Education, and a Master's of Science in Computer Science, also from Stanford. Her academic research applies social network analysis and natural language processing techniques to the study of collaborative academic networks.



### GENETHA GRAY, PHD
*Data Scientist, Intel*

Genetha is a data scientist in the Talent Intelligence & Analytics organization at Intel Corporation where she analyzes talent supply chains, studies career progression and advancement, and models the changing representation of women and URMs in the workforce. Before joining Intel in 2014, Genetha spent almost 12 years as a member of the technical staff at Sandia National Labs in Livermore, CA. There, she has worked on problems related to the electrical and mechanical engineering of systems, the storage of nuclear waste, groundwater remediation, cyber security, and energy including renewables integration and grid operations. She has a Ph.D. in Computational & Applied Mathematics from Rice University.

CONFIDENTIAL



## PANELISTS



**JACOB ZUNIGA**
*Sr. Manager, National Workforce Planning, Kaiser Permanente*

Jacob is the Sr. Manager of National Workforce Planning for Kaiser Permanente, supporting national business functions and enterprise-wide initiatives. He and his team are responsible for establishing consistent workforce planning practices, development of human capital metrics and supporting leadership in defining workforce strategies to achieve business objectives. Jacob joined Kaiser Permanente in early 2013, coming from a top tier consulting firm where he provided human capital planning, program and risk management, and compliance expertise to government agencies from 2006-2010. He transitioned internally to the diversity and inclusion team in 2010, where he led firm-wide analytics around diversity and inclusion, and developed veteran, disability and LGBT engagement strategies and programs. He has earned an MBA, B.A. in Philosophy, and A.A. in Mathematics.



## BREAKOUT SPEAKERS



### ALEXANDER DILEONARDO
*Solution Expert, McKinsey & Company*

Alexander DiLeonardo is a Solution Expert in McKinsey's New York office and one of the global leaders for the Firm's People Analytics team. Through these efforts, he advises client organizations across industries as well as McKinsey's internal people function. Alexander earned his Bachelor of Science degree in Business Administration and his Master of Science degree in Public Policy and management from Carnegie Mellon University.



### MAYANK JAIN
*Vice President, Workforce Planning, VISA*

Mayank is currently focused on implementing a Workforce Planning program at Visa. Before Visa, Mayank worked at Ameriprise Financial and eBay. Mayank has been instrumental in developing HR strategy and quantifying benefits of talent management initiatives, through metrics and analytics. His responsibilities have included human capital planning, workforce measurement and analysis, predictive modeling, data management and HR reporting. Mayank has over 19 years of diverse experience that also includes business transformation, business development, corporate banking and credit management for American Express, GE Capital and Industrial Finance Corporation of India.

CONFIDENTIAL

hiQ_00220259



## BREAKOUT SPEAKERS



### MARC RIND
*VP of Product Development & CDS, ADP*

Marc is responsible for leading the research and development of ADP's Analytics and Big Data platform. In this capacity, Marc drives the innovation and thought leadership behind the ADP DataCloud, which not only reads the pulse of ADP clients' human capital, but also combines that insight with quantifiable big insight to suggest the best courses of action to pursue workforce-related business outcomes. Marc's innovative spirit and fascination with data was forged at Bolt Media--a dot-com start-up based in NY's "Silicon Alley". The company was an early predecessor to today's social media outlets. As an early 'Data Scientist'; Marc focused on the patterns and predictions of site usage through the harnessing of the data on its +10 million user profiles. Marc received his Master's degree in Business Communications from Emerson College.



### GREG THOMPSON
*Product Manager, Workday HCM Cloud Connect, Workday*

Greg is the Principal Product Lead for Workday's HCM Cloud Connect offerings, working directly with a variety of Fortune 500/Global 2000 Customers, including Facebook, Google, IBM, HP, Philips, Cardinal Health, and Duke University. Solving complex integration scenarios with ease, the HCM Connect Team delivers cloud-native services for managing data, access, integration, security, and data reporting with any external system (marts, database, store-compute). With HCM product leadership roles at Workday, PeopleSoft, Oracle, Saba, and SuccessFactors; Greg easily shares unparalleled expertise in the process, people, and problems of data democratization. Driven by the market convergence of Big Data Analytics, Privacy, and Access -- he has a special interest in the democratization of data, and rapid technology changes affecting access management.

CONFIDENTIAL



## hiQ SPEAKERS



### DARREN KAPLAN
*CEO/Co-Founder, hiQ Labs*

Darren started hiQ labs on the belief that Data and Science can elevate the HR function and increase employee productivity. Prior to founding hiQ Labs, Mr. Kaplan spent his career driving global human resources communications strategies. As a 15 year ad agency veteran, he helped the world's biggest brands go from print to digital, and now, with hiQ, he is taking them to data. Mr. Kaplan holds two provisional patents for predicting employee culture fit and performance. Mr. Kaplan has a BA in Communications from The University of Miami.



### RYAN HAMMOND, PHD
*Head of People Analytics, hiQ Labs*

Ryan is the head of People Analytics at hiQ Labs where he leads customer engagement and aids in developing cutting edge analytics products. Previously he worked in HR analytics and compensation roles for Merck in the US and Europe as well as been a assistant professor of management at SKK Global School of Business in Seoul. He holds a PhD from the MIT Sloan School of Business and a MS and BS in Industrial and Labor Relations from Cornell.



### GENEVIEVE GRAVES, PHD
*Chief Data Scientist, hiQ Labs*

Genevieve leads the Data Science team at hiQ Labs. She holds a BA from Harvard and a PhD from UC Santa Cruz in Astrophysics and spent several years as a researcher at UC Berkeley and Princeton before joining hiQ Labs. She has loved bringing her big data and scientific modeling skills to the domain of People Analytics, while getting to learn from long-term practitioners in the People space.



## hiQ SPEAKERS



### MANISHA GUPTA
*Vice President, Products and Strategy, hiQ Labs*

Manisha is the newly appointed VP of Strategy and Products at hiQ Labs. From her previous global leadership roles at LinkedIn and eBay, Manisha brings deep experience in Human Capital Management (HCM) to the hiQ Labs People Analytics team. She holds a Masters in Computer Science from IMT India and an MBA from the Wharton Business School, where she studied HCM.



### MICHAEL HOUSMAN, PHD
*Workforce Scientist in Residence, hiQ Labs*

Michael is the Workforce Scientist in Residence at hiQ Labs where he advises the company and collaborates on thought leadership that yields novel insight about the workforce. Formerly he was the Chief Analytics Officer at Cornerstone OnDemand where he applied state-of-the-art statistical methodologies and econometric techniques to databases consisting of hundreds of millions of employee records in order to understand what keeps people on the job longer and what enables them to perform better. He consulted previously for PricewaterhouseCoopers and helped to develop a SaaS platform for Pascal Metrics, Inc. a leading provider of patient safety and risk management services to hospitals and healthcare systems worldwide. Dr. Housman received his A.M. and Ph.D. in Applied Economics and Managerial Science from The Wharton School of the University of Pennsylvania and his A.B. from Harvard University.

CONFIDENTIAL



## hiQ SPEAKERS



### ANDREW KIM
*Director of Engineering, hiQ Labs*

Andrew is a data scientist and the Director of Engineering at hiQ Labs. Prior to joining hiQ Labs, he was the Director of Analytics at Evolv where he applied cutting edge algorithms to workforce data for companies such as Capital One and Rogers Communication. Andrew also worked as a consultant specializing in economic damages and valuations and as an analyst at a Department of Homeland Security think-tank.



### GEORGE LAN
*Senior Consultant, People Analytics, hiQ Labs*

George is a member of the People Analytics team at hiQ Labs. Previously, he worked in research performance analytics at Elsevier, providing consulting for universities, funding bodies and government science organizations. George specializes in social network analysis, knowledge transfer and bibliometrics. George holds an MSc in Management Science from the MIT Sloan School of Management and an AB in Public Affairs and International Studies from Princeton University's Woodrow Wilson School.



### CHRIS LEBAILLY
*Data Scientist, hiQ Labs*

Chris joined the data science team at hiQ in its infancy. He currently spearheads research and development within the data science team, looking for new and innovative ways to find untapped potential within our data. Chris holds a master's degree in mathematics from the UC, Santa Cruz and a bachelors in mathematics and music from Grinnell College. He loves finding ways to connect his knowledge about abstract mathematical modeling to challenges faced by People Analytics teams.

CONFIDENTIAL



## hiQ WOULD LIKE TO THANK

  

  

 McKinsey&Company 

  



For attendees seeking SHRM credits, please apply code:
Activity ID #16-R16SQ

CONFIDENTIAL
hiQ_00220264





NETWORK: hiQ16
PASSWORD: elevate2016

CONFIDENTIAL
hiQ_00220265