# Exhibit 4





CONFIDENTIAL

hiQ_00220268

# hi elevate

## WELCOME



Congratulations on being here. You are at the forefront of something big. The People Analytics movement is gaining momentum and you are at the epicenter of the trend.

On behalf of the employees and board of directors of hiQ Labs, it gives me great pleasure to welcome you to hiQ Elevate. Our goal is to make hiQ Elevate the strongest community of smart and progressive HR analytics people in the world. That includes you. We value your input, your questions, your commitment to figuring out how to transform HR into a more data-driven and data-savvy function.

We started hiQ Labs with the belief that data and science would help elevate the HR function. And today, we know that is true. From small companies to the most well-known global brands, HR teams are increasingly looking to predictive modeling and sophisticated analytics to improve employee retention and engagement.

We hope you have plenty of opportunities to learn today, not just from the speakers, but from the person sitting next to you: the data scientist, the talent analyst, the workforce scientist and the CHRO, who represent some of the brightest minds in HR data science today.

If you've been here before, you know the collective commitment and passion surrounding this event. If this is your first time at hiQ Elevate, we welcome you with open arms. The strength of the people teams assembled in this room represents the future of people analytics.

I hope you will use this event to build new friendships, exchange best practices and spark new ideas. Together, we are building a powerful community. Together, we are adding value to your organization.

**DARREN KAPLAN**
*CEO/Co-Founder, hiQ Labs*



## AGENDA

| Time | Session |
|---|---|
| 7:30 — 8:30 AM | Breakfast & Registration |
| 8:30 — 8:45 AM | Welcome Remarks |
| | Darren Kaplan *hiQ Labs* |
| 8:45 — 9:45 AM | hiQ Elevate Presentations |
| | Daniel Hilling-Smith *Bloomberg LP* |
| | Steven Teal *Bristol-Myers Squibb* |
| | Ramesh Karpagavinayagam *Capital One* |
| 9:45 — 10:30 AM | hiQ Labs Product & Science Updates |
| | Genevieve Graves, PhD *hiQ Labs* |
| | Manisha Gupta *hiQ Labs* |
| | Ryan Hammond, PhD *hiQ Labs* |
| 10:30 — 11:00 AM | Break |
| 11:00 — 11:45 AM | Is Software Better At Managing People Than You Are? Panel Discussion |
| | James Gallman *GE* |
| | Emilie Thomas *The Hershey Company* |
| | Ryan Hammond, PhD *hiQ Labs* |
| | Moderator: Michael Housman, PhD *hiQ Labs* |
| 11:45 - 12:30 PM | Keynote Speaker |
| | Josh Bersin *Bersin by Deloitte* |
| 12:30 — 2:00 PM | Networking Lunch |
| 2:00 — 2:45 PM | Breakout Sessions |
| 2:45 — 3:00 PM | Break |
| 3:00 — 3:45 PM | Breakout Sessions |
| 3:45 — 4:00 PM | Break |
| 4:00 — 4:30 PM | Special Guest Speaker |
| | Chris Gagnon *McKinsey & Company* |
| 4:30 — 4:45 PM | Closing Remarks |
| 4:45 — 6:00 PM | Networking Cocktail Reception |



## BREAKOUTS

### 2:00 – 2:45 PM

**HUMANIZING YOUR DATA** – *Empire Forum 23rd Floor*

Insights to Impact: Predictive Analytics Through the Organization

Producing cutting-edge analytics is only half the battle in transforming HR into a data-driven organization. The challenge can be even more difficult when it comes to introducing predictive analytics instead of backward looking metrics and analysis. This session will focus on a pragmatic plan for bringing predictive analytics out of the spreadsheet and into the day-to-day decisions of HR Business Partners and the leaders they support. Using predictive attrition as the example, hiQ's people analytics experts will lay out concrete programs for rolling out predictions in a way that accomplishes multiple objectives including:

- Rigorously Demonstrating Impact and ROI
- Addressing Common Concerns in Acting on Predictions
- Creating Internal Analytics Champions
- Gathering New Strategic Insights

George Lan *hiQ Labs*

**DATA SCIENCE FOR HR** – *Beekman Hub 22nd Floor*

Skills Clustering: Techniques and Applications for People Analytics

Come learn from one of hiQ's research and development scientists about approaches to categorizing employees by their underlying skills. Explore the fundamental analytical choices in constructing and applying these modeling techniques. Participate in a lively interactive session where participants will discuss potential innovative applications for these methods.

Chris LeBailly *hiQ Labs*



# BREAKOUTS

### 3:00 — 3:45 PM

### HUMANIZING YOUR DATA – *Empire Forum 23rd Floor*

Analytics for Diversity and Inclusion

This session led by Mckinsey's People Insights team will focus on concrete case studies in using cutting-edge analytics in delivering deep and lasting organizational transformation. Whether it is recruiting, retention, culture or engagement all provide distinct opportunities and challenges in bringing the power of analytics to bear on creating inclusive workforces and leveraging diversity for maximum impact. A critical agenda item for many top management teams, this session will take an executive's eye view in how to use the full analytic suite to successfully tackle these organizational goals.

Alexander DiLeonardo *McKinsey & Company*

### DATA SCIENCE FOR HR – *Beekman Hub 22nd Floor*

Techniques for Spatial Analysis in People Analytics

Physical and social space is an important part of any work environment. This session will explore different techniques for measuring and analyzing space at work as well as tying it to key variables. Through a deeper examination of the methods employed in a number of research studies as well as firm initiatives, the participants will come away with a deeper understanding of how they might study the spatial dynamics of their workforce to drive business impact.

John Callery *BNY Mellon*

### DATA INTEGRATION – *Dakota Hub South 23rd Floor*

The New Maturity Model for People Analytics

Bersin by Deloitte's research in 2013 revealed four distinct stages in talent analytics maturity, from basic reporting to predictive analytics. How relevant are the four stages today? Is it a linear journey? How is the talent analytics landscape changing and what are the forces behind it? In this interactive session, Madhura Chakrabarti, Ph.D. and Ryan Hammond, Ph.D. will meet with talent analytics experts to share insights and gather attendees' input on the topics mentioned above.

Madhura Chakrabarti, PhD *Bersin by Deloitte* | Ryan Hammond PhD *hiQ Labs*



## KEYNOTE SPEAKER & SPECIAL GUEST



### JOSH BERSIN
*Principal & Founder, Bersin by Deloitte*

Josh founded Bersin in 2001 to provide research and advisory services focused on corporate learning. He is responsible for Bersin by Deloitte's long term strategy and market eminence. Josh is a frequent speaker at industry events and has been quoted on talent management topics in Harvard Business Review, The Wall Street Journal, Bloomberg, on BBC Radio, CBS Radio and National Public Radio. He is a popular blogger for Forbes.com and has been a columnist since 2007 for Chief Learning Officer Magazine. Josh spent 25 years in product development, product management, marketing and sales of e-learning and other enterprise technologies at companies including DigitalThink (now Convergys), Arista Knowledge Systems, Sybase and IBM. Josh's education includes a B.S. in Engineering from Cornell University, an M.S. in Engineering from Stanford University, and an MBA from the Haas School of Business at the University of California, Berkeley.



### CHRIS GAGNON
*Solution Partner, McKinsey & Company*

Chris is a Solution Partner at McKinsey & Company where he leads all solutions aligned with McKinsey's Organization Practice, including the Organizational Health Index, OrgLab, and People Insights. He is passionate about using cutting-edge analytics to help clients improve their organization's health and performance. Chris has had a long standing interest in the relationship between health and performance in an organization dating back to his days as a McKinsey Partner from 1987-1997. During that time he led the McKinsey team that co-wrote the book "Real Change Leaders: How You Can Build High Performance at Your Company." Before returning to McKinsey, Chris worked in private equity and has significant experience in hospitality and leisure services including hotels, casinos, and fitness. He has published articles in Harvard Business Review and the McKinsey Quarterly on topics such as the role of the service sector in the economy, organizational change, and corporate finance. Chris earned his B.A. and M.B.A. from Dartmouth College.

CONFIDENTIAL
hiQ_00220273



## PRESENTERS



**DANIEL HILLING-SMITH**
*Head of Global People Strategy & Analytics, Bloomberg LP*

Daniel is Bloomberg's Head of People Strategy and Analytics. He oversees the future workforce direction of a diverse global financial, media and technology business. Daniel joined Bloomberg in November 2014 from technology giant HP, where he was responsible for global workforce strategy, planning and analytics across a 400,000 strong workforce and a $30B annual global workforce investment. Daniel is a strategic corporate leader with extensive experience enabling business growth and performance. Earlier in his career he advised clients in creating competitive advantage while a Director at Deloitte Consulting. He holds a degree in Commerce from Griffith University and an Executive MBA from the University of Sydney.

**RAMESH KARPAGAVINAYAGAM**
*Senior Director, Head of HR Analytics, Capital One*

Ramesh is the Head of Capital One Retail & Direct Bank's HR Analytics where he is responsible for aligning the business strategy with the human capital strategy by providing a scientific view of the associate life cycle at Capital One and identifying appropriate levers for improving associate engagement, productivity and retention. Ramesh joined Capital One in 2011, and has held several leadership positions within the company. Prior to joining Capital One, Ramesh worked at M&T Bank and Cisco Systems. Ramesh received his MBA from the Tuck School of Business at Dartmouth College and his MS in Computer Science from SUNY, Stony Brook.

CONFIDENTIAL



## PRESENTERS



**STEVEN TEAL**
*Global Head of Talent Operations & Analytics, Bristol-Myers Squibb*

Steven currently serves as Global Head of Talent and Analytics for Bristol-Myers Squibb, a global biopharmaceutical company. He brings a unique perspective to the analytics space as he has academic training in experimental design and machine learning, professional experience heading up talent organizations for Fortune 20 companies, and a centered pragmatism that gives him both deep and broad perspectives in the role of analytics in supporting the development and alignment of talent. Steven is a retired Air Force officer and has previously held academic positions with the Air Force Institute of Technology and the Georgia Institute of Technology, and has professional experience with Marriott, Honeywell, Metro-North Railroad, and Phillips 66. He holds degrees from the University of South Florida, Dartmouth College, and Carnegie Mellon University.

CONFIDENTIAL



## PANELISTS



**JAMES GALLMAN**
*Leader - Strategic Workforce Planning, GE*

James is GE's enterprise Leader for Strategic Workforce Planning. James' main duties include creating a community of Strategic Workforce Planners and supporting GE's HR organization to better understand the topic. His key focus areas are labor market analysis, benchmarking, forecasting and cost of work. He is also working on maximizing the value of GE's large people data repository to impact various talent management practices, including succession, career development and learning. Prior to joining GE, James was the Head of Workforce Planning for Holcim, a global building materials company. His work there focused on workforce planning and employee engagement mainly in Eastern Europe, India and Southeast Asia. James began his career at Rohm and Haas Company, now a part of Dow Chemical, as an engineer in the development of liquid extraction technologies. He held positions at that company in Logistics, Supply Chain, IT and HR.



**EMILIE THOMAS**
*Director, HR Analytics & People Insights, The Hershey Company*

Emilie is the Director of HR Analytics at Hershey where she is responsible for designing and implementing a new people analytics strategy, progressing Hershey towards their aspirational goal of "knowing their employees as well as they know their consumers." Previously, she worked on a cross-functional team in Advanced Capabilities where she helped shape and execute the company's multi-year strategy and capability road map for Big Data and Analytics. With ten years of experience at Hershey, Emilie brings a broad perspective built on her many experiences working in nearly all aspects of the business; ranging from finance, sales, consumer insights and analytics. Emilie received an undergraduate degree from Elizabethtown College in Business with minors in Biology and Psychology and is currently pursuing an MBA from the University of North Carolina Kenan-Flagler.



## BREAKOUT SPEAKERS



### JOHN CALLERY
*Global Head of Workforce Strategy, BNY Mellon*

John leads workforce strategy, planning and analytics teams for the largest custody bank in the world. Formerly he was the Director of People Analytics at AOL. John spent his early career as a systems engineer at NASA's Langley Research Center where he was the lead statistician for a technical assessment of the Space Shuttle after the Columbia disaster. He has a bachelor's degree in Applied Mathematics from The Ohio State University, and a master's of science in Business Analytics from New York University's Stern School of Business.



### ALEXANDER DILEONARDO
*Solution Expert, McKinsey & Company*

Alexander is a Solution Expert in McKinsey's New York office and one of the global leaders for the firm's People Analytics team. Through these efforts, he advises client organizations across industries as well as McKinsey's internal people function. Alexander earned his Bachelor of Science degree in Business Administration and his Master of Science degree in Public Policy and Management from Carnegie Mellon University.

CONFIDENTIAL



## BREAKOUT SPEAKERS



### MADHURA CHAKRABARTI, PH.D.
*Manager, Talent Analytics Research, Bersin by Deloitte.*

Madhura is currently a research manager at Bersin by Deloitte, where her primary area of interest is Talent Analytics. Prior to joining Bersin by Deloitte, she worked for Dell in Austin, Texas. At Dell, she served as an organizational development (OD) strategist for Global Operations and Client Solutions, the largest business unit comprised of 40,000 employees where she led and supported talent management initiatives specific to the business. Previous to the OD role, she was part of Dell's Talent Analytics team where she led the annual global engagement survey for more than 110,000 employees; culture assessments for mergers and acquisitions; and several human capital analytics initiatives. Prior to Dell, Madhura worked for Ford Motor Company and Aon Hewitt where her work focused on design and statistical validation of pre-employment assessments used for hiring. She has a bachelor's degree in Psychology from University of Delhi, India and an M.A. and a Ph.D. in Industrial/Organizational Psychology from Wayne State University, Michigan.

CONFIDENTIAL



## hiQ SPEAKERS



### DARREN KAPLAN
*CEO/Co-Founder, hiQ Labs*

Darren started hiQ labs on the belief that Data and Science can elevate the HR function and increase employee productivity. Prior to founding hiQ Labs, Mr. Kaplan spent his career driving global human resources communications strategies. As a 15 year ad agency veteran, he helped the world's biggest brands go from print to digital, and now, with hiQ, he is taking them to data. Mr. Kaplan holds two provisional patents for predicting employee culture fit and performance. Mr. Kaplan has a BA in Communications from The University of Miami.



### GENEVIEVE GRAVES, PHD
*Co-Founder / Chief Science Officer, hiQ Labs*

Genevieve leads the Data Science team at hiQ Labs. She holds a BA from Harvard and a PhD from UC Santa Cruz in Astrophysics and spent several years as a researcher at UC Berkeley and Princeton before joining hiQ Labs. She has loved bringing her big data and scientific modeling skills to the domain of People Analytics, while getting to learn from long-term practitioners in the People space.



### MANISHA GUPTA
*Vice President, Products and Strategy, hiQ Labs*

Manisha is the VP of Products and Strategy at hiQ Labs. From her previous global leadership roles at LinkedIn and eBay, Manisha brings deep experience in Human Capital Management (HCM) to the hiQ Labs People Analytics team. She holds a Masters in Computer Science from IMT India and an MBA from the Wharton Business School, where she studied HCM.



## hiQ SPEAKERS



**RYAN HAMMOND, PHD**
*Head of People Analytics, hiQ Labs*

Ryan is the Head of People Analytics at hiQ Labs where he leads customer engagement and aids in developing cutting edge analytics products. Previously, he worked in HR analytics and compensation roles for Merck in the US and Europe as well as an assistant professor of management at SKK Global School of Business in Seoul. He holds a PhD from the MIT Sloan School of Business and a MS and BS in Industrial and Labor Relations from Cornell.



**MICHAEL HOUSMAN, PHD**
*Workforce Scientist in Residence, hiQ Labs*

Michael is the Workforce Scientist in Residence at hiQ Labs where he advises the company and collaborates on thought leadership that yields novel insight about the workforce. Formerly he was the Chief Analytics Officer at Cornerstone OnDemand, Inc. where he applied state-of-the-art statistical methodologies and econometric techniques to databases consisting of hundreds of millions of employee records in order to understand: (1) what keeps people on the job longer; and (2) what enables them to perform better. He consulted previously for PricewaterhouseCoopers and helped to develop a SaaS platform for Pascal Metrics, Inc. a leading provider of patient safety and risk management services to hospitals and healthcare systems worldwide. Dr. Housman received his A.M. and Ph.D. in Applied Economics and Managerial Science from The Wharton School of the University of Pennsylvania and his A.B. from Harvard University.



## hiQ SPEAKERS



**GEORGE LAN**
*Senior Consultant, People Analytics, hiQ Labs*

George is a member of the People Analytics team at hiQ Labs. Previously, he worked in research performance analytics at Elsevier, providing consulting for universities, funding bodies and government science organizations. George specializes in social network analysis, knowledge transfer and bibliometrics. George holds an MSc in Management Science from the MIT Sloan School of Management and an AB in Public Affairs and International Studies from Princeton University's Woodrow Wilson School.



**CHRIS LEBAILLY**
*Data Scientist, hiQ Labs*

Chris joined the data science team at hiQ in its infancy. He currently spearheads research and development within the data science team, looking for new and innovative ways to find untapped potential within our data. Chris holds a master's degree in mathematics from UC, Santa Cruz and a bachelors in mathematics and music from Grinnell College. He loves finding ways to connect his knowledge about abstract mathematical modeling to challenges faced by People Analytics teams.



## hiQ WOULD LIKE TO THANK





For attendees seeking SHRM credits, please apply code:
Activity ID #16-73BXW





CONFIDENTIAL

hiQ_00220283