# Exhibit 5





CONFIDENTIAL

hiQ_00220284

# hi elevate

## WELCOME



I want to welcome all of our new and current community members to hiQ Elevate. 2016 has been a really exciting year for People Analytics, we are finally on the map, and many of us are on the CHRO's speed dial. Josh Bersin commented in his HR Technology Disruptions for 2017 Perspective, *"People Analytics have now truly arrived. HR departments realize that their future is dependent on their ability to harness people data and build predictive analytics models."* This is something those of us in the industry have been aware of for some time. The fact that this awareness is now building outside of the industry is exciting because we now have a real opportunity to show business communities, at all levels, what data-driven decisions can do. This awareness, this uptake, this understanding, is because of the great work everyone here today is doing. We are moving the needle on how HR departments are thinking, and your CHROs, CFOs and business leaders are taking notice.

Today's theme is the business impact and value of data. Once again, we have gathered together the most renowned thought leaders on this topic. These gurus and innovators will share with you the value that they are bringing to the organization. This is also the inaugural presentation of the Elevation awards, which recognize and celebrate excellence in People Analytics work. We had an overwhelming and inspiring number of submissions. I am really proud of the Selection Committee for their diligence and commitment to the process of selecting today's winners, and I thank them for their service.

Today is going to be a great day. You are surrounded by the best of the best, the innovators of today and the experts of tomorrow. Make sure you take advantage of the opportunity to meet and network with other teams. We are a community with challenges to solve and opportunities to capture, and we want everyone to improve together and learn from each other.

**DARREN KAPLAN**
*CEO/Co-Founder, hiQ Labs*



# AGENDA

| Time | Session |
|---|---|
| 1:30 – 2:00 PM | Registration and Networking |
| 2:00 – 2:10 PM | Welcome Remarks |
| | Darren Kaplan *hiQ Labs* |
| 2:10 – 2:30 PM | Intel Presentation – Using Data to Solve Business Problems |
| | Alexis Fink, PhD *Intel* |
| 2:30 – 2:45 PM | One Part Nestlé + One Part hiQ = A Sweet Recipe for Data Success |
| | Michele Goldberg *Nestlé* |
| | Ryan Hammond, PhD *hiQ Labs* |
| 2:45 – 3:00 PM | Actions for Talent Management |
| | Genevieve Graves, PhD *hiQ Labs* |
| | Amelia Barker *hiQ Labs* |
| 3:00 – 3:40 PM | The Future of Work: The Business Impact of Artificial Intelligence and Predictive Analytics Panel Discussion |
| | Al Adamsen *Talent Strategy Institute* |
| | Garry Mathiason *Littler Mendelson* |
| | Ian O'Keefe *JP Morgan Chase & Co.* |
| | Moderator: Michael Housman, PhD *hiQ Labs* |
| 3:40 – 3:55 PM | Networking Break |
| 3:55 – 4:05 PM | Incorporating Legal Advice into People Analytics Decision-Making to Optimize Value & Minimize Risk |
| | Zev Eigen, PhD *Littler Mendelson* |
| 4:05 – 4:35 PM | How Analytics and HR Saved our Company (and my Job) |
| | Matt Belkin *Domo* |
| 4:35 – 4:50 PM | Guru Award Winner Presentation |
| | Laszlo Bock *Google* |
| 4:50 – 5:50 PM | Inaugural Elevation Awards and Winner Presentations |
| | AESOP – *Johnson Controls*   **IMPACT** – *LinkedIn**   **LEMONADE** – *Nestlé*   **BOOTSTRAP** – *Chevron** |
| | **BOOTSTRAP** – *Scottrade*   **OUTLIER** – *PepsiCo*   **PICASSO** – *Domo*   **ROOKIE** – *Scottrade* |
| 5:50 – 7:00 PM | Networking Reception |

*Presenting

# KEYNOTE SPEAKER & SPECIAL GUEST



### MATT BELKIN
*Chief Analytics Officer, SVP of Consulting, Domo*

Matt excels at solving customers' business problems through technology. As Chief Analytics Officer and head of Domo's consulting and strategic solutions organizations, Matt is responsible for developing packaged solutions and best practices that deliver unprecedented value to Domo's customer base. Prior to joining Domo, Matt was Vice President of customer strategy at Adobe Systems' digital marketing division, which he joined through the Omniture acquisition. There he was part of the team that helped grow the company's revenue from $20 million in 2004 to over $1 billion in 2013. Matt started his career as a technical software analyst for Montgomery Securities and J.P. Morgan.



### ZEV EIGEN, PHD
*Global Director of Data Analytics, Littler Mendelson*

Zev heads up the firm's Big Data Initiative. He combines his expertise in labor and employment law with his deep experience in complex data analytics and social scientific research to handle three categories of work: (1) predictive analytics using artificial intelligence or machine learning algorithms as applied to HR, organizational decision-making, and litigation outcomes modeling; (2) statistical analysis and econometric modeling of issues arising out of class actions and pattern and practice matters; (3) statistical analysis of labor, employment and HR related data. He is a nationally recognized expert in these fields. Before joining Littler, Zev served as a law professor at Northwestern University School of Law. He was also the Irving S. Ribicoff Visiting Professor of Law at Yale Law School, and held a visiting professorship at NYU Law School, where he is a research fellow. Dr. Eigen is the former Senior Counsel, Labor Relations with Twentieth Century Fox Film Corporation in Los Angeles, California. He holds a PhD from MIT, a JD from Cornell Law School and BS from Cornell University.



## PRESENTERS



### ALEXIS FINK, PHD
*General Manager, Talent Intelligence Analytics, Intel*

Alexis is currently General Manager, Talent Intelligence Analytics at Intel. Her organization provides original organizational effectiveness research, HR analytics, talent marketplace analytics, HR systems and tools, and consulting on talent solutions and strategic workforce planning. Prior to Intel, Alexis spent 7 years at Microsoft, where her roles included Director of Talent Management Infrastructure. Her career has been characterized by an integrative approach to HR, including developing and implementing competency systems and integrated talent management systems. Her background also includes work in large scale organizational transformation. Alexis earned her PhD in Industrial/Organizational Psychology and is a Fellow of the Society for Industrial and Organizational Psychology (SIOP).



### MICHELE GOLDBERG
*Director, People Insights & Innovation, Nestlé*

Michele is responsible for leading company-wide strategic people initiatives, developing HR strategies that align with the company's vision and embedding the use of data into how HR works with the business. She oversees the HR Analytics team which is focused on enabling the organization to translate HR data into insights and actions and to make data-driven decisions about people. Prior to joining Nestlé, Michele was a Senior Principal at Hay Group where she sold and managed global engagement survey projects, led an international team in formulating and executing a plan to promote a more strategic approach to working with clients globally and served as a core member of the divisional global management team.

![hi elevate]

## PANELISTS



### AL ADAMSEN
*Founder & Executive Director, Talent Strategy Institute*

Al Adamsen is a globally recognized thought leader, advisor, and educator in the areas of Talent Strategy, Workforce Planning & Analytics, Talent Measurement, and Organizational Change. He's the Founder & Executive Director of the Talent Strategy Institute (TSI). Before founding TSI, Al held leadership roles at Ernst & Young, Gap Inc., Infohrm (now SuccessFactors/SAP), and Kenexa (now IBM). Over his career he's served clients such as Disney, Starbucks, Boeing, Comcast, Heinz, Mayo Clinic, Stanford University, among many others. He's also a frequent keynote speaker, and author of the Talent Assessment & Development (TAD) Framework, an innovative approach to aligning job design, individual development, supervisor assessment, total rewards, and recruitment.



### GARRY MATHIASON
*Senior Employment Class Action Attorney & Partner, Littler Mendelson*

Garry Mathiason has been an attorney with Littler Mendelson since 1972. He is a senior employment class action shareholder with experience in a wide variety of labor and employment matters including class action litigation, artificial intelligence and robotics law, and the creator of numerous preventative programs for companies and human resources departments. In 1998, Garry founded, and currently serves as a board member for, a national training company, Employment Law Training (ELT) currently called NAVEX Global. These training programs serve as an adjunct to the services of Littler helping to educate in-house counsel and HR professionals to better protect their companies and minimize labor and employment issues. Garry received his BS from the Northwestern University School of Communication and his JD from the Stanford University Law School.



## PANELISTS



**IAN O'KEEFE**
*Global People Analytics Leader, JP Morgan Chase & Co.*

Ian O'Keefe recently joined JPMC Human Resources as the Managing Director of Global Workforce Analytics. Prior to joining JPMC, Ian was at Google where he led People Analytics across Global Sales and Marketing. Prior to Google, he was the Head of Talent Analytics at Sears Holdings and established the Process Analytics team at American Express. Ian began his career at a market research start-up, then transitioned into Deloitte's Human Capital Consulting practice, before establishing his own practice. Ian earned a BA in Psychology from the University of Virginia and will receive his MSc in Predictive Analytics from Northwestern University in 2017.

CONFIDENTIAL							hiQ_00220290

# hi elevate

## hiQ SPEAKERS



### DARREN KAPLAN
*CEO/Co-Founder, hiQ Labs*

Darren started hiQ labs with the belief that Data and Science can elevate the HR function and increase employee productivity. Prior to founding hiQ Labs, Mr. Kaplan spent his career driving global human resources communications strategies. As a 15 year ad agency veteran, he helped the world's biggest brands go from print to digital, and now, with hiQ, he is taking them to data. Mr. Kaplan holds two provisional patents for predicting employee culture fit and performance. Mr. Kaplan has a BA in Communications from The University of Miami.



### GENEVIEVE GRAVES, PHD
*Co-Founder / Chief Science Officer, hiQ Labs*

Genevieve leads the Science, Engineering, and Product teams at hiQ Labs. She holds a BA from Harvard and a PhD in Astrophysics from UC Santa Cruz and spent several years as a researcher at UC Berkeley and Princeton before joining hiQ Labs. Her team at hiQ extracts powerful insights from data to drive more intelligent talent management and business practice within companies. She is passionate about finding the superpowers hidden in your employee population and figuring out how to leverage them, grow them, and keep them.



### RYAN HAMMOND, PHD
*Head of People Analytics, hiQ Labs*

Ryan is the Head of People Analytics at hiQ Labs where he leads customer engagement and aids in developing cutting edge analytics products. Previously, he worked in HR analytics and compensation roles for Merck in the US and Europe as well as an assistant professor of management at SKK Global School of Business in Seoul. He holds a PhD from the MIT Sloan School of Business and a MS and BS in Industrial and Labor Relations from Cornell.



## hiQ SPEAKERS



**MICHAEL HOUSMAN, PHD**
*Workforce Scientist in Residence, hiQ Labs*

Michael advises the company and collaborates on thought leadership that yields novel insight about the workforce. He also hosts the hiQ People Analytics Podcast in which he interviews people analytics leaders across a wide array of organizations in order to share their experiences and advice. He has published his work in a variety of peer-reviewed journals, presented his work at dozens of academic and practitioner-oriented conferences, and has had his research profiled by such media outlets as The New York Times, Wall Street Journal, The Economist, and The Atlantic.



**AMELIA BARKER**
*Director of Customer Success, hiQ Labs*

Amelia Barker, PHR, SHRM-CP; is Director of Customer Success at hiQ Labs. Prior to joining hiQ she spent 10 years in Talent Acquisition and HR for great companies like Kenexa, Aramark and Exelon, and a few years in Brand Strategy Development and Recruitment Media planning at Bayard Advertising. Here at hiQ Amelia takes her passion for HR and helping HR teams achieve success by working with clients to make the most of the predictive insights, and now Actions that hiQ provides. She holds a BFA in Dance Education from University of the Arts and is on the board of NCHRA Santa Clara.

CONFIDENTIAL
hiQ_00220292



# INAUGURAL ELEVATION AWARDS

*Honoring Excellence in People Analytics*

The Elevation Awards seek to recognize teams and individuals for significant achievements in People Analytics. The event will reward members of the hiQ Elevate community for their successes using data to drive people decisions that benefit the parent organization and their employees.

CONFIDENTIAL
hiQ_00220293



## SELECTION COMMITTEE



**JOHN CALLERY**
GLOBAL HEAD OF
WORKFORCE STRATEGY
*BNY Mellon*



**ARUN CHIDAMBARAM**
DIRECTOR OF GLOBAL
WORKFORCE INTELLIGENCE
*Pfizer*



**ALEXIS FINK PhD**
GENERAL MANAGER, TALENT
INTELLIGENCE & ANALYTICS
*Intel*



**JAMES GALLMAN**
STRATEGIC WORKFORCE
PLANNING LEADER
*GE*



**GENETHA GRAY PhD**
DATA
SCIENTIST
*Intel*



**MICHAEL HOUSMAN PhD**
WORKFORCE SCIENTIST
IN RESIDENCE
*hiQ Labs*



**IAN O'KEEFE**
MANAGING DIRECTOR,
GLOBAL WORKFORCE ANALYTICS
*JP Morgan*



**ELAINE MASON**
VP PEOPLE
STRATEGY & ANALYTICS
*Cisco Systems*



**AMIT MOHINDRA**
SENIOR DIRECTOR,
TALENT ANALYTICS
*Apple*

CONFIDENTIAL

hiQ_00220294

# hi elevate

## GURU AWARD WINNER



### LASZLO BOCK
*Sr Advisor & Former Sr Vice President, People Operations, Google*

As Senior Vice President of People Operations and a member of Google's management team since 2006, Laszlo partnered closely with Google's past and current CEOs on major business and product decisions, grew the company from 6,000 to over 60,000 employees, and ensured the firm's culture remained innovative & robust. In this role, he is credited with founding the field of "People Analytics," the application of academic-quality rigor and Google-paced innovation to people management. In July 2016 he moved into a new role as Senior Advisor to the company.

Google has been recognized over 150 times around the world as an exceptional employer, including being named the #1 Best Company to Work for in the United States every year since 2012; the most desirable employer for undergraduates, college graduates, and MBAs in numerous countries; the #1 Top Diversity Employer overall; and the best company for women in technology. Google receives over 3,000,000 job applications each year.

Prior to Google, he worked at the General Electric Company and McKinsey & Company. Earlier, he had worked at another consulting firm, a start-up, as an actor, and co-founded a non-profit organization working with at-risk youth.

Laszlo has testified before Congress on immigration reform and labor issues and is a sought-after expert in the media. In 2010 he was named "Human Resources Executive of the Year" and in 2015 the "HR Professional of the Decade." He was featured in the film *Most Likely to Succeed*. Laszlo is a fellow of the National Academy of Human Resources and a Commissioner on the Aspen Institute's National Commission on Social, Emotional, and Educational Development. His New York Times bestselling book, WORK RULES!, has been published in more than 20 languages and garnered numerous honors. He (briefly) co-held the world record for Greek Syrtaki dance along with 1,671 others and was (even more briefly) ranked #1 in the world in the video game Assassin's Creed.

Laszlo earned a bachelor's degree in international relations from Pomona College and an MBA from the Yale School of Management.

CONFIDENTIAL
hiQ_00220295



# INAUGURAL ELEVATION AWARD WINNERS



**AESOP AWARD**



Submitted by:
**DAVE SACHS**
Workforce Analytics & Strategy Manager



**BOOTSTRAP AWARD**



Submitted by:
**RJ MILNOR**
Manager, Planning & Analytics

— TIE —



Submitted by:
**CRAIG STARBUCK**
HR Reporting & Analytics Manager

CONFIDENTIAL

hiQ_00220296

# INAUGURAL ELEVATION AWARD WINNERS

 

**IMPACT AWARD**

Submitted by:
LORENZO CANLAS
Head of Talent Analytics

 

**LEMONADE AWARD**

Submitted by:
SERGIO CORDIDO
People Analytics Manager

 

**OUTLIER AWARD**

Submitted by:
DAMIEN DELUCA
Director, Workforce Analytics & Planning

CONFIDENTIAL

hiQ_00220297



## INAUGURAL ELEVATION AWARD WINNERS

 

**PICASSO AWARD**

Submitted by:
**MATT BELKIN**
*Chief Analytics Officer*

 

**ROOKIE AWARD**

Submitted by:
**CRAIG STARBUCK**
*HR Reporting & Analytics Manager*

CONFIDENTIAL



CONFIDENTIAL

hiQ_00220299



CONFIDENTIAL

hiQ_00220300



hiQ Labs is the global standard for People Analytics. By applying data science and machine learning to internal and external data, hiQ Labs helps HR teams make better, more reliable people decisions. Easy to deploy and fast to deliver predictive insights, hiQ Labs' cloud platform transforms how enterprises retain their best talent. The world's most forward thinking brands rely on hiQ Labs to significantly reduce turnover and save millions of dollars in employee attrition.



hiQ Labs is the first People Analytics company to win HR Tech's Product Of The Year award. This award underscores the value that data science is bringing to HR. The judges demonstrated their understanding of the complexity of the problem we are tackling when they said:

*"hiQ is an ambitious undertaking. Not many organizations can or will do something similar on their own. It would take too much time, expertise, investment, etc., and the likelihood of being as successful would be very low. The firm is thus taking a critical issue -- retention of key talent -- and providing an analytical-based leading indicator of voluntary turnover."*



For attendees seeking SHRM credits, please apply code:
Activity ID #16-NL0GK

CONFIDENTIAL                                                                                                    hiQ_00220301





CONFIDENTIAL                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                   hiQ_00220302