# Exhibit 6

# Filed Under Seal

# Exhibit 7

# Filed Under Seal

# Exhibit 8

From:    Jacqueline Ryan
Sent:    Tue 8/01/2017 10:29 AM (GMT-07:00)
To:      Darin Medeiros
Cc:      Mark Weidick
Bcc:
Subject: Re: Next Steps


Hi Darin - a number of us have been following the case along with our legal team and as you'd expect, it's driving internal discussions around policies (POV and legal perspectives) for data source usage. Given the nature of the case it wouldn't be a surprise if many major analytics companies are doing the same. This is good as it's exactly the type of discussion that need to be happening. The 'world will be watching' is what I think Mark and I talked about when news of the case became public. For now, I'm not able to make further progress on use case scenario planning until the case concludes. In the interim, I've taken the approach of getting you connected with others within the team here assuming an outcome in hiQ's favor.

Yes, I'd love one of the shirts. Best to send to me at IBM Silicon Valley Lab, 555 Bailey Ave, San Jose, CA, 95141. Thanks.

**Jackie Ryan**
Director, Watson Talent Analytics Offering Management
IBM Talent Management Solutions

Mobile 408-728-0949 | E-mail jacqryan@us.ibm.com

**IBM Talent Management Solutions**
IBM Watson Talent & Kenexa


Darin Medeiros ---08/01/2017 07:30:59 AM---Hey Jackie! I wanted to follow up and see if you are waiting on us to move forward. As

From: Darin Medeiros <darin.medeiros@hiqlabs.com>
To: Jacqueline Ryan <jacqryan@us.ibm.com>, Mark Weidick <mark.weidick@hiqlabs.com>
Date: 08/01/2017 07:30 AM
Subject: Next Steps

---

Hey Jackie!

I wanted to follow up and see if you are waiting on us to move forward.  As you know we did have our day in court last week and waiting on the judge's ruling.  We should know by end of week.  I wasn't sure if that was what you are waiting on.

We also had t-shirts printed "Where Public Data Means Public Data" (you can see it on the website).  Can I send you one?  If so, what postal address are you at?

Talk to you soon,

Darin


--
Darin Medeiros
Vice President, Sales
650-678-0547
darin.medeiros@hiqlabs.com
LinkedIn

CONFIDENTIAL hiQ_00332749

# Exhibit 9

From: Mark Weidick
Sent: Tue 6/27/2017 10:05 AM (GMT-07:00)
To: Amelia Barker
Cc: Darin Medeiros
Bcc: mark.weidick@hiqlabs.com
Subject: Re: Following up -
Attachments: hiQ Fact Sheet (1).docx


Amelia (cc Darin),
hiQ and LinkedIn agreed to a "stand still" period thru June 23 that allowed us "business as usual" at hiQ. That means we collected, analyzed an provided results to all of our customers, including GoDaddy exactly as we previously have. The next step in this process is the Restraining Order hearing on Thursday June 29. After the results of the hearing, which could take a few days, we can provide an update to GoDaddy.

I've included a fact sheet about the situation that you can share with Andrew and he can share with his colleagues. I'm also available to talk with GoDaddy at their convenience. You can assure GoDaddy that they have no legal exposure in this situation.

Regards,
Mark




On Tue, Jun 27, 2017 at 9:46 AM, Amelia Barker <amelia.barker@hiqlabs.com> wrote:
Can you advise with built point two, they are one of the companies called out in the TRO and articles.

-AB

---------- Forwarded message ----------
From: **Andrew Carges** <acarges@godaddy.com>
Date: Mon, Jun 26, 2017 at 9:08 AM
Subject: Following up -
To: Amelia Barker <amelia.barker@hiqlabs.com>


Hi Amelia, I had a few follow ups for you.


1. Attached is our updated list. I'll get the 9 box and divers added next run.
2. You noted there was going to be a company email going out about your situation. I never got the email. My executives have been reaching out to me about HiQ. They all

get daily email alerts and since we were called out in the article, I am getting a lot of questions.  It would be helpful to send them something.  Specifically my CFO commented on this, *"The letter demanded that hiQ stop using information gleaned from LinkedIn and informed the data cruncher that LinkedIn has blocked its access."* and if we are paying for a service that is not active.  We have seen no updates since we reengaged your services and our last upload.  Specifically there are people who showed up with a score prior and no score today.  It is clearly not working as before.  Please let me know where this stands.
3. Lastly, lets get a monthly call scheduled.


Thanks!!



**Andrew Carges | Talent, Technology and Insights**
925-413-0169
acarges@godaddy.com
https://www.linkedin.com/in/acarges




--
Amelia Barker, PHR, SHRM-CP
hiQ Labs
M: 610.357.0265
hiQLabs