# Exhibit 10



CONFIDENTIAL
hiQ_00466677



CONFIDENTIAL
hiQ_00466678

# Can we proactively predict hires and staff our TA teams accordingly?

### Set Hiring Targets

Monthly demand plan:
- Incremental HC plan
- Attrition forecast
- Transfer forecast
- Timing of hires

### Set TA Goals

- Recruiter productivity
- Support per recruiter
- Manager span of control

### TA Capacity Needed

Monthly capacity plan:
- Recruiters
- Sourcers
- Coordinators
- Managers

CONFIDENTIAL

hiQ_00466679

# Now that we have a plan, how do we meet it?
## Two key processes introduced

### TA Performance Mgmt

*Monthly review to hold TA teams accountable to capacity plan:*

- Did we hit hiring targets?
- Was the team over- or under-capacity?
- Did individual recruiters hit their hiring goals?
- What actions do we need to take?

### TA/HR/Finance Alignment

*Periodic meeting with each business with HRBP, TA and Finance leader to review:*

- Did we team hit HC goals?
- Were attrition, transfer rate, etc. in line with forecasts?
- Do open requisitions align with our plans?
- What actions do we need to take?

# Outcomes

Model estimated actual 2015 hires within **5%**

Based on close monitoring of demand and dynamic resourcing, TA came in **15% under budget** for 2015

By giving money back to the business, Talent Analytics was able to **pay for team cost for 4+ years**

CONFIDENTIAL
hiQ_00466681

# Parting words

- **KISS:** often the simplest projects pay the highest return

- **Portfolio approach:** a small number of successful projects pays for the team for multiple years

- **The last mile:** invest time and effort in driving the process and behavior changes required to achieve impact

CONFIDENTIAL
hiQ_00466682