# Exhibit 11

# Exit Interview

**Employee Name:** **Christopher LeBailly**

**Manager Name:** Andrew Kim

**Department:** Director of Data Engineering

**Last Day:** October 06, 2017

**Length of Employment:** September 15, 2014-October 06, 2017

**Type of Termination:** Voluntary

1. **Were promises made to you when you were hired that did not materialize?**

   When I accept the job of run the data engineering team I was expecting to do it for more than a few months.  I knew for something new I would struggle with it (especially given who I was managing) but I never really had a chance to learn from my mistakes in this position before begin   put back into an individual contributor role.

2. **When you were first hired did you receive adequate orientation regarding the company?**

   It was pretty haphazard 3 years ago but was able to get what I needed.

3. **When you were first hired, did you receive adequate orientation regarding policies and benefits?**

   When I was first hired we didn't really have policies.  Luckily we were working with TriNet already and they were very helpful getting my health benefits set up.

4. **Did you receive adequate orientation regarding your position?**

   It was pretty haphazard 3 years ago but was able to get what I needed.

5. **When you were first hired, did you receive adequate training to perform the job you were hired to do?**

   When I was first hired we were very young.  My training was mostly being thrown in the deep end.  It certainly would have been nice if Genevieve had more time available to mentor the data scientists but even so it was still a valuable experience.

6. **Did you feel free to go to your manager with suggestions or problems.**

   Genevieve was a great resource for this.  Andrew was OK.

7. **Did you feel like you were kept well informed of company policies and developments?**

   Somewhat.

8. **What do you feel the company is most effective at?**

   hiQ was able to build a very strong technical team.  We put together some pretty interesting analytics and to build products around them.

9. **What do you feel the company is least effective at?**

Product development.  So many one-offs that would derail building scalable products.  Also even though people would say they were interested in what we did we couldn't get people to use our products that much, which would lead to high customer churn.

10. **Did you feel that you were paid fairly for the work you did?**

Yes

11. **What kind of performance appraisals and feedback did you receive?**

Genevieve was very good about having regular checkins to see how things were going and to give regular feedback.  Wasn't sporadic with Andrew.

12. **Were you satisfied with the company benefits?**

Yes

13. **Were your co-workers cooperative and friendly?**

Very much so.  My co-workers were a huge part of what I enjoyed at hiQ.

14. **If a friend were looking for a job, would you recommend he/she apply for a job here?**

Possibly.  It depends on what they are looking for and where they are in their career.  I would certainly make sure they understood where the company was, but could see value for someone early in their career.

15. **If the opportunity arose, would you be interested in returning to work here?**

Yes

16. **Did you believe your work-load was manageable?**

Yes

17. **How would you rate the quality of the management you received?**

Decent

18. **What did you like best about your job?**

I enjoyed building things and exploring new ideas

19. **What did you like least about your job?**

The haphazard approach we had to product development and it's impact on the technical team

20. **What advantages does your new position offer over your experience here?**

I will be doing data science for a product that actually gets used.

21. **What would you recommend management do to make the company a better place to work?**


22. **Last thoughts?**

23. **What was the trigger for you to leave?**
We have struggled with product-market fit for a long time now.  The legal issues we are currently facing aren't by themselves reason to leave.  However I wasn't able to see how we were going to be able to address the "normal" start up issues we were having with the product-market fit on top of the legal.

# Exhibit 12

**Exit Interview**

Employee Name:  Maciej Jeremiah Smuga-Otto

Manager Name:  Andrew Kim

Department:  Engineering

Last Day:  September 15, 2017

Length of Employment:  Since July 11, 2016 -September 15, 2017

Type of Termination:  Voluntary

1.   **Were promises made to you when you were hired that did not materialize?**

I was promised training, in the form of covering the cost of one professional conference of my choice per year. This never materialized.

More relevant, I was never really given the authority I expected (as director of engineering) in decisions about staffing the engineering team, as well as some of the technical directions taken.

2.   **When you were first hired did you receive adequate orientation regarding the company?**

At the time I believed so, although it later became apparent that I had been missing much context about the company's engineering stack. There really was no formal orientation to speak of, but none was expected.

3.   **When you were first hired, did you receive adequate orientation regarding policies and benefits?**

Yes.

4.   **Did you receive adequate orientation regarding your position?**

The position was somewhat loosely defined, but yes.

5.   **When you were first hired, did you receive adequate training to perform the job you were hired to do?**

I learned on the job, but that was expected from the beginning, so yes.

6.   **Did you feel free to go to your manager with suggestions or problems.**

Yes, both with Dan and Andrew.

7.   **Did you feel like you were kept well informed of company policies and developments?**

Not really. Most notably, I wasn't aware of just how closely we came to insolvency a couple of months ago.

8.   **What do you feel the company is most effective at?**

The engineering and science teams, at the very least, are great at executing a given plan.

hiQ_00467709

9. **What do you feel the company is least effective at?**

Vision and long-term plan. I feel like we've been going from crisis to crisis too long, without any larger sense of purpose or direction.

10. **Did you feel that you were paid fairly for the work you did?**

It was very much on the low side of the industry standard for my position in this region.

11. **What kind of performance appraisals and feedback did you receive?**

Informal and occasional, but useful.

12. **Were you satisfied with the company benefits?**

Yes.

13. **Were your co-workers cooperative and friendly?**

Very much. I'll miss them greatly.

14. **If a friend were looking for a job, would you recommend he/she apply for a job here?**

Only if the company once again finds a long-term vision that it's comfortable with.

15. **If the opportunity arose, would you be interested in returning to work here?**

Same as above.

16. **Did you believe your work-load was manageable?**

Yes

17. **How would you rate the quality of the management you received?**

Much of my work was self-managed, but I enjoyed working with both my direct bosses.

18. **What did you like best about your job?**

The opportunity to rapidly develop several products. The atmosphere of the place, the company of my co-workers.

19. **What did you like least about your job?**

The growing uncertainty and lack of direction. In the last couple of months, there wasn't much new to build per se, I felt deeply under-utilized. Also, I have to admit, the commute.

20. **What advantages does your new position offer over your experience here?**

Much better commute, better pay, and the opportunity to build actual applications again (which aligns with the career path I'm pursuing).

21. **What would you recommend management do to make the company a better place to work?**

hiQ_00467710

Cross-functional teams are good, but leave the engineers to do the engineering, scientists to do the data science, etc. Asking all of us to improvise ideas for company direction just led us to think that we had no idea where we were going.

Also, continue to work on building trust between the technical and business teams. This is critical at the stage the company's at now.

### 22. Last thoughts?

In spite of its troubles, hiQ is still a good company, and I genuinely wish you guys all the success. I wish it wasn't such a brutal commute for me, that some sense of "business as usual" will resume, and that the lingering issues with product direction and vision will resolve themselves. Had any of these been otherwise, I would likely have stayed on.

### 23. What was the trigger for you to leave?

End of July, town hall. Realization of just how little runway we had, and in the face of all this, continuing focus by the leadership on the lawsuit to the seeming exclusion of running and growing the business. Also, lack of any movement on new app development, and no indication that this would change in the foreseeable future.

CONFIDENTIAL

# Exhibit 13

From:     Pasto, Tim E
Sent:     Tue 9/18/2018 12:54 PM (GMT-07:00)
To:       Mark Scott
Cc:       Morgan, Ashley E
Bcc:
Subject: RE: [External] Re: Keeper Login Issue


Mark –

Thanks for getting back to me, I was beginning to worry that you'd closed shop.

We are open to discussing an alternative method but can we get a call together to understand the difference in the delivery as well as how much greater the number of employees that are caught would be.

Please let me know when you are available for a call

Tim

**From:** Mark Scott <mark.scott@hiqlabs.com>
**Sent:** Tuesday, September 18, 2018 3:38 PM
**To:** Pasto, Tim E <tepasto@hersheys.com>
**Cc:** Morgan, Ashley E <AEMORGAN@hersheys.com>; Swami, Akanksha <ASwami@hersheys.com>
**Subject:** Re: [External] Re: Keeper Login Issue

Hi Tim,

First and foremost, please forgive my delayed response.

hiQ would like Hershey to consider a change of access and delivery mode for the retention risk work that hiQ does.

Based on hiQ's resource constraints, it's increasingly difficult for us to maintain business as usual - in particular maintenance of our Keeper *front end*. As an alternative, we'd like to understand Hershey's willingness to accept an alternative delivery model.

Currently, hiQ reports retention risk for approximately 2,400 *named* Hershey employees and you folks access this analysis each month via Keeper.

Our alternative proposal is that - for the same price - hiQ increases Hershey's coverage to assess the retention risk of *all findable* Hershey employees (public profiles) via a blind collection and makes the same monthly delivery to Hershey via a CSV file (instead of Hershey accessing via Keeper). All analysis and fields would be preserved across this increased coverage.

If this approach is acceptable to you, we'll increase the coverage for the October report delivery and coordinate a convenient method for file delivery.

I'm happy to discuss this proposal live if you'd like.

hiQ_00542665

Thanks, and as always, hope all is well.

-Mark

Mark David Scott, Ph.D.
Director of People Analytics @ hiQ Labs
e: mark.scott@hiqlabs.com
p: 1-973-919-4108


On Mon, Sep 10, 2018 at 11:06 AM, Pasto, Tim E <tepasto@hersheys.com> wrote:

Mark –


We need to get access this week in order to ensure we can do work on our retention model. Just checked this morning and it's still down. Do you know when this will be back up?


Tim


**From:** Pasto, Tim E
**Sent:** Friday, August 31, 2018 11:22 AM
**To:** 'Mark Scott' <mark.scott@hiqlabs.com>
**Cc:** Morgan, Ashley E <AEMORGAN@hersheys.com>; Swami, Akanksha <ASwami@hersheys.com>
**Subject:** RE: [External] Re: Keeper Login Issue


Mark –


I don't think that is necessary, the CSV file that is. Could you please let me know if there is any change to the tentative timeline for the system to be down? We may need to access the system sometime next week.


Also I know this might not be your lane but is Amelia still the POC for our contract? I know that she had moved into more of a consulting role but didn't know if that meant she was not our point person.

CONFIDENTIAL

Thanks


Tim


**From:** Mark Scott <mark.scott@hiqlabs.com>
**Sent:** Thursday, August 30, 2018 12:11 PM
**To:** Pasto, Tim E <tepasto@hersheys.com>
**Cc:** Morgan, Ashley E <AEMORGAN@hersheys.com>; Swami, Akanksha <ASwami@hersheys.com>
**Subject:** [External] Re: Keeper Login Issue


▓ *External email - Caution opening links/docs*

Hi Tim et al.,


Just checked with the Tech Team and the Keeper platform will be down until next week for upgrades. I'm so sorry for not proactively informing you of this. Would it help if I send over a CSV of your latest data in the meantime?


-Mark


Mark David Scott, Ph.D.

Director of People Analytics @ hiQ Labs

e: mark.scott@hiqlabs.com

p: 1-973-919-4108


On Thu, Aug 30, 2018 at 9:30 AM, Pasto, Tim E <tepasto@hersheys.com> wrote:

  Mark –

hiQ_00542667

Reaching out to see if there is an issue with either our account @ Hershey or to see if there is an issue with the site on the HiQ side. We haven't been able to get into the keeper dashboard for the last couple of days. I spoke to our IT department and they do not think it's an issue with our firewall.

If you could let me know that'd be great, we're prepping for an update to our retention analysis and the HiQ risk model is key to that.

**Tim Pasto**
Sr Manager, HR Reporting & Analytics
The Hershey Company
O: 717-374-8104
tepasto@hersheys.com
100CA, #5313
Hershey, PA 17033

Exhibit 14



OCTOBER 6, 2015  |  WESTIN ST. FRANCIS



hiqlabs.com

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY   hiQ_00579668



## hiQ WOULD LIKE TO THANK





















For attendees seeking SHRM credits, please apply code:
Activity ID #15-3SMP7

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00579669



## WELCOME



On behalf of the employees and board of directors of hiQ Labs, it gives me great pleasure to welcome you to hiQ Elevate. We started hiQ Labs with the belief that data and science would help elevate the HR function. These are exciting times in the people analytics space as companies and HR professionals increasingly look to predictive modeling and more sophisticated analytics to help solve some of the most difficult and important challenges they face. The strength of the people teams assembled in this room represents the future of people analytics.

To transform HR into a more data-driven and data-savvy function will require not just good teams, but also a strong community and ecosystem. You will learn a lot today not only from the speakers, but also from other people teams sitting next to you. Our goal is to make hiQ Elevate the best community of smart and progressive HR analytics people in the world.

I hope you will use this event to build new friendships and together we can add value to your organization.

**DARREN KAPLAN**
*CEO/Co-Founder, hiQ Labs*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



## AGENDA

| 7:30 — 8:30 AM | Breakfast and Registration |
|---|---|
| 8:30 — 8:45 AM | Welcome |
| | Darren Kaplan *hiQ Labs* |
| 8:45 — 10:00 AM | Presentations |
| | Margarita Constantinides, PhD *eBay* |
| | Chase Rowbotham *Genentech* |
| | Geetanjali Gamel *MasterCard* |
| 10:00 — 10:15 AM | BREAK |
| 10:15 — 10:30 AM | CEB Corporate Executive Board Presentation |
| | Jesse Levin *CEB* |
| 10:30 — 11:15 AM | Panel Discussion: Data Science and the Future of HR Analytics |
| | Kathy Doan *Wells Fargo* |
| | Subhadra Dutta, PhD *Twitter* |
| | Michele Goldberg *Nestlé* |
| | Stela Lupushor *TIAA-CREF* |
| | Heather Whiteman *GE Software* |
| | *Moderator:* Genevieve Graves, PhD *hiQ Labs* |
| 11:15 — 12:00 PM | hiQ Labs Product & Science Updates |
| | Genevieve Graves, PhD *hiQ Labs* |
| | Ryan Hammond, PhD *hiQ Labs* |
| 12:00 — 1:30 PM | Networking Lunch |
| 1:30 — 2:15 PM | Breakout Track 1 |
| 2:15 — 2:30 PM | BREAK |
| 2:30 — 3:15 PM | Breakout Track 2 |
| 3:15 — 3:30 PM | BREAK |
| 3:30 — 3:50 PM | Special Guest Speaker |
| | Ian O'Keefe *Google* |
| 3:50 — 4:20 PM | Special Keynote Address |
| | Josh Bersin *Bersin by Deloitte* |
| 4:20 — 4:30 PM | Closing Remarks |
| 4:30 — 6:00 PM | Networking Cocktail Reception |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# BREAKOUTS

### 1:30 – 2:15 PM

#### HUMANIZE YOUR DATA

From Insight to Action: Case Studies of Cultural Transformations Accompanying People Analytics

We all have our favorite analyses and visualizations but the "analytics" component is only one half of "People Analytics". Unless there's cultural transformation that accompanies insight, did the initiative really happen? Come join us for this panel discussion with several leaders in the field where they will share their stories - successes and failures - to achieve organizational change on the heels of insightful analysis. Learn how best to obtain executive buy-in, frame the analytics, and mobilize the human resources team to ensure that your analysis has the biggest impact possible.

Michael Housman, PhD *hiQ Labs* | John Callery *BNY Mellon*

#### DATA SCIENCE

A/B Testing for HR: How to Run Valid and Impactful Field Experiments

Human Resources has often had trouble measuring and quantifying the impact of its initiatives to its key stake-holders. Come learn how leading firms are beginning to embrace randomized and matched pair field experiments as ways to test and validate HR activities. How can you identify appropriate opportunities in your firm for applying experimental methods? Discuss the design challenges that are faced when conducting experiments within an organization and techniques for overcoming them. This is a critical topic for anyone interested in being a leader in the move toward truly evidence-based HR.

Ryan Hammond, PhD *hiQ Labs* | Arun Chidambaram *Pfizer*

### 2:30 – 3:15 PM

#### HUMANIZE YOUR DATA

Innovative Approaches to Integrating Survey and External Data

The frontier of HR analytics is combining employee data sources in new and more powerful ways. This session will be a lively interactive discussion of the innovative opportunities that lie at the nexus of employee surveys and external data sources. CEB and hiQ will present their current thinking around potential complimentarities in retention and pulse surveying. Come share your insights, ideas and wish lists with other smart, forward thinking people analytics teams.

Ryan Hammond, PhD *hiQ Labs* | Mike Dolen *CEB*

#### DATA SCIENCE

Happiness Analytics

Pandora's HR vision is to create a career-defining experience for its talent. This talk will focus on the data-driven approach to creating happy employees and the world's most humanistic leaders to unleash the limitless potential of our people. I'll discuss on how the company defined its People Analytics Roadmap and Data Value Chain, and present examples on how Pandora uses assessments, statistical and analytical techniques, and data visualizations to empower leaders with insights which support data-driven decision-making.

Jeremy Welland, PhD *Pandora*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



## PRESENTERS



### MARGARITA CONSTANTINIDES PHD
*Senior Director Talent Analytics, eBay*

Margarita established and leads the Talent Analytics team at eBay. She is responsible for translating HR and business questions into analyses and insights that generate actions with demonstrated impact on eBay's people and business outcomes. Formerly she was an Associate Principal at McKinsey & Company where she led client service teams to structure and deliver solutions across a broad client agenda. Areas of concentration included customer acquisition, retention and relationship management, eCommerce and mCommerce strategy, brand and category strategy, and PE due diligence across retail, e-tail and CPG clients. Margarita holds a PhD in Civil Engineering Materials from the University of California, Berkeley.



### CHASE ROWBOTHAM
*Head of People Analytics, Genentech*

Chase is Head of People Analytics for Genentech.  Hired into the role in May 2015, Chase is responsible for leading a team of professionals to develop an HR analytics strategy and enable data driven decisions across the entire employee life cycle.  Prior to Genentech, Chase built and led Six Sigma's Advanced Analytics Organization at McKesson. Prior to McKesson, Chase was Director of Strategy and Business Development at EZShield.  Chase holds a bachelor's degree in International Relations from the University of Pennsylvania and an MBA from the Tuck School of Business at Dartmouth.

hiQ_00579673



## PRESENTERS



### GEETANJALI GAMEL
*Data Scientist, Global HR Workforce Analytics, MasterCard*

Geetanjali is a Data Scientist with the HR Reporting and Analytics team at MasterCard and is leading the development of the predictive analytics function within global HR. In this role she is responsible for developing key insights to drive MasterCard's global workforce strategy in areas of talent acquisition, management and retention. Geetanjali holds a Master's degree in Economics and has over 7 years of experience in advanced analytics across diverse sectors like energy and financial services. She is passionate about finding hidden value in underutilized HR data to power business decisions.



### JESSE LEVIN
*Head of Corporate Strategy & Development, CEB*

Jesse oversees Corporate Strategy & Development and is responsible for growth strategy development and execution globally, including strategic planning and project management, new product platform and market expansion, mergers and acquisitions, post-merger integration, strategic alliances, and corporate venturing. During his tenure, Jesse professionalized CEB's corporate planning, new product development and M&A capabilities, and led over 20 acquisitions and venture investments across all of the firm's major domains and geographies. His efforts transformed CEB's global operating scale and positioned the company as a leading provider of human capital analytics. Previously, Jesse served in various roles in the Office of the Chairman & CEO, New Product Development & Management, and Strategic Research at CEB. Jesse received his bachelor's degree in Leadership Studies from the University of Richmond and holds an MBA from Columbia Business School.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



## KEYNOTE SPEAKER & SPECIAL GUEST



### JOSH BERSIN
*Principal and Founder, Bersin by Deloitte*

Josh founded Bersin in 2001 to provide research and advisory services focused on corporate learning. He is responsible for Bersin by Deloitte's long term strategy and market eminence. Josh is a frequent speaker at industry events and has been quoted on talent management topics in key media, including Harvard Business Review, The Wall Street Journal, Bloomberg, on BBC Radio, CBS Radio and National Public Radio. He is a popular blogger for Forbes.com and has been a columnist since 2007 for Chief Learning Officer Magazine. Josh spent 25 years in product development, product management, marketing and sales of e-learning and other enterprise technologies at companies including DigitalThink (now Convergys), Arista Knowledge Systems, Sybase and IBM. Josh's education includes a B.S. in Engineering from Cornell University, an M.S. in Engineering from Stanford University, and an MBA from the Haas School of Business at the University of California, Berkeley.



### IAN O'KEEFE
*People Analytics Leader, Google*

Ian is an Analytics and Business Transformation leader with 16 years of experience leading global initiatives and delivering data-driven insights to Fortune 100 organizations. Ian joined Google's People Analytics team in February 2015. At Google, he leads the People Analytics strategy and project portfolio for the Global Business Organization (GBO), a unit that includes 16,000 Sales and Marketing Googlers with revenues in excess of $60B. Prior to joining Google, Ian led Talent Analytics & HR Reporting at Sears Holdings and established the Process Analytics team at American Express. He began his career at a market research start-up, before transitioning into Deloitte's Human Capital practice and then going on to establish his own practice. Ian has a BA in Psychology from the University of Virginia and is pursuing an MSc in Predictive Analytics from Northwestern University.

hiQ_00579675



## PANELISTS



### KATHY DOAN
*Vice President, Community Banking HR Insights & Analysis Group, Wells Fargo*

Kathy leads the Consulting & Line of Business Consulting team to provide thought leadership and insights to senior HR leaders to optimize Community Banking's human capital base of over 100,000 team members. She has been with Wells Fargo for over 14 years. Ms. Doan is a certified Project Management Professional, Senior Professional in Human Resources, SHRM-Senior Certified Professional, Human Capital Strategist, and a Six Sigma Green Belt. She has a B.A. in Mathematics, a B.S. in Statistics, and an M.S. in Financial Engineering.



### SUBHADRA DUTTA, PHD
*People Research & Analytics, Twitter*

Subhadra works on the People Analytics team with a primary focus on employee surveys, employee engagement, selection, assessments, and employee research. Before Twitter, she worked with various companies across India and US, such as Molina Healthcare, PepsiCo, and Infosys Leadership Institute in the areas of employee engagement, assessments, and talent management. She has a PhD and Masters in Industrial/Organizational Psychology from Central Michigan University, and a Masters in Organizational Behavior and a B.A. in Psychology from Delhi University. Subhadra is an active and participating member of SIOP (Society of Industrial Organizational Psychology) and a core committee member of Community of Organizational Sciences in India.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



## PANELISTS



### MICHELE GOLDBERG
*Director, HR Strategy & Planning, Nestlé USA*

Michele is responsible for leading company-wide strategic people initiatives, developing HR strategies that align with the company's vision and embedding the use of data into how HR works with the business. She oversees the HR Analytics team which is focused on enabling the organization to translate HR data into insights and actions and to make data-driven decisions about people. Prior to Nestlé, Michele was a Senior Principal at Hay Group where she sold and managed global engagement survey projects, led an international team in formulating and executing a plan to promote a more strategic approach to working with clients globally and served as a core member of the divisional global management team.



### STELA LUPUSHOR
*Director of Workforce Analytics, TIAA-CREF*

Stela is the Director of Workforce Analytics at a Fortune 100 financial services firm with $850B assets under management. She is an HR professional on a mission to tell the real story of human capital through the power of analytics. Previously Stela held various management consulting and corporate roles at IBM, Pricewaterhouse-Coopers and Price Waterhouse with the focus on domains such as HR and IT strategy development, process improvement, HR service delivery transformation, custom systems development and packaged systems implementation, M&A and integration. More recently Stela led the development of an innovative social analytics solution for HR at a large technology multinational.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



## PANELISTS



### HEATHER WHITEMAN
*Strategic Workforce Planning & Integrated Talent Management Leader,
GE Software*

Heather leads Strategic Workforce Planning & Integrated Talent
Management for Software globally at the General Electric Company.
Her work focuses on identifying and defining key capabilities and
talent segments and utilizing advanced workforce analytic tech-
niques, such as machine learning, text analytics or modeling, to
drive business insights and decision making in the areas of recruit-
ing, learning, development, org design and culture. Previously
Heather lead Strategic Workforce Planning for GE Aviation and the
Workforce Planning & Analytics group at Pacific Gas & Electric. She
has a master's degree in Industrial/Organizational Psychology and
is currently pursuing a PhD in Human Capital Management.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



## BREAKOUT SPEAKERS



### JOHN CALLERY
*Global Head of Workforce Strategies, BNY Mellon*

John leads workforce strategy, planning and analytics teams for the largest custody bank in the world. Formerly he was the Director of People Analytics at AOL. John spent his early career as a systems engineer at NASA's Langley Research Center where he was the lead statistician for a technical assessment of the Space Shuttle after the Columbia disaster. He has a bachelor's degree in Applied Mathematics from The Ohio State University, and a master's of science in Business Analytics from New York University's Stern School of Business.



### MIKE DOLEN
*Managing Director, Workforce Surveys & Analytics,  CEB*

Mike is responsible for the overall performance of the Workforce Survey & Analytics business, including P&L ownership, strategy development and articulation, consulting and business advisory services, project management and service delivery, commercial support and new product and capability development. Prior to joining CEB, Mike worked at Kenexa (acquired by IBM in 2012), where he led the global survey organization, growing that business to over 300 employees and expanding operations to 15 countries. In addition to organic growth, he spearheaded and managed the acquisition and integration of 3 firms on 3 continents. Prior to his time with Kenexa, he held global leadership and consulting roles for The Home Depot, Delta Air Lines, and United Airlines. He holds a master's degree in Industrial and Organizational Psychology, a bachelor's degree in Psychology, and his doctoral coursework is from The Scheller College of Business at Georgia Tech.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



## BREAKOUT SPEAKERS



### ARUN CHIDAMBARAM
*Director of Global Workforce Intelligence, Pfizer*

Arun heads the Global Workforce Intelligence team at Pfizer and his main area of focus is building and sustaining analytical capability within HR for large global corporations. Arun has deep experiences in quantitative and visualization methodologies, analytics and reporting driving key business strategies and organizational change initiatives through workforce insights. He has a background in Industrial Engineering & Operations Research with 18 years of experience in management, consulting, and human resources in positions of increasing responsibility. Prior to joining Pfizer, he has held several leadership positions at Harley Davidson, Merck, and ESPN.



### JEREMY WELLAND, PHD
*Head of People Analytics, Pandora*

Jeremy is the head of people analytics at Pandora and envisions a future he helps unleash the limitless potential of extraordinary talent who are on a path seeking career-defining greatness: people data and insight shine a giant spotlight on this path. Previously, Jeremy served as the head of data analytics at PG&E. Prior to that, Jeremy served as a former Director of Organizational Effectiveness at the human capital consulting firm, Towers Watson. Jeremy earned his masters and doctorate degrees from the No.1 ranked Social Psychology graduate program at the University of Michigan. Jeremy is also a certified Emotional Intelligence trainer.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



## hiQ SPEAKERS



### DARREN KAPLAN
*CEO/Co-Founder, hiQ Labs*

Darren started hiQ labs on the belief that Data and Science can elevate the HR function and increase employee productivity. Prior to founding hiQ Labs, Mr. Kaplan spent his career driving global human resources communications strategies. As a 15 year ad agency veteran, he helped the world's biggest brands go from print to digital, and now, with hiQ, he is taking them to data. Mr. Kaplan holds two provisional patents for predicting employee culture fit and performance. Mr. Kaplan has a BA in Communications from The University of Miami.



### RYAN HAMMOND, PHD
*Head of People Analytics, hiQ Labs*

Ryan is the head of People Analytics at hiQ Labs where he leads customer engagement and aids in developing cutting edge analytics products. Previously he worked in HR analytics and compensation roles for Merck in the US and Europe as well as been a assistant professor of management at SKK Global School of Business in Seoul. He holds a PhD from the MIT Sloan School of Business and a MS and BS in Industrial and Labor Relations from Cornell.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



## hiQ SPEAKERS



### GENEVIEVE GRAVES, PHD
*Chief Data Scientist, hiQ Labs*

Genevieve leads the Data Science team at hiQ Labs. She holds a BA from Harvard and a PhD from UC Santa Cruz in Astrophysics and spent several years as a researcher at UC Berkeley and Princeton before joining hiQ Labs. She has loved bringing her big data and scientific modeling skills to the domain of People Analytics, while getting to learn from long-term practitioners in the People space.



### MICHAEL HOUSMAN, PHD
*Workforce Scientist in Residence, hiQ Labs*

Michael advises and collaborates on thought leadership that yields novel insight about the workforce. Formerly he was the Chief Analytics Officer at Cornerstone OnDemand where he applied state-of-the-art statistical methodologies and econometric techniques to databases consisting of hundreds of millions of employee records in order to understand what keeps people on the job longer and what enables them to perform better. He has had his research profiled by such media outlets as The New York Times, The Wall Street Journal, The Economist and The Atlantic. In 2014, he was named a game changer by Workforce magazine for his groundbreaking research and contributions to the field of workforce science. He received his A.M. and Ph.D. in Applied Economics and Managerial Science from The Wharton School of the University of Pennsylvania and his A.B. from Harvard University.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY





NETWORK: Westin Meeting Rooms
PASSWORD: elevate2015

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00579683