# Exhibit 15





hiQ_00673338



hi   elevate

## WELCOME



What a wonderful place to be and what a wonderful opportunity this is. To be part of the leading edge of People Analytics, to be surrounded here by the drivers, the visionaries, and the community leading this movement, is inspiring. My name is Mark Weidick, and yes, I'm new both to hiQ and to the world of People Analytics. Let me share a bit about myself. I've spent most of my career in Information Technology, working with start-ups and Fortune 500s. My expertise includes customer acquisition, product development, and new business development.

Why would someone with no People Analytics background be at the helm of hiQ? I came to be part of the hiQ team because I recognize that the world is changing. I also recognize the tremendous opportunity this team, and this industry has, to transform the world, by changing the way companies look at employees, and the ways they will advance their companies, and their industries as a result. I am here because I believe in collaboration, in solution-oriented leadership, and in ensuring that my team succeeds in every way possible. I am thrilled to have the opportunity to be part of what is happening here, and to use what I know to help advance & support that.

We have an exciting day ahead. Beginning with discussions of technology trends and real-world examples, followed by a deeper discussion of data and its relation to talent, and the impact of cognitive HR within the talent industry, we will gain shared perspective today. We will better understand the messages we need to be delivering with respect to employee retention, the value in fully utilizing talent within our own walls, and the strategies that can help companies keep, and satisfy, their best people.

Today we will also be unveiling hiQ's Skill Mapper and you will hear about the ways it addresses the challenge of data and how it can be used, and the opportunities it presents to allow companies to plan strategically for their future. We are so excited to be able to share this new resource and all of the insights it will unlock.

I am thrilled to be part of this community assembled here today. I look forward to meeting with many of you, to building friendships, and to engaging in collaboration that will help move the business of People Analytics ever forward. I hope you will take the same opportunity today and in the future. Meet with people you haven't met before, engage in deeper dialogues with those you have, and share, share your ideas, your insights, and your dreams. Together you will continue to shape and guide the future of Human Resources, and of business.

**MARK WEIDICK**
*CEO, hiQ Labs*

hiQ_00673339



## AGENDA

| Time | | |
|---|---|---|
| 8:00 – 8:30 AM | Breakfast and Registration | |
| 8:30 – 8:45 AM | Welcome Remarks | |
| | Mark Weidick *hiQ Labs* | |
| 8:45 – 9:05 AM | HR Technology Trends and Venture Capital | |
| | Kevin Diestel *Sapphire Ventures* | |
| | Darren Kaplan *hiQ Labs* | |
| 9:05 – 9:20 AM | How Domo HR is using Analytics to Drive Business Results | |
| | Cathy Donahoe *Domo* | |
| 9:20 – 9:35 AM | Talent in M&A, Using Analytics to Mitigate Talent Risk in Acquisitions | |
| | Davis Carlin *McKinsey & Company* | |
| 9:35 – 10:05 AM | hiQ Skill Mapper Unveil | |
| | Genevieve Graves, PhD *hiQ Labs* | |
| | Chris LeBailly *hiQ Labs* | |
| | Amelia Barker *hiQ Labs* | |
| 10:05 – 10:25 AM | Break and Demo Stations | |
| 10:25 – 10:30 AM | Vendor Showcase - Zoomi | |
| | William McColgan *Zoomi* | |
| 10:30 – 11:00 AM | Fireside Chat: Using Data to Understand Talent | |
| | Andrew Carges *GoDaddy* | |
| | Katie Meger, PhD *eBay* | |
| | *Moderator:* Amelia Barker *hiQ Labs* | |
| 11:00 – 11:30 AM | The Impact of Cognitive HR Within the Talent Business | |
| | David Green *IBM* | |
| | Michael Housman, PhD *hiQ Labs* | |
| 11:30 – 11:45 AM | Closing Remarks | |
| | Genevieve Graves, PhD *hiQ Labs* | |



CONFIDENTIAL



## SPEAKERS



### ANDREW CARGES
*Vice President of Human Resources – Talent, Technology & Insights, GoDaddy*

Andrew is an extremely passionate recruiter and business leader who thrives in "build it/fix it" environments. He enjoys helping companies realize their vision and goals through the introductions that he facilitates. During his career, Andrew has found 6 areas of focus within the Talent Acquisition function; Organizational Capabilities/ People, efficient Processes and Governance, deep Reporting and Analytic capabilities, engaging Employment Branding and Marketing tactics with world class Systems and Programs. He also enjoys taking reactive, tactical staffing departments and building a high functioning, strategic and operationally sound function within HR.



### DAVIS CARLIN
*People Analytics, McKinsey & Company*

Davis co-leads McKinsey & Company's People Analytics service line -- helping clients make better decisions around talent using data and advanced analytics. Davis joined McKinsey as a generalist consultant in 2013, advising clients in the healthcare, pharmaceuticals, media, semiconductor, and automotive sectors. Prior to joining McKinsey, Davis was Chief Science Officer and co-founder of InPress Technologies, a medical device company.



### KEVIN DIESTEL
*Principal, Sapphire Ventures*

Kevin focuses on growth stage investing. He led the firm's investment in Sun Basket and worked on the firm's investments in Convercent, Fitbit, IEX, Inkling, Integral Ad Science, Jibe, Kaltura and Socrata. Before joining Sapphire Ventures, Kevin worked at Shamrock Capital Advisors, a Los Angeles-based growth private equity firm, where he evaluated investments in the media, entertainment and communications sectors. Prior to his private equity career, Kevin worked at Merrill Lynch in its investment banking division in Los Angeles. Kevin holds an MBA from Stanford Graduate School of Business and a BS from the University of California, Los Angeles.



CONFIDENTIAL



## SPEAKERS



### CATHY DONAHOE
*Vice President Human Resources, Domo*

Cathy has been a leader in the human resources field for more than 25 years. At Domo, she oversees the recruitment, retention, and management of some of the top talent in the industry. Cathy has grown Domo's workforce 100% year over year for the past 5 years to 800+ employees. Prior to joining Domo, Cathy served as Vice President of Human Resources at Extend Health, a technology-driven healthcare insurance exchange. Cathy was also part of the Omniture team, where she expanded employee growth into 20+ countries and 28 U.S. states, growing the employee headcount from 87 to 1,100+ in just five years.



### DAVID GREEN
*Global Director, People Analytics Solutions, IBM*

David's role at IBM enables him to help clients apply an analytical, insight led and business outcome focused approach to their talent strategies and people decisions. David is a globally recognized and respected influencer, speaker and writer on people analytics, data-driven HR and the future of work. David won Best Writer at the 2015 HR Tech Writers' Awards. He was also awarded one of ten LinkedIn Power Profiles for HR based on his influence on the site in 2016. David is based in London, but his remit covers the globe. David can be found on Twitter and LinkedIn as well as via his regular blogs on HR Tech World, LinkedIn Pulse and ERE.



### KATIE MEGER, PHD
*Data Scientist, People Analytics, eBay*

Katie serves as the subject matter expert on advanced modeling techniques and primary research. She also partners closely with HR business partners to provide strategic analysis and recommendations on decisions that impact eBay's people. Katie is an eBay veteran, having been with the company for 8 years, including several years with PayPal. She holds a PhD in Psychology from Arizona State University.



CONFIDENTIAL



## hiQ SPEAKERS



### MARK WEIDICK
*CEO, hiQ Labs*

Mark has spent most of his career in Information Technology as a business operator and entrepreneur, with success at both start-ups and Fortune 500s. He has a talent for creating and growing businesses through expertise in go-to-market strategy, customer acquisition, product development, new business development and negotiation. Mark has purposefully developed his holistic view, strategic planning approach and decision making framework by holding leadership positions to encompass a wide range of responsibilities. These roles have included: CEO, founder, General Manager, capital raiser, business strategy, business development, product strategy, product marketing, sales, account management, engineering and, when necessary, floor sweeper. Some of his notable successes include the growth of Cisco's TelePresence video business from startup to $1B and the $420M acquisition of Savi Technology. Known for his collaborative, solution-oriented leadership style, his team building skills and talent for driving results, Mark is passionate about helping others succeed.



### AMELIA BARKER, PHR, SHRM-CP
*Director of Customer Success, hiQ Labs*

Amelia takes her passion for HR and helping HR teams achieve success by working with clients to make the most of the predictive insights, and now Actions that hiQ provides. Prior to joining hiQ she spent 10 years in Talent Acquisition and HR for great companies like Kenexa, Aramark and Exelon, and a few years in Brand Strategy Development and Recruitment Media planning at Bayard Advertising. She holds a BFA in Dance Education from University of the Arts and is on the board of NCHRA Santa Clara.

CONFIDENTIAL



## hiQ SPEAKERS



**GENEVIEVE GRAVES, PHD**
*Co-Founder / Chief Science & Product Officer, hiQ Labs*

Genevieve leads the Science, Engineering, and Product teams at hiQ Labs. She holds a BA from Harvard and a PhD in Astrophysics from UC Santa Cruz and spent several years as a researcher at UC Berkeley and Princeton before joining hiQ Labs. Her team at hiQ extracts powerful insights from data to drive more intelligent talent management and business practice within companies. She is passionate about finding the superpowers hidden in your employee population and figuring out how to leverage them, grow them, and keep them.



**MICHAEL HOUSMAN, PHD**
*Workforce Scientist in Residence, hiQ Labs*

Michael has published his work in a variety of peer-reviewed journals, presented his work at dozens of academic and practitioner-oriented conferences, and has had his research profiled by such media outlets as The New York Times, Wall Street Journal, The Economist, and The Atlantic. In fact, he was named a 2014 game changer by Workforce magazine for his groundbreaking research and contributions to the field of workforce science. Dr. Housman received his AM and PhD in Applied Economics and Managerial Science from The Wharton School of the University of Pennsylvania and his AB from Harvard University.

CONFIDENTIAL

**hi** elevate

## hiQ SPEAKERS



### DARREN KAPLAN
*Co-Founder, hiQ Labs*

Darren started hiQ labs with the belief that Data and Science can elevate the HR function and increase employee productivity. Prior to founding hiQ Labs, Darren spent his career driving global human resources communications strategies. As a 15 year ad agency veteran, he helped the world's biggest brands go from print to digital, and now, with hiQ, he is taking them to data. Darren holds two provisional patents for predicting employee culture and performance. Darren has a BA in Communications from the University of Miami.



### CHRIS LEBAILLY
*Director of Data Science, hiQ Labs*

Chris joined the data science team at hiQ in its infancy. He currently spearheads research and development within the data science team, looking for new and innovative ways to find untapped potential within our data. Chris holds a master's degree in mathematics from UC, Santa Cruz and a bachelor's in mathematics and music from Grinnell College. He loves finding ways to connect his knowledge about abstract mathematical modeling to challenges faced by People Analytics teams.



### DARIN MEDEIROS
*Vice President, Sales, hiQ Labs*

A seasoned startup veteran, Darin recruited the first enterprise team at LinkedIn, growing it from three to fifteen people while growing revenue from $10 million to $40 million. Recently, he took HackerRank from nine to 70 employees while growing revenue tenfold in 12 months.



CONFIDENTIAL

hiQ_00673346





hiQ_00673348



NOTES

CONFIDENTIAL

hiQ_00673349



NOTES

CONFIDENTIAL



## hiQ WOULD LIKE TO THANK

hiQ_00673351



hiQ Labs is the global standard for People Analytics. By applying data science and machine learning to internal and external data, hiQ Labs helps HR teams make better, more reliable people decisions. Easy to deploy and fast to deliver predictive insights, hiQ Labs' cloud platform transforms how enterprises retain their best talent. The world's most forward thinking brands rely on hiQ Labs to significantly reduce turnover and save millions of dollars in employee attrition.



hiQ Labs is the first People Analytics company to win HR Tech's Product Of The Year award. This award underscores the value that data science is bringing to HR. The judges demonstrated their understanding of the complexity of the problem we are tackling when they said:

*"hiQ is an ambitious undertaking. Not many organizations can or will do something similar on their own. It would take too much time, expertise, investment, etc., and the likelihood of being as successful would be very low. The firm is thus taking a critical issue -- retention of key talent -- and providing an analytical-based leading indicator of voluntary turnover."*

CONFIDENTIAL

hiQ_00673352





CONFIDENTIAL

# Exhibit 16

# Exit Interview

Employee Name:  Ben Teusch

Manager Name:  Darin Mederios

Department:  PA Consulting

Last Day:  July 28, 2017

Length of Employment:  1 year

Type of Termination:  Voluntary

**1.    Were promises made to you when you were hired that did not materialize?**

No really.  A little bit.  The only thing I guess would be my understanding of the role coming in was it would be technical and customer facing.  Some of the technical never materialized.  Because of the way the role is structured I didn't really make relationships with customers.  I won't be saying goodbye to any customers.  That was something that was talked about when I was hired but never really happened

**2.   When you were first hired did you receive adequate orientation regarding the company?**

Yes, I knew what we did and what the market was.

**3.   When you were first hired, did you receive adequate orientation regarding policies and benefits?**

I think so.  I remember the on-boarding—it was all there.  There wasn't anything I didn't know or couldn't ask.

**4.   Did you receive adequate orientation regarding your position?**

Um, Darin M. can attest to this.  It was going to be a lot of customer facing when I came on but I really didn't talk to customers for a really long time.  I never started doing demos until Ryan H. left about 5 months after he left and I was asked then to start doing them and I had never done them.

**5.   When you were first hired, did you receive adequate training to perform the job you were hired to do?**

The only thing I will add that other than getting out in front of customers earlier was I had a hope that in working here I would also be able to beef up technical skills by working with the data science team.  Those were skills I was hoping to gain and it didn't happen. Not exactly a training effort.  A few months ago when Darin M was my direct manager, Darin said, "So what do you guys do?  What are your skills?" And I thought, "Wow, my manager doesn't even know what I do." That just kind of speaks to the lack of training/mentorship.

**6.   Did you feel free to go to your manager with suggestions or problems.**
Yes.

hiQ_00678074

**7.   Did you feel like you were kept well informed of company policies and developments?**

Much more so now, certainly.  I wouldn't have described it that way several months ago.  I feel like I am currently being kept well-informed.  In the past there were a few things like "We are moving the company to Mountain View" where those things weren't communicated.

**8.   What do you feel the company is most effective at?**

For all the talk about how bad we are at marketing, the people analytics community actually knows us and really thinks we are awesome.  We do have predictions that work and science that works.  Also, hiQ has been a pleasant place to work—not a lot of jerks.

**9.   What do you feel the company is least effective at?**

The whole process of figuring out what a customer wants and giving It to them and building it quickly.  Maybe it is communication.  I have had recent conversations where Data Science says, "I haven't heard that before"—yet I have been telling/saying it for months.   Getting Information where it needs to go needs to improve.

Recently and frequently, in a conversation when a decision needs to be made, it is not clear who is in charge and it is left a bit to the people on the ground.  Who is making the decision?  Who is assessing the cost benefit?  It felt like there is not a clear decision-maker.

**10.  Did you feel that you were paid fairly for the work you did?**

Yeah.  I do.  Although the longer that I've worked here and I have more experience working with other people, it becomes clear that the opening offer they made me when I was originally going to come to the Bay Area($93K) was clearly underpaying.  The ultimate deal of $80K going to Utah was more on track.

**11.  What kind of performance appraisals and feedback did you receive?**

The closest thing that was like an appraisal was another sales team member telling me that I was effective at helping them at stuff.  I didn't get much except "You are doing great and keep it up."  I wouldn't say I ever had a performance review.  And my current boss, barely knows what I do.

Since I didn't feel like I was being overly challenged, hearing that I was doing great was fine/adequate because I expected that I was.  Knowing that I was doing good enough was okay.  There isn't really a promotion track at a start-up so regular feedback/formal isn't as critical.  Maybe more formal is not necessary, just more specific feedback.

**12.  Were you satisfied with the company benefits?**

Yeah.  They weren't surprising.  Not as big as other places.  Of course, there was unlimited vacation.  I didn't have big expectations.  Yeah, I was satisfied.

**13. Were your co-workers cooperative and friendly?**

hiQ_00678075

Yeah.  They were really friendly.  I touched on cooperative before...I just had the hardest time working with Prakash.  For several months I felt like nothing I said was noted, valued, or used.  I didn't feel like things were cooperative because things weren't moving in a direction.  Maybe one other person wasn't particularly cooperative.  In general, I definitely agree that people were cooperative and friendly.

**14.  If a friend were looking for a job, would you recommend he/she apply for a job here?**

Not right now.  In general, I would depending on what their job was.  I think it is a cool place to work and we are doing something cool. But, right now-- no.  I would tell someone to wait and see.

**15.  If the opportunity arose, would you be interested in returning to work here?**

Um, maybe.  Again, with all the lawsuit stuff maybe no.  Something that is still missing for me is the fact that it is tough to see a career path or sideway movement opportunities at hiQ.  That is a bigger incentive to me (Something I want to have).  Not having clear paths/movement opportunities  is kind of the start-up thing.  I am less motivated to stay at hiQ because doing XYZ well will not necessarily turn into a new opportunity for me at the hiQ.

**16.  Did you believe your work-load was manageable?**
Yes.

**17.  How would you rate the quality of the management you received?**

Touched on this a little already.  Like a weak place.  Not knowing who is in charge.  I didn't have a manager that could teach me about the things I am interested in.  I did learn a lot about selling stuff.  Ryan was not great—I never talked to anyone; I was like an assistant.  I wouldn't rate it high but I never felt like I had a manager who actively harmed me.  More a lack of management than management being done badly.

**18.  What did you like best about your job?**

On the flip side I liked the autonomy and the trust.  I have responsibility to support the sales team and other vague job descriptions that on one hand were annoying but on the other hand gave me room.  It was nice to be trusted to work from home.  So maybe the trust combined with the autonomy.  It did have some of the elements of combination technical and people that I liked.

**19. What did you like least about your job?**

Not feeling like I owned anything.  I guess I was a support role, but lots of decisions were made without the People Analytics Team input.  Ultimately, I felt like I and the team were left out of things.  I questioned if I was adding value.  We did have weekly meetings where we could share

CONFIDENTIAL

but it really didn't feel like our opinions were taken out of those meetings.  Our input wasn't being used.

*Cindy question:  Did you feel like that changed recently with the SWAT teams?*

Swat teams were better because they didn't have a choice and they had to ask us.  With the product team getting reorganized they are starting to ask some questions.

**20. What advantages does your new position offer over your experience here?**

I am going to Capital Group.  It is an investment management firm.  My title will be HR Analytics consultant.  Big one is stability right now and there will be money in the bank account.  I also am excited about the possibility that the work I do ultimately leading to internal reward in terms of career opportunities.  It is a big company versus small company.  There is a chance to move around and take on new things as I do well.  I will get to use a lot more statistics and technical skills.

*Cindy:  If  the LinkedIn thing hadn't happened, would you have stayed?*

No.  For all the reasons that I mentioned, I have been keeping my ears open for a while now.  However, I didn't start applying until the LinkedIn thing happened.  I was planning on sticking around a few months to give Mark a fair shake.  I was interested in seeing what he was going to do with his inherited situation.  LinkedIn definitely moved things along.  I wouldn't have left as quickly.

**21. What would you recommend management do to make the company a better place to work?**

Broadly, I'd like to know who is in charge.  I would like to know who is responsible for making a decision.  It felt like there were little conflicts and it wasn't clear who to turn to—who the referee was.  Ironing that out, making it more clear who owned things that would help a lot.

**22. Last thoughts?**

I hope hiQ wins.  I think there is a lot going here.  A lot of good stuff.  Main things:  Who is in charge (everything else is just PA specific) and I would've personally loved to do more technically work.  I loved coming to the office.  I think it is really important to bring remote people into the office; that mattered a lot and really helped make connections to work with people.

**23. What was the trigger for you to leave?**

LinkedIn.  That was the trigger.  There were other things and I was always thinking "At some point…".  I would've waited longer.

Exhibit 17



Abhishek Bajoria
Senior Litigation Counsel
LinkedIn Corporation
1000 W. Maude Avenue
Sunnyvale, CA 94085
abajoria@linkedin.com

May 23, 2017

*Via Email* to sales@hiqlabs.com

Mark Weidick
hiQ Labs, Inc.
575 Market Street, #850
San Francisco, CA 94105

**RE**:  **Demand to Immediately Cease and Desist Unauthorized Data Scraping and other Violations of LinkedIn's User Agreement**

Mr. Weidick:

I write on behalf of LinkedIn Corporation ("LinkedIn").  It has come to LinkedIn's attention that hiQ Labs, Inc. ("hiQ") has used and is using processes to improperly, and without authorization, access and copy data from LinkedIn's website, www.linkedin.com.  This is not acceptable.

hiQ's software offered at www.hiqlabs.com is impermissibly and illegally accessing and scraping data from LinkedIn.  Indeed, hiQ's website explains how its product improperly incorporates skills data from LinkedIn's website:

- Explore the skills that your employees are self-curating on the web and augment/update your company's database of employee competencies.
- Because Skill Mapper is based on publicly available data, you can explore the full scope of your workforce's skills, including skills from previous and current roles.

*See* https://www.hiqlabs.com/solutions.  Moreover, hiQ has stated during marketing presentations that its Skill Mapper product is built on profile data from LinkedIn, and that this data is "refreshed" every two weeks.  There can thus be no doubt that hiQ's product copies and scrapes data from LinkedIn, including "skills" information from the LinkedIn profiles of LinkedIn members.

LinkedIn has earned its members' trust by acting vigilantly to keep their data secure.  hiQ's actions and products violate this trust, as well as several provisions of LinkedIn's User Agreement (found at https://www.linkedin.com/legal/user-agreement).  In particular, among other things, LinkedIn's User Agreement prohibits the following:

LINK_HIQ_000002224

May 23, 2017
Page 2 of 3

- Scrape or copy profiles and information of others through any means (including crawlers, browser plugins and add-ons, and any other technology or manual work);
- Copy or use the information, content or data of others available on the Services (except as expressly authorized);
- Rent, lease, loan, trade, sell/re-sell access to the Services or any related information or data;
- Share or disclose information of others without their express consent; and
- Use manual or automated software, devices, scripts robots, other means or processes to access, "scrape," "crawl" or "spider" the Services or any related data or information.

As demonstrated above, hiQ is violating each of these provisions.

To be clear, hiQ's prior and present access of LinkedIn's website and/or servers violates LinkedIn's User Agreement and the law.  hiQ's company page on LinkedIn has been restricted. Any future access of any kind by hiQ is without permission and without authorization from LinkedIn.  Further, LinkedIn has implemented technical measures to prevent hiQ from accessing, and assisting others to access, LinkedIn's site, through systems that detect, monitor, and block scraping activity.  Circumventing these technical measures and accessing LinkedIn's website without LinkedIn's authorization constitute violations of multiple state and federal laws, including but not limited to:

- California Penal Code Section 502(c);
- Federal Computer Fraud and Abuse Act (18 U.S.C. §§1030);
- State common law of trespass; and
- the Digital Millennium Copyright Act (17 U.S.C. §§512, 1201).

*See, e.g., Craigslist Inc. v. 3Taps Inc. et al* (N.D. Cal., Aug. 16, 2013) (ignoring revocation of permissions to access, and circumventing IP blocking measures, constitutes a violation of the CFAA); *Facebook, Inc. v. Power Ventures, Inc.,* No. 13-17102, 2016 WL 3741956, at *8 (9th Cir. July 12, 2016) (defendant who "disregarded the cease and desist letter . . . accessed Facebook's computers 'without authorization' within the meaning of the CFAA and is liable under that statute").

Accordingly, LinkedIn demands that hiQ immediately:

1. Cease and desist accessing or attempting to access or use LinkedIn's website, computers, computer systems, computer network, computer programs, and data stored therein (whether directly or through third parties);

2. Destroy all data, documents, and other items, electronic or otherwise, in their possession, custody, or control, that were copied, extracted or otherwise derived from LinkedIn's website (whether directly, indirectly, via members, or from other third parties); and

LINK_HIQ_000002225

May 23, 2017
Page 3 of 3

3. Cease and forever desist from any conduct inducing members to violating LinkedIn's User Agreement and Privacy Policy, including but not limited to offering software or services the use of which by members violates LinkedIn's User Agreement and Privacy Policy.

LinkedIn would prefer to resolve this matter amicably, and I look forward to your response by May 31. This letter is not a recitation of all of the facts pertaining to this matter or all of LinkedIn's possible claims. Accordingly, LinkedIn is not waiving any of its rights and remedies, all of which LinkedIn expressly reserves. If hiQ does not comply with the requests set forth in this letter, LinkedIn reserves all of its rights and remedies, including legal action.

Regards,

Abhishek Bajoria
Senior Litigation Counsel
LinkedIn Corporation

LINK_HIQ_000002226

# Exhibit 18

Message

| | |
|---|---|
| **From:** | Scott Roberts [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BCE61EFF20564996A39D488C38767334-SCOTT ROBER] |
| **Sent:** | 2/13/2014 9:02:19 AM |
| **To:** | Jeff Weiner (LINKEDIN) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8081e60ec353497ca36b02270d7fb294-Jeff Weiner] |
| **CC:** | Emilie Choi [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c4a828c34e434bfcae85f5e879f85beb-Emilie Choi]; Daniel Shapero [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6aab80aee94349e09e9979d084c82e5f-Dan Shapero]; Parker Barrile [pbarrile@linkedin.com]; Annabel Liu [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=feba57745bfe45d2b4c17eeff6365bdd-Annabel Liu]; David Hahn [dhahn@linkedin.com]; Alex Vauthey [avauthey@linkedin.com]; Michael Gamson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=809f47f082d94fae80e9ca40d196855c-Mike Gamson]; Kevin Scott [kscott@linkedin.com]; Deep Nishar [dnishar@linkedin.com]; Bob Rosin [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4e0798c65da94b4da5311f02c7c5f4be-Bob Rosin]; Reid Hoffman (MS Board of Directors) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a4b8791f41204942ae43eca0b1d8edfa-b-rehoff] |
| **Subject:** | Re: Lever (mobile ATS app) |

The Lever team has been difficult to pin down, perhaps due to the message they received late last year that we were concerned about them scraping LinkedIn data. This message was delivered by a LinkedIn employee who was a classmate of Brian Noguchi, one of the founders. You can see in the Youtube video below a 2 Minute demo of the product that includes the ability to extract a LinkedIn profile you visit. The Trust and Safety Team is looking inot this though browser plugins are harder to combat than API based LinkedIn data gathering.

http://www.youtube.com/watch?v=ajHzpuvCpw4

The company has been creating decent buzz, within the startup world and there are tweets from a handful of companies that praise the product. Andrew Mason and Stewart Butterfield are notable fans. The team is still small but appear to be highly regarded. Two founders plus 5 employees, one of them being a salesperson.

Functionality of the product is fairly standard ATS functionality with a much better interface. Appear to be going after Jobvite's territory though JV claims they have only lost 1 of their 1500 customers to Lever. This does appear to be the shiny new player in the space and may resonate with startups and companies that don't have a legacy system. However switching costs can be high moving off of these products.

I will push again for a meeting and will try to avoid engaging our legal/ scraping enforcement team given we may want to have some type of relationship with them.

On Feb 13, 2014, at 7:46 AM, Jeff Weiner <jweiner@linkedin.com> wrote:

Anything new to report on this front? Would like to provide the board an update on this today.

Thanks,
Jeff

---

**From:** Scott Roberts
**Sent:** Saturday, February 01, 2014 10:54 PM
**To:** Jeff Weiner
**Cc:** Emilie Choi; Dan Shapero; Parker Barrile; Annabel Liu; David Hahn; Alex Vauthey; Mike Gamson; Kevin Scott; Deep Nishar; Bob Rosin; Reid Hoffman
**Subject:** Re: Lever (mobile ATS app)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

We tried to connect before the end of the year and we could not connect. We are still trying to get together and can likely do so in the next 2 weeks.

We have discussed this point for many years that lite ATS functionality offered as a free service could be a compelling way to serve the needs of SMBs. With the development of Ubiquity we should be in an even stronger position to serve these customers and a lightweight ATS would be a good tool to manage all if a companies activities with us.

Will report back after we lock down and meet with Lever.

Sent from my iPhone

On Feb 1, 2014, at 9:40 PM, "Jeff Weiner" <jweiner@linkedin.com> wrote:

> Any update on this front?
>
> Asking because just got some G2 from a sophisticated investor in one of the major chat platforms that suggested that Lever is highly focused on getting distribution through those channels. Thesis is that if properly integrated into those systems they could become a real competitive threat.
>
> Could be a good fit for us. In addition to providing a strong selling point for additional chat platform integration discussions, could also be an asset given our renewed focus on SMBs.
>
> Look forward to hearing your thoughts.
>
> Thanks,
> Jeff

---

> Begin forwarded message:
>
> **From:** Emilie Choi <echoi@linkedin.com>
> **Date:** October 17, 2013 at 11:43:24 PM PDT
> **To:** Jeff Weiner <jweiner@linkedin.com>, Parker Barrile <pbarrile@linkedin.com>, Annabel Liu <aliu@linkedin.com>, Dan Shapero <dshapero@linkedin.com>, Scott Roberts <sroberts@linkedin.com>
> **Cc:** David Hahn <dhahn@linkedin.com>, Mike Gamson <mgamson@linkedin.com>
> **Subject: RE: Lever (mobile ATS app)**
>
> We noticed these guys bc the team is legit: https://angel.co/lever
>
> Here's their site: https://lever.co/
>
> They're still in stealth mode and declined to meet with us when we reached out last year. While I would like to meet with them at some point, Scott recently found out that they have a browser plugin scraping tool and sent to Adam T and Paul Rockwell. So we should take care of that issue before reaching out to them on any other fronts.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

From: Jeff Weiner
Sent: Thursday, October 17, 2013 10:55 PM
To: Parker Barrile; Annabel Liu; Dan Shapero; Emilie Choi; Scott Roberts
Cc: David Hahn; Mike Gamson
Subject: Lever (mobile ATS app)

Thoughts?

https://mobile.twitter.com/lever


Sent from my iPhone

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Exhibit 19

# Filed Under Seal

Exhibit 20

Message

| | |
|---|---|
| **From:** | Eric Darwin [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7688D59FE866480BB9E6F8521A8137F9-ERIC DARWIN] |
| **Sent:** | 12/23/2014 3:23:24 PM |
| **To:** | Bob Rosin [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4e0798c65da94b4da5311f02c7c5f4be-Bob Rosin]; Kiran Prasad [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=094061ebdc76439a8ec4270df366ca98-Kiran Prasa]; Emilie Choi [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c4a828c34e434bfcae85f5e879f85beb-Emilie Choi] |
| **CC:** | Lee Womer [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2abbad0e3a174deea3567e91dabb1c8f-Lee Womer]; Joff Redfern [jredfern@linkedin.com]; Scott Roberts [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=bce61eff20564996a39d488c38767334-Scott Rober] |
| **Subject:** | RE: Happy Holidays! |

I would be interested in joining a meeting with Kiran to learn more about what they are doing and hear their thoughts on the competitive landscape. 2M downloads is impressive, although I understand their WAU is in the 600K range. One Corp Dev challenge will be the fact that 1/3rd of the eng team is based in China and Singapore.

**From:** Bob Rosin
**Sent:** Tuesday December 23 2014 2:56 PM
**To:** Kiran Prasad; Emilie Choi
**Cc:** Lee Womer; Joff Redfern; Scott Roberts; Eric Darwin
**Subject:** Re: Happy Holidays!

Emilie, do you want to take a look from a corp dev standpoint? Here are some other thoughts from Robin Vasan at Mayfield:

They also have been exploring building/partnering for an Email solution. I wasn't sure if LinkedIn has been thinking about owning or partnering to have an email offering? Mailbox was acquired by Dropbox and Accompli recently by Microsoft. It seems that various players around the ecosystem are exploring an email offering – or maybe just have a solution with a cloud backend that can connect into email and discover interesting things. EasilyDo is in conversation with one large web player about a 7-figure licensing deal for their cloud backend capabilities to help discover tasks (flights, hotels, cars, restaurtants, etc.) i n email.

Kiran, what busdev issues with Facebook and Twitter are you referring to? They have both been very accommodating to our recent requests for access. My assumption has been that we don't want to further integrate with them but if there is something you are looking to do with FB or TW let me know.

Bob

**From:** Kiran Prasad <kiran@linkedin.com>
**Date:** Tuesday, December 23, 2014 at 9:29 AM
**To:** Emilie Choi <echoi@linkedin.com>
**Cc:** Bob Rosin <brosin@linkedin.com>, Lee Womer <lwomer@linkedin.com>, Joff Redfern <jredfern@linkedin.com>, Scott Roberts <sroberts@linkedin.com>, Eric Darwin <edarwin@linkedin.com>
**Subject:** Re: Happy Holidays!

LINK_HIQ_000012274

I've used the app for a few months and I think they could be interesting. Design was not great and they are not focused on people. The integrations are good but won't last when the join us unless we plan to solve our busdev issues with Facebook and Twitter. I eventually moved from them to Google now which has all the features they have without all the integrations.

Id like to meet them to see if they have done anything really new in the past 6 months.

Sent from my iPhone

On Dec 22, 2014, at 5:03 PM, Emilie Choi <echoi@linkedin.com> wrote:

> Also adding Kiran to get his thoughts
>
>
>
>
> Emilie Choi
> Corporate Development, LinkedIn
> Email: echoi@linkedin.com
> Mobile: 650.814.9787
> Work: 650.810.2885
> URL: http://www.linkedin.com/in/emiliechoi
>
> _____
>
> **From:** Bob Rosin
> **Sent:** Saturday, December 20, 2014 11:41 AM
> **To:** Lee Womer; Joff Redfern
> **Cc:** Emilie Choi; Scott Roberts; Eric Darwin
> **Subject:** Re: Happy Holidays!
>
> +Joff
>
> On Dec 20, 2014, at 9:37 AM, Lee Womer <lwomer@linkedin.com> wrote:
>
>> +Scott and Eric
>>
>> I had a call with the Biz Dev guy at EasilyDo yesterday. They reached out about some Biz Dev ideas that aren't very interesting to us, but I think they could be interesting from a Corp Dev perspective. They're positioning themselves as an alternative to Google Now or Cortana, so think Refresh but capturing data from a lot more sources and trying to predict and alert you about what you need to know (flight delays, traffic alerts, alerts that bills are due, social updates, weather updates, etc).
>>
>> Bob/Emilie/Scott, would be interested to know where this sort of "Smart PDA" type functionality fell on the priority list during 2015 planning, and how you think we should proceed. Company has 17 engineers that look pretty solid (team is mostly ex-Nuance, with some Tencent and Baidu sprinkled in) out of a team of ~36 people. I know we looked at this space before (ReQall was trying similar things, but their engineers didn't pass our bar). Bob/Scott – we should connect about whether we'd want to support their API access based on our Product roadmap. If so, I think they'd be a good candidate to beta test our SDK (though I doubt we'd want to highlight them in our press).
>>
>> I told him I'd play around with the app over the break and we should reconnect in the New Year. I'd recommend that we ask to do an intro meeting between the CEO and the right people on our product team.

Team overview attached and some key points below.  Please weigh in with thoughts.

- Company integrates with 3rd party services to ingest data, parses the data and provides predictive notifications to help users be more efficient
  - Use cases include contact management, travel and entertainment notifications, bills and receipts notifications, package tracking, social updates, smart calendar, traffic and directions, weather updates, birthday notifications, etc
  - They pull data from about 15 different sources.  The main source of signal they get is from email (major webmail providers + exchange), they also pull from the major social sites (Facebook, Twitter, LinkedIn, Instagram)
  - They claim that they don't store any data (and they don't want to).  Instead, they integrate with the major web services (Evernote, Box, Dropbox, Salesforce) to pass the appropriate data through and store it.  For example, they recognize that you got a bill in email: they notify you a bill is due for payment, then put it in Evernote and tag it as a bill
- They've got 2M users.  iOS app has been live for 2 years (Android app for 1.5 years); He dodged my question about revenue
- Business model: Freemium model where they attempt to upsell users to premium features
  - **Consumer offering:** Consumer pays $4.99/month or $49.99 annually for features that look like they should be table stakes (Import unlimited contacts, Merge duplicate contacts, travel alerts, advanced email alerting, better customer support)
  - **Business offering:** $15/month for integration with Salesforce, enterprise-grade security and centralized administration
- Biz Dev ideas they proposed
  - We give them more access to user data (he didn't know or specify exactly what they wanted) and they give us a rev share
  - They'd love to be able to export LinkedIn data to Salesforce when appropriate (obviously no way)
- Team/situation;
  - Check out the attached PDF for the bios on the Product/Eng team
  - Company raised $4.3M from Mayfield and USVP in December 2012.  The company must be generating a few million in revenue to support a team of ~36 without raising any capital since the end of 2012

Pls jump in with thoughts/questions.

---

**From:**  Bob Rosin
**Sent:**  Monday, December 15, 2014 11:48 PM
**To:** Emilie Choi
**Cc:** Lee Womer
**Subject:** Re: Happy Holidays!

Thanks. Yes Lee is planning to meet with them.

---

**From:** Emilie Choi <echoi@linkedin.com>
**Date:** Monday, December 15, 2014 at 10:40 PM
**To:** Bob Rosin <brosin@linkedin.com>

Highly Confidential - Attorneys' Eyes Only

**Cc:** Lee Womer <lwomer@linkedin.com>
**Subject:** RE: Happy Holidays!

+Lee

No but would be good to get to know them better bc analytics is a big focus for the LTS team. If they're interested in corp dev, can you intro me? Or if you want to start with BD, Lee has been keeping me in the loop with the players he's mtg with.

Thanks,
Emilie

---

**From:** Bob Rosin
**Sent:** Monday, December 15, 2014 9:10 PM
**To:** Emilie Choi
**Subject:** FW: Happy Holidays!

Hi Emilie, has your team looked at EasilyDo?

Bob

---

**From:** Bob Rosin <███████████████>
**Date:** Monday, December 15, 2014 at 9:06 PM
**To:** Bob Rosin <brosin@linkedin.com>
**Subject:** Fwd: Happy Holidays!

Begin forwarded message:

**From:** Robin Vasan <rvasan@mayfield.com>
**To:** "███████████████" <███████████████>
**Subject: Happy Holidays!**
**Date:** December 15, 2014 at 2:11:59 PM PST

Bob,

I wanted to touch base since we are either working on or looking at companies that want to integrate more with LinkedIn.

One company we are not involved in, but recently met, is called HiQ Labs. https://www.hiqlabs.com/ They are helping HR departments inside of companies look at public data (including LinkedIn) to try to predict which employees might be at risk to leave. We found it interesting, but weren't sure that LinkedIn would look favorably at a company that is analyzing profiles (combined with various other data sources). It would be great to get a sense on how LinkedIn figures out which partners to allow and work closely with or not.

Another one that we are involved with is EasilyDo (www.easilydo.com) and they are seeing strong traction with their smart assistant solution. Today they have some

lightweight/API integration with LinkedIn, but would be interested to have a deeper relationship.

Anyway, it would be great to catch up and hear where you see opportunities.

All the best,

Robin

<image001.jpg>
*Robin Vasan* – Managing Director
rvasan@mayfield.com | mayfield.com
2484 Sand Hill Road  | Menlo Park, CA  94025
(w) 650.854.5560 | (d) 650.233.5752

<EasilyDo _ LinkedIn Recruiter.pdf>

Highly Confidential - Attorneys' Eyes Only

# Exhibit 21

# Filed Under Seal

# Exhibit 22

# Filed Under Seal

# Exhibit 23

# Filed Under Seal

# Exhibit 24

# Filed Under Seal

# Exhibit 25

# Filed Under Seal

# Exhibit 26

| Message | |
|---|---|
| **From:** | Kim Colombo [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9E62B8D7A6364BAD83AD394CA9F9832E-KIM COLOMBO] |
| **Sent:** | 6/5/2017 1:44:04 PM |
| **To:** | Forrest Funnell [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5b36220d6f6049b5ba677ade5b2f85f6-Forrest Fun] |
| **CC:** | David Vambre [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8b455fce25cc4c53a2576952a96e96ff-David Vambr]; Eric Owski [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=53dfc83e61294ed7b85b616f6a27bd74-Eric Owski]; Scott Roberts [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=bce61eff20564996a39d488c38767334-Scott Rober]; Lee Womer [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2abbad0e3a174deea3567e91dabb1c8f-Lee Womer]; Peter Ombres [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e31ba0e94a4046f59a6081e0bcede0c8-Peter Ombre] |
| **Subject:** | Re: Hi Q labs |

Hi All,

Looks like this Thursday @ 2:30pm PT works best for everyone. Calendar invite on its way.

Thanks,
Kim


**Kim Colombo**
Executive Assistant



650.504.5718
kcolombo@linkedin.com
linkedin.com/in/kimcolombo


On Thu, Jun 1, 2017 at 4:02 PM, Forrest Funnell <ffunnell@linkedin.com> wrote:
Thanks. Kim - Please add Peter and I to the invite and at least one of us will make it.

I haven't heard of HiQ, so looking forward to discussing more.

If interested to learn more on Visier, notes below from a presentation in March...

Visier (Analytics):

- Shift in analytics tools: buyer used to be CIO, new buyer is end user (CFO, HR, CMO)
- Three apps:
  - Workforce analytics: Career path, expected tenure, performance benchmarking
  - Planning: Predict headcount needs
  - TA: Likelihood of hire, likelihood of success at company
  - Next app: Finance analytics
- Goal is to be a broad analytics suite, not an HCM company
- Sits separate from SORs and easily ingests the data; can also use csv, data warehouse, etc. Customers usually add 7-8 data sources, and up to 40
- 1/20th the cost of Oracle/SAP/Workday; deliver in 2 months vs 1 year
- Avg customer is 10k employees
- Customers are mostly in tech, healthcare, finance - where people are expensive
- $26M ARR, (+86% y/y); $45M ARR plan in 2017

LINK_HIQ_000030615

- Rasied $50M , not quite cashflow positive
- Ideal path is to take company public
- FF Note: CEO John Schwarz came off well; not a visionary, but has a solid grasp of what he's doing and what's next

On Thu, Jun 1, 2017 at 3:37 PM, David Vambre <dvambre@linkedin.com> wrote:
+Kim

Hi Kim - could you please help set up 30mn next week to discuss the topic mentioned above ?

- **Subject**: BD/Product/CorpDev - HCM Analytics Sync
- **Attendees**: Eric, Scott, Lee, @Peter & Forrest please advise, myself
- **Time**: 30mn, probably best next week on thursday/friday when we're all in SF

Thanks
DV

On Thu, Jun 1, 2017 at 9:03 AM, Eric Owski <eowski@linkedin.com> wrote:
HiQ is on our radar, though I don't think I've discussed with Corp Dev yet.

We really like the product category. They are operating in an adjacent problem space to Project Athena. A couple of people on my team attended a recent conference they hosted and anecdotally, customers seem to love the product.

We also recently sent them a C&D. Their most recent product launch, Skill Mapper, leverages LinkedIn public profiles to build richer employee profiles and aggregate data on a company's workforce. Description below. It's probably worth a 30 minute conversation - could see them fitting into LinkedIn's roadmap or the broader joint HCM strategy.

Skill Mapper was built for Talent Acquisition and Management teams facing the challenge of building workforce and succession plans without sufficient data on their employees' skill sets in their current HCM systems.

Because Skill Mapper is based on publicly available data, you can explore the full scope of your workforce's skills, including skills from previous and current roles. Our customers use Skill Mapper for workforce and succession planning, driving employee engagement by promoting internal mobility, and reducing the costs associated with external talent acquisition.

On Thu, Jun 1, 2017 at 8:48 AM, David Vambre <dvambre@linkedin.com> wrote:
+Peter & Forrest

I know Eric & CorpDev have http://www.visier.com/ on their radar, don't know about Hi Q.

On Thu, Jun 1, 2017 at 8:30 AM, Scott Roberts <sroberts@linkedin.com> wrote:
Have we ever looked closely at what they are doing?

Sent from my iPhone

LINK_HIQ_000030616

--

**David Vambré**
Business Development  Manager,  Talent  Solutions



415.850.5827 - 222 2nd Street, San Francisco

--

Head of Product, Talent Brand and Talent Analytics
LinkedIn  Talent  Solutions

--

**David Vambré**
Business Development  Manager,  Talent  Solutions



415.850.5827 - 222 2nd Street, San Francisco

--

Forrest  Funnell
Corporate  Development



310.245.1292
ffunnell@linkedin.com
https://www.linkedin.com/in/ffunnell

# Exhibit 27

# Filed Under Seal

# Exhibit 28

# Filed Under Seal

# Exhibit 29

# Filed Under Seal

# Exhibit 30


# Filed Under Seal

# Exhibit 31


# Filed Under Seal

# Exhibit 32

# Filed Under Seal

# Exhibit 33

# Filed Under Seal

# Exhibit 34

# Filed Under Seal

# Exhibit 35

Message
_____

| | |
|---|---|
| **From:** | Han Givens [hgivens@linkedin.com] |
| **Sent:** | 10/5/2015 9:11:14 PM |
| **To:** | Rena Yi [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5b4d8b1e743f4eb0bb77caf26981a09f-Rena Yi] |
| **CC:** | Lorenzo Canlas [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5fb700195d094089a60556afbdc6e0e6-Lorenzo Can] |
| **Subject:** | Re: Fwd: See You Tomorrow in San Francisco |

Yes, I'll be there! See you tomorrow!!

On Oct 5, 2015 8:42 PM, "Rena Yi" <reyi@linkedin.com>  wrote:
Lorenzo/Han,  are you both going  to the conference  tomorrow?  If so, see you there  in the morning.

Han,  welcome  back!


--

**Rena Yi**

Talent  Analytics Manager

Business Operations  & Analytics



310.525.4628

reyi@linkedin.com

www.linkedin.com/in/renayi




---------- Forwarded message ----------
From: **hiQ Labs** <elevate@hiqlabs.com>
Date: Mon, Oct 5, 2015 at 2:18 PM
Subject: See You Tomorrow  in San Francisco
To: reyi@linkedin.com



LINK_HIQ_000065303



**hiQ Elevate**
**TUESDAY, OCTOBER 6th**
**SAN FRANCISCO**

Dear Rena,

Tomorrow is the day of the future.  We're excited to spend the day with you and wanted to share a few tips for the day. Set your alarm clocks, hit the sack early and prepare for a jam-packed day full of new information, ideas, best practices and more.

The Westin St. Francis is located at 335 Powell Street.  Right on Union Square, steps away from the Powell BART station.

When you arrive, you'll find us in the California Ballroom. If you're using the elevator or stairs just come to the second floor.

Breakfast and Registration begins at 7:30 and we'll start promptly at 8:30.

We're looking forward to seeing you tomorrow!  Please feel free to reach out to us with any questions.

LINK_HIQ_000065304

*SHRM Professional Development Credits available*

**SHRM**
**SHRM-CP™ / SHRM-SCP™**
**PREFERRED**
**PROVIDER**
**2015-2016**

Socialize with us:

**Forward this email**

SafeUnsubscribe

This email was sent to reyi@linkedin.com by elevate@hiqlabs.com |
Update Profile/Email Address | Rapid removal with SafeUnsubscribe™ | About our service provider.

hiQ Labs | 625 Market Street | San Francisco | CA | 94105

# Exhibit 36

# Filed Under Seal

# Exhibit 37


# Filed Under Seal

# Exhibit 38

# Filed Under Seal

# Exhibit 39

# Filed Under Seal

# Exhibit 40

# Filed Under Seal

# Exhibit 41

# Filed Under Seal

# Exhibit 42

# Filed Under Seal

# Exhibit 43


# Filed Under Seal

# Exhibit 44

# Filed Under Seal

# Exhibit 45

# Filed Under Seal