Corey Worcester (*pro hac vice*)
coreyworcester@quinnemanuel.com
Renita Sharma (*pro hac vice*)
renitasharma@quinnemanuel.com
Hope Skibitsky (*pro hac vice*)
hopeskibitsky@quinnemanuel.com
Elisabeth Miller (*pro hac vice*)
elisabethmiller@quinnemanuel.com
Zane Muller (*pro hac vice*)
zanemuller@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:      (212) 849-7100

Terry L. Wit (SBN 233473)
terrywit@quinnemanuel.com
Adam B. Wolfson (SBN 262125)
adamwolfson@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for Plaintiff hiQ Labs, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> LinkedIn Corp., <br><br> Defendant. | Case No. 3:17-CV-03301-EMC <br><br> **[PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL HIQ'S CONFIDENTIAL MATERIAL** |

The Court has received Plaintiff hiQ Labs, Inc.'s Administrative Motion to File Under Seal HiQ's Confidential Material.  Material which hiQ has designated Confidential or Highly Confidential appears in hiQ Labs, Inc.'s Opposition to August 5, 2022 Motions (the "Oppositions").  Because the Oppositions contain material that is sealable pursuant to Local Rule 79-5, Plaintiff's Administrative Motion to File

Under Seal is **GRANTED**.

**IT IS HEREBY ORDERED** that the following materials should be sealed and that counsel for

hiQ may file the following material designated by hiQ under the Stipulated Protective Order For Litigation

Involving Patents, Highly Sensitive Confidential Information, and/or Trade Secrets (ECF No. 213):

| Document | Text to be Sealed | Reason |
|---|---|---|
| Compendium Ex. 6 (hiQ_00238042) | Entire Document | This document contains information designated by hiQ as confidential under the Protective Order because it contains personal information regarding hiQ's employees. |
| Compendium Ex. 7 (hiQ_00238098) | Entire Document | This document contains information designated by hiQ as confidential under the Protective Order because it contains personal information regarding hiQ's employees. |
| Compendium Ex. 53 (hiQ_00603901) | Redacted Text | hiQ has designated the proposed redacted portion of this document as confidential under the Protective Order as it pertains to a confidential business relationship with a third party. |
| Compendium Ex. 62 (hiQ's Responses to LinkedIn's First Set of Interrogatories) | Redacted Text | hiQ has designated the proposed redacted portion of this document as confidential under the Protective Order because it reflects certain confidential relationships with third-parties. |
| Compendium Ex. 63 (hiQ's Supplemental Responses to LinkedIn's Second Set of Interrogatories) | Redacted Text | The redacted portions of this document are confidential under the Protective Order because it reflects certain confidential relationships with third-parties. |
| Compendium Ex. 66 (hiQ_00003612) | Entire Document | This document has been designated by hiQ as confidential because it reflects the confidential, proprietary terms of a business relationship between hiQ and a certain third-party client. |

| Compendium Ex. 67 (hiQ_00003722) | Entire Document | This document has been designated by hiQ as confidential because it reflects the confidential, proprietary terms of a business relationship between hiQ and a certain third-party client. |
|---|---|---|
| Compendium Ex. 68 (hiQ_00003783) | Entire Document | This document has been designated by hiQ as confidential because it reflects the confidential, proprietary terms of a business relationship between hiQ and a certain third-party client. |
| Compendium Ex. 69 (hiQ_00003841) | Entire Document | This document has been designated by hiQ as confidential because it reflects the confidential, proprietary terms of a business relationship between hiQ and a certain third-party client. |
| Compendium Ex. 88 (Second Amended Expert Report of Benjamin Sacks) | Redacted Text | hiQ has designated the proposed redacted portion of this document as confidential under the Protective Order because it relates to a sensitive third. |
| Compendium Ex. 89 (Rebuttal Expert Report of Benjamin Sacks) | Redacted Text | hiQ has designated the proposed redacted portion of this document as confidential under the Protective Order because the material reveals confidential relationships with certain third parties. |
| hiQ's Opposition to LinkedIn's Summary Judgment Brief | Redacted Text | hiQ has designated the proposed redacted portion of this document as confidential under the Protective Order because the material reveals confidential relationships with certain third parties. |

Dated:

_____
HON. EDWARD CHEN
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28