Corey Worcester (*pro hac vice*)
coreyworcester@quinnemanuel.com
Renita Sharma (*pro hac vice*)
renitasharma@quinnemanuel.com
Hope Skibitsky (*pro hac vice*)
hopeskibitsky@quinnemanuel.com
Elisabeth Miller (*pro hac vice*)
elisabethmiller@quinnemanuel.com
Zane Muller (*pro hac vice*)
zanemuller@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:      (212) 849-7100

Terry L. Wit (SBN 233473)
terrywit@quinnemanuel.com
Adam B. Wolfson (SBN 262125)
adamwolfson@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for Plaintiff hiQ Labs, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LinkedIn Corp.,<br><br>　　　　Defendant. | Case No. 3:17-CV-03301-EMC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL LINKEDIN'S AND THIRD PARTIES' MATERIAL** |

　　　　The Court has received Plaintiff hiQ Labs, Inc.'s Administrative Motion to File Under Seal LinkedIn's And Third Parties' Material. Material which LinkedIn Corp. ("LinkedIn") or another third party has designated Confidential or Highly Confidential or which hiQ has good faith reason to believe that another party would deem as Confidential appears in hiQ Labs, Inc.'s Opposition to August 5, 2022

Motions (the "Oppositions").  Because the Oppositions contain material that is sealable pursuant to Local Rule 79-5, Plaintiff's Administrative Motion to File Under Seal is **GRANTED**.

**IT IS HEREBY ORDERED** that the following materials should be sealed and that counsel for hiQ may file the following material designated by LinkedIn under the Stipulated Protective Order For Litigation Involving Patents, Highly Sensitive Confidential Information, and/or Trade Secrets (ECF No. 213):

| | |
|---|---|
| Compendium Ex. 19 (LINK_HIQ_000012172) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 20 (LINK_HIQ_000012274) | LinkedIn has designated this the proposed redacted portion of this document as confidential under the protective order. |
| Compendium Ex. 21 (LINK_HIQ_000012438) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 22 (LINK_HIQ_000012572) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 23 (LINK_HIQ_000012580) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 24 (LINK_HIQ_000012888) | LinkedIn has designated this document confidential under the protective order. |
| Compendium Ex. 25 (LINK_HIQ_000027438) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 27 (LINK_HIQ_000042832) | LinkedIn has designated this document confidential under the protective order. |
| Compendium Ex. 28 (LINK_HIQ_000042850) | LinkedIn has designated this document confidential under the protective order. |
| Compendium Ex. 29 (LINK_HIQ_000042967) | LinkedIn has designated this document confidential under the protective order. |
| Compendium Ex. 30 (LINK_HIQ_000052097) | LinkedIn has designated this document confidential under the protective order. |
| Compendium Ex. 31 (LINK_HIQ_000059737) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 32 (LINK_HIQ_000059739) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 33 (LINK_HIQ_000059745) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 34 (LINK_HIQ_000059771) | LinkedIn has designated this document confidential under the protective order. |
| Compendium Ex. 36 (LINK_HIQ_000067542) | LinkedIn has designated this document highly confidential under the protective order. |

| | |
|---|---|
| Compendium Ex. 37 (LINK_HIQ_000069325) | LinkedIn has designated this document confidential under the protective order. |
| Compendium Ex. 38 (LINK_HIQ_000070786) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 39 (LINK_HIQ_000070800) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 40 (LINK_HIQ_000070831) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 41 (LINK_HIQ_000072010) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 42 (LINK_HIQ_000072012) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 43 (LINK_HIQ_000072090) | LinkedIn has designated this document confidential under the protective order. |
| Compendium Ex. 44 (LINK_HIQ_000072095) | LinkedIn has designated this document confidential under the protective order. |
| Compendium Ex. 45 (LINK_HIQ_000073013) | LinkedIn has designated this document confidential under the protective order. |
| Compendium Ex. 47 (LINK_HIQ_000173660) | LinkedIn has designated this document confidential under the protective order. |
| Compendium Ex. 48 (LINK_HIQ_000183741) | LinkedIn has designated this document confidential under the protective order. |
| Compendium Ex. 49 (LINK_HIQ_000184276) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 50 (LINK_HIQ_000184280) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 51 (LINK_HIQ_000198195) | LinkedIn has designated this document confidential under the protective order. |
| Compendium Ex. 52 (LINK_HIQ_000198255) | LinkedIn has designated this document confidential under the protective order. |
| Compendium Ex. 54 (LINK_HIQ_000038999) | LinkedIn has designated this document confidential under the protective order. |
| Compendium Ex. 57 (LINK_HIQ_000084713) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 58 (LINK_HIQ_000084959) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 59 (LINK_HIQ_000068227) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 61 (Schmidt Expert Report) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 65 (LINK_HIQ_000088586) | LinkedIn has designated this document confidential under the protective order. |
| Compendium Ex. 70 (Excerpts of Bray May 18, 2022 Deposition Transcript) | LinkedIn has designated this transcript highly confidential under the protective order. |
| Compendium Ex. 71 (Excerpts of Bray July 27, 2022 Deposition Transcript) | LinkedIn has designated this transcript highly confidential under the protective order. |

Case No. 3:17-cv-03301-EMC
[PROPOSED] ORDER GRANTING ADMIN. MOTION TO FILE UNDER SEAL LINKEDIN'S AND THIRD PARTIES' MATERIAL

| | |
|---|---|
| Compendium Ex. 72 (Excerpts of Carges Deposition Transcript) | A third party has designated this transcript highly confidential under the protective order. |
| Compendium Ex. 73 (Excerpts of Gagnon Deposition Transcript) | A third party has designated this transcript highly confidential under the protective order. |
| Compendium Ex. 75 (Excerpts of Jennings Deposition Transcript) | LinkedIn has designated this transcript highly confidential under the protective order. |
| Compendium Ex. 77 (Excerpts of May 20, 2022 Lawit Deposition Transcript) | LinkedIn has designated this transcript highly confidential under the protective order. |
| Compendium Ex. 80 (Excerpts of Owski Deposition Transcript) | LinkedIn has designated this transcript highly confidential under the protective order. |
| Compendium Ex. 81 (Excerpts of Reid Deposition Transcript) | LinkedIn has designated this transcript highly confidential under the protective order. |
| Compendium Ex. 82 (Excerpts of Rosin Deposition Transcript) | LinkedIn has designated this transcript highly confidential under the protective order. |
| Compendium Ex. 85 (Excerpts of Womer Deposition Transcript) | LinkedIn has designated this transcript confidential under the protective order. |
| Compendium Ex. 99 (Excerpts of Aug. 26, 2022 Lawit Deposition Transcript) | LinkedIn has designated this transcript highly confidential under the protective order. |
| Compendium Ex. 100 (Expert Rebuttal Report of Yael Hochberg, Ph.D.) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 101 (Excerpts of Francis Deposition Transcript) | LinkedIn has designated this transcript highly confidential under the protective order. |
| Compendium Ex. 104 (LINK_HIQ_000091373) | LinkedIn has designated this document confidential under the protective order. |
| hiQ's Opposition to LinkedIn's Summary Judgment Brief | hiQ has designated the proposed redacted portion of this document as confidential under the Protective Order because the document reveals material LinkedIn has designated as confidential or highly confidential. |

Dated:

HON. EDWARD CHEN
UNITED STATES DISTRICT JUDGE

Case No. 3:17-cv-03301-EMC
[PROPOSED] ORDER GRANTING ADMIN. MOTION TO FILE UNDER SEAL LINKEDIN'S AND THIRD PARTIES' MATERIAL