Corey Worcester (*pro hac vice*)
coreyworcester@quinnemanuel.com
Renita Sharma (*pro hac vice*)
renitasharma@quinnemanuel.com
Hope Skibitsky (*pro hac vice*)
hopeskibitsky@quinnemanuel.com
Elisabeth Miller (*pro hac vice*)
elisabethmiller@quinnemanuel.com
Zane Muller (*pro hac vice*)
zanemuller@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000

Terry L. Wit (SBN 233473)
terrywit@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:     (415) 875-6331

*Attorneys for Plaintiff and Counterclaim Defendant hiQ Labs, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc., <br><br> *Plaintiff and Counterclaim Defendant,* <br><br> vs. <br><br> LinkedIn Corp., <br><br> *Defendant and Counterclaim Plaintiff.* | Case No. 3:17-cv-03301-EMC <br><br> **DECLARATION OF ZANE MULLER IN SUPPORT OF HIQ LABS, INC.'S OPPOSITION TO LINKEDIN'S MOTION FOR SPOLIATION SANCTIONS** |

I, Zane Muller, declare as follows:

1. I am an attorney with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys of record for Plaintiff hiQ Labs, Inc. ("hiQ"). I have personal knowledge of the facts set forth below and if called as a witness I could and would competently testify to those facts.

2. Attached hereto as Exhibit A is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00576676.

3. Attached hereto as Exhibit B is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00175060.

4. Attached hereto as Exhibit C is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00217746.

5. Attached hereto as Exhibit D is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00019925.

6. Attached hereto as Exhibit E is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00195883.

7. Attached hereto as Exhibit F is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00194924.

8. Attached hereto as Exhibit G is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00194774.

9. Attached hereto as Exhibit H is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00199134.

10. Attached hereto as Exhibit I is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00403885.

11. Attached hereto as Exhibit J is a true and correct copy of a letter from Abhishek Bajoria to Mark Weidick.

12. Attached hereto as Exhibit K is a true and correct copy of a letter from Nathan Shaffer to Renita Sharma.

13. Attached hereto as Exhibit L is a true and correct copy of an excerpt of an email thread.

14. Attached hereto as Exhibit M is a true and correct copy of hiQ Labs Inc.'s Second Supplemental Responses to LinkedIn Corporation's Second Set of Interrogatories.

15. Attached hereto as Exhibit N is a true and correct copy of excerpts of the May 18, 2022 deposition of Jenelle Bray.

16. Attached hereto as Exhibit O is a true and correct copy of excerpts of the deposition of Darin Medeiros.

17. Attached hereto as Exhibit P is a true and correct copy of excerpts of the March 18, 2022 deposition of Mark Weidick.

18. Attached hereto as Exhibit Q is a true and correct copy of excerpts of the June 1, 2022 deposition of Mark Weidick.

19. Attached hereto as Exhibit R is a true and correct copy of excerpts of the deposition of Xiaofeng Wu.

20. Attached hereto as Exhibit S is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00177002.

21. Attached hereto as Exhibit T is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00179846.

22. Attached hereto as Exhibit U is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00179862.

23. Attached hereto as Exhibit V is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00626269.

24. Attached hereto as Exhibit W is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00467911.

25. Attached hereto as Exhibit X is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00579558.

26. Attached hereto as Exhibit Y is a true and correct copy of a document produced by hiQ from its files, initial page Bates Number hiQ_00592239.

27. Attached hereto as Exhibit Z is a true and correct copy of the Declaration of Mark Weidick in Opposition to LinkedIn's Motion for Spoliation Sanctions.

28. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed September 2, 2022, at Brooklyn, New York.

By:     */s/ Zane Muller*
             Zane Muller