# EXHIBIT A

| | |
|---|---|
| From: | robot@hiqlabs.com |
| Sent: | Fri 11/11/2016 8:56 AM (GMT-08:00) |
| To: | silas.barta@hiqlabs.com; boris.dev@hiqlabs.com; dan.miller@hiqlabs.com; conner.swann@hiqlabs.com |
| Cc: | |
| Bcc: | |
| Subject: | Splunk Dashboard: 'production_scraper_dashboard' |
| Attachments: | production_scraper_dashboard-2016-11-11.pdf |

Time axis is now consistent across plots

View dashboard

If you believe you've received this email in error, please see your Splunk administrator.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
hiQ_00576676





HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00576677



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00576678