# EXHIBIT B

| | |
|---|---|
| From: | robot@hiqlabs.com |
| Sent: | Sun 12/18/2016 8:58 AM (GMT-08:00) |
| To: | silas.barta@hiqlabs.com; boris.dev@hiqlabs.com; dan.miller@hiqlabs.com; conner.swann@hiqlabs.com; cameron.cole@hiqlabs.com; gala.nicolaskaufman@hiqlabs.com; liz.brokken@hiqlabs.com |
| Cc: | |
| Bcc: | |
| Subject: | Splunk Dashboard: 'production_scraper_dashboard' |
| Attachments: | production_scraper_dashboard-2016-12-18.pdf |

A PDF was generated for production_scraper_dashboard

View dashboard

If you believe you've received this email in error, please see your Splunk administrator.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
hiQ_00175061



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



## Response Breakdown

Fixed header typo (git_last_tag=stop-with-login-modal)



## Scraper Demand

Hourly count of profile pages in scrapus2 collection that needed scraping over last 3 weeks



splunk>    Boris's Scraper Dashboard                2016-12-18 09:00:00
                                                    Page 3

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                         hiQ_00175063

## Response Breakdown

Status codes recieved over last 3 weeks



## Scraper output

Hourly count of profile pages written to raw_scrapes collection over the last 3 weeks



splunk>   Boris's Scraper Dashboard   2016-12-18 09:00:00   Page 4

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    hiQ_00175064

## Scrapus2 objects that have not been scraped for over 3 hours after their deadline



## Trouble URLs: Non-scraped for 12+ hours

No matching events found.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY   hiQ_00175065

## Oxylabs

No results found.

### Side-scraper: Tunnel errors and and request count



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY   hiQ_00175066