# EXHIBIT C

From: robot@hiqlabs.com
Sent: Mon 2/27/2017 8:55 AM (GMT-08:00)
To: silas.barta@hiqlabs.com; boris.dev@hiqlabs.com; dan.miller@hiqlabs.com; conner.swann@hiqlabs.com; cameron.cole@hiqlabs.com; gala.nicolaskaufman@hiqlabs.com; liz.brokken@hiqlabs.com
Cc:
Bcc:
Subject: Splunk Dashboard: 'production_scraper_dashboard'
Attachments: production_scraper_dashboard-2017-02-27.pdf

A PDF was generated for production_scraper_dashboard

View dashboard

If you believe you've received this email in error, please see your Splunk administrator.


## Core Scraper [redacted] Response Breakdown

docker_tag=jan3

4,000
3,000
2,000
1,000
6:00 AM
Mon Feb 27
2017
7:00 AM
8:00 AM
8:30 AM
_time
200
999 (Bans)
404
Bad HTML

## Core Scraper [redacted] Response Breakdown

New Random User Agents, docker_tag=feb24d

2,000
1,500
1,000
500
12:00 PM
Sun Feb 26
2017
8:00 PM
4:00 AM
Mon Feb 27
_time
200
999 (Bans)
404
Bad HTML

## URLs delayed 24 hours (3 day window)

URLs delayed 24 hours




## URLs delayed 3 hours (3 day window)

Scrapus2 objects that have not been scraped for over 3 hours after their deadline



## Ban Rate

Ban Rate over last 3 months -- sampled 1:10, 3 day average




## Tunnel Errors to [redacted]

Side scraper requests and tunnel errors by day



## Core Scraper [REDACTED] Response Breakdown

All versions, Status codes recieved over last 3 weeks




## Scraper Demand

Hourly count of profile pages in scrapus2 collection that needed scraping over last 3 weeks



## Scraper output

Hourly count of profile pages written to raw_scrapes collection over the last 3 weeks




## Boris's Side Scraper's Baseline Metrics using 10 companies, Jan 10-11

Notes: Coverage is only true for client's with a single affiliate, login_screen is synonymous for status code 999, 1%-16% duplicates

Notes: Coverage is only true for client's with a single affiliate, login_screen is synonymous for status code 999, 1%-16% duplicates
(Columns 1-9 of 12)

| # | _time | client | affiliates | coverage | minutes | item_scraped_count | login_screen | linkedin_members | errors |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2017-01-11 11:48:45 | cornerstone | cornerstone-ondemand | 2.32 | 104.5 | 4364 | 0.59 | 1878 | 0.06 |
| 2 | 2017-01-11 11:39:22 | verizon | verizon-telematics-inc,verizon-enterprise,verizon-wireless | 0.66 | 1161.8 | 44365 | 0.64 | 66821 | 0.14 |
| 3 | 2017-01-11 10:53:29 | jcrew | j-crew | 0.21 | 48.8 | 2374 | 0.59 | 11304 | 0.10 |
| 4 | 2017-01-11 10:44:16 | silicon_valley_bank | silicon-valley-bank,spd-silicon-valley-bank-co-ltd-,svb-financial-group,svb-asset-management | 0.86 | 40.4 | 1842 | 0.68 | 2132 | 0.13 |
| 5 | 2017-01-10 21:52:25 | intuit | mint.com,demandforce,intuit-accountants,quickbase,intuit-payroll | 1.33 | 337.1 | 11346 | 0.68 | 8531 | 0.21 |
| 6 | 2017-01-10 19:08:39 | paypal | paypal | 0.44 | 157.4 | 7605 | 0.66 | 17429 | 0.30 |
| 7 | 2017-01-10 18:13:51 | virtusa | virtusa | 0.56 | 117.9 | 4349 | 0.62 | 7810 | 0.25 |
| 8 | 2017-01-10 17:54:17 | hess | hess-corporation | 0.56 | 59.5 | 2945 | 0.67 | 5247 | 0.06 |
| 9 | 2017-01-10 17:39:51 | phillips66 | phillips66co phillips-66-fuel-supplier phillips-66-petroleum-co | 0.53 | 85.2 | 4066 | 0.62 | 7724 | 0.08 |
| 10 | 2017-01-10 17:23:58 | pinterest | pinterest | 0.64 | 30.7 | 669 | 0.65 | 1356 | 0.04 |

Notes: Coverage is only true for client's with a single affiliate, login_screen is synonymous for status code 999, 1%-16% duplicates (Columns 10-12 of 12)

| # | tunnel_error | timeout_error | docker_tag |
|---|---|---|---|
| 1 | 0.01 | 0.02 | 1.0 |
| 2 | 0.09 | 0.01 | 1.0 |
| 3 | 0.01 | 0.02 | 1.0 |
| 4 | 0.01 | 0.01 | 1.0 |
| 5 | 0.17 | 0.01 | 1.0 |
| 6 | 0.27 | 0.01 | 1.0 |
| 7 | 0.22 | 0.01 | 1.0 |
| 8 | 0.01 | 0.01 | 1.0 |
| 9 | 0.03 | 0.01 | 1.0 |
| 10 | 0.01 | 0.01 | 1.0 |

## On-going Side-scraper performance metrics, since Jan. 5

Notes: Coverage is only true for client's with a single affiliate, login_screen is synonymous for status code 999

Notes: Coverage is only true for client's with a single affiliate, login_screen is synonymous for status code 999 (Columns 1-7 of 12)



| # | time | client | affiliates | coverage | minutes | item_scraped_count | login_screen |
|---|---|---|---|---|---|---|---|
| 1 | 2017-01-31 12:33:22 | jpmorgan | jp-capital,jp-morgan-chase-&-nspcc,jp-morgan-chase,jp-morgan-fcs,jp-morgan-retirement-plan-services,jpmorgan-chase,jpmorgan-hedge-fund-services,jpmorgan-partners,jpmorgan,jpmorganassetmanagement,j-p-morgan-investment-management-inc-,j-p-morgan-private-bank,j-p-morgan-securities,j-p-morgan,chase | 0.05 | 149.6 | 7795 | 0.54 |
| 2 | 2017-01-27 17:52:38 | | | 0.17 | 118.0 | 4375 | 0.58 |
| 3 | 2017-01-27 16:15:53 | | | 0.26 | 19.4 | 977 | 0.65 |
| 4 | 2017-01-27 16:14:29 | | | 0.25 | 18.7 | 962 | 0.65 |
| 5 | 2017-01-26 18:13:10 | | | 0.19 | 108.5 | 4752 | 0.50 |
| 6 | 2017-01-26 17:16:04 | | | 0.43 | 41.2 | 1636 | 0.48 |
| 7 | 2017-01-26 16:55:17 | | | 0.44 | 23.6 | 1676 | 0.48 |
| 8 | 2017-01-26 15:55:52 | | | 0.18 | 76.7 | 4686 | 0.42 |
| 9 | 2017-01-26 15:03:13 | | | 0.37 | 17.1 | 1386 | 0.41 |
| 10 | 2017-01-25 15:14:50 | hartford | the-hartford,hartford-life_2 | 0.80 | 1422.0 | 12673 | 0.66 |
| 11 | 2017-01-25 10:26:47 | hartford | the-hartford,hartford-life_2 | 0.83 | 1114.3 | 13152 | 0.66 |
| 12 | 2017-01-11 11:48:45 | cornerstone | cornerstone-ondemand | 2.32 | 104.5 | 4364 | 0.59 |

Notes: Coverage is only true for client's with a single affiliate, login_screen is synonymous for status code 999 (Columns 8-12 of 12)

| # | linkedin_members | errors | tunnel_error | timeout_error | docker_tag |
|---|---|---|---|---|---|
| 1 | 147478 | 0.91 | 0.90 | 0.00 | 1.0 |
| 2 | 25573 | 0.28 | 0.22 | 0.01 | 1.0 |
| 3 | 3789 | 0.04 | 0.01 | 0.01 | 1.0 |
| 4 | 3789 | 0.04 | 0.01 | 0.01 | 1.0 |
| 5 | 25573 | 0.06 | 0.01 | 0.01 | 1.0 |
| 6 | 3789 | 0.04 | 0.01 | 0.01 | 1.0 |
| 7 | 3789 | 0.04 | 0.01 | 0.01 | 1.0 |
| 8 | 25573 | 0.27 | 0.22 | 0.01 | 1.0 |
| 9 | 3789 | 0.05 | 0.01 | 0.01 | 1.0 |
| 10 | 15818 | 0.38 | 0.34 | 0.01 | 1.0 |
| 11 | 15818 | 0.12 | 0.07 | 0.01 | 1.0 |
| 12 | 1878 | 0.06 | 0.01 | 0.02 | 1.0 |

Notes: Coverage is only true for client's with a single affiliate, login_screen is synonymous for status code 999 (Columns 1-7 of 12)

| # | _time | client | affiliates | coverage | minutes | item_scraped_count | login_screen |
|---|---|---|---|---|---|---|---|
| 13 | 2017-01-11 11:39:22 | verizon | verizon-telematics-inc,verizon-enterprise,verizon-wireless | 0.66 | 1161.8 | 44365 | 0.84 |
| 14 | 2017-01-11 10:53:29 | jcrew | j-crew | 0.21 | 48.8 | 2374 | 0.59 |
| 15 | 2017-01-11 10:44:18 | silicon_valley_bank | silicon-valley-bank,spd-silicon-valley-bank-co-ltd-,svb-financial-group,svb-asset-management | 0.86 | 40.4 | 1842 | 0.58 |
| 16 | 2017-01-10 21:52:25 | intuit | mint.com,demandforce,intuit-accountants,quickbase,intuit-payroll | 1.33 | 337.1 | 11346 | 0.68 |
| 17 | 2017-01-10 19:08:39 | paypa | paypal | 0.44 | 157.4 | 7605 | 0.86 |
| 18 | 2017-01-10 18:13:51 | virtusa | virtusa | 0.56 | 117.9 | 4349 | 0.82 |
| 19 | 2017-01-10 17:54:17 | hess | hess-corporation | 0.56 | 59.6 | 2945 | 0.87 |
| 20 | 2017-01-10 17:39:51 | phillips66 | phillips66co<br>phillips-66-fuel-supplier<br>phillips-66-petroleum-co | 0.53 | 85.2 | 4066 | 0.82 |
| 21 | 2017-01-10 17:23:58 | pinterest | pinterest | 0.64 | 30.7 | 869 | 0.85 |
| 22 | 2017-01-07 02:53:31 | phillips66 | phillips66co<br>phillips-66-fuel-supplier<br>phillips-66-petroleum-co | 0.50 | 164.2 | 3874 | 0.82 |
| 23 | 2017-01-07 02:14:56 | intuit | mint.com,demandforce,intuit-accountants,quickbase,intuit-payroll | 1.08 | 503.1 | 9240 | 0.85 |
| 24 | 2017-01-07 01:36:49 | nike | nike,converse,hurley | 0.33 | 669.7 | 17362 | 0.84 |
| 25 | 2017-01-06 17:51:43 | paypa | paypal | 0.37 | 220.3 | 8515 | 0.82 |
| 26 | 2017-01-06 17:19:01 | virtusa | virtusa | 0.40 | 135.0 | 3111 | 0.82 |
| 27 | 2017-01-06 15:03:51 | cornerstone | cornerstone-ondemand | 1.56 | 116.0 | 2973 | 0.80 |
| 28 | 2017-01-06 14:46:29 | jcrew | j-crew | 0.18 | 73.0 | 2048 | 0.81 |



CONFIDENTIAL

| # | _time | client | affiliates | coverage | minutes | item_scraped_count | login_screen |
|---|---|---|---|---|---|---|---|
| 29 | 2017-01-06 14:26:57 | hess | hess-corporation | 0.45 | 81.5 | 2338 | 0.79 |

Notes: Coverage is only true for client's with a single affiliate, login_screen is synonymous for status code 999 (Columns 8-12 of 12)

| # | linkedin_members | errors | tunnel_error | timeout_error | docker_tag |
|---|---|---|---|---|---|
| 13 | 66821 | 0.14 | 0.09 | 0.01 | 1.0 |
| 14 | 11304 | 0.10 | 0.01 | 0.02 | 1.0 |
| 15 | 2132 | 0.13 | 0.01 | 0.01 | 1.0 |
| 16 | 8531 | 0.21 | 0.17 | 0.01 | 1.0 |
| 17 | 17429 | 0.30 | 0.27 | 0.01 | 1.0 |
| 18 | 7810 | 0.25 | 0.22 | 0.01 | 1.0 |
| 19 | 5247 | 0.06 | 0.01 | 0.01 | 1.0 |
| 20 | 7724 | 0.08 | 0.03 | 0.01 | 1.0 |
| 21 | 1356 | 0.04 | 0.01 | 0.01 | 1.0 |
| 22 | 7724 | 0.07 | 0.01 | 0.01 | 1.0 |
| 23 | 8531 | 0.06 | 0.01 | 0.01 | 1.0 |
| 24 | 52191 | 0.11 | 0.06 | 0.01 | 1.0 |
| 25 | 17429 | 0.17 | 0.13 | 0.01 | 1.0 |
| 26 | 7810 | 0.33 | 0.30 | 0.01 | 1.0 |
| 27 | 1878 | 0.06 | 0.01 | 0.01 | 1.0 |
| 28 | 11304 | 0.05 | 0.01 | 0.01 | 1.0 |
| 29 | 5247 | 0.05 | 0.01 | 0.01 | 1.0 |

Notes: Coverage is only true for client's with a single affiliate, login_screen is synonymous for status code 999 (Columns 1-7 of 12)

| # | _time | client | affiliates | coverage | minutes | item_scraped_count | login_screen |
|---|---|---|---|---|---|---|---|
| 30 | 2017-01-06 14:11:20 | silicon_valley_bank | silicon-valley-bank,spd-silicon-valley-bank-co-ltd-,svb-financial-group,svb-asset-management | 0.82 | 65.5 | 1757 | 0.78 |
| 31 | 2017-01-06 13:32:20 | pinterest | pinterest | 0.82 | 28.9 | 846 | 0.76 |
| 32 | 2017-01-06 03:01:05 | nike | nike,converse,hurley | 0.41 | 530.5 | 21657 | 0.72 |
| 33 | 2017-01-05 20:50:42 | paypal | paypal | 0.44 | 188.1 | 7690 | 0.71 |
| 34 | 2017-01-05 18:25:44 | jcrew | j-crew | 0.19 | 47.6 | 2093 | 0.64 |
| 35 | 2017-01-05 18:13:10 | silicon_valley_bank | silicon-valley-bank,spd-silicon-valley-bank-co-ltd-,svb-financial-group,svb-asset-management | 0.86 | 42.4 | 1839 | 0.62 |
| 36 | 2017-01-05 18:10:27 | hess | hess-corporation | 0.38 | 46.4 | 1991 | 0.63 |
| 37 | 2017-01-05 17:38:49 | pinterest | pinterest | 0.66 | 23.4 | 893 | 0.65 |

Notes: Coverage is only true for client's with a single affiliate, login_screen is synonymous for status code 999 (Columns 8-12 of 12)

| # | linkedin_members | errors | tunnel_error | timeout_error | docker_tag |
|---|---|---|---|---|---|
| 30 | 2132 | 0.07 | 0.01 | 0.01 | 1.0 |
| 31 | 1356 | 0.06 | 0.01 | 0.02 | 1.0 |
| 32 | 52191 | 0.06 | 0.01 | 0.01 | lowered-side-scraper-speed |
| 33 | 17429 | 0.11 | 0.07 | 0.01 | lowered-side-scraper-speed |
| 34 | 11304 | 0.04 | 0.01 | 0.01 | lowered-side-scraper-speed |
| 35 | 2132 | 0.04 | 0.01 | 0.01 | lowered-side-scraper-speed |
| 36 | 5247 | 0.04 | 0.01 | 0.01 | lowered-side-scraper-speed |
| 37 | 1356 | 0.04 | 0.01 | 0.01 | lowered-side-scraper-speed |