# EXHIBIT D

From:           Splunk Cloud Alerts
Sent:           Tue 1/30/2018 10:28 AM (GMT-08:00)
To:             boris.dev@hiqlabs.com
Cc:
Bcc:
Subject:        Splunk Dashboard: 'Scraper'
Attachments: scraper-2018-01-30.pdf


A dashboard was generated for Scraper

If you believe you've received this email in error, please see your Splunk administrator.

splunk > the engine for machine data



personhood total demand (all priorities)

Last 7 days

Priority 10 Demand

splunk>

2018-01-30 10:28:01 PST

CONFIDENTIAL

hiQ_00019926



CONFIDENTIAL

hiQ_00019927

Raw Scrapes Count



Demand by priority

| _time | 1 | 10 | 13 | 14 | 2 | 3 | 4 | 5 | 7 ALL | NULL | OTHER | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-01-30 10:23:00 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 2 | 0 | 0 |
| 2018-01-30 10:24:00 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 | 0 | 0 |
| 2018-01-30 10:25:00 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 | 0 | 0 |
| 2018-01-30 10:26:00 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 | 0 | 0 |
| 2018-01-30 10:27:00 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 | 0 | 0 |

CONFIDENTIAL

hiQ_00019928