# EXHIBIT F

| | |
|---|---|
| From: | Splunk Cloud Alerts |
| Sent: | Mon 2/25/2019 8:00 AM (GMT-08:00) |
| To: | andrew.kim@hiqlabs.com; cameron.cole@hiqlabs.com; boris.dev@hiqlabs.com; liz.brokken@hiqlabs.com |
| Cc: | |
| Bcc: | |
| Subject: | Splunk Dashboard: 'LinkedIn Scraper' |
| Attachments: | scraper-2019-02-25.pdf |

A dashboard was generated for LinkedIn Scraper

View dashboard

If you believe you've received this email in error, please see your Splunk administrator.

splunk > the engine for machine data

CONFIDENTIAL                                                                                                       hiQ_00194924

## Download latency

No results found.

## New raw_scrape items per minute

No results found.

## All Demand

All Priorities

No results found.



LinkedIn Scraper

2019-02-25 08:00:00 PST

Page 1

CONFIDENTIAL                                                                                                                                         hiQ_00194925

## Raw Scrapes Count

No results found.

## Keeper and Blind Collection Customers

Priority 12 and 14 Demand -- Active customers

No results found.

## Science Demand

Priority 5 Scrape Demand -- Model Training

No results found.



CONFIDENTIAL                                                                                                                         hiQ_00194926

## Priority 10 Demand

### Priority 10 Demand -- non-active customer

No results found.

## Blind collection crawls

| finish_time | uris | names | members | requests | personhood_writes | matched_company | Metric_count_bing_search_urls | bing_search_url_success |
|---|---|---|---|---|---|---|---|---|
| 2018-04-25T19:28:54.820442 | intuitive-surgical | Intuitive Surgical | 4139 | 25225 | | 3565 | | 321 |
| 2018-03-28T12:09:35.264862 | merck,merck,msd-global,msd-sharp-&-dohme-gmbh,msd-sharp-&-dohme-gmbh | Merck,Merck & Co., Inc,MSD Pharmaceuticals,MSD Sharp & Dohme GmbH,MSD Sharp & Dohme | 62763 | 181219 | | 26366 | | 1101 |
| 2018-03-28T06:06:39.029564 | johnson-&-johnson | Johnson & Johnson | 81078 | 107784 | | 20428 | | 1519 |
| 2018-03-27T21:55:31.445138 | walgreens,duane-reade,walgreens-boots-alliance | Walgreens,Duane Reade,Walgreens Boots Alliance | 95100 | 212603 | | 39117 | | 2352 |
| 2018-03-27T20:53:12.990927 | hoganlovells | Hogan Lovells | 6289 | 34568 | | 4922 | | 200 |
| 2018-03-27T11:26:46.750489 | boots,walgreens-boots-alliance,boots-retail-international | Boots UK,Walgreens Boots Alliance, Walgreens Boots Alliance, Retail Pharmacy International (Excl. UK & ROI) | 15656 | 93216 | | 13894 | | 564 |
| 2018-03-21T21:41:31.906837 | kraken-exchange,kraken-exchange,kraken-exchange | Kraken Digital Asset Exchange,Kraken Bitcoin Exchange,Kraken | 93 | 21989 | | 197 | | 54 |
| 2018-03-15T09:16:24.627331 | unilever,unilever,unilever,unilever,unilever,unilever,unilever,unilever,unilever,unilever,unilever,unilever,unilever,unilever,unilever | Unilever,Unilever Ventures,Unilever Foodsolutions NA,Unilever-HPC,Unilever America,Hindustan Unilever Limited,Unilever Prestige,Unilever R&D,Unilever IT,UNILEVER,Unilever Nigeria Plc,Unilever Hungary Ltd,Unilever NA,Unilever North America,Unilever!,Unilever Philippines,unilever canada,Unilever Canada | 107906 | 356968 | | 46470 | | 3679 |
| 2018-03-14T05:46:41.594486 | unilever,unilever,unilever,unilever,unilever,unilever,unilever,unilever,unilever,unilever,unilever,unilever,unilever,unilever,unilever | Unilever,Unilever Ventures,Unilever Foodsolutions NA,Unilever-HPC,Unilever America,Hindustan Unilever Limited,Unilever Prestige,Unilever R&D,Unilever IT,UNILEVER,Unilever Nigeria Plc,Unilever Hungary Ltd,Unilever NA,Unilever North America,Unilever!,Unilever Philippines,unilever canada,Unilever Canada | 107906 | 348960 | | 42740 | | |
| 2018-03-09T01:33:03.091270 | genentech | Genentech | 21600 | | | | | |



CONFIDENTIAL

hiQ_00194927

| finish_time | uris | names | members | requests | personhood_writes | matched_company | Metric_count_bing_search_urls | bing_search_url_success |
|---|---|---|---|---|---|---|---|---|
| 2018-03-09T01:21:38.778767 | genentech | Genentech | 21600 | | | | | |
| 2018-03-08T22:52:46.423789 | hired-inc | Hired, Inc. | 238 | | | | | |
| 2018-03-08T22:49:12.066792 | hired-inc | Hired, Inc. | 238 | | | | | |
| 2018-03-09T01:33:03.091270 | genentech | Genentech | 21600 | | | | | |
| 2018-03-09T01:21:38.778767 | genentech | Genentech | 21600 | | | | | |
| 2018-03-09T01:33:03.091270 | genentech | Genentech | 21600 | | | | | |
| 2018-03-09T01:21:38.778767 | genentech | Genentech | 21600 | | | | | |
| 2018-03-08T22:52:46.423789 | hired-inc | Hired, Inc. | 238 | | | | | |
| 2018-03-08T22:49:12.066792 | hired-inc | Hired, Inc. | 238 | | | | | |
| 2018-03-09T01:33:03.091270 | genentech | Genentech | 21600 | | | | | |
| 2018-03-09T01:21:38.778767 | genentech | Genentech | 21600 | | | | | |
| 2018-03-08T22:52:46.423789 | hired-inc | Hired, Inc. | 238 | | | | | |
| 2018-03-08T22:49:12.066792 | hired-inc | Hired, Inc. | 238 | | | | | |
| 2018-03-09T01:33:03.091270 | genentech | Genentech | 21600 | | | | | |
| 2018-03-09T01:21:38.778767 | genentech | Genentech | 21600 | | | | | |
| 2018-03-08T22:52:46.423789 | hired-inc | Hired, Inc. | 238 | | | | | |
| 2018-03-08T22:49:12.066792 | hired-inc | Hired, Inc. | 238 | | | | | |
| 2018-03-09T01:33:03.091270 | genentech | Genentech | 21600 | | | | | |
| 2018-03-09T01:21:38.778767 | genentech | Genentech | 21600 | | | | | |
| 2018-03-08T22:52:46.423789 | hired-inc | Hired, Inc. | 238 | | | | | |
| 2018-03-08T22:49:12.066792 | hired-inc | Hired, Inc. | 238 | | | | | |
| 2018-03-09T01:33:03.091270 | genentech | Genentech | 21600 | | | | | |
| 2018-03-09T01:21:38.778767 | genentech | Genentech | 21600 | | | | | |
| 2018-03-08T22:52:46.423789 | hired-inc | Hired, Inc. | 238 | | | | | |
| 2018-03-08T22:49:12.066792 | hired-inc | Hired, Inc. | 238 | | | | | |
| 2018-03-06T19:56:33.146489 | genentech | Genentech | 21600 | 32875 | | 10548 | | |
| 2018-02-23T15:54:24.532727 | d.-e.-shaw-&-co.,d.-e.-shaw-&-co.,d.-e.-shaw-&-co.,d.-e.-shaw-&-co. | The D. E. Shaw Group,D. E. Shaw Group,D.E. Shaw & Co.,D.E. Shaw & Co., L.P. | 1028 | 239016 | 0 | 1030 | 235015 | 570 |
| 2018-02-22T03:24:46.034944 | d.-e.-shaw-&-co.,d.-e.-shaw-&-co.,d.-e.-shaw-&-co.,d.-e.-shaw-&-co. | The D. E. Shaw Group,D. E. Shaw Group,D.E. Shaw & Co.,D.E. Shaw & Co., L.P. | 1028 | | 0 | | | |
| 2018-02-22T01:44:50.383610 | genentech | Genentech | 21600 | | 0 | | | |
| 2018-02-22T01:28:13.803504 | dentsu,dentsu,dentsu-jayme-syfu,dentsu-aegis-network,innovation-interactive | Dentsu,Dentsu Innovation Institute,Dentsu Jayme Syfu,Dentsu Aegis Network , Innovation Interactive | 9353 | | 0 | | | |



| finish_time | uris | names | members | requests | personhood_writes | matched_company | Metric_count_bing_search_urls | bing_search_url_success |
|---|---|---|---:|---:|---:|---:|---:|---:|
| 2018-02-21T06:11:33.899566 | bloomberg-lp | Bloomberg LP | 18905 | 87384 | 8722 | 14798 | 20734 | 5228 |
| 2018-02-20T05:07:27.410665 | genentech | Genentech | 21600 | 196027 | 3087 | 19349 | 29722 | 7578 |
| 2018-02-19T23:39:33.881939 | genentech | Genentech | 21600 | 54263 | 1055 | 9084 | 2236 | 374 |
| 2018-02-19T22:16:56.382627 | genentech | Genentech | 21600 | | 0 | | 1959 | |
| 2018-02-15T23:35:09.635346 | d.-e.-shaw-&-co.,d.-e.-shaw-&-co.,d.-e.-shaw-&-co.,d.-e.-shaw-&-co. | The D. E. Shaw Group,D. E. Shaw Group,D.E. Shaw & Co.,D.E. Shaw & Co., L.P. | 1028 | 4947 | 2 | 898 | 2559 | 514 |
| 2018-02-15T22:52:41.749634 | d.-e.-shaw-&-co.,d.-e.-shaw-&-co.,d.-e.-shaw-&-co.,d.-e.-shaw-&-co. | The D. E. Shaw Group,D. E. Shaw Group,D.E. Shaw & Co.,D. E. Shaw & Co., L.P. | 1028 | | 0 | | | |
| 2018-02-15T19:43:52.595690 | d.-e.-shaw-&-co.,d.-e.-shaw-&-co.,d.-e.-shaw-&-co. | The D. E. Shaw Group,D. E. Shaw Group,D.E. Shaw & Co. | 1028 | 4894 | 108 | 904 | 2525 | 513 |
| 2018-02-15T19:15:36.340242 | d.-e.-shaw-&-co.,d.-e.-shaw-&-co. | D. E. Shaw Group,D.E. Shaw & Co. | 1028 | 2451 | 56 | 558 | 786 | 226 |
| 2018-02-15T18:26:24.227307 | d.-e.-shaw-&-co.,d.-e.-shaw-research,d.-e.-shaw-india-private-limited | D. E. Shaw Group,D. E. Shaw Research,D. E. SHAW INDIA PRIVATE LIMITED | 1585 | 4365 | 719 | 1140 | 1109 | 478 |
| 2018-02-15T05:01:14.411669 | dentsu,dentsu,dentsu-jayme-syfu,dentsu-aegis-network,innovation-interactive | Dentsu,Dentsu Innovation Institute,Dentsu Jayme Syfu,Dentsu Aegis Network,Innovation Interactive | 9353 | 27604 | 2786 | 4703 | 3388 | 1974 |
| 2018-02-15T04:19:01.938150 | saatchi-&-saatchi,we-are-saatchi,saatchi-&-saatchi-london,saatchi-&-saatchi-x | Saatchi & Saatchi,Saatchi & Saatchi (We Are Saatchi),Saatchi & Saatchi London,Saatchi & Saatchi X | 4373 | 15673 | 1603 | 2721 | 2881 | 1570 |
| 2018-02-15T03:42:07.585474 | r-ga | R/GA | 5736 | 9372 | 573 | 2098 | 1813 | 1210 |
| 2018-02-15T03:23:39.561886 | droga5 | Droga5 | 838 | 4324 | 1 | 1097 | 1004 | 601 |
| 2018-02-15T02:47:00.221451 | droga5 | Droga5 | 838 | 4338 | 38 | 1087 | 998 | 600 |
| 2018-02-15T01:28:43.590170 | dentsu | Dentsu | 3384 | | 0 | | | |
| 2018-02-15T00:33:46.802623 | innovation-interactive | Innovation Interactive | 23 | 94 | 0 | 11 | 58 | 9 |
| 2018-02-13T23:53:57.267095 | hired-inc | Hired Inc. | 235 | | | | | |
| 2018-02-13T22:44:44.278644 | hired-inc | Hired Inc. | 235 | 1306 | 31 | 301 | 273 | 187 |
| 2018-02-13T23:53:57.267095 | hired-inc | Hired Inc. | 235 | | | | | |
| 2018-02-13T22:44:44.278644 | hired-inc | Hired Inc. | 235 | 1306 | 31 | 301 | 273 | 187 |
| 2018-02-14T21:11:35.990000 | genentech | Genentech | 21622 | 47538 | | 12506 | 5062 | 3962 |



LinkedIn Scraper

2019-02-25 08:00:00 PST
Page 5

CONFIDENTIAL
hiQ_00194929

| finish_time | uris | names | members | requests | personhood_writes | matched_company | Metric_count_bing_search_urls | bing_search_url_success |
|---|---|---|---|---|---|---|---|---|
| 2018-02-13T23:53:57.267095 | hired-inc | Hired Inc. | 235 | | | | | |
| 2018-02-13T22:44:44.278644 | hired-inc | Hired Inc. | 235 | 1306 | 31 | 301 | 273 | 187 |
| 2018-02-14T11:57:29.152525 | roche,roche-molecular-systems,roche,roche-nimblegen-inc,roche-diagnostics-nederland,roche | Roche,Roche Molecular Systems,Roche Sequencing,Roche NimbleGen,Roche Diagnostics Nederland,Roche Diagnostics | 67943 | 122749 | | 26052 | 11212 | 4864 |
| 2018-02-13T23:53:57.267095 | hired-inc | Hired Inc. | 235 | | | | | |
| 2018-02-13T22:44:44.278644 | hired-inc | Hired Inc. | 235 | 1306 | 31 | 301 | 273 | 187 |
| 2018-02-13T23:53:57.267095 | hired-inc | Hired Inc. | 235 | | | | | |
| 2018-02-13T22:44:44.278644 | hired-inc | Hired Inc. | 235 | 1306 | 31 | 301 | 273 | 187 |
| 2018-02-13T23:53:57.267095 | hired-inc | Hired Inc. | 235 | | | | | |
| 2018-02-13T22:44:44.278644 | hired-inc | Hired Inc. | 235 | 1306 | 31 | 301 | 273 | 187 |
| 2018-02-13T23:53:57.267095 | hired-inc | Hired Inc. | 235 | | | | | |
| 2018-02-13T22:44:44.278644 | hired-inc | Hired Inc. | 235 | 1306 | 31 | 301 | 273 | 187 |
| 2018-02-13T23:53:57.267095 | hired-inc | Hired Inc. | 235 | | | | | |
| 2018-02-13T22:44:44.278644 | hired-inc | Hired Inc. | 235 | 1306 | 31 | 301 | 273 | 187 |
| 2018-02-13T22:44:44.278644 | hired-inc | Hired Inc. | 235 | 1306 | 31 | 301 | 273 | 187 |
| 2018-02-13T00:58:10.048770 | millennium-partners,millennium-partners,millennium-partners | Millennium Management,Millennium Partners,Millennium Management LLC | 1378 | 7242 | | 1699 | 1260 | 1699 |
| 2018-02-10T03:00:03.561984 | millennium-partners,millennium-partners,millennium-partners | Millennium Management,Millennium Partners,Millennium Management LLC | 1378 | 17468 | | | 2005 | 1926 |
| 2018-02-08T06:20:47.454137 | goldman-sachs | Goldman Sachs | 49687 | 401425 | | | 5314 | 5067 |
| 2018-02-05T23:26:08.688062 | hired-inc | Hired | null | 5397 | | | 1098 | 297 |
| 2018-02-05T23:26:08.688062 | hired-inc | Hired | null | 5397 | | | 1098 | 297 |
| 2018-02-05T23:26:08.688062 | hired-inc | Hired | null | 5397 | | | 1098 | 297 |
| 2018-02-07T21:08:57.131052 | millennium-partners | Millennium Management | 1375 | 12066 | | | 1239 | 1193 |
| 2018-02-05T23:26:08.688062 | hired-inc | Hired | null | 5397 | | | 1098 | 297 |
| 2018-02-05T23:26:08.688062 | hired-inc | Hired | null | 5397 | | | 1098 | 297 |
| 2018-02-05T23:26:08.688062 | hired-inc | Hired | null | 5397 | | | 1098 | 297 |
| 2018-02-05T23:26:08.688062 | hired-inc | Hired | null | 5397 | | | 1098 | 297 |
| 2018-02-07T19:00:59.994585 | millennium-partners | Millennium Management | 200552 | 1171 | | | 1204 | 1163 |
| 2018-02-05T23:26:08.688062 | hired-inc | Hired | null | 5397 | | | 1098 | 297 |
| 2018-02-05T23:26:08.688062 | hired-inc | Hired | null | 5397 | | | 1098 | 297 |
| 2018-02-05T23:26:08.688062 | hired-inc | Hired | null | 5397 | | | 1098 | 297 |
| 2018-02-05T23:26:08.688062 | hired-inc | Hired | null | 5397 | | | 1098 | 297 |
| 2018-02-05T23:26:08.688062 | hired-inc | Hired | null | 5397 | | | 1098 | 297 |
| 2018-02-05T23:26:08.688062 | hired-inc | Hired | null | 5397 | | | 1098 | 297 |


CONFIDENTIAL                                                                                                                                                                                                                                          hiQ_00194930

| finish_time | uris | names | members | requests | personhood_writes | matched_company | Metric_count_bing_search_urls | bing_search_url_success |
|---|---|---|---|---|---|---|---|---|
| 2018-01-31T21:45:24.016537 | vertex-pharmaceuticals | vertex pharmaceuticals | 3000 | 10314 | | | 957 | 885 |
| 2018-01-26T19:26:33.868357 | cubist-systematic-strategies | cubist systematic strategies | 1000 | 544 | | | 166 | 163 |
| 2018-01-26T19:05:27.622746 | everpoint-asset-management | everpoint asset management | 1000 | 184 | | | 50 | 49 |
| 2018-01-26T03:24:57.367542 | worldquant-llc | worldquant | 1000 | 3919 | | | 397 | 370 |
| 2018-01-26T02:29:27.781961 | jane-street-asia-limited | jane street,jane street capital | 1000 | 1509 | | | 336 | 327 |
| 2018-01-26T00:39:21.942999 | optiver | optiver | 1000 | 4112 | | | 448 | 443 |
| 2018-01-25T23:00:29.891958 | aqr-capital-management | aqr capital management | 1000 | 3260 | | | 420 | 403 |
| 2018-01-25T22:28:15.499444 | jump-trading-llc | jump trading | 1000 | 2127 | | | 319 | 304 |

CONFIDENTIAL   hiQ_00194931