# EXHIBIT I

From:    no-reply-aws via Operations Team
Sent:    Sat 6/20/2020 5:38 AM (GMT-07:00)
To:      ops@hiqlabs.com
Cc:
Bcc:     will.wegener@hiqlabs.com
Subject: AWS Unified Registration Cancellation Confirmation

Greetings from Amazon Web Services,

This e-mail confirms that you have closed your Amazon Web Services account.

If you closed your AWS account after the first day of any month you may still
receive another bill. Please see the Billing & Cost
Management Console for details about any remaining charges
applicable to the services you have used. You may also download any past
billing statement or tax documents in the Billing & Cost
Management Console.

If you feel you have received this e-mail in error or wish to reopen your AWS
account, please contact AWS Customer Service via the Support Center at
https://aws.amazon.com/support.
You may reopen your AWS account only within 90 days after you closed your
account.
After 90 days, you will not be able to reopen your account, create a new AWS
account using the e-mail address associated with this account, access the
Billing
& Cost Management Console and any remaining content in your
closed account will be deleted. If you wish to download any past
statements or tax invoices you can do so here (select the month
and expand the summary section to download the payment invoices and/or tax
documents), you will not be able to do this after 90 days.

For more details, please see the Amazon
Web Services Account Closure page.

Sincerely,

Amazon Web Services

Amazon Web Services, Inc. is a subsidiary of Amazon.com, Inc. Amazon.com is a

registered trademark of Amazon.com, Inc. This message was produced and

Distributed by Amazon Web Services Inc., 410 Terry Ave. North, Seattle, WA

98109-5210

hiQ_00403885

CONFIDENTIAL

hiQ_00403886