# EXHIBIT L

**From:** Hope Skibitsky <hopeskibitsky@quinnemanuel.com>
**Sent:** Sunday, May 22, 2022 2:18 PM
**To:** Hurst, Annette L. <ahurst@orrick.com>; Shaffer, Nathan <nshaffer@orrick.com>; Lui, Catherine Y. <clui@orrick.com>; Rugani, Paul F. <prugani@orrick.com>; Cohen, Russell P. <rcohen@orrick.com>; Sokova, Maria <msokova@orrick.com>
**Cc:** Elisabeth Miller <elisabethmiller@quinnemanuel.com>; Zane Muller <zanemuller@quinnemanuel.com>; Corey Worcester <coreyworcester@quinnemanuel.com>; Renita Sharma <renitasharma@quinnemanuel.com>; Terry Wit <terrywit@quinnemanuel.com>
**Subject:** RE: hiQ/LinkedIn Vendor Issues

Annette,

The only material/productions that hiQ intended to produce prior to the vendor issues was a four-page claw-back production of slipsheets, less than 30 documents responsive to RFPs 74 and 80, and the documents responsive to RFP 82 discussed below.

Additionally, we wanted to flag for LinkedIn in advance of Mr. Weidick's deposition that on Friday, hiQ served an updated errata for Mr. Weidick that reflects that hiQ had a Chorus account as well as a join.me account that stored some recordings. hiQ learned of these two systems in the course of responding to LinkedIn's third RFPs. hiQ has already produced responsive recordings from Mr. Medeiros's and Mr. Weidick's join.me accounts and is determining whether there are additional responsive recordings from hiQ's other custodians to produce. hiQ has learned that the Chorus subscription term ran from December 2017 through January 2017 and was not renewed at the end of 2017. Chorus deleted any data from the account in early 2018. hiQ will be updating its interrogatory responses consistent with this information about Chorus.

Thanks,

Hope