# EXHIBIT N

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

---------------------------------------------------x

hiQ LABS, INC.,

        Plaintiff,

vs.                                    Case No.

                                        17-cv-03301-EMC

LINKEDIN CORPORATION,

        Defendant.

---------------------------------------------------x

AND RELATED CROSS-ACTION.

---------------------------------------------------x

\*HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY\*

REMOTE 30(b)(6) VIDEOTAPED DEPOSITION BY ZOOM OF

LINKEDIN CORPORATION

CORPORATE DESIGNEE: JENELLE BRAY

Wednesday, May 18, 2022

Reported By: Lynne Ledanois, CSR 6811

Page 84

1  there's like shared systems, maybe shared data that
2  the scraping defenses use and then other parts of
3  LinkedIn use.
4          So we've had scraping attacks that have
5  made those databases go down.  And then that can
6  degrade services in other parts of LinkedIn.
7          But generally, it's a very high-volume
8  scraping attack for guest profiles that causes this.
9      Q   When you say "high volume," can you give
10 me an idea of the scale that you're talking about?
11     A   Yes.  So I mean, even now -- when we say
12 attacks, there are constant attacks on -- like
13 constant scraping attacks on guest profiles.
14         So currently, we have almost 90 --
15 definitely more than 95 percent of our requests are
16 scraping.  So I think we have something like on a
17 normal week, like 5 billion requests to --
18 5 billion, something like 5 billion scraping
19 requests to LinkedIn.
20         So sometimes we'll see that like all at
21 once and we'll have -- I mean, I don't think I can
22 quote numbers, but I mean, just billions of
23 requests.  We see billions of requests in a day.
24     Q   In a typical day you see billions of
25 requests?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 85

1      MR. SHAFFER:  Objection, misstates
2  testimony.
3      THE WITNESS:  In a typical week we see --
4  I mean, it varies a lot because it's very
5  adversarial.
6      But in a typical week, we see billions of
7  scraping requests.  You could have a very big attack
8  with -- I wouldn't say that's a typical day, but you
9  could have a very big attack that was something like
10 a billion requests in a day or more.
11 BY MR. MULLER:
12    Q    In the course of a typical week where
13 there are billions of requests, do those bring down
14 parts of the websites in a typical week?
15     MR. SHAFFER:  Objection, incomplete
16 hypothetical.
17     THE WITNESS:  So we've spent a great deal
18 of -- we've put a lot of work in to make sure this
19 doesn't happen very often now because we have so
20 many attacks and so we have had to like put a lot
21 more resources into how we've built our defenses so
22 this doesn't happen.
23     So then we have like essentially a series
24 of checkpoints that make sure that the -- that too
25 much traffic doesn't get in like each checkpoint.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 86

1  So we have like at the beginning like are these IPs
2  we know that are already bad that we've seen from
3  attacks before and then we have rate limiting on the
4  IPs and we have simple rules and then we have the
5  model.
6           We have built defenses so it happens last
7  frequently.  Last week there was a big attack that
8  brought down a part of a service.  So I would not
9  say -- no, it does not happen on a typical week now,
10 but that's because that we had to put so many people
11 and so many resources to making sure this doesn't
12 happen.
13          Because we can't have profile go down for
14 members very often at all.  So I think we set up our
15 defenses in a pretty sophisticated way so it this
16 doesn't happen very frequently.  But it can still
17 happen because it's very adversarial.
18          Once we put in these defenses, the
19 scraping attackers will try to find new ways of
20 getting around the defenses, yes.
21 BY MR. MULLER:
22      Q    When you say it's an adversarial system,
23 what do you mean by that?
24      A    So it means that when we put in new
25 defenses, the abusers or attackers will adapt their

Veritext Legal Solutions
212-279-9424                www.veritext.com                212-490-3430