# EXHIBIT S

From:         Darren Kaplan
Sent:         Sun 11/05/2017 12:13 PM (GMT-08:00)
To:           Mark Weidick
Cc:
Bcc:          darren.kaplan@hiqlabs.com
Subject:      Fwd: Weekly Executive Sales Report - Changes
Attachments:  Executive Sales Dashboard 11212016.xlsx; Sales Performance Dashboard 11212016.pdf

see attached...

---------- Forwarded message ----------
From: **Cindy McNutt** <cindy.mcnutt@hiqlabs.com>
Date: Mon, Nov 21, 2016 at 11:16 AM
Subject: Weekly Executive Sales Report - Changes
To: Rob Theis <rob@garnetttheis.com>, Rob <rob@rdrmail.com>, Darin Medeiros
<darin.medeiros@hiqlabs.com>, Darren Kaplan <darren.kaplan@hiqlabs.com>, ben patch
<ben.patch@hiqlabs.com>, Genevieve Graves <genevieve.graves@hiqlabs.com>

All,

As we are developing some standardized reporting, Darin, Darren, and I have come up with the
following schedule for reporting:

1.  Weekly Darin M will send out the Sales Performance Dashboard PDF which now has some of
the marketing information incorporated into it
2.  Monthly I will send out the Executive Sales Report, since there isn't currently a lot of
movement week-to-week on the numbers
3.  Marketing Campaign ROI analysis will be something we do quarterly, as the numbers right
now do not change significantly on a week-to-week basis

If at any time the sales activity warrants more frequent reporting, then we will re-evaluate the
distribution schedule.

Attached is the Executive sales report with numbers updated through 10/31/2016 and a Sales
Dashboard PDF, which will be coming out from Darin starting next week.

Thanks!


Cindy McNutt
Controller
707-239-0959

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

> [x] The linked image cannot be displayed.  The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location.

--
Darren Kaplan
co Founder
(c) 925 876 9281
www.hiqlabs.com

Learn more about our Keep The Internet Public Movement
https://www.youtube.com/watch?v=2jkWk4TBX3Q#action=share

> [x] The linked image cannot be displayed. The file may have been moved, renamed, o...

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00177003

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Weekly Executive Sales Dashboard** | | | | | | | | | | | | | | |
| 2 | 11/21/2016 | | | | | | | | | | | | | | |
| 3 | *For Internal Use Only* | | | | | | | | | | | | | | |
| 4 | | January-16 | | February-16 | | March-16 | | April-16 | | May-16 | | June-16 | | July-16 | |
| 4 | | January-16 | | February-16 | | March-16 | | April-16 | | May-16 | | June-16 | | July-16 | |
| 5 | *(in Customers and $)* | # | $ | # | $ | # | $ | # | $ | # | $ | # | $ | # | $ |
| 6 | New Opportunities (SQL) Beginning | 20 | 600,000 | 38 | 1,285,000 | 64 | 2,204,400 | 80 | 2,738,400 | 118 | 3,501,400 | 123 | 3,792,400 | 134 | 3,950,996 |
| 7 | Lead Source | | | | | | | | | | | | | | |
| 8 | Elevate | 2 | 75,000 | 4 | 254,400 | 5 | 95,000 | 15 | 398,000 | 3 | 148,000 | 9 | 210,000 | 0 | - |
| 9 | Employee Referral | 3 | 250,000 | 2 | 135,000 | 6 | 285,000 | 7 | 260,000 | 2 | 50,000 | 0 | - | 0 | - |
| 10 | External SDR | 0 | - | 0 | - | 0 | - | 0 | - | 0 | - | 0 | - | 0 | - |
| 11 | Inbound | 0 | - | 0 | - | 1 | 75,000 | 2 | 25,000 | 0 | - | 0 | - | 10 | 25,000 |
| 12 | Partner - Agency | 0 | - | 0 | - | 0 | - | 2 | 55,000 | 0 | - | 2 | 50,000 | 0 | - |
| 13 | Partner - Consulting | 8 | - | 0 | - | 0 | - | 5 | 200,000 | 2 | 125,000 | 16 | 460,000 | 1 | 350,000 |
| 14 | Other | 0 | - | 0 | - | 0 | - | 0 | - | 0 | - | 0 | - | 0 | - |
| 15 | Prospecting | 6 | 260,000 | 17 | 465,000 | 14 | 475,000 | 12 | 325,000 | 3 | 85,000 | 0 | - | 5 | 40,000 |
| 16 | New Business | 0 | - | 1 | 25,000 | 0 | - | 0 | - | 0 | - | 4 | 100,000 | 0 | 0 |
| 17 | New Opportunities (SQL)/Month | 19 | 585,000 | 24 | 879,400 | 26 | 930,000 | 43 | 1,263,000 | 10 | 408,000 | 31 | 820,000 | 16 | 415,000 |
| 18 | Renewal | 0 | - | 0 | - | 3 | 125,000 | 1 | 65,200 | 1 | 8,000 | 0 | - | 2 | 45,000 |
| 19 | Upsell | 1 | 100,000 | 3 | 45,000 | 4 | 90,000 | 1 | 25,000 | 0 | - | 0 | - | 0 | - |
| 20 | Less Opportunities Closed/Lost | (1) | (90,000) | | | (13) | (475,000) | (4) | (405,000) | (5) | (100,000) | (17) | (500,000) | (10) | (383,000) |
| 21 | Less Opportunities Closed/Won | (1) | (85,000) | (1) | (5,000) | (4) | (136,000) | (3) | (185,200) | (1) | (25,000) | (3) | (161,404) | 0 | 0 |
| 22 | Total Opportunities for 2016 | 38 | 1,285,000 | 64 | 2,204,400 | 80 | 2,738,400 | 118 | 3,501,400 | 123 | 3,792,400 | 134 | 3,950,996 | 142 | 4,027,996 |
| 23 | | | | | | | | | | | | | | | |
| 24 | Forecast/Qtrly | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| 25 | **Opportunities Closed/Won** | 1 | 85,000 | 1 | 5,000 | 4 | 137,000 | 3 | 185,200 | 1 | 25,000 | 3 | 161,404 | - | - |
| 26 | | | | | *Paypal* | | *GoDaddy* | | *Hershey* | | [REDACTED] | | [REDACTED] | | |
| 27 | | | | | *Liberty Mutual* | | *Box* | | *Gap* | | | | [REDACTED] | | |
| 28 | | | | | | | *BNY Mellon* | | [REDACTED] | | | | *BMC* | | |
| 29 | | | | | | | *Comcast* | | | | | | | | |
| 30 | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | |
| 32 | **Actual** | | | | | | | | | | | | | | |
| 33 | Bookings - New | | 85,000 | | - | | 102,667 | | 65,200 | | 100,000 | | 95,400 | | - |
| 34 | Bookings - Renewals | | - | | - | | 8,000 | | 45,000 | | - | | - | | - |
| 35 | Service | | - | | 5,000 | | 25,333 | | - | | - | | - | | - |
| 36 | Total Bookings | | 85,000 | | 5,000 | | 136,000 | | 110,200 | | 100,000 | | 95,400 | | - |
| 37 | | | | | | | | | | | | | | | |
| 38 | Beginning MRR | | 47,667 | | 53,750 | | 60,833 | | 87,083 | | 68,989 | | 75,239 | | 86,239 |
| 39 | Net New MRR | UTC, Sandisk [REDACTED] | 12,250 | *Paypal* | 7,083 | Am Ex, Sandisk | 26,250 | Hershey, BNY | 12,322 | [REDACTED] | 6,250 | [REDACTED][REDACTED] | 7,000 | BMC | 7,100 |
| 40 | Renewal MRR | | | | - | GoDaddy, Box | 4,000 | | - | Gap | 3,750 | [REDACTED] | 4,000 | | - |
| 41 | Churn MRR | AIG, AOL | (6,167) | | - | GoDaddy, Box | (4,000) | AM Ex,[REDACTED] | (30,416) | Gap | (3,750) | | - | [REDACTED] | (2,667) |
| 42 | Ending MRR | | 53,750 | | 60,833 | | 87,083 | | 68,989 | | 75,239 | | 86,239 | | 90,672 |
| 43 | ARR | | 645,000 | | 729,996 | | 1,044,996 | | 827,868 | | 902,868 | | 1,034,868 | | 1,088,064 |
| 44 | Other Revenue | | | | | | | | | | | *Liberty* | 5,000 | | |
| 45 | | | | | | | | | | | | | | | |
| 48 | Churn Percentage $ | | 10.29% | | 0.00% | | 0.00% | | 30.60% | | 0.00% | | 0.00% | | 2.86% |
| 49 | Churn Number of Logos | | 2 | | 0 | | 0 | AM Ex,[REDACTED] | 2 | | 0 | | 0 | | 0 |

| | P | Q | R | S | T | U | V | W | X | Y | AH | AI | AJ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| 1 | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | |
| 4 | August-16 | | September-16 | | October-16 | | November-16 | | December-16 | | YTD | | |
| 5 | # | $ | # | $ | # | $ | # | $ | # | $ | # | $ | |
| 6 | 142 | $ 4,027,996 | 169 | $ 3,781,329 | 165 | $ 3,762,196 | 170 | $ 3,707,196 | | | 20 | $ 600,000 | |
| 7 | | | | | | | | | | | | | |
| 8 | 1 | $ 25,000 | 1 | $ 25,000 | 0 | $ - | 0 | $ - | | | 40 | $ 1,230,400 | |
| 9 | 0 | $ - | 2 | $ 30,000 | 2 | $ 30,000 | 0 | $ - | | | 22 | $ 1,010,000 | |
| 10 | 14 | $ 65,000 | 8 | $ 40,000 | 0 | $ - | 0 | $ - | | | 22 | $ 105,000 | |
| 11 | 9 | $ 30,000 | 1 | $ 5,000 | 1 | $ 75,000 | 0 | $ - | | | 23 | $ 160,000 | |
| 12 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | | | 4 | $ 105,000 | |
| 13 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | | | 32 | $ 1,135,000 | |
| 14 | 1 | $ 5,000 | 4 | $ 103,000 | 2 | $ 10,000 | 0 | $ - | | | 5 | $ 108,000 | |
| 15 | 13 | $ 170,000 | 6 | $ 295,000 | 9 | $ 145,000 | 0 | $ - | | | 76 | $ 2,115,000 | |
| 16 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | 0 | | | 5 | $ 125,000 | |
| 17 | 38 | $ 295,000 | 22 | $ 498,000 | 14 | $ 260,000 | 0 | $ - | | | 229 | $ 6,093,400 | 22.9 |
| 18 | 0 | $ - | 9 | $ 672,867 | | $ - | 0 | $ - | | | 16 | $ 916,067 | |
| 19 | 1 | $ 50,000 | 0 | $ - | 0 | $ - | 0 | $ - | | | 10 | $ 310,000 | |
| 20 | (11) | $ (405,000) | (31) | $ (980,000) | (7) | $ (170,000) | 0 | $ - | | | (92) | $ (3,338,000) | |
| 21 | (1) | $ (186,667) | (4) | $ (210,000) | (2) | $ (145,000) | 0 | 0 | | | (18) | $ (994,271) | |
| 22 | 169 | $ 3,781,329 | 165 | $ 3,762,196 | 170 | $ 3,707,196 | 170 | $ 3,707,196 | | | 165 | $ 3,587,196 | |
| 23 | | | | | | | | | | | | | |
| 24 | NA | NA | NA | NA | NA | NA | 1 | $ 68,000 | 9 | $ 530,000 | | #VALUE! | |
| 25 | 1 | $ 186,667 | 4 | $ 210,000 | 0 | $ - | | | | | | | |
| 26 | | ▓▓▓▓ | | Comcast | | Liberty Mutal | | | | | | | |
| 27 | | | | GoDaddy | | AllState | | | | | | | |
| 28 | | | | ▓▓ | | | | | | | | | |
| 29 | | | | Celegene | | | | | | | | | |
| 30 | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | |
| 33 | | $ 46,667 | | $ 75,000 | Allstate, Liberty | $ 145,000 | | | | | | $ 714,934 | |
| 34 | | $ - | | $ 135,000 | | $ - | | | | | | $ 188,000 | |
| 35 | | $ - | | $ - | | $ - | | | | | | $ 30,333 | |
| 36 | | $ 46,667 | | $ 210,000 | | $ 145,000 | | | | | | $ 933,267 | |
| 37 | | | | | | | | | | | | | |
| 38 | | $ 90,672 | | $ 90,672 | | $ 85,673 | | | | | | | |
| 39 | ▓▓▓ | 11,667 | | $ - | Celegene, Liberty | $ 14,583 | | | | | | | |
| 40 | | - | GoDaddy | $ 4,167 | ▓ Comcast | $ 9,167 | | | | | | | |
| 41 | ▓ Sandisk | (11,667) | Godaddy, Sandisk, Mastercard | $ (9,166) | ▓ Comcast | $ (5,500) | | | | | | | |
| 42 | | $ 90,672 | | $ 85,673 | | $ 103,923 | | | | | | | |
| 43 | | $ 1,088,064 | | $ 1,028,076 | | $ 1,247,076 | | | | | | | |
| 44 | ▓ | $ 100,000 | BNY, Comcast | $ 25,333 | | $ - | | | | | | | |
| 45 | | | | | | | | | | | | | |
| 48 | | 11.40% | | 10.11% | | 5.49% | | | | | | | |
| 49 | | 0 | Mastercard, Sandisk | 2 | | - | | | | | | | |

Dashboard: Sales Performance Dashboard ~ Salesforce - Enterprise Edition

https://na31.salesforce.com/01Z37000000EQEp



11/21/2016 11:09 AM

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00177005

Dashboard: Sales Performance Dashboard ~ Salesforce - Enterprise Edition                    https://na31.salesforce.com/01Z37000000EQEp



Copyright © 2000-2016 salesforce.com, inc. All rights reserved. | Privacy Statement | Security Statement | Terms of Use | 508 Compliance

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                          hiQ_00177006