# EXHIBIT T

From:         Cindy McNutt
Sent:         Mon 10/31/2016 1:53 PM (GMT-07:00)
To:           Darren Kaplan; Darin Medeiros; Genevieve Graves; Rob Theis; Rob; ben patch; Xander
              Oltmann; Liz Williams
Cc:
Bcc:          cindy.mcnutt@hiqlabs.com
Subject:      Weekly Executive Sales Report
Attachments:  Executive Sales Dashboard 10312016.xlsx; New Leads by Channel 10312016.pdf; Sales
              Performance Dashboard 10312016.pdf


All,

Attached:
1.  Sales Dashboard
2.  Weekly Executive Sales Report (updated format...drop market lead tab to try new format)
3.  New Leads by Channel (aka Marketing Lead Report) (newly created in Salesforce to replace
Marketing Demand Gen Tab in worksheet)

Thanks!

Cindy McNutt
Controller
707-239-0959

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Weekly Executive Sales Dashboard** | | | | | | | | | | | | |
| 2 | 10/31/2016 | | | | | | | | | | | | |
| 3 | *For Internal Use Only* | | | | | | | | | | | | |
| 4 | | | January-16 | | | February-16 | | March-16 | | April-16 | | May-16 | | June-16 |
| 5 | *(in Customers and $)* | # | $ | # | $ | # | $ | # | $ | # | $ | # | $ |
| 6 | New Opportunities (SQL) Beginning | 20 | $ 600,000 | 38 | $ 1,285,000 | 64 | $ 2,204,400 | 80 | $ 2,738,400 | 118 | $ 3,501,400 | 123 | $ 3,792,400 |
| 7 | Lead Source | | | | | | | | | | | | |
| 8 | Elevate | 2 | $ 75,000 | 4 | $ 254,400 | 5 | $ 95,000 | 15 | $ 398,000 | 3 | $ 148,000 | 9 | $ 210,000 |
| 9 | Employee Referral | 3 | $ 250,000 | 2 | $ 135,000 | 6 | $ 285,000 | 7 | $ 260,000 | 2 | $ 50,000 | 0 | $ - |
| 10 | External SDR | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| 11 | Inbound | 0 | $ - | 0 | $ - | 1 | $ 75,000 | 2 | $ 25,000 | 0 | $ - | 0 | $ - |
| 12 | Partner - Agency | 0 | $ - | 0 | $ - | 0 | $ - | 2 | $ 55,000 | 0 | $ - | 2 | $ 50,000 |
| 13 | Partner - Consulting | 8 | $ - | 0 | $ - | 0 | $ - | 5 | $ 200,000 | 2 | $ 125,000 | 16 | $ 460,000 |
| 14 | Other | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| 15 | Prospecting | 6 | $ 260,000 | 17 | $ 465,000 | 14 | $ 475,000 | 12 | $ 325,000 | 3 | $ 85,000 | 0 | $ - |
| 16 | New Business | 0 | $ - | 1 | $ 25,000 | 0 | $ - | 0 | $ - | 0 | $ - | 4 | $ 100,000 |
| 17 | New Opportunities (SQL)/Month | 19 | $ 585,000 | 24 | $ 879,400 | 26 | $ 930,000 | 43 | $ 1,263,000 | 10 | $ 408,000 | 31 | $ 820,000 |
| 18 | Renewal | 0 | $ - | 0 | $ - | 3 | $ 125,000 | 1 | $ 65,200 | 1 | $ 8,000 | 0 | $ - |
| 19 | Upsell | 1 | $ 100,000 | 3 | $ 45,000 | 4 | $ 90,000 | 1 | $ 25,000 | 0 | $ - | 0 | $ - |
| 20 | Less Opportunities Closed/Lost | (1) | $ (90,000) | | | (13) | $ (475,000) | (4) | $ (405,000) | (5) | $ (100,000) | (17) | $ (500,000) |
| 21 | Less Opportunities Closed/Won | (1) | $ (85,000) | (1) | $ (5,000) | (4) | $ (136,000) | (3) | $ (185,200) | (1) | $ (25,000) | (3) | $ (161,404) |
| 22 | Total Opportunities for 2016 | 38 | $ 1,285,000 | 64 | $ 2,204,400 | 80 | $ 2,738,400 | 118 | $ 3,501,400 | 123 | $ 3,792,400 | 134 | $ 3,950,996 |
| 23 | | | | | | | | | | | | | |
| 24 | Forecast/Qtrly | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| 25 | **Opportunities Closed/Won** | | 1 $ 85,000 | | 1 $ 5,000 | | 4 $ 137,000 | | 3 $ 185,200 | | 1 $ 25,000 | | 3 $ 161,404 |
| 26 | | | | | *Paypal* | | *GoDaddy* | | *Hershey* | | ▮▮▮▮▮ | | ▮▮▮▮▮ |
| 27 | | | | | *Liberty Mutual* | | *Box* | | *Gap* | | | | |
| 28 | | | | | | | *BNY Mellon* | | ▮▮▮▮▮ | | | | *BMC* |
| 29 | | | | | | | *Comcast* | | | | | | |
| 30 | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | |
| 32 | **Actual** | | | | | | | | | | | | |
| 33 | Bookings - New | | $ 85,000 | | $ - | | $ 102,667 | | $ 65,200 | | $ 100,000 | | $ 95,400 |
| 34 | Bookings - Renewals | | - | | | | 8,000 | | 45,000 | | - | | - |
| 35 | Service | | - | | 5,000 | | 25,333 | | - | | - | | - |
| 36 | Total Bookings | | $ 85,000 | | $ 5,000 | | $ 136,000 | | $ 110,200 | | $ 100,000 | | $ 95,400 |
| 37 | | | | | | | | | | | | | |
| 38 | Beginning MRR | | $ 47,667 | | $ 53,750 | | $ 60,833 | | $ 87,083 | | $ 68,989 | | $ 75,239 |
| 39 | Net New MRR | *UTC, Sandisk* ▮▮▮ | 12,250 | *Paypal* | 7,083 | *Am Ex, Sandisk* | 26,250 | *Hershey, BNY* | 12,322 | | 6,250 | ▮▮▮ | 7,000 |
| 40 | Renewal MRR | | | | | *GoDaddy, Box* | 4,000 | | - | *Gap* | 3,750 | ▮▮▮ | 4,000 |
| 41 | Churn | *AIG, AOL* | (6,167) | | - | *GoDaddy, Box* | (4,000) | *AM Ex,* ▮▮▮ | (30,416) | *Gap* | (3,750) | | - |
| 42 | Ending MRR | | $ 53,750 | | $ 60,833 | | $ 87,083 | | $ 68,989 | | $ 75,239 | | $ 86,239 |
| 43 | ARR | | $ 645,000 | | $ 729,996 | | $ 1,044,996 | | $ 827,868 | | $ 902,868 | | $ 1,034,868 |
| 44 | Other Revenue | | | | | | | | | | | *Liberty* | $ 5,000 |
| 45 | | | | | | | | | | | | | |
| 48 | Churn Percentage $ | | 10.29% | | 0.00% | | 0.00% | | 30.60% | | 0.00% | | 0.00% |
| 49 | Churn Number of Logos | | 2 | | 0 | | 0 | | 2 | | 0 | | 0 |

|  | N | O | P | Q | R | S | T | U | V | W | X | Y | Z | AA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | July-16 | | August-16 | | September-16 | | October-16 | | November-16 | | December-16 | | YTD |
| | # | $ | # | $ | # | $ | # | $ | # | $ | # | $ | # | $ |
| 1 | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | |
| 4 | | July-16 | | August-16 | | September-16 | | October-16 | | November-16 | | December-16 | | YTD |
| 5 | # | $ | # | $ | # | $ | # | $ | # | $ | # | $ | # | $ |
| 6 | 134 | $ 3,950,996 | 142 | $ 4,027,996 | 169 | $ 3,781,329 | 165 | $ 3,762,196 | | | | | **20** | **$ 600,000** |
| 7 | | | | | | | | | | | | | | |
| 8 | 0 | $ - | 1 | $ 25,000 | 1 | $ 25,000 | 0 | $ - | | | | | 40 | $ 1,230,400 |
| 9 | 0 | $ - | 0 | $ - | 2 | $ 30,000 | 2 | $ 30,000 | | | | | 22 | $ 1,010,000 |
| 10 | 0 | $ - | 14 | $ 65,000 | 8 | $ 40,000 | 0 | $ - | | | | | 22 | $ 105,000 |
| 11 | 10 | $ 25,000 | 9 | $ 30,000 | 1 | $ 5,000 | 1 | $ 75,000 | | | | | 23 | $ 160,000 |
| 12 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | | | | | 4 | $ 105,000 |
| 13 | 1 | $ 350,000 | 0 | $ - | 0 | $ - | 0 | $ - | | | | | 32 | $ 1,135,000 |
| 14 | 0 | $ - | 1 | $ 5,000 | 4 | $ 103,000 | 2 | $ 10,000 | | | | | 5 | $ 108,000 |
| 15 | 5 | $ 40,000 | 13 | $ 170,000 | 6 | $ 295,000 | 9 | $ 145,000 | | | | | 76 | $ 2,115,000 |
| 16 | 0 | 0 | 0 | $ - | | | | | | | | | 5 | $ 125,000 |
| 17 | 16 | $ 415,000 | 38 | $ 295,000 | 22 | $ 498,000 | 14 | $ 260,000 | | | | | 229 | $ 6,093,400 |
| 18 | 2 | $ 45,000 | 0 | $ - | 9 | $ 672,867 | | | | | | | 16 | $ 916,067 |
| 19 | 0 | $ - | 1 | $ 50,000 | 0 | $ - | 0 | $ - | | | | | 10 | $ 310,000 |
| 20 | (10) | $ (383,000) | (11) | $ (405,000) | (31) | $ (980,000) | -7 | $ (170,000) | | | | | (92) | $ (3,338,000) |
| 21 | 0 | 0 | (1) | $ (186,667) | (4) | $ (210,000) | (2) | $ (145,000) | | | | | (18) | $ (994,271) |
| 22 | 142 | $ 4,027,996 | 169 | $ 3,781,329 | 165 | $ 3,762,196 | 170 | $ 3,707,196 | | | | | 165 | $ 3,587,196 |
| 23 | | | | | | | | | | | | | | |
| 24 | NA | NA | NA | NA | NA | NA | NA | 2 | $ 78,000 | 0 | $ - | 7 | $ 470,000 | $ 548,000 |
| 25 | - | $ - | 1 | $ 186,667 | 4 | $ 210,000 | 0 | $ - | | | | | | |
| 26 | | | | ■■■■ | | Comcast | | Liberty Mutal | | | | | | |
| 27 | | | | | | GoDaddy | | AllState | | | | | | |
| 28 | | | | ■■■■ | | | | | | | | | | |
| 29 | | | | | | Celegene | | | | | | | | |
| 30 | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | | |
| 33 | | $ - | | $ 46,667 | | $ 75,000 | | | | | | | | |
| 34 | | $ - | | $ - | | $ 135,000 | | | | | | | | |
| 35 | | $ - | | $ - | | $ - | | | | | | | | |
| 36 | | $ - | | $ 46,667 | | $ 210,000 | | | | | | | | |
| 37 | | | | | | | | | | | | | | |
| 38 | | $ 86,239 | | $ 90,672 | | $ 90,672 | | | | | | | | |
| 39 | BMC | 7,100 | ■■■■ | 11,667 | GoDaddy | $ 4,167 | | | | | | | | |
| 40 | | $ - | | $ - | | $ - | | | | | | | | |
| 41 | ■■■■ | (2,667) | Sandisk | (11,667) | Godaddy, Sandisk, Mastercard | $ (9,166) | | | | | | | | |
| 42 | | $ 90,672 | | $ 90,672 | | $ 85,673 | | | | | | | | |
| 43 | | $ 1,088,064 | | $ 1,088,064 | | $ 1,028,076 | | | | | | | | |
| 44 | | | | ■■■ $ 100,000 | BNY, Comcast | $ 25,333 | | | | | | | | |
| 45 | | | | | | | | | | | | | | |
| 48 | | 2.86% | | 11.40% | | 9.66% | | | | | | | | |
| 49 | | 0 | | 0 | Mastercard | 1 | | | | | | | | |

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **Forecasted Opportunities** | | | | | |
| 2 | 10/31/2016 | | | | | |
| 3 | *For Internal Use Only* | | | | | |
| 4 | | | | | | |
| 5 | **Opportunity Name** | **Opportunity Owner** | **Type** | **Lead Source** | **Age** | **Amount** |
| 6 | UTC Aero - Renewal | Amelia Barker | Existing Business | Other | 52 | $ 68,000 |
| 7 | SanDisk - Retention - Renewal | Amelia Barker | Existing Business | Renewal | 220 | $ 10,000 |
| 8 | | | | | **2** | **$ 78,000** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | **0** | **$ -** |
| 12 | American Express | Jeanne McFadden | New Business | Employee Referral | 226 | $ 30,000 |
| 13 | CDW- Retention | Amelia Barker | New Business | Prospecting | 200 | $ 100,000 |
| 14 | ██████ - Retention Renewal | Amelia Barker | Existing Business | Renewal | 41 | $ 80,000 |
| 15 | Kaiser Permanente - Retention | Mateo Epshteyn | New Business | Employee Referral | 382 | $ 80,000 |
| 16 | Nestle - Retention Renewal | Amelia Barker | Existing Business | Renewal | 115 | $ 45,000 |
| 17 | ████ - Keeper - Renewal | Amelia Barker | Existing Business | Renewal | 229 | $ 60,000 |
| 18 | The Hartford Financial Services Group , Inc.- Retention | Jeanne McFadden | New Business | Prospecting | 249 | $ 75,000 |
| 19 | | | | | **7** | **$ 470,000** |
| 20 | | | | | | |
| 21 | **Total Forecasted Opportunities Through 12/31/2016** | | | | **9** | **$ 548,000** |

| | G | H | I | J |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | **Stage** | **Probability (%)** | **Created Date** | **Close Month** |
| 6 | Contract | 90 | 9/9/2016 | 10/1/2016 |
| 7 | Proposal | 75 | 3/25/2016 | 10/1/2016 |
| 8 | | | | |
| 9 | | | | 11/1/2016 |
| 10 | | | | |
| 11 | | | | |
| 12 | Contract | 90 | 3/19/2016 | 12/1/2016 |
| 13 | Validation | 50 | 4/14/2016 | 12/1/2016 |
| 14 | Contract | 90 | 9/20/2016 | 12/1/2016 |
| 15 | Proposal | 75 | 10/15/2015 | 12/1/2016 |
| 16 | Proposal | 75 | 7/8/2016 | 12/1/2016 |
| 17 | Proposal | 75 | 3/16/2016 | 12/1/2016 |
| 18 | Contract | 90 | 2/25/2016 | 12/1/2016 |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **Late Stage Opportunities Q4** | | | | | |
| 2 | 10/31/2016 | | | | | |
| 3 | *For Internal Use Only* | | | | | |
| 4 | | | | | | |
| 5 | **Opportunity Name** | **Type** | **Opportunity Owner** | **Lead Source** | **Age** | **Amount** |
| 6 | Western Digital - Retention/Skills | Upsell | Amelia Barker | Renewal | 297 | $   60,000 |
| 7 | Tesoro-Skills | New Business | Amelia Barker | Prospecting | 217 | $   30,000 |
| 8 | Point72- Keeper | New Business | Jeanne McFadden | Prospecting | 226 | $   55,000 |
| 9 | Mercy Healthcare Systems- | New Business | Amelia Barker | Partner | 208 | $   30,000 |
| 10 | Equinix - Retention | New Business | Mateo Epshteyn | Elevate | 228 | $   70,000 |
| 11 | Cisco - Retention | New Business | Mateo Epshteyn | Employee Referral | 59 | $   25,000 |
| 12 | Chevron - Skills | New Business | Mateo Epshteyn | Elevate | 126 | $   90,000 |
| 13 | Bank of America -Retention (Workday Build Partner) | New Business | Peter Kovacs | Prospecting | 298 | $   98,000 |
| 14 | Ameriprise Financial - Retention | New Business | Mateo Epshteyn | Prospecting | 235 | $   95,000 |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | $   553,000 |

| | G | H | I | J |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | **Stage** | **Probability (%)** | **Created Date** | **Account Name** |
| 6 | Demo | 25 | 1/8/2016 | Western Digital |
| 7 | Proposal | 75 | 3/28/2016 | Tesoro Petroleum Corp. |
| 8 | Validation | 50 | 3/19/2016 | Point72 Asset Management |
| 9 | Proposal | 75 | 4/6/2016 | Mercy Healthcare Systems |
| 10 | Proposal | 75 | 3/17/2016 | Equinix |
| 11 | Validation | 50 | 9/2/2016 | Cisco |
| 12 | Proposal | 75 | 6/27/2016 | Chevron |
| 13 | Validation | 50 | 1/7/2016 | Bank of America Corporation |
| 14 | Proposal | 75 | 3/10/2016 | Ameriprise Financial |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |

New Leads by Channel ~ Salesforce - Enterprise Edition                                    https://na31.salesforce.com/00O370000027tuG



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                 hiQ_00179848

https://na31.salesforce.com/00O370000027tuG

Marketing Source: Webinar 8/17 (2 records)

Marketing Source: Webinar 8/18 (2 records)

☐ Marketing Channel: Website (10 records)

Marketing Source: Contact Us (1 record)

Marketing Source: demo request (4 records)

Marketing Source: risk report request (5 records)

**Grand Totals (126 records)**

Check rows to filter, then drill down by:  --None--    [ Drill Down ]

*Confidential Information - Do Not Distribute*

Copyright © 2000-2016 salesforce.com, inc. All rights reserved. | Privacy Statement | Security Statement | Terms of Use | 508 Compliance

10/31/2016 1:09 PM

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                 hiQ_00179849

Dashboard: Sales Performance Dashboard ~ Salesforce - Enterprise Edition

https://na31.salesforce.com/01Z37000000EQEp



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00179850

Dashboard: Sales Performance Dashboard ~ Salesforce - Enterprise Edition    https://na31.salesforce.com/01Z37000000EQEp



Copyright © 2000-2016 salesforce.com, inc. All rights reserved. | Privacy Statement | Security Statement | Terms of Use | 508 Compliance

10/31/2016 1:26 PM

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00179851