# EXHIBIT U

| | |
|---|---|
| From: | Cindy McNutt |
| Sent: | Tue 8/30/2016 12:10 PM (GMT-07:00) |
| To: | Rob Theis; Darren Kaplan; Genevieve Graves; ben patch; Darin Medeiros; Peter Kovacs; Rob |
| Cc: | Yuri Daniels |
| Bcc: | cindy.mcnutt@hiqlabs.com |
| Subject: | Weekly Executive Sales Dashboard Report |
| Attachments: | Executive Sales Dashboard 08292016.xlsx; Sales Performance Dashboard 08292016.pdf |

All,

Progress continues to be made.

New this week:
- Forecasted sales through the end of the year
- A PDF of the Sales Performance Dashboard that Yuri (the rocking marketing consultant) has created in Salesforce
- Numbers have been cleaned up in Salesforce and are looking more consistent

Still working on:
- Improving the Marketing Demand Gen Reporting

Thanks!


Cindy McNutt
Controller
707-239-0959

[The linked image cannot be displayed. The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location.]

**Weekly Executive Sales Dashboard**
August 29, 2016
*For Internal Use Only*

| | January-16 | | February-16 | | March-16 | | April-16 | | May-16 | | June-16 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (in Customers and $) | # | $ | # | $ | # | $ | # | $ | # | $ | # | $ |
| New Opportunities (SQL) Beginning | 20 | $ 600,000 | 38 | $ 1,285,000 | 64 | $ 2,204,400 | 80 | $ 2,738,400 | 118 | $ 3,501,400 | 123 | $ 3,792,400 |
| Lead Source | | | | | | | | | | | | |
| Elevate | 2 | $ 75,000 | 4 | $ 254,400 | 5 | $ 95,000 | 15 | $ 398,000 | 3 | $ 148,000 | 9 | $ 210,000 |
| Employee Referral | 3 | $ 250,000 | 2 | $ 135,000 | 6 | $ 285,000 | 7 | $ 260,000 | 2 | $ 50,000 | 0 | $ - |
| External SDR | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| Inbound | 0 | $ - | 0 | $ - | 1 | $ 75,000 | 2 | $ 25,000 | 0 | $ - | 0 | $ - |
| Partner - Agency | 0 | $ - | 0 | $ - | 0 | $ - | 2 | $ 55,000 | 0 | $ - | 2 | $ 50,000 |
| Partner - Consulting | 8 | $ - | 0 | $ - | 0 | $ - | 5 | $ 200,000 | 2 | $ 125,000 | 16 | $ 460,000 |
| Prospecting | 6 | $ 260,000 | 17 | $ 465,000 | 14 | $ 475,000 | 12 | $ 325,000 | 3 | $ 85,000 | 0 | $ - |
| New Business | 0 | $ - | 1 | $ 25,000 | 0 | $ - | 0 | $ - | 0 | $ - | 4 | $ 100,000 |
| New Opportunities (SQL)/Month | 19 | $ 585,000 | 24 | $ 879,400 | 26 | $ 930,000 | 43 | $ 1,263,000 | 10 | $ 408,000 | 31 | $ 820,000 |
| Renewal | 0 | $ - | 0 | $ - | 3 | $ 125,000 | 1 | $ 65,200 | 1 | $ 8,000 | 0 | $ - |
| Upsell | 1 | $ 100,000 | 3 | $ 45,000 | 4 | $ 90,000 | 1 | $ 25,000 | 0 | $ - | 0 | $ - |
| Less Opportunities Closed/Lost | (1) | $ (90,000) | | | (13) | $ (475,000) | (4) | $ (405,000) | (5) | $ (100,000) | (17) | $ (500,000) |
| Less Opportunities Closed/Won | (1) | $ (85,000) | (1) | $ (5,000) | (4) | $ (136,000) | (3) | $ (185,200) | (1) | $ (25,000) | (3) | $ (161,404) |
| Total Opportunities for 2016 | 38 | $ 1,285,000 | 64 | $ 2,204,400 | 80 | $ 2,738,400 | 118 | $ 3,501,400 | 123 | $ 3,792,400 | 134 | $ 3,950,996 |
| | | | | | | | | | | | | |
| Forecast/Qtrly | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Opportunities Closed/Won | 1 | $ 85,000 | 1 | $ 5,000 | 4 | $ 137,000 | 3 | $ 185,200 | 1 | $ 25,000 | 3 | $ 161,404 |
| | | *Paypal* | | *Liberty Mutual* | | *GoDaddy* | | *Hershey* | | | | |
| | | | | | | *Box* | | *Gap* | | | | |
| | | | | | | *BNY Mellon* | | | | | | *BMC* |
| | | | | | | *Comcast* | | | | | | |
| | | | | | | | | | | | | |
| **Actual** | | | | | | | | | | | | |
| Bookings - New | | $ 85,000 | | $ - | | $ 102,667 | | $ 65,200 | | $ 100,000 | | $ 67,000 |
| Bookings - Renewals | | - | | - | | 8,000 | | 45,000 | | - | | - |
| Service | | - | | 5,000 | | 25,333 | | - | | - | | - |
| Total Bookings | | $ 85,000 | | $ 5,000 | | $ 136,000 | | $ 110,200 | | $ 100,000 | | $ 67,000 |
| | | | | | | | | | | | | |
| Beginning MRR | | $ 47,667 | | $ 53,750 | | $ 60,833 | | $ 87,083 | | $ 68,989 | | $ 75,239 |
| Net New MRR | *UTC, Sandisk* | 12,250 | *Paypal* | 7,083 | *Am Ex, Sandisk* | 26,250 | *Hershey, BNY* | 12,322 | | 6,250 | | 7,000 |
| Renewal MRR | | | | - | *GoDaddy, Box* | 4,000 | | - | *Gap* | 3,750 | | 4,000 |
| Churn | *AIG, AOL* | (6,167) | | - | *GoDaddy, Box* | (4,000) | *AM Ex,* | (30,416) | *Gap* | (3,750) | | - |
| Ending MRR | | $ 53,750 | | $ 60,833 | | $ 87,083 | | $ 68,989 | | $ 75,239 | | $ 86,239 |
| ARR | | $ 645,000 | | $ 729,996 | | $ 1,044,996 | | $ 827,868 | | $ 902,868 | | $ 1,034,868 |
| Other Revenue | | | | | | | | | | | *Liberty* | $ 5,000 |
| | | | | | | | | | | | | |
| Churn Percentage $ | | 10.29% | | 0.00% | | 0.00% | | 30.60% | | 0.00% | | 0.00% |
| Churn Number of Logos | | 2 | | 0 | | 0 | | 2 | | 0 | | 0 |

| | N | O | P | Q | R | S | T | U | V | W | X | Y | Z | AA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | |
| 4 | July-16 | | August-16 | | September-16 | | October-16 | | November-16 | | December-16 | | | YTD |
| 5 | # | $ | # | $ | # | $ | # | $ | # | $ | # | $ | # | $ |
| 6 | 134 | $ 3,950,996 | 142 | $ 4,027,996 | | | | | | | | | 20 | $ 600,000 |
| 7 | | | | | | | | | | | | | | |
| 8 | 0 | $ - | 1 | $ 25,000 | | | | | | | | | 38 | $ 1,180,400 |
| 9 | 0 | $ - | 0 | $ - | | | | | | | | | 20 | $ 980,000 |
| 10 | 0 | $ - | 14 | $ 65,000 | | | | | | | | | | |
| 11 | 10 | $ 25,000 | 9 | $ 25,000 | | | | | | | | | 13 | $ 125,000 |
| 12 | 0 | $ - | 0 | $ - | | | | | | | | | 4 | $ 105,000 |
| 13 | 1 | $ 350,000 | 0 | $ - | | | | | | | | | 32 | $ 1,135,000 |
| 14 | 5 | $ 40,000 | 9 | $ 55,000 | | | | | | | | | 57 | $ 1,650,000 |
| 15 | 0 | 0 | 0 | $ - | | | | | | | | | 5 | $ 125,000 |
| 16 | 16 | $ 415,000 | 33 | $ 170,000 | | | | | | | | | 169 | $ 5,300,400 |
| 17 | 2 | $ 45,000 | 0 | $ - | | | | | | | | | 7 | $ 243,200 |
| 18 | 0 | $ - | 1 | $ 50,000 | | | | | | | | | 9 | $ 260,000 |
| 19 | (10) | $ (383,000) | (11) | $ (405,000) | | | | | | | | | (50) | $ (1,953,000) |
| 20 | 0 | 0 | (1) | $ (186,667) | | | | | | | | | (13) | $ (597,604) |
| 21 | 142 | $ 4,027,996 | 164 | $ 3,656,329 | | | | | | | | | 142 | $ 3,852,996 |
| 22 | | | | | | | | | | | | | | |
| 23 | NA | NA | 1 | $ 120,000 | 5 | $ 325,000 | 0 | $ - | 0 | $ - | 2 | $ 550,000 | | |
| 24 | - | $ - | - | $ - | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | |
| 32 | | $ 28,400 | | $ 46,667 | | | | | | | | | | |
| 33 | | - | | - | | | | | | | | | | |
| 34 | | - | | - | | | | | | | | | | |
| 35 | | $ 28,400 | | $ 46,667 | | | | | | | | | | |
| 36 | | | | | | | | | | | | | | |
| 37 | | $ 86,239 | | $ 90,672 | | | | | | | | | | |
| 38 | BMC | 7,100 | | 11,667 | | | | | | | | | | |
| 39 | | - | | - | | | | | | | | | | |
| 40 | | (2,667) | | - | | | | | | | | | | |
| 41 | | $ 90,672 | | $ 102,339 | | | | | | | | | | |
| 42 | | $ 1,088,064 | | $ 1,228,068 | | | | | | | | | | |
| 43 | | | | $ 100,000 | | | | | | | | | | |
| 44 | | | | | | | | | | | | | | |
| 47 | | 2.86% | | 0.00% | | | | | | | | | | |
| 48 | | 0 | | 0 | | | | | | | | | | |

# Forecasted Opportunities

August 29, 2016

*For Internal Use Only*

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 4 | **Opportunity Name** | **Type** | **Lead Source** | **Age** | **Amount** | **Stage** | **Probability (%)** |
| 5 | ▇ - Keeper | New Business | Employee Referral | 199 | 140000 | Contract | 90 |
| 6 | Mastercard - Keeper - Renewal | Existing Business | Renewal | 248 | 120000 | Contract | 90 |
| 7 | | | | 2 | $ 260,000 | | |
| 8 | ▇ - Keeper - Renewal | Existing Business | Renewal | 255 | 40000 | Contract | 90 |
| 9 | Comcast - Keeper - Renewal | Existing Business | Renewal | 255 | 50000 | Contract | 90 |
| 10 | GoDaddy - Keeper - Renewal | Existing Business | Renewal | 156 | 40000 | Proposal | 75 |
| 11 | Celgene - Keeper | New Business | Prospecting | 91 | 75000 | Contract | 90 |
| 12 | Allstate - Retention | New Business | Prospecting | 137 | 120000 | Contract | 90 |
| 13 | | | | | | | |
| 14 | | | | 5 | $ 325,000 | | |
| 15 | | | | | | | |
| 16 | | | | 0 | $ - | | |
| 17 | **Opportunity Name** | **Opportunity Owner** | **Type** | **Lead Source** | **Age** | **Amount** | **Stage** |
| 18 | Mastercard - Keeper - Renewal | Amelia Barker | Existing Business | Renewal | 263 | $ 120,000 | Contract |
| 19 | | | | | 1 | $ 120,000 | |
| 20 | Comcast - Keeper - Renewal | Peter Kovacs | Existing Business | Renewal | 263 | $ 50,000 | Contract |
| 21 | Celgene - Keeper | Jeanne McFadden | New Business | Prospecting | 99 | $ 75,000 | Contract |
| 22 | Allstate - Retention | Mateo Epshteyn | New Business | Prospecting | 145 | $ 120,000 | Contract |
| 23 | ▇ - Keeper - Renewal | Amelia Barker | Existing Business | Renewal | 263 | $ 40,000 | Contract |
| 24 | GoDaddy - Keeper - Renewal | Amelia Barker | Existing Business | Renewal | 164 | $ 40,000 | Proposal |
| 25 | | | | | 5 | $ 325,000 | |
| 26 | ▇ - Keeper - Renewal | Amelia Barker | Existing Business | Renewal | 167 | $ 60,000 | Proposal |
| 27 | Nestle - Retention Renewal | Amelia Barker | Existing Business | Renewal | 53 | $ 45,000 | Proposal |
| 28 | | | | | 2 | $ 105,000 | |
| 29 | | | | | | | |
| 30 | **Total Forecasted Opportunities Through 12/31/2016** | | | | 7 | $ 550,000 | |

|   | H | I | J |
|---|---|---|---|
| 1 |   |   |   |
| 2 |   |   |   |
| 3 |   |   |   |
| 4 | **Created Date** | **Close Month** | Owner |
| 5 | 1/29/2016 | 8/1/2016 | Jeanne |
| 6 | 12/11/2015 | 8/1/2016 | Amelia |
| 7 |   |   |   |
| 8 | 12/11/2015 | 9/1/2016 | Amelia |
| 9 | 12/11/2015 | 9/1/2016 | Peter |
| 10 | 3/19/2016 | 9/1/2016 | Amelia |
| 11 | 5/23/2016 | 9/1/2016 | Jeanne |
| 12 | 4/7/2016 | 9/1/2016 | Mateo |
| 13 |   |   |   |
| 14 |   |   |   |
| 15 |   |   |   |
| 16 |   |   |   |
| 17 | **Probability (%)** | **Created Date** | **Close Month** |
| 18 | 90 | 12/11/2015 | 8/1/2016 |
| 19 |   |   |   |
| 20 | 90 | 12/11/2015 | 9/1/2016 |
| 21 | 90 | 5/23/2016 | 9/1/2016 |
| 22 | 90 | 4/7/2016 | 9/1/2016 |
| 23 | 90 | 12/11/2015 | 9/1/2016 |
| 24 | 75 | 3/19/2016 | 9/1/2016 |
| 25 |   |   |   |
| 26 | 75 | 3/16/2016 | 12/1/2016 |
| 27 | 75 | 7/8/2016 | 12/1/2016 |
| 28 |   |   |   |
| 29 |   |   |   |
| 30 |   |   |   |

# Demand Generation

August 29, 2016

For Internal Use Only

## Source

| INBOUND LEADS | Budgeted Cost | # Suspects | Lead-Prospect-MQL | SQL-Opportunity | Cost per SQL | Conversion Rate Suspects & MQL to SQL | Date Won | Won/Closed | Won/Closed to SQL-Opp |
|---|---|---|---|---|---|---|---|---|---|
| AdCo (Advisory Council) | | | | | | | | | |
| 8/2 Boston | $ 2,500 | 480 | 9 | | #DIV/0! | 0.0% | | | #DIV/0! |
| 8/9 Palo Alto | $ 2,500 | 480 | 16 | 5 | $ 500.00 | 1.0% | | | 0.0% |
| 8/10 D.C. | $ 2,500 | CANCELLED | | | #DIV/0! | #DIV/0! | | | #DIV/0! |
| 8/23 L.A. | $ 2,500 | CANCELLED | | | #DIV/0! | #DIV/0! | | | #DIV/0! |
| 9/13 Dallas | $ 2,500 | NA | | | #DIV/0! | #DIV/0! | | | #DIV/0! |
| Podcast | | | | | | | | | |
| Podcast 3 - Ernest Ng | $ 6,250 | 5900 | 32 | 0 | #DIV/0! | 0.0% | | | #DIV/0! |
| Podcast 4 - Gamel (MC) | $ 6,250 | NA | | | #DIV/0! | #DIV/0! | | | #DIV/0! |
| White Paper | $ 2,500 | NA | | | #DIV/0! | #DIV/0! | | | #DIV/0! |
| Display Advertising | $ 2,500 | NA | | | #DIV/0! | #DIV/0! | | | #DIV/0! |
| Inbound Leads (Demo, etc.) | $ - | | | | #DIV/0! | #DIV/0! | | | #DIV/0! |
| | | | | | | | | | |
| Total | $ 30,000 | 6860 | 57 | 5 | $ 6,000.00 | 2.9% | | - | 0.0% |

| PROSPECTING LEADS | July Cost | Suspects | Lead-Prospect-MQL | SQL-Opportunity | Cost per SQL | Conversion Rate Suspects & MQL to SQL | Date Won | Won/Closed | Won/Closed to SQL-Opp |
|---|---|---|---|---|---|---|---|---|---|
| Tactical TeleSoultions | $ 7,200 | NA | NA | | #DIV/0! | #DIV/0! | | | #DIV/0! |
| Vorsight | $ 14,925 | NA | NA | | #DIV/0! | #DIV/0! | | | #DIV/0! |
| SDR | $ 5,700 | NA | NA | 3 | $ 1,900.00 | #DIV/0! | | | 0.0% |
| Sales Team | $ 57,000 | NA | NA | 5 | $ 11,400.00 | #DIV/0! | | | 0.0% |
| Demand Gen Employee | TBD | NA | NA | | | | | | |
| | | | | | | | | | |
| Total | $ 84,825 | 0 | 0 | 8 | $ 10,603.13 | 2.9% | | 0 | 0.0% |

|    | K | L | M | N | O |
|----|---|---|---|---|---|
| 1  |   | To be a lead, they must have an interest in what hiQ is selling. | | | |
| 2  |   | MQL - Marketing Qualified Lead | | | |
| 3  |   | SQL - Sales Qualified Lead | | | |
| 4  |   |   |   |   |   |
| 5  |   | **Definitions/Triggers** | | | |
| 6  | **Cost per Closed/Won** | **Suspects** | **Lead-Prospect-MQL** | **SQL-Opportunity** | |
| 7  |   | - | - | - | |
| 8  | #DIV/0! |   | Registered to Attend | Rep contacts and assess interest | |
| 9  | #DIV/0! |   | Registered to Attend | Rep contacts and assess interest | |
| 10 | #DIV/0! |   | Registered to Attend | Rep contacts and assess interest | |
| 11 | #DIV/0! |   | Registered to Attend | Rep contacts and assess interest | |
| 12 | #DIV/0! |   | Registered to Attend | Rep contacts and assess interest | |
| 13 |   | - | - | - | |
| 14 | #DIV/0! | Listen Podcast |   | SDR calls | |
| 15 | #DIV/0! | Listen Podcast |   | SDR calls | |
| 16 | #DIV/0! |   | Gated | SDR calls | |
| 17 | #DIV/0! |   | Gated | SDR calls | |
| 18 | #DIV/0! | At point of request | SDR/Vendors Call | SDR passes to Rep | |
| 19 |   |   |   |   |   |
| 20 | #DIV/0! |   |   |   |   |
| 21 |   |   |   |   |   |
| 22 | **Cost per Closed/Won** | **Suspects** | **Lead-Prospect-MQL** | **SQL-Opportunity** | |
| 23 | #DIV/0! |   |   | They will provide once they are qualified | |
| 24 | #DIV/0! |   |   | They will provide once they are qualified | |
| 25 | #DIV/0! |   |   |   |   |
| 26 | #DIV/0! |   |   |   |   |
| 27 |   |   |   |   |   |
| 28 |   | *LinkedIn Ads:  Associated with the other inbound lead generator costs* | | | |
| 29 |   | *Lists (Purchased):  Associated with both marketing campaigns and* | | | |
| 30 | #DIV/0! |   |   |   |   |

|   | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Demand Generation** | | | | | | | | | | |
| 2 | August 29, 2016 | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | **Source** | | | | | | | | | | |
| 6 | **INBOUND LEADS** | **Budgeted Cost** | **# Suspects** | **Lead-Prospect-MQL** | **SQL-Opportunity** | **Cost per SQL** | **Conversion Rate Suspects & MQL to SQL** | **Date Won** | **Won/Closed** | **Won/Closed to SQL-Opp** | **Cost per Closed/Won** |
| 7 | Elevate | $ 50,000 | 18 | | | #DIV/0! | 0.0% | | | #DIV/0! | #DIV/0! |
| 8 | AdCo (Advisory Council) | | | | | | | | | | |
| 9 | 8/10 D.C. | $ 2,500 | CANCELLED | | | #DIV/0! | #DIV/0! | | | #DIV/0! | #DIV/0! |
| 10 | 8/23 L.A. | $ 2,500 | CANCELLED | | | #DIV/0! | #DIV/0! | | | #DIV/0! | #DIV/0! |
| 11 | 9/22 Dallas | $ 2,500 | NA | | | #DIV/0! | #DIV/0! | | | #DIV/0! | #DIV/0! |
| 12 | 9/22 Chicago | $ 2,500 | | | | #DIV/0! | | | | | #DIV/0! |
| 13 | Podcast | | | | | | | | | | |
| 14 | Podcast 5 | $ 2,000 | 37 | | | #DIV/0! | 0.0% | | | #DIV/0! | #DIV/0! |
| 15 | Podcast 6 | $ 2,000 | NA | | | | | | | | |
| 16 | Webinar | | | | | | | | | | |
| 17 | 8/17 Darin M | $ 2,500 | 3,000 | 17 | | #DIV/0! | 0.0% | | | #DIV/0! | #DIV/0! |
| 18 | 8/18 Housman | $ 2,500 | 8,000 | 60 | | #DIV/0! | 0.0% | | | #DIV/0! | #DIV/0! |
| 19 | White Paper | | NA | | | #DIV/0! | #DIV/0! | | | #DIV/0! | #DIV/0! |
| 20 | Display Advertising | | NA | | | #DIV/0! | #DIV/0! | | | #DIV/0! | #DIV/0! |
| 21 | Inbound Leads (Demo, etc.) | $ - | | | 9 | $ - | #DIV/0! | | | 0.0% | #DIV/0! |
| 22 | Deloitte Guru | $ - | 23 | | | #DIV/0! | 0.0% | | | #DIV/0! | #DIV/0! |
| 23 | | | | | | | | | | | |
| 24 | Total | $ 19,000 | 11060 | 77 | 9 | $ 2,111.11 | 0.1% | | - | 0.0% | #DIV/0! |
| 25 | *check figure Salesforce* | | 141 | | | | | | | | |
| 26 | | | | | | | | | | | |
| 27 | **PROSPECTING LEADS** | **Budgeted Cost** | **Suspects** | **Lead-Prospect-MQL** | **SQL-Opportunity** | **Cost per SQL** | **Conversion Rate Suspects & MQL to SQL** | **Date Won** | **Won/Closed** | **Won/Closed to SQL-Opp** | **Cost per Closed/Won** |
| 28 | Tactical TeleSoultions | $ 14,400 | NA | NA | 6 | $ 2,400.00 | #DIV/0! | | | 0.0% | #DIV/0! |
| 29 | Vorsight | $ 7,160 | NA | NA | 8 | $ 895.00 | #DIV/0! | | | 0.0% | #DIV/0! |
| 30 | SDR | $ 6,000 | NA | NA | 3 | $ 2,000.00 | #DIV/0! | | | 0.0% | #DIV/0! |
| 31 | Sales Team | $ 57,000 | NA | NA | 9 | $ 6,333 | #DIV/0! | | | 0.0% | #DIV/0! |

| | L | M | N | O |
|---|---|---|---|---|
| 1 | To be a lead, they must have an interest in what hiQ is selling. | | | |
| 2 | MQL - Marketing Qualified Lead | | | |
| 3 | SQL - Sales Qualified Lead | | | |
| 4 | | | | |
| 5 | | **Definitions/Triggers** | | |
| 6 | **Suspects** | **Lead-Prospect-MQL** | **SQL-Opportunity** | |
| 7 | Registration | | Rep contacts and assess interest | |
| 8 | - | - | - | |
| 9 | | Registered to Attend | Rep contacts and assess interest | |
| 10 | | Registered to Attend | Rep contacts and assess interest | |
| 11 | | Registered to Attend | Rep contacts and assess interest | |
| 12 | | | | |
| 13 | - | - | - | |
| 14 | Listen Podcast | | SDR calls | |
| 15 | | | | |
| 16 | - | - | - | |
| 17 | | Registered to Attend | Rep contacts and assess interest | |
| 18 | | Registered to Attend | Rep contacts and assess interest | |
| 19 | | Gated | SDR calls | |
| 20 | | Gated | SDR calls | |
| 21 | At point of request | SDR/Vendors Call | SDR passes to Rep | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | **Suspects** | **Lead-Prospect-MQL** | **SQL-Opportunity** | |
| 28 | | | They will provide once they are qualified | |
| 29 | | | They will provide once they are qualified | |
| 30 | | | | |
| 31 | | | | |
| 32 | *LinkedIn Ads: Associated with the other inbound lead generator costs* | | | |
| 33 | *Lists (Purchased): Associated with both marketing campaigns and* | | | |
| 34 | | | | |



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00179864



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                hiQ_00179865