# EXHIBIT V

| | |
|---|---|
| From: | Cindy McNutt |
| Sent: | Wed 3/08/2017 11:53 AM (GMT-08:00) |
| To: | Mark Weidick; Rob; Rob Theis; Darren Kaplan; Darin Medeiros; Genevieve Graves; ben patch |
| Cc: | |
| Bcc: | |
| Subject: | Monthly Executive Sales Report |
| Attachments: | Executive Sales Dashboard 02282017.xlsx |

All,

Here is the report for February.

Thanks!


Cindy McNutt
Controller
707-239-0959

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                                      hiQ_00626269

| | A | B | C | D | E | Z | AA | AB | AC | AV | AW |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Weekly Executive Sales Dashboard** | | | | | | | | | | |
| 2 | | 2/28/2017 | | | | | | | | | |
| 3 | *For Internal Use Only* | | | | | | | | | | |
| 4 | | **January-16** | | **February-16** | | **January-17** | | **February-17** | | **2017 FY YTD** | |
| 5 | *(in Customers and $)* | # | $ | # | $ | # | $ | # | $ | # | $ |
| 6 | New Opportunities (SQL) Beginning | 20 | $ 600,000 | 38 | $ 1,285,000 | 138 | $ 2,945,696 | 148 | $ 3,125,696 | 138 | $ 2,945,696 |
| 7 | Lead Source | | | | | | | | | | |
| 8 | Elevate | 2 | $ 75,000 | 4 | $ 254,400 | 0 | $ - | 0 | $ - | - | $ - |
| 9 | Employee Referral | 3 | $ 250,000 | 2 | $ 135,000 | 6 | $ 70,000 | 1 | $ 160,000 | 7 | $ 230,000 |
| 10 | External SDR | 0 | $ - | 0 | $ - | 2 | $ 10,000 | 1 | $ 5,000 | 3 | $ 15,000 |
| 11 | Inbound | 0 | $ - | 0 | $ - | 1 | $ 5,000 | 1 | $ 5,000 | 2 | $ 10,000 |
| 12 | Partner - Agency | 0 | $ - | 0 | $ - | 1 | $ 50,000 | 1 | $ 750,000 | 2 | $ 800,000 |
| 13 | Partner - Consulting | 8 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | - | $ - |
| 14 | Other | 0 | $ - | 0 | $ - | 0 | $ - | 3 | $ 80,000 | 3 | $ 80,000 |
| 15 | Prospecting | 6 | $ 260,000 | 17 | $ 465,000 | 3 | $ 15,000 | 1 | $ 5,000 | 4 | $ 20,000 |
| 16 | New Business | 0 | $ - | 1 | $ 25,000 | 0 | 0 | 0 | 0 | - | $ - |
| 17 | New Opportunities (SQL)/Month | 19 | $ 585,000 | 24 | $ 879,400 | 13 | $ 150,000 | 8 | $ 1,005,000 | 21 | $ 1,155,000 |
| 18 | Renewal | 0 | $ - | 0 | $ - | 2 | $ 150,000 | 0 | $ - | 2 | $ 150,000 |
| 19 | Upsell | 1 | $ 100,000 | 3 | $ 45,000 | 0 | $ - | 2 | $ 90,000 | 2 | $ 90,000 |
| 20 | Less Opportunities Closed/Lost | (1) | $ (90,000) | 0 | $ - | (3) | $ (55,000) | (8) | $ (85,000) | (11) | $ (140,000) |
| 21 | Less Opportunities Closed/Won | (1) | $ (85,000) | (1) | $ (5,000) | (2) | $ (65,000) | 0 | $ - | (2) | $ (65,000) |
| 22 | Total Opportunities for 2016 | 38 | $ 1,285,000 | 64 | $ 2,204,400 | 148 | $ 3,125,696 | 150 | $ 4,135,696 | 150 | $ 4,135,696 |
| 23 | | | | | | | | | | | |
| 24 | Forecast/Qtrly | NA | NA | NA | NA | NA | NA | 4 | $ 269,000 | | |
| 25 | **Opportunities Closed/Won** | 1 | $ 85,000 | 1 | $ 5,000 | 2 | $ 65,000 | | $ - | | |
| 26 | | | *Paypal* | | *Liberty Mutual* | | | | | | |
| 27 | | | | | | | | | | | |
| 28 | | | | | | | | | | | |
| 29 | | | | | | | | | | | |
| 30 | | | | | | | | | | | |
| 31 | | | | | | | | | | | |
| 32 | **Actual** | **January-16** | | **February-16** | | **January-17** | | **February-17** | | | |
| 33 | Bookings - New | | $ 85,000 | | $ - | | $ 15,000 | | $ - | | |
| 34 | Bookings - Renewals | | - | | - | | | | $ - | | |
| 35 | Service | | - | | 5,000 | | $ 50,000 | | $ - | | |
| 36 | Total Bookings | | $ 85,000 | | $ 5,000 | | $ 65,000 | | $ - | | |
| 37 | | | | | | | | | | | |
| 38 | Beginning MRR | | $ 47,667 | | $ 53,750 | | $ 124,394 | | $ 120,728 | | |
| 39 | Net New MRR | *UTC, Sandisk* | 12,250 | *Paypal* | 7,083 | *BNY Skills* | $ 4,167 | | $ - | | |
| 40 | Renewal MRR | | | | - | *UTC* | $ 10,667 | | $ - | | |

|    | AX | AY |
|----|---:|---:|
| 1  |    |    |
| 2  |    |    |
| 3  |    |    |
| 4  | **YoY Growth** | |
| 5  | **#** | **$** |
| 6  | 118 | $ 2,345,696 |
| 7  |    |    |
| 8  | (6) | $ (329,400) |
| 9  | 2 | $ (155,000) |
| 10 | 3 | $ 15,000 |
| 11 | 2 | $ 10,000 |
| 12 | 2 | $ 800,000 |
| 13 | (8) | $ - |
| 14 | 3 | $ 80,000 |
| 15 | (19) | $ (705,000) |
| 16 | (1) | $ (25,000) |
| 17 | (6) | $ (435,000) |
| 18 | 2 | $ 150,000 |
| 19 | (1) | $ (100,000) |
| 20 | (2) | $ 35,000 |
| 21 | (1) | $ 20,000 |
| 22 | 110 | $ 1,840,696 |
| 23 |    |    |
| 24 |    |    |
| 25 |    |    |
| 26 |    |    |
| 27 |    |    |
| 28 |    |    |
| 29 |    |    |
| 30 |    |    |
| 31 |    |    |
| 32 |    |    |
| 33 |    |    |
| 34 |    |    |
| 35 |    |    |
| 36 |    |    |
| 37 |    |    |
| 38 |    |    |
| 39 |    |    |
| 40 |    |    |

| | A | B | C | D | E | Z | AA | AB | AC | AV | AW |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 41 | Churn MRR | AIG, AOL | (6,167) | | - | Liberty Mutual, UTC | $ (18,500) | Paypal | $ (7,083) | | |
| 42 | Ending MRR | | $ 53,750 | | $ 60,833 | | $ 120,728 | | $ 113,645 | | |
| 43 | ARR | | $ 645,000 | | $ 729,996 | | $ 1,448,736 | | $ 1,363,740 | | |
| 44 | Other Revenue | | | | | | | | | | |
| 45 | | | | | | | | | | | |
| 48 | Churn Percentage $ | | 10.29% | | 0.00% | | 14.39% | | 5.87% | | |
| 49 | Churn Number of Logos | AOL | 1 | | 0 | Liberty | 1 | Paypal | 1 | | |
| 50 | | | | | | | | | | | |
| 51 | Difference Between Salesforce & Finance Bookings | | $ - | | $ - | | $ - | | $ - | | |

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | **Forecasted Opportunities - Q1 & Q2 '17** | | | | | | |
| 2 | 2/28/2017 | | | | | | |
| 3 | *For Internal Use Only* | | | | | | |
| 4 | | | | | | | |
| 5 | **Opportunity Name** | **Opportunity Owner** | **Type** | **Lead Source** | **Age** | **Amount** | **Stage** |
| 6 | Nestle - Keeper | Amelia Barker | Existing Business | Renewal | 241 | $ 40,000 | Contract |
| 7 | Paypal - Keeper | Amelia Barker | Existing Business | Renewal | 167 | $ 85,000 | Proposal |
| 8 | BNY Mellon - Retention Renewal | Jeanne McFadden | Existing Business | Renewal | 167 | $ 94,000 | Proposal |
| 9 | GoDaddy - Keeper | Amelia Barker | Existing Business | Renewal | 167 | $ 50,000 | Proposal |
| 10 | | | | | | | |
| 11 | **Total Forecasted Opportunities Q1 - 17** | | | | 4 | $ 269,000 | |
| 12 | | | | | | | |
| 13 | Chevron - Skill Mapper | Mateo Epshteyn | New Business | Elevate | 252 | $ 98,000 | Contract |
| 14 | Gap - Keeper | Amelia Barker | Existing Business | Renewal | 167 | $ 45,000 | Proposal |
| 15 | The Hershey Company - Keeper/Skill | Amelia Barker | Existing Business | Renewal | 329 | $ 90,000 | Proposal |
| 16 | ▇▇▇ - Keeper | Amelia Barker | Existing Business | Renewal | 167 | $ 59,000 | Proposal |
| 17 | | | | | | | |
| 18 | **Total Forecasted Opportunities Q2 - 17** | | | | 4 | $ 292,000 | |

| | H | I | J |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | **Probability (%)** | **Created Date** | **Close Date (2)** |
| 6 | 90 | 7/8/2016 | 2/1/2017 |
| 7 | 75 | 9/20/2016 | 2/1/2017 |
| 8 | 75 | 9/20/2016 | 3/1/2017 |
| 9 | 75 | 9/20/2016 | 3/1/2017 |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | 90 | 6/27/2016 | 4/1/2017 |
| 14 | 75 | 9/20/2016 | 4/1/2017 |
| 15 | 75 | 4/11/2016 | 4/1/2017 |
| 16 | 75 | 9/20/2016 | 6/1/2017 |
| 17 | | | |
| 18 | | | |

# Late Stage Opportunities - Q1-Q2 -17

2/28/2017

*For Internal Use Only*

| Opportunity Name | Type | Opportunity Owner | Lead Source | Age | Amount | Stage |
|---|---|---|---|---|---|---|
| Solvay - Solvay | New Business | Jeanne McFadden | Partner | 108 | 75000 | Validation |
| Point72- Skill Mapper | New Business | Jeanne McFadden | Prospecting | 352 | 55000 | Proposal |
| ▮▮▮▮ - JCrew | New Business | Peter Kovacs | Other | 12 | 50000 | Proposal |
| Liberty Mutual - Keeper/Skill | New Business | Jeanne McFadden | Employee Referral | 167 | 75000 | Validation |
| Expeditors - Retention | New Business | Mateo Epshteyn | Prospecting | 130 | 50000 | Validation |
| Expedia - Keeper | New Business | Mateo Epshteyn | Prospecting | 375 | 25000 | Proposal |
| Comcast -KeeperSkillsImpact | Existing Business | Peter Kovacs | Upsell | 119 | 100000 | Proposal |
| Citizens Bank - Skills | New Business | Jeanne McFadden | Prospecting | 574 | 50000 | Proposal |
| Cisco - Keeper | New Business | Mateo Epshteyn | Employee Referral | 185 | 50000 | Proposal |
| CIBC Keeper | New Business | Peter Kovacs | Partner | 104 | 25000 | Contract |
| Bank of America - Keeper | New Business | Peter Kovacs | Prospecting | 424 | 40000 | Proposal |
| Ameriprise Financial - Keeper | New Business | Mateo Epshteyn | Prospecting | 361 | 95000 | Proposal |
| Ameriprise Financial - Keeper | New Business | Mateo Epshteyn | Prospecting | 340 | $ 95,000 | Proposal |
| **Late Stage Opportunities Q1 - Q2** | | | | **13** | **$ 785,000** | |

|    | H | I |
|----|---|---|
| 1  |   |   |
| 2  |   |   |
| 3  |   |   |
| 4  |   |   |
| 5  | **Probability (%)** | **Created Date** |
| 6  | 50 | 11/18/2016 |
| 7  | 75 | 3/19/2016 |
| 8  | 75 | 2/22/2017 |
| 9  | 50 | 9/20/2016 |
| 10 | 50 | 10/27/2016 |
| 11 | 75 | 2/25/2016 |
| 12 | 75 | 11/7/2016 |
| 13 | 75 | 8/10/2015 |
| 14 | 75 | 9/2/2016 |
| 15 | 90 | 11/22/2016 |
| 16 | 75 | 1/7/2016 |
| 17 | 75 | 3/10/2016 |
| 18 | 75 | 3/10/2016 |
| 19 |   |   |
| 20 |   |   |
| 21 |   |   |