# EXHIBIT W





# Confidential Board Deck

Monday, December 5th, 2016



# Agenda

i.   State Of The Business

ii.  Engineering and Product Update

iii. Q4 / Q1 – Outlook

iv.  2017 Operating Plan

v.   Administrative

vi.  Appendix



# State of the business

## Corporate Goals

- 4 consecutive quarters of growth,  but not at the rate we wanted to grow
- Product enhancements are being well received
- Runway for the next CEO

## Tactical Focus – Good to Great

- Continue to refine selling through curiosity  (STC)
- Hire CEO in 1Q – *strong applicant slate*
- Working on 2017 proactive calendar



# Engineering and Product Update

**Q4 to date:**

- Keeper v2.0 launched
- Elevate demos: hugely positive reception for both Keeper v2.0 and Skill Mapper prototype
- 50% of customers moved to Keeper v2.0, early feedback very positive

**Q1 plan:**

- Skill Mapper beta delivery to 3-4 customers (█████ ████████████ BNY Mellon)
- Skill Mapper v1.0 General Release: April 7



# Engineering and Product Update

## Highlights:

– On-schedule delivery of Keeper v2.0 beta, Keeper v2.0 General Release

– Industry-specific models delivered to several customers (focus on customers where vanilla model underperforms)

– Skill Mapper beta built and scheduled for first deployment (████ on December 7

## Customer Survey and Net Promoter Score:

– NPS = 13 (room for improvement)

– Positivity about hiQ in general and our customer support (4.25 and 4.63 out of ★★★★★, respectively)

# YTD In Review



- Significant growth relative to prior year, but topline growth a consistent challenge
- Revenue / bookings shortfalls more than offset by management focus on cost controls (primarily hiring)
- Cash variance vs plan due to Series B actual raised vs plan ($2.9M variance)

| | YTD 2016 (October) | | | | YTD 2015 |
|---|---|---|---|---|---|
| | Actuals | Op Plan (Original) | % vs Op Plan | YoY % Change | Actuals |
| Revenue | $ 931,818 | $ 1,358,000 | 69% | 362% | $ 201,733 |
| COGS | $ 46,466 | $ 79,000 | 59% | 354% | $ 10,235 |
| Gross Margin | $ 885,353 | $ 1,279,000 | 69% | 362% | $ 191,498 |
| Op Ex | $ 5,134,745 | $ 6,905,769 | 74% | 112% | $ 2,417,225 |
| Net Loss | $ (4,885,888) | $ (5,626,769) | 87% | 21% | $ (4,031,161) |
| Bookings* | $ 966,267 | $ 3,016,258 | 32% | 119% | $ 442,000 |
| ARR | $ 1,247,064 | $ 2,870,556 | 43% | 176% | $ 452,004 |
| Gross Churn | $ (207,000) | $ (83,972) | 247% | 360% | $ (45,000) |
| Net $ Retention | $ 235,000 | $ 358,028 | 66% | 114% | $ 110,000 |
| Cash Balance | $ 3,523,800 | $ 5,741,000 | 61% | 138% | $ 1,481,990 |

*\* 2016 YTD Bookings does not include $218K of deals signed since 10/31 and $140K of deferred billings to occur in December*

# Q4 Snap Shot  - Forecast $881k



- **Closed/Won - $536K**
  - New: $175K (3) – Liberty Mutual, Amex, Allstate
  - Expansion: $66K (2) – ███████ UTC
  - Renewals: $122K (2) – ██████ UTC
- **Remaining Pipeline**
  - Forecasted: $199K
    - New: $75K (1) – Hartford Insurance
    - Expansion: $0
    - Renewals: $124K (2) – ██████ Nestle
  - Late Stage Opportunities: $168K
    - New: $123K (2) – Chevron, CIBC,
    - Expansion: $45K (2) – Comcast, BNY
- **Deals that Fell Off Forecast**
  - CDW ($100K) – Can't get funding until June
  - Kaiser ($80K) – 2016 Budget was taken away

**Most Likely Finish: $735K (83%)**
**Likely with Upside: $810K (92%)**

- **Quarter Successes:**
  - Best quarter to date based on bookings;
  - Significant Churn reduction: 80% renewal rate (4 out of 5);
  - First quarter with expansion spend within customer accounts;
  - First customer to offer publishable case study;
  - Successful roll out of Keeper 2.0 to all customers;
  - New Logo ACV: $94K;
  - Closed 4 non-forecasted deals.

- **Key Risk Areas**
  - Almost zero leads from Marketing/Inbound (13);
  - Still high number of deferred deals looking for economic buyer from legacy opportunities.

# Year in Review as of Dec



## Bookings to date - $1,358K (26)
- New Business - $939 (15)
- Renewals  - $421K (11)
- Churn - $332K (5)
- New Logo ACV for Q4 - $94K

– #1 Lead Source
- Employee Referral/Prospecting – 44%

– Revenue Source
- Renewal - $344K (9)
- Expansion - $81K (3)
- New Business -  $933K (14)

## Pipeline Creation
– #1 Lead Source – Prospecting – 37%; Elevate – 14.5%

– Total opportunities created: 288
- Total Closed/Lost: 156
- Total Open Opportunities: 132 ($4.5M)

**Product**
Keeper - $1.295M (95%)
Skill Mapper - $75K (4.9%)
Services - $15K (.01%)

**Key Learnings**:
- Consulting Partners are still struggling  to sell Retention Solutions.
- Skill Mappers appears to be a faster sell for for HR.
- Almost every customer prospect has mentioned they would love to use this on their ATS data.

# Q1 Forecast vs Quota



- Quota - $661K
  - New: $450K (6)
  - Renewals: $211K (4)
- Forecast - $486K
  - Renewals:  $211K (4)
  - New: $275K (3)
  - Expansion: $0

- Late Stage Opportunities/Pipeline
  - New: $448K (7)
  - Expansion: $150 (3)
  - Early Stage Pipeline: $416 (33)

- Key Success Indicators
  - Dramatic improvements with renewals & engagement
  - Broader Product Offering – Retention, Skills, Finder;
  - STC Sales methodology
- Key New Logo Deals
  - Blue Cross Blue Shield
  - Chevron
- Q1 Renewals
  - Paypal – new PA leader
  - BNY – no risk
  - GoDaddy – annualize 6 month agreement.
- Risk
  - Lead generation

# October and YTD Income Statement 

October results tracking well to cash conservation plan  presented to board at October BOD meeting.

YTD topline variances vs original AOP more than offset by expense control efforts

| | 2016 | | | | | Plan (R) | | | | | | | Oct-15 | YoY Δ% |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Q1 | Q2 | Q3 | Oct | YTD | Oct-16 | Var ($) | Var (%) | YTD | Var ($) | Var (%) | | Oct-15 | YoY Δ% |
| GAAP Revenue | $  202 | $  234 | $  392 | $ 104 | $  932 | $  96 | $  8 | 8% | $ 1,215 | $  (283) | -23% | | $  40 | 161% |
| COGS | (13) | (13) | (15) | (5) | (46) | (5) | 0 | -3% | (74) | 28 | -37% | | (2) | 111% |
| Gross Profit | $  188 | $  221 | $  377 | $  99 | $  885 | $  91 | $  8 | 8% | $ 1,141 | $  (256) | -22% | | $  37 | 165% |
| *Gross Margin* | *93.4%* | *94.4%* | *96.1%* | *95.3%* | *95.0%* | *94.8%* | *0.5%* | | *93.9%* | *1.1%* | | | *94.2%* | |
| | | | | | | | | | | | | | | |
| Operating Expenses | | | | | | | | | | | | | | |
| Personnel Related | $  (932) | $(1,043) | $(1,140) | $ (394) | $(3,509) | $(402) | $  8 | -2% | $(5,077) | $1,568 | -31% | | $ (244) | 61% |
| Consultants | (111) | (130) | (196) | (49) | (486) | (36) | (13) | 27% | (389) | (98) | 25% | | (51) | -5% |
| Other Cash Expenses | (336) | (416) | (304) | (83) | (1,139) | (66) | (17) | 20% | (1,161) | 22 | -2% | | (58) | 42% |
| Non Cash Expenses | - | - | - | - | - | - | - | | - | - | | | | |
| Total Operating Expenses | $(1,379) | $(1,590) | $(1,641) | $ (526) | $(5,135) | $ (504) | $  (22) | 4% | $(6,627) | $1,492 | -23% | | $ (354) | 49% |
| Operating Loss | $(1,190) | $(1,369) | $(1,264) | $ (426) | $(4,249) | $ (413) | $  (14) | 3% | $(5,486) | $1,237 | -23% | | $ (316) | 35% |
| Net Interest Expense | (16) | (621) | - | - | (637) | - | - | | - | (637) | | | (0) | -100% |
| **Net Income** | **$(1,206)** | **$(1,990)** | **$(1,264)** | **$ (426)** | **$(4,886)** | **$ (413)** | **$  (14)** | **3%** | **$(5,486)** | **$  600** | **-11%** | | **$ (316)** | **35%** |
| **EBITDA** | **$(1,190)** | **$(1,369)** | **$(1,264)** | **$ (426)** | **$(4,249)** | **$ (413)** | **$  (14)** | **3%** | **$(5,486)** | **$1,237** | **-23%** | | **$ (316)** | **35%** |

# October Headcount



Headcount tracking to Cash Conservation Plan (cash stretch to Feb '18) presented at October 2016 board meeting

| Department | Actual Dec-15 | Actual Mar-16 | Actual Jun-16 | Actual Sep-16 | Actual Oct-16 | Forecast Oct-16 | Variance Oct-16 |
|---|---|---|---|---|---|---|---|
| CEO | 1 | 1 | 1 | 1 | 1 | 1 | - |
| Engineering | 7 | 9 | 11 | 12 | 12 | 12 | - |
| Data Science | 5 | 6 | 6 | 6 | 6 | 6 | - |
| Product | 1 | 1 | 1 | 1 | 1 | 1 | - |
| Sales | 6 | 8 | 8 | 8 | 7 | 7 | - |
| PA Consulting | 1 | 4 | 4 | 4 | 4 | 4 | - |
| Finance | - | - | - | - | - | - | - |
| **Total HiQ Employees** | **21** | **29** | **31** | **32** | **31** | **31** | **-** |
| CEO | - | - | - | - | - | - | - |
| Engineering | - | 1 | 2 | 1 | 1 | 1 | - |
| Data Science | - | 9 | 7 | 3 | 2 | 1 | (1) |
| Product | - | - | 1 | 1 | - | 1 | 1 |
| Sales | 1 | 6 | 6 | 7 | 6 | 6 | - |
| PA Consulting | - | 1 | - | - | - | - | - |
| Finance | 2 | 2 | 2 | 2 | 2 | 2 | - |
| *Total HiQ Contractors* | *3* | *19* | *18* | *14* | *11* | *11* | *-* |
| **Total Headcount** | **24** | **48** | **49** | **46** | **42** | **42** | **-** |

# October Balance Sheet



Current cash variance vs Sept '16 Cash Conservation Plan (stretch cash to Feb '18) driven primarily by working capital swings (A/R, A/P, etc.)

| | Dec-15 | Mar-16 | June-16 | Sep-16 | Oct-16 | Cash Conservation Plan (Oct '16) Oct-16 | Var ($) |
|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | |
| *Current Assets* | | | | | | | |
| Cash & Equivalents | $ 675 | $ 1,615 | $ 5,526 | $ 4,017 | $ 3,524 | $ 3,945 | $ (421) |
| Accounts Receivable | 490 | 396 | 413 | 490 | 658 | 373 | 285 |
| Prepaids / Other Current Assets | 122 | 192 | 171 | 188 | 164 | 197 | (33) |
| Total Current Assets | $ 1,286 | $ 2,202 | $ 6,110 | $ 4,695 | $ 4,345 | $ 4,514 | $ (169) |
| Fixed Assets, Net | - | - | - | - | - | - | - |
| Other Assets | - | - | - | - | - | - | - |
| **Total Assets** | **$ 1,286** | **$ 2,202** | **$ 6,110** | **$ 4,695** | **$ 4,345** | **$ 4,514** | **$ (169)** |
| **LIABILITIES & EQUITY** | | | | | | | |
| *Current Liabilities* | | | | | | | |
| Accounts Payable | $ 162 | $ 178 | $ 174 | $ 68 | $ 91 | $ 36 | $ 55 |
| Other Accrued Liabilities | 120 | 100 | 113 | 76 | 50 | 286 | (236) |
| Deferred Revenue | 474 | 484 | 526 | 518 | 592 | 638 | (46) |
| Total Current Liabilities | $ 756 | $ 762 | $ 813 | $ 662 | $ 733 | $ 961 | $ (227) |
| *Long Term Liabilities* | | | | | | | |
| Convertible Note Payable - Non Current | - | 2,116 | - | - | - | - | - |
| Total Long Term Liabilities | $ - | $ 2,116 | $ - | $ - | $ - | $ - | $ - |
| Total Liabilities | $ 756 | $ 2,878 | $ 813 | $ 662 | $ 733 | $ 961 | $ (227) |
| Total Equity | $ 531 | $ (675) | $ 5,297 | $ 4,032 | $ 3,612 | $ 3,553 | $ 59 |
| **Total Liabilities & Equity** | **$ 1,286** | **$ 2,202** | **$ 6,110** | **$ 4,694** | **$ 4,345** | **$ 4,514** | **$ (169)** |



# 2017 Plan Projections

# 2017 Operating Plan Proposal – let's talk about the space, assumptions and inbound activity

- Customer Renewals (1.4 M Renewal Basis)
  - Assume 80% renewal (vs X% in 2016)
  - Assume 10% upsell
  - Logo Churn - 3
  - Planned booking of 1.44M for 2017
- Quota Assumptions (1.8M New Business)
  - $1M quota per rep
  - 60% attainment in operating plan
  - Avg order size 100K, 21 new Logos
- Product Mix
  - Customers
    - Keeper  - $1.2M (60%)
    - Skill Mapper – $120K (35%)
    - Services - $50K (5%)
  - New Business
    - Keeper - $1.08M
    - Skill Mapper - $630K
    - Services - $90K

    - ACV for year by month.

- Manpower assumptions
  - 4 Fully trained and up to speed Reps
  - 1 fully trained Rep for Renewals
  - Anticipate losing 1 rep
  - No new/replacement headcount

- Professional Service Assumptions
  - No additional above 1 M quota
  - Potential for partner consulting
  - Potential for Training services

- Key Success Indicators
  - Dramatic improvements with renewals- engagement
  - Broader Product Offering – Retention, Skill Mapper, Finder
  - Sales methodology process

# 2017 Plan Summary



- Topline / bookings of $3.3M (115% YoY growth)
- Nominal services revenue ($50K)
- Headcount flat
- 2017 MRR: $233K (116% YoY growth)
- Q4'17 monthly cash burn of ~$250K
- No anticipated capex or further financing (debt or equity)

| Category | Q1'16 | Q2'16 Actual | Q3'16 | Q4'16 | Q1'17 | Q2'17 Projected | Q3'17 | Q4'17 | CY 2014 | CY 2015 | CY 2016 | CY 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| In Quarter Bookings | $ 195.7 | $ 305.6 | $ 256.7 | $ 508.0 | $ 561.5 | $ 611.6 | $ 573.5 | $ 1,407.0 | - | 799.0 | 1,265.9 | 3,153.6 |
| Services | 30.3 | - | - | - | 10.0 | 25.0 | 15.0 | - | - | - | 30.3 | 50.0 |
| Deferred Bookings | - | - | - | 233.0 | 33.0 | - | 49.5 | - | - | - | 233.0 | 82.5 |
| **Total Bookings** | **$ 226.0** | **$ 305.6** | **$ 256.7** | **$ 741.0** | **$ 604.5** | **$ 636.6** | **$ 638.0** | **$1,407.0** | **$ 155.0** | **$ 799.0** | **$1,529.3** | **3,286.1** |
| **Cash** | **$1,614.7** | **$5,525.7** | **$4,016.6** | **$3,287.8** | **$2,585.9** | **$1,691.1** | **$ 836.7** | **$ 103.3** | **$ 672.7** | **$ 675.0** | **$3,287.8** | **$ 103.3** |
| MRR | 77.3 | 85.7 | 85.7 | 107.6 | 124.0 | 144.4 | 195.9 | 232.6 | 3.8 | 47.7 | 107.6 | 232.6 |
| GAAP Revenue | 201.7 | 233.9 | 314.7 | 368.3 | 362.4 | 428.1 | 560.7 | 684.6 | 96.0 | 289.0 | 1,118.5 | 2,035.8 |
| Expense | (1,392.0) | (1,602.2) | (1,656.0) | (1,511.2) | (1,534.8) | (1,513.0) | (1,513.3) | (1,531.5) | (1,139.3) | (3,104.3) | (6,161.4) | (6,092.6) |
| Headcount | 29 | 31 | 32 | 28 | 28 | 27 | 27 | 27 | 8 | 21 | 28 | 27 |

# 2017 Projected Income Statement



- Stringent expense controls continue through 2017 (opex flat YoY)
- Marketing budget of $30K / month, inclusive of programs and consultants
- New CEO projected start of 2/1/17

|  | Oct-16 | Actual | | | Projected | | | | | CY 2016 | CY 2017 |
|  |  | Q1'16 | Q2'16 | Q3'16 | Q4'16 | Q1'17 | Q2'17 | Q3'17 | Q4'17 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 104 | 202 | 234 | 392 | 354 | 362 | 428 | 561 | 685 | 1,182 | $ 2,036 |
| COGS | (5) | (13) | (13) | (15) | (16) | (19) | (23) | (23) | (26) | (58) | (90) |
| Gross Profit ($) | 99 | 188 | 221 | 377 | 338 | 344 | 406 | 538 | 658 | 1,124 | 1,946 |
| *Gross Margin(%)* | *95.3%* | *93.4%* | *94.4%* | *96.1%* | *102.7%* | *94.8%* | *94.7%* | *96.0%* | *96.2%* | *97.2%* | |
| **Operating Expenses** | | | | | | | | | | | |
| Personnel Related | (394) | (931) | (1,042) | (1,140) | (1,086) | (1,147) | (1,092) | (1,092) | (1,092) | (4,200) | (4,424) |
| Consultants | (49) | (111) | (130) | (196) | (117) | (140) | (146) | (146) | (146) | (554) | (577) |
| Other Cash | (83) | (337) | (417) | (304) | (292) | (229) | (252) | (253) | (267) | (1,349) | (1,002) |
| Non-Cash | - | - | - | - | - | - | - | - | - | - | - |
| Total Operating Expenses | (526) | (1,379) | (1,589) | (1,641) | (1,495) | (1,516) | (1,491) | (1,491) | (1,505) | (6,103) | (6,003) |
| Operating Profit / (Loss) | (426) | (1,190) | (1,368) | (1,264) | (1,157) | (1,172) | (1,085) | (953) | (847) | (4,979) | (4,057) |
| Other Income / (Expense) | 0 | (16) | (621) | - | 0 | - | - | - | - | (637) | - |
| **Net Income** | (426) | $ (1,206) | $ (1,989) | $ (1,264) | $ (1,156) | $ (1,172) | $ (1,085) | $ (953) | $ (847) | $ (5,616) | $ (4,057) |
| **EBITDA** | (426) | $ (1,190) | $ (1,368) | $ (1,264) | $ (1,157) | $ (1,172) | $ (1,085) | $ (953) | $ (847) | $ (4,979) | $ (4,057) |

# 2017 Projected Headcount



- Headcount flat through 2017
  - No additional technical team or product hires in 2017
  - New CEO projected start: 2/1/17
  - Expected attrition on the sales team not backfilled

| | Actual | | | Projected | | | | |
|---|---|---|---|---|---|---|---|---|
| **Department** | **Q1 2016** | **Q2 2016** | **Q3 2016** | **Q4 2016** | **Q1'17** | **Q2'17** | **Q3'17** | **Q4'17** |
| CEO | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 |
| Engineering | 9 | 11 | 12 | 12 | 11 | 11 | 11 | 11 |
| Data | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| Product | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Sales | 8 | 8 | 8 | 6 | 6 | 5 | 5 | 5 |
| Marketing | - | - | - | - | - | - | - | - |
| People Analytics Consulting | 4 | 4 | 4 | 2 | 2 | 2 | 2 | 2 |
| Finance / G&A | - | - | - | - | - | - | - | - |
| **Total Employees** | **29** | **31** | **32** | **28** | **28** | **27** | **27** | **27** |
| *Consultants* | *19* | *8* | *12* | *10* | *12* | *12* | *12* | *12* |
| **Total Headcount** | **48** | **39** | **44** | **38** | **40** | **39** | **39** | **39** |

# 2017 Projected Balance Sheet



- Projected cash runway into Q4, 2017
- Assumes average payment receipt of 60 days

|  | Actual | | | | | Projected | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Dec-15 | Mar-16 | Jun-16 | Sep-16 | Oct-16 | Dec-16 | Mar-17 | Jun-17 | Sep-17 | Dec-17 |
| **ASSETS** | | | | | | | | | | |
| Current Assets | | | | | | | | | | |
| Cash | $ 675 | $1,615 | $5,526 | $4,017 | $3,524 | $3,288 | $ 2,586 | $ 1,691 | $ 837 | $ 103 |
| Accounts Receivable | 490 | 396 | 413 | 490 | 658 | 692 | 491 | 509 | 484 | 1,106 |
| Prepaids / Other Current Assets | 122 | 192 | 171 | 188 | 164 | 164 | 164 | 164 | 164 | 164 |
| Total Current Assets | 1,286 | 2,202 | 6,110 | 4,695 | 4,345 | 4,144 | 3,241 | 2,364 | 1,484 | 1,373 |
| Fixed Assets, Net | - | - | - | - | - | - | - | - | - | - |
| Other Assets | - | - | - | - | - | - | | | | |
| **Total Assets** | $1,286 | $2,202 | $6,110 | $4,695 | $4,345 | $4,144 | $ 3,241 | $ 2,364 | $ 1,484 | $ 1,373 |
| **LIABILITIES** | | | | | | | | | | |
| *Current Liabilities* | | | | | | | | | | |
| Accounts Payable & Accrued Liab | $ 282 | $ 278 | $ 287 | $ 144 | $ 141 | $ 331 | $ 359 | $ 358 | $ 354 | $ 367 |
| Deferred Revenue | 474 | 484 | 526 | 518 | 592 | 930 | 1,172 | 1,381 | 1,458 | 2,181 |
| Total Current Liabilities | 756 | 762 | 813 | 662 | 733 | 1,262 | 1,532 | 1,739 | 1,812 | 2,548 |
| *Long Term Liabilities* | | | | | | | | | | |
| Convertible Note Payable | - | 2,116 | - | - | - | - | | | | |
| Other Long Term Liabilities | - | - | - | - | - | - | - | - | - | - |
| Total Long Term Liabilities | - | 2,116 | - | - | - | - | - | - | - | - |
| Total Liabilities | 756 | 2,877 | 813 | 662 | 733 | 1,262 | 1,532 | 1,739 | 1,812 | 2,548 |
| **EQUITY** | | | | | | | | | | |
| Current Year Income / (Loss) | (4,622) | (1,206) | (3,196) | (4,460) | (4,886) | (5,617) | (1,172) | (2,257) | (3,210) | (4,057) |
| Equity | 6,591 | 6,591 | 14,553 | 14,552 | 14,558 | 14,558 | 14,558 | 14,558 | 14,558 | 14,558 |
| Retained Earnings | (1,437) | (6,060) | (6,060) | (6,060) | (6,060) | (6,060) | (11,676) | (11,676) | (11,676) | (11,676) |
| Total Equity | 531 | (675) | 5,297 | 4,032 | 3,612 | 2,881 | 1,709 | 624 | (329) | (1,176) |
| **Total Liabilities & Equity** | $1,287 | $2,202 | $6,110 | $4,695 | $4,345 | $4,143 | $ 3,240 | $ 2,363 | $ 1,484 | $ 1,372 |

# 2017 Projected Cash Flow



- Q4, 2017 projected monthly cash burn of ~$240K
- No anticipated capex or further financing (debt or equity)
- Q4 2017 projected ending cash of ~$100K

| | Actual | | | Projected | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Q1'16 | Q2'16 | Q3'16 | Q4'16 | Q1'17 | Q2'17 | Q3'17 | Q4'17 | CY 2016 | CY 2017 |
| Net Income | (1,206) | (1,989) | (1,264) | (1,156) | (1,172) | (1,085) | (953) | (847) | (5,616) | (4,057) |
| *Cash Flows from Operating Activities:* | | | | | | | | | | |
| Depreciation & Amortization | - | - | - | - | - | - | - | - | - | - |
| Convertible Note Interest | 16 | 620 | - | - | - | - | - | - | - | - |
| Change in Working Capital | | | | | | | | | | |
| Accounts Receivable/Unbilled AR | 94 | (17) | (77) | (202) | 201 | (17) | 25 | (622) | (202) | (414) |
| Prepaids & Other Current Assets | (70) | 20 | (17) | 24 | - | - | - | - | (42) | - |
| Accounts Payable / Accrued Liabilities | (4) | 9 | (143) | 187 | 28 | (1) | (4) | 13 | 49 | 36 |
| Deferred Revenue | 10 | 42 | (7) | 412 | 242 | 209 | 77 | 722 | 457 | 1,250 |
| Change in Net Working Capital | 30 | 55 | (244) | 421 | 471 | 190 | 98 | 114 | 261 | 872 |
| **Net Cash Flows provided by/(used in) Operating Activities** | **(1,161)** | **(1,314)** | **(1,508)** | **(735)** | **(702)** | **(895)** | **(854)** | **(733)** | **(4,718)** | **(3,184)** |
| *Cash Flows from Investing Activities:* | | | | | | | | | | |
| Capital Expenditures/Divestitures | - | - | - | - | - | - | - | - | - | - |
| Other Long-Term Assets | - | - | - | - | - | - | - | - | - | - |
| **Net Cash Flows provided by/(used in) Investing Activities** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| *Cash Flows from Financing Activities:* | | | | | | | | | | |
| Stockholder's Equity | 0 | 7,364 | (1) | 6 | - | - | - | - | 7,369 | - |
| Debt | 2,100 | (2,139) | - | - | - | - | - | - | (39) | - |
| **Net Cash Flows provided by/(used in) Financing Activities** | **2,100** | **5,225** | **(1)** | **6** | **-** | **-** | **-** | **-** | **7,330** | **-** |
| **Net Change in Cash** | **940** | **3,911** | **(1,509)** | **(729)** | **(702)** | **(895)** | **(854)** | **(733)** | **2,613** | **(3,184)** |
| Beginning Cash | $ 675 | $1,615 | $5,526 | $4,017 | $3,288 | $2,586 | $1,691 | $ 837 | $ 675 | $ 3,288 |
| **Ending Cash** | **$1,615** | **$5,526** | **$4,017** | **$3,288** | **$2,586** | **$1,691** | **$ 837** | **$ 103** | **$ 3,288** | **$ 103** |



# Administrative

- Approve minutes from last board meeting
- Employee stock management
- CEO candidate discussion



# Appendix

# October / YTD Cash Flow Statement 

| | Q1'16 | Q2'16 | Q3'16 | Q4'16 | YTD 2016 |
|---|---|---|---|---|---|
| Net Income | $ (1,206) | $ (1,989) | $(1,264) | $ (426) | $ (4,886) |
| *Cash Flows from Operating Activities:* | | | | | |
| Convertible Note Interest/Loss | 16 | 620 | - | - | 636 |
| Depreciation & Amortization | - | - | - | - | - |
| | | | | | - |
| *Change in Working Capital:* | | | | | - |
| Accounts Receivable/Unbilled AR | 94 | (17) | (77) | (168) | (168) |
| Prepaids & Other Current Assets | (70) | 20 | (17) | 24 | (42) |
| Accounts Payable | 16 | (4) | (106) | 23 | (71) |
| Accrued Liabilities/Expenses | (20) | 13 | (37) | (27) | (70) |
| Deferred Revenue | 10 | 42 | (7) | 74 | 119 |
| Other Assets | - | - | - | - | - |
| Change in Net Working Capital | $ 30 | $ 55 | $ (244) | $ (73) | $ (232) |
| **Cash Flows From Operating Activities** | **$ (1,161)** | **$ (1,314)** | **$(1,508)** | **$ (499)** | **$ (4,482)** |
| *Cash Flows from Investing Activities:* | | | | | |
| Capital Expenditures/Divestitures | $ - | $ - | $ - | $ - | - |
| Other Long-Term Assets | - | - | - | - | - |
| **Cash Flows From Investing Activities** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |
| *Cash Flows from Financing Activities:* | | | | | |
| Stockholder's Equity | $ 0 | $ 7,364 | $ (1) | $ 6 | 7,369 |
| Net Borrowings | 2,100 | (2,139) | - | - | (38) |
| **Cash Flows From Financing Activities** | **$ 2,100** | **$ 5,225** | **$ (1)** | **$ 6** | **$ 7,330** |
| **Net Change in Cash** | **$ 940** | **$ 3,911** | **$(1,509)** | **$ (493)** | **$ 2,848** |
| Beginning Cash | 675 | 1,615 | 5,526 | 4,017 | 675 |
| **Ending Cash** | **$ 1,615** | **$ 5,526** | **$ 4,017** | **$ 3,523** | **$ 3,523** |

# October A/R



|  | **Current** | **1 - 30** | **31 - 60** | **61 - 90** | **91+** | **Total** |
|---|---|---|---|---|---|---|
| Allstate Insurance Company | $120,000 |  |  |  |  | $ 120,000 |
| ▉ |  |  |  | 8,000 |  | 8,000 |
| American Express, Inc. |  |  |  |  | 30,000 | 30,000 |
| BMC Software, Inc | 33,000 |  |  |  | 28,400 | 61,400 |
| BNY Mellon |  |  |  |  | 93,000 | 93,000 |
| Celgene Corporation | 75,000 |  |  |  |  | 75,000 |
| Comcast |  | 50,000 |  |  | 15,000 | 65,000 |
| Doma, Inc. | 10,000 |  |  |  |  | 10,000 |
| ▉ | 60,000 |  |  |  |  | 60,000 |
| GoDaddy |  | 25,000 |  |  |  | 25,000 |
| Hershey |  |  |  |  | 65,200 | 65,200 |
| Liberty Mutual Group | 25,000 |  |  |  |  | 25,000 |
| ▉ |  |  |  | 100,000 | (80,000) | 20,000 |
| **TOTAL** | **$323,000** | **$75,000** | **$     -** | **$108,000** | **$151,600** | **$ 657,600** |

| | |
|---|---|
| ▉ (light blue) | Collected subsequent to 10/31 |
| ▉ (orange) | Payment currently being expedited |
| ▉ (pink) | Pmt Being Processed |

# Pricing



## Audience Size

| Product | Up to 500 | Up to 1000 | Up to 2500 | Up to 5000 | Up to 10,000 |
|---|---|---|---|---|---|
| Data Platform | $35,000 | $35,000 | $35,000 | $35,000 | $35,000 |
| Keeper | $25,000 | $50,000 | $75,000 | $100,000 | $125,000 |
| Skill Mapper | $25,000 | $50,000 | $75,000 | $100,000 | $125,000 |
| Actions | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 |
| Impact 1.0 | $15,000 | $25,000 | $30,000 | Custom Pricing | Custom Pricing |
| Internal Risk Module | Custom | Custom | Custom | Custom | Custom |

**Actions**

**Impact! Services**



**Keeper**          **Skill Mapper**

**+**

**Data Platform**



# Product / Engineering / Science Q4-to-date

- Keeper v2.0 beta:
  - Delivered on-deadline (10 week, 2 week QA Testing)
  - Launched early October (UTC, GoDaddy, BMC)
  - Demo @ Elevate: kiosks drew a crowd---best product reception for hiQ to date

- Keeper 2.0:
  - General release early November, delivered on-deadline
  - Customers on v2.0 to date: UTC, GoDaddy, BMC, Gap, ███████, Box, ████ BNY Mellon, Comcast, Hershey's

- Skill Mapper prototype:
  - Demo @ Elevate: kiosk if anything *more* popular than Keeper v2.0
  - Delivery to first beta-customer: ████ on December 7
  - Two more beta-customers signed in Q4: ████████ BNY Mellon (this week)

- Industry-specific models delivered to select Tech customers:
  - ████ SanDisk



# Product / Engineering / Science Q4-to-date

Progress toward Skill Mapper v1.0:
- Platform upgrade to accommodate 2 products
- Deployment of Skill Mapper beta to first customer ( for 2016 end-of-year planning

Keeper v2.1:
- Extended admin functionality
- Upload/Download page
- MixPanel tracking for product usage

Build CHRO council with Barry Rhein for product feedback

Additional industry-specific model back-testing for non-Tech customers

# Product / Engineering / Science Q4-to-date

- Skill Mapper v1.0 build:
  - Internal build deadline: March 3
  - General release to customers: April 7
  - Interim deliverable: Skill Mapper beta for early customers (BNY Mellon, █████████

- Ongoing Keeper v2.x improvements:
  - Prioritization of feature requests is currently underway

- Product Research w/ Customers:
  - Identify key business modules for Skill Mapper: Ideal Solution from layering with customers & CHRO council
  - Identify next feature set for Keeper
  - Develop strategy for internal data integration with Skill Mapper

- Data Science "Innovation Week" January 9-13
  - Theme: "Integrating New Data Sources"

- Deploy industry-specific models to additional customers

# Customer Survey Results

▶ Responses from 8/17 customers so far:

- ████████, BMC, SanDisk, █████ ████████ BNY Mellon, Comcast, UTC

What is your overall level of satisfaction with hiQ?



4.25 / 5

How responsive have we been to your questions or concerns about our products?



4.63 / 5

How likely would you be to recommend hiQ to a friend or colleague (scale of 1-10)?
NPS = 13

| 0-6 | 7-8 | 9-10 |
|-----|-----|------|
| 3 | 1 | 4 |



# Customer Comments

**What are the one or two things we do well that makes our offering valuable to you?**

**What are the one or two things we could be doing differently to increase the value of our services to you?**

Synthesize so much data into a powerful story. Kept us informed every leg of the journey and met/exceeded all deliverables.

You have been very responsive/accommodating (listening to feedback). You have also helped connect me with others in the field, which is appreciated.

It is still early in our use of HIQ - but showing the different attrition factors and slicing by demographics is very helpful

Further refinement of quit propensities - to more narrowly isolate high, imminent risks (i.e., allow us to do more selective interventions).

Better process definition around submission and maintenance of the monthly data feed process

Perhaps include a brain shark version of what a good intro to a stay interview looks like or a few brief brain sharks on role playing asking a few different questions. I think getting folks to role play when they haven't done this before can be more



# People Analytics Updates  & Trends

We are seeing a new crop of companies solving different HR problems using Workday, Taleo, SAP  (internal data) Visier, Crunchr, One Model & Restless Bandit

Vendors using Public Data

Joberate, Talent Neuron

**IBM Watson**

They want to explore the possibility of having hiQ's technology as part of their Watson Talent Insight – Career Advisor Solution



# People Analytics Trends

Healthy growth of People Analytics teams being built

**Deloitte**

They are looking to partner or buy a company that can help them with the Workforce Planning analytics product suite.



# Calendar 2017

