# EXHIBIT X



# 2016 FY and Q4 Sales

# Q4-2016 Final Bookings



- Final Q4 bookings were $45K under December Forecast

| Opportunity Name | 2016 Type | Forecast | Actual | Variance | Rep | Comment |
|---|---|---|---|---|---|---|
| Liberty Mutual - Retention Pilot | Other | $ 25,000 | $ 25,000 | $ - | Jeanne | |
| American Express - Retention | Renewal | $ 30,000 | $ 30,000 | $ - | Jeanne | |
| Allstate - Retention | New | $ 120,000 | $ 120,000 | $ - | Mateo | |
| ▇▇▇▇▇ - Retention | New | $ 246,667 | $ 246,667 | $ - | Jeanne | |
| Hartford | New | $ 75,000 | $ 75,000 | $ - | Jeanne | |
| BNY Skills | New | $ - | $ 50,000 | $ 50,000 | Jeanne | This was forecast for Q1-17. |
| UTC - Rention | Renewal | $ 68,000 | $ 68,000 | $ - | Amelia | |
| ▇▇▇▇▇ | Renewal | $ 85,000 | $ 35,000 | $ (50,000) | Amelia | 5 month renewal |
| ▇▇▇ | Renewal | $ 60,000 | $ 60,000 | $ - | Amelia | |
| Nestle | Renewal | $ 45,000 | $ - | $ (45,000) | Amelia | Slipped to Q1 |
| Q4 Total | | $ 754,667 | $ 709,667 | $ (45,000) | | |

*One-time Deals/Services*

# 2016 Q4 ARR Waterfall





*Note:*
*ARR Ending excludes services of $145K and deferred billings of $33K.*
*Total Bookings for FY2016 were $1,518,267.*

# 2016 FY Waterfall





*Note:*
*ARR Ending excludes services of $145K and deferred billings of $33K.*
*Total Bookings for FY2016 were $1,518,267.*

# 2016 FY Summary of Bookings



| Quarter | Churned Logos | Churned $ Gross | Churn % | Sales Transactions | New Logo | Renewal/Expansion | Other | Total |
|---|---|---|---|---|---|---|---|---|
| Q1 | AOL | $ (50,000) | -86% | 6 | $ 179,000 | $ 28,000 | $ 20,000 | $ 227,000 |
| Q2 | ▉ | $ (37,000) | -41% | 5 | $ 124,200 | $ 53,000 | $ 100,000 | $ 277,200 |
| Q3 | Mastercard | $ (120,000) | -47% | 5 | $ 136,400 | $ 135,000 |  | $ 271,400 |
| Q4 | Sandisk, ▉ Nestle | $ (215,000) | -54% | 8 | $ 491,667 | $ 193,000 | $ 25,000 | $ 709,667 |
|  | 6 | $ (422,000) |  | 24 | $ 931,267 | $ 409,000 | $ 145,000 | $ 1,485,267 |

|  |  |  |
|---|---|---|
| Paypal | Box | Liberty |
| BNY | Godaddy | Comcast |
| Hershey | GAP | ▉ |
| ▉ | ▉ |  |
| BMC | Comcast |  |
| Celgene | GoDaddy |  |
|  | ▉ |  |
| AllState | UTC | Liberty |
| Hartford | ▉ |  |
| ▉ | ▉ |  |
|  | AMEX |  |

*Note: Total does not include $33K in deferred billings.*



# 2017 Q1 and Q2 Sales Outlook



# FY2017 Sales Plan

| Mix by Quarter | Renewal | New | Total | Current Forecast | Variance |
|---|---|---|---|---|---|
| Q1 - 2017 | $ 211,500 | $ 420,000 | $ 631,500 | $ 442,000 | (189,500) |
| Q2 - 2017 | $ 276,620 | $ 420,000 | $ 696,620 | $ 696,620 | 0 |
| Q3 - 2017 | $ 228,500 | $ 420,000 | $ 648,500 | $ 648,500 | 0 |
| Q4 - 2017 | $ 687,000 | $ 840,000 | $1,527,000 | $ 1,527,000 | 0 |
|  | $1,403,620 | $2,100,000 | $3,503,620 | $ 3,314,120 | $ (189,500) |



# Q1 Sales Forecast - Renewals

| Renewals | 2017 Q1 Plan | | | | | | 2017 Q1 Current Forecast | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer | Annual | Growth | Skill Mapper | Services | Churn | Total | Annual | Growth | Skill Mapper | Services | Churn | Total | Variance |
| BNY Mellon - Keeper | $94,000 | $0 | $30,000 | $10,000 | $0 | $134,000 | $94,000 | $0 | $0 | $0 | $0 | $94,000 | ($40,000) |
| Paypal - Keeper | $85,000 | $0 | $0 | $0 | ($85,000) | $0 | $85,000 | | | | | $85,000 | $85,000 |
| GoDaddy - Keeper - Renewal | $45,000 | $4,500 | $20,000 | $0 | $0 | $69,500 | $45,000 | $5,000 | | | | $50,000 | ($19,500) |
| Box - Keeper - renewal | $8,000 | $0 | $0 | $0 | $0 | $8,000 | $8,000 | $2,000 | | | | $10,000 | $2,000 |
| Nestle | $0 | $0 | $0 | $0 | $0 | $0 | $40,000 | $0 | $0 | $0 | | $40,000 | $40,000 |
| Total | $232,000 | $4,500 | $50,000 | $10,000 | ($85,000) | $211,500 | $272,000 | $7,000 | $0 | $0 | $0 | $279,000 | $67,500 |

- Positive:  Paypal not churning
- At Risk:  GoDaddy
- BNY Mellon picked up Skills in FY2016 Q4
- Nestle slipped from Q4, but looks to be saved



# Q1 Sales Forecast – New Business

| New | | | |
|---|---|---|---|
| **Customer** | **Contract Value** | **Status** | **Rep** |
| Chevron | $98,000 | Forecast | Mateo |
| ▮▮▮▮▮ | $15,000 | Closed | Jeanne |
| ▮▮▮▮ Service) | $50,000 | Closed | Peter/Partner |
| Total | $163,000 | | |
| Plan | $420,000 | | |
| Variance | ($257,000) | | |

- ????? Darin M Talking Points inserted here ?????



# Q2 Sales Forecast – Renewals

| Renewals | 2017 Q1 Plan | | | | | | 2017 Q1 Current Forecast | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer | Annual | Growth | Skill Mapper | Services | Churn | Total | Annual | Growth | Skill Mapper | Services | Churn | Total | Variance |
| ▇▇▇▇ - Keeper | $59,000 | $5,900 | $0 | $15,000 | $0 | $79,900 | $59,000 | $0 | $0 | $0 | $0 | $59,000 | ($20,900) |
| The Hershey Company - Keeper | $65,200 | $6,520 | $40,000 | $0 | $0 | $111,720 | $65,200 | $0 | $0 | $0 | $0 | $65,200 | ($46,520) |
| Gap - Keeper - Renewal | $45,000 | $30,000 | $0 | $10,000 | $0 | $85,000 | $45,000 | $0 | $0 | $0 | $0 | $45,000 | ($40,000) |
| Total | $169,200 | $42,420 | $40,000 | $25,000 | $0 | $276,620 | $169,200 | $0 | $0 | $0 | $0 | $169,200 | ($107,420) |

- ????? Darin M Talking Points inserted here ?????



# LSO Q1 & Q2 Sales

| Opportunity Name | Type | Opportunity Owner | Lead Source | Age | Amount | Stage | Probability (%) | Created Date | Account Name |
|---|---|---|---|---|---|---|---|---|---|
| CIBC Keeper | New Business | Peter Kovacs | Partner | 71 | $ 25,000 | Contract | 90 | 11/22/2016 | Canadian Imperial Bank |
| Ameriprise Financial - Retention | New Business | Mateo Epshteyn | Prospecting | 328 | $ 95,000 | Proposal | 75 | 3/10/2016 | Ameriprise Financial |
| Cisco - Retention | New Business | Mateo Epshteyn | Employee Referral | 152 | $ 25,000 | Proposal | 75 | 9/2/2016 | Cisco |
| Equinix - Retention | New Business | Mateo Epshteyn | Elevate | 321 | $ 25,000 | Proposal | 75 | 3/17/2016 | Equinix |
| Expedia - Retention | New Business | Mateo Epshteyn | Prospecting | 342 | $ 25,000 | Proposal | 75 | 2/25/2016 | Expedia |
| Genentech - Skills Consulting | New Business | Mateo Epshteyn | Employee Referral | 47 | $ 90,000 | Proposal | 75 | 12/16/2016 | Genentech |
| Bank of America -Retention (Workday Build Partner) | New Business | Peter Kovacs | Prospecting | 391 | $ 40,000 | Proposal | 75 | 1/7/2016 | Bank of America Corporation |
| Comcast - IMPACT | Upsell | Peter Kovacs | Other | 43 | $ 25,000 | Proposal | 75 | 12/20/2016 | Comcast |
| COMCAST - SKILLS | Upsell | Peter Kovacs | Other | 43 | $ 50,000 | Proposal | 75 | 12/20/2016 | Comcast |
| Comcast -Keeper | Existing Business | Peter Kovacs | Upsell | 86 | $ 15,000 | Proposal | 75 | 11/7/2016 | Comcast |
| Expeditors - Retention | New Business | Mateo Epshteyn | Prospecting | 97 | $ 50,000 | Validation | 50 | 10/27/2016 | Expeditors |
| Citizens Bank - Skills | New Business | Jeanne McFadden | Prospecting | 541 | $ 25,000 | Demo | 25 | 8/10/2015 | Citizens Bank |
| | | | | | $ 490,000 | Total LSO | | | |
| | | | | | $ 420,000 | Q2 New Business Plan | | | |

- ????? Darin M Talking Points inserted here ?????



# 2016 FY and Q4 Financials

# 2016 Key Year End Positions



- Healthy cash position due to some prompt payments at year end by customers and some old accounts receivable finally being paid.
- Allowance for Doubtful Accounts established for old American Express Invoice.
- Improved cash balance does not improve long-term cash outlook; it is merely a timing difference.

|  | Projected | Actual |
|---|---|---|
| Cash | $2.7 M | $3.0 M |
| Accounts Receivable | $1,100,000 | $721,000 |
| Accounts Payable | $114,000 | $52,000 |



# FY2016 Income Statement

| | Actual Q4 | Budget Q4 | Variance Q4 | Q1 2016 | Q2 2016 | Q3 2016 | Q4 2016 | Actual YTD | Budget YTD | Variance YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| GAAP Revenue | $ 344 | $ 344 | $ 0 | $ 202 | $ 234 | $ 392 | $ 344 | $ 1,172 | $ 1,463 | $ (291) |
| COGS | (16) | (17) | 1 | (13) | (13) | (15) | (16) | (57) | (86) | 28 |
| Gross Profit | $ 329 | $ 328 | $ 1 | $ 188 | $ 221 | $ 377 | $ 329 | $ 1,115 | $ 1,378 | $ (263) |
| *Gross Margin* | *95.4%* | *95.2%* | | *93.4%* | *94.4%* | *96.1%* | *95.4%* | *95.1%* | *94.2%* | |
| Operating Expenses | | | | | | | | | | |
|   Personnel Related | $ (1,196) | $ (1,202) | $ 6 | $ (932) | (1,043) | (1,140) | (1,196) | $ (4,312) | $ (5,877) | $ 1,566 |
|   Consultants | (102) | (101) | (1) | (111) | (130) | (196) | (102) | (539) | (454) | (86) |
|   Other Cash Expenses | (242) | (207) | (34) | (336) | (416) | (304) | (242) | (1,298) | (1,302) | 4 |
|   Non Cash Expenses | (30) | - | (30) | - | - | - | (30) | (30) | - | (30) |
| Total Operating Expenses | $ (1,570) | $ (1,509) | $ (60) | $ (1,379) | (1,590) | (1,641) | (1,570) | $ (6,179) | $ (7,633) | $ 1,454 |
| Operating Income / (Loss) | $ (1,241) | $ (1,182) | $ (59) | $ (1,190) | (1,369) | (1,264) | (1,241) | $ (5,064) | $ (6,255) | $ 1,192 |
| Non-recurring Expense | - | | - | | | | - | - | | - |
| Net Interest Income / (Expense) | 1 | - | 1 | (16) | (621) | - | 1 | (635) | - | (635) |
| **Net Income** | **$ (1,239)** | **$ (1,182)** | **$ (57)** | **$ (1,206)** | **(1,990)** | **(1,264)** | **(1,239)** | **$ (5,699)** | **$ (6,255)** | **$ 556** |
| **EBITDA** | **$ (1,211)** | **$ (1,182)** | **$ (29)** | **$ (1,190)** | **(1,369)** | **(1,264)** | **(1,211)** | **$ (5,034)** | **$ (6,255)** | **$ 1,222** |



# FY2016 Balance Sheet

| | Dec-15 | Mar-16 | June-16 | Sep-16 | Dec-16 |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| *Current Assets* | | | | | |
| Cash & Equivalents | $ 675 | $ 1,615 | $ 5,526 | $ 4,017 | $ 2,993 |
| Accounts Receivable | 490 | 396 | 413 | 490 | 721 |
| Prepaids / Other Current Assets | 122 | 192 | 171 | 188 | 115 |
| Total Current Assets | $ 1,286 | $ 2,202 | $ 6,110 | $ 4,695 | $ 3,829 |
| Fixed Assets, Net | - | - | - | - | - |
| Other Assets | - | - | - | - | - |
| **Total Assets** | **$ 1,286** | **$ 2,202** | **$ 6,110** | **$ 4,695** | **$ 3,829** |
| | | | | | |
| **LIABILITIES & EQUITY** | | | | | |
| *Current Liabilities* | | | | | |
| Accounts Payable | $ 162 | $ 178 | $ 174 | $ 68 | $ 63 |
| Other Accrued Liabilities | 120 | 100 | 113 | 76 | 106 |
| Deferred Revenue | 474 | 484 | 526 | 518 | 870 |
| Total Current Liabilities | $ 756 | $ 762 | $ 813 | $ 662 | $ 1,039 |
| *Long Term Liabilities* | | | | | |
| Convertible Note Payable - Non Current | - | 2,116 | - | - | - |
| Other Long Term Liabilities | - | - | - | - | - |
| Total Long Term Liabilities | $ - | $ 2,116 | $ - | $ - | $ - |
| Total Liabilities | $ 756 | $ 2,878 | $ 813 | $ 662 | $ 1,039 |
| *Equity* | | | | | |
| Equity | $ 6,591 | $ 6,591 | $ 14,553 | $ 14,552 | $ 14,550 |
| Current Year Income / (Loss) | (4,622) | (1,206) | (3,196) | (4,460) | (5,699) |
| Retained Earnings | (1,437) | (6,060) | (6,060) | (6,060) | (6,061) |
| Total Equity | $ 531 | $ (675) | $ 5,297 | $ 4,032 | $ 2,790 |
| **Total Liabilities & Equity** | **$ 1,286** | **$ 2,202** | **$ 6,110** | **$ 4,694** | **$ 3,830** |

- Healthy AR accounts at year-end with strong January collections
- AP extremely current at year-end



# FY2016 Cash Flow Statement

|  | Q1'16 | Q2'16 | Q3'16 | Q4'16 | YTD 2016 |
|---|---|---|---|---|---|
| Net Income | $ (1,206) | $ (1,989) | $ (1,264) | $ (1,239) | $ (5,698) |
| *Cash Flows from Operating Activities:* | | | | | |
| Convertible Note Interest/Loss | 16 | 620 | - | - | 620 |
| Depreciation & Amortization | - | - | - | - | - |
| Allowance for Doubtful Accounts |  |  |  | - | - |
| *Change in Working Capital:* | | | | | |
| Accounts Receivable/Unbilled AR | 94 | (17) | (77) | (231) | (231) |
| Prepaids & Other Current Assets | (70) | 20 | (17) | 73 | 7 |
| Accounts Payable | 16 | (4) | (106) | (5) | (99) |
| Accrued Liabilities/Expenses | (20) | 13 | (37) | 30 | (14) |
| Deferred Revenue | 10 | 42 | (7) | 352 | 396 |
| Other Assets | - | - | - | - | - |
| Change in Net Working Capital | $ 30 | $ 55 | $ (244) | $ 219 | $ 59 |
| **Cash Flows From Operating Activities** | $ (1,161) | $ (1,314) | $ (1,508) | $ (1,021) | $ (5,019) |
| *Cash Flows from Investing Activities:* | | | | | |
| Capital Expenditures/Divestitures | $ - | $ - | $ - | $ - | - |
| Other Long-Term Assets | - | - | - | - | - |
| **Cash Flows From Investing Activities** | $ - | $ - | $ - | $ - | $ - |
| *Cash Flows from Financing Activities:* | | | | | |
| Stockholder's Equity | $ 0 | $ 7,364 | $ (1) | $ (1) | 7,361 |
| Net Borrowings | 2,100 | (2,139) | - | - | (23) |
| **Cash Flows From Financing Activities** | $ 2,100 | $ 5,225 | $ (1) | $ (1) | $ 7,339 |
| **Net Change in Cash** | $ 940 | $ 3,911 | $ (1,509) | $ (1,022) | $ 2,319 |
| Beginning Cash | 675 | 1,615 | 5,526 | 4,017 | 675 |
| **Ending Cash** | $ 1,615 | $ 5,526 | $ 4,017 | $ 2,994 | $ 2,994 |

- Cash Out Date remains October
- $100K Cash = ~10 days



# hiQ Cost Structure



- The majority of cost is payroll; thus main lever for controlling costs is headcount.



# hiQ Headcount





# hiQ Cost by Department

