# EXHIBIT Y



# Confidential Board Deck

## Wednesday, February 8th, 2017

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# Agenda

i.      State Of The Business

ii.     Engineering and Product Update

iii.    2016 FY and Q4 Sales

iv.    2017 Q1 and Q2 Outlook

v.     Elevate

vi.    Administrative

vii.   Appendix

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00592240



# State of the business

## Corporate Goals

- hiQ 2.0 – tracking to have a new CEO in place  by Feb 10, 2017
- Runway for the next CEO
- hiQ 2.0 Org-Design under new leadership

## Tactical Focus – Good to Great

- Expand our Skill Mapper Roadmap
- Create a CHRO adco and community for demand gen
- Continue hiQ industry thought leadership

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# Engineering and Product Update

- Q1 to date:
  - Skill Mapper beta delivery to BNY Mellon (in progress)
  - Science Innovation week: progress toward job market data incorporation
  - Skill Mapper full-day product offsite was highly successful
- Q1 plan:
  - Keeper v2.x releases on track (minor bug fixes & feature updates)
  - Skill Mapper v1.0 build is on schedule, General Release: April 7 ( BNY Mellon)
- Skill Mapper Product Offsite:
  - v1.x product roadmap solidified (Q2)
  - v2.0 and beyond scoped out, final strategic decision waiting on new CEO
- Concerns:
  - Data Science team burnout (esp. Keeper team), >50% team time required just to push Keeper data every month
  - Ongoing product vision pending team changes

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# 2016 FY and Q4 Sales

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Q4-2016 Final Bookings



- Record quarter for bookings with $710K in Q4 (+47% yoy; + 126% vs Q3'16)
  - 94% attainment of December forecast
  - 81% attainment of beginning of qtr forecast

| Opportunity Name | 2016 Type | Forecast | Actual | Variance | Rep | Comment |
|---|---|---|---|---|---|---|
| Liberty Mutual - Retention Pilot | Other | $ 25,000 | $ 25,000 | $ - | Jeanne | |
| American Express - Retention | Renewal | $ 30,000 | $ 30,000 | $ - | Jeanne | |
| Allstate - Retention | New | $ 120,000 | $ 120,000 | $ - | Mateo | |
| ████ - Retention | New | $ 246,667 | $ 246,667 | $ - | Jeanne | |
| Hartford | New | $ 75,000 | $ 75,000 | $ - | Jeanne | |
| BNY Skills | New | $ - | $ 50,000 | $ 50,000 | Jeanne | This was forecast for Q1-17. |
| UTC - Rention | Renewal | $ 68,000 | $ 68,000 | $ - | Amelia | |
| ████ | Renewal | $ 85,000 | $ 35,000 | $ (50,000) | Amelia | 5 month renewal |
| | Renewal | $ 60,000 | $ 60,000 | $ - | Amelia | |
| Nestle | Renewal | $ 45,000 | $ - | $ (45,000) | Amelia | Slipped to Q1 |
| | | | | | | |
| Q4 Total | | $ 754,667 | $ 709,667 | $ (45,000) | | |

*One-time Deals/Services*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# 2016 Q4 ARR Waterfall





*Note:*
*ARR Ending excludes services of $145K and deferred billings of $33K.*
*Total Bookings for FY2016 were $1,518,267.*
*Q4 Churn:* ▮▮▮ *$100K; Nestle $45K Slip to Q1; Sandisk $25K*
*Contraction:* ▮▮▮▮

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# 2016 FY Waterfall





*Note:*

*ARR Ending excludes services of $145K and deferred billings of $33K.*

*Total Bookings for FY2016 were $1,518,267.*

*$45K Contraction is* ▮▮▮▮▮

*$377K Churn is 49% churn; Excluding* ▮▮▮ *$100K Churn is 36%.*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



2017 Q1 and Q2 Sales Outlook

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00592247



# FY2017 Sales Plan

| Mix by Quarter | Renewal | New | Total | Current Forecast | Variance |
|---|---|---|---|---|---|
| Q1 - 2017 | $ 211,500 | $ 420,000 | $ 631,500 | $ 412,000 | (219,500) |
| Q2 - 2017 | $ 276,620 | $ 420,000 | $ 696,620 | $ 696,620 | 0 |
| Q3 - 2017 | $ 228,500 | $ 420,000 | $ 648,500 | $ 648,500 | 0 |
| Q4 - 2017 | $ 687,000 | $ 840,000 | $1,527,000 | $ 1,527,000 | 0 |
| | $1,403,620 | $2,100,000 | $3,503,620 | $ 3,284,120 | $ (219,500) |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00592248



# Q1 Sales Forecast - Renewals

| Renewals | |
|---|---|
| **Customer** | **Forecast** |
| BNY Mellon - Keeper | $94,000 |
| Paypal - Keeper | $85,000 |
| GoDaddy - Keeper - Renewal | $25,000 |
| Box - Keeper - renewal | $0 |
| Nestle | $45,000 |
| Total | $249,000 |
| Q1 Plan | $211,500 |
| Forecasting Over Plan | 118% |

- Positive:  Paypal not churning
- At Risk:  GoDaddy of an annual agreement, will likely do 6 month agreement.
- Nestle pushed from Q4 due to security review, should be signed in Q1.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# Q1 Sales Forecast – New Business

| New | | | |
|---|---|---|---|
| **Customer** | **Contract Value** | **Status** | **Rep** |
| Chevron | $98,000 | Forecast | Mateo |
| | $15,000 | Closed | Jeanne |
| (Service) | $50,000 | Closed | Peter/Partner |
| Total | $163,000 | | |
| Plan | $420,000 | | |
| Variance | ($257,000) | | |

- Upside:  Comcast $90K; Expeditors $50K; Canadian Imperial Bank $25K
  - Early in quarter for pulling Upside in.
- Forecasting $412,000 or 68% of Quota
  - Direct result in slow down of new opportunities from Q4.



# Q2 Sales Forecast – Renewals

| Renewals | |
|---|---|
| **Customer** | **Forecast** |
| ▓▓▓▓▓Keeper | $94,000 |
| The Hershey Company  Keeper | $85,000 |
| Gap   Keeper   Renewal | $25,000 |
| Total | $204,000 |
| Q2 Plan | $276,620 |
| Forecast vs  Quota | ($72,620) |

- Can start officially selling Skill Mapper to our Customer Base

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# Upside Q2 Sales

| Opportunity Name | Lead Source | Amount | Stage |
|---|---|---|---|
| Solvay - Retention | Partner | $ 55,000 | Demo |
| Point72- Skill Mapper | Prospecting | $ 55,000 | Validation |
| Liberty Mutual - Keeper 2017 | Upsell | $ 75,000 | Validation |
| Expedia - Retention | Prospecting | $ 25,000 | Proposal |
| Equinix - Retention | Elevate | $ 25,000 | Proposal |
| Citizens Bank - Skills | Prospecting | $ 25,000 | Demo |
| Cisco - Retention | Employee Referral | $ 25,000 | Proposal |
| Bank of America -Retention (Workday Build Partner) | Prospecting | $ 40,000 | Proposal |
| Ameriprise Financial - Retention | Prospecting | $ 95,000 | Proposal |
| | Total | $420,000 | |
| | Q2 Plan | $420,000 | |

- Many of these opportunities are already in Proposal Stage with an identified Economic Buyer.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# Positive/Risk of Sales Team

Positive
- Excellent Sales Kick Off
  - Territory Planning
  - STC Refresher (Sales Methodology)
  - Strategic Learnings: Product, People Analytics, ROI
  - Created targeted Marketing Campaign for Lead Gen
- Hired External SDR
  - Generated 9 opportunities in 2.5 weeks.
- Targeting M&A and Private Equity

Risks
- Attrition
  - Regrettable – George Lan (PA Lead); Peter Kovacs (Sales Lead)
  - Non-Regrettable – Kris Johnson (slow pipeline creation after 6 months
- Demand Generation
  - Zero Inbound lead activity (3 SQL's so far this quarter)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# FY2017 Operating Plan

| Category | Actual | | | | Projected | | | | CY 2015 | CY 2016 | CY 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1'16 | Q2'16 | Q3'16 | Q4'16 | Q1'17 | Q2'17 | Q3'17 | Q4'17 | | | |
| In Quarter Bookings | $  195.7 | $  305.6 | $  256.7 | $  696.0 | $  603.5 | $  653.6 | $  615.5 | $  1,491.0 | 799.0 | 1,453.9 | 3,363.6 |
| Services | 30.3 | - | - | - | 28.0 | 43.0 | 33.0 | 36.0 | - | 30.3 | 140.0 |
| Deferred Bookings | - | - | - | - | 33.0 | - | 49.5 | - | - | - | 82.5 |
| **Total Bookings** | **$  226.0** | **$  305.6** | **$  256.7** | **$  696.0** | **$  664.5** | **$  696.6** | **$  698.0** | **$ 1,527.0** | **$ 799.0** | **$ 1,484.3** | **3,586.1** |
| **Cash** | **$ 1,614.7** | **$ 5,525.7** | **$  4,016.6** | **$ 2,993.4** | **$ 1,820.0** | **$  772.7** | **$ (204.1)** | **$  (948.2)** | **$ 675.0** | **$ 2,993.4** | **$ (948.2)** |
| MRR | 77.3 | 85.7 | 85.7 | 75.5 | 61.7 | 87.7 | 143.8 | 218.6 | 47.7 | 75.5 | 218.6 |
| GAAP Revenue | 201.7 | 233.9 | 392.3 | 344.5 | 185.8 | 251.8 | 409.1 | 595.3 | 289.0 | 1,172.3 | 1,442.0 |
| Expense | (1,392.0) | (1,602.2) | (1,656.0) | (1,615.3) | (1,472.5) | (1,592.6) | (1,549.3) | (1,650.5) | (3,104.3) | (6,265.5) | (6,264.9) |
| Headcount | 29 | 31 | 32 | 28 | 29 | 29 | 29 | 29 | 21 | 28 | 29 |

- Topline / bookings of $3.5M (115% YoY growth)
- 2017 Ending MRR $218.6K (189% Y0Y growth)
- Nominal services revenue ($140K)
- Plan HC includes the loss of 1 Sales; addition of 1 Data Science & 1 Engineering
- Projected cash out date is September w/o additional funding

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00592254

# 2016 Key Year End Positions



- Cash position favorable vs plan (+0.3m) due to prompt customer payments at year end and collection of some aged accounts
- Allowance for doubtful accounts established for American Express invoice ($0.03m)
- Favorable cash balance vs does not impact long-term cash outlook; timing difference only

|  | Plan | Actual |
|---|---|---|
| Cash | $2.7m | $3.0m |
| Accounts Receivable | $1.1m | $0.7m |
| Accounts Payable | $0.1m | $0.05m |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# FY2016 Balance Sheet

| | Dec-15 | Mar-16 | June-16 | Sep-16 | Dec-16 |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| *Current Assets* | | | | | |
| Cash & Equivalents | $ 675 | $ 1,615 | $ 5,526 | $ 4,017 | $ 2,993 |
| Accounts Receivable | 490 | 396 | 413 | 490 | 721 |
| Prepaids / Other Current Assets | 122 | 192 | 171 | 188 | 115 |
| Total Current Assets | $ 1,286 | $ 2,202 | $ 6,110 | $ 4,695 | $ 3,829 |
| Fixed Assets, Net | - | - | - | - | - |
| Other Assets | - | - | - | - | - |
| **Total Assets** | **$ 1,286** | **$ 2,202** | **$ 6,110** | **$ 4,695** | **$ 3,829** |
| | | | | | |
| **LIABILITIES & EQUITY** | | | | | |
| *Current Liabilities* | | | | | |
| Accounts Payable | $ 162 | $ 178 | $ 174 | $ 68 | $ 63 |
| Other Accrued Liabilities | 120 | 100 | 113 | 76 | 106 |
| Deferred Revenue | 474 | 484 | 526 | 518 | 870 |
| Total Current Liabilities | $ 756 | $ 762 | $ 813 | $ 662 | $ 1,039 |
| *Long Term Liabilities* | | | | | |
| Convertible Note Payable - Non Current | - | 2,116 | - | - | - |
| Other Long Term Liabilities | - | - | - | - | - |
| Total Long Term Liabilities | $ - | $ 2,116 | $ - | $ - | $ - |
| Total Liabilities | $ 756 | $ 2,878 | $ 813 | $ 662 | $ 1,039 |
| *Equity* | | | | | |
| Equity | $ 6,591 | $ 6,591 | $ 14,553 | $ 14,552 | $ 14,550 |
| Current Year Income / (Loss) | (4,622) | (1,206) | (3,196) | (4,460) | (5,699) |
| Retained Earnings | (1,437) | (6,060) | (6,060) | (6,060) | (6,061) |
| Total Equity | $ 531 | $ (675) | $ 5,297 | $ 4,032 | $ 2,790 |
| **Total Liabilities & Equity** | **$ 1,286** | **$ 2,202** | **$ 6,110** | **$ 4,694** | **$ 3,830** |

- Entering 2017 with 40% of 2017 Plan GAAP revenue of $2.2m committed as Deferred Revenue ($870K)
- Healthy AR accounts at year-end with strong January collections
- AP current at year-end

# FY2016 Income Statement



| | Actual Q4 | Budget Q4 | Variance Q4 | Q1 2016 | Q2 2016 | Q3 2016 | Q4 2016 | Actual YTD | Budget YTD | Variance YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| GAAP Revenue | $    344 | $    344 | $    0 | $    202 | $    234 | $    392 | $    344 | $  1,172 | $  1,463 | $   (291) |
| COGS | (16) | (17) | 1 | (13) | (13) | (15) | (16) | (57) | (86) | 28 |
| Gross Profit | $    329 | $    328 | $    1 | $    188 | $    221 | $    377 | $    329 | $  1,115 | $  1,378 | $   (263) |
| *Gross Margin* | *95.4%* | *95.2%* | | *93.4%* | *94.4%* | *96.1%* | *95.4%* | *95.1%* | *94.2%* | |
| | | | | | | | | | | |
| Operating Expenses | | | | | | | | | | |
| Personnel Related | $  (1,196) | $  (1,202) | $    6 | $    (932) | $  (1,043) | $  (1,140) | $  (1,196) | $  (4,312) | $  (5,877) | $  1,566 |
| Consultants | (102) | (101) | (1) | (111) | (130) | (196) | (102) | (539) | (454) | (86) |
| Other Cash Expenses | (242) | (207) | (34) | (336) | (416) | (304) | (242) | (1,298) | (1,302) | 4 |
| Non Cash Expenses | (30) | - | (30) | - | - | - | (30) | (30) | - | (30) |
| Total Operating Expenses | $  (1,570) | $  (1,509) | $    (60) | $  (1,379) | $  (1,590) | $  (1,641) | $  (1,570) | $  (6,179) | $  (7,633) | $  1,454 |
| Operating Income / (Loss) | $  (1,241) | $  (1,182) | $    (59) | $  (1,190) | $  (1,369) | $  (1,264) | $  (1,241) | $  (5,064) | $  (6,255) | $  1,192 |
| Non-recurring Expense | - | | - | | | | - | - | | - |
| Net Interest Income / (Expense) | 1 | - | 1 | (16) | (621) | - | 1 | (635) | - | (635) |
| **Net Income** | **$  (1,239)** | **$  (1,182)** | **$    (57)** | **$  (1,206)** | **$  (1,990)** | **$  (1,264)** | **$  (1,239)** | **$  (5,699)** | **$  (6,255)** | **$    556** |
| **EBITDA** | **$  (1,211)** | **$  (1,182)** | **$    (29)** | **$  (1,190)** | **$  (1,369)** | **$  (1,264)** | **$  (1,211)** | **$  (5,034)** | **$  (6,255)** | **$  1,222** |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# FY2016 Cash Flow Statement

| | Q1'16 | Q2'16 | Q3'16 | Q4'16 | YTD 2016 |
|---|---|---|---|---|---|
| Net Income | $ (1,206) | $ (1,989) | $ (1,264) | $ (1,239) | $ (5,698) |
| *Cash Flows from Operating Activities:* | | | | | |
| Convertible Note Interest/Loss | 16 | 620 | - | - | 620 |
| Depreciation & Amortization | - | - | - | - | - |
| Allowance for Doubtful Accounts | | | | - | - |
| *Change in Working Capital:* | | | | | |
| Accounts Receivable/Unbilled AR | 94 | (17) | (77) | (231) | (231) |
| Prepaids & Other Current Assets | (70) | 20 | (17) | 73 | 7 |
| Accounts Payable | 16 | (4) | (106) | (5) | (99) |
| Accrued Liabilities/Expenses | (20) | 13 | (37) | 30 | (14) |
| Deferred Revenue | 10 | 42 | (7) | 352 | 396 |
| Other Assets | - | - | - | - | - |
| Change in Net Working Capital | $ 30 | $ 55 | $ (244) | $ 219 | $ 59 |
| **Cash Flows From Operating Activities** | **$ (1,161)** | **$ (1,314)** | **$ (1,508)** | **$ (1,021)** | **$ (5,019)** |
| | | | | | |
| *Cash Flows from Investing Activities:* | | | | | |
| Capital Expenditures/Divestitures | $ - | $ - | $ - | $ - | - |
| Other Long-Term Assets | - | - | - | - | - |
| **Cash Flows From Investing Activities** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |
| | | | | | |
| *Cash Flows from Financing Activities:* | | | | | |
| Stockholder's Equity | $ 0 | $ 7,364 | $ (1) | $ (1) | 7,361 |
| Net Borrowings | 2,100 | (2,139) | - | - | (23) |
| **Cash Flows From Financing Activities** | **$ 2,100** | **$ 5,225** | **$ (1)** | **$ (1)** | **$ 7,339** |
| | | | | | |
| **Net Change in Cash** | **$ 940** | **$ 3,911** | **$ (1,509)** | **$ (1,022)** | **$ 2,319** |
| Beginning Cash | 675 | 1,615 | 5,526 | 4,017 | 675 |
| **Ending Cash** | **$ 1,615** | **$ 5,526** | **$ 4,017** | **$ 2,994** | **$ 2,994** |

- Cash Out Date September
- $100K Cash = ~10 days

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# Elevate

Elevate Premier: West Coast
Wednesday, April 18 – Silicon Valley

Elevate Premier – East Coast
Tuesday, May 23 – NYC – hosted at  JP Morgan Chase Auditorium (250 people)

Elevate and Elevation Awards
October -  2017  Location TBD

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# Administrative

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Product / Engineering / Science
Appendix Slides

HIQ BOARD MEETING | FEBRUARY 2017| CONFIDENTIAL

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hiQ_00592262

# Tech Org-chart Changes

- Promoted Senior Data Scientist Chris LeBailly to Director of Data Science position
  - Chris single-handedly produced *all* the data science behind the new Skill Mapper product
  - Chris is the best software architect on the data team
  - Core data science team still reports into Liz Brokken, who now reports into Chris

- Creation of new Data Engineering team (mostly borrowed / part-time resources)
  - Reports directly into Chris
  - Needed to upgrade automation of data gathering, data science pipeline → these efforts now require serious engineering
  - Critical step toward being able to support Crystal Ball

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Early Feedback on Skill Mapper:

- Deployed beta to first customer (█████) in December 2016.
    - Notes from our Director of Customer Success on the first ██████ meeting:
        - "Katie was thrilled which is not an emotion we see often from her! You guys should be so proud of what you've built. She's a tough client to please and she was almost giddy playing with it and showing us what she's found in just 24 hours. "
    - Notes from our Director of Product on the first eBay meeting:
        - "Overall, there were no show stoppers, the product is not only usable, it is "freaking awesome" according to Katie. She really loved exploring and seeing all the kinds of matches that came up on a variety of searches. So, definitely great work guys and we can feel reassured that the UX and Data science both passed the first validation step from a really discerning customer."
    - Second beta goes out to BNY Mellon by late February
        - John Callery is impatient to get his hands on it → doesn't want to wait 5 more weeks for the official April 7 release

HIQ BOARD MEETING | FEBRUARY 2017| CONFIDENTIAL

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Skill Mapper Product Offsite

- v1.x Features determined:
  - Expand to include educational background data
  - Visualization of "People Browser"
  - Clearer UX flow / layout
  - Include job reqs along with employees

- Next directions:
  - Interactive Employee Directory (to capture more complete data)
  - Expanded "Compare" Functionality (across teams, business units, geographic locations, market competitors)
  - Team Cards / Ability to assemble *teams* based on skill sets
  - Move toward "Finder" (incorporate ATS data)

- Need a Risk Mapper product offsite (schedule for March):
  - Aggregate tool to supplement Keeper
  - Addresses M&A and/or Private Equity use cases (e.g., ongoing  deal negotiation)

HIQ BOARD MEETING | FEBRUARY 2017| CONFIDENTIAL

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



Appendix – Sales & Finance

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# 2016 FY Summary of Bookings



| Quarter | Churned Logos | Churned $ Gross | Churn % | Sales Transactions | New Logo | Renewal/Expansion | Other | Total |
|---|---|---|---|---|---|---|---|---|
| Q1 | AOL | $ (50,000) | -86% | 6 $ | 179,000 | $ 28,000 | $ 20,000 | $ 227,000 |
| Q2 | ▮ | $ (37,000) | -41% | 5 $ | 124,200 | $ 53,000 | $ 100,000 | $ 277,200 |
| Q3 | Mastercard | $ (120,000) | -47% | 5 $ | 136,400 | $ 135,000 | | $ 271,400 |
| Q4 | Sandisk ▮ Nestle | $ (215,000) | -54% | 8 $ | 491,667 | $ 193,000 | $ 25,000 | $ 709,667 |
| | 6 $ | (422,000) | | 24 $ | 931,267 | $ 409,000 | $ 145,000 | $ 1,485,267 |

Paypal          Box          Liberty
BNY             Godaddy      Comcast
Hershey         GAP          ▮
▮               ▮
BMC             Comcast
Celgene         GoDaddy

AllState        UTC          Liberty
Hartford        ▮
▮               ▮
                AMEX

*Note:  Total does not include $33K in deferred billings.*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# hiQ Cost Structure



- The majority of cost is payroll; thus main lever for controlling costs is headcount.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# hiQ Headcount



hiQ_00592269