Corey Worcester (*pro hac vice*)
coreyworcester@quinnemanuel.com
Renita Sharma (*pro hac vice*)
renitasharma@quinnemanuel.com
Hope Skibitsky (*pro hac vice*)
hopeskibitsky@quinnemanuel.com
Elisabeth Miller (*pro hac vice*)
elisabethmiller@quinnemanuel.com
Zane Muller (*pro hac vice*)
zanemuller@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:      (212) 849-7100

Terry L. Wit (SBN 233473)
terrywit@quinnemanuel.com
Adam B. Wolfson (SBN 262125)
adamwolfson@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for Plaintiff hiQ Labs, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>       Plaintiff,<br><br>vs.<br><br>LinkedIn Corp.,<br><br>       Defendant. | Case No. 3:17-CV-03301-EMC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL HIQ'S CONFIDENTIAL MATERIAL** |

The Court has received Plaintiff hiQ Labs, Inc.'s Administrative Motion to File Under Seal HiQ's Confidential Material. Material which hiQ has designated Confidential or Highly Confidential appears in hiQ Labs, Inc.'s Opposition to LinkedIn's Motion for Spoliation Sanctions (the "Opposition"). Because the Opposition contain material that is sealable pursuant to Local Rule 79-5, Plaintiff's Administrative

1  Motion to File Under Seal is **GRANTED**.

2     **IT IS HEREBY ORDERED** that the following materials should be sealed and that counsel for

3  hiQ may file the following material designated by hiQ under the Stipulated Protective Order For Litigation

4  Involving Patents, Highly Sensitive Confidential Information, and/or Trade Secrets (ECF No. 213):

| Document | Text to be Sealed | Reason |
|---|---|---|
| Muller Decl. Ex. A (hiQ_00576676) | Redacted Text | hiQ has designated the proposed redacted portion of this document as confidential under the Protective Order because it reflects certain confidential relationships with third-parties. |
| Muller Decl. Ex. B (hiQ_00175060) | Redacted Text | hiQ has designated the proposed redacted portion of this document as confidential under the Protective Order because it reflects certain confidential relationships with third-parties. |
| Muller Decl. Ex. C (hiQ_00217746) | Redacted Text | hiQ has designated the proposed redacted portion of this document as confidential under the Protective Order because it reflects certain confidential relationships with third-parties. |
| Muller Decl. Ex. S (hiQ_00177002) | Redacted Text | hiQ has designated the proposed redacted portion of this document as confidential under the Protective Order because it reflects certain confidential relationships with third-parties. |
| Muller Decl. Ex. T (hiQ_00179846) | Redacted Text | hiQ has designated the proposed redacted portion of this document as confidential under the Protective Order because it reflects certain confidential relationships with third-parties. |
| Muller Decl. Ex. U (hiQ_00179862) | Redacted Text | hiQ has designated the proposed redacted portion of this document as confidential under the Protective Order because it reflects certain confidential relationships with third-parties. |

| | | |
|---|---|---|
| Muller Decl. Ex. V (hiQ_00626269) | Redacted Text | hiQ has designated the proposed redacted portion of this document as confidential under the Protective Order because it reflects certain confidential relationships with third-parties. |
| Muller Decl. Ex. W (hiQ_00467911) | Redacted Text | hiQ has designated the proposed redacted portion of this document as confidential under the Protective Order because it reflects certain confidential relationships with third-parties. |
| Muller Decl. Ex. X (hiQ_00579558) | Redacted Text | hiQ has designated the proposed redacted portion of this document as confidential under the Protective Order because it reflects certain confidential relationships with third-parties. |
| Muller Decl. Ex. Y (hiQ_00592239) | Redacted Text | hiQ has designated the proposed redacted portion of this document as confidential under the Protective Order because it reflects certain confidential relationships with third-parties. |

Dated:

_____
HON. EDWARD CHEN
UNITED STATES DISTRICT JUDGE