1  Corey Worcester (*pro hac vice*)
   coreyworcester@quinnemanuel.com
2  Renita Sharma (*pro hac vice*)
   renitasharma@quinnemanuel.com
3  Hope Skibitsky (*pro hac vice*)
   hopeskibitsky@quinnemanuel.com
4  Elisabeth Miller (*pro hac vice*)
   elisabethmiller@quinnemanuel.com
5  Zane Muller (*pro hac vice*)
   zanemuller@quinnemanuel.com
6  QUINN EMANUEL URQUHART AND SULLIVAN LLP
   51 Madison Avenue, 22nd Floor
7  New York, NY 10010
   Telephone:   (212) 849-7000
8  Facsimile:   (212) 849-7100

9  Terry L. Wit (SBN 233473)
   terrywit@quinnemanuel.com
10 Adam B. Wolfson (SBN 262125)
   adamwolfson@quinnemanuel.com
11 QUINN EMANUEL URQUHART AND SULLIVAN LLP
   50 California Street, 22nd Floor
12 San Francisco, CA 94111
   Telephone:   (415) 875-6600
13 Facsimile:   (415) 875-6700

14 Attorneys for Plaintiff hiQ Labs, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>       Plaintiff,<br><br>  vs.<br><br>LinkedIn Corp.,<br><br>       Defendant. | Case No. 3:17-CV-03301-EMC<br><br>~~[PROPOSED]~~ ORDER GRANTING MOTION TO FILE UNDER SEAL HIQ'S CONFIDENTIAL MATERIAL |

The Court has received Plaintiff hiQ Labs, Inc.'s Administrative Motion to File Under Seal HiQ's Confidential Material. Material which hiQ has designated Confidential or Highly Confidential appears in hiQ Labs, Inc.'s Opposition to August 5, 2022 Motions (the "Oppositions"). Because the Oppositions contain material that is sealable pursuant to Local Rule 79-5, Plaintiff's Administrative Motion to File

Case No. 3:17-cv-03301-EMC
~~[PROPOSED]~~ ORDER GRANTING ADMIN. MOTION TO FILE UNDER SEAL HIQ'S CONFIDENTIAL MATERIAL

1  Under Seal is **GRANTED**.

2  **IT IS HEREBY ORDERED** that the following materials should be sealed and that counsel for

3  hiQ may file the following material designated by hiQ under the Stipulated Protective Order For Litigation

4  Involving Patents, Highly Sensitive Confidential Information, and/or Trade Secrets (ECF No. 213):

| Document | Text to be Sealed | Reason |
| --- | --- | --- |
| Compendium Ex. 6 (hiQ_00238042) | Entire Document | This document contains information designated by hiQ as confidential under the Protective Order because it contains personal information regarding hiQ's employees. |
| Compendium Ex. 7 (hiQ_00238098) | Entire Document | This document contains information designated by hiQ as confidential under the Protective Order because it contains personal information regarding hiQ's employees. |
| Compendium Ex. 53 (hiQ_00603901) | Redacted Text | hiQ has designated the proposed redacted portion of this document as confidential under the Protective Order as it pertains to a confidential business relationship with a third party. |
| Compendium Ex. 62 (hiQ's Responses to LinkedIn's First Set of Interrogatories) | Redacted Text | hiQ has designated the proposed redacted portion of this document as confidential under the Protective Order because it reflects certain confidential relationships with third-parties. |
| Compendium Ex. 63 (hiQ's Supplemental Responses to LinkedIn's Second Set of Interrogatories) | Redacted Text | The redacted portions of this document are confidential under the Protective Order because it reflects certain confidential relationships with third-parties. |
| Compendium Ex. 66 (hiQ_00003612) | Entire Document | This document has been designated by hiQ as confidential because it reflects the confidential, proprietary terms of a business relationship between hiQ and a certain third-party client. |

| | | |
|---|---|---|
| Compendium Ex. 67 (hiQ_00003722) | Entire Document | This document has been designated by hiQ as confidential because it reflects the confidential, proprietary terms of a business relationship between hiQ and a certain third-party client. |
| Compendium Ex. 68 (hiQ_00003783) | Entire Document | This document has been designated by hiQ as confidential because it reflects the confidential, proprietary terms of a business relationship between hiQ and a certain third-party client. |
| Compendium Ex. 69 (hiQ_00003841) | Entire Document | This document has been designated by hiQ as confidential because it reflects the confidential, proprietary terms of a business relationship between hiQ and a certain third-party client. |
| Compendium Ex. 88 (Second Amended Expert Report of Benjamin Sacks) | Redacted Text | hiQ has designated the proposed redacted portion of this document as confidential under the Protective Order because it relates to a sensitive third. |
| Compendium Ex. 89 (Rebuttal Expert Report of Benjamin Sacks) | Redacted Text | hiQ has designated the proposed redacted portion of this document as confidential under the Protective Order because the material reveals confidential relationships with certain third parties. |
| hiQ's Opposition to LinkedIn's Summary Judgment Brief | Redacted Text | hiQ has designated the proposed redacted portion of this document as confidential under the Protective Order because the material reveals confidential relationships with certain third parties. |

Dated: September 6, 2022

_____
HON. EDWARD CHEN
UNITED STATES DISTRICT JUDGE