ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
PAUL F. RUGANI (SBN 342647)
prugani@orrick.com
CATHERINE Y. LUI (SBN 239648)
clui@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
EMILY RENZELLI (Pro Hac Vice)
erenzelli@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

*Attorneys for LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>    Plaintiff,<br><br>  vs.<br><br>LinkedIn Corporation,<br><br>    Defendant. | Case No. 17-cv-03301-EMC<br><br>**L.R. 79-5(f)(3) DECLARATION OF JENELLE BRAY**<br><br><br>Complaint Filed:    June 7, 2017<br>Trial Date:            February 27, 2023 |
| LinkedIn Corporation<br><br>    Counterclaimant,<br>  vs.<br><br>hiQ Labs, Inc.<br><br>    Counterdefendant. | |

DocuSign Envelope ID: 99789075-2B56-4779-B994-B6C7270261A6

I, Jenelle Bray, declare as follows:

1.      I am the Director of Engineering, Machine Learning for Anti-Abuse at LinkedIn Corporation. ("LinkedIn"). I have worked at LinkedIn since January 2014 and have held my current position since September 2021. In this position, I manage a team of AI engineers who help build models and algorithms to detect and prevent abuse of LinkedIn's platform by third parties including data scrapers. Through my experience, I am familiar with LinkedIn's anti-scraping defenses and practices, including what information LinkedIn considers confidential and does not disclose to the public. I have personal knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

2.      I have reviewed the under-seal portion of the document filed at ECF No. 366.41, which is Exhibit 71 to hiQ's Compendium of Exhibits in Opposition to LinkedIn's August 5, 2022 Motions (ECF No. 364-1) ("Exhibit 71"). Exhibit 71 reflects excerpts of my deposition testimony from July 27, 2022. On page 232 of Exhibit 71, I testify as to the mechanisms by which scraping traffic is blocked from accessing LinkedIn's servers including the specific models LinkedIn employs to block data scrapers. On page 232, line 24 of Exhibit 71, I describe how often the model is refreshed. That information is highly confidential. LinkedIn has invested a great deal of money and personnel in its anti-scraping defenses, and this level of detail with respect to those defenses is not publicly disclosed. Indeed, LinkedIn restricts knowledge of this information within LinkedIn to a subset of persons who needs this information for their job duties. If the data scrapers know how often LinkedIn's model is refreshed, they could adjust their attack patterns based on this information in order to evade LinkedIn's defenses. This granular level of information could allow scrapers to access LinkedIn's servers more readily, undermining LinkedIn's investment in anti-scraping technology, creating the potential for site disruption, and likely resulting in an increased

//
//
//
//
//

L.R. 79-5(F)(3) J. BRAY DECL.
17-cv-03301-EMC

1    number of successful scraping attempts of LinkedIn's platform.

2            I declare under penalty of perjury under the laws of the United States of America that the

3    foregoing is true and correct to the best of my knowledge.

4            Executed this 7th day of September, 2022, at Ranchos Palos Verdes, California.

5

6                                                        _____
                                                              JENELLE BRAY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

L.R. 79-5(F)(3) J. BRAY DECL.
                                                                                   17-cv-03301-EMC