ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
PAUL F. RUGANI (SBN 342647)
prugani@orrick.com
CATHERINE Y. LUI (SBN 239648)
clui@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
EMILY RENZELLI (Pro Hac Vice)
erenzelli@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1 415 773 5700
Facsimile:    +1 415 773 5759

*Attorneys for Defendant/Counterclaimant
LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>    Plaintiff,<br><br>vs.<br><br>LinkedIn Corporation,<br><br>    Defendant. | Case No. 17-cv-03301-EMC<br><br>**[PROPOSED] ORDER SEALING CERTAIN MATERIALS**<br><br>Complaint Filed:  June 7, 2017<br>Trial Date:         February 27, 2023 |
| LinkedIn Corporation,<br><br>    Counterclaimant,<br>vs.<br><br>hiQ Labs, Inc.,<br><br>    Counterdefendant. | |

Before the Court is LinkedIn Corporation's Local Rule 79-5(f)(3) Statement to Seal Certain Materials ("Statement") seeking to seal certain information that hiQ filed in support of its Compendium of Exhibits in Opposition to LinkedIn's August 5, 2022 Motions (ECF No. 364-1). Having considered LinkedIn's Statement, the information sought to be sealed, the declarations of Lee Womer and Jenelle Bray submitted in support thereto, the pleadings on file, and any other relevant materials, the motion is **GRANTED**.

**IT IS HEREBY ORDERED** that LinkedIn has shown that there are compelling reasons to file under seal the following information designated by LinkedIn under the Stipulated Protective Order For Litigation Involving Patents, Highly Sensitive Confidential Information, and/or Trade Secrets (ECF No. 213).  Accordingly, the parties are ordered to file the following under seal:

| Document | Text to Be Sealed |
|---|---|
| ECF No. 366.03, which is Exhibit 19 to hiQ's Compendium of Exhibits in Opposition to LinkedIn's August 5, 2022 Motions (ECF No. 364-1) ("Exhibit 19") | Entire document |
| ECF No. 366.04, which is Exhibit 20 to hiQ's Compendium of Exhibits in Opposition to LinkedIn's August 5, 2022 Motions (ECF No. 364-1) ("Exhibit 20") | Personal email address on LINK_HIQ_000012277 |
| ECF No. 366.07, which is Exhibit 23 to hiQ's Compendium of Exhibits in Opposition to LinkedIn's August 5, 2022 Motions (ECF No. 364-1) ("Exhibit 23") | Entire document |

| Document | Text to Be Sealed |
|---|---|
| ECF No. 366.24, which is Exhibit 42 to hiQ's Compendium of Exhibits in Opposition to LinkedIn's August 5, 2022 Motions (ECF No. 364-1) ("Exhibit 42") | Link_HIQ_000072013, Link_HIQ_000072015-16, Link_HIQ_000072019-23, Link_HIQ_000072028-39, and Link_HIQ_000072041-45 |
| EF No. 366.25 and ECF No.366.26, which are Exhibits 43 and 44 to hiQ's Compendium of Exhibits in Opposition to LinkedIn's August 5, 2022 Motions (ECF No. 364-1) ("Exhibits 43 and 44") | Ex. 43 – LINK_HIQ_000072090; Ex. 44 - LINK_HIQ_000072096-97. |
| ECF No. 366.27, which is Exhibit 45 to hiQ's Compendium of Exhibits in Opposition to LinkedIn's August 5, 2022 Motions (ECF No. 364-1) ("Exhibit 45") | Personal email address of Bob Rosin on LINK_HIQ_000073013 |
| ECF No. 366.41, which is Exhibit 71 to hiQ's Compendium of Exhibits in Opposition to LinkedIn's August 5, 2022 Motions (ECF No. 364-1) ("Exhibit 71") | Page 232, line 24. |

**IT IS SO ORDERED.**

Dated: _____

                HON. EDWARD M. CHEN
                United States District Judge