1  Corey Worcester (*pro hac vice*)
   coreyworcester@quinnemanuel.com
2  Renita Sharma (*pro hac vice*)
   renitasharma@quinnemanuel.com
3  Hope Skibitsky (*pro hac vice*)
   hopeskibitsky@quinnemanuel.com
4  Elisabeth Miller (*pro hac vice*)
   elisabethmiller@quinnemanuel.com
5  Zane Muller (*pro hac vice*)
   zanemuller@quinnemanuel.com
6  QUINN EMANUEL URQUHART AND SULLIVAN LLP
   51 Madison Avenue, 22nd Floor
7  New York, NY 10010
   Telephone:     (212) 849-7000
8  Facsimile:     (212) 849-7100

9  Terry L. Wit (SBN 233473)
   terrywit@quinnemanuel.com
10 Adam B. Wolfson (SBN 262125)
   adamwolfson@quinnemanuel.com
11 QUINN EMANUEL URQUHART AND SULLIVAN LLP
   50 California Street, 22nd Floor
12 San Francisco, CA 94111
   Telephone:     (415) 875-6600
13 Facsimile:     (415) 875-6700

14 Attorneys for Plaintiff hiQ Labs, Inc.

15

16                       UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF CALIFORNIA
17

18 | hiQ Labs, Inc.,                    | Case No. 3:17-CV-03301-EMC
19 |         Plaintiff,                 |
   |                                    | [PROPOSED] ORDER GRANTING
20 |     vs.                            | MOTION TO FILE UNDER SEAL
   |                                    | LINKEDIN'S AND THIRD PARTIES'
21 | LinkedIn Corp.,                    | MATERIAL
   |         Defendant.                 |
22

23
          The Court has received Plaintiff hiQ Labs, Inc.'s Administrative Motion to File Under Seal
24
   LinkedIn's And Third Parties' Material.  Material which LinkedIn Corp. ("LinkedIn") or another third
25
   party has designated Confidential or Highly Confidential or which hiQ has good faith reason to believe
26
   that another party would deem as Confidential appears in hiQ Labs, Inc.'s Opposition to August 5, 2022
27
                                                                          Case No. 3:17-cv-03301-EMC
28 [PROPOSED] ORDER GRANTING ADMIN. MOTION TO FILE UNDER SEAL LINKEDIN'S AND THIRD PARTIES'
   MATERIAL

Motions (the "Oppositions").  Because the Oppositions contain material that is sealable pursuant to Local Rule 79-5, Plaintiff's Administrative Motion to File Under Seal is **GRANTED**.

**IT IS HEREBY ORDERED** that the following materials should be sealed and that counsel for hiQ may file the following material designated by LinkedIn under the Stipulated Protective Order For Litigation Involving Patents, Highly Sensitive Confidential Information, and/or Trade Secrets (ECF No. 213):

| | |
|---|---|
| Compendium Ex. 19 (LINK_HIQ_000012172) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 20 (LINK_HIQ_000012274) | LinkedIn has designated this the proposed redacted portion of this document as confidential under the protective order. |
| Compendium Ex. 21 (LINK_HIQ_000012438) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 22 (LINK_HIQ_000012572) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 23 (LINK_HIQ_000012580) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 24 (LINK_HIQ_000012888) | LinkedIn has designated this document confidential under the protective order. |
| Compendium Ex. 25 (LINK_HIQ_000027438) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 27 (LINK_HIQ_000042832) | LinkedIn has designated this document confidential under the protective order. |
| Compendium Ex. 28 (LINK_HIQ_000042850) | LinkedIn has designated this document confidential under the protective order. |
| Compendium Ex. 29 (LINK_HIQ_000042967) | LinkedIn has designated this document confidential under the protective order. |
| Compendium Ex. 30 (LINK_HIQ_000052097) | LinkedIn has designated this document confidential under the protective order. |
| Compendium Ex. 31 (LINK_HIQ_000059737) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 32 (LINK_HIQ_000059739) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 33 (LINK_HIQ_000059745) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 34 (LINK_HIQ_000059771) | LinkedIn has designated this document confidential under the protective order. |
| Compendium Ex. 36 (LINK_HIQ_000067542) | LinkedIn has designated this document highly confidential under the protective order. |

| | |
|---|---|
| Compendium Ex. 37 (LINK_HIQ_000069325) | LinkedIn has designated this document confidential under the protective order. |
| Compendium Ex. 38 (LINK_HIQ_000070786) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 39 (LINK_HIQ_000070800) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 40 (LINK_HIQ_000070831) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 41 (LINK_HIQ_000072010) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 42 (LINK_HIQ_000072012) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 43 (LINK_HIQ_000072090) | LinkedIn has designated this document confidential under the protective order. |
| Compendium Ex. 44 (LINK_HIQ_000072095) | LinkedIn has designated this document confidential under the protective order. |
| Compendium Ex. 45 (LINK_HIQ_000073013) | LinkedIn has designated this document confidential under the protective order. |
| Compendium Ex. 47 (LINK_HIQ_000173660) | LinkedIn has designated this document confidential under the protective order. |
| Compendium Ex. 48 (LINK_HIQ_000183741) | LinkedIn has designated this document confidential under the protective order. |
| Compendium Ex. 49 (LINK_HIQ_000184276) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 50 (LINK_HIQ_000184280) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 51 (LINK_HIQ_000198195) | LinkedIn has designated this document confidential under the protective order. |
| Compendium Ex. 52 (LINK_HIQ_000198255) | LinkedIn has designated this document confidential under the protective order. |
| Compendium Ex. 54 (LINK_HIQ_000038999) | LinkedIn has designated this document confidential under the protective order. |
| Compendium Ex. 57 (LINK_HIQ_000084713) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 58 (LINK_HIQ_000084959) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 59 (LINK_HIQ_000068227) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 61 (Schmidt Expert Report) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 65 (LINK_HIQ_000088586) | LinkedIn has designated this document confidential under the protective order. |
| Compendium Ex. 70 (Excerpts of Bray May 18, 2022 Deposition Transcript) | LinkedIn has designated this transcript highly confidential under the protective order. |
| Compendium Ex. 71 (Excerpts of Bray July 27, 2022 Deposition Transcript) | LinkedIn has designated this transcript highly confidential under the protective order. |

Case No. 3:17-cv-03301-EMC
[PROPOSED] ORDER GRANTING ADMIN. MOTION TO FILE UNDER SEAL LINKEDIN'S AND THIRD PARTIES' MATERIAL

| | |
|---|---|
| Compendium Ex. 72 (Excerpts of Carges Deposition Transcript) | A third party has designated this transcript highly confidential under the protective order. |
| Compendium Ex. 73 (Excerpts of Gagnon Deposition Transcript) | A third party has designated this transcript highly confidential under the protective order. |
| Compendium Ex. 75 (Excerpts of Jennings Deposition Transcript) | LinkedIn has designated this transcript highly confidential under the protective order. |
| Compendium Ex. 77 (Excerpts of May 20, 2022 Lawit Deposition Transcript) | LinkedIn has designated this transcript highly confidential under the protective order. |
| Compendium Ex. 80 (Excerpts of Owski Deposition Transcript) | LinkedIn has designated this transcript highly confidential under the protective order. |
| Compendium Ex. 81 (Excerpts of Reid Deposition Transcript) | LinkedIn has designated this transcript highly confidential under the protective order. |
| Compendium Ex. 82 (Excerpts of Rosin Deposition Transcript) | LinkedIn has designated this transcript highly confidential under the protective order. |
| Compendium Ex. 85 (Excerpts of Womer Deposition Transcript) | LinkedIn has designated this transcript confidential under the protective order. |
| Compendium Ex. 99 (Excerpts of Aug. 26, 2022 Lawit Deposition Transcript) | LinkedIn has designated this transcript highly confidential under the protective order. |
| Compendium Ex. 100 (Expert Rebuttal Report of Yael Hochberg, Ph.D.) | LinkedIn has designated this document highly confidential under the protective order. |
| Compendium Ex. 101 (Excerpts of Francis Deposition Transcript) | LinkedIn has designated this transcript highly confidential under the protective order. |
| Compendium Ex. 104 (LINK_HIQ_000091373) | LinkedIn has designated this document confidential under the protective order. |
| hiQ's Opposition to LinkedIn's Summary Judgment Brief | hiQ has designated the proposed redacted portion of this document as confidential under the Protective Order because the document reveals material LinkedIn has designated as confidential or highly confidential. |

Dated:  September 8, 2022

_____
HON. EDWARD CHEN
UNITED STATES DISTRICT JUDGE