1  ANNETTE L. HURST (SBN 148738)
   ahurst@orrick.com
2  RUSSELL P. COHEN (SBN 213105)
   rcohen@orrick.com
3  PAUL F. RUGANI (SBN 342647)
   prugani@orrick.com
4  CATHERINE Y. LUI (SBN 239648)
   clui@orrick.com
5  NATHAN SHAFFER (SBN 282015)
   nshaffer@orrick.com
6  DANIEL JUSTICE (SBN 291907)
   djustice@orrick.com
7  EMILY RENZELLI (Pro Hac Vice)
   erenzelli@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
9  San Francisco, CA  94105-2669
   Telephone:   +1 415 773 5700
10 Facsimile:   +1 415 773 5759

11 *Attorneys for LinkedIn Corporation*

12                      UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14                           SAN FRANCISCO DIVISION

15

16 | hiQ Labs, Inc., | Case No. 17-cv-03301-EMC |
17 | Plaintiff, | **LUI DECLARATION IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER AMENDING CASE SCHEDULE** |
18 | vs. | |
19 | LinkedIn Corporation, | Complaint Filed:   June 7, 2017 |
20 | Defendant. | Trial Date:   February 27, 2023 |

21

22 LinkedIn Corporation

23         Counterclaimant,
           vs.
24
   hiQ Labs, Inc.
25
           Counterdefendant,
26

27

28

                                                    LUI DECL.
                                                    17-cv-03301-EMC

1   I, Catherine Y. Lui, declare as follows:

2   1. I am an attorney admitted to practice in the State of California and the United
3   States District Court for the Northern District of California, and counsel of record for LinkedIn
4   Corporation. I am familiar with the events, pleadings, and discovery in this action, and if called
5   as a witness I could and would testify competently to the matters stated herein of my own
6   personal knowledge. I submit this declaration in support of the Parties' Stipulation and
7   [Proposed] Order Amending Case Schedule.

8   2. I have reviewed the record and pleadings in this litigation. On August 6, 2021, the
9   parties originally proposed a December 5, 2022 trial date with certain pre-trial deadlines set
10  according to that trial date. ECF No. 210. The Court's order on August 10, 2021 continued the trial
11  date to February 23, 2023 and continued the deadlines for the final pretrial conference, the joint
12  pretrial order, and the objections to Federal Rule of Civil Procedure 26(a)(3) disclosures. ECF No.
13  211. Certain pretrial deadlines such as motions *in limine* and Rule 26(a)(3) disclosures remained
14  tied to the proposed trial date of December 5, 2022. The Court further entered an amended
15  scheduling order setting dates for the close of discovery and the filing of dispositive and *Daubert*
16  motions. ECF No. 236.

17  3. The parties have reviewed the existing case schedule and believe that certain pretrial
18  deadlines can be continued, which would promote the efficiencies of the case and set deadlines in
19  accordance with the Court's standing orders. In addition, the parties agreed to a schedule for certain
20  Rule 26(a)(3) exchanges to allow for a more meaningful meet and confer on the Joint Pretrial
21  Conference Statement.

22  4. The proposed adjustments to the case schedule by the parties will not impact the
23  timing of the trial, the final pretrial conference, or the joint pretrial conference statement and joint
24  pretrial order. The parties' proposed adjustments will allow the parties to prepare for trial with the
25  benefit of the Court's rulings on the five motions that will be heard on September 29, 2022: (i) hiQ's
26  motion for summary judgment; (ii) LinkedIn's motion for summary judgment; (ii) LinkedIn's FRE
27  703 *Daubert* Motion to Exclude Testimony of Stephen McElfresh; (iv) LinkedIn's FRE 703 *Daubert*
28  Motion to Exclude Testimony of Benjamin Sacks; and (v) LinkedIn's Motion for Spoliation

- 1 -

LUI DECL.
17-cv-03301-EMC

Sanctions (ECF Nos. 331, 336, 337, 338, and 339).  In addition, the proposed schedule will allow the parties to have the appropriate time for the resolution of any settlement discussions including the parties' settlement conference before the Honorable Donna M. Ryu on October 28, 2022.

      5. The Court has already previously modified the case schedule for certain discovery related and dispositive/*Daubert* deadlines, which are not at issue in the parties' proposed amended case schedule.  ECF Nos. 236 and 280.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of September, 2022, at San Francisco, CA.

*/s/ Catherine Y. Lui*
Catherine Y. Lui