ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
PAUL F. RUGANI (SBN 342647)
prugani@orrick.com
CATHERINE Y. LUI (SBN 239648)
clui@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
EMILY RENZELLI (*pro hac vice*)
erenzelli@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

*Attorneys for LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>              Plaintiff,<br><br>    vs.<br><br>LinkedIn Corporation,<br><br>              Defendant. | Case No. 17-cv-03301-EMC<br><br>**SUPPLEMENT TO LINKEDIN CORPORATION'S OPPOSITION TO HIQ'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:            September 29, 2022<br>Time:          1:30 p.m.<br>Courtroom:   5 – 17th Floor (Zoom)<br>Judge:       Hon. Edward M. Chen<br><br>Complaint Filed:  June 7, 2017<br>Trial Date:      February 27, 2023 |
| LinkedIn Corporation<br><br>              Counterclaimant,<br>    vs.<br><br>hiQ Labs, Inc.<br><br>              Counterdefendant. | |

LinkedIn Corporation hereby submits Exhibit 35, which is attached hereto.  Exhibit 35 consists of clearer images of hiQ's website, www.hiqlabs.com, as it appeared on December 20, 2014 and September 6, 2015, which were previously submitted as Exhibit 29 and Exhibit 30 ISO LinkedIn Corporation's Opposition to hiQ's Motion for Summary Judgment.  These more legible versions of the website contained in Exhibit 35 came from the Internet Archive, and Exhibit 35 also contains a declaration from the Records Request Processor at the Internet Archive explaining the nature of the Internet Archive and how the archived images of hiQ's website were captured. Exhibit 35 is meant to replace the previously submitted Exhibits 29 and 30.  Exhibit 35 was not submitted with LinkedIn's Opposition materials because it was not made available to LinkedIn until after the Opposition filing due date.

Dated: September 8, 2022                         Orrick, Herrington & Sutcliffe LLP


By:              */s/ Annette L. Hurst*
                            ANNETTE L. HURST
                            Attorneys for Defendant
                            LinkedIn Corporation

# EXHIBIT 35



INTERNET ARCHIVE

archive.org

# DECLARATION OF NATHANIEL E FRANK-WHITE

1. I am a Records Request Processor at the Internet Archive. I make this declaration of my own personal knowledge.

2. The Internet Archive is a website that provides access to a digital library of Internet sites and other cultural artifacts in digital form. Like a paper library, we provide free access to researchers, historians, scholars, and the general public. The Internet Archive has partnered with and receives support from various institutions, including the Library of Congress.

3. The Internet Archive has created a service known as the Wayback Machine. The Wayback Machine makes it possible to browse more than 450 billion pages stored in the Internet Archive's web archive. Visitors to the Wayback Machine can search archives by URL (i.e., a website address).  If archived records for a URL are available, the visitor will be presented with a display of available dates.  The visitor may select one of those dates, and begin browsing an archived version of the Web. Links on archived files in the Wayback Machine point to other archived files (whether HTML pages or other file types), if any are found for the URL indicated by a given link. For instance, the Wayback Machine is designed such that when a visitor clicks on a hyperlink on an archived page that points to another URL, the visitor will be served the archived file found for the hyperlink's URL with the closest available date to the initial file containing the hyperlink.

4. The archived data made viewable and browseable by the Wayback Machine is obtained by use of web archiving software that automatically stores copies of files available via the Internet, each file preserved as it existed at a particular point in time.

5. The Internet Archive assigns a URL on its site to the archived files in the format http://web.archive.org/web/[Year in yyyy][Month in mm][Day in dd][Time code in hh:mm:ss]/[Archived URL] aka an "extended URL".  Thus, the extended URL http://web.archive.org/web/19970126045828/http://www.archive.org/ would be the URL for the record of the Internet Archive home page HTML file (http://www.archive.org/) archived on January 26, 1997 at 4:58 a.m. and 28 seconds (1997/01/26 at 04:58:28). The date indicated by an extended URL applies to a preserved instance of a file for a given URL, but not necessarily to any other files linked therein. Thus, in the case of a page constituted by a primary HTML file and other separate files (e.g., files with images, audio, multimedia, design elements, or other embedded content) linked within that primary HTML file, the primary HTML file and the other files will each have their own respective extended URLs and may not have been archived on the same dates.

6. Attached hereto as Exhibit A are true and accurate copies of screenshots of the Internet Archive's records of the archived files for the URLs and the dates specified in the attached coversheet of each printout.



archive.org

7.   I declare under penalty of perjury that the foregoing is true and correct.


DATE: August 29, 2022                     *Nathaniel E Frank-White*
                                          Nathaniel E Frank-White

# EXHIBIT A

https://web.archive.org/web/20141220114249/https://www.hiqlabs.com/






# Months ahead of two weeks' notice.

The Global Standard for People Analytics™

Get Started

## The Global Standard for People Analytics™

› Public data, internal company data, or a combination of both, this is the engine that drives our PREDICTIVE models

› Proprietary mathematical algorithms allow you to extract more powerful insights

› Dynamic modeling that updates continuously with new data

› Flexible reporting tools bring insight to the C-Suite as well as line-managers



Recruit



Develop



Retain

CONTROL CENTER™

CONTROL CENTER

 Leverage internal and external data

 Predict using machine learning models

 Access with state-of-the-art data security

## Get Started:

- hiQ Control Center
- SaaS pricing based on employee bands
- Multi-tier user accounts
- Secure Cloud environment
- Easy to implement

Trusted by Fortune 100 Strategic Workforce Planning and People Analytics Teams

JOIN THE HIQ CORPORATE COUNCIL   REQUEST TO ATTEND








## Help Shape The Future of People Analytics

- Build your People Analytics practice by interacting with leaders in your field
- Increase your understanding of the predictive power of various Machine Learning Models and Training Sets
- Interact with Data Scientists who have built Attrition Models for the world's leading brands
- Learn how other people analytics teams use Personally Identifiable Information (PII) in their models

## Spend time with hiQ Labs Experts

- Data Scientists
- Workforce Scientists
- Talent Analysts
- IO Psychologists

JOIN THE HIQ CORPORATE COUNCIL          REQUEST TO ATTEND

*"We have to be your next customer!"*

-Head of People Analytics
Industry: Technology
Employees: 5,000+





FIND US

866-765-5880 San Francisco, CA

MAIL US

info@hiqlabs.com

JOIN US

Send your resume to: jobs@hiqlabs.com

Privacy Policy | Terms Of Service          © 2014 hiQ Labs, Inc. ALL RIGHTS RESERVED          Follow us on

https://web.archive.org/web/20150906145207/https://www.hiqlabs.com/

INTERNET ARCHIVE
WaybackMachine
https://www.hiqlabs.com/
Go
143 captures
4 May 2012 - 15 Aug 2022
AUG SEP JAN
06
2014 **2015** 2016
About this capture



## The Economist

#### Meet the Market Shapers

"The data team at hiQ Labs reckons machine learning can revolutionize business. For most firms the cost of losing a senior employee is far greater than keeping existing workers happy."

Jan 10th 2015 | **From the print edition**

# The Global Standard for People Analytics™



› Public data, internal company data, or a combination of both, this is the engine that drives our PREDICTIVE models

› Proprietary mathematical algorithms allow you to extract more powerful insights

› Dynamic modeling that updates continuously with new data

› Flexible reporting tools bring insight to the C-Suite as well as line-managers



Find



Build



Keep

# hiQ CONTROL CENTER™



Leverage internal and external data

Predict using machine learning models

Access with state-of-the-art data security

## Get Started:

- hiQ Control Center
- SaaS pricing based on employee bands
- Multi-tier user accounts
- Secure Cloud environment
- Easy to implement

Trusted by Fortune 100 Strategic Workforce Planning and People Analytics Teams

JOIN hiQ ELEVATE    [ LEARN MORE ]



APR 20

BOSTON



MAY 18 & 19

NEW YORK




JUN 10

SEATTLE

OCT 5 & 6

SAN FRANCISCO

## Help Shape The Future of People Analytics

- Build your People Analytics practice by interacting with leaders in your field

- Increase your understanding of the predictive power of various Machine Learning Models and Training Sets

- Interact with Data Scientists who have built Attrition Models for the world's leading brands

- Learn how other people analytics teams use Personally Identifiable Information (PII) in their models

## Spend time with hiQ Labs Experts

- Data Scientists

- Workforce Scientists

- Talent Analysts

- IO Psychologists

JOIN hiQ ELEVATE     LEARN MORE

## hiQ PRESS

### MEDIA

Blog

### IN THE NEWS

12 Best Tools for Screening Potential Hires
*April 2015*
Read at business.com

hiQ Labs Revolutionizing Businesses with "Machine Learning"
*April 2015*



Read at Socialnomics

People data everywhere: Bringing the outside in
*February 2015*
Read at Deloitte University Press

4 Companies Changing HR And How People Are Recruiting
*February 2015*
Read at SAP

See more



hiQ Labs
625 Market St.
San Francisco, CA 94105
United States

FIND US

866-765-5880 San Francisco, CA

MAIL US

info@hiqlabs.com

JOIN US

Careers

Privacy Policy | Terms Of Service          © 2015 hiQ Labs, Inc. ALL RIGHTS RESERVED          Follow us on