| | |
|---|---|
| ANNETTE L. HURST (SBN 148738) <br> ahurst@orrick.com <br> RUSSELL P. COHEN (SBN 213105) <br> rcohen@orrick.com <br> PAUL F. RUGANI (SBN 342647) <br> prugani@orrick.com <br> CATHERINE Y. LUI (SBN 239648) <br> clui@orrick.com <br> NATHAN SHAFFER (SBN 282015) <br> nshaffer@orrick.com <br> DANIEL JUSTICE (SBN 291907) <br> djustice@orrick.com <br> EMILY RENZELLI (Pro Hac Vice) <br> erenzelli@orrick.com <br> ORRICK, HERRINGTON & <br> SUTCLIFFE LLP <br> The Orrick Building <br> 405 Howard Street <br> San Francisco, CA  94105-2669 <br> Telephone:   +1 415 773 5700 <br> Facsimile:    +1 415 773 5759 <br><br> *Attorneys for Defendant and Counterclaimant LinkedIn Corporation* | COREY WORCESTER (*pro hac vice*) <br> coreyworcester@quinnemanuel.com <br> RENITA SHARMA (*pro hac vice*) <br> renitasharma@quinnemanuel.com <br> ELISABETH MILLER (*pro hac vice*) <br> elisabethmiller@quinnemanuel.com <br> ZANE MULLER (*pro hac vice*) <br> zanemuller@quinnemanuel.com <br> HOPE SKIBITSKY (*pro hac vice*) <br> hopeskibitsky@quinnemanuel.com <br> QUINN EMANUEL URQUHART & <br> SULLIVAN LLP <br> 51 Madison Avenue, 22nd Floor <br> New York, NY 10010 <br> Telephone:   (212) 849-7000 <br> Facsimile:    (212) 849-7100 <br><br> TERRY L. WIT (SBN 233473) <br> terrywit@quinnemanuel.com <br> QUINN EMANUEL URQUHART AND <br> SULLIVAN LLP <br> 50 California Street, 22nd Floor <br> San Francisco, CA 94111 <br> Telephone:   (415) 875-6331 <br> Facsimile:    (415) 875-6700 <br><br> *Attorneys for Plaintiff and Counterdefendant hiQ Labs, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc., <br><br>       Plaintiff, <br><br>   vs. <br><br> LinkedIn Corporation, <br><br>       Defendant. <br><br> LinkedIn Corporation <br><br>       Counterclaimant, <br>   vs. <br><br> hiQ Labs, Inc. | Case No. 17-cv-03301-EMC <br><br> **STIPULATION AND [PROPOSED] ORDER AMENDING CASE SCHEDULE** <br><br><br> Complaint Filed:  June 7, 2017 <br> Trial Date:       February 27, 2023 |

Counterdefendant.

1       WHEREAS, on February 14, 2020, hiQ Labs, Inc. ("hiQ") filed its first amended
2  complaint (the "FAC"), which is the operative complaint in the instant action (ECF No. 131);
3       WHEREAS, on August 10, 2021, the Court entered an order for the case schedule setting
4  the trial for February 27, 2023 (ECF No. 211);
5       WHEREAS, on February 24, 2022, the Court entered an amended scheduling order setting
6  dates for the close of discovery and the filing of dispositive and *Daubert* motions (ECF No. 236);
7       WHEREAS, on June 29, 2022, LinkedIn filed its answer to the FAC and Amended
8  Counterclaims, which is the operative Counterclaim in the instant action (ECF No. 320);
9       WHEREAS, the Court will hear five motions on September 29, 2022 at 1:30 p.m.
10  including (i) hiQ's motion for summary judgment; (ii) LinkedIn's motion for summary judgment;
11  (ii) LinkedIn's FRE 703 *Daubert* Motion to Exclude Testimony of Stephen McElfresh; (iv)
12  LinkedIn's FRE 703 *Daubert* Motion to Exclude Testimony of Benjamin Sacks; and (v)
13  LinkedIn's Motion for Spoliation Sanctions (collectively "September 29 Motions") (ECF Nos.
14  331, 336, 337, 338, and 339);
15       WHEREAS, the parties have a further settlement conference before the Honorable Donna
16  M. Ryu on October 28, 2022;
17       WHEREAS, the parties have conferred regarding certain pre-trial deadlines and have
18  agreed to continue some deadlines so that the parties may have the benefit of the Court's rulings
19  on the September 29 Motions and allow appropriate time for the resolution of any settlement
20  discussions;
21       WHEREAS, the modest adjustment of certain pre-trial deadlines in the case schedule will
22  promote efficiencies of the case and will set deadlines in accordance with the Court's standing
23  orders;
24       WHEREAS, the modest adjustment of the pre-trial deadlines in the case schedule will not
25  impact the timing of the trial, the final pretrial conference, or the joint pretrial conference
26  statement and joint pretrial order and;
27       THEREFORE, in light of the development of circumstances as described herein and in the
28  accompanying Declaration of Catherine Lui, good cause exists for an extension of several case

dates and it is hereby stipulated and agreed:

1. The parties agree to a revised case schedule set forth below and respectfully request that the Court enter the same as to a Rule 16 case management order.

| ACTION | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Pretrial Meet and Confer | October 7, 2022 | The parties would remove this deadline as it appears to be an inadvertent duplicate entry of the meet and confer set for December 20, 2022 |
| Motions *in Limine* | October 14, 2022 | November 4, 2022 |
| FRCP 26(a)(3) Disclosures (service only) | September 30, 2022 | November 14, 2022 |
| Oppositions to Motions *in Limine* | October 28, 2022 | November 21, 2022 |
| Counter-designations and objections to deposition designations submitted pursuant to Rule 26(a)(3) (service only) | N/A | December 5, 2022 |
| Objections to FRCP 26(a)(3) Disclosures including any reply to counter-designations and objections to exhibits (service only) | N/A | December 16, 2022 |
| Meet and Confer regarding preparation of Joint Pretrial Conference Statement | December 20, 2022 | (no change) |
| Objections to FRCP 26(a)(3) | January 17, 2023 | January 10, 2023 |
| Joint Pretrial Conference Statement and Joint Pretrial Order | January 10, 2023 | (no change) |
| Voir Dire questions, Joint Proposed Verdict Form, Joint Proposed Jury Instructions, Preliminary Statement to the Jury | January 10, 2023 | (no change) |
| Trial Briefs | January 10, 2023 | (no change) |
| Proposed Findings of Fact and Conclusions of Law | January 10, 2023 | (no change) |
| Witness List, Exhibit List, and Discovery Response Appendices | January 10, 2023 | (no change) |

| ACTION | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| and submit two sets of pre-marked exhibits to chambers | | |
| Final Pretrial Conference | January 31, 2023 | (no change) |
| Trial | February 27, 2023 | (no change) |

**SO STIPULATED.**

Dated: September 8, 2022        Orrick, Herrington & Sutcliffe LLP

By: _____*/s/ Catherine Y. Lui*_____
CATHERINE Y. LUI
Attorney for Defendant
LinkedIn Corporation

Dated: September 8, 2022        Quinn Emanuel Urquhart & Sullivan LLP

By: _____*/s/ Hope Skibitsky*_____
HOPE SKIBITSKY
Attorney for Plaintiff
hiQ Labs, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __September 12__, 2022        _____
EDWARD M. CHEN
United States District Judge

- 3 -

STIPULATION & [PROPOSED] ORDER AMENDING CASE SCHEDULE
17-cv-03301-EMC

09384-00001/13593297.1