1   ANNETTE L. HURST (SBN 148738)
    ahurst@orrick.com
2   RUSSELL P. COHEN (SBN 213105)
    rcohen@orrick.com
3   PAUL F. RUGANI (SBN 342647)
    prugani@orrick.com
4   CATHERINE Y. LUI (SBN 239648)
    clui@orrick.com
5   NATHAN SHAFFER (SBN 282015)
    nshaffer@orrick.com
6   DANIEL JUSTICE (SBN 291907)
    djustice@orrick.com
7   EMILY RENZELLI (*pro hac vice*)
    erenzelli@orrick.com
8   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
9   405 Howard Street
    San Francisco, CA  94105-2669
10  Telephone:    +1 415 773 5700
    Facsimile:    +1 415 773 5759
11
    *Attorneys for LinkedIn Corporation*
12

13                      UNITED STATES DISTRICT COURT

14                     NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16

17  hiQ Labs, Inc.,                        Case No. 17-cv-03301-EMC

18              Plaintiff,                  **LINKEDIN CORPORATION'S LOCAL
                                            RULE 79-5(f) ADMINISTRATIVE**
19       vs.                               **MOTION TO CONSIDER WHETHER
                                            ANOTHER PARTY'S MATERIAL**
20  LinkedIn Corporation,                  **SHOULD BE SEALED**

21              Defendant.

22

23  LinkedIn Corporation                   Complaint Filed:  June 7, 2017
                                           Trial Date:       February 27, 2023
24              Counterclaimant,
         vs.
25
    hiQ Labs, Inc.
26
                Counterdefendant,
27

28

1   Pursuant to Civil Local Rules 7-11 and 79-5(f) and the Stipulated Protective Order For

2   Litigation Involving Patents, Highly Sensitive Confidential Information, and/or Trade Secrets

3   (ECF No. 213) (the "Protective Order"), LinkedIn Corporation ("LinkedIn") hereby moves to file

4   under seal confidential portions of LinkedIn's Reply in Support of LinkedIn's Motion for

5   Summary Judgment ("Reply Brief") and Exhibit 100 to the Supplemental Declaration of Daniel

6   Justice in Support of LinkedIn's August 5th, 2022 Motions that quote from or reflect information

7   designated by Plaintiff and Counterdefendant hiQ Labs, Inc. ("hiQ") under the Protective Order

8   in this case.  In support of this request, LinkedIn submits attached hereto, a copy of the Reply

9   Brief and a copy of Exhibit 100 with red boxes indicating the information subject to this request

10  to seal, as well as a proposed order.

11   Specifically, LinkedIn seeks an order sealing the following information that was

12  designated by hiQ:

| Document | Text to Be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|---|
| LinkedIn's Reply Brief | Red boxed portions of pages 7 and 11. | The identified portions reflect information hiQ has designated as protected material under the protective order. |
| Supplemental Justice Decl. Ex. 100 (5/23/2022 Weidick Deposition Transcript Excerpt) | 156:6-19<br>162:3-164:4<br>165:5-10 | The identified portions reflect information hiQ has designated as protected material under the protective order. |

Dated: September 12, 2022                    Orrick, Herrington & Sutcliffe LLP


By: _____/s/ Annette L. Hurst_____
          ANNETTE L. HURST
          Attorneys for Defendant
          LinkedIn Corporation