1  ANNETTE L. HURST (SBN 148738)
   ahurst@orrick.com
2  RUSSELL P. COHEN (SBN 213105)
   rcohen@orrick.com
3  PAUL F. RUGANI (SBN 342647)
   prugani@orrick.com
4  CATHERINE Y. LUI (SBN 239648)
   clui@orrick.com
5  NATHAN SHAFFER (SBN 282015)
   nshaffer@orrick.com
6  DANIEL JUSTICE (SBN 291907)
   djustice@orrick.com
7  EMILY RENZELLI (*pro hac vice*)
   erenzelli@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
9  405 Howard Street
   San Francisco, CA  94105-2669
10 Telephone:   +1 415 773 5700
   Facsimile:   +1 415 773 5759

*Attorneys for Defendant LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>        Plaintiff,<br><br>   vs.<br><br>LinkedIn Corporation,<br><br>        Defendant. | Case No. 17-cv-03301-EMC<br><br>**[PROPOSED] ORDER GRANTING LINKEDIN CORPORATION'S LOCAL RULE 79-5(f) ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PATY'S MATERIAL SHOULD BE SEALED** |
| LinkedIn Corporation<br><br>        Counterclaimant,<br>   vs.<br><br>hiQ Labs, Inc.<br><br>        Counterdefendants, | Complaint Filed:   June 7, 2017<br>Trial Date:            February 27, 2023 |

Before the Court is LinkedIn Corporation's ("LinkedIn") Local Rule 79-5(f) Administrative Motion To Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion"). The Administrative Motion seeks to seal portions of LinkedIn's Reply in Support of LinkedIn's Motion for Summary Judgment ("Reply Brief") and Exhibit 100 to the Supplemental Declaration of Daniel Justice in Support of LinkedIn's August 5th, 2022 Motions because they identify material designated by another party under a Court-granted protective order. Accordingly, LinkedIn may file such material under seal pursuant to Local Rule 79-5(f) and the Administrative Motion is **GRANTED.**

**IT IS HEREBY ORDERED** that the following materials should be sealed and that counsel for LinkedIn may file under seal the following material designated by Plaintiff and Counterdefendant hiQ Labs under the Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information, and/or Trade Secrets (ECF No. 213):

| Document | Text to Be Sealed |
|---|---|
| LinkedIn's Reply Brief | Portions of pages 7 and 9. |
| Supplemental Justice Decl. Ex. 100 (5/23/2022 Weidick Deposition Transcript Excerpt) | 156:6-19<br>162:3-164:4<br>165:5-10 |

**IT IS SO ORDERED**

Dated: _____

HON. EDWARD M. CHEN
United States District Judge