Corey Worcester (*pro hac vice*)
coreyworcester@quinnemanuel.com
Renita Sharma (*pro hac vice*)
renitasharma@quinnemanuel.com
Hope Skibitsky (*pro hac vice*)
hopeskibitsky@quinnemanuel.com
Elisabeth Miller (*pro hac vice*)
elisabethmiller@quinnemanuel.com
Zane Muller (*pro hac vice*)
zanemuller@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000

Terry L. Wit (SBN 233473)
terrywit@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:     (415) 875-6331

*Attorneys for Plaintiff and Counterclaim Defendant hiQ Labs, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>    *Plaintiff and Counterclaim Defendant,*<br><br>    vs.<br><br>LinkedIn Corp.,<br><br>    *Defendant and Counterclaim Plaintiff.* | Case No. 3:17-cv-03301-EMC<br><br>**DECLARATION OF ZANE MULLER IN SUPPORT OF HIQ'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |

I, Zane Muller, declare as follows:

1. I am an attorney with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys of record for Plaintiff hiQ Labs, Inc. ("hiQ"). I have personal knowledge of the facts set forth below and if called as a witness I could and would competently testify to those facts.

2. Attached to this Declaration as Exhibit A is a true and correct copy of the webpage located at https://careers.linkedin.com/culture-and-values, last accessed on September 12, 2022.

3. Attached to Declaration as Exhibit B is a true and correct copy of a document produced by LinkedIn from its files, initial page Bates number LINK_HIQ_000206273.

4. Attached to this Declaration as Exhibit C is a true and correct copy of a portion of the transcript of the 30(b)(6) Deposition of LinkedIn Designee Blake Lawit, taken August 26, 2022.

5. Attached to Declaration as Exhibit D is a true and correct copy of a document produced by LinkedIn from its files, initial page Bates number LINK_HIQ_000169079.

6. Attached to this Declaration as Exhibit E is a true and correct copy of a portion of the transcript of the Deposition of Robert Rosin, taken May 23, 2022.

7. Attached to this Declaration as Exhibit F is a true and correct copy of a portion of the transcript of the Deposition of Lee Womer, taken May 11, 2022.

8. Attached to this Declaration as Exhibit G is the Expert Report of James E. Malackowski, served by LinkedIn on June 7, 2022.

9. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed September 12, 2022, at Brooklyn, New York.

By:     */s/ Zane Muller*
         Zane Muller