# Exhibit A

# Culture & Values

Transforming the world of work starts with our Culture & Values.

Both are central to the foundation of how we operate. They set us apart, define who we are, and shape who we aspire to be.





OUR CULTURE
## What is #LinkedInLife?

A shared sense of belonging, the flexibility to prioritize what matters most, the space and support to dream BIG, a welcoming and inclusive environment.

At its core, LinkedIn Life is our collective personality as a company.

*We aspire to create a trusted, caring, inclusive, fun, and transformational experience for each other at LinkedIn, and through our platform for every member of the global workforce.*

**Teams & Programs**     **Open Roles**

OUR SHARED VALUES
## How We Show Up in The World

We operate collectively under a shared set of values that are driven by our vision to create economic opportunity for every member of the global workforce. These values serve as the guideposts for how we make decisions and empower us to make decisions in a way that enriches the lives of our members and each other.

     

**We put members first**

Every day, when making decisions large and small, we will always prioritize doing the right thing for our members, to make them more productive and successful.

**We trust and care about each other**

We always start from a position of trust. We recognize every professional interaction is a chance to practice respect, compassion, honesty and integrity.

**We are open, honest and constructive**

By seeking the truth and keeping it real, we are more likely to generate solutions to difficult problems. We welcome and seek constructive feedback so we can learn and grow.

**We act as One LinkedIn**

This is our company and we operate together against our single vision: to create economic opportunity for every member of the global workforce. Each of us is responsible for making decisions as owners: prioritizing the whole over any part, embracing doing good along with doing well, and realizing that we have outsized impact and win when

**We embody diversity, inclusion and belonging**

Every one of us is responsible for creating an environment where diverse perspectives and experiences are sought and valued and where everyone has the opportunity to thrive. We believe talent is equally distributed but opportunity is not, and we realize our responsibility both on our platform and in our company to create a more

**We dream big, get things done and know how to have fun**

We are driven by the massive responsibility we have embraced to create economic opportunity for every professional, company and society. We know that we have to constantly innovate and push big ideas while also delivering value every day. Through it all, we act with humility and find joy in working together on something that matters so much.

we move              equitable
forward              and inclusive
together.            world of
                     work.

● ○ ○ ○ ○ ○

#LINKEDINLIFE

# [in] Our Team's Words





**Jasmine Garcia, Events Project Manager**

"I was drawn to LinkedIn's mission and vision before I started working here because helping underrepresented professionals craft and own their story is a passion of mine, which is why creating on LinkedIn felt like the natural next step. I'm able to broaden my community while working for a company I truly believe in. "

**Scott Rising, Social Media Manager**

"It's special getting to do a social media company's social media. I get to host a live show on LinkedIn's LinkedIn. I never expected my job responsibilities to include lip syncing for my life in front of thousands of people. Every day I get to go to work, either in an office or at home, with intensely smart and committed people. I love how mission-driven LinkedIn is as an organization. It is laser-focused in its commitment to help connect people with opportunity."

● ○

[IN] IT TOGETHER

## Doing Good and Doing Well



**#LINKEDINLIFE**

Lets #BreakTheBias Together and Lift Up The Women in Our Communities | #WHM2022

**Learn More**

**TRUST AND SAFETY**

Our approach to building transparent and explainable AI systems

**Learn More**

**PRODUCTS WE BUILD**

LinkedIn Members Can Now Spotlight Career Breaks on Their Profiles

**Learn More**



**SOCIAL IMPACT**

LinkedIn launches Green Skills Fund to help jobseekers gain skills of the future

KEEP UP WITH OUR TEAM

Follow #LinkedInLife



LinkedIn



Instagram




Twitter



YouTube