ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
PAUL F. RUGANI (SBN 342647)
prugani@orrick.com
CATHERINE Y. LUI (SBN 239648)
clui@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
EMILY RENZELLI (*pro hac vice*)
erenzelli@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

*Attorneys for Defendant/Counterclaimant
LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>      Plaintiff,<br><br>  vs.<br><br>LinkedIn Corporation,<br><br>      Defendant. | Case No. 17-cv-03301-EMC<br><br>**LINKEDIN CORPORATION'S LOCAL RULE 79-5(f) ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| LinkedIn Corporation<br><br>      Counterclaimant,<br><br>  vs.<br><br>hiQ Labs, Inc.<br><br>      Counterdefendant, | Complaint Filed:   June 7, 2017<br>Trial Date:   February 27, 2023 |

1  Pursuant to Civil Local Rules 7-11 and 79-5(f) and the Stipulated Protective Order For Litigation Involving Patents, Highly Sensitive Confidential Information, and/or Trade Secrets (ECF No. 213) (the "Protective Order"), LinkedIn Corporation ("LinkedIn") hereby moves to file under seal Exhibit 101 to the Declaration of Daniel Justice In Support Of LinkedIn's Reply In Support Of Its Motion for Spoliation Sanctions that Plaintiff and Counterdefendant hiQ Labs, Inc. ("hiQ") has designated as protected under the Protective Order in this case. In support of this request, LinkedIn submits attached hereto, a copy of the confidential exhibit that should be filed under seal, as well as a proposed order.

Specifically, LinkedIn seeks an order sealing the following information that was designated by hiQ:

| Document | Text to Be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|---|
| Justice Decl. Ex. 101 | Entire exhibit | hiQ has designated this document as protected material under the protective order. |

Dated: September 15, 2022                                  Orrick, Herrington & Sutcliffe LLP


                                                           By:  _____/s/ Annette L. Hurst_____
                                                                  ANNETTE L. HURST
                                                                  Attorneys for Defendant
                                                                  LinkedIn Corporation

- 1 -                                                                   ADMIN MOTION TO SEAL
                                                                        17-cv-03301-EMC