ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
PAUL F. RUGANI (SBN 342647)
prugani@orrick.com
CATHERINE Y. LUI (SBN 239648)
clui@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
EMILY RENZELLI (*pro hac vice*)
erenzelli@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

*Attorneys for Defendant/Counterclaimant
LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc., <br><br>  Plaintiff, <br><br> vs. <br><br> LinkedIn Corporation, <br><br>  Defendant. | Case No. 17-cv-03301-EMC <br><br> **[PROPOSED] ORDER GRANTING LINKEDIN CORPORATION'S LOCAL RULE 79-5(f) ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PATY'S MATERIAL SHOULD BE SEALED** |
| LinkedIn Corporation <br><br>  Counterclaimant, <br> vs. <br><br> hiQ Labs, Inc. <br><br>  Counterdefendants, | Complaint Filed:   June 7, 2017 <br> Trial Date:          February 27, 2023 |

Before the Court is LinkedIn Corporation's ("LinkedIn") Local Rule 79-5(f) Administrative Motion To Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion"). The Administrative Motion seeks to seal Exhibit 101 to the Declaration of Daniel Justice In Support Of LinkedIn Corporation's Reply In Support Of LinkedIn's Motion for Spoliation Sanctions ("Justice Decl.") because it is material designated by another party under a Court-granted protective order. Accordingly, LinkedIn may file such material under seal pursuant to Local Rule 79-5(f) and the Administrative Motion is **GRANTED.**

**IT IS HEREBY ORDERED** that the following material should be sealed and that counsel for LinkedIn may file under seal the following material designated by Plaintiff and Counterdefendant hiQ Labs under the Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information, and/or Trade Secrets (ECF No. 213):

| Document | Text to Be Sealed |
|---|---|
| Justice Decl. Ex. 101 | Entire exhibit |

**IT IS SO ORDERED**

Dated:

HON. EDWARD M. CHEN
United States District Judge