ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
PAUL F. RUGANI (SBN 342647)
prugani@orrick.com
CATHERINE Y. LUI (SBN 239648)
clui@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
EMILY RENZELLI (Pro Hac Vice)
erenzelli@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

*Attorneys for Defendant/Counterclaimant
LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>            Plaintiff,<br><br>    v.<br><br>LinkedIn Corporation,<br><br>            Defendant.<br><br>LinkedIn Corporation,<br><br>            Counterclaimant,<br>    vs.<br><br>hiQ Labs, Inc.,<br><br>            Counter-Defendant. | Case No. 17-cv-03301-EMC<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:             September 29, 2022<br>Time:             1:30 p.m.<br>Courtroom:    5 – 17th Floor (Zoom)<br>Judge:           Hon. Edward M. Chen<br><br>Complaint Filed:   June 7, 2017<br>Trial Date:           February 27, 2023 |

# CERTIFICATE OF SERVICE

I am over the age of eighteen years and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 2050 Main Street, Suite 1100, Irvine, CA 92614.

On September 15, 2022, I served unredacted versions of the foregoing documents filed under seal, described as:

**EXHIBIT 101 TO THE DECLARATION OF DANIEL JUSTICE IN SUPPORT OF LINKEDIN CORPORATION'S REPLY IN SUPPORT OF ITS MOTION FOR SPOLIATION SANCTIONS**

upon the interested parties in this action as follows:

☐ (BY MAIL) I caused copies of the foregoing document(s) to be placed in a sealed envelope addressed as set forth below. Each such envelope was placed for collection and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Irvine, California, in the ordinary course of business.

☒ (BY EMAIL) By transmitting a true pdf copy of the foregoing document(s) by e-mail transmission from lsowell@orrick.com to the interested parties at the e-mail address(es) set forth below. Said transmission(s) were completed on the aforesaid date, and there were no errors reported in the transmission process.

☐ (BY OVERNIGHT DELIVERY) I caused to be deposited in a box or other facility regularly maintained by Federal Express, a true copy of the foregoing document(s) in a sealed envelope or package designated by Federal Express, addressed as set forth below, with fees for overnight delivery paid or provided for.

| | |
|---|---|
| Corey Worcester (*pro hac vice*)<br>coreyworcester@quinnemanuel.com<br>Renita Sharma (*pro hac vice*)<br>renitasharma@quinnemanuel.com<br>Hope Skibitsky (*pro hac vice*)<br>hopeskibitsky@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br><br>**SERVICE LIST CONTINUED ON NEXT PAGE** | *Counsel for Plaintiff hiQ Labs, Inc.* |

| | |
|---|---|
| Terry L. Wit (SBN 233473)<br>terrywit@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br><br>Adam Bryan Wolfson<br>adamwolfson@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>865 S. Figueroa Street<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br><br>Zane Muller (p*ro hac vice*)<br>zanemuller@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010<br>Telephone:  (212) 849-7000<br><br>Elisabeth B. Miller (p*ro hac vice*)<br>elisabethmiller@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010<br>Telephone:  (212) 849-7097 | |

    I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

    Executed on September 15, 2022, at Eastvale, California.

*Linda Sowell*

_____

                                                         Linda Sowell