ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
PAUL F. RUGANI (SBN 342647)
prugani@orrick.com
CATHERINE Y. LUI (SBN 239648)
clui@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
EMILY RENZELLI (Pro Hac Vice)
erenzelli@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

*Attorneys for Defendant/Counterclaimant
LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LinkedIn Corporation,<br><br>　　　　Defendant. | Case No. 17-cv-03301-EMC<br><br>**[PROPOSED] ORDER SEALING CERTAIN MATERIALS**<br><br>Complaint Filed:　June 7, 2017<br>Trial Date:　　　February 27, 2023 |
| LinkedIn Corporation,<br><br>　　　　Counterclaimant,<br>　　vs.<br>hiQ Labs, Inc.,<br><br>　　　　Counterdefendant. | |

Before the Court is LinkedIn Corporation's Local Rule 79-5(f)(3) Statement to Seal Certain Materials ("Statement") seeking to seal certain information that hiQ filed with its Reply in Further Support of hiQ's Motion For Summary Judgment (ECF No. 386). Having considered LinkedIn's Statement, the information sought to be sealed, the declaration of Paul Rockwell in Support of LinkedIn's Administration Motion to Seal (ECF No. 334.02), the pleadings on file, and any other relevant materials, the motion is **GRANTED**.

**IT IS HEREBY ORDERED** that LinkedIn has shown that there are compelling reasons to file under seal the following information designated by LinkedIn under the Stipulated Protective Order For Litigation Involving Patents, Highly Sensitive Confidential Information, and/or Trade Secrets (ECF No. 213). In addition, the Court previously granted a similar sealing request and LinkedIn seeks to seal the same material that the Court previously sealed. ECF No. 349. Accordingly, the parties are ordered to file the following under seal:

| Document | Text to Be Sealed |
| --- | --- |
| ECF No. 385.07, which is Exhibit G to hiQ's Reply in Support of hiQ's Motion For Summary Judgment (also Exhibit 10 to LinkedIn's Compendium of Evidence in Support of LinkedIn's August 5, 2022 Motions, ECF No. 340.02) ("Exhibit G") | Pages 5, 20, 25, 26, 42-44 |

**IT IS SO ORDERED.**

Dated: _____

HON. EDWARD M. CHEN
United States District Judge