1  Corey Worcester (*pro hac vice*)
   coreyworcester@quinnemanuel.com
2  Renita Sharma (*pro hac vice*)
   renitasharma@quinnemanuel.com
3  Hope Skibitsky (*pro hac vice*)
   hopeskibitsky@quinnemanuel.com
4  Elisabeth Miller (*pro hac vice*)
   elisabethmiller@quinnemanuel.com
5  Zane Muller (*pro hac vice*)
   zanemuller@quinnemanuel.com
6  QUINN EMANUEL URQUHART AND SULLIVAN LLP
   51 Madison Avenue, 22nd Floor
7  New York, NY 10010
   Telephone:     (212) 849-7000
8  Facsimile:     (212) 849-7100

9  Terry L. Wit (SBN 233473)
   terrywit@quinnemanuel.com
10 QUINN EMANUEL URQUHART AND SULLIVAN LLP
   50 California Street, 22nd Floor
11 San Francisco, CA 94111
   Telephone:     (415) 875-6600
12 Facsimile:     (415) 875-6700

13 Attorneys for Plaintiff hiQ Labs, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| hiQ Labs, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> LinkedIn Corp., <br><br> Defendant. | Case No. 3:17-CV-03301-EMC <br><br> **[**~~PROPOSED~~**] ORDER GRANTING MOTION TO FILE UNDER SEAL LINKEDIN'S MATERIAL** |

The Court has received Plaintiff hiQ Labs, Inc.'s Administrative Motion to File Under Seal LinkedIn's Material. Material which LinkedIn Corp. ("LinkedIn") has designated Confidential or Highly Confidential or which hiQ has good faith reason to believe that another party would deem as Confidential appears in hiQ Labs, Inc.'s reply in support of its motion for summary judgment (the "Reply"). Because the Reply contains material that is sealable pursuant to Local Rule 79-5, Plaintiff's Administrative Motion

to File Under Seal is **GRANTED**.

**IT IS HEREBY ORDERED** that the following materials should be sealed and that counsel for hiQ may file the following material designated by LinkedIn under the Stipulated Protective Order For Litigation Involving Patents, Highly Sensitive Confidential Information, and/or Trade Secrets (ECF No. 213):

| Reply Brief | Highlighted Portions of Pages 5-7 |
|---|---|
| Muller Dec. Ex. C | Entire Document |
| Muller Dec. Ex. D | Entire Document |
| Muller Dec. Ex. E | Entire Document |
| Muller Dec. Ex. F | Entire Document |
| Muller Dec. Ex. G | Entire Document |

Dated: 10/6/2022

_____
HON. EDWARD CHEN
UNITED STATES DISTRICT JUDGE