OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** September 29, 2022        **Time:** 2:02-3:38        **Judge:** EDWARD M. CHEN
1 Hours, 36 minutes

**Case No.:** 17-cv-03301-EMC        **Case Name:** hiQ Labs, Inc. v. Linkedin Corporation

**Attorneys for Plaintiff:** Terry Wit, Elisabeth Miller, Zane Muller
**Attorney for Defendant:** Russell Cohen, Annette Hurst

**Deputy Clerk:** Vicky Ayala        **Court Reporter:** Candy Potter

PROCEEDINGS

Motion for Summary Judgment [336], Motion for Sanctions [337]and Motions in Limine [338]

[339] - held

SUMMARY

Matters taken under submission.