| | |
|---|---|
| 1 | ANNETTE L. HURST (SBN 148738) |
| | ahurst@orrick.com |
| 2 | RUSSELL P. COHEN (SBN 213105) |
| | rcohen@orrick.com |
| 3 | PAUL F. RUGANI (SBN 342647) |
| | prugani@orrick.com |
| 4 | CATHERINE Y. LUI (SBN 239648) |
| | clui@orrick.com |
| 5 | NATHAN SHAFFER (SBN 282015) |
| | nshaffer@orrick.com |
| 6 | DANIEL JUSTICE (SBN 291907) |
| | djustice@orrick.com |
| 7 | EMILY RENZELLI (Pro Hac Vice) |
| | erenzelli@orrick.com |
| 8 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 405 Howard Street |
| 9 | San Francisco, CA  94105-2669 |
| | Telephone:   +1 415 773 5700 |
| 10 | Facsimile:    +1 415 773 5759 |

*Attorneys for LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc., | Case No. 17-cv-03301-EMC |
| Plaintiff, | **SHAFFER DECLARATION IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER AMENDING MOTION *IN LIMINE* DEADLINES** |
| vs. | |
| LinkedIn Corporation, | Complaint Filed:  June 7, 2017 |
| Defendant. | Trial Date:         February 27, 2023 |
| LinkedIn Corporation | |
| Counterclaimant, | |
| vs. | |
| hiQ Labs, Inc. | |
| Counterdefendant, | |

SHAFFER DECL.
17-CV-03301-EMC

I, Nathan Shaffer, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and counsel of record for LinkedIn Corporation. I am familiar with the events, pleadings, and discovery in this action, and if called as a witness I could and would testify competently to the matters stated herein of my own personal knowledge. I submit this declaration in support of the Parties' Stipulation and [Proposed] Order Amending Motion *In Limine* Deadlines.

2. I have reviewed the record and pleadings in this litigation. On August 6, 2021, the parties originally proposed a December 5, 2022, trial date with certain pre-trial deadlines set according to that trial date. ECF No. 210. The Court's order on August 10, 2021, continued the trial date to February 27, 2023, and continued the deadlines for the final pretrial conference, the joint pretrial order, and the objections to Federal Rule of Civil Procedure 26(a)(3) disclosures. ECF No. 211. Certain pretrial deadlines such as motions *in limine* and Rule 26(a)(3) disclosures remained tied to the proposed trial date of December 5, 2022. The Court further entered an amended scheduling order setting dates for the close of discovery and the filing of dispositive and *Daubert* motions. ECF No. 236. The parties conferred regarding the case schedule and stipulated to extend certain trial deadlines to conform to the February 27, 2023, trial date, which the Court entered on September 12, 2022. ECF No. 379.

3. The parties have continued to confer regarding the existing case schedule and believe that the current Motion *in Limine* deadline (November 4, 2022) and opposition deadline (November 21, 2022) can be extended to December 19, 2022, and January 6, 2023, respectively. The extended deadlines are within the time required by the Court's Pretrial Instructions because motion papers will be exchanged and filed more than 21-days before the pretrial conference. *See https://www.cand.uscourts.gov/wp-content/uploads/judges/chen-emc/EMC-Pretrial-Instructions.pdf*.

4. The adjustments to the case schedule proposed by the parties will not impact the timing of the trial, the final pretrial conference, or the joint pretrial conference statement and joint pretrial order. The parties' proposed adjustments will allow the parties to prepare for trial with the

- 1 -

SHAFFER DECL.
17-cv-03301-EMC

benefit of the Court's rulings on the five motions that were heard on September 29, 2022: (i) hiQ's motion for summary judgment; (ii) LinkedIn's motion for summary judgment; (ii) LinkedIn's FRE 703 *Daubert* Motion to Exclude Testimony of Stephen McElfresh; (iv) LinkedIn's FRE 703 *Daubert* Motion to Exclude Testimony of Benjamin Sacks; and (v) LinkedIn's Motion for Spoliation Sanctions (ECF Nos. 331, 336, 337, 338, and 339). In addition, the proposed schedule will allow the parties to have the appropriate time for the resolution of any settlement discussions including the parties' settlement conference before the Honorable Donna M. Ryu on October 28, 2022.

5. The Court has already previously modified the case schedule for certain discovery related and dispositive/*Daubert* deadlines, which are not at issue in the parties' proposed amended case schedule. ECF Nos. 236 and 280. The Court previously extended certain trial-related deadlines to conform to the February 27, 2023, trial date in this case. ECF No. 379.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of October, 2023, at Oakland, CA.

*/s/ Nathan Shaffer*
Nathan Shaffer