ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
PAUL F. RUGANI (SBN 342647)
prugani@orrick.com
CATHERINE Y. LUI (SBN 239648)
clui@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
EMILY RENZELLI (Pro Hac Vice)
erenzelli@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:     +1 415 773 5759

*Attorneys for Defendant and
Counterclaimant LinkedIn Corporation*

COREY WORCESTER (*pro hac vice*)
coreyworcester@quinnemanuel.com
RENITA SHARMA (*pro hac vice*)
renitasharma@quinnemanuel.com
ELISABETH MILLER (*pro hac vice*)
elisabethmiller@quinnemanuel.com
HOPE SKIBITSKY (*pro hac vice*)
hopeskibitsky@quinnemanuel.com
ZANE MULLER (*pro hac vice*)
zanemuller@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:      (212) 849-7100

TERRY L. WIT (SBN 233473)
terrywit@quinnemanuel.com
QUINN EMANUEL URQUHART AND
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:     (415) 875-6331
Facsimile:      (415) 875-6700

*Attorneys for Plaintiff and Counterdefendant
hiQ Labs, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc., | Case No. 17-cv-03301-EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER AMENDING MOTION *IN LIMINE* DEADLINES** |
| vs. | |
| LinkedIn Corporation, | |
| Defendant. | Complaint Filed:    June 7, 2017<br>Trial Date:          February 27, 2023 |
| LinkedIn Corporation | |
| Counterclaimant, | |
| vs. | |
| hiQ Labs, Inc. | |
| Counterdefendant. | |

WHEREAS, on February 14, 2020, hiQ Labs, Inc. ("hiQ") filed its first amended complaint (the "FAC"), which is the operative complaint in the instant action (ECF No. 131);

WHEREAS, on August 10, 2021, the Court entered an order for the case schedule setting the trial for February 27, 2023 (ECF No. 211);

WHEREAS, on February 24, 2022, the Court entered an amended scheduling order setting dates for the close of discovery and the filing of dispositive and *Daubert* motions (ECF No. 236);

WHEREAS, on June 29, 2022, LinkedIn filed its answer to the FAC and Amended Counterclaims, which is the operative Counterclaim in the instant action (ECF No. 320);

WHEREAS, the parties have a further settlement conference before the Honorable Donna M. Ryu on October 28, 2022;

WHEREAS, the Court amended the case schedule pursuant to the parties' stipulation on September 12, 2022 (ECF No. 379);

WHEREAS, the parties have continued to confer regarding certain pre-trial deadlines and have agreed to continue the Motion *in Limine* and opposition deadlines so that the parties may have the benefit of the Court's rulings on the motions heard on September 29 and allow appropriate time for the resolution of any settlement discussions;

WHEREAS, the modest adjustment of the Motion *in Limine* deadlines in the case schedule will promote efficiencies of the case and will set deadlines in accordance with the Court's standing orders;

WHEREAS, the modest adjustment of the pre-trial deadlines in the case schedule will not impact the timing of the trial, the final pretrial conference, or the joint pretrial conference statement and joint pretrial order and;

THEREFORE, in light of the development of circumstances as described herein and in the accompanying Declaration of Nathan Shaffer, good cause exists for an extension of Motion *in Limine* dates and it is hereby stipulated and agreed:

1. The parties agree to a revised case schedule set forth below and respectfully request that the Court enter the same as to a Rule 16 case management order.

| ACTION | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Motions *in Limine* | November 4, 2022 | December 19, 2022 |
| FRCP 26(a)(3) Disclosures (service only) | November 14, 2022 | No Change |
| Oppositions to Motions *in Limine* | November 21, 2022 | January 6, 2023 |
| Counter-designations and objections to deposition designations submitted pursuant to Rule 26(a)(3) (service only) | December 5, 2022 | No Change |
| Objections to FRCP 26(a)(3) Disclosures including any reply to counter-designations and objections to exhibits (service only) | December 16, 2022 | No Change |
| Meet and Confer regarding preparation of Joint Pretrial Conference Statement | December 20, 2022 | No Change |
| Objections to FRCP 26(a)(3) | January 10, 2023 | No Change |
| Joint Pretrial Conference Statement and Joint Pretrial Order | January 10, 2023 | No Change |
| Voir Dire questions, Joint Proposed Verdict Form, Joint Proposed Jury Instructions, Preliminary Statement to the Jury | January 10, 2023 | No Change |
| Trial Briefs | January 10, 2023 | No Change |
| Proposed Findings of Fact and Conclusions of Law | January 10, 2023 | No Change |
| Witness List, Exhibit List, and Discovery Response Appendices and submit two sets of pre-marked exhibits to chambers | January 10, 2023 | No Change |
| Final Pretrial Conference | January 31, 2023 | No Change |
| Trial | February 27, 2023 | No Change |

**SO STIPULATED.**

STIPULATION & [PROPOSED] ORDER AMENDING
CASE SCHEDULE
17-cv-03301-EMC

1    Dated: October 20, 2022               Orrick, Herrington & Sutcliffe LLP

2

3                                            By: _____ */s/ Nathan Shaffer* _____

4                                                  Nathan Shaffer
                                              Attorney for Defendant

5                                                 LinkedIn Corporation

6

7

8    Dated: October 20, 2022               Quinn Emanuel Urquhart & Sullivan LLP

9

10                                            By: _____ */s/ Hope Skibitsky* _____
                                               HOPE SKIBITSKY

11                                                 Attorney for Plaintiff
                                                hiQ Labs, Inc.

12

13

14 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

15

16    Dated: __October 24_____, 2022          _____

17                                            HON. EDWARD M. CHEN
                                           United States District Judge

18

19

20

21

22

23

24

25

26

27

28