| | |
|---|---|
| ANNETTE L. HURST (SBN 148738) | COREY WORCESTER (*pro hac vice*) |
| ahurst@orrick.com | coreyworcester@quinnemanuel.com |
| RUSSELL P. COHEN (SBN 213105) | RENITA SHARMA (*pro hac vice*) |
| rcohen@orrick.com | renitasharma@quinnemanuel.com |
| PAUL F. RUGANI (SBN 342647) | ELISABETH MILLER (*pro hac vice*) |
| prugani@orrick.com | elisabethmiller@quinnemanuel.com |
| CATHERINE Y. LUI (SBN 239648) | HOPE SKIBITSKY (*pro hac vice*) |
| clui@orrick.com | hopeskibitsky@quinnemanuel.com |
| NATHAN SHAFFER (SBN 282015) | ZANE MULLER (*pro hac vice*) |
| nshaffer@orrick.com | zanemuller@quinnemanuel.com |
| DANIEL JUSTICE (SBN 291907) | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| djustice@orrick.com | 51 Madison Avenue, 22nd Floor |
| EMILY RENZELLI (Pro Hac Vice) | New York, NY 10010 |
| erenzelli@orrick.com | Telephone:   (212) 849-7000 |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Facsimile:   (212) 849-7100 |
| The Orrick Building | |
| 405 Howard Street | TERRY L. WIT (SBN 233473) |
| San Francisco, CA  94105-2669 | terrywit@quinnemanuel.com |
| Telephone:   +1 415 773 5700 | QUINN EMANUEL URQUHART AND SULLIVAN LLP |
| Facsimile:   +1 415 773 5759 | 50 California Street, 22nd Floor |
| | San Francisco, CA 94111 |
| *Attorneys for Defendant and Counterclaimant LinkedIn Corporation* | Telephone:   (415) 875-6331 |
| | Facsimile:   (415) 875-6700 |
| | *Attorneys for Plaintiff and Counterdefendant hiQ Labs, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc., | Case No. 17-cv-03301-EMC |
| Plaintiff, | |
| vs. | **JOINT STATEMENT THAT ECF NO. 401 MAY BE PUBLICLY FILED** |
| LinkedIn Corporation, | |
| Defendant. | |
| LinkedIn Corporation | |
| Counterclaimant, | |
| vs. | |
| hiQ Labs, Inc. | |
| Counterdefendant. | |

1  Pursuant to the Court's Order Denying Plaintiff's Motion for Summary Judgment; Granting in Part and Denying in Part Defendant's Motion for Summary Judgment; Denying Defendant's Motions to Exclude; and Granting In Part Defendant's Motion for Sanctions (ECF No. 401, the "Order"), Defendant/Counterclaimant LinkedIn Corporation ("LinkedIn" or "Counterclaimant") and Plaintiff/Counterclaim Respondent hiQ Labs, Inc. ("hiQ") met and conferred regarding sealing the Order.

The parties inform the Court that neither party seeks to maintain any portion of the Order under seal such that it may be publicly filed in its entirety.

Dated: November 2, 2022     Orrick, Herrington & Sutcliffe LLP

By:     */s/ Annette L. Hurst*
ANNETTE L. HURST
Attorney for Defendant
LinkedIn Corporation

Dated: November 2, 2022     Quinn Emanuel Urquhart & Sullivan LLP

By:     */s/ Corey Worcester*
COREY WORCESTER
Attorney for Plaintiff
hiQ Labs, Inc.

<u>L.R. 5-1 SIGNATURE ATTESTATION</u>

As the ECF user whose user ID and password are utilized in the filing of this document, I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

*/s/ Annette L. Hurst*
Annette L. Hurst