| | |
|---|---|
| ANNETTE L. HURST (SBN 148738)<br>ahurst@orrick.com<br>RUSSELL P. COHEN (SBN 213105)<br>rcohen@orrick.com<br>PAUL F. RUGANI (SBN 342647)<br>prugani@orrick.com<br>CATHERINE Y. LUI (SBN 239648)<br>clui@orrick.com<br>NATHAN SHAFFER (SBN 282015)<br>nshaffer@orrick.com<br>DANIEL JUSTICE (SBN 291907)<br>djustice@orrick.com<br>EMILY RENZELLI (Pro Hac Vice)<br>erenzelli@orrick.com<br>ORRICK, HERRINGTON &<br>SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105-2669<br>Telephone:    +1 415 773 5700<br>Facsimile:     +1 415 773 5759<br><br>*Attorneys for Defendant and Counterclaimant LinkedIn Corporation* | COREY WORCESTER (*pro hac vice*)<br>coreyworcester@quinnemanuel.com<br>RENITA SHARMA (*pro hac vice*)<br>renitasharma@quinnemanuel.com<br>ELISABETH MILLER (*pro hac vice*)<br>elisabethmiller@quinnemanuel.com<br>HOPE SKIBITSKY (*pro hac vice*)<br>hopeskibitsky@quinnemanuel.com<br>ZANE MULLER (*pro hac vice*)<br>zanemuller@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone:      (212) 849-7000<br>Facsimile:       (212) 849-7100<br><br>TERRY L. WIT (SBN 233473)<br>terrywit@quinnemanuel.com<br>QUINN EMANUEL URQUHART AND<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone:     (415) 875-6331<br>Facsimile:      (415) 875-6700<br><br>*Attorneys for Plaintiff and Counterdefendant hiQ Labs, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br>      Plaintiff,<br>vs.<br>LinkedIn Corporation,<br>      Defendant.<br><br>LinkedIn Corporation<br>      Counterclaimant,<br>vs.<br>hiQ Labs, Inc.<br>      Counterdefendant. | Case No. 17-cv-03301-EMC<br><br>**[~~PROPOSED~~] CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

1.       The Court has subject-matter jurisdiction over this action and personal jurisdiction over the parties.

2.       Judgment in the amount of $500,000 USD is hereby entered against hiQ and in favor of LinkedIn.

3.       Any other claim to monetary relief by either party, including any attorneys' fees or costs, is expressly waived.

4.       hiQ, and to the full extent permissible by law, and all other individuals who are described in Federal Rule of Civil Procedure 65(d)(2), including its present and former officers, agents, servants, employees, and attorneys; and other persons who were or are in active concert or participation with hiQ, hiQ's officers, agents, servants, employees, and attorneys (collectively, the "Prohibited Parties") are immediately and permanently ordered and enjoined as follows:

   a.       The Prohibited Parties are immediately and permanently enjoined from accessing and using, whether directly or indirectly through a third party, intermediary, or proxy, the LinkedIn platform in violation of its User Agreement, including without limitation by (i) using automated means to access and/or copy data from the LinkedIn platform, whether logged in to a LinkedIn account or not, without express written permission of LinkedIn, (ii) creating or using accounts with fake identities; (iii) using the LinkedIn platform to develop a commercial service without the express written permission of LinkedIn;

   b.       The Prohibited Parties are immediately and permanently enjoined from developing, using, selling, offering for sale, or distributing, or directing, aiding, or conspiring with others to develop, sell, offer for sale, or distribute, any software, script(s) or code for data collection from LinkedIn platforms using any of the data, source code, or algorithms developed at hiQ;

   c.       The Prohibited Parties are immediately and permanently enjoined from developing, using, selling, offering for sale, or distributing, or directing, aiding, or conspiring with others to develop, sell, offer for sale, or distribute, any software, script(s) or code for analysis of data acquired from the LinkedIn platform using any of the data, source code, or algorithms developed at hiQ;

        d.      The Prohibited Parties are required to permanently delete any and all software, script(s) or code in the possession, custody, or control of the Prohibited Parties, including all such material that any Prohibited Party stored on behalf of hiQ in an account with a third-party, where such software, script(s), or code is designed to access or interact with LinkedIn platform, including without limitation the source code repositories and other materials identified in Exhibit 1 hereto;

        e.      The Prohibited Parties are required to permanently delete any and all software, script(s) or code in the possession, custody, or control of the Prohibited Parties, including all such material that any Prohibited Party stored on behalf of hiQ in an account with a third-party, where such software, script(s), or code is designed to use data acquired from the LinkedIn platform, including without limitation the source code repositories and other materials identified in Exhibit 1 hereto;

        e.      The Prohibited Parties are required to permanently delete any and all LinkedIn member profile data in the possession, custody, or control of the Prohibited Parties, including all such material that any Prohibited Party stored on behalf of hiQ in an account with a third-party, including without limitation the materials identified in Exhibit A hereto; provided, however, that this prohibition does not extend to use by Prohibited Parties of their own personal LinkedIn member profiles so long as such use is made in accordance with the LinkedIn User Agreement;

        f.      The Prohibited Parties are immediately and permanently enjoined from using, distributing, selling, analyzing, or otherwise accessing any data that hiQ collected from LinkedIn without LinkedIn's express permission, whether directly or indirectly through a third party, intermediary, or proxy, including any data collected using the software identified in Exhibit 1.

    4.    hiQ shall notify all current, former, and future officers of the existence of this Injunction and provide a copy of this Injunction to each of them no later than five (5) business days after the entry of this Order or their first affiliation with hiQ, whichever comes first.

    5.    The Court retains continuing jurisdiction to enforce the terms of this Consent

Judgment and Permanent Injunction and to address other matters arising out of or regarding this Consent Judgment and Permanent Injunction, including any allegations that the parties have failed to comply with their obligations as set forth in this Consent Judgment and Permanent Injunction, and the parties agree to submit to the Court's jurisdiction for those purposes.

**IT IS SO ORDERED & JUDGMENT IS ENTERED.**

Dated: December 8, 2022

_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

# **EXHIBIT 1**

In addition to specific source code repositories and databases listed in **Table 1**, all source code, data, and information derived from LinkedIn stored in the following services must also be destroyed:

4. **Atlassian Cloud**: Jira and Confluence pages, including all attachments (e.g., weekly Turk reports).

5. **Splunk/Rancher (Scraping Logs)**:
   a. <u>Splunk</u>: All scraping logs stored in Splunk via Splunk Forwarding.
   b. <u>Rancher</u>: All scraping logs stored via Rancher NFS.

6. **Other Databases**: Redis, Databricks, MySQL, Amazon Redshift, Apache Kafka.

**Exhibit - Table 1: Source Code and Data Derived from LinkedIn**

| Source Code/Data | Type | Name |
|---|---|---|
| Source Code[4] | Git Repository | Scrapus |
| | | Scrapus2 |
| | | Science |
| | | Data-pipeline |
| | | MiFi |
| | | WebTurk |
| Data[5] | MongoDB Database | prod_db |
| | | dev_db |
| | | staging_db |
| | | test_db |
| | | central |
| | | rawdata |
| | | sci_cat |
| | | sci_dog |
| | | sci_demo |
| | | pa_data |
| | | sci_hris |
| | | sci_training |
| | | sci_purg |
| | | data_archive |
| | | sci_archive |
| | | sci_amazon |
| | | sci_amex |
| | | fb_dec2015 |
| | | fb_dec2016 |
| | | fb_jun2016 |
| | | fb_mar2016 |
| | | fb_sep2016 |
| | | sci_facebook |
| | | sci_wtf |
| | | sci_testdb |
| | | sci_sandbox |
| | | sci_omg |
| | | sci_lol |
| | MongoDB Collection | scrapus |
| | | scrapus2 |
| | | raw_scrapes |
| | | scrapus_queue |
| | | banned_proxy_details |
| | | cookies_for_proxies |
| | | proxies |
| | | li_parsed |
| | | parsed_col |
| | | li_dataset |
| | | imputed_li_dataset |
| | | risk_report |
| | | skill_report |
| | | keeper_releases |

---

[4] All local "clones" of each repository (i.e., downloaded from GitHub) must also be destroyed in addition to the remote source code repositories hosted on GitHub.

[5] Data archived to cloud backups (e.g., AWS Glacier) or downloaded locally (e.g., exported as JSON or BSON) must also be destroyed.

| | | |
|---|---|---|
| | | riskmodel |
| | | li_risk |
| | | skills |
| | | hiq_prediction |
| | | actions |
| | | cv_model |
| | | cv_rules |
| | | cv_trans |
| | | personhood |
| | | company |
| | | li_company_parsed |
| | | gone |
| | | auto__l_i |
| | | turk__l_i |
| | | auto_LI |
| | | turk_LI |
| | | qa_turk |
| | | client_rules |
| | | no_list_collection |
| | | profile_pics |
| | | training |
| | | li_profiles |
| | | variables |
| | | parsed |
| | | imp_var |
| | | comp_var |
| | | comp_var_groups |
| | | risk |
| | | unknown |
| | | group_meta |
| | | pa_data |
| | | pa_cleaned |
| | | hris_parsed |
| | | hris_profiles |
| | | imputed_variables |
| | | model_data_archive |
| | **AWS S3 Bucket**[6] | deng-datalake |
| | | deng-datalake/side_bar |
| | | deng_datalake/linkedin_scrapem |
| | | deng-datalake-v2 |
| | | deng-datalake-v2/linkedin_scrapem |
| | | deng-datalake-v2/blind_collection |
| | | deng-datalake-v2/klarna_blind_collection |
| | | deng-datalake-v2/klarna_scrapes |
| | | deng-datalake-v2/klarna_companies |
| | | deng-datalake-staging |
| | | deng-datalake-dev |
| | | deng-datalake-test |
| | | deng-linkedin-html-till-aug-28-2017 |
| | | hiq-science |
| | | crystal-ball-crawl-output |
| | | linkedin-dir |

---

[6] While the table includes specific sub-folders that were cited in hiQ's source code (e.g., "deng-datalake/side_bar"), the full AWS S3 bucket (e.g., "deng-datalake") must be destroyed.